UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

DR. HOLLY ATKINSON, DR. NATASHA ANUSHRI ANANDARAJA, DR. STELLA SAFO, MARY CALIENDO, KUMALE KHAN, GERALDINE LLAMES, AMANDA MISITI, and EMILIE BRUZELIUS,

                Plaintiffs,

-against-

DR. PRABHJOT SINGH, DR. DENNIS S. CHARNEY, BRUNA SILVA, DAVID BERMAN, and MOUNT SINAI HEALTH SYSTEM, INC.,

                Defendants.

------------------------------------------------x

Civil Action No. 1:19-cv-03779-VSB

ECF CASE

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties, that the time within which Defendants may move, answer, or otherwise respond to the Complaint is hereby extended from May 20, 2019, up to and including July 22, 2019. There have been no prior requests for an extension of time in connection with this matter. Facsimile or electronic signatures on this Stipulation are hereby deemed originals. No provision of this Stipulation and Order shall be construed as a waiver of, and Defendants hereby expressly reserve, any and all defenses.

Dated: New York, New York
        May 17, 2019

By: _____
John F.O. McAllister
Ann M. Olivarius
Paul Bonner Hughes
McALLISTER OLIVARIUS
63 Putnam Street
Saratoga Springs, NY 12866
(518) 633-4775
jmcallister@mcolaw.com
aolivarius@mcolaw.com
phughes@mcolaw.com
*Attorneys for Plaintiffs*

By: _____
Joseph Baumgarten
Edna D. Guerrasio
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
(212) 969-3000
jbaumgarten@proskauer.com
eguerrasio@proskauer.com
*Attorneys for Defendants*