UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. HOLLY ATKINSON, DR. NATASHA ANUSHRI ANANDARAJA, DR. STELLA SAFO, MARY CALIENDO, HUMALE KHAN, GERALDINE LLAMES, AMANDA MISITI, and EMILIE BRUZELIUS,<br><br>Plaintiffs,<br><br>v.<br><br>DR. PRABHJOT SINGH, DR. DENNIS S. CHARNEY, BRUNO SILVA, DAVID BERMAN, and MOUNT SINAI HEALTH SYSTEM, INC.,<br><br>Defendants. | Civil Action No.: 1:19-cv-03779 (VSB)<br><br>**NOTICE OF MOTION TO DISMISS** |

PLEASE TAKE NOTICE that upon David Berman's ("Berman") accompanying memorandum of law, the motion to dismiss Plaintiff's First Amended Complaint and accompanying memorandum of law filed by defendants Dr. Prabhjot Singh, Dr. Dennis Charney, Bruno Silva, and Mount Sinai Health System Inc., and all exhibits, affidavits or other materials annexed to such papers, Berman moves this Court for an order upon the following grounds:

1. Dismissing Plaintiffs' Fifth, Sixth, Seventh, Eighth, Ninth and Tenth Causes of Action in Plaintiffs' First Amended Complaint against Berman pursuant to Fed. R. Civ. P. 12(b)(6) because plaintiffs have failed to plead any cause of action;

2.      Granting Berman any such other and further relief this Court deems just and proper.

Dated: Melville, New York
       September 5, 2019

Respectfully submitted,

JACKSON LEWIS P.C.
*Attorney for Defendant*
58 S. Service Road, Suite 250
Melville, New York 11747
(631) 247-0404

By:   /s/ Mark S. Mancher, Esq.
_____
MARK S. MANCHER, ESQ.
WILLIAM KANG, ESQ.

4814-8038-9027, v. 1