UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DR. HOLLY ATKINSON,
DR. NATASHA ANUSHRI ANANDARAJA,
DR. STELLA SAFO,
MARY CALIENDO,
HUMALE KHAN,
GERALDINE LLAMES,
AMANDA MISITI, and
EMILIE BRUZELIUS,

                    Plaintiffs,

      v.

DR. PRABHJOT SINGH,
DR. DENNIS S. CHARNEY,
BRUNO SILVA,
DAVID BERMAN, and
MOUNT SINAI HEALTH SYSTEM, INC.,

                    Defendants.

Civil Action No.: 1:19-cv-03779-VSB

**<u>DEFENDANT BRUNO SILVA'S
ANSWER TO FIRST AMENDED
COMPLAINT</u>**

---

      Defendant Bruno Silva ("Silva" or "defendant") by his attorneys Proskauer Rose LLP,

answers the First Amended Complaint ("Amended Complaint"), as follows:

      1.      Denies that plaintiffs are entitled to relief under any of the statutes cited in

Paragraph 1.

      2.      Denies knowledge of information sufficient to form a belief as to the truth of the

allegations in Paragraph 2, except admits that plaintiffs are current and former employees of the

Arnhold Institute for Global Health ("AIGH" or the "Institute") at the Icahn School of Medicine

at Mount Sinai.

      3.      Denies knowledge or information sufficient to form a belief as to the truth of the

allegations in Paragraph 3.

4.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4.

5.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5.

6.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6.

7.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7.

8.    Denies the allegations in Paragraph 8, except admits that David Berman was Chief of Staff of AIGH.

9.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9.

10.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10.

11.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11.

12.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12.

13.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13.

14.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14.

15.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15, except denies the allegations directed at defendant.

16.    Respectfully declines to respond to the allegations in Paragraph 16 on the ground that it relates to claims that have been dismissed from the action.

17.    Respectfully declines to respond to the allegations in Paragraph 17 on the ground that it relates to claims that have been dismissed from the action.

18.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18, except admits that Stella Safo worked at AIGH while defendant was employed there.

19.    Respectfully declines to respond to the allegations in Paragraph 19 on the ground that it relates to claims that have been dismissed from the action.

20.    Respectfully declines to respond to the allegations in Paragraph 20 on the ground that it relates to claims that have been dismissed from the action.

21.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21, except admits that Geraldine Llames worked at AIGH while the defendant was employed there.

22.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22, except admits that Amanda Misiti worked at AIGH while the defendant was employed there.

23.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23, except admits that Emilie Bruzelius worked at AIGH while the defendant was employed there.

24.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24.

25.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25.

26.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26, except admits that Dr. Prabhjot Singh was employed by the Icahn School of Medicine at Mount Sinai while defendant worked there.

27.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27, except admits that Dr. Dennis S. Charney was employed by the Icahn School of Medicine at Mount Sinai while defendant worked there.

28.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28, except admits that defendant is an individual domiciled in the State of New York and was employed by the Icahn School of Medicine at Mount Sinai.

29.    Respectfully declines to respond to the allegations in Paragraph 29 on the ground that it relates to claims that have been dismissed from the action.

30.    Denies the allegations in Paragraph 30, except admits that plaintiffs purport to assert claims under the statutes referred to therein.

31.    Admits the allegations in Paragraph 31.

32.    Denies the allegations in Paragraph 32, except admits that venue is proper in this District.

33.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33.

34.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34.

35.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35.

36.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36.

37.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37.

38.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38.

39.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39.

40.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40, except admits that Dr. Phil Landrigan, Dr. Holly Atkinson and Elena Rahona held positions at the Icahn School of Medicine at Mount Sinai.

41.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41.

42.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42.

43.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43.

44.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44.

45.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45.

46.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46.

47.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47.

48.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48.

49.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49, except admits that Mount Sinai Global Health became the AIGH.

50.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50.

51.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51.

52.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52.

53.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53.

54.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54.

55.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55.

56.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56.

57.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57.

58.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58.

59.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59.

60.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60.

61.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61.

62.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62.

63.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63.

64.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64.

65.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65.

66.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66.

67.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67.

68.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68.

69.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69.

70.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70.

71.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 71.

72.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72.

73.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73.

74.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74.

75.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 75.

76.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 76.

77.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77.

78.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78.

79.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79.

80.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80.

81.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81.

82.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82.

83.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83.

84.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 84.

85.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85.

86.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86.

87.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87.

88.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 88.

89.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89.

90.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 90.

91.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 91.

92.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 92.

93.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 93.

94.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 94.

95.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 95.

96.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 96.

97.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 97.

98.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 98.

99.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 99.

100.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 100.

101.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 101.

102.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 102.

103.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 103.

104.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 104.

105.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 105.

106.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 106.

107.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 107.

108.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 108.

109.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 109.

110.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 110.

111.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 111.

112.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 112.

113.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 113.

114.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 114.

115.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 115.

116.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 116.

117.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 117.

118.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 118.

119.    Respectfully declines to respond to the allegations in Paragraph 119 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

120.    Respectfully declines to respond to the allegations in Paragraph 120 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is

required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

121.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 121.

122.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 122.

123.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 123.

124.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 124.

125.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 125, except admits that Dr. Abdulrahman M. El-Sayed was offered a position in AIGH in or about 2015.

126.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 126.

127.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 127.

128.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 128, except admits that El-Sayed did not join AIGH.

129.    Respectfully declines to respond to the allegations of Paragraph 129 on the ground that it relates to claims that have been dismissed from the lawsuit.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 129.

130.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 130, except admits that Dr. Sandeep Kishore and Berman were hired to work in AIGH.

131.    Respectfully declines to respond to the allegations in Paragraph 131 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

132.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 132, except admits that Berman was hired as AIGH's Chief of Staff.

133.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 133, except admits that Kirsten Knaup was hired as AIGH's Chief Operating Officer.

134.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 134.

135.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 135.

136.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 136.

137.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 137.

138.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 138.

139.    Respectfully declines to respond to the allegations in Paragraph 139 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

140.    Respectfully declines to respond to the allegations in Paragraph 140 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

141.    Respectfully declines to respond to the allegations in Paragraph 141 on the ground that it relates to claims that have been dismissed from the action.

142.    Respectfully declines to respond to the allegations in Paragraph 142 on the ground that it relates to claims that have been dismissed from the action.

143.    Respectfully declines to respond to the allegations in Paragraph 143 on the ground that it relates to claims that have been dismissed from the action.

144.    Respectfully declines to respond to the allegations in Paragraph 144 on the ground that it relates to claims that have been dismissed from the action.

145.    Respectfully declines to respond to the allegations in Paragraph 145 on the ground that it relates to claims that have been dismissed from the action.

146.    Respectfully declines to respond to the allegations in Paragraph 146 on the ground that it relates to claims that have been dismissed from the action.

147.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 147.

148.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 148.

149.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 149.

150.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 150.

151.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 151.

152.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 152.

153.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 153.

154.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 154.

155.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 155.

156.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 156.

157.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 157.

158.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 158.

159.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 159.

160.    Respectfully declines to respond to the allegations in Paragraph 160 on the ground that it relates to claims that have been dismissed from the action.

161.    Respectfully declines to respond to the allegations in Paragraph 161 on the ground that it relates to claims that have been dismissed from the action.

162.    Respectfully declines to respond to the allegations in Paragraph 162 on the ground that it relates to claims that have been dismissed from the action.

163.    Respectfully declines to respond to the allegations in Paragraph 163 on the ground that it relates to claims that have been dismissed from the action.

164.    Respectfully declines to respond to the allegations in Paragraph 164 on the ground that it relates to claims that have been dismissed from the action.

165.    Respectfully declines to respond to the allegations in Paragraph 165 on the ground that it relates to claims that have been dismissed from the action.

166.    Respectfully declines to respond to the allegations in Paragraph 166 on the ground that it relates to claims that have been dismissed from the action.

167.    Respectfully declines to respond to the allegations in Paragraph 167 on the ground that it relates to claims that have been dismissed from the action.

168.    Respectfully declines to respond to the allegations in Paragraph 168 on the ground that it relates to claims that have been dismissed from the action.

