UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DR. HOLLY ATKINSON et al.,

                      Plaintiffs,
    -against-

DR. PRABHJOT SINGH et al.,

                      Defendants.
-----------------------------------------------------------X

19 CIVIL 3779 (VSB)

**CLERK'S RULE 54(b) JUDGMENT**

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 22, 2022, the Motion is GRANTED as it pertains to the Dismissed Plaintiffs' claims and DENIED as it pertains to Misiti's retaliation claims. Final judgment is entered pursuant to Rule 54(b) against the Dismissed Plaintiffs and in favor of Defendants.

**Dated:** New York, New York

       April 25, 2022

                                                      RUBY J. KRAJICK
                                                      Clerk of Court
                          BY:
                                                        Deputy Clerk