UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. HOLLY ATKINSON,<br>DR. NATASHA ANUSHRI<br>   ANANDARAJA,<br>DR. STELLA SAFO,<br>MARY CALIENDO,<br>HUMALE KHAN,<br>GERALDINE LLAMES,<br>AMANDA MISITI, and<br>EMILIE BRUZELIUS,<br><br>      Plaintiffs,<br><br>      v.<br><br>DR. PRABHJOT SINGH,<br>DR. DENNIS S. CHARNEY,<br>BRUNO SILVA,<br>DAVID BERMAN, and<br>MOUNT SINAI HEALTH SYSTEM, INC.,<br><br>      Defendants. | Civil Action No.: 1:19-cv-03779-VSB-JW<br><br>**STIPULATION AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by counsel for Plaintiffs and counsel for Defendants that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, all claims presented in the above-entitled action shall be dismissed without prejudice and without costs as to Defendant Mount Sinai Health System, Inc. It is further stipulated and agreed that the Icahn School of Medicine at Mount Sinai shall now be substituted for Mount Sinai Health System, Inc. as a Defendant in this case. Pursuant to this stipulation, the parties agree that the caption of the above matter shall be revised such that Mount Sinai Health System, Inc. is deleted and the Icahn School of Medicine at Mount Sinai is inserted as a Defendant.

| MCALLISTER OLIVARIUS | PROSKAUER ROSE LLP |
|---|---|
| */s/Laura Gleen* | */s/Joseph Baumgarten* |
| Laura Gleen | Joseph Baumgarten |
| McAllister Olivarius | Edna D. Guerrasio |
| 641 Lexington Avenue | Austin McLeod |
| 13th Floor | Proskauer Rose LLP |
| New York, NY 10022 | Eleven Times Square |
| jmcallister@mcolaw.com | New York, NY 10036 |
| lgleen@mcolaw.com | (T) 212-969-3000 |
|  | (F) 212-969-2900 |
| *Attorneys for Plaintiffs* | jbaumgarten@proskauer.com |
|  | eguerrasio@proskauer.com |
|  | amcleod@proskuaer.com |
|  | *Attorneys for Defendants* |

Dated: New York, New York
       May 13, 2022

**SO ORDERED:**

_____
Hon. Vernon S. Broderick