UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   DR. HOLLY ATKINSON et al.,

                       Plaintiffs,

             -against-

   DR. PRABHJOT SINGH et al.,

                     Defendants.
------------------------------------------------------------X

19-CV-3779 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      On May 13, 2022, the parties filed a stipulation and proposed order to the effect that "pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, all claims . . . shall be dismissed . . . as to Defendant Mount Sinai Health System, Inc.," and that "the Icahn School of Medicine at Mount Sinai shall now be substituted for Mount Sinai Health System, Inc. as a Defendant in this case." (Doc. 105.) As I understand it, the parties intend only to substitute the name of a Defendant, not to dismiss any claims. Accordingly, it is hereby:

      ORDERED that Defendant Mount Sinai Health System, Inc., is DISMISSED as a Defendant in this action, and in its place will be SUBSTITUTED Defendant Icahn School of Medicine at Mount Sinai. The Clerk of Court is respectfully directed to update the docket to reflect the substitution.

      If the parties did in fact intend to dismiss claims, and not simply to effect substitution of a Defendant, they may inform me of this by no later than May 21, 2022.

2

SO ORDERED.

Dated:  May 16, 2022
        New York, New York

                                            Vernon S. Broderick
                                            United States District Judge