AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| DR. HOLLY ATKINSON, DR. NATASHA ANUSHRI ANANDARAJA, DR. STELLA SAFO, et al,<br>*Plaintiff*<br>v.<br>DR. PRABHJOT SINGH, et al,<br>*Defendant* | )<br>)<br>)  Case No. 19-cv-03779-VSB<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as co-counsel for:

all plaintiffs.

Date: July 14, 2023

/s/ Michael Paul Bowen
*Attorney's signature*

Michael Paul Bowen (Bar No. 2534576)
*Printed name and bar number*

1185 Avenue of the Americas
22nd Floor
New York, NY 10036
*Address*

mbowen@glennagre.com
*E-mail address*

(212) 970-1600
*Telephone number*