UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DR. STELLA SAFO, *et al.*,

                Plaintiff,            **ORDER**

        -against-                  **19-cv-3779 (VSB) (JW)**

DR. PRABHJOT SINGH, *et al.*,

                Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

     This action has been referred to this Court for general pre-trial and a specific non-dispositive dispute raised at Dkt. No. 50.  Dkt. No. 127.  The Parties are directed to file a joint letter by **December 27, 2023** advising the Court of any outstanding disputes in this action and their respective positions.  This action is scheduled for conference on **January 3, 2024 at 11:00am** in Courtroom 228, 40 Foley Square, New York, New York.  The Parties should come to the conference prepared to discuss disputes raised in the joint letter.

     SO ORDERED.

DATED:    New York, New York
             December 6, 2023

                                                            *Jennifer E. Willis*
                                                             JENNIFER E. WILLIS
                                                             United States Magistrate Judge