# EXHIBIT 1

| From: | Michael Paul Bowen <mbowen@glennagre.com> |
|---|---|
| Sent: | Thursday, December 19, 2024 11:41 AM |
| To: | Guerrasio, Edna D.; Honza Cervenka; Kessler, Rachel L.; Baumgarten, Joseph; Lupion, Adam M.; McLeod, Austin D. |
| Cc: | Love Engman; Ann Olivarius; Jef McAllister |
| Subject: | RE: Deposition subpoena issued to Dr. Olivarius |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

*This email sent by mbowen@glennagre.com originated from outside the Firm.*

It appears we're not in agreement on the question whether defendants have met the prerequisite standard for deposing opposing counsel in an ongoing litigation. At this point, our timely objections having been made, the option is on the subpoenaing party to move to compel and we'll litigate the question whether, under the law, defendants are entitled to take this deposition.

**From:** Guerrasio, Edna D. <eguerrasio@proskauer.com>
**Sent:** Wednesday, December 18, 2024 12:17 PM
**To:** Honza Cervenka <hcervenka@mcolaw.com>; Kessler, Rachel L. <RKessler@proskauer.com>; Baumgarten, Joseph <JBaumgarten@proskauer.com>; Lupion, Adam M. <ALupion@proskauer.com>; McLeod, Austin D. <amcleod@proskauer.com>; Michael Paul Bowen <mbowen@glennagre.com>
**Cc:** Love Engman <LEngman@mcolaw.com>; Ann Olivarius <AOlivarius@mcolaw.com>; Jef McAllister <JMcAllister@mcolaw.com>
**Subject:** RE: Deposition subpoena issued to Dr. Olivarius

**[EXTERNAL EMAIL]** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mike,

I am writing to follow-up on our meet and confer discussion this past Friday, December 13. As stated during our discussion, Defendants do not intend to ask Dr. Olivarius about her communications with Plaintiffs once she was retained by them as counsel for this litigation, or about privileged communications with any clients. For this reason, Defendants do not believe any other limitation on the scope of Dr. Olivarius's deposition is appropriate or necessary, and the heightened standard repeatedly cited during our discussion for attorney depositions is inapplicable since Dr. Olivarius will not be deposed in her capacity as counsel for Plaintiffs. In any event, it is clear from the testimony and discovery that has already been produced that Dr. Olivarius has personal knowledge of conversations and other information she collected about Dr. Singh and Mount Sinai, which other witnesses do not. Defendants are entitled to seek that information directly from Dr. Olivarius. Please let us know by December 19 if Plaintiffs intend to quash or modify the subpoena to Dr. Olivarius.

Thanks,
Edna

**Edna D. Guerrasio**
Senior Counsel

[Proskauer](#)
Eleven Times Square
New York, NY 10036-8299
d 212.969.3012
f  212.969.2900
[eguerrasio@proskauer.com](mailto:eguerrasio@proskauer.com)

**green**spaces
Please consider the environment before printing this email.

**From:** Honza Cervenka <[hcervenka@mcolaw.com](mailto:hcervenka@mcolaw.com)>
**Sent:** Friday, December 6, 2024 10:32 AM
**To:** Guerrasio, Edna D. <[eguerrasio@proskauer.com](mailto:eguerrasio@proskauer.com)>; Kessler, Rachel L. <[RKessler@proskauer.com](mailto:RKessler@proskauer.com)>; Baumgarten, Joseph <[JBaumgarten@proskauer.com](mailto:JBaumgarten@proskauer.com)>; Lupion, Adam M. <[ALupion@proskauer.com](mailto:ALupion@proskauer.com)>; McLeod, Austin D. <[amcleod@proskauer.com](mailto:amcleod@proskauer.com)>
**Cc:** Michael Paul Bowen <[mbowen@glennagre.com](mailto:mbowen@glennagre.com)>; Ann Olivarius <[AOlivarius@mcolaw.com](mailto:AOlivarius@mcolaw.com)>; Jef McAllister <[JMcAllister@mcolaw.com](mailto:JMcAllister@mcolaw.com)>; Love Engman <[LEngman@mcolaw.com](mailto:LEngman@mcolaw.com)>
**Subject:** Re: Deposition subpoena issued to Dr. Olivarius

*This email sent by [hcervenka@mcolaw.com](mailto:hcervenka@mcolaw.com) originated from outside the Firm.*

Edna,

We will look at our schedules and get back to you.

