# EXHIBIT

# 1

Case 1:19-cv-03779-VSB-JW   Document 160-1   Filed 01/17/25   Page 2 of 9

6/14/2024            Dr. Stella Safo, et al. v. Dr. Prabhjot Singh, et al.            Dr. David Muller
Confidential

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

DR. STELLA SAFO,                    )
GERALDINE LLAMES,                   )
AMANDA MISITI and                   )
EMILE BRUZELIUS,                    )     CASE NO.
                                    )     19-cv-03779-VSB-JW
              Plaintiffs,           )
         -against-                  )
DR. PRABHJOT SINGH,                 )
DR. DENNIS S. CHARNEY,              )
BRUNO SILVA and                     )
ICAHN SCHOOL OF MEDICINE AT )
MOUNT SINAI,                        )
              Defendants.           )
_____)

*** CONFIDENTIAL TRANSCRIPT ***
VIDEO-RECORDED DEPOSITION OF
DR. DAVID MULLER

Glenn, Agre, Bergman & Fuentes, LLP
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
06/14/2024
9:42 a.m. (EDT)

REPORTED BY:  MONIQUE CABRERA

_____

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Page 179

A.    On the nonmedical student side.  And then a handful of reports over the course of the years that students had brought for one reason or another.

Q.    In talking about gender discrimination concerns, do you recall when those surfaced?

A.    Both of the times were related to Global Health.

Q.    And when was that?

A.    It was -- I don't remember the dates.  Let's -- I don't want to get too hung up on the dates, but it was a meeting I had.  And this is clearly after the people you named had already left.

I had met with Renee Bischoff, who at that time -- I'm not going to guess whether she was still in the institute or in the dean's office but --

(Reporter clarification.)

A.    Whether she was still in the institute -- sorry -- or already in the dean's

Page 180

office, but she came to me with concerns and had a list of the women who had been -- who had left the institute.  That was one instance.

BY MR. CERVENKA:

Q.   And you mentioned that there were two and that they were interconnected.

A.   Yes.

Q.   Did Renee Bischoff initiate or share both of those concerns, or was she one and then somebody else approached you with a related second one?

MS. GUERRASIO:  Objection to form.

You can answer.

A.   Renee Bischoff approached me in the way that I described, and I reached out to human resources after a conversation with a Renee to describe to her or reassure to her how I would go about doing that.  And then a short time afterward, I had a conversation with the dean, with Dennis Charney, also expressing that there may be concern about gender discrimination within the institute.

Page 250

THE WITNESS:  Sorry.

MS. GUERRASIO:  It's fine.  It's been asked and answered.

BY MR. CERVENKA:

Q.    Turning now to --

A.    Sorry.

MR. CERVENKA:  I don't know if you got that.

COURT REPORTER:  I did.

BY MR. CERVENKA:

Q.    Going back to the meeting that you had with Renee Bischoff where she shared with you the list of people who had left --

A.    Yes.

Q.    -- you don't recall when that meeting happened, correct?

A.    The exact date, no, I don't.

Q.    An approximate date?

A.    Spring, I know it was in the spring. And based on what we've talked about so far, I would imagine it was the spring of '18; but I can't be entirely sure.

Page 251

Q.    What do you recall Ms. Bischoff telling you in that meeting?

A.    That an increasing number of people were leaving the institute, that many of them were women, and that that was a real source of concern for her.

Q.    Anything else?

A.    Nope.  I mean, there were other things probably we talked about in the course of the -- of the meeting.

Q.    Is it unrelated to the work environment at AIGH?

A.    Yes.  Related to global health education, related to the transition.  I'm sure we talked about --

Q.    Business.

A.    -- funding the business of global health education, yeah.

Q.    And you mentioned that there were two reports that resulted from this.  Let me -- let me walk that back.

Earlier, you testified that there

Page 252

were two instances that were linked in which you

reported concerns about gender discrimination to

HR, correct?

A.    There was one to HR.

Q.    Okay.

A.    That was immediately after the

meeting with Renee Bischoff.  And then there was

one to Dennis Charney, which was within a couple

of weeks after that.

Q.    Within a couple of weeks?

A.    It's my guess, yeah.

Q.    So --

A.    Soon after that.

Q.    -- but same subject matter, correct?

A.    Same.

Q.    So you delivered Ms. Bischoff's

message that there were an increasing number of

people leaving the institute, many of them women,

to HR and then separately, a few weeks later to

Dean Charney; is that right?

A.    That's right.

And again, you may not have intended

Page 253

this.  But I did not deliver it as Renee

Bischoff's message.  I was very clear to Renee

and very careful because she didn't want to be

seen in any way as passing information off.  So I

assured her that I would relay the information,

not the list which I did not have, not the names

of the people, which I did not have, but that

someone had come forward with those concerns.

Q.    Who did you tell in HR about these

concerns?

A.    Caryn Tiger.

Q.    Was that in writing?

A.    No.  It was a telephone call.

Q.    Was the telephone call the same day

that Ms. Bischoff and you met?

A.    I know that I called Caryn the very

same day.  Some -- I can't remember.  Sometimes

she's very busy.  But she either got back to me

that day or the following day.  But it was

immediately thereafter.

Q.    And so either that day or the

following day, you spoke to Ms. Tiger about these

Page 312

CERTIFICATE OF SHORTHAND REPORTER NOTARY PUBLIC

I, Monique Cabrera, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand this 14th day of June, 2024.

*Monique Cabrera*

MONIQUE CABRERA

Notary Public in and for the State of New York

County of Suffolk

My Commission No.

Expires:  06/12/2026