# EXHIBIT

# 2

Page 1

                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK

_____
DR. STELLA SAFO,                    )
GERALDINE LLAMES,                   )
AMANDA MISITI and                   )
EMILIE BRUZELIUS,                   )    CASE NO.
                  Plaintiffs,)    1:19-cv-03779-VSB-JW
          -against-                 )
DR. PRABHJOT SINGH,                 )
DR. DENNIS S. CHARNEY,              )
BRUNO SILVA and                     )
ICAHN SCHOOL OF MEDICINE AT   )
MOUNT SINAI,                        )
                  Defendants.)
_____)


                *** CONFIDENTIAL ***
        INCLUDES ATTORNEYS' EYES ONLY PORTIONS
            VIDEO-RECORDED DEPOSITION OF
                  RENEE BISCHOFF
        Glenn, Agre, Bergman & Fuentes, LLP
            1185 Avenue of the Americas
                    22nd Floor
            New York, New York 10036


                    06/24/2024
                  9:36 a.m. (EDT)


            REPORTED BY:  MONIQUE CABRERA

_____
                DIGITAL EVIDENCE GROUP
            1730 M Street, NW, Suite 812
                Washington, D.C. 20036
                    (202) 232-0646

Page 243

was a particularly important factor, right?

A.   Yeah.  It was definitely something I thought about.  I didn't know what it was, but I knew there was something wrong.  And I -- you know, I wanted to bring this situation, you know, to HR's attention.

Q.   You've wondered about gender or you were concerned that gender played a role for years at this point, correct?

MS. GUERRASIO:  Objection to form.

You can answer.

A.   It was something I considered for years, yes.

BY MR. CERVENKA:

Q.   And even this list, what stands out to you some six years after is the fact that it listed 13 women leaving compared to five men leaving, right?

MS. GUERRASIO:  Objection to form.

You can answer.

A.   I think there were more women who were working at the Arnhold Institute, but I

Page 244

think part of it is -- that stood out to me, but I think part of it was just the wide range of people who were leaving, that it was not just people who had been part of the original global health team, but it was also a lot of the new people that Prabhjot had hired.  I thought that's frankly what really stood out, that even the new people were miserable.

BY MR. CERVENKA:

Q.    And that women are more miserable than men, right?

MS. GUERRASIO:  Objection to form.

A.    I don't know if I would agree with that.

BY MR. CERVENKA:

Q.    No?

A.    In retrospect or after the fact, I've had many conversations with the men who worked there and they were just as miserable, so.

Q.    Did you tally up the women and men who left on the list?

A.    I believe on the original list, I

Page 245

may have had two columns.  One was female, and one was male.  And then on the subsequent typed list, it was in chronological order and distinguished whether the person had been part of the original global health team or had been new and where they currently were still at Mount Sinai or left Mount Sinai.

Q.     The impetus was around gender, wasn't it, Ms. Bischoff?

MS. GUERRASIO:  Objection to form.

A.     I think the impetus was around what I saw a very miserable environment and that I had an opportunity to bring it to somebody's attention who could do something about it.  And I was, you know, in an office right, you know, next to HR.  And so, you know, I felt like I should -- I should do that.

BY MR. CERVENKA:

Q.     Why did you organize the people on this list by gender?

A.     Because as I said, at that time, it was a -- you know, something I considered.  I was

Page 246

wondering, you know, is this gender?  Is this,
you know, something else?  Is it a hostile work
environment?  Like, what do we name this?  What
is it?

And not to mention that the
atmosphere we were all living at that time was
"me Too."  You couldn't open a newspaper, a
magazine, look at the TV without there being
stories every single day about, you know,
these -- these very issues.

Q.    And you thought this might be
another one of those stories, right?

A.    Yeah, I considered it.

Q.    And that's the spirit in which you
shared that list with Dr. Muller correct?

MS. GUERRASIO:  Objection to form.

A.    No.  I think the original reason I
shared it with him was to say, there are a lot of
people leaving, a lot of talented people leaving.
And, you know, you could see who was female, who
was male.  But I think the point was, there's a
lot of people leaving.  There's something wrong

Page 346

CERTIFICATE OF SHORTHAND REPORTER

NOTARY PUBLIC

I, Monique Cabrera, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand this 24th day of June, 2024.

*Monique Cabrera*

MONIQUE CABRERA

Notary Public in and for the State of New York

County of Suffolk

My Commission No.

Expires:  06/12/2026