# EXHIBIT

# 4

Case 1:19-cv-03779-VSB-JW    Document 160-4    Filed 01/17/25    Page 2 of 5

6/12/2024            Dr. Stella Safo, et al. v. Dr. Prabhjot Singh, et al. Dennis S. Charney, MD
Confidential - Contains Attorneys' Eyes Only Portions

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

DR. STELLA SAFO,                    )
GERALDINE LLAMES,                   )
AMANDA MISITI and                   )
EMILE BRUZELIUS,                    )   CASE NO.
                                    )   1:19-cv-03779-VSB-JW
                Plaintiffs, )
            -against-               )
DR. PRABHJOT SINGH,                 )
DR. DENNIS S. CHARNEY,              )
BRUNO SILVA and                     )
ICAHN SCHOOL OF MEDICINE AT   )
MOUNT SINAI,                        )
                Defendants. )
_____)

*** CONFIDENTIAL ***
CONTAINS ATTORNEYS' EYES ONLY PORTIONS
VIDEO-RECORDED DEPOSITION OF
DENNIS S. CHARNEY, MD
Glenn, Agre, Bergman & Fuentes, LLP
1185 Avenue of the Americas
22nd Floor
New York, New York  10036


06/12/2024
9:48 a.m. (EDT)


REPORTED BY:  MONIQUE CABRERA


_____

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Page 51

about gender discrimination.

Q.    So when did you first learn of the complaint of gender discrimination?

A.    I don't have the exact day.  But going back, on a Monday, Dr. David Muller told me that a number of women were unhappy with Dr. Singh and -- and the way he was treating people.

Q.    Was that shortly before there was an investigation conducted by -- by Mount Sinai concerning Dr. Singh?

A.    He told me on a Monday; and I initiated, essentially, immediately the investigation the same day.

Q.    How did you do that?

A.    My memory is a -- is a little unclear on the specifics; but I believe I contacted that day, that very day, our head of HR for the school, Caryn Tiger, and --

(Reporter clarification.)

THE WITNESS:  Caryn Tiger.

MS. LOWY:  C-A-R-Y-N.

6/12/2024                Dr. Stella Safo, et al. v. Dr. Prabhjot Singh, et al. Dennis S. Charney, MD
                         Confidential - Contains Attorneys' Eyes Only Portions

Page 52

A.    -- and Marina Lowy, one of our attorneys.

BY MR. BOWEN:

Q.    Who is here today?

A.    Yes.

Q.    Do you know Ms. Lowy well?

A.    What's your definition of "well"?

Q.    How you would normally use the term.

A.    We've worked together for a long time.

Q.    And you've worked with her on other matters, right, human resources matters?

A.    Yes.

Q.    Including the ageism case that you mentioned?

A.    That, I -- that, I'm not sure.

Q.    Okay.  So did you talk with Dr. Muller about who the women were that were making the complaints and what they were saying?

A.    I don't have a clear, you know, memory of that meeting other -- other than he told me that a number of women were -- were quite

Page 281

CERTIFICATE OF SHORTHAND REPORTER NOTARY PUBLIC

I, Monique Cabrera, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand this 12th day of June, 2024.

_Monique Cabrera_

MONIQUE CABRERA

Notary Public in and for the State of New York

County of Suffolk

My Commission No.

Expires:  06/12/2026