UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DR. HOLLY ATKINSON, *et al.*,

                    Plaintiffs,

        -against-

MOUNT SINAI HEALTH SYSTEM, INC. *et al.*,

                    Defendants.
------------------------------------------------------------------X

**ORDER**

**19-CV-3779 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       The Court is receipt of a series of letters detailing multiple discovery disputes. Dkt. Nos. 155–57, 161, 163, 166–68. The Parties are ordered to attend an in-person discovery conference on **May 6, 2025, at 11:00 AM.** The conference will be held in Courtroom 228, Thurgood Marshall Courthouse 40 Foley Square, New York, NY. The Parties shall arrive prepared to discuss all the outstanding motions in this matter.

       SO ORDERED.

DATED:    New York, New York
               March 28, 2025

                                                              JENNIFER E. WILLIS
                                                             United States Magistrate Judge