# EXHIBIT K

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STELLA SAFO, et al., | Case No. 25-mc-80049-AGT |
| Plaintiffs, | |
| v. | **ORDER TRANSFERRING CASE** |
| | Re: Dkt. No. 7 |
| PRABHJOT SINGH, et al., | |
| Defendants. | |

Plaintiffs Dr. Stella Safo, Geraldine Llames, Amanda Misiti, and Dr. Emilie Bruzelius (collectively, Plaintiffs) move to compel the deposition of third-party Dr. Sandeep Kishore. Dkt. 1. That motion to compel is now fully briefed. *See* dkts. 6 (opposition) & 10 (reply).

Defendants Icahn School of Medicine at Mount Sinai, Dr. Prabhjot Singh, Dr. Dennis S. Charney and Bruno Silva (collectively, Defendants) move to transfer this action to the United States District Court for the Southern District of New York. Dkt. 7. Dr. Kishore consents to the transfer. *See* dkt. 7-3. Plaintiffs do not oppose transfer. Dkt. 11.

In light of the foregoing, the Court grants Defendants' motion to transfer pursuant to Federal Rule of Civil Procedure 45(f). *See* Fed. R. Civ. P. 45(f) ("When the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents.").

The Clerk of the Court is directed to transfer this matter to the case captioned *Safo v.*

*Singh,* No. 19-cv-03799, in the Southern District of New York. The Clerk is directed to forward a complete copy of the docket and related filings to the Clerk of the Southern District of New York and, upon completion of the transfer, close this matter.

**IT IS SO ORDERED.**

Dated: April 4, 2025

Alex G. Tse
United States Magistrate Judge

2