> This request is GRANTED. Plaintiffs are also reminded that this Court requested an un-redacted copy of the third-party emails at issue in Dkt Nos. 168, 169. See Dkt. No. 188 at 102.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> May 28, 2025

May 23, 2025

**BY ECF FILING**

Hon. Jennifer E. Willis
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re: *Safo et al. v. Singh et al* (1:19-cv-03779-VSB-JW)

Dear Judge Willis:

In accordance with Rule I(C) of Your Honor's Individual Rules & Practices in Civil Cases, the parties jointly come to the Court to request an adjournment of expert discovery as set out in the current Case Management Plan and Scheduling Order (ECF No. 154), which was ordered by the Court on December 23, 2024. Expert discovery is scheduled to close on May 23, 2025. However, there are six discovery-related motions currently pending before the Court concerning fact discovery. Plaintiffs prefer to complete all fact discovery before engaging in expert discovery. Defendants do not object and believe the most efficient and opportune time for expert discovery is after summary judgment. At this time, Plaintiffs are not prepared to agree to defer expert discovery until after summary judgment. Accordingly, the parties seek an adjournment of the current expert discovery deadline and propose to submit to the Court a revised schedule for expert discovery within seven days of the Court's order on the pending motions.

The parties have previously made numerous requests for extension of fact discovery, which in turn resulted in extension of expert discovery, but this is the parties' first request concerning specifically the schedule for expert discovery.

The parties thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Jan Cervenka*
Dr. John F.O. McAllister
Jan Cervenka

McAllister Olivarius
641 Lexington Avenue, 13th Floor
New York, NY 10022
(212) 433-3456
jmcallister@mcolaw.com
hcervenka@mcolaw.com

Michael Paul Bowen

*/s/ Edna D. Guerrasio*
Joseph Baumgarten
Adam M. Lupion
Edna D. Guerrasio
Austin D. McLeod

Proskauer Rose LLP
11 Times Square
New York, NY 10036
(212) 969-3000
jbaumgarten@proskauer.com
alupion@proskauer.com

Glenn Agre Bergman & Fuentes LLP
1185 Avenue of the Americas, 22nd Floor
New York, NY 10036
(212) 970-1600
mbowen@glennagre.com

*Attorneys for Plaintiffs*
*Dr. Stella Safo, Geraldine Llames, Amanda Misiti and Dr. Emilie Bruzelius*

eguerrasio@proskauer.com
amcleod@proskauer.com

*Attorneys for Defendants*
*Icahn School of Medicine at Mount Sinai, Dr. Prabhjot Singh, Dr. Dennis S. Charney and Bruno Silva*