**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
DR. STELLA SAFO, *et al.*,

                      Plaintiffs,

       -against-

DR. PRABHJOT SINGH, *et al.*,

                      Defendants.
------------------------------------------------------------------X

**ORDER**

**19-cv-3779 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The in-person discovery conference scheduled for September 15, 2025 at 11:00 AM is now adjourned to **September 23, 2025, at 1:00 PM**. The conference will take place in Courtroom 228, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

SO ORDERED.

DATED:   New York, New York
             September 15, 2025

                                                    JENNIFER E. WILLIS
                                                    United States Magistrate Judge