UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DR. STELLA SAFO, *et al.*,

                    Plaintiffs,

-against-

DR. PRABHJOT SINGH, *et al.*,

                    Defendants.
-----------------------------------------------------------------X

**ORDER**

**19-cv-3779 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of correspondence from the parties requesting an alternate date for the in-person discovery conference. The conference previously scheduled for September 23, 2025, at 1:00 PM is hereby adjourned to **October 6, 2025, at 1:30 PM**. The conference will take place in Courtroom 228, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

    SO ORDERED.

DATED:    New York, New York
               September 15, 2025

_____
JENNIFER E. WILLIS
United States Magistrate Judge