**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
DR. STELLA SAFO, *et al.*,

                     Plaintiffs,

      -against-

DR. PRABHJOT SINGH, *et al.*,

                    Defendants.
----------------------------------------------------------------X

**ORDER**

**19-cv-3779 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties are directed to order a transcript of the October 6, 2025, discovery conference and send a courtesy copy to the Court via email.

      SO ORDERED.

DATED:    New York, New York
              October 7, 2025

*/s/ Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge