April 3, 2026

**BY ECF FILING**

Hon. Jennifer E. Willis
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 425
New York, NY 10007

Re: <em>Safo et al. v. Singh et al.</em> <strong>(1:19-cv-03779-VSB-JW)</strong>

Dear Judge Willis:

We represent Defendants the Icahn School of Medicine at Mount Sinai ("Mount Sinai"), Dr. Prabhjot Singh, Dr. Dennis S. Charney, and Bruno Silva ("Defendants") and write jointly with counsel for Plaintiffs Dr. Stella Safo, Geraldine Llames, Amanda Misiti, and Dr. Emilie Bruzelius.  In accordance with the Court's March 6, 2026 order (the "Order") (ECF No. 202), we write to provide the Court with a proposed briefing schedule for summary judgment.

The parties have conferred and ask the Court's permission to defer expert discovery, if any, until after summary judgment.

Defendants anticipate filing a motion for summary judgment as to all remaining causes of action and claims that had been asserted in Plaintiffs' First Amended Complaint and Demand for Jury Trial (ECF No. 30).  Plaintiffs anticipate opposing Defendants' motion in its entirety.

The parties have conferred regarding the briefing schedule.  The parties disagree as to the duration of the briefing schedule.  Accordingly, the parties' proposed briefing schedules are as follows:

| Event | Defendants' Proposed Date | Plaintiffs' Proposed Date |
|---|---|---|
| Defendants' Deadline to disclose confidential information/documents they plan on filing[1] | June 25, 2026 | May 26, 2026 |
| Defendants' Summary Judgment Motion Due | July 2, 2026 | June 2, 2026 |
| Plaintiffs' Deadline to disclose confidential information/documents they plan on filing[1] | September 23, 2026 | July 27, 2026 |
| Plaintiffs' Opposition Due | September 30, 2026 | August 3, 2026 |

---

[1] Disclosure so that the parties can, in accordance with Judge Broderick's rules, meet and confer regarding the filing of sealed or redacted documents.

| Defendants' Deadline to disclose confidential information/documents they plan on filing[1] | November 9, 2026 | August 27, 2026 |
|---|---|---|
| Defendants' Reply Due | November 16, 2026 | September 3, 2026 |

The parties respectfully submit that good cause exists for extended briefing schedules.  More specifically, this case has been pending since April 26, 2019.  There are currently four named Plaintiffs, each with multiple claims pending against Mount Sinai and three individually-named Defendants.  There have been 27 depositions conducted thus far plus extensive document discovery.

Additionally, Defendants believe that their requested schedule is reasonable due to the volume of information the parties will need to review and anticipated amount of confidential information/documents to be negotiated for each brief.  Given these circumstances, Defendants' requested briefing schedule will allow the parties to present their respective arguments to the Court without unnecessary delay.

Plaintiffs disagree on the proposed dates.  Plaintiffs consider Defendants' seven-month proposed briefing schedule unnecessarily long even in light of the factors identified by Defendants.

The Parties thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Jan Cervenka*
Dr. John F.O. McAllister
Jan Cervenka

McAllister Olivarius
641 Lexington Avenue,13th Floor
New York, NY 10022
(212) 433-3456
jmcallister@mcolaw.com
hcervenka@mcolaw.com

Michael Paul Bowen
Herschmann Benson Bowen LLP
305 Broadway, 7th Floor
New York, NY 10007
(212) 226-4226
mbowen@hbb-firm.com

*Attorneys for Plaintiffs*
*Dr. Stella Safo, Geraldine Llames, Amanda Misiti and Dr. Emilie Bruzelius*

*/s/ Edna D. Guerrasio*
Adam M. Lupion
Joseph Baumgarten
Edna D. Guerrasio
Austin D. McLeod

Proskauer Rose LLP
11 Times Square
New York, NY 10036
(212) 969-3000
alupion@proskauer.com
jbaumgarten@proskauer.com
eguerrasio@proskauer.com
amcleod@proskauer.com

*Attorneys for Defendants*
*Icahn School of Medicine at Mount Sinai, Dr. Prabhjot Singh, Dr. Dennis S. Charney and Bruno Silva*