**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DR. HOLLY ATKINSON, DR. NATASHA ANUSHRI ANANDARAJA, DR. STELLA SAFO, MARY CALIENDO, HUMALE KHAN, GERALDINE LLAMES, AMANDA MISITI, and EMILIE BRUZELIUS,<br><br>                     Plaintiffs,<br><br>     v.<br><br>DR. PRABHJOT SINGH, DR. DENNIS S. CHARNEY, BRUNO SILVA, DAVID BERMAN, and ICAHN SCHOOL of MEDICINE at MOUNT SINAI,<br><br>                     Defendants. | **ORAL ARGUMENT REQUESTED**<br><br>No. 19-cv-3779 (VSB) (JW)<br><br>**DEFENDANTS DR. PRABHJOT SINGH, DR. DENNIS S. CHARNEY, BRUNO SILVA, AND ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI'S NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Declarations of Adam M. Lupion, Esq., Dr. Prabhjot Singh, and Raquel Roben in Support of Defendants' Motion for Summary Judgment and the exhibits annexed thereto, Defendants Dr. Prabhjot Singh, Dr. Dennis S. Charney, Bruno Silva, and Icahn School of Medicine at Mount Sinai (collectively referred to as "Defendants"), by and through their undersigned attorneys, will and do hereby move this Court, before the Honorable Vernon S. Broderick, at the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, at a date and time set by the Court, for an order dismissing the Amended Complaint in its entirety pursuant to Federal Rule of Civil Procedure 56(a). Defendants respectfully request an opportunity to be heard at oral argument, on a date and a time designated by the Court.

2

Dated: June 18, 2026

PROSKAUER ROSE LLP

By: /s/ Adam M. Lupion

> Adam M. Lupion
> Joseph Baumgarten
> Edna D. Guerrasio
> Austin D. McLeod
> Eleven Times Square
> alupion@proskauer.com
> jbaumgarten@proskauer.com
> eguerrasio@proskauer.com
> amcleod@proskauer.com
> T: 212-969-3000
> F: 212-969-2900
>
> *Attorneys for Defendants Dr. Prabhjot Singh, Dr. Dennis S. Charney, Bruno Silva, and ISMMS*