# EXHIBIT 5

**To:** Charney, Dennis[dennis.charney@mssm.edu]
**Cc:** Murphy, Barbara[barbara.murphy@mssm.edu]; Moore-Akonnor, Paulette (Dean's Office)[paulette.moore-akonnor@mssm.edu]
**From:** Landrigan, Philip
**Sent:** 2015-01-04T15:42:39Z
**Importance:** Normal
**Subject:** RE: Prabhjot
**Received:** 2015-01-04T15:42:41Z
GHI Vision 12.pdf

Dennis

Following your email, Barbara Murphy and I have been working with Prabhjot over the past week to guide him in putting together a vision statement for the Arnhold Global Health Institute.

The statement is attached.

We have both read it and are reasonably comfortable with it, although it still lacks some specific details.

A key feature, which appears on the last page, is the formation of an Internal Oversight Committee consisting of the Dean for Global Health, the Chair of Medicine, the Chair of Population Health Science & Prof Jeffrey Sachs. Barbara and I have discussed this in detail, and Barbara has discussed additionally with Jeff Sachs. Given Prabhjot's youth and relative inexperience with academic leadership, we both feel that this will be essential for at least the first 1-3 years of Prabhjot's tenure.

With proper guidance, we feel that Prabhjot is ready to lead the Institute. It is still a bit of a high-risk/high-reward situation. But with guidance we can reduce likelihood of failure and maximize the chances for his and the Institute's success.

I recommend that the next step is for you to meet with Prabhjot

Phil

Philip J. Landrigan, MD, MSc, FAAP
Dean for Global Health
Ethel H. Wise Professor and Chairman
Department of Preventive Medicine
Professor of Pediatrics
Director, Children's Environmental Health Center
Icahn School of Medicine at Mount Sinai
17 East 102nd Street, Room D3-145
New York, NY 10029-6574

Tel: 212-824-7018
Fax: 212-996-0407

phil.landrigan@mssm.edu

WHO Collaborating Centre in Children's Environmental Health

**From:** Charney, Dennis
**Sent:** Tuesday, December 30, 2014 2:10 PM
**To:** Murphy, Barbara; Landrigan, Philip
**Subject:** Re: Prabhjot

Let's make it happen

Sent from my iPhone
On Dec 30, 2014, at 10:54 AM, Murphy, Barbara <barbara.murphy@mssm.edu> wrote:

Dennis,
I spoke with Jeffrey Sachs last week – he was very complimentary about Prabhjot, comments he made about his were that he is smart, ambitious, out of the ordinary, that he will clearly be a leader in health solutions and that he has a sharp mind for what is important. He said he would be an inspiring leader for young people. He said he has experience managing but he agreed that he needs further experience managing in an academic setting. He was very positive about his ability to grow in to this position. He was clear that he did not want him to fail and would not recommend him for something he was not ready for and therefore something that he would fail at as this would be unfair to Prabhjot and a loss of a talented person. He said, despite the fact that he is very busy he would be happy to help mentor him, for 2 reasons; (1) he wants Prabhjot to succeed and (2) because of Jeffrey's own support of Mount Sinai and the importance of what we are trying to do. He was extremely complimentary about what is happening here.
I met with Phil and he is supportive. He has asked Prabhjot to write a vision statement for the institute.

Barbara

Barbara Murphy, MD,
Murray M. Rosenberg Professor of Medicine,
Chair, Samuel Bronfman Department of Medicine,
Dean for Clinical Integration and Population Health,
Icahn School of Medicine at Mount Sinai,
Mount Sinai Health System