# EXHIBIT 1

**Icahn School of Medicine at Mount Sinai**

**Dennis S. Charney, MD**
*Anne and Joel Ehrenkranz Dean,*
*Icahn School of Medicine at Mount Sinai,*
*President for Academic Affairs,*
*Mount Sinai Health System*
*Professor, Departments of Psychiatry,*
*Neuroscience, and Pharmacology*
*& Systems Therapeutics*

Mount Sinai Health System
One Gustave L. Levy Place, Box 1217
New York, NY 10029-6574
T 212-241-5674
F 212-824-2302
dennis.charney@mssm.edu

February 13, 2015

Prabhjot Singh, M.D., Ph.D.
██████████████

New York, NY 10035

Dear Dr. Singh:

We are pleased that you have agreed to join the faculty of the Icahn School of Medicine at Mount Sinai (the "School") and the medical staff of The Mount Sinai Hospital (the "Hospital," and, together with the School, "Mount Sinai"). This letter describes the terms and conditions of your prospective employment by the School beginning on or about July 1, 2015.

**I.    Faculty and Medical Staff Appointments**

**A.    Your Faculty and Medical Staff Appointments**

You will be recommended for a faculty appointment in the School as an Associate Professor (Clinician and/or Educator Track) in the Department of Medicine (the "Department"). The initial term of your faculty appointment will be for five (5) years.

You will also be recommended for attending privileges on the medical staff of the Hospital and you will join the Mount Sinai Doctors Faculty Practice.

You will be appointed as a member of the interdisciplinary Arnhold Global Health Institute (the "Institute").

In addition, you will assume the Administrative Positions of Director of the Institute and Vice Chair of the Department (the "Administrative Positions"). In your role as Director of the Institute, you will serve at the discretion of the Dean of the School and in your role as the Vice Chair of the Department you will serve at the discretion of the Chair of the Department.

**B.    The Appointment Process**

For you to be employed, you must meet the requirements of and be appointed to a) the faculty of the Icahn School of Medicine and b) the Medical Staff of the Hospital. There is an application review and approval process for each. In order to assist you in the application processes, shortly after we receive your signed copy of this offer letter:

- The Department Faculty Affairs Manager, Tonya Strickland, will send you guidelines for your faculty appointment and employment, including a list of required documents.
- The Medical Staff Services Office will send you an application for hospital privileges. Please call 212-824-8100 to arrange an appointment with a staff member who will help you complete the application. A fully complete application and all required supporting documentation must be

*Offer Letter – Prabhjot Singh, M.D., Ph.D.*                    *1*                    *February 13, 2015*

CONFIDENTIAL                    ISMMS_000151

submitted within ten (10) days of your offer acceptance to permit timely credentialing in accordance with your anticipated start date.

Your employment, and the date on which it will start, is contingent on your successful completion of these appointments and all other pre-employment clearances. Tonya Strickland will be happy to answer any questions that you may have; she can be reached at 212-241-0529.

In addition to the approvals set forth in this Section I, this offer and the terms of employment are subject to the approval of the Compensation Committee of Mount Sinai's Boards of Trustees.

## II.    Participation in Mount Sinai Doctors Faculty Practice

You will participate in the Mount Sinai Doctors Faculty Practice, where you will engage in clinical practice only in facilities provided by or under the auspices of the School. All revenues derived from your clinical practice activities will be the property of the School.

You agree that you will participate in Medicare, Medicaid, commercial insurance plans, and any independent practice associations as the School requests. The School will bill for all professional services you provide, and you assign your right to bill to the School or its designee.

You will receive the same occurrence-based malpractice insurance coverage provided to other participants in the Faculty Practice.

Your professional practice will be governed by the policies of the Faculty Practice from time to time in effect. Should your employment with the School end for any reason, all practice accounts receivable and receipts shall be the property of the School, and no amounts received after your last day will be distributed to you. In addition, Faculty Practice medical records are the property of the School and copies will be provided to you after your departure from the School only if consistent with applicable Mount Sinai policies and law.

## III.    Role and Responsibilities

Your responsibilities will be assigned to you by the Health System Chair of the Department and the Dean of the School. Your initial duties are described in the Position Description attached as Exhibit A. Your total effort will be directed 50% to research, 40% to administrative, and 10% to clinical time. You may be required to document the time you spend on these activities consistent with Mount Sinai's policies and procedures.

