# EXHIBIT 2

**From:**     Prabhjot Singh <prabhjotsingh.nyc@gmail.com>
**Subject:**  Re: Update
**Sent:**     2015-03-11T13:20:59Z
**To:**       Stella Safo <stellasafo@gmail.com>

Sure - I'm busy from 10-11, but feel free to give me a call.
FYI the research emphasis below is not classic. Just framing some topic areas

> On Mar 11, 2015, at 7:50 AM, Stella <stellasafo@gmail.com> wrote:
>
> Hi Prabhjot,
> Sounds good-- would love to talk by phone when you're able. I've attached the job description.
> Thanks for advocating for assistant professor,
> Stella
>
> On Tue, Mar 10, 2015 at 10:14 PM, Prabhjot Singh <prabhjotsingh.nyc@gmail.com> wrote:
>
> Hi Stella-
>
> I spoke with Brian David. Based upon Mullen and Murphy's conversation this morning, Murphy clarified 4 full clinical sessions, which I had anticipated. After discussing it further, Brian told me that you could arrange to pack 4 sessions into 3 if Mullen was ok with that, and that was your business and I would not raise it to a higher level for issue resolution beyond Mullen.
>
> We also spoke about salary, and the base at Sinai for your position is 150k. I will top it up by 20k. I advocated for you to be titled as assistant professor rather than instructor, which is standard for 1 year post fellowship. Happy to discuss further.
>
> We need to put together a basic job description, and I'm a bit pressed for time to do it myself. It should be simple, and have the following elements:
>
> Title: Assistant Professor of Medicine
> Two line description that puts what is below into a paragraph, and states that you report to me.
>
> Clinical Work
> [- HIV population]
>
> Implementation Research
> [focus on population health learning systems]
>     - development of a population health learning & dissemination platform
>     - development of evidence-based standards for how clinical and social service partners share outcomes/process data, exchange value-based financing, ensure mutual accountability and create shared vision
>     - research on differentials in chronic disease management approaches in high and low-resource settings
>
> If you turn this around to me in a word document by tomorrow, that would be great. I won't send it in until you review it and we touch base by phone briefly.
>
> Prabhjot

EXHIBIT
14
4/8 , 2024
Danielle Grant

CONFIDENTIAL

SINGH_001658

--
Stella A. Safo, MD, MPH
Montefiore Medical Center, Internal Medicine
HIV Clinical Fellow & General Internal Medicine Fellow
Email: ssafo@post.harvard.edu
--         --          --
<Safo_JobDescription.docx>

CONFIDENTIAL

SINGH_001659