# EXHIBIT 3

Case 1:19-cv-03779-VSB-JW    Document 211-3    Filed 06/18/26    Page 2 of 2

## ATLAS team reporting

### Singh, Prabhjot <Prabhjot.Singh@mssm.edu>

Wed 4/18/2018 3:53 PM

To:Helfgott, Craig <craig.helfgott@mssm.edu>;Khan, Humale <humale.khan@mssm.edu>;Landell, Kyle <kyle.landell@mssm.edu>;Le, Matthew <matthew.le@mssm.edu>;Llames, Geraldine <geraldine.llames@mssm.edu>; Mongia, Mihir <mihir.mongia@mssm.edu>;Danieletto, Matteo <matteo.danieletto@mssm.edu>;Bruzelius, Emilie <emilie.bruzelius@mssm.edu>;Silva, Bruno <bruno.silva@mssm.edu>
Cc:Berman, David <david.berman1@mssm.edu>;Weisman, Jeb <jeb.weisman@mssm.edu>;Knaup, Kirsten <kirsten.knaup@mssm.edu>;Ramjit, Renita <renita.ramjit1@mssm.edu>

Good morning,

We are transitioning the ATLAS team reporting structure to reflect Jeb's arrival as Director of ATLAS.  With this e-mail, the following staff members report directly to Jeb:

Craig Helfgott
Humale Khan
Kyle Landell
Matt Le
Geraldine Llames
Mihir Mongia
Matteo Danieletto (relative to %FTE on ATLAS effort)
ATLAS Interns

Emilie Bruzelius and Bruno Silva will have indirect, dotted-line reporting and collaboration relationships with Jeb as regards their work with ATLAS and the ATLAS team. I will be meeting with Jeb on a weekly basis moving forward.

Should you have any questions about this change, please do not hesitate to speak to Jeb or Kirsten.

Warmly,
Prabhjot

**Prabhjot Singh MD, PhD (he/him/his)**
Director, Arnhold Institute for Global Health
Chair, Department of Health System Design & Global Health
Icahn School of Medicine at Mount Sinai Health System
Web | Twitter | LinkedIn | Admin | Book

CONFIDENTIAL

6/18/2024, 11:42 AM
WEISMAN-000049