# EXHIBIT 4

**From:** Stella Safo <stellasafo@gmail.com>
**Subject:** Re: Follow-up
**Sent:** 2015-03-04T13:29:54Z
**To:** PS <prabhjotsingh.nyc@gmail.com>

Cool will do in future

On Mar 4, 2015, at 8:25 AM, PS <prabhjotsingh.nyc@gmail.com> wrote:

> Thanks. When you email her you should always cc me. She usually doesn't handle this level of hiring interaction.
>
> Sent from my iPhone
>
> On Mar 4, 2015, at 8:07 AM, Stella Safo <stellasafo@gmail.com> wrote:
>
>> Settled the clinic stuff w Mullen. Latest communication w Barbara was on Monday; email below. Haven't heard back yet.
>> If u speak w her, pls let her know I wanna get this stuff done soon.
>> Let me know if u think of anything else I need to do.
>>
>>
>> Begin forwarded message:
>>
>>> **From:** Stella <stellasafo@gmail.com>
>>> **Date:** March 2, 2015 at 6:31:01 PM EST
>>> **To:** "Murphy, Barbara" <barbara.murphy@mssm.edu>
>>> **Subject: Follow-up**
>>>
>>> Hello Dr Murphy,
>>> I wanted to be in touch about the position at Sinai. I have been working with Dr Mullen on clinic duties and he indicted that he will try to place me in the Roosevelt HIV clinic for 2 sessions and the IMA clinic at Sinai for 1 session.
>>> I wanted to be in touch with you directly, as I would love to begin to work out the terms of my contract. As you know, I am currently at Montefiore and would ideally like to be able to begin my transition from Montefiore as soon as possible. I feel most comfortable doing so if I have some kind of written agreement with Sinai .
>>> Please let me know what other information you will need from me or Prabhjot to move the process along. Thanks in advance for your time,
>>> Stella
>>>
>>>
>>> --
>>> Stella A. Safo, MD, MPH
>>> Montefiore Medical Center, Internal Medicine
>>> HIV Clinical Fellow & General Internal Medicine Fellow
>>> Email: ssafo@post.harvard.edu

EXHIBIT 11
4/5, 2024
Danielle Grant

CONFIDENTIAL