**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| DR. HOLLY ATKINSON, DR. NATASHA ANUSHRI ANANDARAJA, DR. STELLA SAFO, MARY CALIENDO, HUMALE KHAN, GERALDINE LLAMES, AMANDA MISITI, and EMILIE BRUZELIUS,<br><br>          Plaintiffs,<br><br>    v.<br><br>DR. PRABHJOT SINGH, DR. DENNIS S. CHARNEY, BRUNO SILVA, DAVID BERMAN, and ICAHN SCHOOL of MEDICINE at MOUNT SINAI,<br><br>          Defendants. | No. 19-cv-3779 (VSB) (JW)<br><br><br>**DECLARATION OF ADAM M. LUPION, ESQ. IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Adam M. Lupion, Esq. declares, pursuant to 28 U.S.C. § 1746, and under penalty of perjury, that the following is true and correct:

1.      I am an attorney admitted to practice before this Court and am a member of the law firm Proskauer Rose LLP, attorneys for Defendants Prabhjot Singh, Dennis S. Charney, Bruno Silva, and Icahn School of Medicine at Mount Sinai ("ISMMS") (collectively referred to as "Defendants"), in the above captioned action. I am fully familiar with all of the facts stated herein and make this Declaration on personal knowledge.

2.      I submit this declaration in support of Defendants' Motion for Summary Judgment.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from Dennis Charney's Deposition, dated June 12, 2024.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from Prabhjot Singh's Deposition, dated April 24, 2024.

5.  Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from Bruno Silva's Deposition, dated April 19, 2024.

6.  Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from Stella Safo's Deposition, dated April 8, 2024.

7.  Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from Geraldine Llames's Deposition, dated February 22, 2024.

8.  Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from Amanda Misiti's Deposition, dated April 17, 2024.

9.  Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from Emilie Bruzelius's Deposition, dated February 20, 2024.

10.  Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from Philip Landrigan's Deposition, dated September 12, 2024.

11.  Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from Annetine Gelijns's Deposition, dated June 26, 2024.

12.  Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from the Deposition of ISMMS conducted pursuant to Fed. R. Civ. P. 30(b)(6), dated January 14, 2026.

13.  Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from Caryn Tiger-Paillex's Deposition, dated August 8, 2024.

14.  Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from Kirsten Knaup's Deposition, dated November 26, 2024.

15.  Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from Michael Escosia's Deposition, dated August 13, 2024.

2

16.    Attached hereto as **Exhibit 14** is a true and correct copy of excerpts from David Berman's Deposition, dated August 15, 2024.

17.    Attached hereto as **Exhibit 15** is a true and correct copy of excerpts from Sandeep Kishore's Deposition, dated March 27, 2026.

18.    Attached hereto as **Exhibit 16** is a true and correct copy of excerpts from David Muller's Deposition, dated June 14, 2024.

19.    Attached hereto as **Exhibit 17** is a true and correct copy of excerpts from Jeb Weisman's Deposition, dated June 21, 2024.

20.    Attached hereto as **Exhibit 18** is a true and correct copy of excerpts from Natasha Anandaraja's Deposition, dated November 19, 2024.

21.    Attached hereto as **Exhibit 19** is a true and correct copy of excerpts of the ISMMS Faculty Handbook, dated as of June 2016, which was marked as Exhibit 2 during ISMMS's January 14, 2026 deposition conducted pursuant to Fed. R. Civ. P. 30(b)(6), bearing Bates numbers ISMMS 3268-69, 3288, 3296-97.

22.    Attached hereto as **Exhibit 20** is a true and correct copy of an executed letter from ISMMS to Stella Safo, dated April 30, 2015, which was marked as Exhibit 3 during Stella Safo's April 8, 2024 deposition, bearing Bates numbers ISMMS 161-68.

23.    Attached hereto as **Exhibit 21** is a true and correct copy of e-mail correspondence among Emilie Bruzelius, Prabhjot Singh, and Jeb Weisman, dated June 13-14, 2018, which was marked as Exhibit 2 during Jeb Weisman's June 21, 2024 deposition, bearing Bates numbers WEISMAN 33-34.

24.    Attached hereto as **Exhibit 22** is a true and correct copy of e-mail correspondence among Philip Landrigan, Prabhjot Singh, Elena Rahona, Ramon Murphy, and Natasha Anandaraja,

3

dated November 26, 2014, which was marked as Exhibit 13 during Philip Landrigan's September 12, 2024 deposition, bearing Bates numbers ISMMS 5065-66, 5098, 5112.

25.     Attached hereto as **Exhibit 23** is a true and correct copy of e-mail correspondence among David Muller and Dennis Charney, dated January 13, 2015, which was marked as Exhibit 2 during David Muller's June 14, 2024 deposition, bearing Bates number ISMMS 5161.

26.     Attached hereto as **Exhibit 24** is a true and correct copy of e-mail correspondence among Prabhjot Singh, Stella Safo, and Natalie Privett, dated October 24-25, 2017, which was marked as Exhibit 27 during Stella Safo's April 8, 2024 deposition, as produced by Plaintiffs bearing Bates numbers Safo 2307-08.

