# EXHIBIT 1

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

DR. STELLA SAFO,                        )
GERALDINE LLAMES,                       )
AMANDA MISITI and                       )
EMILE BRUZELIUS,                        )  CASE NO.
                                        )  1:19-cv-03779-VSB-JW
                         Plaintiffs, )
            -against-                    )
DR. PRABHJOT SINGH,                     )
DR. DENNIS S. CHARNEY,                  )
BRUNO SILVA and                         )
ICAHN SCHOOL OF MEDICINE AT    )
MOUNT SINAI,                            )
                    Defendants. )
_____)

*** CONFIDENTIAL ***
CONTAINS ATTORNEYS' EYES ONLY PORTIONS
VIDEO-RECORDED DEPOSITION OF
DENNIS S. CHARNEY, MD
Glenn, Agre, Bergman & Fuentes, LLP
1185 Avenue of the Americas
22nd Floor
New York, New York  10036


06/12/2024
9:48 a.m. (EDT)


REPORTED BY:  MONIQUE CABRERA


_____
DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Page 9

THE WITNESS:  Okay.  Mount Sinai --
Icahn School of Medicine at Mount Sinai on
1 Gustave Levy Place.

EXAMINATION

BY MR. BOWEN:

Q.    Good morning, Dean Charney.  Your
titled is dean of the school of -- at
Mount Sinai; is that right, medical school?

A.    Yes.

Q.    How long have you been the dean?

A.    17 years and approximately three
months.

Q.    Has your role as dean changed over
that 17 years?

A.    No.

Q.    How -- how do you describe to people
what you do as the dean of the medical school at
Mount Sinai?

A.    At a high level, my responsibility
includes the education of medical students and
graduate students and also oversee the training
of -- of house staff, residents, and fellows in

Page 70

institute, my best memory is that in -- in

offering him the position, that, yes, he would be

director of the institute.

BY MR. BOWEN:

Q.    The first?

A.    That's the part I can't give a -- I

don't have a specific memory of that term.

Q.    But you don't -- you can't give me a

name of who was director before him, right?

A.    Not -- that's true.

Q.    But the -- the entity that becomes

the institute had already raised money from

private donors before Dr. Singh was hired, right?

MR. BAUMGARTEN:  Object to the form.

A.    Money had been raised for Global

Health.  Where my memory is unclear is whether it

was called an institute at that point.

BY MR. BOWEN:

Q.    Well, let me see if I can just jog

your memory.

There was 12 and a half million

dollars that was raised in order to establish the

Page 71

Arnhold Institute for Global Health before

Dr. Singh was hired for the directorship.

Do you remember that?

A.    Yes, the money had been raised.

Q.    And do you remember who the people

were who were involved in raising that money?

Do you remember who the people who

were involved in that first -- getting that first

donation?

A.    The best way I think I can answer

that question is that Ramon Murphy was -- was

involved in raising money for Global Health.

MR. BOWEN:  Mark it.

(Whereupon, Exhibit DC 3,

Irrevocable gift agreement, was marked for

identification.)

BY MR. BOWEN:

Q.    What we've marked as Exhibit DC 3 is

a three-page document starting at Bates

Number ISMMS 142.  The title on the first page is

"Irrevocable gift agreement between the Arnhold

Foundation and the Mulago Foundation and the

6/12/2024    Dr. Stella Safo, et al. v. Dr. Prabhjot Singh, et al. Dennis S. Charney, MD
Confidential - Contains Attorneys' Eyes Only Portions

Page 72

Mount Sinai Medical Center."  The date on the signature page is January 7, 2014.

Q.    Do you recognize this document?

A.    I do.

Q.    Does this refresh your recollection that this money was gifted before Dr. Singh had been hired, correct?

A.    Yes.

Q.    And if you just -- you can read the whole thing.  It's very short.  But it's -- you can see that the -- if you look, for example, paragraph 1 on the first page, which reads, quote:  Donor agrees to make a gift of $12.5 million to Mount Sinai to establish and support the Arnhold Global Health Institute, et cetera.

So this was the seed money, so to speak, to create the institute, right?

MR. BAUMGARTEN:  Object to the form.

BY MR. BOWEN:

Q.    Is that how you viewed it?

A.    Yes.

Page 80

was hired?

MR. BAUMGARTEN:  Object to the form.

A.    My memory is it was primarily related to education.

BY MR. BOWEN:

Q.    Looking again at Exhibit DC 3, paragraph 1 -- I think it's the second sentence -- reads, quote:  Donor's gift will establish the Arnhold Global Health Institute, a multidisciplinary institute, dedicated to addressing the gap in global health and will be used for the institute's training and education mission, closed quotes.

Right?  Do you see where I was reading from?

A.    Yes.

Q.    Well, that's to continue the medical education that was already happening at Mount Sinai in the area of global health before the institute was created, right?

A.    I acknowledge that's what's said in the gift agreement.

Page 258

retaliation based on her allegations against Dr. Singh?

    A.   Say that again, please.

    Q.   Do you remember hearing, either directly from Dr. Safo or through somebody else, that Dr. Safo had concerns about retaliation from Dr. Singh because of the allegations she made against him?

    A.   I do based on a -- an audiotape that I heard this week.

    Q.   That was a meeting between Dr. Safo and who else?

    A.   And me.

    Q.   So do you remember meeting with Dr. Safo?  Did the audiotape refresh your recollection that you had met with her?

    A.   The audiotape indicated to me that I had -- that I had met with her, but it didn't -- it jogged my memory that I had met with her.  But it was obvious in listening to the audiotape that I did.

    Q.   You recognized your voice on the

Page 259

audiotape?

A.   I did not recognize her voice on the audiotape.

Q.   No.  Your voice?

A.   I recognized my voice, yes.

Q.   And having recognized your own voice on the audio recording, did you have a independent memory of meeting with Dr. Safo on that topic?

A.   I didn't.

(Reporter clarification.)

A.   I did not.

BY MR. BOWEN:

Q.   So you don't have a memory that's different than what's portrayed on the audio recording, correct?

A.   That's correct.

Q.   To end my last line of questions somewhat close to where we started on this concept of resilience, you -- you instituted a department of well-being and resilience at Mount Sinai, correct?