# EXHIBIT 3

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____

DR. STELA SAFO, GERALDINE

LLAMES, AMANDA MISITI, and

EMILIE BRUZELIUS,

        Plaintiffs,

    v.                        Civil Action

DR. PRABHJOT SINGH, DR. DENNIS     No.

S. CHARNEY, BRUNO SILVA, and       1:19-cv-

ICAHN SCHOOL OF MEDICINE AT        03779-VSB-JW

MOUNT SINAI,

        Defendants.

_____

VIDEOTAPED DEPOSITION OF

BRUNO SILVA

DATE:        Friday, April 19, 2024

TIME:        9:04 a.m.

LOCATION:    Glenn Agre Bergman & Fuentes

               1185 Avenue of Americas, 22nd Floor

               New York, NY 10036

REPORTED BY:  Abagail Rodriguez

PAGES 47-60, 199 ARE CONFIDENTIAL

B. SILVA

MS. GUERRASIO:  Objection.

If you understand the question, you can answer it.

THE WITNESS:  Yes.

BY MR. BOWEN:

Q    And your position is that -- well, you know what, I'll ask it differently.  What years were you working for Mount Sinai?

A    2016, 2017, 2018, and a large -- three-quarters of 2019.

Q    When did you leave in 2019?

A    October 2019.

Q    Why did you leave?

A    I resigned.

Q    Why did you resign?

A    Because most of our work was funded by grants.  And after the -- the lawsuit, there was not much work for -- for us to do.  On top of it, the -- the environment, because of the lawsuit, was unhealthy for me.

Q    What do you mean that the environment was unhealthy for you?

B. SILVA

Q     Okay.  2016.  And then you started?

A     In January 2016.

Q     Oh, I see.  So you started at the Arnhold Institute while you were still finishing your master's?

A     Yes.  Mm-hmm.

Q     So what did you discuss with Dr. Singh in that first meeting?

A     He looked at my portfolio.  He looked at my work and then asked me questions about design and described a little bit of the way they were setting up a new team at -- at the institute.

Q     What did he say about setting up a new team at the institute?

A     He mentioned that we were -- they were creating a health systems design team.  And they want to -- he wanted to have a new approach where you would combine clinical model, systems engineering, and design thinking.

Q     What is your background in design?

Page 61

B. SILVA

(Nonconfidential portion of
transcript begins.)

BY MR. BOWEN:

Q    Who else have you discussed this case with, other than your attorneys?

A    My husband.  My mother.  A friend.

Q    Anyone else?

A    And a colleague.

Q    What's your husband's name?

A    Beat.

Q    Can you spell it?

A    B-E-A-T.

Q    Last name?

A    Kaestli.  K-A-E-S-T-L-I.

Q    How long have you been married?

A    Ten years.

Q    Is your mother in New York or is she in Brazil or somewhere else?

A    She's in Brazil.

Q    The friend that you discussed the case with, who is that?

A    My friend David Rojas.

Q    David -- what's the last name?

Page 62

B. SILVA

A    Rojas.

Q    Rojas.  And then the colleague?

A    Dylan.  Dylan Demanski [ph].

Q    Demanski [ph]?

A    Mm-hmm.

Q    Is that D-E-capital M?

A    Yes.

Q    What did you tell your friend about it?

A    Which friend?

Q    Rojas.

A    I discussed with him, you know, that -- how unfair the entire allegations are.

Q    Did you tell them what the allegations are?

A    Yes.

Q    What did you say about it?

A    That I was being accused of lawful discrimination and harassment.

Q    Did you describe in detail what the complaint alleges you did?

A    I don't recall the details.

Q    In your discussions with

Page 67

B. SILVA

language school.

Q    I want to go back to the first meeting that you have with Dr. Singh. What did you know about him when you first met him?

A    I didn't know much about him when I first met him.

Q    Nobody had given you any kind of like a background explanation of who he was or?

A    No.

MS. GUERRASIO:  Objection.

THE WITNESS:  Sorry.

MS. GUERRASIO:  You can answer.

BY MR. BOWEN:

Q    What did you understand the position would be that you were talking to him about for you?

A    The position was a designer as part of the triad team.

Q    What is the triad team?

A    So there was the health systems design team, in which he mentioned that his desire was to create -- have design,

Page 74

B. SILVA

Dr. Natalie Privett.

Q     How about the clinical person?

A     He did not.

Q     Who ended up taking that position to your understanding?

