# EXHIBIT 4

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 19-cv-3779

- - - - - - - - - - - - - - - - - - - - - - - - - -x

DR. STELLA SAFO, GERALDINE LLAMES, AMANDA

MISITI, and EMILIE BRUZELIUS,

                    Plaintiffs,

            -against-

DR. PRABHJOT SINGH, DR. DENNIS S. CHARNEY,

BRUNO SILVA, and ICAHN SCHOOL OF MEDICINE AT

MOUNT SINAI,


                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - -x


        VIDEO DEPOSITION OF DR. STELLA SAFO

                NEW YORK, NEW YORK

                MONDAY, APRIL 8, 2024








    REPORTED BY:

    DANIELLE GRANT

    JOB NO.: 6627570

Page 16

DR. STELLA SAFO

Q     Where about?

A     Sure.  It's 147 Prince Street.

Q     Is that a professional office or is it --

A     It's a co-working space with individual offices.

Q     When did you become employed at Mount Sinai?

A     In the fall of 2015.

Q     September?

A     Yes.

Q     And have you maintained an affiliation with Mount Sinai at all times since September of 2015?

A     Yes.

Q     Has the nature of that affiliation changed over the course of time?

A     Yes.

Q     How so?

A     I was initially employed with the population health department through 2019 and resigned from that role in 2019. Throughout my time at Sinai, I've had a

Page 17

DR. STELLA SAFO

clinical -- I've had clinical duties at Samuels Clinic, and so when I resigned in 2019, I just maintained my clinical duties and came on as part-time staff instead of full-time employee.

Q    During the period 2015 until the resignation in 2019, did you work anywhere else other than at Mount Sinai?

A    No.  No.  I don't think so.

Q    And if I understood correctly, you said you resigned in 2019 but retained your clinical duties on a part-time basis at Sinai; is that right?

A    That's correct.

Q    Okay.  At that time, did you begin working anywhere else?

A    Yes, I began working at a company called Premier, Inc.

Q    Why did you resign in 2019?

A    I resigned in 2019, in part, because of the damages from this case.  It was very difficult to work at Sinai, and at that point, we had filed our lawsuit and I felt -- I feared that I would be retaliated

Page 18

DR. STELLA SAFO

against professionally, and I didn't want to experience that.  And so I found other employment elsewhere.

Q    When, in 2019, did you resign?

A    I don't recall the exact month, but it was likely the end of spring because I began my role at Premier in June.  But I don't recall the exact month.

Q    Do you recall that the lawsuit was filed at the end of April 2019?

A    I believe so, yes.

Q    And were you still working full-time at Sinai when the lawsuit was filed?

A    I believe so, yes.

Q    Okay.  What were you doing at that time during that -- at that time?

What was your -- what did your job consist of?

A    My job at the time consisted of working with the population health team around our primary care improvement work, and I worked with colleagues on kind of carrying out that work for the -- for the

DR. STELLA SAFO

Q    In 2018, did you stop working at Arnhold and start working at Mount Sinai Health Partners?

A    Yes.

Q    And did you then continue working at Mount Sinai Health Partners -- withdrawn.

When, in 2018, was it?

A    I believe I began in February 2018, around then.

Q    Okay.  So would it be correct to say that you worked Mount Sinai Health Partners for about a year between 2018 and 2019?

A    I believe it was a little over a year.

Q    Okay.  And while you were at Mount Sinai Health Partners, who was your manager?

A    I initially started working with a individual named Andrew Snyder, but he left soon after I started there.  And he was replaced -- or rather, he was the one who brought me into Mount Sinai Health

DR. STELLA SAFO

Is this a copy of your contract when you -- your initial contact with Mount Sinai to work at the Arnhold Institute?

A    I would just like a moment to review it, if you don't mind?

Q    Sure.  So is that your initial contract with Mount Sinai?

A    I believe so, yes.

Q    If you look at page 5, it says your annual salary would be $175,000.

Was that, in fact, your annual salary when you joined Arnhold?

A    Yes, I believe so.

Q    Did there come a time when your compensation was adjusted?

A    That for before I started or...

Q    No.  After you started.  I assume -- well, let me not assume anything.

Was this your starting salary, $175,000?

A    It was, yes.

Q    Okay.  You paused there.

Are you -- are you uncertain about that or --

DR. STELLA SAFO

A    My pause was just because I didn't get to negotiate this rate in the way that I hoped to and so -- on advice of Prabhjot.  And so I was just kind of remembering that.

Q    Okay.  And did there come a time when the salary was adjusted?

A    Yes.

Q    When was that?

A    My recollection is that that happened when I became chief medical officer for the institute, and I received the title promotion that was to come with a salary increase.  And that salary increase was consistently delayed because of Arnhold leadership with Prabhjot and Kirsten.  And it wasn't until I spoke with one of my HR colleagues, who was a friend at the time, Clarissa, who made sure that I was able to get that salary and get the back pay.

Q    What was -- what was the salary increase?

A    I believe it was a little over -- I can't recall exactly.

Page 35

DR. STELLA SAFO

paren, HIV, close paren, and Dr. Prabhjot Singh, population health.

Do you see that?

A    Where it says "supervisor"?

MR. BOWEN:  He's reading the last sentence --

Q    The last --

MR. BOWEN:  -- from the summary.

Q    -- the last paragraph.

A    Yes, I see that.

Q    Okay.  And was Dr. Mullen your supervisor for purposes of your clinical work?

A    He was my ultimate supervisor, but my immediate supervisor was Amarilis Lugo, the medical director, which is the common practice in medicine.

Q    Okay.  And so that is -- the "40 percent clinical" refers to the work that you were doing treating HIV patients?

A    Yes.

Q    And the 60 percent research, does that correspond to the work that you were doing in the Arnhold Institute?

Page 36

DR. STELLA SAFO

A     Yes.

Q     And your manager there was Dr. Singh?

A     Yes.

Q     Okay.  Your complaint in this action -- and if you want to take a look at it, it is paragraph 302 at page 85.  The first sentence says that -- and I'm quoting -- Singh hired Safo without any selection committee, comma, telling her she would be his, quote within a quote, second-in-command close quote, close second within a quote.

Is that true?

A     That was my understanding at the time, yes.

Q     Well, did Dr. Singh tell you that you would be his second in command?

A     In conversations that we had, yes.

Q     And it then says, quote, He told her she would work with him on health systems design, period.  Safo told him that this was not her field of training, but

Page 38

DR. STELLA SAFO

time.  Yes.

Q    And is this during the period that Dr. Singh was recruiting you --

A    That we had this conversation?

Q    -- that you had this conversation?

A    Yes.

Q    How long had you known Dr. Singh at that point?

A    I had known him since he was married to my best friend and childhood friend so however many years that was.

Q    Okay.  And what is your friend's name?

A    Manmeet Singh -- Manmeet Bindra, rather.

Q    And you had known her for most -- it says here you had known her for most of your life?

A    Uh-huh.

Q    Yes?

A    Yes.  That's correct.

Q    Had you socialized with Dr. Singh?

Page 64

DR. STELLA SAFO

MR. BOWEN:  By 20.

Q    -- by 20?

A    Yes.  I see it.

Q    And he said he had advocated for you to be titled as assistant professor rather than instructor, which is standard for one year post-fellowship.

Do you see that?

A    Yes.

Q    Okay.  And you said thanks for advocating for assistant professor.

Am I right assistant professor is a more senior title than instructor?