169.    Respectfully declines to respond to the allegations in Paragraph 169 on the ground that it relates to claims that have been dismissed from the action.

170.    Respectfully declines to respond to the allegations in Paragraph 170 on the ground that it relates to claims that have been dismissed from the action.

171.    Respectfully declines to respond to the allegations in Paragraph 171 on the ground that it relates to claims that have been dismissed from the action.

172.    Respectfully declines to respond to the allegations in Paragraph 172 on the ground that it relates to claims that have been dismissed from the action.

173.    Respectfully declines to respond to the allegations in Paragraph 173 on the ground that it relates to claims that have been dismissed from the action.

174.    Respectfully declines to respond to the allegations in Paragraph 174 on the ground that it relates to claims that have been dismissed from the action.

175.    Respectfully declines to respond to the allegations in Paragraph 175 on the ground that it relates to claims that have been dismissed from the action.

176.    Respectfully declines to respond to the allegations in Paragraph 176 on the ground that it relates to claims that have been dismissed from the action.

177.    Respectfully declines to respond to the allegations in Paragraph 177 on the ground that it relates to claims that have been dismissed from the action.

178.    Respectfully declines to respond to the allegations in Paragraph 178 on the ground that it relates to claims that have been dismissed from the action.

179.    Respectfully declines to respond to the allegations in Paragraph 179 on the ground that it relates to claims that have been dismissed from the action.

180.    Respectfully declines to respond to the allegations in Paragraph 180 on the ground that it relates to claims that have been dismissed from the action.

181.    Respectfully declines to respond to the allegations in Paragraph 181 on the ground that it relates to claims that have been dismissed from the action.

182.    Respectfully declines to respond to the allegations in Paragraph 182 on the ground that it relates to claims that have been dismissed from the action.

183.    Respectfully declines to respond to the allegations in Paragraph 183 on the ground that it relates to claims that have been dismissed from the action.

184.    Respectfully declines to respond to the allegations in Paragraph 184 on the ground that it relates to claims that have been dismissed from the action.

185.    Respectfully declines to respond to the allegations in Paragraph 185 on the ground that it relates to claims that have been dismissed from the action.

186.    Respectfully declines to respond to the allegations in Paragraph 186 on the ground that it relates to claims that have been dismissed from the action.

187.    Respectfully declines to respond to the allegations in Paragraph 187 on the ground that it relates to claims that have been dismissed from the action.

188.    Respectfully declines to respond to the allegations in Paragraph 188 on the ground that it relates to claims that have been dismissed from the action.

189.    Respectfully declines to respond to the allegations in Paragraph 189 on the ground that it relates to claims that have been dismissed from the action.

190.    Respectfully declines to respond to the allegations in Paragraph 190 on the ground that it relates to claims that have been dismissed from the action.

191.    Respectfully declines to respond to the allegations in Paragraph 191 on the ground that it relates to claims that have been dismissed from the action.

192.    Respectfully declines to respond to the allegations in Paragraph 192 on the ground that it relates to claims that have been dismissed from the action.

193.    Respectfully declines to respond to the allegations in Paragraph 193 on the ground that it relates to claims that have been dismissed from the action.

194.    Respectfully declines to respond to the allegations in Paragraph 194 on the ground that it relates to claims that have been dismissed from the action.

195.    Respectfully declines to respond to the allegations in Paragraph 195 on the ground that it relates to claims that have been dismissed from the action.

196.    Respectfully declines to respond to the allegations in Paragraph 196 on the ground that it relates to claims that have been dismissed from the action.

197.    Respectfully declines to respond to the allegations in Paragraph 197 on the ground that it relates to claims that have been dismissed from the action.

198.    Respectfully declines to respond to the allegations in Paragraph 198 on the ground that it relates to claims that have been dismissed from the action.

199.    Respectfully declines to respond to the allegations in Paragraph 199 on the ground that it relates to claims that have been dismissed from the action.

200.    Respectfully declines to respond to the allegations in Paragraph 200 on the ground that it relates to claims that have been dismissed from the action.

201.    Respectfully declines to respond to the allegations in Paragraph 201 on the ground that it relates to claims that have been dismissed from the action.

202.    Respectfully declines to respond to the allegations in Paragraph 202 on the ground that it relates to claims that have been dismissed from the action.

203.    Respectfully declines to respond to the allegations in Paragraph 203 on the ground that it relates to claims that have been dismissed from the action.

204.    Respectfully declines to respond to the allegations in Paragraph 204 on the ground that it relates to claims that have been dismissed from the action.

205.    Respectfully declines to respond to the allegations in Paragraph 205 on the ground that it relates to claims that have been dismissed from the action.

206.    Respectfully declines to respond to the allegations in Paragraph 206 on the ground that it relates to claims that have been dismissed from the action.

207.    Respectfully declines to respond to the allegations in Paragraph 207 on the ground that it relates to claims that have been dismissed from the action.

208.    Respectfully declines to respond to the allegations in Paragraph 208 on the ground that it relates to claims that have been dismissed from the action.

209.    Respectfully declines to respond to the allegations in Paragraph 209 on the ground that it relates to claims that have been dismissed from the action.

210.    Respectfully declines to respond to the allegations in Paragraph 210 on the ground that it relates to claims that have been dismissed from the action.

211.    Respectfully declines to respond to the allegations in Paragraph 211 on the ground that it relates to claims that have been dismissed from the action.

212.    Respectfully declines to respond to the allegations in Paragraph 212 on the ground that it relates to claims that have been dismissed from the action.

213.    Respectfully declines to respond to the allegations in Paragraph 213 on the ground that it relates to claims that have been dismissed from the action.

214.    Respectfully declines to respond to the allegations in Paragraph 214 on the ground that it relates to claims that have been dismissed from the action.

215.    Respectfully declines to respond to the allegations in Paragraph 215 on the ground that it relates to claims that have been dismissed from the action.

216.    Respectfully declines to respond to the allegations in Paragraph 216 on the ground that it relates to claims that have been dismissed from the action.

217.    Respectfully declines to respond to the allegations in Paragraph 217 on the ground that it relates to claims that have been dismissed from the action.

218.    Respectfully declines to respond to the allegations in Paragraph 218 on the ground that it relates to claims that have been dismissed from the action.

219.    Respectfully declines to respond to the allegations in Paragraph 219 on the ground that it relates to claims that have been dismissed from the action.

220.    Respectfully declines to respond to the allegations in Paragraph 220 on the ground that it relates to claims that have been dismissed from the action.

221.    Respectfully declines to respond to the allegations in Paragraph 221 on the ground that it relates to claims that have been dismissed from the action.

222.    Respectfully declines to respond to the allegations in Paragraph 222 on the ground that it relates to claims that have been dismissed from the action.

223.    Respectfully declines to respond to the allegations in Paragraph 223 on the ground that it relates to claims that have been dismissed from the action.

224.    Respectfully declines to respond to the allegations in Paragraph 224 on the ground that it relates to claims that have been dismissed from the action.

225.    Respectfully declines to respond to the allegations in Paragraph 225 on the ground that it relates to claims that have been dismissed from the action.

226.    Respectfully declines to respond to the allegations in Paragraph 226 on the ground that it relates to claims that have been dismissed from the action.

227.    Respectfully declines to respond to the allegations in Paragraph 227 on the ground that it relates to claims that have been dismissed from the action.

228.    Respectfully declines to respond to the allegations in Paragraph 228 on the ground that it relates to claims that have been dismissed from the action.

229.    Respectfully declines to respond to the allegations in Paragraph 229 on the ground that it relates to claims that have been dismissed from the action.

230.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 230.

231.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 231, except admits that Dr. James Faghmous joined AIGH in or about 2015.

232.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 232, except admits that Faghmous joined AIGH in or about 2015.

233.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 233.

234.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 234.

235.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 235.

236.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 236.

237.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 237.

238.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 238.

239.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 239, except admits that Faghmous left AIGH in or about 2017.

240.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 240.

241.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 241.

242.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 242.

243.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 243.

244.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 244.

245.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 245.

246.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 246.

247.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 247.

248.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 248.

249.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 249.

250.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 250.

251.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 251.

252.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 252.

253.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 253.

254.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 254.