Honza

**Honza Červenka** ([he/they](#))
*Senior Associate*

**M<sup>c</sup>ALLISTER OLIVARIUS**

The Pearce Building | 7th Floor | West Street | Maidenhead | SL6 1RL | England
Hennerton House | Wargrave, Berkshire | RG10 8PD | England
641 Lexington Avenue | 13th Floor | New York, NY 10022 | USA

DX 6411 Maidenhead

UK Direct Line [+44 (0) 20 3048 5975](#)
UK Office Number [+44 (0) 20 3048 5959](#)

US Direct Line [+1 (212) 433-3166](#)
US Office Number [+1 (212) 433-3456](#)
US Toll-Free Number [+1 (833) 568-4080](#)

 

**From:** Guerrasio, Edna D. <[eguerrasio@proskauer.com](mailto:eguerrasio@proskauer.com)>
**Date:** Friday, 6 December 2024 at 15:27
**To:** Honza Cervenka <[hcervenka@mcolaw.com](mailto:hcervenka@mcolaw.com)>, Kessler, Rachel L. <[RKessler@proskauer.com](mailto:RKessler@proskauer.com)>, Baumgarten, Joseph <[JBaumgarten@proskauer.com](mailto:JBaumgarten@proskauer.com)>, Lupion, Adam M. <[ALupion@proskauer.com](mailto:ALupion@proskauer.com)>, McLeod, Austin D. <[amcleod@proskauer.com](mailto:amcleod@proskauer.com)>
**Cc:** Michael Paul Bowen <[mbowen@glennagre.com](mailto:mbowen@glennagre.com)>, Ann Olivarius <[AOlivarius@mcolaw.com](mailto:AOlivarius@mcolaw.com)>, Jef McAllister <[JMcAllister@mcolaw.com](mailto:JMcAllister@mcolaw.com)>, Love Engman <[LEngman@mcolaw.com](mailto:LEngman@mcolaw.com)>
**Subject:** RE: Deposition subpoena issued to Dr. Olivarius

Honza,

Is there a time next week when your team is available to discuss the subpoena for Dr. Olivarius and your letter of December 3rd?

**Edna D. Guerrasio**
Senior Counsel

[Proskauer](http://proskauer.com)
Eleven Times Square
New York, NY 10036-8299
d 212.969.3012
f  212.969.2900
[eguerrasio@proskauer.com](mailto:eguerrasio@proskauer.com)

greenspaces
Please consider the environment before printing this email.

**From:** Honza Cervenka <[hcervenka@mcolaw.com](mailto:hcervenka@mcolaw.com)>
**Sent:** Tuesday, December 3, 2024 3:26 PM
**To:** Guerrasio, Edna D. <[eguerrasio@proskauer.com](mailto:eguerrasio@proskauer.com)>; Kessler, Rachel L. <[RKessler@proskauer.com](mailto:RKessler@proskauer.com)>; Baumgarten, Joseph <[JBaumgarten@proskauer.com](mailto:JBaumgarten@proskauer.com)>; Lupion, Adam M. <[ALupion@proskauer.com](mailto:ALupion@proskauer.com)>; McLeod, Austin D. <[amcleod@proskauer.com](mailto:amcleod@proskauer.com)>
**Cc:** Michael Paul Bowen <[mbowen@glennagre.com](mailto:mbowen@glennagre.com)>; Ann Olivarius <[AOlivarius@mcolaw.com](mailto:AOlivarius@mcolaw.com)>; Jef McAllister <[JMcAllister@mcolaw.com](mailto:JMcAllister@mcolaw.com)>; Love Engman <[LEngman@mcolaw.com](mailto:LEngman@mcolaw.com)>
**Subject:** Re: Deposition subpoena issued to Dr. Olivarius

*This email sent by [hcervenka@mcolaw.com](mailto:hcervenka@mcolaw.com) originated from outside the Firm.*

Edna,

Dr. Olivarius objects to the deposition subpoena.  Please find a letter to that effect enclosed alongside her written objections and responses to the document subpoena.