## IV.    Resource Commitment

In anticipation of your joining the School, we have made a resource commitment to you.  It is described in Exhibit B.

## V.    Personal Compensation and Benefits

Your Compensation is set forth in Exhibit C of this agreement.

You will be eligible for employee benefits consistent with those provided to similarly situated physicians. A summary of the current benefit program is available on-line at http://icahn.mssm.edu/about-us/services-and-resources/faculty-resources/handbooks-and-policies/benefits. The provisions regarding the

CONFIDENTIAL                                                                                ISMMS_000152

applicability of Internal Revenue Code section 409A are governed by the provisions in the human resources manual regarding Section 409A, which are incorporated herein by reference.

## VI.   Term & Termination

### A.   Term

This agreement shall commence on your first date of employment and shall continue for a period of five (5) years.

### B.   Termination

The School may terminate your employment during the Term only for Cause. Consistent with Mount Sinai's Human Resources Manual with respect to termination of employment for physicians with agreements, "Cause" means: (i) your failure to maintain your faculty appointment with the School or your medical staff appointment to the Hospital; (ii) your material violation of Mount Sinai's rules or policies; (iii) fraud or theft in connection with your employment; (iv) your commission of a crime or entering into a plea of guilty or no contest with respect to a crime; (v) your failure to satisfactorily perform any of your material duties; or (vi) your engaging in any conduct in connection with your employment that is grossly negligent, incompetent or insubordinate.  In the event Mount Sinai reasonably determines the Cause can be cured within 10 days, you will be given 10 days' notice and an opportunity to cure. The School may also terminate this Agreement in the event of your Disability. "Disability" shall mean your inability to perform your material duties as a result of physical or mental incapacitation for a period of more than 12 work weeks in any 12 month period.

In the event your employment is terminated for any reason, your status on the faculty will be governed by the School's policies and procedures, including its Faculty Handbook, from time to time in effect, and your status on the medical staff of the Hospital will be governed by the Hospital's policies and procedures, including the Bylaws of the Hospital Staff and its Rules and Regulations, from time to time in effect.

## VII.   Non-Solicitation, Etc.

You agree to the Non-Solicitation related provisions included in this agreement as Exhibit D.

## VIII.   General Provisions

You represent that you have not entered into any agreement with any other employer or other party which would restrict your right to enter into this employment agreement. You understand that the School has relied on this representation in offering you this employment agreement.

Except as set forth herein, this offer and the terms of your employment are governed by the policies of the School and the Hospital, including without limitation, the Faculty Handbook of the School (http://icahn.mssm.edu/about-us/services-and-resources/faculty-resources/handbooks-and-policies/faculty-handbook), the policies of the Mount Sinai Doctors Faculty Practice and the Medical Staff Bylaws and Rules and Regulations of the Hospital. All rules, regulations, and policies are subject to change from time to time by Mount Sinai.

\* \* \*

[The balance of this page has intentionally been left blank.]

*Offer Letter – Prabhjot Singh, M.D., Ph.D.*                3                *February 13, 2015*

CONFIDENTIAL                                                          ISMMS_000153

We are delighted that you are considering joining Mount Sinai and we look forward to your favorable response. If you are in agreement, please sign and return one copy of this letter and retain the second copy for your files.

Sincerely,

Barbara Murphy, M.D.
Murray M. Rosenberg Professor of Medicine
Chair, Department of Medicine
Icahn School of Medicine

Dennis S. Charney, M.D.
Anne and Joel Ehrenkranz Dean
Icahn School of Medicine at Mount Sinai
President for Academic Affairs
Mount Sinai Health System

Kenneth L. Davis, M.D.
CEO & President
Mount Sinai Health System


I accept the terms and conditions of this letter.

Prabhjot Singh, M.D., Ph.D.                                    Date

CONFIDENTIAL                                                                                    ISMMS_000154

**Exhibit B: Resource Commitment**

Start-up Funds: In your role as Director, you will receive a start-up package of $4.5 M from the spendable portion of the Arnhold gift to support your vision for the Arnhold Global Health Institute, including the development of the Institute, recruitment of new faculty members and staff as described in the Position Description (Exhibit A). Funds are allocated annually as determined during the annual budget process. All recruitments will be based upon sound business plans approved by the Dean of the School. You may preserve any unused portion of these funds for future use at any time during your entire tenure at the School provided you remain employed as an active full-time faculty member in good standing in the Department and Institute, and continue to perform the responsibilities as outlined in the Position Description of your Agreement.