27.     Attached hereto as **Exhibit 25** is a true and correct copy of e-mail correspondence among Michael Escosia, Clarissa Jones-Winter, and Stella Safo, dated May 14-16, 2018, which was marked as Exhibit 10 during Michael Escosia's August 13, 2024 deposition, as produced by Plaintiffs bearing Bates numbers Safo 6931-42.

28.     Attached hereto as **Exhibit 26** is a true and correct copy of e-mail correspondence among Amanda Misiti and Clarissa Jones-Winter, dated May 16, 2018 and the attached witness statement submitted by Amanda Misiti, as produced by Plaintiffs bearing Bates numbers Safo 5369-83.

29.     Attached hereto as **Exhibit 27** is a true and correct copy of e-mail correspondence among Prabhjot Singh, Stella Safo, David Berman, and Kirsten Knaup, dated September 19, 2017, which was marked as Exhibit 20 during Stella Safo's April 8, 2024 deposition, bearing Bates numbers ISMMS 93-96.

30.    Attached hereto as **Exhibit 28** is a true and correct copy of text messages between Stella Safo and Amanda Misiti, dated January 12, 2018, as produced by Plaintiffs bearing Bates number Safo 10772.

31.    Attached hereto as **Exhibit 29** is a true and correct copy of text messages between Stella Safo and Amanda Misiti, dated May 3, 2018, as produced by Plaintiffs bearing Bates number Safo 18530.

32.    Attached hereto as **Exhibit 30** is a true and correct copy of text messages between Stella Safo and Geraldine Llames, dated February 28, 2018 – June 29, 2018, as produced by Plaintiffs bearing Bates numbers Safo 20652-55.

33.    Attached hereto as **Exhibit 31** is a true and correct copy of e-mail correspondence among Prabhjot Singh, Geraldine Llames, and Renita Ramjit, dated November 16-21, 2017, which was marked as Exhibit 4 during Geraldine Llames's February 22, 2024 deposition, bearing Bates numbers ISMMS 22303-04.

34.    Attached hereto as **Exhibit 32** is a true and correct copy of excerpts of text messages between Geraldine Llames and Bruno Silva, dated February 14, 2017 - January 19, 2019, as produced by Plaintiffs bearing Bates numbers Safo 20935, 20939.

35.    Attached hereto as **Exhibit 33** is a true and correct copy of g-chat messages between Geraldine Llames and Michael Escosia, dated January 31, 2017 - May 2, 2019, which was marked as Exhibit 6 during Michael Escosia's August 13, 2024 deposition, bearing Bates numbers Escosia 27-35.

36.    Attached hereto as **Exhibit 34** is a true and correct copy of g-chat messages between Geraldine Llames and Andrew Randall, dated January 9, 2018, which was marked as

Exhibit 9 during Geraldine Llames's February 22, 2024 deposition, as produced by Plaintiffs bearing Bates numbers Safo 7380-87.

37.     Attached hereto as **Exhibit 35** is a true and correct copy of g-chat messages between Geraldine Llames and Michael Escosia, dated April 3, 2017, which was marked as Exhibit 7 during Geraldine Llames's February 22, 2024 deposition, as produced by Plaintiffs bearing Bates numbers Safo 7399-401.

38.     Attached hereto as **Exhibit 36** is a true and correct copy of g-chat messages between Geraldine Llames and Michael Escosia, dated April 4, 2017, which was marked as Exhibit 8 during Geraldine Llames's February 22, 2024 deposition, as produced by Plaintiffs bearing Bates numbers Safo 7402-03.

39.     Attached hereto as **Exhibit 37** is a true and correct copy of text messages between Geraldine Llames and Michael Escosia, dated April 24, 2018, as produced by Plaintiffs bearing Bates number Safo 20880.

40.     Attached hereto as **Exhibit 38** is a true and correct copy of g-chat messages between Geraldine Llames and Katrina Cuevas, dated March 9, 2017, as produced by Plaintiffs bearing Bates number Safo 7412.

41.     Attached hereto as **Exhibit 39** is a true and correct copy of text messages between Geraldine Llames and Michael Escosia, dated October 10, 2017 – December 15, 2017, as produced by Plaintiffs bearing Bates numbers Safo 7443-46.

42.     Attached hereto as **Exhibit 40** is a true and correct copy of Amanda Misiti's resume, as produced by Plaintiffs bearing Bates numbers Safo 1053-54.

6

43.    Attached hereto as **Exhibit 41** is a true and correct copy of the employee profile of Amanda Misiti, which was marked as Exhibit 6 during Amanda Misiti's April 17, 2024 deposition, bearing Bates numbers ISMMS 267-68.