A     Stella Safo.

Q     Why did you take the job?

A     Because I was graduating with a social innovation degree, and I felt that it aligned with my career goals.

Q     That the institute aligned with it?

MS. GUERRASIO:  Objection.

You can answer.

THE WITNESS:  Not the institute but the idea of doing health systems design work.

BY MR. BOWEN:

Q     And at the time you first started, what did you understand your role to be, doing health system design work?

A     Being the -- the design function within that three-people team.

Q     You're referring to the triad?

Page 75

B. SILVA

A    Yes.

Q    So you would be head of the design aspect of it?

A    I would be leading design since that was my expertise, yes.

Q    And reporting directly to Dr. Singh; correct?

A    Yes.

Q    And then Dr. Privett would be heading up the system engineering aspect; correct?

A    Yes.

Q    And Dr. Safo would be heading up the clinical aspect?

A    Yes, Dr. Safo was leading up the -- the clinical aspect, as well as being more of the -- the lead for the overarching program.

Q    Did you report to Dr. Safo in any respect?

A    I did not.  No.

Q    This would be or was your first job heading up system design; is that right?

Page 105

B. SILVA

support that.

Q    So what was the Atlas tool?

MS. GUERRASIO:  Objection.  We have a ruling from the court limiting the scope of any questions on this.  I'll let Bruno give a brief description, but if we go too far afield here, we're going to object.

BY MR. BOWEN:

Q    Go ahead.

A    Atlas was a tool.  Was intended to be a tool to leverage community health worker data to identify where the most needed are.

Q    You were involved in designing that?

A    Yes.

Q    And so was Dr. Sofo and Dr. Privett?

A    No.

Q    It was just you?

A    No.

Q    Who else besides you?

A    Dr. Fagmus [ph], Dr. Singh, as well as some partners we had.

Page 116

B. SILVA

close with Dr. Singh?

    A    No.

        MS. GUERRASIO:  Objection to form.

        You can answer.

BY MR. BOWEN:

    Q    By the time -- well, I guess
Dr. Singh left the institute before you
did; right?  Is that right?

        MS. GUERRASIO:  Objection to form.

    A    I don't recall.

    Q    Okay.  Did there come a point in
time when you reported to somebody other
than Dr. Singh?

    A    Yes.

    Q    Who is that?

    A    Dr. Rachael Vreeman.

    Q    Was that after the lawsuit?

        MS. GUERRASIO:  Objection.  After
    lawsuit was filed?

        MR. BOWEN:  Yes.  After lawsuit's
    filed.

        THE WITNESS:  Yes.

BY MR. BOWEN:

    Q    What was her title with the

Page 117

B. SILVA

institute if she had one?

A    I don't remember her exact title, but I assume she was the head of the institute, the interim head of institute at that time.

Q    So up to the point when you started reporting to Dr. Freeman -- is it Freedman or Freeman?  Do you know?

A    I don't recall her name specifically.

Q    Okay.  So up to that point, when you started reporting to that doctor, what was your impression of Dr. Singh?

MS. GUERRASIO:  Objection.

You can answer.

THE WITNESS:  I didn't have any impressions.  He was my boss.

BY MR. BOWEN:

Q    Did you think he was a good boss?

A    I was impartial.  I didn't think he was an excellent boss or a bad boss. He was just the boss.

Q    You said you were impartial or

B. SILVA

role had changed multiple times, I assume, and we needed more project management help, but I don't necessarily recall specifics.  What I recall of her in work engagement on that was supporting writing reports to our donors.

Q   You didn't know her before you started at the institute; right?

A   No, I did not.

Q   But you had interactions with her that were not specific to the Atlas project?

MS. GUERRASIO:  Objection.

You can answer.

THE WITNESS:  Define "interaction."

BY MR. BOWEN:

Q   Any interactions in the workplace.

A   Yeah, we were friends.

Q   And you --

A   There were no work interactions, but we were friends.

Q   And you became friends just because you both worked in the same

Page 128

B. SILVA

office; is that right?  Physical space.

MS. GUERRASIO:  Objection.

You can answer.

THE WITNESS:  Yes.

BY MR. BOWEN:

Q    Well, in your view, how did the friendship develop?

A    I believe because, you know, I'm a gay man, and it's a known fact Geraldine has a lot of gay friends, so there was a level of comfort that we both had with one another.

Q    So you'd just chitchat in the office, talk about social things?

A    Yeah.  Personal life.