A    Yes.

Q    And does it carry with it an assumption of higher compensation?

A    Yes.  In most health systems it does.

Q    And you wrote in your email at 7:50 a.m. that you had attached a job description, right?

Correct.

A    7:15 a.m.  Yes.  7:50.  Yup. That's correct.

DR. STELLA SAFO

April 30, 2015.

That April 30, 2015, contract was your initial contract, correct?

A    With Arnhold, correct.

Q    Okay.  And under this contract, you were no longer working at Arnhold, correct?

A    That's correct.

Q    And if you look at "A," the fifth bullet identifies your administrative position as senior medical director, comma, clinical transformation Mount Sinai Health Partners, correct?

A    That's correct.

Q    And was that the title you had when you went to work for Mount Sinai Health Partners in 2018?

A    That's correct.

Q    And if you flip to the page that has the Bates stamp at the bottom, 297, you'll see the position description.

And does that set forth the description of what your job consisted of at Mount Sinai Health Partners?

DR. STELLA SAFO

A    No, I don't.

Q    Do you consider it to have been a demotion?

A    By title, I was chief medical officer and I went to senior medical director.  So by title in the clinical kind of in healthcare administration world, it was a demotion.  By salary, I don't recall what my exit salary at Arnhold was, but it was either on par or slightly higher.

Q    Well, was there a chief medical officer -- was somebody else a chief medical officer at Mount Sinai Health Partners?

A    Yes.

Q    Who was that?

A    Excuse me.  That person at the time that I joined them I believe was Robert Fields.

Q    Okay.  And that was the person who you reported to?

A    Yes.

Q    Did you negotiate for a higher salary when you went to Mount Sinai Health

DR. STELLA SAFO

Partners?

A    Yes.

Q    Who did you negotiate with?

A    Andrew Snyder.

Q    And why was he the person who you negotiated with?

Why was he the person with whom you negotiated?

A    At the time that I was leaving Arnhold, Andy was still the chief medical officer at Mount Sinai Health Partners.

Q    Okay.  And he was the person who would have been your boss had he continued, correct?

A    That's correct.

Q    When you started at Arnhold, what was your -- what was your title?

I know you were an assistant professor; that was your faculty title, right?

Did you have a functional title?

A    When I first started, when I was hired, Prabhjot wouldn't give me a title. He said that we would figure it out when I

DR. STELLA SAFO

started, and that seemed kind of odd to me. But I was trusting of him, and so I followed his lead. And then he eventually gave me and another colleague at -- who had a college-level -- who was a college-level graduate the same title.

It seemed like after some meeting that he had had with another colleague, he came out and said: You guys are both program managers.

And that's how I got my title as program manager.

Q    And who was the other person?

A    Anna Stapleton.

Q    And did you discuss that title with him at the time?

A    After he gave it to me, I did.

Q    What did you say to him and what did he say to you?

A    What I recall was trying to understand the reasoning with the title. I was put off by the way he gave the title, of just kind of yelling it across the room to both Anna and I. And so I spoke with

DR. STELLA SAFO

him about what's the reason behind this title, does it fit my role.  And I recall that his response was essentially, like, don't worry, I'm going to take care of you, we'll figure it out, very similar to kind of the way he would respond to me when I would ask him questions about my onboarding while I was getting hired.

Q    What do you mean "the same way"?

A    The same way that I described earlier about, if I asked a question, for example, about the salary, the kind of sense of, like, I'm taking care of it, don't worry about it, I got it, you don't fully understand that, you know, I'm taking care of it, that sentiment.

Q    Okay.  Did you tell him what title you thought you should have?

A    I didn't, but the conversation also felt complete, like there wasn't space or room for that.

Q    Well, did you suggest a different title to him?

A    I didn't, and the conversation

DR. STELLA SAFO

didn't seem like he would allow me to.

Q    Did you have, subjectively in your own mind, a different title that you thought was more appropriate?

A    So when I started without a title, what we had kind of talked about is that, as the work built itself out and we understood who our colleagues would be, who would be working on my team, et cetera, that we would decide that together.  And so the sentiment that I was under is that we were going to figure out the title together.

Q    I understand that.

But my question was whether in your own mind you had a title in mind that you thought was appropriate?

A    I don't recall, at the time, if I did.

Q    Sitting here today, is there a title that you think would have been more appropriate than program manager at the time you started?

A    Sitting here today with the

Page 75

DR. STELLA SAFO

duties that I had, the team that I managed, and the colleagues that I worked with, I would have -- I would have been more appropriate for the title of founding chief medical officer.

Q    Did anybody else have that title?

A    Of founding chief medical officer?

Q    Correct.

A    No.

Q    And what is your basis for suggesting that would have been a better title?

A    As I said about the work that I completed for the institute and my understanding of the ways in which the institute kind of framed titles at the time, specifically thinking of James Faghmous, who came on as founding chief technology officer, David Berman, who came on as chief of staff, these aren't kind of classic titles in academia, but seemed like they were permissioned and allowed at the institute for individuals to be able to

DR. STELLA SAFO

kind of access.

And so, with what I understand now, which was kind of how you framed it, I would have -- I would apply that at that point.

Q    Do you what Faghmous's background was before he came to Arnhold?

A    My understanding is that James had just completed his Ph.D.

Q    And do you know why he was given the title he was given?

A    I don't, no.

Q    Do you know why Berman was given the title he was given?

A    No.

Q    Did you ever have any questions -- withdrawn.

Did you ever have any discussions with anybody else within Arnhold about the program manager title?

A    I did, yes.

Q    With who?

A    I believe I had conversations with colleagues, like Amanda Misiti and like Mike Escosia, about the

Page 77

DR. STELLA SAFO

appropriateness of my title as time went on.

Q    Okay.  Was the work that you did at Arnhold important work?

A    Can you reframe that?

Q    Did you consider your work to be important?

A    Yes.  I thought the work was important.

Q    Why?

A    At the time, I considered the work to be important because we were really thinking about how to redesign portions of the Sinai healthcare system to be able to successfully exist in a new world with new payment models and how to do so in a way that was innovative.

Q    Did you attend senior management meetings?

A    At which institution?

Q    At Arnhold.

A    Yes, I did.

Q    And were there people who reported to you?

Page 78

DR. STELLA SAFO

A    Yes.

Q    Who reported to you?

A    Direct reporting was Mike Escosia, and then I supervised Natalie Privett and Bruno Silva.  And I can't recall if Shanice Guerrier also reported to me, but she was on my team.

Q    You distinguish between Escosia, who reported to you, and Natalie Privett and Bruno Silva, who supervised you but didn't report to you; is that right?

A    I think you might have misunderstood.

I said:  Who I supervised for the health systems design work.

Q    Fine.  Let's do it in pieces.

What -- who reported -- who -- who reported to you?

A    Mike Escosia --

Q    Okay.

A    -- and I believe Shanice Guerrier, but I can't recollect for certain.

Q    Did Natalie Privett report to

DR. STELLA SAFO

you?

A    No, but I supervised her on my time.

Q    Same question for Bruno Silva.

A    No, and I supervised him on my team.

Q    Who did Natalie -- who did Natalie Privett report to?

A    Prabhjot.

Q    And what about Bruno Silva?

A    Prabhjot.

Q    So we -- in what way did you supervise Natalie Privett and Bruno Silva?