255.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 255.

256.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 256.

257.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 257.

258.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 258.

259.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 259.

260.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 260, except admits that defendant did not complete the Collaborative Institute Training Program because he was not involved in research.

261.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 261.

262.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 262.

263.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 263.

264.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 264.

265.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 265.

266.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 266.

267.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 267.

268.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 268.

269.    Respectfully declines to respond to the allegations in Paragraph 269 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

270.    Respectfully declines to respond to the allegations in Paragraph 270 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

271.    Respectfully declines to respond to the allegations in Paragraph 271 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

272.    Respectfully declines to respond to the allegations in Paragraph 272 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

273.    Respectfully declines to respond to the allegations in Paragraph 273 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

274.    Respectfully declines to respond to the allegations in Paragraph 274 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is

required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

275.    Respectfully declines to respond to the allegations in Paragraph 275 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

276.    Respectfully declines to respond to the allegations in Paragraph 276 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

277.    Respectfully declines to respond to the allegations in Paragraph 277 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations, except admits that plaintiff attended a meeting in Washington, D.C.

278.    Respectfully declines to respond to the allegations in Paragraph 278 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

279.    Respectfully declines to respond to the allegations in Paragraph 279 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

280.    Respectfully declines to respond to the allegations in Paragraph 280 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

281.    Respectfully declines to respond to the allegations in Paragraph 281 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

282.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 282.

283.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 283.

284.    Respectfully declines to respond to the allegations in Paragraph 284 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

285.    Respectfully declines to respond to the allegations in Paragraph 285 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

286.    Respectfully declines to respond to the allegations in Paragraph 286 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is

required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

287.    Respectfully declines to respond to the allegations in Paragraph 287 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

288.    Respectfully declines to respond to the allegations in Paragraph 288 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

289.    Respectfully declines to respond to the allegations in Paragraph 289 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

290.    Respectfully declines to respond to the allegations in Paragraph 290 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

291.    Respectfully declines to respond to the allegations in Paragraph 291 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

292.     Respectfully declines to respond to the allegations in Paragraph 292 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

293.     Denies the allegations in Paragraph 293.

294.     Respectfully declines to respond to the allegations in Paragraph 294 on the ground that it relates to claims that have been dismissed from the action.

295.     Respectfully declines to respond to the allegations in Paragraph 295 on the ground that it relates to claims that have been dismissed from the action.

296.     Respectfully declines to respond to the allegations in Paragraph 296 on the ground that it relates to claims that have been dismissed from the action.

297.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 297.

298.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 298.

299.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 299.

300.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 300.

301.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 301.

302.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 302.

303.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 303.

304.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 304.

305.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 305.

306.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 306.

307.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 307.

308.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 308.

309.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 309.

310.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 310.

311.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 311.

312.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 312.

313.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 313.

314.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 314.

315.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 315.

316.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 316.

317.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 317.

318.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 318.

319.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 319.

320.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 320.

321.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 321.

322.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 322.

323.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 323.

324.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 324.

325.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 325.

326.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 326.

327.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 327.

328.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 328, except admits that Llames joined AIGH in or about 2017.

329.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 329, except admits that Llames was a project manager and that she worked with defendant.

330.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 330.

331.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 331.

332.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 332.

333.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 333.

334.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 334.

335.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 335.

336.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 336.

337.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 337, except admits that Llames left AIGH in or about 2018.

338.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 338, except admits that Misiti joined AIGH in or about 2017.

339.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 339.

340.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 340.

341.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 341.

342.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 342.

343.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 343.

344.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 344.

345.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 345.

346.    Respectfully declines to respond to the allegations in Paragraph 346 on the ground that it relates to claims that have been dismissed from the lawsuit. To the extent a response is

required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

347.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 347.

348.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 348.

349.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 349.

350.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 350.

351.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 351.

352.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 352.

353.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 353.

354.    Respectfully declines to respond to the allegations in Paragraph 354 on the ground that it relates to claims that have been dismissed from the action.

355.    Respectfully declines to respond to the allegations in Paragraph 355 on the ground that it relates to claims that have been dismissed from the action.

356.    Respectfully declines to respond to the allegations in Paragraph 356 on the ground that it relates to claims that have been dismissed from the action.

357.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 357.

358.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 358.

359.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 359.

360.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 360.

361.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 361.

362.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 362.

363.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 363.

364.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 364.

365.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 365.

366.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 366.

367.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 367.

368.    Respectfully declines to respond to the allegations in Paragraph 368 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

369.    Respectfully declines to respond to the allegations in Paragraph 369 on the ground that it relates to claims that have been dismissed from the action.

370.    Respectfully declines to respond to the allegations in Paragraph 370 on the ground that it relates to claims that have been dismissed from the action.

371.    Respectfully declines to respond to the allegations in Paragraph 371 on the ground that it relates to claims that have been dismissed from the action.

372.    Respectfully declines to respond to the allegations in Paragraph 372 on the ground that it relates to claims that have been dismissed from the action.

373.    Respectfully declines to respond to the allegations in Paragraph 373 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

374.    Respectfully declines to respond to the allegations in Paragraph 374 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

375.    Respectfully declines to respond to the allegations in Paragraph 375 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is

required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

376.    Respectfully declines to respond to the allegations in Paragraph 376 on the ground that it relates to claims that have been dismissed from the action.

377.    Respectfully declines to respond to the allegations in Paragraph 377 on the ground that it relates to claims that have been dismissed from the action.

378.    Respectfully declines to respond to the allegations in Paragraph 378 on the ground that it relates to claims that have been dismissed from the action.

379.    Respectfully declines to respond to the allegations in Paragraph 379 on the ground that it relates to claims that have been dismissed from the action.

380.    Respectfully declines to respond to the allegations in Paragraph 380 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

381.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 381, except admits Berman was hired to work at AIGH as Chief of Staff.

382.    Respectfully declines to respond to the allegations in Paragraph 382 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

383.    Respectfully declines to respond to the allegations in Paragraph 383 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is

required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

384.    Respectfully declines to respond to the allegations in Paragraph 384 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

385.    Respectfully declines to respond to the allegations in Paragraph 385 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

386.    Respectfully declines to respond to the allegations in Paragraph 386 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

387.    Respectfully declines to respond to the allegations in Paragraph 387 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

388.    Respectfully declines to respond to the allegations in Paragraph 388 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

389.    Respectfully declines to respond to the allegations in Paragraph 389 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

390.    Respectfully declines to respond to the allegations in Paragraph 390 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

391.    Respectfully declines to respond to the allegations in Paragraph 391 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

392.    Respectfully declines to respond to the allegations in Paragraph 392 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

393.    Respectfully declines to respond to the allegations in Paragraph 393 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

394.    Respectfully declines to respond to the allegations in Paragraph 394 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is

required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

395.    Respectfully declines to respond to the allegations in Paragraph 395 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

396.    Respectfully declines to respond to the allegations in Paragraph 396 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

397.    Respectfully declines to respond to the allegations in Paragraph 397 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

398.    Respectfully declines to respond to the allegations in Paragraph 398 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

399.    Respectfully declines to respond to the allegations in Paragraph 399 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

400.    Respectfully declines to respond to the allegations in Paragraph 400 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

401.    Respectfully declines to respond to the allegations in Paragraph 401 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

402.    Respectfully declines to respond to the allegations in Paragraph 402 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

403.    Respectfully declines to respond to the allegations in Paragraph 403 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

404.    Respectfully declines to respond to the allegations in Paragraph 404 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

405.    Respectfully declines to respond to the allegations in Paragraph 405 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is

required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

406.    Denies the allegations in Paragraph 406, except admits that he joined AIGH in or about January 2016 as Director of Design and Product Development.

407.    Admits the allegations in Paragraph 407.

408.    Denies the allegation he "obtained his Bachelor of Applied Science in Medicine in 2001 from the Universidade do Grande Rio in Rio de Janeiro," but otherwise admits the allegations in Paragraph 408.

409.    Denies the allegations in Paragraph 409.

410.    Denies the allegations in Paragraph 410.

411.    Denies the allegations in Paragraph 411.

412.    Denies the allegations in Paragraph 412, except admits that defendant and Llames were assigned offices that were connected by an interior door; that the offices were also used by others; that Llames, defendant and others frequently walked through and sat in each other's respective offices; and that Llames and defendant frequently discussed personal matters.