Yours,

Honza

**Honza Červenka** ([he/they](he/they))
*Senior Associate*

## McALLISTER OLIVARIUS

The Pearce Building | 7th Floor | West Street | Maidenhead | SL6 1RL | England
Hennerton House | Wargrave, Berkshire | RG10 8PD | England
641 Lexington Avenue | 13th Floor | New York, NY 10022 | USA

DX 6411 Maidenhead

UK Direct Line [+44 (0) 20 3048 5975](tel:+442030485975)
UK Office Number [+44 (0) 20 3048 5959](tel:+442030485959)

US Direct Line [+1 (212) 433-3166](tel:+12124333166)
US Office Number [+1 (212) 433-3456](tel:+12124333456)
US Toll-Free Number [+1 (833) 568-4080](tel:+18335684080)

[hcervenka@mcolaw.com](mailto:hcervenka@mcolaw.com) | [mcolaw.com](http://mcolaw.com)

 

---

**From:** Guerrasio, Edna D. <[eguerrasio@proskauer.com](mailto:eguerrasio@proskauer.com)>
**Date:** Tuesday, 3 December 2024 at 15:27
**To:** Honza Cervenka <[hcervenka@mcolaw.com](mailto:hcervenka@mcolaw.com)>, Kessler, Rachel L. <[RKessler@proskauer.com](mailto:RKessler@proskauer.com)>, Baumgarten, Joseph <[JBaumgarten@proskauer.com](mailto:JBaumgarten@proskauer.com)>, Lupion, Adam M. <[ALupion@proskauer.com](mailto:ALupion@proskauer.com)>, McLeod, Austin D. <[amcleod@proskauer.com](mailto:amcleod@proskauer.com)>
**Cc:** Michael Paul Bowen <[mbowen@glennagre.com](mailto:mbowen@glennagre.com)>, Ann Olivarius <[AOlivarius@mcolaw.com](mailto:AOlivarius@mcolaw.com)>, Jef McAllister <[JMcAllister@mcolaw.com](mailto:JMcAllister@mcolaw.com)>, Love Engman <[LEngman@mcolaw.com](mailto:LEngman@mcolaw.com)>
**Subject:** RE: Deposition subpoena issued to Dr. Olivarius

Honza,

Can you provide us with a date that Dr. Olivarius is available for her deposition in NY on or before December 20?

Thanks.

**Edna D. Guerrasio**
Senior Counsel

[Proskauer](http://proskauer.com)
Eleven Times Square
New York, NY 10036-8299
d 212.969.3012
f  212.969.2900
[eguerrasio@proskauer.com](mailto:eguerrasio@proskauer.com)

greenspaces
Please consider the environment before printing this email.

**From:** Honza Cervenka <hcervenka@mcolaw.com>
**Sent:** Thursday, November 28, 2024 10:18 AM
**To:** Guerrasio, Edna D. <eguerrasio@proskauer.com>; Kessler, Rachel L. <RKessler@proskauer.com>; Baumgarten, Joseph <JBaumgarten@proskauer.com>; Lupion, Adam M. <ALupion@proskauer.com>; McLeod, Austin D. <amcleod@proskauer.com>
**Cc:** Michael Paul Bowen <mbowen@glennagre.com>; Ann Olivarius <AOlivarius@mcolaw.com>; Jef McAllister <JMcAllister@mcolaw.com>; Love Engman <LEngman@mcolaw.com>
**Subject:** Deposition subpoena issued to Dr. Olivarius

*This email sent by hcervenka@mcolaw.com originated from outside the Firm.*

Counsel,

Without waiver of any rights, defenses and/or objections, we write further to your service of deposition subpoena to Dr. Olivarius. She is not available for deposition on December 19.