Funding: The School will support the Institute's annual budget as follows: $300,000 will continue from the School, $400,000 from the Arnhold endowment, and other available foundation and philanthropic funds. We will continue to support the difference between the actual 5% endowment spending rate income from the Arnhold endowment and $400,000 until the total principal portion of the Arnhold gift is received.

Salary Support: Initially, your salary will be supported 60% from the Institute and 40% from the Department.

Recruitment: We will support recruitment of a junior faculty in the Department to work under you. Funding for this recruit will be provided 60% research from the Department, 40% clinical, and any remainder from the Institute budget.

Space: Space will be reserved for the Institute and related population health activities in the New York Academy of Medicine. This includes an office suite (558A, 556A-D, 552 A/B/E), and the ability to use spillover space of 2-3 workstations in suite 552 down the hall as required by associated staff, faculty, or students.

Housing Assistance: In addition, we are pleased to offer you the following financial assistance in purchasing a new residence in New York City: if you purchase a primary residence in the New York City area within the parameters outlined below, you will be eligible to participate in Mount Sinai's Employee Relocation Loan Program. A copy of this Program's policy has been separately provided to you; note that you must satisfy the financial criteria set forth in the policy to participate in this Program. Since this loan does not qualify as a "relocation loan" as defined in Internal Revenue Service regulations, Mount Sinai will impute income to you as required by applicable law.

Under this Program, Mount Sinai will provide you with a loan of up to 50% of the value of a primary home or apartment, such loan not to exceed $1,000,000. **You must qualify for standard bank financing and you must close on your new residence any time during calendar year 2016 or else you will forfeit your eligibility for this Program.** The loan is due and payable when your employment at Mount Sinai terminates. In addition, you will be eligible to participate in the Primary Residence Down Payment Loan Program. This program permits you to borrow up to 10% of the purchase price of a primary residence not to exceed $50,000. This loan will also be due and payable upon termination of your Mount Sinai employment. Should you elect to take advantage of both programs, the aggregate loan amount may not exceed $1,000,000. You may contact Jane Maksoud, Senior Vice President of Human Resources and Labor Relations at 212-241-6141 to discuss additional details of the loan programs.

CONFIDENTIAL                                                                                    ISMMS_000155

## Exhibit C: Compensation for Term of Agreement

Your total compensation will be based on an annual salary of $300,000 pro-rated for any part of a year worked. It will be paid on a biweekly basis (so that the actual annual amount may vary slightly depending upon the number of pay periods per year). You will be eligible for this level of compensation provided you remain employed as an active full-time faculty member in good standing in the Department and Institute, and continue to perform the responsibilities as outlined in the Position Description of your Agreement and remain in the Administrative Positions. Your total compensation is based on the following components:

- **BENEFITS BASE SALARY:** $8,135.24 biweekly (approximately $212,097 per year); this is the amount on which your benefits will be calculated.

- **ADMINISTRATIVE SUPPLEMENT:** $3,380.88 biweekly (approximately $87,903 per year).

- **FMV LIMITATIONS:** Before the conclusion of the third year of your employment, Mount Sinai will obtain a review by an independent, nationally recognized third-party compensation valuation consultant ("Consultant") of the total compensation payable to you under the terms of this Agreement in order to confirm that the contractually obligated amount is within fair market value ("FMV") during the remaining two years of the Term.

  In the event that the Consultant determines that your contractually obligated total compensation during the remaining years of the Term is in excess of FMV, Mount Sinai shall reduce your total compensation under this Agreement in the remaining Contract Years to an amount equal to, but no lower than, the maximum amount determined by the Consultant to fall within FMV. If applicable: Any reduction in your total compensation will first be deducted from your Administrative Supplement, so as to reduce or eliminate the need to reduce your Base Compensation to achieve the necessary reduction to fall within FMV.

  Mount Sinai will not be deemed to have breached this Agreement by virtue of paying you an amount of total compensation during each remaining Contract Year which is less than the contractually obligated amount. In the event that your total compensation is reduced, you shall have the right to terminate this Agreement upon thirty days written notice.