44.    Attached hereto as **Exhibit 42** is a true and correct copy of text messages between Amanda Misiti and Ariella Rojhani, dated March 26-27, 2019, which was marked as Exhibit 12 during Amanda Misiti's April 17, 2024 deposition, as produced by Plaintiffs bearing Bates number Safo 16702.

45.    Attached hereto as **Exhibit 43** is a true and correct copy of text messages between Amanda Misiti and Erica Levine, dated October 1, 2018, which was marked as Exhibit 9 during Amanda Misiti's April 17, 2024 deposition, as produced by Plaintiffs bearing Bates numbers Safo 18101-02.

46.    Attached hereto as **Exhibit 44** is a true and correct copy of text messages between Amanda Misiti and Erica Levine, dated October 23, 2018, which was marked as Exhibit 10 during Amanda Misiti's April 17, 2024 deposition, as produced by Plaintiffs bearing Bates number Safo 18124.

47.    Attached hereto as **Exhibit 45** is a true and correct copy of text messages between Amanda Misiti and Erica Levine, dated August 13, 2018, as produced by Plaintiffs bearing Bates number Safo 18024.

48.    Attached hereto as **Exhibit 46** is a true and correct copy of text messages between Amanda Misiti and Ariella Rojhani, dated February 28, 2018, which was marked as Exhibit 15 during Amanda Misiti's April 17, 2024 deposition, as produced by Plaintiffs bearing Bates number Safo 7900.

49. Attached hereto as **Exhibit 47** is a true and correct copy of text messages between Amanda Misiti and Erica Levine, dated August 31, 2018, as produced by Plaintiffs bearing Bates number Safo 18067.

50. Attached hereto as **Exhibit 48** is a true and correct copy of e-mail correspondence among Prabhjot Singh, Amanda Misiti, Erica Levine, Alyssa Smaldino, Michael Escosia, and Emilie Bruzelius, dated February 7, 2018, which was marked as Exhibit 18 during Amanda Misiti's April 17, 2024 deposition, bearing Bates numbers ISMMS 9887-88.

51. Attached hereto as **Exhibit 49** is a true and correct copy of an excerpt of Emilie Bruzelius's 2018 annual performance review, dated October 29, 2018, which was marked as Exhibit 5 during Emilie Bruzelius's February 20, 2024 deposition, bearing Bates number ISMMS 3931.

52. Attached hereto as **Exhibit 50** is a true and correct copy of Emilie Bruzelius's resume, which was marked as Exhibit 2 during Emilie Bruzelius's February 20, 2024 deposition, bearing Bates numbers ISMMS 57-58.

53. Attached hereto as **Exhibit 51** is a true and correct copy of e-mail correspondence among Jeb Weisman, Rachel Posner, and Prabhjot Singh, dated November 6, 2018 and attached job descriptions, which was marked as Exhibit 6 during Jeb Weisman's June 2l, 2024 deposition, bearing Bates numbers ISMMS 19301-03, 19308.

54. Attached hereto as **Exhibit 52** is a true and correct copy of a letter from Rachael Ende to Patrick Doupe, dated April 20, 2016, which was marked as Exhibit 8 during Jeb Weisman's June 2l, 2024 deposition, bearing Bates numbers ISMMS 21363-64.

55.     Attached hereto as **Exhibit 53** is a true and correct copy of the employee profile of Mihir Mongia, which was marked as Exhibit 7 during Jeb Weisman's June 2l, 2024 deposition, bearing Bates numbers ISMMS 26197-98.

56.     Attached hereto as **Exhibit 54** is a true and correct copy of e-mail correspondence among Emilie Bruzelius and Clarissa Jones-Winter, dated June 5, 2018, as produced by Plaintiffs bearing Bates numbers Safo 895-96.

57.     Attached hereto as **Exhibit 55** is a true and correct copy of e-mail correspondence among Bruno Silva, Kyshana Urie, and Prabhjot Singh, dated May 23, 2019, which was marked as Exhibit 7 during Bruno Silva's April 19, 2024 deposition, bearing Bates number ISMMS 20089-91.

58.     Attached hereto as **Exhibit 56** is a true and correct copy of e-mail correspondence among Stella Safo, Natalie Privett, David Berman, Prabhjot Singh and Kirsten Knaup, dated September 19, 2017, which was marked as Exhibit 21 during Stella Safo's April 8, 2024 deposition, bearing Bates numbers ISMMS 26691-702.

59.     Attached hereto as **Exhibit 57** is a true and correct copy of text messages between Geraldine Llames and Bruno Silva, dated September 21, 2018 – January 19, 2019, which is an excerpt of the document marked as Exhibit 13 during Geraldine Llames's February 22, 2024 deposition, bearing Bates number ISMMS 7422-23.

60.     Attached hereto as **Exhibit 58** is a true and correct copy of a certified transcript of an audio file recording of a meeting between Stella Safo and Dennis Charney, which Safo recorded and Plaintiffs produced an audio file of in this action, bearing Bates number Safo 7260.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of June 2026.

By:  */s/ Adam M. Lupion*
Adam M. Lupion