Q    Did you talk with her about other employees in the institute?

A    Yes.

Q    What did you think of her as a employee of the institute?

MS. GUERRASIO:  Objection.

You can answer.

THE WITNESS:  Personally, I don't have much opinion about her as an employee

Page 182

B. SILVA

role like mine, I was underpaid.  But I never also went in asking for a raise and -- or there was never a discussion.

Q    What was your understanding of the work from home policy at the institute?

A    So it's interesting you ask because there was not -- like when I started, there was no -- no such thing as working from home.  And Stella suggested that, since she was in clinic on Wednesdays, that we would work from home, but I personally never really liked working from home, so I usually would show up, and often Natalie Privett I also would show up.  But there was never -- it was just, like, a suggestion from Stella and a common understanding, they -- that -- that had been initiated by her, on us working from home that day that she was in clinic.

Q    So you generally came to the office five days a week?

A    Yes.

Q    And you didn't view yourself as

Page 185

B. SILVA

Q    So you would give two months' advance notice for requested PTO?

A    PTO, yeah.  We would email, and then if approved, we put it in the calendar.

Q    Did you ever have a request denied?

A    Yes.

Q    When?

A    When I had initially started. So when I started Sinai, I -- I was doing a -- a small project in Mexico, so I would travel to Mexico.  You know, use my PTOs to travel to Mexico to do that work 'cause Prabhjot never like really let us work from home.  He didn't like people working from home, so I wasn't really allowed to work from home.

So there was one time that it was a trip in January that I had booked, and then he didn't let me go.  And I ended up having to cancel my ticket, which was nonrefundable, and I was paying another $1,000 eventually to rebook that ticket.

Page 186

B. SILVA

Q    But you said you were working in Mexico?

A    Yeah, I was a fellow at a school there prior to my employment in Sinai, so I still had a -- a small engagement from -- from before.

Q    So it wasn't institute work?

A    It wasn't paid work, and it wasn't institute work.

Q    So in order for you to go, you had to use PTO to get time off?

A    I had to use PTO, yes.  In fact, Stella had come with me one time.  We went together.  It was during Thanksgiving, so we used the Thanksgiving holiday, and she came to me, and I introduced her to some clinics there so she would see, like, a lot of the experience work and -- you know, but it was not Sinai-related.  I paid my trip; she paid her.  We went there as friends.  And, you know, we had fun; we went out; we had dinners and whatever, you know.  And then I introduced her to some people, but we always used PTOs.  There

Page 187

B. SILVA

was -- Prabhjot was very lenient on that.

Q    I'm sorry; he was lenient on it?

A    Lenient is, like, making sure that we had the PTOs approved, and if not, like, he would say -- he may not approve.

Q    You mean he was strict?

A    Mm-hmm.

Q    Okay.

A    When I mean lenient, I meant strict, yes.

Q    Okay.  So that trip with Stella, Dr. Safo, that was somewhat related to institute work? She was going there on business?

A    No, it was not related -- she was not there on business.  It was during Thanksgiving.  She wanted to see what I had done in Mexico because I was telling her a lot about the work that we did -- that I did there.  So she was like, "Oh, can I come to Mexico City with you?"  You know, it was a vacation.  Make that very clear.  Was a vacation.  We both went personal funds.  Not a trip for Mount

Page 188

B. SILVA

Sinai Hospital.  Was two friends going to Mexico, and I was showing her, as a friend -- have videos, have photos, have a lot of -- whatever.  So it was a trip of two friends and just happen so she saw some of what I had done there, that, you know, was in the subject of experience design in healthcare, but it was not a Sinai sponsor or trip that was work-related.

Q    How many trips did you make that were work-related for the institute?

A    So I went to Ghana twice.  First time the entire team went, so it was me, Dr. Safo, Dr. Singh, and a lot of other people from Sinai, outside also the institute.  Then the second time I went to Ghana was with Dr. Heller, when I was shadowing him and doing qualitative interviews with the community health workers that I mentioned earlier today.

Then I had a couple of trips to Guatemala.  If I'm not mistaken, it was three.  One first one with Dr. Fagmus

Page 226

B. SILVA

close friends to gay men. You know, we were friends, so that was just like how, you know, as friends, we were talking. Like, I wouldn't interact -- have those kinds of interaction with somebody that was more, like, a straight male. You know what I mean? Like, no, not to them.

Q You considered Dr. Safo a friend of yours at work as well?

A I did. I did consider her as a friend.