A    Sure.  They worked with me on the health system design work that I was ultimately responsible for.  And so all of their work products related to health system design had to be overseen and approved by me.  And even though they reported to Prabhjot, I was ultimately responsible for their work product as it related to health system design.  And Natalie was pretty much a hundred percent health system design.  Bruno was initially

Page 80

DR. STELLA SAFO

brought on to be fully health system design, and over time, spent more of his time in other spaces.

But I was aware of the reporting structure versus the supervising structure, because if something, for example, went wrong, I felt as though -- went wrong, for example, with Bruno's work, I felt like I was responsible even though I didn't have Bruno reporting to me, and that created some points of confusion and tension at times.

Q    How did it come about that you became chief medical officer at Arnhold?

A    I recall that I asked for the promotion in the -- in the summer or fall of 2027 -- 2017.

Q    And why did you ask for that?

A    At that point, I had been working incredibly hard with my team but also with the institute, that I felt like my duties were much more expansive than my role suggested.  I was also pulled into senior leadership meetings and often asked to make decisions at that point, and so it felt

DR. STELLA SAFO

more appropriate.

I had also seen, at that point, to being in the institute that many of my male colleagues seemed to be getting raises and promotions, and at times, it seemed like it wasn't necessarily tied to the amount of work that they were doing but more to them asking for it.

And so due to my belief in the duties that I covered as well as the way that titles and promotions were being given out, I felt like it was appropriate for me, at that time, to ask.

Q    When you started at Arnhold, was Escosia there?

A    I don't recall.  I don't believe that he was there when I started in September.  I believe we hired him.

Q    Do you recall when you hired him?

A    I think it was early 2016, but I can't be exact.

Q    When you started, did anybody report to you?

A    No.  When I started, I was

DR. STELLA SAFO

supervising Natalie and Bruno.

Q    Did your responsibilities grow over time while you were working at Arnhold?

A    They did, yes.

Q    How so?

A    So the book of work that I did with health system design expanded out in that I did more direct work with the Mount Sinai health systems, Mount Sinai Health Partners team, while also working on developing out health systems design global work and being kind of available and present for that.  I was also moving into giving more clinical input into the work that other Arnhold teams were doing, so the design team, some of the work that was happening in Ghana.  And I was also working really hard to help with the culture of the institute, so that brought me into relationship with and interactions with supporting a lot of the staff.

Q    Can you tell me what you mean when you said you were working hard

Page 83

DR. STELLA SAFO

regarding the culture?

A    So when I started at Arnhold, a lot of -- there seemed to be a lot of turmoil in the institute, and some people left the institute.  And as time went on in 2016 to 2017, people who had been hired by Prabhjot started to leave and the toxic culture that was created by Bruno, Prabhjot, and David Berman was just clearly affecting a lot of staff, especially women staff, and I felt responsible for helping to support people who were either reaching out or just clearly, like, in distress about the way that the environment was.

Q    How would you characterize the significance of your responsibilities in 2017 as compared to your responsibilities when you started the job in September of 2015?

A    I don't think I'm clear on that.

Q    Were you -- did your responsibilities expand after 2015 so that you were doing more in 2017 than 2015, or was the job pretty much the same?

DR. STELLA SAFO

A    I apologize.  I thought that I answered it.  Let me just think of how to reframe it.

Q    Was it a bigger job in 2017 than it was when you started?

A    I think it was a bigger job when I -- when I started to begin with.  I didn't have quite the understanding of what it would be.  By 2017, it was clear how big of a job it was, and it felt appropriate to place the title to the job, especially given the environment of other individuals getting these titles and promotions and not necessarily doing what I felt like was quite as much work.

Q    Did you discuss that with Dr. Singh?

A    Discuss?

Q    The fact that your responsibilities made it appropriate to provide the title, CMO?

A    Right.  That's why I asked for the CMO position.

Q    Okay.  And he agreed?

Page 85

DR. STELLA SAFO

A    He did, yes.

Q    When you started -- or before you started, did you have any communications with Dr. Singh about what you thought your functional title should be?

A    I think we talked about it and kind of said we would decide going forward. And so we settled with the assistant professor title as my -- as my functional title and that we would kind decide the administrative title as we started the work.

Q    The assistant professor was your academic title?

A    That was my academic title.

Q    Right.  Okay.

(Whereupon, a Document, Bates-stamped SAFO_006824 was marked as Safo Exhibit No. 16 for identification, as of this date.)

MR. BAUMGARTEN:  What number is this?

COURT REPORTER:  Sixteen.

MR. BAUMGARTEN:  Sixteen?

DR. STELLA SAFO

parties present.)

VIDEOGRAPHER:  The time is approximately 12:06 p.m.  We're back on the record.

Q     Dr. Safo, was there -- was there an occasion when Dr. Singh suggested to you the possibility of changing your title from program manager to chief medical officer, and you told him you thought you weren't ready for it yet?

A     I don't recall an exact occasion. I could recall that, when I started, he and I talked a lot about my future career trajectory.  And one of the things that was suggested was chief medical officer and -- yeah.

Q     That wasn't -- yeah.  But that wasn't my question.

Do you recall -- I'll ask again then.

A     Sure.

Q     He actually suggested, at some point, that you take on the title of chief medical officer, and you suggested that you

DR. STELLA SAFO

thought you weren't ready for it at that particular point in time?

A    Yeah.  I don't recall that.

Q    Okay.  When you say you don't recall that, are you saying it didn't happen or you just don't recall one way or the other?

A    I don't recall one way or the other.

Q    Okay.  So it's possible you just don't recall it?

A    Yeah.  That's why I gave the context of the conversations we had had. Yeah.

Q    Okay.  Have you had a chance to look at Exhibit 18?

A    I haven't.

        (Whereupon, a Document, Bates-stamped SINGH_000451 was marked as Safo Exhibit No. 18 for identification, as of this date.)

Q    Exhibit 18 is a series of emails that begins, at the back, with an email to Dr. Singh from somebody named Erin Little,

DR. STELLA SAFO

Dr. Singh.

A   So it looks like this email was written in September 2015, when I had just started at Arnhold.  That was what I believed when Prabhjot hired me and we started working together, that we both wanted an excellent work culture that we could help to contribute to and really foster.

Q   When was the first time you thought that Dr. Singh did not want to create the best work culture possible?

A   I would say it developed slowly over time, over the 2016 to 2017 period.

Q   And what happened over that period of time that led you to believe that he didn't want to create the best work culture possible?

A   One of the things was who he hired and seemed to support in their role. For example, David Berman, who was his chief of staff, was just openly hostile and verbally abusive towards staff.  And Prabhjot was aware of that, and truly David

Page 95

DR. STELLA SAFO

Berman was particularly harsh towards women staff, which was an observation that I think was concerning to me.  Prabhjot was aware of Berman's what I would call workplace, like, verbal violence and didn't do anything about it.

I think similarly, Bruno Silvia really contributed to a culture of, like, what I would call, like, gossiping and talking behind people's backs.  It felt like it was creating a lot of negativity and that was -- I also conveyed that to Prabhjot, and that felt like there wasn't much that was done about that.  And then finally, my own personal interactions with him.  The more I got to work with him, the more I got to spend time with him, the more concerned about the way that he interacted with me, and I was concerned about the way that he interacted with other people.

Q    Okay.  When did David Berman join Arnhold?

A    I believe some time in 2016.

Q    Do you recall when?

Page 96

DR. STELLA SAFO

A     No, I don't.

Q     What was his job?