413.    Denies the allegations in Paragraph 413, except admits that defendant and Llames were friends; that they frequently made joking comments about each other's appearance; and that defendant engaged in conversation that Llames frequently initiated about her personal life, including her dating and romantic preferences.

414.    Denies the allegations in Paragraph 414, except admits that defendant and Llames openly discussed their weight with each other.

415.    Denies the allegations in Paragraph 415.

416.    Denies the allegations in Paragraph 416, except admits that defendant made the comment attributed to him in response to being shown the photograph referred to.

417.    Denies the allegations in Paragraph 417.

418.    Denies the allegations in Paragraph 418.

419.    Denies the allegations in Paragraph 419.

420.    Denies the allegations in Paragraph 420.

421.    Denies the allegations in Paragraph 421.

422.    Denies the allegations in Paragraph 422.

423.    Denies the allegations in Paragraph 423.

424.    Respectfully declines to respond to the allegations in Paragraph 424 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies the allegations.

425.    Denies the allegations in Paragraph 425.

426.    Denies the allegations in Paragraph 426.

427.    Respectfully declines to respond to the allegations in Paragraph 427 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

428.    Respectfully declines to respond to the allegations in Paragraph 428 on the ground that it relates to claims that have been dismissed from the action.

429.    Respectfully declines to respond to the allegations in Paragraph 429 on the ground that it relates to claims that have been dismissed from the action.

430.    Respectfully declines to respond to the allegations in Paragraph 430 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

431.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 431.

432.    Respectfully declines to respond to the allegations in Paragraph 432 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

433.    Respectfully declines to respond to the allegations in Paragraph 433 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

434.    Respectfully declines to respond to the allegations in Paragraph 434 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

435.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 435.

436.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 436.

437.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 437.

438.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 438.

439.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 439.

440.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 440.

441.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 441.

442.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 442.

443.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 443.

444.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 444.

445.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 445.

446.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 446.

447.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 447.

448.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 448.

449.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 449.

450.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 450.

451.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 451.

452.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 452.

453.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 453.

454.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 454.

455.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 455.

456.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 456.

457.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 457.

458.    Respectfully declines to respond to the allegations in Paragraph 458 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is

required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

459.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 459.

460.    Respectfully declines to respond to the allegations in Paragraph 460 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

461.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 461.

462.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 462.

463.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 463.

464.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 464.

465.    Respectfully declines to respond to the allegations in Paragraph 465 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

466.    Respectfully declines to respond to the allegations in Paragraph 466 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is

required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

467.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 467.

468.    Respectfully declines to respond to the allegations in Paragraph 468 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

469.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 469, except admits that defendant edited the document referred to.

470.    Denies the allegations in Paragraph 470.

471.    Denies the allegations in Paragraph 471, except admits sharing the document referred to with Singh.

472.    Respectfully declines to respond to the allegations in Paragraph 472 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

473.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 473.

474.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 474.

475.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 475.

476.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 476.

477.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 477.

478.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 478.

479.    Denies the allegations in Paragraph 479, except denies knowledge or information sufficient to form a belief as to the truth of the allegations regarding an apology to plaintiffs, and admits Charney currently works at the Icahn School of Medicine at Mount Sinai and defendant is represented by Proskauer Rose LLP.

480.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 480, except admits that Singh stepped down as Director of AIGH and Chair of the Department of Health System Design and Global Health in or about July 2019.

481.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 481.

482.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 482.

483.    Denies the allegations in Paragraph 483.

484.    Respectfully declines to respond to the allegations in Paragraph 484 on the ground that it relates to claims that have been dismissed from the action.

485.    Respectfully declines to respond to the allegations in Paragraph 485 on the ground that it relates to claims that have been dismissed from the action.

486.     Respectfully declines to respond to the allegations in Paragraph 486 on the ground that it relates to claims that have been dismissed from the action.

487.     Respectfully declines to respond to the allegations in Paragraph 487 on the ground that it relates to claims that have been dismissed from the action.

488.     Respectfully declines to respond to the allegations in Paragraph 488 on the ground that it relates to claims that have been dismissed from the action.

489.     Respectfully declines to respond to the allegations in Paragraph 489 on the ground that it relates to claims that have been dismissed from the action.

490.     Respectfully declines to respond to the allegations in Paragraph 490 on the ground that it relates to claims that have been dismissed from the action.

491.     Respectfully declines to respond to the allegations in Paragraph 491 on the ground that it relates to claims that have been dismissed from the action.

492.     Respectfully declines to respond to the allegations in Paragraph 492 on the ground that it relates to claims that have been dismissed from the action.

493.     Respectfully declines to respond to the allegations in Paragraph 493 on the ground that it relates to claims that have been dismissed from the action.

494.     Respectfully declines to respond to the allegations in Paragraph 494 on the ground that it relates to claims that have been dismissed from the action.

495.     Respectfully declines to respond to the allegations in Paragraph 495 on the ground that it relates to claims that have been dismissed from the action.

496.     Respectfully declines to respond to the allegations in Paragraph 496 on the ground that it relates to claims that have been dismissed from the action.

497.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 497.

498.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 498.

499.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 499.

500.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 500.

501.    Respectfully declines to respond to the allegations in Paragraph 501 on the ground that it relates to claims that have been dismissed from the action.

502.    Respectfully declines to respond to the allegations in Paragraph 502 on the ground that it relates to claims that have been dismissed from the action.

503.    Respectfully declines to respond to the allegations in Paragraph 503 on the ground that it relates to claims that have been dismissed from the action.

504.    Respectfully declines to respond to the allegations in Paragraph 504 on the ground that it relates to claims that have been dismissed from the action.

505.    Respectfully declines to respond to the allegations in Paragraph 505 on the ground that it relates to claims that have been dismissed from the action.

506.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 506.

507.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 507.

508.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 508.

509.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 509.

510.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 510.

511.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 511.

512.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 512.

513.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 513.

514.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 514.

515.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 515.

516.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 516.

517.    Repeats and re-alleges his responses to the proceeding Paragraphs as if fully set forth herein.

518.    Respectfully declines to respond to the allegations in Paragraph 518 on the ground that it relates to claims that have been dismissed from the action.

519.    Respectfully declines to respond to the allegations in Paragraph 519 on the ground that it relates to claims that have been dismissed from the action.

520.    Respectfully declines to respond to the allegations in Paragraph 520 on the ground that it relates to claims that have been dismissed from the action.

521.    Respectfully declines to respond to the allegations in Paragraph 521 on the ground that it relates to claims that have been dismissed from the action.

522.    Respectfully declines to respond to the allegations in Paragraph 522 on the ground that it relates to claims that have been dismissed from the action.

523.    Respectfully declines to respond to the allegations in Paragraph 523 on the ground that it relates to claims that have been dismissed from the action.

524.    Respectfully declines to respond to the allegations in Paragraph 524 on the ground that it relates to claims that have been dismissed from the action.

525.    Respectfully declines to respond to the allegations in Paragraph 525 on the ground that it relates to claims that have been dismissed from the action.

526.    Respectfully declines to respond to the allegations in Paragraph 526 on the ground that it relates to claims that have been dismissed from the action.

527.    Respectfully declines to respond to the allegations in Paragraph 527 on the ground that it relates to claims that have been dismissed from the action.

528.    Respectfully declines to respond to the allegations in Paragraph 528 on the ground that it relates to claims that have been dismissed from the action.

529.    Respectfully declines to respond to the allegations in Paragraph 529 on the ground that it relates to claims that have been dismissed from the action.

530.    Respectfully declines to respond to the allegations in Paragraph 530 on the ground that it relates to claims that have been dismissed from the action.

531.    Respectfully declines to respond to the allegations in Paragraph 531 on the ground that it relates to claims that have been dismissed from the action.

532.    Respectfully declines to respond to the allegations in Paragraph 532 on the ground that it relates to claims that have been dismissed from the action.

533.    Respectfully declines to respond to the allegations in Paragraph 533 on the ground that it relates to claims that have been dismissed from the action.