Yours,

Honza

**Honza Červenka** (he/they)
*Senior Associate*

**M<sup>c</sup>ALLISTER OLIVARIUS**

The Pearce Building | 7th Floor | West Street | Maidenhead | SL6 1RL | England
Hennerton House | Wargrave, Berkshire | RG10 8PD | England
641 Lexington Avenue | 13th Floor | New York, NY 10022 | USA

DX 6411 Maidenhead

UK Direct Line +44 (0) 20 3048 5975
UK Office Number +44 (0) 20 3048 5959

US Direct Line +1 (212) 433-3166
US Office Number +1 (212) 433-3456
US Toll-Free Number +1 (833) 568-4080

hcervenka@mcolaw.com | mcolaw.com

 

McAllister Olivarius is a Multinational Partnership authorised and regulated by the UK Solicitors Regulation Authority, registration number 498087 Partners: Dr Ann Olivarius (solicitor of England & Wales and U.S. attorney licensed in Minnesota, New Hampshire, Virginia, the District of Columbia, New York and Idaho); Dr JFO McAllister (Registered Foreign Lawyer, U.S. attorney licensed in Connecticut and New York)

Circular 230 Disclosure: Pursuant to U.S. Treasury Department regulations, we are required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and may not be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, any review, use, dissemination, distribution, or copying of this email is prohibited. Please notify the sender immediately of the error by return email and please delete this message from your system.

Except in instances in which we have made direct reference above to redlining or "track changes" that are expressly conveyed for review and consideration, it is the intent of the sender to remove all metadata from all attachments to this email, and any metadata that may be found therein has been produced inadvertently and should not be reviewed. Thank you.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

McAllister Olivarius is a Multinational Partnership authorised and regulated by the UK Solicitors Regulation Authority, registration number 498087 Partners: Dr Ann Olivarius (solicitor of England & Wales and U.S. attorney licensed in Minnesota, New Hampshire, Virginia, the District of Columbia, New York and Idaho); Dr JFO McAllister (Registered Foreign Lawyer, U.S. attorney licensed in Connecticut and New York)

Circular 230 Disclosure: Pursuant to U.S. Treasury Department regulations, we are required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and may not be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, any review, use, dissemination, distribution, or copying of this email is prohibited. Please notify the sender immediately of the error by return email and please delete this message from your system.

Except in instances in which we have made direct reference above to redlining or "track changes" that are expressly conveyed for review and consideration, it is the intent of the sender to remove all metadata from all attachments to this email, and any metadata that may be found therein has been produced inadvertently and should not be reviewed. Thank you.
McAllister Olivarius is a Multinational Partnership authorised and regulated by the UK Solicitors Regulation Authority, registration number 498087 Partners: Dr Ann Olivarius (solicitor of England & Wales and U.S. attorney licensed in Minnesota, New Hampshire, Virginia, the District of Columbia, New York and Idaho); Dr JFO McAllister (Registered Foreign Lawyer, U.S. attorney licensed in Connecticut and New York)

Circular 230 Disclosure: Pursuant to U.S. Treasury Department regulations, we are required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and may not be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, any review, use, dissemination, distribution, or copying of this email is prohibited. Please notify the sender immediately of the error by return email and please delete this message from your system.

Except in instances in which we have made direct reference above to redlining or "track changes" that are expressly conveyed for

review and consideration, it is the intent of the sender to remove all metadata from all attachments to this email, and any metadata that may be found therein has been produced inadvertently and should not be reviewed. Thank you.

*******************************Important Notice *******************************
This email and any files transmitted with it are confidential and may be subject to the attorney-client or other privileges. Use or disclosure of this email or any such files by anyone other than the intended recipient is prohibited. If you are not the intended recipient, please notify the sender immediately and delete this message from your system.