- **LEAVE:** You will not be entitled to receive any of the payments described in this Exhibit during any period of time in which you are on unpaid leave from the School, whether voluntarily or involuntarily.

- **PAYMENT PRACTICES:** All Compensation, both during and after the Term, will be paid in accordance with Mount Sinai's usual payroll practices.

CONFIDENTIAL                                                          ISMMS_000156

**Exhibit D: Non Solicitation Obligations**

    A.  Non-Solicitation of Business.

During the Term and for the one-year period following the termination of your employment with Mount Sinai for any reason, you agree that you will not solicit patients of the School or the Hospital or solicit or take any other action whatsoever, either directly or indirectly, which disturbs or interferes with, or could reasonably be expected to disturb or interfere with, the existing professional or business relationships of the School, the Hospital or other provider members of the Mount Sinai Health System, including but not limited to, relationships with any referral source or contributor.

    B.  Non-Solicitation of Employees or Contractors.

During the Term and for the one-year period following a termination of your employment with the School for any reason, you agree that you will not recruit, solicit or induce any employee or independent contractor of the School or the Hospital to terminate their employment or other relationship with Mount Sinai.

    C.  Confidentiality and Non-Disparagement.

You agree that during the Term and after termination of your employment you will not provide or disclose to any person any confidential or proprietary information of Mount Sinai, unless required by law, in which case you will notify the School prior to such disclosure. Upon termination of your employment you will immediately return to the School any and all such information and any other property of Mount Sinai in your possession. During the Term and thereafter, you will not disparage Mount Sinai or its affiliates or their respective past or present officers, trustees or employees.

The terms and conditions of this Agreement are and shall be deemed to be confidential, and you shall not disclose them to any person or entity without the prior written consent of Mount Sinai, except to your accountant, financial advisor, attorney or spouse, provided that such individuals agree to maintain the confidentiality of this Agreement. You further represent that you have not disclosed the terms and conditions of this Agreement to anyone other than those named in this paragraph.

    D.  Survival.

The provisions of this Section shall survive any expiration or other termination of this Agreement.

*Offer Letter – Prabhjot Singh, M.D., Ph.D.*       7       *February 13, 2015*

CONFIDENTIAL       ISMMS_000157



# Mount Sinai

## Exhibit A:
## Position Description

**Start Date:** July 1, 2015

| | |
|---|---|
| **Department Name:** Medicine | **Department Number:** 031 |
| **2ⁿᵈ Dept if Jt. Primary (if applicable):** N/A | **Department Number:** |
| **Secondary Department:** N/A | **Department Number:** |

**Division Name:** N/A

**Institute Name:** Arnhold Global Health Institute

**Faculty Name:** Prabhjot Singh, M.D., Ph.D.

| | |
|---|---|
| **Faculty Title:** Associate Professor | **Faculty Track:** Clinical Practice |

**Administrative Title(s) (if applicable):**
(1) Director of Arnhold Global Health Institute

(2) Vice Chair of the Department of Medicine

**Supervisor:**

## Time/Effort:

| Clinical: | 10% | Research: | 50% | Teaching: | 0% | Administration: | 40% | Service: | 0% |
|---|---|---|---|---|---|---|---|---|---|

## Summary:

This position will focus upon the growth and development of Arnhold Global Health Institute ("AGHI"), by aligning high-potential global and domestic health activities across the Icahn School of Medicine and Mount Sinai Healthcare System with the future core mission of the Institute. In tandem, the position will develop a learning and research agenda for population health within the Medicine Department and in collaboration with Population Health Science and Policy. The role combines responsibilities that will uniquely position AGHI to combine advances in domestic population health (i.e. economic principles, biomedical advances, systems science) with principles that have historically driven global health activity (i.e. social impact, inequity, human rights). The Director will be responsible for ensuring that AGHI becomes widely regarded as a valuable contributor to the international (inclusive of domestic) health ecosystem. This position will report to the Dean of the Icahn School of Medicine at Mount Sinai and the Chair of Medicine, with a dotted line report to the Chair of Population Health Science and Policy.

## Specific Responsibilities:

Key Functions include, but are not limited to:


Development of AGHI

• Institutional Development Develop AGHI capabilities and ensure that resource allocation aligns with growth & mission, including balancing and integrating its research, education and programmatic missions.