Q Up until the lawsuit?

A Yes. There were, like, one instance that I was a little thrown off, that I didn't understand. As I've mentioned before, after she left, that I kind of find -- you know, had reasons to believe where that her and Dr. Privett had some sort of plan to move the work we were doing outside to where Dr. Safo had moved in.

And then I had an encounter with her where I went to share the findings of our research, and then she was very cold

Page 227

B. SILVA

to me because I asked about her mother, I asked her about her brother and her nephews, you know, and she was very cold and -- and looked at me and said, "Oh, so you didn't -- so you didn't know about all of this before?" And I was like, "Well, we kind of had an assumption, but, you know, we need to have the -- the qualitative data to really back up the understanding and be able to articulate and communicate to our stakeholders," and that was it.

And then there was another instance where I went to a larger meeting at Sinai, where I went to say hi to her, and I hug her, and she remained like this. And I was like, "Oh, what happened?" but I was confused. And then eventually, months later, this came through, so then it all made sense.

But yeah, I thought she was a friend. We were close friends. We -- you know, she -- we talked a lot about personal life. She was a friend. She

B. SILVA

went to Mexico.  I would not have gone on vacation to Mexico with her if we were not some -- especially with somebody I work, if I didn't have a level of comfort or was her friend.

Q    But did you criticize Dr. Safo to others at the institute?

A    I complained to Geraldine about the instance that I'm telling -- I just told you before, that I felt that she was -- she was being rude to me, and I said she was being a bitch.  She was being rude to me.  Probably, was in reference, you know, from how she treated me when I went to talk about the research or whatever.

And then in that conversation with Geraldine, I said, you know, "I really don't understand -- " I may have said that, to Geraldine, that I -- I don't know if it was in that conversation, but I have stated my opinion that I didn't think that she had enough experience to be able to -- to do, you know, as I mentioned

Page 232

B. SILVA

would stand on it or sit at the top, top step, and talk down on us.

Q    How many people were in the meeting?

A    It was me, Natalie, Mike on a regular basis because that was the setup of the health system design group.  We all sat in a small room at that time, so our desks were all very close.  And Mike was the project manager.  Stella, Natalie, and myself.

Q    So four people?

A    Four people.  Sometimes there might be, like, one or an extra person, but I don't recall, but on a regular basis, there was the four of us.

Q    And in those meetings, she would sit at the top of a stepladder?

A    She would sit or stand on top of the stepladder.

Q    Did you talk to her about that?

A    Again, we were friends, and I didn't perceive, even though that made me uncomfortable because, you know, you

Page 233

B. SILVA

should never talk down on people, I didn't think that was malicious because, again, I thought she was my friend.  You know, we -- I had reasons to believe that we were friends.

Q    But why do you bring that up now as an example of something that she's doing that you didn't like?

A    Yeah.  Because, you know, I am trying to go back and remember, you know, what was the interactions that happened?  What are the conversations that happened in the room?  How did people -- you know, so I'm -- I'm going back in my mind to remember everything, you know.  It's not okay if you go up now in a stepladder and start deposing me in a -- in a stepladder, down to -- it's not okay; right?

So now I look back, and I'm like, "Oh, that's a bit strange."  Then you -- you collect all of those behaviors together, and the level of control; right?  She would make fun of me; she'll make fun of me.  There was a shirt that I wore, a

Page 236

B. SILVA

used the word "bitch"?

A    Yes, she called me bitch multiple times.  There might be even -- she called me B sometimes; sometimes she called me bitch.  It was like, "Oh, yeah, bitch, let's go.  Let's go get lunch, bitch."  Like, that was how we just talk.  Like, that was how people talk in that room.  Like, we just -- you know, it wasn't necessarily offensive or used in a derogatory manner.  I never was offended by it.  Right?

So, again, you know, it's, as you can imagine, you know, it's frustrating for me to be sitting here, having to be accused of something where, you know, there is a context that's missing, that's a two-way.

Q    You said sometimes she used the word B, like, "Let's go, B," something like that?

A    Yes, but it was meaning "bitch," not my name.

Q    You understood it to mean bitch?

Page 237

B. SILVA

A    Yeah, because she also said the word "bitch" often.

Q    Is that something you'd do too? You would say B?

A    No, I wouldn't say B.  No.

Q    Have you heard other people use that shorthand?