A     He came on as chief of staff, and so my understanding was, from Prabhjot as he explained it to senior management, was that he was going to basically kind of shadow Prabhjot's work and take off some of the load and help to really move the institute's work forward.  And so it was communicated to us that David Berman was Prabhjot's kind of right-hand person to really execute Prabhjot's work.

Q     Now, can you tell me all the instances that you witnessed where Mr. Berman was openly hostile and verbally abusive to staff, any staff?

A     I was in the institute the day that he yelled at Renee.  I didn't witness it directly, but I was told about it, and it was very concerning.

Q     Is Renee Renee Bischoff?

A     Yes.

Q     And --

THE WITNESS:  Bless you.

DR. STELLA SAFO

MR. BAUMGARTEN:  Bless you.

Q    -- when was -- when was the incident when he yelled at Renee Bischoff?

A    I don't recall.

Q    Was it 2016?

A    I recall that it was -- it was early in his time at Arnhold, because it was very jarring for all of us.  It was -- it was likely 2016.

Q    And how did you hear about this incident?

A    Pretty much everyone that I spoke to that today was talking about it.  I don't know if I had been offsite at a meeting or in meetings with my teams, so I didn't, again, directly get to witness it. But when I was back in the institute, it was basically the topic of discussion for the day.

Q    Okay.

A    And I believe it was the day that it happened, but it could have been the day after.  I'm not -- I'm not totally clear.

Q    Well, understanding that you

DR. STELLA SAFO

didn't witness this yourself and heard about it from others, what is it that you heard that Mr. Berman had done?

A    Basically that he yelled at Renee so violently that people thought he was going to hit her, and that was appalling to me to hear that there was that concern. And I think, at some point, someone actually went in to make sure she was okay. And I recall this because multiple individuals, like, told me their version of it, either I was walking down the hall and I heard him yelling or I was in the room or -- and so just the different perspectives were really made clear to me.

Q    Okay.  What else did -- what other instances of Mr. Berman being openly hostile and verbally abusive that you're referring to?

A    I was in meetings with David Berman and Sasha Walek, and he would often speak to her in a disparaging manner.  I don't remember exact examples, but he was often very short with her and giving

DR. STELLA SAFO

directives.

Q    Can you be any more specific?

A    I cannot.  I also recall -- I recall my feeling of being concerned with the way that he communicated with Mary Caliendo.  I don't recall witnessing specific examples of him verbally accosting her.  And then I had my own negative experiences with David Berman.  And all of these, I've -- came together for me to kind of view him as someone who is not an appropriate fit for the institute, and I communicated that with Prabhjot.

Q    Well, what -- tell me everything you recall, either that you witnessed or heard about, with respect to Mr. Berman's interactions with Mary Caliendo.

A    So what I heard about was the screaming that she experienced with him, and I remembered being particularly, like, put off by that because my understanding was that Prabhjot was physically present and did nothing to stop it.

Q    Is this something that you

DR. STELLA SAFO

witnessed?

A    You asked me if I heard or witnessed, right?

Q    Yeah.  I'm going to --

A    Okay.

Q    -- and so, on this one, did you witness or did you hear about it?

A    I heard about this.

Q    Okay.  Who did you hear it from?

A    Amanda Misiti, and I believe Mary directly as well.  And I think one other person, but I'm not recalling exactly who.

Q    Okay.  All right.  What else did you hear about Mr. Berman and Mary Caliendo?

A    I mean, I heard from Mary that she wasn't quite happy in her role, but she didn't really go into a lot of details.  She was just kind of subdued and would convey that, like, she was aware of how she was being supervised or that she was just very cautious.  I don't recall, in real time, her telling me this and this has happened to me apart from the yelling

DR. STELLA SAFO

instance.  Afterwards, she shared more.

Q    Well, what else did you hear about David Berman screaming at her?

A    That he -- I mean, just what I said about the experience of him screaming at her.

Q    Did you ever hear that he had called her names?

A    You know, I do recall, in a senior management meeting -- in a senior management meeting, where David conveyed that he didn't think Mary was very good at her job, but that was -- I recall David Berman often saying things like that, like this person isn't capable or this person isn't that good, or what -- just being critical of staff.  I remember that Mary was one of the people that he said that of.  I don't recall what language specifically he used at the time.

Q    Well, did you ever hear him use words that you considered gender-based epithets?

Do you understand my question?

DR. STELLA SAFO

A    I don't recall that, no.  Yes, and I understand your question.

Q    Did anybody else ever tell you that David Berman had used gender-based epithets?

A    I don't exactly recall that, yet I do recall that a few of us talked about how David Berman cursed a lot.  He was often very colorful in his cursing, and so I don't recall, if at that time, something like that came up, that he called someone something that was gendered.

Q    Okay.  Did you ever use curse words when were you communicating with other people at -- at the -- at Arnhold?

A    I likely did, yes.

Q    What kinds of situations?

A    Probably in speaking with Prabhjot, because we had a relationship that was both professional and friendly.  And so I could imagine that I would say things in that context, and maybe sometimes informally with some of my colleagues and folks that I worked with.  But I don't

DR. STELLA SAFO

recall ever speaking in that way out of anger, more kind of the colloquialisms in which you can use curse words.

Q    I'm not sure that I understand the distinctions you're drawing.

A    Sure.  So for example, you might call someone "bitch" in a way that's like, Bitch, what happened.  That's friendly versus calling someone "a bitch," and so I don't tend to speak that way, but I can see a situation like that.  And that's what I mean by that example, that the context of it would probably matter.  And then there are certain words that I wouldn't use, but yeah.

Q    Did you ever hear about David Berman yelling at men?

Well, let's start this way:  Did you ever witness David Berman yelling at men?

A    I never witnessed him yelling at men, no.

Q    Did you ever hear about him yelling at men?

Page 104

DR. STELLA SAFO

A    I didn't hear about him yelling at men.  I -- no.  I heard about him more having sounds like heated conversations with Sonny specifically, but I don't recall him yelling at Sonny the way that he did Mary or Renee.

Q    Well, what do you mean "heated conversations Sonny"?

A    I recall -- I can't remember now if I witnessed it or if I -- if someone mentioned it to me.  But I recalled a situation where Berman just spoke very harshly to Sonny about, I think, one of the grants that was coming in.  I don't really have a great recollection outside of that, but it wasn't a long-term thing.  No.  It wasn't an expansive kind of screaming session that really stood out in my mind.

Q    Did you ever hear that David Berman had reduced Aaron Baum to tears?

A    I think I might have, yes.

Q    What did you hear about that?

A    I think that also might have been when he first started, and I don't remember

DR. STELLA SAFO

would often make statements that called into question my professionalism and seemed to suggest a lack of competence on my part. And then I was very put off by what happened around my attempt to celebrate colleagues' birthdays in terms of my interaction with Prabhjot and with David Berman at that time.  But it was extremely concerning, and it very much colored my understanding of just my role at the institute and who I was working with and for.

MR. BAUMGARTEN:  Can I just hear that back?

(The requested portion of the record was read back.)

MR. BAUMGARTEN:  Let's go off the record for a minute.

VIDEOGRAPHER:  The time is 12:29 p.m.  We are going off the record.

(Whereupon, at 12:29 p.m., a recess was taken to 12:30 p.m.)

(The proceeding resumed with all

DR. STELLA SAFO

parties present.)

VIDEOGRAPHER:  The time is approximately 12:30 p.m.  We are back on the record.