534.    Repeats and re-alleges his responses to the proceeding Paragraphs as if fully set forth herein.

535.    Respectfully declines to respond to the allegations in Paragraph 535 on the ground that it relates to claims that have been dismissed from the action.

536.    Respectfully declines to respond to the allegations in Paragraph 536 on the ground that it relates to claims that have been dismissed from the action.

537.    Respectfully declines to respond to the allegations in Paragraph 537 on the ground that it relates to claims that have been dismissed from the action.

538.    Respectfully declines to respond to the allegations in Paragraph 538 on the ground that it relates to claims that have been dismissed from the action.

539.    Respectfully declines to respond to the allegations in Paragraph 539 on the ground that it relates to claims that have been dismissed from the action.

540.    Respectfully declines to respond to the allegations in Paragraph 540 on the ground that it relates to claims that have been dismissed from the action.

541.    Respectfully declines to respond to the allegations in Paragraph 541 on the ground that it relates to claims that have been dismissed from the action.

542.    Respectfully declines to respond to the allegations in Paragraph 542 on the ground that it relates to claims that have been dismissed from the action.

543.    Respectfully declines to respond to the allegations in Paragraph 543 on the ground that it relates to claims that have been dismissed from the action.

544.    Respectfully declines to respond to the allegations in Paragraph 544 on the ground that it relates to claims that have been dismissed from the action.

545.    Respectfully declines to respond to the allegations in Paragraph 545 on the ground that it relates to claims that have been dismissed from the action.

546.    Respectfully declines to respond to the allegations in Paragraph 546 on the ground that it relates to claims that have been dismissed from the action.

547.    Respectfully declines to respond to the allegations in Paragraph 547 on the ground that it relates to claims that have been dismissed from the action.

548.    Respectfully declines to respond to the allegations in Paragraph 548 on the ground that it relates to claims that have been dismissed from the action.

549.    Respectfully declines to respond to the allegations in Paragraph 549 on the ground that it relates to claims that have been dismissed from the action.

550.    Respectfully declines to respond to the allegations in Paragraph 550 on the ground that it relates to claims that have been dismissed from the action.

551.    Respectfully declines to respond to the allegations in Paragraph 551 on the ground that it relates to claims that have been dismissed from the action.

552.    Repeats and re-alleges his responses to the proceeding Paragraphs as if fully set forth herein.

553.    Respectfully declines to respond to the allegations in Paragraph 553 on the ground that it relates to claims that have been dismissed from the action.

554.    Respectfully declines to respond to the allegations in Paragraph 554 on the ground that it relates to claims that have been dismissed from the action.

555.    Respectfully declines to respond to the allegations in Paragraph 555 on the ground that it relates to claims that have been dismissed from the action

556.    Respectfully declines to respond to the allegations in Paragraph 556 on the ground that it relates to claims that have been dismissed from the action.

557.    Respectfully declines to respond to the allegations in Paragraph 557 on the ground that it relates to claims that have been dismissed from the action.

558.    Respectfully declines to respond to the allegations in Paragraph 558 on the ground that it relates to claims that have been dismissed from the action.

559.    Respectfully declines to respond to the allegations in Paragraph 559 on the ground that it relates to claims that have been dismissed from the action.

560.    Respectfully declines to respond to the allegations in Paragraph 560 on the ground that it relates to claims that have been dismissed from the action.

561.    Respectfully declines to respond to the allegations in Paragraph 561 on the ground that it relates to claims that have been dismissed from the action.

562.    Respectfully declines to respond to the allegations in Paragraph 562 on the ground that it relates to claims that have been dismissed from the action.

563.    Respectfully declines to respond to the allegations in Paragraph 563 on the ground that it relates to claims that have been dismissed from the action.

564.    Respectfully declines to respond to the allegations in Paragraph 564 on the ground that it relates to claims that have been dismissed from the action.

565.    Respectfully declines to respond to the allegations in Paragraph 565 on the ground that it relates to claims that have been dismissed from the action.

566.    Respectfully declines to respond to the allegations in Paragraph 566 on the ground that it relates to claims that have been dismissed from the action.

567.    Respectfully declines to respond to the allegations in Paragraph 567 on the ground that it relates to claims that have been dismissed from the action.

568.    Repeats and re-alleges his responses to the proceeding Paragraphs as if fully set forth herein.

569.    Respectfully declines to respond to the allegations in Paragraph 569 on the ground that it relates to claims that have been dismissed from the action.

570.    Respectfully declines to respond to the allegations in Paragraph 570 on the ground that it relates to claims that have been dismissed from the action.

571.    Respectfully declines to respond to the allegations in Paragraph 571 on the ground that it relates to claims that have been dismissed from the action.

572.    Respectfully declines to respond to the allegations in Paragraph 572 on the ground that it relates to claims that have been dismissed from the action.

573.    Respectfully declines to respond to the allegations in Paragraph 573 on the ground that it relates to claims that have been dismissed from the action.

574.    Respectfully declines to respond to the allegations in Paragraph 574 on the ground that it relates to claims that have been dismissed from the action.

575.    Respectfully declines to respond to the allegations in Paragraph 575 on the ground that it relates to claims that have been dismissed from the action.

576.    Respectfully declines to respond to the allegations in Paragraph 576 on the ground that it relates to claims that have been dismissed from the action.

577.    Respectfully declines to respond to the allegations in Paragraph 577 on the ground that it relates to claims that have been dismissed from the action.

578.    Respectfully declines to respond to the allegations in Paragraph 578 on the ground that it relates to claims that have been dismissed from the action.

579.    Respectfully declines to respond to the allegations in Paragraph 579 on the ground that it relates to claims that have been dismissed from the action.

580.    Respectfully declines to respond to the allegations in Paragraph 580 on the ground that it relates to claims that have been dismissed from the action.

581.    Respectfully declines to respond to the allegations in Paragraph 581 on the ground that it relates to claims that have been dismissed from the action.

582.    Respectfully declines to respond to the allegations in Paragraph 582 on the ground that it relates to claims that have been dismissed from the action.

583.    Respectfully declines to respond to the allegations in Paragraph 583 on the ground that it relates to claims that have been dismissed from the action.

584.    Respectfully declines to respond to the allegations in Paragraph 584 on the ground that it relates to claims that have been dismissed from the action.

585.     Respectfully declines to respond to the allegations in Paragraph 585 on the ground that it relates to claims that have been dismissed from the action.

586.     Repeats and re-alleges his responses to the proceeding Paragraphs as if fully set forth herein.

587.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 587, except admits that Safo was a female employee at the Icahn School of Medicine at Mount Sinai.

588.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 588.

589.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 589, except admits that Singh was Director of AIGH.

590.     Respectfully declines to respond to the allegations in Paragraph 590 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

591.     Denies the allegations in Paragraph 591, except admits that defendant worked at the Icahn School of Medicine at Mount Sinai.

592.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 592, except admits that Charney was Dean of the Icahn School of Medicine at Mount Sinai.

593.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 593.

594.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 594.

595.    Denies the allegations in Paragraph 595.

596.    Denies the allegations in Paragraph 596.

597.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 597.

598.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 598.

599.    Denies the allegations in Paragraph 599.

600.    Denies the allegations in Paragraph 600.

601.    Denies the allegations in Paragraph 601.

602.    Denies the allegations in Paragraph 602.

603.    Denies plaintiff is entitled to the relief requested.

604.    Repeats and re-alleges his responses to the proceeding Paragraphs as if fully set forth herein.

605.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 605, except admits that Safo was a female employee at the Icahn School of Medicine at Mount Sinai.

606.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 606.

607.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 607, except admits that Singh was Director of AIGH.

608.    Respectfully declines to respond to the allegations in Paragraph 608 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

609.    Denies the allegations in Paragraph 609, except admits that defendant worked at the Icahn School of Medicine at Mount Sinai.

610.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 610, except admits that Charney was Dean of the Icahn School of Medicine at Mount Sinai.

611.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 611.

612.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 612.