Year 1: Initiate process to align programming, staff and level of financial support to legacy activities with AGHI's growth and mission. Hire core management team.  Begin search process for research faculty at post-doctoral and assistant professor level, with 1-2 target hires.

Year 1-3: Build & recruit well regarded core research team (minimum of three competitive research faculty hires) in consultation with Dean's Office. Ensure that educational/training activities align and are milestone driven, innovative and independently recognized for their excellence.

By Year 5: Ability to work with Dean's office to define new project investments, recruit faculty and grow AGHI areas of interest based upon composite of growing reputation, revenue and institutional support.

• Institutional Operating Framework & Partnerships: AGHI will work with department, institute leaders and the Dean's Office to consolidate, amplify and identify activities that are aligned with the growth of Icahn's national reputation as a global health leader. Work with the Dean of Global Health to implement emergent recommendations.

Year 1: Develop a broadly supported compliance framework to assess the safety, quality and risk of existing global health activities with institution. Sponsor institution-wide process to focus upon limiting the number of officially supported global health sites.

Year 1-3: Co-design criteria for AGHI-supported intra-institutional partnerships global health activities. Demonstrate value through three externally co-financed initiatives in education, programming or research activities.

By Year 5: Strong reputation as trusted, highly competent partner for development of educational, programmatic and selected research efforts that have a global dimension, as measured by revenue driven by AGHI partnerships.

• Research on Global and Domestic Population Health Integration Research will support the development of low-resource, high-impact healthcare systems in domestic and global settings that share common principles. Select AGHI staff will work with Department of Medicine, Population Health Science & Policy, Primary Care Institute and Mount Sinai Health Partner teams to align opportunities for learning from abroad with domestic population health initiatives.

Year 1: Participate in institution-wide population health activities via the Medicine Department and Mount Sinai Health Partner (MSO) meetings in capacity of Vice Chairman of Medicine, Population Health. Hire 1 FTE (part clinical time) through Medicine Department to support activities.

Year 1-3: Establish and lead formal relationships between MSHS population health activities and national initiatives/policy-change groups (i.e. HHS/CMS, Brookings, Federal Reserve, Institute for Health Improvement, Peterson Center for Healthcare, other groups) to advance institutional learning and research agenda in population health. Generate research and programmatic funding in collaboration with Dept of Population Health Policy and Science.

By Year 5: Signature AGHI process of developing composite domestic and global projects that identify unique opportunities where research, training and programming are accelerated by the integration of both. Develop "global population health improvement" as a discernable set of practices, outputs and methods, described in peer-reviewed articles and successful grants authored by AGHI affiliated faculty.

                                                                 ISMMS_000159

## Specific Responsibilities:

• Define a Distinct Identity & Reputation for Effectiveness: Develop a clear internal and external brand & communication strategy for AGHI that translates into revenue generating opportunities (philanthropic, foundation & research funding) in competitive global health funding landscape.

Year 1: Create AGHI brand, mission and process attributes, along with distinct web/social/media assets that facilitate clear communication with internal and external partners, in concordance with Icahn/MSHS's overall brand strategy.

Year 1-3: Ensure that internal stakeholders, major foundations, funding agencies and philanthropic base recognize the competitive advantage of "AGHI" compared to similar national institutions. Establish strategy for earned media coverage of AGHI activities.

By Year 5: Demonstrate that clinical trainees choose to attend Icahn/MSHS educational programs related to their exposure to AGHI. Demonstrate consistent track record of preferential internal/external partnership with AGHI towards a diversified base of revenue generating activities and innovative projects.

Development of Population Health Policy & Research

• Develop a Population Health Learning Agenda: Work with MSHS Population Health team (DSRIP/MSO), Department of Medicine and Department of Population Health Science and Policy to formulate a nationally relevant learning agenda.

Year 1: Identify 2-3 areas of high value learning and leadership for MSHS to drive national research and policy, tied to internal operational goals. Establish a regular network of leading thought partners for feedback and amplification.

Year 1-3: Develop 1-2 areas of recognized research and policy within MSHS that link to financing and operational challenges. Goal of 1-2 external grants to MSHS. Join Board of Sinai Ventures to contribute to revenue diversification strategy.

By Year 5: Externally funded projects and programs in population health with national visibility that recognizes Mount Sinai Healthcare System as a leading learning system.

CONFIDENTIAL