A    No.  She would often write that when she meant B -- bitch.  She would put the B.  There was a Slack channel that I was blocked from, that had a lot of very interesting conversation, but somehow I -- I don't have access to, where a lot of this was in a regular basis. Discussions between Natalie, Mike Schotsaert, and Stella.

Q    And I wanted to ask you about Slack.  We'll come back to that in a second.  I'll just make a note to come back to Slack.  But let's stay on the examples of Dr. Safo using the word "bitch."  Can you give me a specific instance that you recall where she did that?

Page 242

B. SILVA

or outside organizations.  He used to be the -- the frontman almost, like during those negotiations and conversations,

That's a very large -- again, I don't remember in detail.  I interacted him very in small increments.  But that's kind of like what -- you know, and then he had direct reports, but that was about it. I didn't have regular meetings with him or regular one-on-ones or anything of that nature.  That wouldn't go beyond a group meeting or maybe very small interactions.

Q    Did you hear him yell at other people?

A    Yes, I have.

Q    He yelled on a regular basis?

A    I have heard rumors of him yelling on a regular basis.  I experienced once.

Q    Was he yelling at you?

A    No, he was yelling at another man that worked with me.

Q    Another man?

A    Yes.

Page 243

B. SILVA

Q    Who was that?

A    Aaron Baum.

Q    First name Aaron, last name Baum?

A    Yeah, last name Baum.

MS. GUERRASIO:  Mike, if whenever you have a chance we could take a break for just five minutes, I need to use the restroom.

MR. BOWEN:  You need it right now?

MS. GUERRASIO:  Well, it's not essential, but --

MR. BOWEN:  Okay.  All right, let me just wrap up one thing before I forget. We'll come back to this.  What was that person -- about?  Oh, this one, yeah.

BY MR. BOWEN:

Q    Who's Abdullah El-Sayed?

A    I have no idea.  Never heard that name before.

Q    Well, I may be mispronouncing it.  The first name is Abdullah.  The last name is E-L and then Sayed -- I think it's Sayed.  Capital S-A-Y-E-D.

Page 287

B. SILVA

don't recall specifically if I had already hired one designer after -- below me, but -- but, yeah.

Q    This email goes on to state, quote, "He travels frequently -- Guatemala, Ghana, Liberia -- to obtain firsthand insights into how the tools we develop are utilized in the field," close quote.  Have you gone to Liberia?

A    I've never been to Liberia.

Q    It goes on to read, quote, "Bruno's competencies as UI/UX designer are outstanding," and I'm going to stop there, close quote.  What's a UI/UX designer?

A    User interface slash user experience.

Q    The sentence continues, quote, "And coupled with business acumen and diplomacy, he has proven to be instrumental in speaking to diverse groups of stakeholders and navigating cultural bottlenecks effectively.  He is currently a senior management analyst at $116,600,"

Page 293

B. SILVA

making those kinds of statements?

A    No.

Q    There's also a statement, about the middle of that paragraph, where the statement reads, quote, "Another time he said, 'You look slutty today.  What are you doing after work?  Do you have a date tonight or something?'" close quote.  Do you recall making that statement to Ms. Llames?

A    I don't remember.  As I said, we were friends.  We used to talk very freely, as you can see the messages.  And we talk very openly about our personal lives when it comes to dating, including if you see one of the photos, she sent me a photo of a guy in her bathroom.  So I don't remember specifically the comment.

Q    Well, did you make comments to her at work, while you were in the workplace, about whether or not she was going to have sex?

A    I do not remember that.

Q    There's another statement in

Page 294

B. SILVA

that same paragraph where it reads as follows: quote, "Silva made lewd comments about Llames' genitals and alluded to her having her period, such as, 'Why is Geraldine so upset?  She's probably on her period.'"  Do you remember saying that either to Ms. Llames or to others at work?

A    I do not remember saying anything like that.  I remember her saying that she would be PMS-ing and volunteer that information openly.

Q    Would you comment on it or respond?

A    I don't remember.

Q    Do you remember using the word "dyke," referring to Ms. Llames in the workplace?

A    I don't remember using that word in the workplace.  I remember having a conversation with her outside the workplace.  And as I said before, because both me being a gay man and her being somebody who was pretty much part of the gay community, that word has no offensive

Page 295

B. SILVA

connotation whatsoever.

Q    No offensive connotation to you?

A    And she didn't was offended by -- when we -- we talked about that, so I'm confused.

Q    Did she say she wasn't offended?

A    No, she did not say anything.