Q    Can you tell me the instances -- describe, for me, the instances in which Mr. Berman made statements that called into question your professionalism or competence?

A    One of the instances that I remember was trying to organize a meeting with him that had to get moved.  I think it was moved once because of my clinic schedule and sometimes because of him, and we were just struggling to find a time to meet.  And I don't recall what happened to force us to not meet, but his response to my inability to meet with him was something to the extent of, like, you know, if you could do your job, you would be able to organize your meetings.  And it was -- it was just very -- a concerning response from him given that both of us had been responsible for struggling to find a time

DR. STELLA SAFO

and given that he understood just how many different hats that I was wearing.

That, you know, my not being able to meet at the time or anything wasn't intentional or meant to be personal, but the response that I got from him, I remember at the time, felt very personal and attacking. And I had mention that to Prabhjot, because I was concerned about -- I think, at that point, I was concerned about the way that David Berman interacted with people.  So that was one example.

Q     Okay.

A     A second example was with the cake, the celebration of staffs' birthdays.

Q     Okay.  I want to come back to the cake incident.

What else if anything?

A     I remember David Berman, in meetings, had a manner of disregarding those he didn't think were important.  And so it would be from everything from who he would introduce himself to in the meeting to who he would allow to speak and who he

DR. STELLA SAFO

would respond to.  So there was an attitude that was kind of like not collegiate.  And, again, it made an impression on me, because this was Prabhjot's right-hand person, that that's someone that he would choose to kind of represent him when he wasn't around or, you know, to kind of be the face of the institute.

Q    Can you recall any specific examples of situations where he introduced himself to people who he thought were important and didn't bother with people who were not important?

A    I can't, but the second portion of what I mentioned was the way he would disregard certain individuals, he would do that often in staff meetings and senior management meetings.

Q    What do you mean disregard certain individuals?

A    Someone would say something that is worth considering, and he would say, you know, it's not important, we're not going to talk about that now.

DR. STELLA SAFO

Q    Okay.  Do you think it was because he thought whatever it is the person said wasn't important or wasn't important to talk about at the moment?

A    I think part of the reason why I noticed it because it tended to happen for me, for my work.  It didn't seem to happen nearly as much James's work, or Aaron's work, and so that just stood out to me in particular.

Q    Do you recall any particular examples?

A    I don't.

Q    When did you tell Dr. Singh that you thought that David Berman was creating a problem for the workplace culture?

A    I recall telling him early on just because of some of the early things that happened with David Berman being hired.  And I don't recall, you know, if we were in person or what that conversation was.  But it felt like in our kind of general conversations that we would have, in one-on-one meetings, or it could have

DR. STELLA SAFO

mentioned that he was concerned that it was a Jewish holiday and I was sending it out on that day and just a very long direct and heavy email that just seemed like what I would characterize as angry.

I read it as angry. I received it as that. And so I wrote an email back that was clear but in the same tone, and but of angry tone, in the same direct tone of wanting to express where my sentiments were. At some point in the email chain, I believe David Berman cc'd Prabhjot and Kirsten, and it was -- it felt aggressive. It felt like we were having a conversation as colleagues, and then suddenly he's bringing in who -- you know, the individuals who are the ultimate leaders of the institute. And Prabhjot came back and basically said I agree with every -- I mean, I think he said don't talk about this on email or something like that.

But in a conversation with me that happened, I think, the same day or, like, in the time these emails are going out, he basically told me that he agreed with

Page 123

DR. STELLA SAFO

posse?

A    I considered them to be his, I guess, close colleagues that he worked with, closest colleagues that he worked with at the institute.  And so in this informal communication, that's the term that I used.

Q    What does "posse" mean?

A    So I probably, in the space and now, meant posse as individuals that you closely associate with.

Q    Okay.  And then you wrote:  I can't wait to be a thorn in the side of these mofos for the next year I'm here, period.

And then you wrote M-U-A-H-A-H-A-H-A-H-A, which I think is pronounced muahahahaha, right?

A    I think so.

Q    It's like an evil laugh?

A    It's like a laugh, yes.

Q    Okay.  And what's a -- what is -- what is a "mofo"?

A    Mofo is a motherfucker.

Page 124

DR. STELLA SAFO

Q    And who are the motherfuckers who you were referring to?

A    It's hard to know from this -- just from putting myself back in this time, but certainly was concerned with the leadership of the institute, so likely David Berman, Kirsten.  I don't recall, if at this time, kind of Prabhjot was in that group in my mind, because I still felt friendship, you know, affinity with him.  But I definitely felt that the institute was, just leadership-wise, really hostile and asking individuals like myself and predominantly other women to kind of make themselves smaller.  And so I think I was kind of noticing that as a growing theme.  And I'm curious if that's kind of -- that subset that was doing that is who I was thinking of.

Q    Well, the mofos were the people who were in the email directly below that, was Dr. Singh, Ms. Knaup, and Mr. Berman, right?

A    I wouldn't characterize it as

DR. STELLA SAFO

that, no.  And it can definitely be read that way.

Q    Yeah.  It can, can't it?

MR. BOWEN:  I object to that question.

Q    And what was Ms. Privett's job at the time?

A    She was the health system design lead engineering and, I guess, coambulatory learning -- learning systems -- or excuse me -- learning networks lead.  I forget her exact title, and she was one of the individuals that I supervised on my team.

Q    Did you think it was appropriate to send an email to somebody who you supervised referring to Dr. Singh, Ms. Knaup, Dr. Berman as mofos?

A    Natalie and I were friends outside of the institute, and so, in that capacity, I didn't think it was inappropriate.

Q    Sitting here today, do you think it was appropriate?

A    I wouldn't behave that way today,

DR. STELLA SAFO

some point later, and Prabhjot had made me understand very clearly that Dean Charney was -- understood everything that he did, was very affiliated, was very close to him. Clarissa had made me understand that the Mount Sinai investigation ended the way it did because of Dean Charney, so he felt like someone who I should be similarly kind of wary and, again, scared of.

And so I did record it, yes. But, again, I don't remember the exact time frame of that meeting.

Q    Did Dr. Charney say anything during that meeting that you considered offensive?

A    I don't believe so, but I don't have a perfect recollection of that meeting.

Q    When was the last time you listened to that recording?

A    Years ago.

Q    Was that a -- what was the purpose of the meeting with Dr. Charney?

A    I believe -- I believe that

Page 139

DR. STELLA SAFO

either I or his office requested it.  I can't remember how it was set up, but I believe it was set up so maybe I initiated it.  Because I wanted to kind of understand my future at Sinai since I was moving from Arnhold to the Mount Sinai Health Partners. But Charney still ran the entire, you know, academic center.  And so I wanted to get a sense for who -- of the kind of relationship or interactions that I may have with the person that was leading the institution.

Q    Why did you record the meeting?

A    I was in a real place at that time of, I think after what I had experienced with Prabhjot and the Arnhold Institute, of just things that would be said would be reversed.  My words would be twisted, and I was in a real place of, I think, having experienced some of the negative things with the gaslighting and whatnot.  I was in a real place of I wanted to make sure I'm understanding and kind of tracking everything.  And also I was -- I

Page 140

DR. STELLA SAFO

was -- as I said, I was scared.  I was scared more so when I had my conversation with Prabhjot, because I had seen his anger and I was afraid he might hit me.

But I was just in a state of concern, and so I recorded it just to have another record in case something was said that was then denied.