613.    Denies the allegations in Paragraph 613.

614.    Denies the allegations in Paragraph 614.

615.    Denies the allegations in Paragraph 615.

616.    Denies the allegations in Paragraph 616.

617.    Denies the allegations in Paragraph 617.

618.    Denies the allegations in Paragraph 618.

619.    Denies the allegations in Paragraph 619.

620.    Denies the allegations in Paragraph 620.

621.    Denies the allegations in Paragraph 621.

622.    Denies the allegations in Paragraph 622.

623.    Denies plaintiff is entitled to the relief requested.

624.    Repeats and re-alleges his responses to the proceeding Paragraphs as if fully set forth herein.

625.    Respectfully declines to respond to the allegations in Paragraph 625 on the ground that it relates to claims that have been dismissed from the action.

626.    Respectfully declines to respond to the allegations in Paragraph 626 on the ground that it relates to claims that have been dismissed from the action.

627.    Respectfully declines to respond to the allegations in Paragraph 627 on the ground that it relates to claims that have been dismissed from the action.

628.    Respectfully declines to respond to the allegations in Paragraph 628 on the ground that it relates to claims that have been dismissed from the action.

629.    Respectfully declines to respond to the allegations in Paragraph 629 on the ground that it relates to claims that have been dismissed from the action.

630.    Respectfully declines to respond to the allegations in Paragraph 630 on the ground that it relates to claims that have been dismissed from the action.

631.    Respectfully declines to respond to the allegations in Paragraph 631 on the ground that it relates to claims that have been dismissed from the action.

632.    Respectfully declines to respond to the allegations in Paragraph 632 on the ground that it relates to claims that have been dismissed from the action.

633.    Respectfully declines to respond to the allegations in Paragraph 633 on the ground that it relates to claims that have been dismissed from the action.

634.    Respectfully declines to respond to the allegations in Paragraph 634 on the ground that it relates to claims that have been dismissed from the action.

635.    Respectfully declines to respond to the allegations in Paragraph 635 on the ground that it relates to claims that have been dismissed from the action.

636.    Respectfully declines to respond to the allegations in Paragraph 636 on the ground that it relates to claims that have been dismissed from the action.

637.    Respectfully declines to respond to the allegations in Paragraph 637 on the ground that it relates to claims that have been dismissed from the action.

638.    Respectfully declines to respond to the allegations in Paragraph 638 on the ground that it relates to claims that have been dismissed from the action.

639.    Respectfully declines to respond to the allegations in Paragraph 639 on the ground that it relates to claims that have been dismissed from the action.

640.    Respectfully declines to respond to the allegations in Paragraph 640 on the ground that it relates to claims that have been dismissed from the action.

641.    Repeats and re-alleges his responses to the proceeding Paragraphs as if fully set forth herein.

642.    Respectfully declines to respond to the allegations in Paragraph 642 on the ground that it relates to claims that have been dismissed from the action.

643.    Respectfully declines to respond to the allegations in Paragraph 643 on the ground that it relates to claims that have been dismissed from the action.

644.    Respectfully declines to respond to the allegations in Paragraph 644 on the ground that it relates to claims that have been dismissed from the action.

645.    Respectfully declines to respond to the allegations in Paragraph 645 on the ground that it relates to claims that have been dismissed from the action.

646.     Respectfully declines to respond to the allegations in Paragraph 646 on the ground that it relates to claims that have been dismissed from the action.

647.     Respectfully declines to respond to the allegations in Paragraph 647 on the ground that it relates to claims that have been dismissed from the action.

648.     Respectfully declines to respond to the allegations in Paragraph 648 on the ground that it relates to claims that have been dismissed from the action.

649.     Respectfully declines to respond to the allegations in Paragraph 649 on the ground that it relates to claims that have been dismissed from the action.

650.     Respectfully declines to respond to the allegations in Paragraph 650 on the ground that it relates to claims that have been dismissed from the action.

651.     Respectfully declines to respond to the allegations in Paragraph 651 on the ground that it relates to claims that have been dismissed from the action.

652.     Respectfully declines to respond to the allegations in Paragraph 652 on the ground that it relates to claims that have been dismissed from the action.

653.     Respectfully declines to respond to the allegations in Paragraph 653 on the ground that it relates to claims that have been dismissed from the action.

654.     Respectfully declines to respond to the allegations in Paragraph 654 on the ground that it relates to claims that have been dismissed from the action.

655.     Respectfully declines to respond to the allegations in Paragraph 655 on the ground that it relates to claims that have been dismissed from the action.

656.     Respectfully declines to respond to the allegations in Paragraph 656 on the ground that it relates to claims that have been dismissed from the action.

657.    Respectfully declines to respond to the allegations in Paragraph 657 on the ground that it relates to claims that have been dismissed from the action.

658.    Respectfully declines to respond to the allegations in Paragraph 658 on the ground that it relates to claims that have been dismissed from the action.

659.    Respectfully declines to respond to the allegations in Paragraph 659 on the ground that it relates to claims that have been dismissed from the action.

660.    Repeats and re-alleges his responses to the proceeding Paragraphs as if fully set forth herein.

661.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 661, except admits that Llames was a female employee at the Icahn School of Medicine at Mount Sinai.

662.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 662.

663.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 663, except admits that Singh was Director of AIGH.

664.    Respectfully declines to respond to the allegations in Paragraph 664 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

665.    Denies the allegations in Paragraph 665, except admits that defendant worked at the Icahn School of Medicine at Mount Sinai.

666.    Denies the allegations in Paragraph 666, except admits that Charney was Dean of the Icahn School of Medicine at Mount Sinai.

667.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 667.

668.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 668.

669.    Denies the allegations in Paragraph 669.

670.    Denies the allegations in Paragraph 670.

671.    Denies the allegations in Paragraph 671.

672.    Denies the allegations in Paragraph 672.

673.    Denies the allegations in Paragraph 673.

674.    Denies the allegations in Paragraph 674.

675.    Denies the allegations in Paragraph 675.

676.    Denies the allegations in Paragraph 676.

677.    Denies plaintiff is entitled to the relief requested.

678.    Repeats and re-alleges his responses to the proceeding Paragraphs as if fully set forth herein.

679.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 679, except admits that Llames was a female employee at the Icahn School of Medicine at Mount Sinai.

680.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 680.

681.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 681, except admits that Singh was Director of AIGH.

682.    Respectfully declines to respond to the allegations in Paragraph 682 on the ground that it relates to claims that have been dismissed from the action.  To the extent a response is required, defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations.

683.    Denies the allegations in Paragraph 683, except admits that defendant worked at the Icahn School of Medicine at Mount Sinai.

684.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 684, except admits that Charney was Dean of the Icahn School of Medicine at Mount Sinai.

685.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 685.

686.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 686.

687.    Denies the allegations in Paragraph 687.

688.    Denies the allegations in Paragraph 688.

689.    Denies the allegations in Paragraph 689.

690.    Denies the allegations in Paragraph 690.

691.    Denies the allegations in Paragraph 691.

692.    Denies the allegations in Paragraph 692.

693.    Denies the allegations in Paragraph 693.

694.    Denies the allegations in Paragraph 694.

695.    Denies the allegations in Paragraph 695.

696.    Denies the allegations in Paragraph 696.

697.    Denies plaintiff is entitled to the relief requested.

698.    Repeats and re-alleges his responses to the proceeding Paragraphs as if fully set forth herein.

699.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 699, except admits that Misiti was a female employee at the Icahn School of Medicine at Mount Sinai.

700.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 700.

701.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 701, except admits that Singh was the Director of AIGH.

702.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 702, except admits that Charney was Dean of the Icahn School of Medicine at Mount Sinai.

703.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 703.

704.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 704.

705.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 705.

706.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 706.

707.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 707.

708.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 708.

709.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 709.

710.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 710.

711.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 711.

712.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 712.

713.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 713.

714.    Repeats and re-alleges his responses to the proceeding Paragraphs as if fully set forth herein.

715.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 715, except admits that Misiti was a female employee at the Icahn School of Medicine at Mount Sinai.

716.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 716.

717.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 717, except admits that Singh was the Director of AIGH.

718.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 718, except admits that Charney was Dean of the Icahn School of Medicine at Mount Sinai.

719.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 719.

720.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 720.

721.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 721.

722.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 722.

723.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 723.

724.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 724.

725.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 725.

726.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 726.