Q    Well, I'm looking now at paragraph 416 at the bottom of page 112 and the top of page 113.  This sentence that's at the bottom of 112, the very last line on the right-hand side of the page, says, "Silva -- " I'll read it.  Quote, "Silva quickly said condescendingly, 'You look like a dyke.'  Llames told him that he could not say that.  It was inappropriate.  Silva said he was just kidding but did not apologize," close quote.  Did that happen?

A    Not how it's described here.

Q    Well, how do you remember that?

A    She showed me a photo of her in biker clothes, and I -- and I made a comment about, "Oh, you know, you look

Page 296

B. SILVA

like a dyke," and then we laugh about it. And that was about it.

Q    So you have no memory of her saying you could not say that and it was inappropriate?

A    It's not that I don't have a memory.  It -- it was not said.  It did not happen.

Q    You're saying that, if she had said that, you would remember it?

A    She did not say that.  She laughed about it.  We were at a Starbucks.

Q    Do you have any memory of her ever saying to you, "Don't say that," or, "You can't say that"?

A    No, she did not say that.

Q    If you look at paragraph 419 on page 113, that paragraph states, quote, "Silva had a deep disdain for Safo and made numerous nasty, sexist comments about her to her colleagues.  He told Llames that Stella," in brackets, "Safo," close bracket, "is a cunt.  She just needs to get laid.  Silva told others that Safo was

Page 298

B. SILVA

Dr. Safo as a bitch; right?

MS. GUERRASIO:  Objection.

You can answer.

THE WITNESS:  I don't know what you're talking about.

BY MR. BOWEN:

Q    Well, I thought you recall that there is one message where you referred to Dr. Safo as a bitch?

A    I never said a message.  I said I -- I had a conversation with Geraldine in regards to Stella being rude to me, and I told Geraldine that she was being a bitch to me.  It was not a message.

Q    That's not in writing?  That was a verbal conversation?

A    Yes.

Q    Okay.  Did you ever refer to her, quote unquote, "needing to be laid or get laid"?

A    No, I did not.

Q    Did you ever refer to Dr. Safo having sex in any context or any situation?

Page 301

B. SILVA

Q    Did you ever refer to Ms. Smaldino as, quote unquote, being a bitch?

A    I did not.

Q    You know, this phrase referring to a woman being on her period, is that something that you would do at work?  Say, "So-and-so must be on her period"?

A    I did not.  The only time that that happened was Geraldine saying that she was PMS-ing.

Q    That only happened the one time?

A    Multiple times.

Q    And would you respond to that or you just let the comment go?

A    I mean, most of my friends are women, so I -- that didn't seem to be any comment that bother me.

Q    And if you look at paragraph 422 at the bottom of 114 and the top of page 114, there are allegations that you made comments about women's appearance, about their hair, particular hairstyle, with three different women.  Did you do that?  Did you comment on the way women were

Page 322

B. SILVA

remember working from home was that specific time, when Natalie, myself, and Stella worked together, and using that Wednesday, if anything, as a way to work from home.  The other instances in which I may have remember working from home, it was whether if some -- if, for a -- instance, if I wasn't feeling well.

Q   But prior to May of 2019, you didn't have to ask permission to work from home; right?

MS. GUERRASIO:  Objection.

A   Unless -- unless if it was like I'm not feeling well, and then I say, you know, "I'm not going to come in 'cause I'm not feeling well.  I'll be working from home."  Otherwise, if you intended to working from home, you should have informed people.

Q   So you understood, prior to May 2019, that if you wanted to work from home, other than being sick, you had to ask permission in advance?

A   Yes.  I remember one instance

Page 323

B. SILVA

where I was -- I change in my flight from Mexico from Sunday night to a Monday evening.  And then I didn't inform it, and Prabhjot was looking for me in the office, and he yelled at me because I wasn't -- he wasn't -- yeah, he was aggressive towards me, like very angry, that I should have informed, that he did not approve them, blah, blah, blah.

Q    When was that?

A    That was around -- so my engagement in Mexico kind of ended sometime mid-2017.  Yeah, like May '17.

Q    Okay.  Now let's show that exhibit.  So this is Exhibit BS-2.  Can you dig that out of the pile in front of you, Exhibit Number BS-2?  It's the text messages.

A    Yeah.

Q    And let's look at Bates number 20941.  If you look at the box, on the lower left-hand corner, there's a date that says January 9, 2018, at 2:45 pm.  And the green box reads, quote, "So I