Q    Did you tell Dr. Charney you were recording the conversation?

A    I don't believe I did.

Q    Was that unethical?

A    Same answer I gave before of how one could see it that way.  Yeah.

Q    Okay.

MR. BAUMGARTEN:  Let's take a lunch break.

THE WITNESS:  Okay.

VIDEOGRAPHER:  The time is approximately 1:12 p.m.  We're going off the record.

(Whereupon, at 1:12 p.m., a recess was taken to 2:08 p.m.)

(The proceeding resumed with all

DR. STELLA SAFO

right?

A    I believe that I was already CMO when this happened, but I can't for sure.

MR. BAUMGARTEN:  This is 23.

(Whereupon, a Document, Bates-stamped ISMMS_009138 was marked as Safo Exhibit No. 23 for identification, as of this date.)

Q    So there is an email here from Dr. Singh to you on October 8, 2017, that was post-cake-gate --

A    Uh-huh.

Q    -- email, right?

And he says:  Working on finalizing this paperwork this week.

Am I correct that you became CMO effective October 1, 2017?

A    I would need to take a look at it, because my recollection was we started the conversations in the summer to September, so I don't remember exactly when it was announced.  But it was in the works.

(Whereupon, a Document, Bates-stamped SINGH_004006 was

DR. STELLA SAFO

it is, colon, an effort to pull me in as he feels me slipping away, period.  Fuck him, period.  So so so over it.

Why did you write that?

A    I would have to read the context of the other email, and I'm happy to do so --

Q    Sure.

A    -- and tell you.

Q    Sure.

A    Great.

Q    What was it about his email that caused you to forward it with that message to Natalie Privett?

A    So at this point, in working with Prabhjot, I had experienced multiple changes to the direction of the work or alterations in the work that often felt, like they came from an email where he would add something else that we hadn't necessarily discussed or even really shared together.  And so looking at this email now and kind of thinking about that pattern, I suspect what I was reacting to here is his

DR. STELLA SAFO

tone seems fine, but it's the continuous shifting of the ground underneath us, so what we're focusing on, what we're doing, how we're doing it, who the audience is, what matters, and that constant desire to -- I would say to control, but also lack of clarity and tendency to destabilize was something I was experiencing at the time with him.

          And so this email may have been kind of experience from me in that vein which led to the reaction that you see up there.

     Q    Well, is there anything that you found offensive or insulting in Dr. Singh's email?

     A    I was probably put off by the constant telling me of what I need to be focused on when we had just set the focus. And then there's a reframing and a extremely detailed reorganization of that focus, so I was probably, at the time, put off by that.

     Q    So you considered this "bullshit in your inbox"?

Page 191

DR. STELLA SAFO

moving toward --

MR. BOWEN:  Bless you.

A    -- and he would respond when I communicate with him about it.  And so I think -- I think that that is as far as I can speak to the diligence.

Q    Well, was there any respect, so far as you know, in which Dr. Singh was not diligent in moving forward approval for the new position, the CMO position?

A    In moving forward his approval?

Q    Well, let's start with his approval.

A    I recall that we spoke about it and -- I think it was announced, in a senior leadership meeting and I started using the title, so that would indicate his approval for within Arnhold.  And then I think there was just work that had to be done around the salary promotion, and that seemed to be consistently held up.

Q    Okay.  And was there any respect, so far as you know, in which it didn't move forward fast enough because of a lack of

DR. STELLA SAFO

diligence by Dr. Singh?

A    As it relate -- for the whole role, I would answer that.  To say as it related to the salary, it seemed like that was slowed, and when I would ask about it, it -- the line this was here, administrative bottleneck, was what was communicated.  That wasn't ever really made clear to me.  I don't recall, but it seems like there was a talking point from Dr. Singh -- excuse me -- from Prabhjot that I should be patient with the process for the -- for the pay increase that was coming with the role.

Q    Okay.  The question was whether Dr. Singh didn't do something quickly enough?

A    I can't really answer that.

Q    Okay.

THE WITNESS:  Thank you.

(Whereupon, a Document, Bates-stamped SAFO_002317 was marked as Safo Exhibit No. 31 for identification, as of this date.)

DR. STELLA SAFO

Q    Well, was there a -- was there a realm in which you had not lost respect for him?

A    I think I felt on uncertain footing with him on the personal realm, and if I may explain, that was because he was married to my childhood best friend.  And so there was always a fear that I had of fully experiencing and kind of acknowledging to myself all the ways in which I was concerned about his character, his personality, his behaviors.  And so I think I always kind of held hope that, on the personal realm, that we could salvage something so that I could stay in Manmeet's life --

(Whereupon, the court reporter requested clarification.)

THE WITNESS:  So that I could stay in Manmeet?

A    -- Manmeet's life.  But from the professional realm, I had lost respect for him.  Yes.

Q    And when did you give up hope

DR. STELLA SAFO

A     So I think, in some of the emails that you pointed to, I indicated that the way that he was communicating with me felt degrading or diminishing and that it felt like it was happening because I was a woman and that I didn't see him communicating that way to other individuals.  So I would say that that's the case for those emails.

Q     I want you to you tell me every instance you can recall in which you had an interaction with Dr. Singh in which he made you feel uncomfortable as a female.

A     So when I started at the institute, he would talk about the different work flows that we had in health system design, research, et cetera, and he would describe James and Erin as kind of having more substantive work, if you will -- and I'm not using his exact words, but that was the kind of sentiments that were conveyed -- than the work I was doing.

He, in one instance, referred to me as a -- as a "mother hen" in terms of how I was running a meeting, and I can't imagine he

Page 203

DR. STELLA SAFO

A     Yeah.  I can't recall the content -- the content of what was said, but I remember the impression that it made, which is what I indicated.

Q     Did you ever hear Dr. Singh talk about Dean Charney?

A     The insurance?

Q     Did he ever talk about Dean Charney?

A     Dean Charney?

Q     Yeah.  Well, let me rephrase that.

Did he ever make any dismissive comments about Dean Charney?

A     I think it was him or someone else who, in some meeting, said something about Dean is sounding stupid.

Q     About what?

A     About Dennis Charney sounding stupid.  Again, that stood out to me because I was surprised by it.  But the majority of what Prabhjot said to me about Dennis Charney was around how aligned they were with the work, and he really kind of

DR. STELLA SAFO

about what you noticed?

A    I can't unfortunately.

Q    Other than what you have testified to so far today, is there anything else that Dr. Singh did to make you feel uncomfortable because you were a woman?

MR. BOWEN:  I object to that question.  It's an unfair question.

But to the extent that you have an answer, you can provide it.

THE WITNESS:  Sure.

A    I'm not sure if this is on record, so I'll mention it.  But it felt like -- or I experienced Prabhjot's desire to control my professional relationships as being something that felt gendered and didn't feel like that was happening for other colleagues, especially male colleagues in the institute.

Q    What are you referring to when you say "controlling your professional relationships"?

A    Sure.  So I'm referring to his

DR. STELLA SAFO

tendency to indicate to me that I shouldn't talk to individuals within Mount Sinai Health Partners without him present or cc'd.  I think, in one of the emails that we reviewed, there was something similar with Cityblock, an external -- or rather with Toyin, who worked for Cityblock.  And I believe something similar with the Peterson Group.  Those are just a few of the examples that come to mind.

Q    Why do you think that -- well, do you believe that he was trying to control your communications because you were a woman?