727.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 727.

728.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 728.

729.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 729.

730.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 730.

731.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 731.

732.    Repeats and re-alleges his responses to the proceeding Paragraphs as if fully set forth herein.

733.    Respectfully declines to respond to the allegations in Paragraph 733 on the ground that it relates to claims that have been dismissed from the action.

734.    Respectfully declines to respond to the allegations in Paragraph 734 on the ground that it relates to claims that have been dismissed from the action.

735.    Respectfully declines to respond to the allegations in Paragraph 735 on the ground that it relates to claims that have been dismissed from the action.

736.    Respectfully declines to respond to the allegations in Paragraph 736 on the ground that it relates to claims that have been dismissed from the action.

737.    Respectfully declines to respond to the allegations in Paragraph 737 on the ground that it relates to claims that have been dismissed from the action.

738.    Respectfully declines to respond to the allegations in Paragraph 738 on the ground that it relates to claims that have been dismissed from the action.

739.    Respectfully declines to respond to the allegations in Paragraph 739 on the ground that it relates to claims that have been dismissed from the action.

740.    Respectfully declines to respond to the allegations in Paragraph 740 on the ground that it relates to claims that have been dismissed from the action.

741.    Respectfully declines to respond to the allegations in Paragraph 741 on the ground that it relates to claims that have been dismissed from the action.

742.    Respectfully declines to respond to the allegations in Paragraph 742 on the ground that it relates to claims that have been dismissed from the action.

743.    Respectfully declines to respond to the allegations in Paragraph 743 on the ground that it relates to claims that have been dismissed from the action.

744.    Repeats and re-alleges his responses to the proceeding Paragraphs as if fully set forth herein.

745.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 745, except admits that Bruzelius was a female employee at the Icahn School of Medicine at Mount Sinai.

746.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 746.

747.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 747, except admits that Singh was the Director of AIGH.

748.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 748, except admits that Charney was Dean of the Icahn School of Medicine at Mount Sinai.

749.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 749.

750.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 750.

751.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 751.

752.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 752.

753.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 753.

754.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 754.

755.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 755.

756.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 756.

757.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 757.

758.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 758.

759.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 759.

760.    Repeats and re-alleges his responses to the proceeding Paragraphs as if fully set forth herein.

761.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 761, except admits that Bruzelius was a female employee at the Icahn School of Medicine at Mount Sinai.

762.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 762.

763.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 763, except admits that Singh was the Director of AIGH.

764.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 764, except admits that Charney was Dean of the Icahn School of Medicine at Mount Sinai.

765.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 765.

766.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 766.

767.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 767.

768.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 768.

769.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 769.

770.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 770.

771.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 771.

772.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 772.

773.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 773.

774.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 774.

775.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 775.

776.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 776.

777.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 777.

778.    Repeats and re-alleges his responses to the proceeding Paragraphs as if fully set forth herein.

779.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 779, except admits that Bruzelius was a female employee at the Icahn School of Medicine at Mount Sinai.

780.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 780.

781.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 781.

782.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 782.

783.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 783, except admits that Singh was the Director of AIGH.

784.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 784, except admits that Charney was Dean of the Icahn School of Medicine at Mount Sinai.

785.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 785.

786.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 786.

787.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 787.

788.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 788.

789.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 789.

790.    Repeats and re-alleges his responses to the proceeding Paragraphs as if fully set forth herein.

791.    Respectfully declines to respond to the allegations in Paragraph 791 on the ground that it relates to claims that have been dismissed from the action.

792.    Respectfully declines to respond to the allegations in Paragraph 792 on the ground that it relates to claims that have been dismissed from the action.

793.    Respectfully declines to respond to the allegations in Paragraph 793 on the ground that it relates to claims that have been dismissed from the action.

794.    Respectfully declines to respond to the allegations in Paragraph 794 on the ground that it relates to claims that have been dismissed from the action.

795.    Respectfully declines to respond to the allegations in Paragraph 795 on the ground that it relates to claims that have been dismissed from the action.

796.    Respectfully declines to respond to the allegations in Paragraph 796 on the ground that it relates to claims that have been dismissed from the action.

797.    Respectfully declines to respond to the allegations in Paragraph 797 on the ground that it relates to claims that have been dismissed from the action.

798.    Respectfully declines to respond to the allegations in Paragraph 798 on the ground that it relates to claims that have been dismissed from the action.

799.    Respectfully declines to respond to the allegations in Paragraph 799 on the ground that it relates to claims that have been dismissed from the action.

800.    Respectfully declines to respond to the allegations in Paragraph 800 on the ground that it relates to claims that have been dismissed from the action.

801.    Respectfully declines to respond to the allegations in Paragraph 801 on the ground that it relates to claims that have been dismissed from the action.

802.    Repeats and re-alleges his responses to the proceeding Paragraphs as if fully set forth herein.

803.    Respectfully declines to respond to the allegations in Paragraph 803 on the ground that it relates to claims that have been dismissed from the action.

804.    Respectfully declines to respond to the allegations in Paragraph 804 on the ground that it relates to claims that have been dismissed from the action.

805.    Respectfully declines to respond to the allegations in Paragraph 805 on the ground that it relates to claims that have been dismissed from the action.

806.    Respectfully declines to respond to the allegations in Paragraph 806 on the ground that it relates to claims that have been dismissed from the action.

807.    Respectfully declines to respond to the allegations in Paragraph 807 on the ground that it relates to claims that have been dismissed from the action.

808.    Respectfully declines to respond to the allegations in Paragraph 808 on the ground that it relates to claims that have been dismissed from the action.

809.    Respectfully declines to respond to the allegations in Paragraph 809 on the ground that it relates to claims that have been dismissed from the action.

810.    Respectfully declines to respond to the allegations in Paragraph 810 on the ground that it relates to claims that have been dismissed from the action.

811.    Respectfully declines to respond to the allegations in Paragraph 811 on the ground that it relates to claims that have been dismissed from the action.

812.    Respectfully declines to respond to the allegations in Paragraph 812 on the ground that it relates to claims that have been dismissed from the action.

813.    Respectfully declines to respond to the allegations in Paragraph 813 on the ground that it relates to claims that have been dismissed from the action.

814.    Respectfully declines to respond to the allegations in Paragraph 814 on the ground that it relates to claims that have been dismissed from the action.

815.    Repeats and re-alleges his responses to the proceeding Paragraphs as if fully set forth herein.

816.    Respectfully declines to respond to the allegations in Paragraph 816 on the ground that it relates to claims that have been dismissed from the action.

817.    Respectfully declines to respond to the allegations in Paragraph 817 on the ground that it relates to claims that have been dismissed from the action.

818.    Respectfully declines to respond to the allegations in Paragraph 818 on the ground that it relates to claims that have been dismissed from the action.

819.    Respectfully declines to respond to the allegations in Paragraph 819 on the ground that it relates to claims that have been dismissed from the action.

820.    Respectfully declines to respond to the allegations in Paragraph 820 on the ground that it relates to claims that have been dismissed from the action.

821.    Respectfully declines to respond to the allegations in Paragraph 821 on the ground that it relates to claims that have been dismissed from the action.

822.    Respectfully declines to respond to the allegations in Paragraph 822 on the ground that it relates to claims that have been dismissed from the action.

823.    Respectfully declines to respond to the allegations in Paragraph 823 on the ground that it relates to claims that have been dismissed from the action.

824.    Respectfully declines to respond to the allegations in Paragraph 824 on the ground that it relates to claims that have been dismissed from the action.

825.    Respectfully declines to respond to the allegations in Paragraph 825 on the ground that it relates to claims that have been dismissed from the action.

826.    Respectfully declines to respond to the allegations in Paragraph 826 on the ground that it relates to claims that have been dismissed from the action.

827.    Repeats and re-alleges his responses to the proceeding Paragraphs as if fully set forth herein.

828.    Respectfully declines to respond to the allegations in Paragraph 828 on the ground that it relates to claims that have been dismissed from the action.

829.    Respectfully declines to respond to the allegations in Paragraph 829 on the ground that it relates to claims that have been dismissed from the action.

830.    Respectfully declines to respond to the allegations in Paragraph 830 on the ground that it relates to claims that have been dismissed from the action.