A    I do.

Q    Why?

A    From what I observed, I didn't see him do that with male colleagues, like individuals like Bruno and James.  He seemed to kind of have more free reign as it related to their ability to interact with individuals and colleagues to execute their work.  And so that's why.

Q    Do you know why that was --

DR. STELLA SAFO

Q     Yes.

A     Again, I'm not totally sure of what Item 2.2 -- but I recall at that time that there was a lot of directed critiques towards the health system design team and towards me as their leader.  And so I had been directing Mike and Bruno and Natalie to kind of communicate with Prabhjot in a certain way and orient her notes in a certain way to get less of these kind of constant critiques.

And so I think I sent this email to Mike in that vein of like feedback that could help us to avoid those type of critiques. And then it seems from here that he was saying that there was a mistake that was made.  And so it just -- I don't think that this would have been the place for me to add Prabhjot to clarify on the directive of Mike kind of being more clear in his communication.

Q     Did you think Mike should also get another job?

A     I don't recall specifically from

Page 239

DR. STELLA SAFO

A    I don't recall in 2019 when I realized that I was going to leave Mount Sinai Health System.

Q    Well, wasn't -- didn't you realize it in 2018?

A    Can you clarify when you say "Sinai," which part you mean.

Q    I mean the nonclinical part, not treating -- putting aside treating patients because you're still there treating patients.

A    Yeah, yeah.

Q    I mean the administrative side. The research side.

A    The administrative side, probably sometime early in -- early -- early spring or mid spring.  I can't recall, but I --

Q    Mid spring of when?

A    Of 2019.

MR. BAUMGARTEN:  Okay.  Would you mark this.

(Whereupon, a Document, Bates-stamped ISMMS_019110 was marked as Safo Exhibit No. 37 for

**Page 241**

DR. STELLA SAFO

Can you describe what you are referring to?

A    Sure.  So Bruno was a fairly important staff member, it seemed, to Prabhjot and that he was working on many different projects and was interacting with many different individuals in the institute.  And Bruno's personality within the workplace tended to be pretty informal, which is partly the environment that I think Prabhjot kind of created, you know, in terms of how we communicated, how we spend time together, and the informality.

But Bruno -- I noticed that Bruno would sometimes talk about individuals disparagingly, especially people that he didn't seem to like or respect.  And that seemed to encourage others to do so as well. And I believe it was still when the institute was fairly early on, and I was really invested in just trying to create an environment that was supportive and good with Prabhjot.  I can't recall if David Berman was here at that time.

Page 242

DR. STELLA SAFO

But something may have happened with Bruno and others that made me specifically mention to Prabhjot that I was kind of worried about a culture of gossiping. And I don't recall if I -- if I said Bruno -- if I -- if I called Bruno out. It may be likely that I didn't because Bruno and I worked together fairly closely, and I was supervising his work. And I knew that Bruno and Prabhjot were also very close, and so I didn't want to, I don't know, just create any kind of dynamic that could be problematic.

But yeah, I tried to convey to Prabhjot that I thought the culture was suffering from some -- some of the gossiping, almost like cliquish behavior that was happening for individuals in different teams who would be talking about each other or talking about the work in a way that just didn't seem super respectful.

Q   Did Bruno say or do anything that you considered disrespectful to women?

A   He did. I think at the time I always thought that -- at the time,

DR. STELLA SAFO

especially early on when we were still getting to know each other and I considered him, you know, a friendly colleague, and Bruno is also -- as a gay man has a -- kind of a very colloquial way of communicating, you know, he'll be, like, Hey girl, those types of things.

And so if he would call someone that he didn't really like, you know, "That bitch," in the context of how he communicated, I wasn't as quick to correct him because I didn't always understand that it was as negatively as he intended it.  Over time I started to see that there was a kind of a pattern in the way that he communicated about individuals he didn't like, especially women.

And because Bruno was so central to the work that we were doing, I was -- and again, because he was so protected by Prabhjot and kind of given whatever he wanted by Prabhjot, I was really aware of and kind of mindful of and nervous to call him out or make him feel -- make Bruno feel, you know,

DR. STELLA SAFO

like he was being targeted or getting bad feedback from me.

Q    Well, were you offended when you heard Bruno say things prefaced with "Hey, girl"?

A    I was not, no.

Q    Why not?

A    Because the context in which that would be directed normally for me or if he was talking to someone else was on a friendly basis.

Q    Did you hear him refer to women using the word "bitch"?

A    I did.

Q    Were you offended by that?

A    I think in the beginning I was surprised by it, but I realized that that was how he communicated.  As time went on, it felt more -- it felt more directed, and it felt more like there was actually acrimony behind it when he would say some of these things like "bitch" or, you know, just some of the disparaging things that he would say.

Page 245

DR. STELLA SAFO

Q    Well, what were the disparaging things that he said?

A    He just talked constantly.  And so I really -- I can't recall some of the things.

Q    Well, tell me everything you can recall.

A    The main thing is conversations in which he would be talking about someone who he felt disrespected him, and then he would say "that bitch" and kind of go on. He would talk about colleagues sometimes, but I actually realized that Bruno was always very careful not to talk about most of our colleagues with me.

I didn't -- actually didn't know a lot of the things that Bruno said that were disparaging about colleagues, and certainly about me, until after everything came to light with the case.

But one person that he did talk about consistently was Natalie Privett.  I think at one point he called her "lazy" because she was either breastfeeding, or she

DR. STELLA SAFO

Talked about Prabhjot, and how, you know, Prabhjot needed him. And I think he would sometimes talk about Prabhjot's, like, way of communicating, that it was like word salad. He didn't understand anything he said. And like he would need like a Prabhjot translator. But again, a lot of that was done in humor, and it was kind of reflecting what others were feeling or saying.

Q    Did you witness Bruno saying or doing anything that created an uncomfortable environment for you as a woman?

A    I did in that Bruno really --

Q    I'm sorry, you did or didn't?

A    I said I did --

Q    Okay.

A    -- in that Bruno lorded over -- or Bruno liked to display his power within the institute, that he had, you know, he could hire whichever staff he wanted whereas the remainder of us had to really advocate hard and struggle to get staff.

I believe Bruno talked about how it

Page 249

DR. STELLA SAFO

Q     Well, when he used the word "bitch," did it make you feel uncomfortable as a female?

A     He -- I don't remember him calling me a bitch to my face in a way that was not like very clearly friendly.  And just to answer the last question to make sure that I added this, part of what was challenging about Bruno, what made -- what felt like gendered treatment from Bruno is that he would preferentially decide whose work he would complete versus not complete, and he -- he would withhold or slow completing the work that I was responsible for with him, knowing that Prabhjot wouldn't come back to him, but Prabhjot would come back to me, and that definitely felt like that was gendered.

Q     Why?

A     Because the work that I was doing with Bruno, I was responsible for supervising Bruno fully in that work, whereas the work that Bruno was doing in other parts of the institute often were

DR. STELLA SAFO

with Prabhjot and, let's say, James around ATLAS. And that work would be -- that work took precedence, or it seemed to me like that work took precedence. And those were male colleagues versus my work and me.

Q    Okay. I'm going to go back to the question that I had.

His use of the word "bitch," did it create an uncomfortable environment for you as a woman?

A    It did insofar as I wasn't sure what else was being said behind my back and with Bruno being so close to Prabhjot.

Q    Were you offended when he used the word "bitch"?