831.    Respectfully declines to respond to the allegations in Paragraph 831 on the ground that it relates to claims that have been dismissed from the action.

832.    Respectfully declines to respond to the allegations in Paragraph 832 on the ground that it relates to claims that have been dismissed from the action.

833.    Respectfully declines to respond to the allegations in Paragraph 833 on the ground that it relates to claims that have been dismissed from the action.

834.    Respectfully declines to respond to the allegations in Paragraph 834 on the ground that it relates to claims that have been dismissed from the action.

835.    Respectfully declines to respond to the allegations in Paragraph 835 on the ground that it relates to claims that have been dismissed from the action.

836.    Respectfully declines to respond to the allegations in Paragraph 836 on the ground that it relates to claims that have been dismissed from the action.

837.    Respectfully declines to respond to the allegations in Paragraph 837 on the ground that it relates to claims that have been dismissed from the action.

838.    Respectfully declines to respond to the allegations in Paragraph 838 on the ground that it relates to claims that have been dismissed from the action.

839.    Respectfully declines to respond to the allegations in Paragraph 839 on the ground that it relates to claims that have been dismissed from the action.

840.    Repeats and re-alleges his responses to the proceeding Paragraphs as if fully set forth herein.

841.    Respectfully declines to respond to the allegations in Paragraph 841 on the ground that it relates to claims that have been dismissed from the action.

842.    Respectfully declines to respond to the allegations in Paragraph 842 on the ground that it relates to claims that have been dismissed from the action.

843.    Respectfully declines to respond to the allegations in Paragraph 843 on the ground that it relates to claims that have been dismissed from the action.

844.    Respectfully declines to respond to the allegations in Paragraph 844 on the ground that it relates to claims that have been dismissed from the action.

845.    Respectfully declines to respond to the allegations in Paragraph 845 on the ground that it relates to claims that have been dismissed from the action.

846.    Respectfully declines to respond to the allegations in Paragraph 846 on the ground that it relates to claims that have been dismissed from the action.

847.    Respectfully declines to respond to the allegations in Paragraph 847 on the ground that it relates to claims that have been dismissed from the action.

848.    Respectfully declines to respond to the allegations in Paragraph 848 on the ground that it relates to claims that have been dismissed from the action.

849.    Respectfully declines to respond to the allegations in Paragraph 849 on the ground that it relates to claims that have been dismissed from the action.

850.    Respectfully declines to respond to the allegations in Paragraph 850 on the ground that it relates to claims that have been dismissed from the action.

851.    Respectfully declines to respond to the allegations in Paragraph 851 on the ground that it relates to claims that have been dismissed from the action.

852.    Respectfully declines to respond to the allegations in Paragraph 852 on the ground that it relates to claims that have been dismissed from the action.

853.    Repeats and re-alleges his responses to the proceeding Paragraphs as if fully set forth herein.

854.    Respectfully declines to respond to the allegations in Paragraph 854 on the ground that it relates to claims that have been dismissed from the action.

855.    Respectfully declines to respond to the allegations in Paragraph 855 on the ground that it relates to claims that have been dismissed from the action.

856.    Respectfully declines to respond to the allegations in Paragraph 856 on the ground that it relates to claims that have been dismissed from the action.

857.    Respectfully declines to respond to the allegations in Paragraph 857 on the ground that it relates to claims that have been dismissed from the action.

858.    Respectfully declines to respond to the allegations in Paragraph 858 on the ground that it relates to claims that have been dismissed from the action.

859.    Respectfully declines to respond to the allegations in Paragraph 859 on the ground that it relates to claims that have been dismissed from the action.

860.    Respectfully declines to respond to the allegations in Paragraph 860 on the ground that it relates to claims that have been dismissed from the action.

861.    Respectfully declines to respond to the allegations in Paragraph 861 on the ground that it relates to claims that have been dismissed from the action.

862.    Repeats and re-alleges his responses to the proceeding Paragraphs as if fully set forth herein.

863.    Respectfully declines to respond to the allegations in Paragraph 863 on the ground that it relates to claims that have been dismissed from the action.

864.    Respectfully declines to respond to the allegations in Paragraph 864 on the ground that it relates to claims that have been dismissed from the action.

865.    Respectfully declines to respond to the allegations in Paragraph 865 on the ground that it relates to claims that have been dismissed from the action.

866.    Respectfully declines to respond to the allegations in Paragraph 866 on the ground that it relates to claims that have been dismissed from the action.

867.    Respectfully declines to respond to the allegations in Paragraph 867 on the ground that it relates to claims that have been dismissed from the action.

868.    Respectfully declines to respond to the allegations in Paragraph 868 on the ground that it relates to claims that have been dismissed from the action.

869.    Respectfully declines to respond to the allegations in Paragraph 869 on the ground that it relates to claims that have been dismissed from the action.

870.    Respectfully declines to respond to the allegations in Paragraph 870 on the ground that it relates to claims that have been dismissed from the action.

871.    Respectfully declines to respond to the allegations in Paragraph 871 on the ground that it relates to claims that have been dismissed from the action.

872.    Respectfully declines to respond to the allegations in Paragraph 872 on the ground that it relates to claims that have been dismissed from the action.

873.    Respectfully declines to respond to the allegations in Paragraph 873 on the ground that it relates to claims that have been dismissed from the action.

874.    Respectfully declines to respond to the allegations in Paragraph 874 on the ground that it relates to claims that have been dismissed from the action.

875.    Respectfully declines to respond to the allegations in Paragraph 875 on the ground that it relates to claims that have been dismissed from the action.

876.    Respectfully declines to respond to the allegations in Paragraph 876 on the ground that it relates to claims that have been dismissed from the action.

877.    Repeats and re-alleges his responses to the proceeding Paragraphs as if fully set forth herein.

878.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 878.

879.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 879.

880.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 880.

881.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 881.

882.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 882.

883.    Repeats and re-alleges his responses to the proceeding Paragraphs as if fully set forth herein.

884.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 884.

885.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 885.

886.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 886.

887.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 887.

888.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 888.

889.    Respectfully declines to respond to Paragraph 889 as it does not set forth any allegations of fact.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

The Amended Complaint fails, in whole or in part, to state a claim upon which relief may be granted or for which the damages sought may be awarded.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims for relief are barred, if and to the extent plaintiffs failed to comply with the administrative prerequisites to suit under the applicable statutes.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

Plaintiffs' claims for relief are barred, in whole or in part, to the extent they were not filed within the applicable statutes of limitations and/or filing period(s).

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims for emotional distress and/or mental anguish damages are barred, in whole or in part, because defendant's alleged conduct did not rise to the level of culpability to justify an award of such damages and/or because defendant did not cause such damages.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

Defendant is not liable for exemplary or punitive damages, because neither his nor any of his agents committed any unlawful acts with willful, malicious, or reckless indifference to the protected rights of plaintiffs, nor did defendant authorize or ratify such practices.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

Plaintiffs are precluded from recovering the damages alleged in the Amended Complaint because those damages are too vague, uncertain and speculative to permit recovery.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

To the extent that plaintiffs suffered damages as alleged in the Amended Complaint, such damages were caused or contributed to by plaintiffs' own actions or actions of others over whom defendant exercised no control.

**WHEREFORE**, defendant prays for judgment as follows:

(1)     Dismissing the Amended Complaint, and plaintiffs' claims therein, with prejudice and in their entirety;

(2)     Entering judgment against plaintiffs and for defendant;

(3)     Awarding defendant its costs, including reasonable attorneys' fees and expenses, in the amount and manner permitted by applicable law; and

(4)     Granting such other and further relief as the Court deems just and proper.


Dated:  March 28, 2022
        New York, New York

                                    Respectfully submitted,

                                    PROSKAUER ROSE LLP


                                    */s/ Joseph Baumgarten*
                                    Joseph Baumgarten
                                    Edna D. Guerrasio
                                    Proskauer Rose LLP
                                    Eleven Times Square
                                    New York, NY 10036
                                    (T) 212-969-3000
                                    (F) 212-969-2900
                                    jbaumgarten@proskauer.com
                                    eguerrasio@proskauer.com
                                    *Attorneys for Defendant*