A    In the context that Bruno used the word "bitch" directly to me, it was, as I said, friendly or an kind of an expression of just kind of calling me someone informally. And again, Bruno as a gay man, me as a black women, there's ways of communicating that have kind of subtext to them. But as I mentioned, over time, Bruno's tendency to kind of fall into --

DR. STELLA SAFO

and I can't recall all the terms he used, but he would use very strong terms for people that he didn't like, or people who wanted to disparage.

His tendency to do that made me wonder what else he was saying about me and others behind our backs. And given how close he was to Prabhjot, given how favored he was by Kirsten, that did make me feel less confident as a woman in the institute that I would be protected.

Q    Were you friendly with him?

A    I was friendly with Bruno, yes.

Q    Did you consider him a friend?

A    It's hard to say because we didn't really spend a lot of time together outside of the institute one on one, but I was friendly with him.

MR. BOWEN:  I would like to take a break when you have -- reach a good point.

MR. BAUMGARTEN:  Sure. Appropriate time.  Okay.

VIDEOGRAPHER:  The time is

DR. STELLA SAFO

Did you ever -- were you ever in fear that Dr. Singh would strike you?

A     I was.

Q     When and why?

A     When I resigned in 2017, the series of interactions that I've had with him in our one-on-one meetings leading up to that, the expression on his face during some of those meetings and his just kind of conveyed coldness to me made me feel like he had a lot of rage.  And that was often a direct challenge to what he would then write in emails or then convey otherwise.

But he has a way of staring at you kind of without blinking that is -- I would interpret it as meant to intimidate.  I certainly felt it that way.  And I think I also had like another frame of evidence with the way that I saw him engage with Manmeet when he was upset with her and kind of doing things that were similar.

So when I was resigning and going to Mount Sinai Health Partners, I did not trust that if he knew about my efforts to

Page 262

DR. STELLA SAFO

change my supervision, that he wouldn't speak to that leadership or otherwise try to prevent it or sabotage it or make it hard for me to leave. And so I was careful with communicating that to him.

And at the time that I was telling him my plans to go, I believed that a lot of it would be new information to him. And everything that I had experienced with him was a real desire to control and be in charge, and I wasn't sure what he would react and how he would react when faced with someone who was acting in a way that wasn't controlled.

And I had seen one interaction with him and Manmeet that was very heated, and I was concerned that that could happen with this engage -- with this interaction.

Q    Did he ever say anything that you construed as a threat to a physical violence?

A    Not that I recall.

Q    Did he ever raise his hand to you?

Page 263

DR. STELLA SAFO

A    No, his -- again, his techniques of conveying extreme anger were long pauses after you spoke and just kind of staring at you for that time to convey anger.  And I don't know what one could do when really angry, but I didn't see him raise his hand at me.

Q    Did you ever approach you in a way that you found menacing, physically menacing?

A    He sometimes had a tendency to kind of walk at you fast and close, but I can't say that at that time I experienced something that stood out in my mind as felt -- as feeling physically menacing.

Q    Well, what was it that you observed about his interaction with Manmeet that made you feel as though he might strike her?

A    At the time, I wouldn't even have kind of immediately gone to the place if he might strike her, but I had gone to their house for dinner.  I had gone along with my mom, and we were having dinner with all of

DR. STELLA SAFO

for a lot of this, and so my recollection isn't totally distinctive between was it communicated to Mike as well in that instance, but part of the reason why I'm recalling this is that Mike was becoming more anxious in his role.  And it was in part because he felt like he couldn't be adequately responsive to what Prabhjot was conveying for the health system design team either to me or to him directly.  And I didn't see all of Prabhjot's direct communications with him.

Q   Well, I'm just asking you -- the interrogatory just asked you what you personally witnessed.

A   So that's what I personally witnessed around that meeting.

Q   Okay.  What did you personally witness about James Faghmous, who is the next name listed?

A   Sure.  So around the time that James was leaving or planning to leave Prabhjot started to speak negatively about him to me in our one on ones.  And then

DR. STELLA SAFO

verified the response?

        A       It was.

        Q       Okay.  Did Mr. Silva ever act in a hostile manner toward you?

        A       I would say yes.

        Q       So the answer was not complete?

        A       I would say yes.

        Q       And when was that?

        A       When was Bruno hostile towards me?

        Q       Yeah.  When did you personally witness him being hostile towards you?

        A       So time frame is a little tough for me, but it became clear to me, and it was a concern that I believe I brought up to Prabhjot that Bruno wasn't following through on some of the health system design work.  And I think my concern around it was whether he was upset with something that I had done or something that the team had done or engaged him around, and I was afraid of making him further kind of antagonistic.

                But through the work and through

DR. STELLA SAFO

A    Not to me directly, that I can recall.

Q    Did anybody else ever tell you that he had commented to them that you were, quote, useless?

A    I don't recall at this time, but at the time that I was learning more about what was said kind of behind my back, what was said by Bruno, what was said by Prabhjot from different individuals.  There were many things like this that were conveyed.

In fact, I do recall that James conveyed to me as well that Prabhjot told him that essentially something to the effect of the health system design team -- the health system design work -- I don't remember if it was like the health system design work wasn't important or wasn't kind of worth investing in.

But James reported back to me something that Prabhjot had told him, that actually Prabhjot at the time made me believe that James had said about my work.  And after

Page 284

DR. STELLA SAFO

James left the institute after I was trying to piece together everything that had happened, and I spoke with James, he actually indicated for this particular comment that he hadn't said that, he didn't think that.  That actually was Prabhjot who had indicated that to him.

And so I don't know if the "useless" comment or other things like that were around that framing, but many people told me about things that Prabhjot had said about me or conveyed about me or the work to them that seemed disparaging.

Q    Were there meetings where Dr. Singh presented where you thought you should have presented instead?

A    In some of the institute meetings that we had, I thought that I should have been allowed to present the work that we were doing on health system design.

Q    Okay.  And were those meetings where Dr. Singh presented instead the work that you thought you should present?

A    Yes.  And in certain other

Page 285

DR. STELLA SAFO

meetings with some partners, he would insist on introducing me instead of allowing me to introduce myself. I think in the very beginning when I first started working there, I thought, well, these are characters that he knows and that he's engaging with.

And again, I was in this role of wanting to follow his lead as that's what he indicated. But after a period of time of that continuing, I saw that other male colleagues were not being introduced and certainly not having their work spoken about by him. I noticed it enough where I thought that I should be able to introduce myself and my work.

Q    Can you tell me every meeting where that occurred?

A    Sure. So there were some meetings with Mount Sinai Health System colleagues where that occurred. I believe there was one meeting with Peterson or two meetings with Peterson. Probably, honestly, most of the engagement with

DR. STELLA SAFO

Peterson where he had me there kind of in a titular fashion but essentially didn't really allow me to speak or engage with them.

And I think at some point maybe Aaron Baum was brought in to work with them, and he was engaging with them freely. I don't know if Aaron Baum was engaging with them or Mount Sinai Health Partners. But when Erin was brought on, he was kind of able to engage more freely than I felt like I could.

The institute meetings were another example. I would say most calls or maybe all the calls that I was on with funders, potential funders. And then in much of the meetings with Mount Sinai Health Partners leadership or system leadership, I was more or less directed not to speak at all.

Q   Did Dr. Singh explain why in any of these meetings he was taking the lead?

A   In the beginning, my understanding was that he wanted me to kind of get the lay of the land, or maybe that's