# EXHIBIT 7

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- x
DR. STELLA SAFO, GERALDINE LLAMES, AMANDA
MISITI and EMILIE BRUZELIUS,

                        Plaintiffs,
                                  Civil Action No.
        -versus-          1:19-cv-03779-VSB-JW

DR. PRABHJOT SINGH, DR. DENNIS S. CHARNEY,
BRUNO SILVA, and ICAHN SCHOOL OF MEDICINE AT
MOUNT SINAI,

                        Defendants.

------------------------------------------- x

                February 20, 2024
                9:36 a.m.


          VIDEOTAPED DEPOSITION of EMILIE
BRUZELIUS, taken pursuant to Notice, held at
the offices of Proskauer Rose, 11 Times Square,
New York, before Fran Insley, a Notary Public
of the States of New York and New Jersey.

Page 12

Bruzelius

means.

Q.   Are you covered by a union contract?

A.   There is a contract between the post-docs and Columbia I think.

Q.   Does that contract cover you?

A.   I honestly don't know the details of the contract.  I believe so.

Q.   Are union dues deducted from your paycheck?

A.   Not to my knowledge.

Q.   How long have you been a post-doctorate research fellow?

A.   I believe I started July of 2023.

Q.   When did you receive your doctorate degree?

A.   I defended my dissertation on June 1st of 2023, I believe.

Q.   And the degree was actually awarded sometime between June 1st and the time you started in July?

A.   Yeah, I don't know when the actual commencement date was.

Q.   Are you paid a salary?

A.   I'm paid a salary or -- yes.

Bruzelius

Q.    How many?

A.    Two or three I think.  Something in that neighborhood.

Q.    Do you receive any kind of housing allowance?

A.    I don't.

Q.    Before you became a post-doc fellow in July of 2023, were you employed?

A.    Yes.  As I mentioned before, I was a graduate research assistant in the department.

Q.    When did you become a graduate research assistant?

A.    I would have to check the exact details, but it was around the time -- it was at the time I left Mount Sinai which I believe was in early 2019 or something like that.

Q.    Do you recall leaving Mount Sinai, that your resignation was effective in March of 2019?

A.    That sounds right.

Q.    Did you immediately upon leaving Mount Sinai become a graduate research assistant at Columbia?

A.    Yes.

Bruzelius

Q.    How did it come about that you became a graduate research assistant at Columbia?

A.    How did it come about?

Q.    How did you get that position?

A.    I spoke to my advisor asking about positions that were available in the department and this became available at a certain point in time.

Q.    Who was the advisor that you are referring to?

A.    Dr. Silvia Martins.

Q.    Is Dr. Martin a member of the faculty at Columbia?

A.    Yes.  It's Martins with a S at the end.

Q.    Okay.  Thank you.  Is she in the department of epidemiology?

A.    Yes.

Q.    Was she your faculty advisor for purposes of your Ph.D. program?

A.    Correct.

Q.    When did you enter into the Ph.D. program at Columbia?

Page 20

Bruzelius

A.    I believe I started in 2015 or 2016, September.

Q.    Was Dr. Martins your faculty advisor when you started?

A.    I don't remember.

Q.    Do you recall working at the Icahn School between 2016 and March of 2019?

A.    Yes.

Q.    Were you employed anywhere else besides the Icahn School during that period of time?

A.    Yes, I worked as a teaching assistant at Columbia, which I was doing and I think I may have done some additional work for the program, in the epidemiology program in other formats.  I don't know exactly what it would be called, but teaching assistant and I did some work for the Earth Institute at Columbia University as well.

Q.    Were those paying positions?

A.    Yes.

Q.    Did you -- those positions you had or work that you did while you were employed at the Icahn School; is that right?

Page 21

Bruzelius

A.    Correct.

Q.    Were you a full-time employee at Icahn?

A.    Yes.

Q.    When did you -- during what period were you a teaching assistant at Columbia?

A.    Various points in time.

Q.    Including the time that you worked at Icahn?

A.    Yes.

Q.    And what about after you left Icahn?

A.    I believe so, but I would have to check my notes.

Q.    When did you do work at the Earth Institute?

A.    I'd have to look at the details. I'm not sure.

Q.    What would you look at?

A.    I would look at my e-mail I guess.

Q.    Just so I'm clear, those were jobs -- were work for which you were paid, correct?  That wasn't volunteer work or it wasn't work that you got academic credit for?

A.    No, I was paid.

Page 35

Bruzelius

A.    Yes.

Q.    Was that a Master's, Master of Public Health?

A.    I have a Master's in public health and I have a Master's of philosophy, an MPhil is typically what they call it.

Q.    Is the MPhil reflected on the resume?

A.    It was awarded after this.

Q.    When was the MPhil awarded?

A.    Approximately two to three years after I became a doctoral student.

Q.    Did you receive your MPH in 2012?

A.    That sounds about right.

Q.    I'm reading it from the resume.  You tell me if that's correct.

A.    That sounds right.

Q.    When did you enter the doctoral program at Columbia?

A.    I believe it was 2015 or 2016.  I think 2015, but I would have to check.

Q.    What would you check?

A.    My enrollment records.

Q.    Have you ever worked as a software

Page 37

Bruzelius

MR. BOWEN:  I'm telling you the question is asked and answered.

MR. BAUMGARTEN:  Are you directing her not to answer?

MR. BOWEN:  No, I am stating an objection.  Why are you getting all upset for?  Relax.  It's asked and answered.  You can answer the question again.  If you understand it the same way, answer it the same way.  Go ahead.

Q.    Have you ever worked as a software developer?

MR. BOWEN:  Object to the question.  Asked and answered.  Go ahead.

A.    I have not worked as with the title software developer, but I worked on projects that involved software development.

Q.    What projects?

A.    The ATLAS project.

Q.    What was the ATLAS project?

A.    It was a project at Mount Sinai in AIGH that was trying to develop methods for using satellite imagery and other data sources to address public health and epidemiologic

Page 38

Bruzelius

issues in global health settings primarily.

Q.    When did you work on the ATLAS project?

A.    When I was employed at Mount Sinai.

Q.    During what period of your work at Mount Sinai did you work on ATLAS?

A.    At various points.  I don't remember when that project exactly started.

Q.    Did you work on it when it started?

A.    I'd have to think about it a little bit more.  I don't remember.

Q.    You don't remember whether you worked on it from the inception of the project?

A.    No.

Q.    Is there something you could look at that would refresh your recollection in that regard?

A.    Well, I mean I could look at my Mount Sinai e-mail, but I don't have access to it.

Q.    Is there anything that do you have access to that you could review that would refresh your recollection as to when you worked on the ATLAS project?

Page 43

Bruzelius

Q.     What was the ATLAS software?

A.     It was a project that was trying to use satellite and epidemiologic data to address various problems in global health.

Q.     Again, can you be any more precise in terms of what software you actually developed?

A.     That was the software and I worked on that project.

Q.     Who else worked on that project?

A.     At various points in time Matt Le, Kyle Landrigan, James Faghmous, Jeb Weisman, Matteo, Danieletto, Prabhjot Singh, Geraldine Llames, Humale Khan.  There were likely other people that I'm forgetting.

Q.     One of your claims in this action is that you were paid less than men who were performing equal work with equal responsibilities; is that correct?

A.     Yes.

Q.     And who are the men who you claim were paid more than you, but who did equal work and had equal responsibilities?

A.     To the best of my knowledge Matt Le,

Page 51

Bruzelius

Sinai?

A.    He also started sometime after I started with not -- within, certainly within a year, but I don't remember the details.

Q.    When you began at Mount Sinai, what did your work consist of?

A.    When I started at Mount Sinai, I was a member of the data science team.  I worked primarily with James Faghmous on developing the data science team, developing the research agenda, different research projects.

Q.    What research projects?

A.    In the beginning I believe that a lot of our efforts were focused on developing grants and working on spacial temporal data mining and considering how those types of applications could be applied to global health and epidemiologic issues.

Q.    When you say in the beginning, can you be more precise?

A.    When I first started working there.

Q.    And for how long was that the focus of your work?

A.    I would say for most of the time

Page 52

Bruzelius

that I worked with James Faghmous.  I don't remember when exactly he left.

Q.    Did he leave in the fall of 2017?

A.    I don't know.

Q.    You said a lot of your efforts were on developing grants.  Do you mean grant applications?

A.    Yes.

Q.    Were you involved in writing grant applications?

A.    Yes.

Q.    Who else was involved in writing grant applications at The Arnholds Institute during that time?

A.    That I worked on?

Q.    Yes.

A.    I worked on grant applications with James primarily and then also when Matt Le and Patrick Doupe joined with them, with Aaron Baum, and potentially others that I am not remembering exactly right now.

Q.    What was James Faghmous' job?

A.    I believe that his title was chief technology officer.  He -- his functional role

Bruzelius

about it with Prabhjot Singh.

Q.   Do you have Exhibit 1 there, the Complaint?

A.   Yes.

Q.   Could you turn to page 67?

A.   Yes.

Q.   Do you see paragraph 231 there, just take a second to read it to yourself.

A.   (Witness reading document).

Q.   So paragraph -- have you had a chance to read?

A.   I'm sorry, I'm just finishing. Okay.

Q.   Do you see the allegation that Dr. Faghmous's Ph.D. research focused on applying artificial intelligence methods to better understand global climate change; is that accurate?

A.   That sounds right.

Q.   Was -- did Dr. Faghmous become Dr. Singh's deputy?

A.   Dr. Faghmous was the chief technology officer.

Q.   Did he report directly to Dr. Singh?

Page 56

Bruzelius

A.    I believe so.

Q.    Did you report to Dr. Faghmous?

A.    Yes.

Q.    Do you see paragraph 240 on page 69?

A.    Yes.

Q.    Does paragraph 240 accurately describe your experience before coming to Mount Sinai?

A.    (Witness reading document).  I'm sorry what was the question?

Q.    Does paragraph 240 accurately describe your experience before joining Mount Sinai?

A.    Yes.

Q.    Is there anything about your experience before joining Mount Sinai that is omitted from paragraph 240?

MR. BOWEN:  I object to the form of that question.

A.    What do you mean omitted?

Q.    Is there any aspect of work that you did before joining Mount Sinai that is not described in paragraph 240?

MR. BOWEN:  I object to the form.

Bruzelius

was, but it was something like that to also work on the data science team to help kind of shepherd that project.

Q.    Was that -- is that what you were referring to when you referred to her as doing project management?

A.    I believe that her title was project management, project manager, but I don't remember exactly who was what at what time.

Q.    What is project management?

A.    As I understand it, it is helping make sure that a project meets its deliverables.

Q.    While you were at the Icahn School, did you do project management work as part of your role?

A.    Not really formally like that, no. I mean I was involved in the development of deliverables, but probably less so in the tracking and management of that.

Q.    Was somebody hired to replace Dr. Faghmous?

A.    After James left, at some point Jeb Weisman was hired to take over the ATLAS

Page 61

Bruzelius

project.  Dr. Singh asked me to focus on the research work of the data science team and Matt Le, he also worked on several development projects, but I don't remember all the details of that and he left at some point.

Q.    Was Dr. Weisman -- did he replace Dr. Faghmous?

A.    I don't think so.

Q.    I'm looking back at 253 -- paragraph 253.  It says, "When Bruzelius suggested that Singh hire somebody to oversee the ATLAS project after Faghmous left, Singh agreed and hired Dr. Jeb Weisman for the role."  Is that an accurate statement?

A.    Yes.

Q.    Was there some aspect in which Dr. Weisman did not replace Dr. Faghmous?

A.    Yes, on the research side of the data science team.

Q.    Are you distinguishing between the research side and the ATLAS side of the data science team?

A.    Yes.

Q.    Can you describe to me what the

Bruzelius

research side consisted of and what the ATLAS side consisted of?

A.    I don't know all the details of what the ATLAS side did.  I believe that it was working on the ATLAS project, developing the applications with input from the design team and the research team.  The research team focused on more of the scientific applications.

Q.    Let's talk about the research team first because if I understood you correctly, after Dr. Weisman joined, you were on the research team, the research side?

A.    Before that as well, yeah.

Q.    Was that true throughout your employment that you did research?

A.    I fundamentally concentrated on research, but it applied in different contexts.

Q.    What form did the work product take from that research?  Are we talking about academic papers, books, something else?

A.    We wrote grants.  We worked on papers.  We did the underlying scientific component of the ATLAS project.  There may be other things that I'm not remembering right

Page 69

Bruzelius

things as well.

Q.    Do you know?

A.    No.

Q.    Did he report to Dr. Faghmous?

A.    Yes.

Q.    After Dr. Weisman started, did he report to Dr. Weisman?

A.    I think so.

Q.    In between the time that -- after Faghmous left, before Weisman joined, to whom did Matt report?

A.    I don't know.  I'm assuming Dr. Singh, but I don't -- I don't know.

Q.    Did you know Matt before he came to the Icahn School?

A.    I didn't know him.

Q.    Did you know Patrick Doupe before he came to the Icahn School?

A.    I met him at a -- Patrick had done a boot camp to -- his training was in economics. He had done a boot camp with Insight Health I believe or no, not Insight Health, Insight Data Science or something like that, to develop skills in data science and James and I

Page 70

Bruzelius

attended -- were invited to attend some type of presentation of that work and we met Patrick and liked his work and wanted -- and then eventually he joined the data science institute -- the data science team as well.

Q.   Did you play a role in recruiting him?

A.   Insofar as I attended that set of meetings, yeah, but I don't think that -- I don't remember the details to be honest.

Q.   Did you think he was a good person to bring on board?

A.   Yes.

Q.   Why?

A.   I thought he was very smart and I thought that he was interested in doing the work and that he would be a good fit with what we were working on at the time.

Q.   Did he have his Ph.D. at the time he joined Sinai?

A.   I believe so.

Q.   Do you know when he got his Ph.D.?

A.   I believe it was in some field of economics, but I don't know exactly.

Bruzelius

Q.    What did he do while he worked at the Icahn School?

A.    He also worked on a number of the grant applications and some different papers generating ideas for future work, future research.

Q.    Did he do anything else?

A.    He may have.

Q.    Do you know what else?

A.    No.

Q.    Sitting here today, is there anything else you can think of that Patrick did while he was working at Sinai?

A.    Not that I can think of.

Q.    But there may have been other things; you just don't know?

A.    Correct.

Q.    Did he report to Dr. Faghmous while Dr. Faghmous was there?

A.    I believe so.

Q.    Is did he report to Dr. Weisman after Dr. Weisman joined?

A.    No.

Q.    Who did he report to?

Page 75

Bruzelius

A.    Yes.

Q.    Is the rest of that paragraph 242 -- if you just read it to yourself, I'm going to ask you whether the rest of that paragraph is also accurate?

A.    (Witness reading document).  Yes.

Q.    How long was it that you worked almost exclusively with Dr. Faghmous?

A.    Until he left.

Q.    What was your compensation when you joined the Icahn School?

A.    I don't remember.

Q.    From paragraph 242 says that Faghmous negotiated a $5,000 pay raise for you early in your employment.  Was that accurate?

A.    That sounds right.

Q.    When did you get that increase?

A.    I don't remember.

Q.    Do you recall how it came about?

A.    No.

Q.    Do you recall what he said to you about it?

A.    No.

Q.    Had you asked for the increase?

Page 84

Bruzelius

A.    Yeah, I mean literally in some cases, we would be in staff meetings and Dr. Safo or Dr. Privett or somebody else would speak or make a point or come up with an idea or come up with a suggestion and that was those contributions were ignored or talked over, attributed to other people or things like that, pretty immediately I noticed that.

Q.    Can you think of -- can you give me specific examples of that?

A.    In the beginning when I first was there, not that long into the time that I was there, maybe within the first six months or something like that, I was in a staff meeting and somebody was speaking over -- it was either Stella or Natalie and I remember thinking that it was rude and later I was reading an article about, I don't know, something, something like that and it just made me realize that that was a common thing that was happening that I hadn't been paying attention to and then I started paying attention to.

Q.    So you said either Dr. Safo or Dr. Privett were speaking and somebody spoke over

Page 85

Bruzelius

them?

A.      Yes.

Q.      Who was it that spoke over them?

A.      I don't remember.

Q.      Can you give me other examples?

A.      I have to think about it a little bit more.

Q.      Well, have you thought about it over the four years or so that this case has been pending?

A.      Have I thought about?

Q.      Examples of women who were not treated respectfully?

A.      I have tried not to think about it mostly.

Q.      How much -- again, I don't want to ask what you said to your lawyers or what they said to you, how much time did you spend with your lawyers when you met them?

MR. BOWEN:  I object to the form of the question.

A.      Which time?

Q.      The first meeting.

MR. BOWEN:  Object to the form of

Page 87

                            Bruzelius

women being treated disrespectfully.

    A.    I observed different sets of rules being applied differentially to female and male employees in terms of who could take vacation, how much notice they had to give, who had offices, who did not have offices, who received credit for their work, who did not receive credit for their work, who had different titles that seemed commensurate with what they were doing or not, who was allowed to take time off or not, when different people had to be in the office or not, things like that, but can I take another break, please?

    Q.    Do you need to take a bathroom break?

    A.    That would be great.

            MR. BOWEN:  So do I.

            MR. BAUMGARTEN:  Can we limit this to two minutes for a bathroom break?

            MR. BOWEN:  No, we are not limiting it to two minutes.  Let's go off the record.

            MR. BAUMGARTEN:  No, no, no.  We can stay on the record.  If you want to take a

Page 90

Bruzelius

BY MR. BAUMGARTEN:

Q.      Before the break you testified that you observed different sets of rules being applied.  Did you actually make that observation yourself or is this something you were told by others?

A.      What do you mean?

Q.      Well, let's start with a vacation. Did you ever have a vacation request denied?

A.      I don't remember.  I don't think so.

Q.      Are you aware of anybody else who had a vacation request denied?

A.      Yeah, I remember Geraldine having that happen, I think.

Q.      How did you know about it?

A.      She told me.

Q.      What did she tell you?

A.      That she had -- let me think.  That she had asked for vacation time and was told she hadn't given the appropriate amount of notice or something like that.

Q.      Did she say her request had been denied because she hadn't given enough notice?

A.      I don't remember the details.

Page 91

Bruzelius

That's what I took, yeah.

Q.    When was it?

A.    Sometime after James had left.

Q.    Do you know who it was that she made the request to; who denied it?

A.    I believe that it was Prabhjot Singh, but I don't know.  I didn't know exactly what her details were.

Q.    Are you aware of anybody else who had a vacation request denied?

A.    I remember -- I remember having to travel for work from the institute and -- international travel and I remember being, me personally being told -- I don't remember if it was Prabhjot or Kirstin or who told me or perhaps David Berman told me that I needed to be back in the office the day after a flight or the weekend after a flight or something like that at the normal time, which was fine with me and I did that, but that other people from the trip, other men from the trip, weren't there.

Q.    Do you know why they weren't there?

A.    I don't.

Q.    My question was, do you -- are you

Bruzelius

but she was in my kind of like eye line, so I had a better sense of her comings and goings.

Q.    Did anybody tell you you had to stay until a certain hour?

A.    No.

Q.    Were there regular business hours for the institute that all members were expected to be there assuming that they weren't traveling?

A.    I don't know.

Q.    Do you have any basis to believe that female employees in the institute were held to a different standard with respect to their hours in the office expectations than male employees?

A.    I observed female employees in the office regularly, not typically 9:00 to 5:00, but with some leeway whereas there were male employees who seemed to have more flexibility and that's just how I perceived it.

Q.    Well, who seemed to have more flexibility?

A.    Sunny Kishore, Bruno, maybe Aaron. I don't remember.

Page 105

Bruzelius

Q.   Why do you believe that Sunny and Bruno had more flexibility?

A.   I don't know.

Q.   I think you mentioned a name David Berman?

A.   Yes.

Q.   Who is David Berman?

A.   I don't know what his title was, but he was -- his function seemed to be to help develop strategy, overall strategy, communications, funding, some sort of chief staffing staff.  I don't know.  Something like that.  I don't remember the details of his exact title.

Q.   Did you report to him?

A.   I did not.

Q.   Was his a -- did he deal with administrative aspects of the institute?

A.   To be honest I didn't work with him very directly.

Q.   Was he there when you joined?

A.   We joined around the same time.  I think he joined a little before or a little after me.

Bruzelius

Q.    Let's have this marked as 3, please.

(Whereupon document was marked Exhibit 3 for identification as of this date.)

MR. BAUMGARTEN:  We've marked as Exhibit 3 a document that was produced to us by your counsel bearing the Bates stamp 004565.

Q.    Is this an e-mail that James Faghmous sent to you on January 11, 2018?

A.    I'm just reading it really quickly. (Witness reading document).  Okay.

Q.    Is this an e-mail this Dr. Faghmous sent to you on January 11, 2018?

A.    Yes.

Q.    When was the last time you saw this e-mail?

A.    Oh, I don't remember.

Q.    Were you surprised to receive this?

A.    How do you mean surprised?

Q.    Well, Dr. Faghmous left in the fall of 2017, right?

A.    That sounds right.

Q.    So this was sometime after.  Were

Page 113

Bruzelius

climate at AIGH.

Q.    What in particular?

A.    The differential treatment of people, the lack of direction and focus, the manipulation.  I think just the negative experience there.

Q.    When you say differential treatment of people, are you referring to anything other than what you've already testified to?

A.    The differential treatment of women, yes.

Q.    In what way was there differential treatment of women?

A.    The different sets of rules that were applied, who received, you know, credit for work, the titles, the things that I had mentioned.

Q.    Was there anything that you are referring to other than what you have already mentioned?

A.    I don't -- I don't -- I'm not sure I get what you mean, but I don't think so.

Q.    Well, I'm asking you actually what you mean.  So you referred to several things

Page 121

Bruzelius

BY MR. BAUMGARTEN:

Q.    You gave testimony this morning about salary increase, $5,000 salary increase that Dr. Faghmous procured for you sometime after you started.  Do you recall that?

A.    Yes.

Q.    Am I correct that that brought your salary your annual salary from 70,000 to 75,000?

A.    That sounds correct.

Q.    Did you receive any additional salary increases after that during the time you were employed at AIGH?

A.    At some point I received a salary adjustment.

Q.    When?

A.    It would have been in 2018 I believe.

Q.    Did you receive another salary adjustment before that for 2017?

A.    I don't remember.  No, I don't think so, but I could be wrong.

Q.    How did the salary adjustment -- what was the salary adjustment in 2018?

Bruzelius

Q.    Did your job duties and responsibilities change at any time from the time you started at the Icahn School until the time you left?

A.    Yes.

Q.    How so?

A.    After James left, I started reporting to Prabhjot Singh and he told me that he wanted me to lead the research side of the data science team and we went back and forth on -- in those meetings, on what that would look like -- how to -- what the different roles of the other people on the data science team should be, how they could fit into that broader vision.

He asked me to oversee Mahir Mongia and Craig Helfgott and to identify the appropriate direction for the work that we were doing.

Q.    You said that Dr. Singh wanted you to lead the research side of the data science team.  When you refer to the research side, is that excluding the ATLAS side of the data science team?

Bruzelius

A.    By virtue of the fact that we were all on the data science team, there was integration.  The application couldn't be developed without the expertise of people who knew something about public health and epidemiology and the actual users of the tool.

So we all continued to work on that, but in addition to that, there was other research specific elements and the idea was to try to clarify what those would be in the future after James had left.

Q.    You said he asked you to oversee Mr. Mongia and Mr. Helfgott?

A.    Yes.

Q.    What was it that Mr. Mongia and Helfgott did?

A.    They were also members of the data science team.

Q.    Did you -- after Dr. Faghmous left, did you oversee Mongia and Helfgott's work?

A.    Yes.

Q.    Did they report to you?

A.    No.

Q.    In what way did you oversee their

Page 127

Bruzelius

work?

A.    I directed the research activities of the projects that they were working on and, you know, when we would have overall meetings of the data science team with Prabhjot, I would be asked to describe what we were doing.

Q.    Was your role a program management role?

A.    I don't -- I don't -- I wouldn't characterize it that way.

Q.    Why not?

A.    Because the program managers had very specific programmatic focus whereas the work that Prabhjot had asked me to do was developing the research agenda.

Q.    Who did Mr. Mongia and Helfgott report to?

A.    I believe at that time we all reported to Prabhjot Singh while they were trying to figure out what the organizational structure of the institute would be.

Q.    Was that figured out when Jeb Weisman was hired?

A.    No.

Bruzelius

Kirstin saying to you about feedback from others concerning your performance?

    A.    I think she probably said a lot of things over time because we talked a lot.  We were friendly.  She made a specific comment at a certain point in time about thinking that Prabhjot Singh did not particularly like me or he thought that I was -- I cared too much about cooperation and collaboration and that I was weak and that I didn't have that kind of aggressive attitude.

    Q.    When did she make those comments to you?

    A.    I don't remember actually.  Sometime -- I don't remember if it was -- I think it was before James left, but I don't know for sure.  It was not -- she made a bunch of different comments about different things at different times.  That was one that I specifically remember, but there might have been others.

    Q.    Do you remember any others that she made about Dr. Singh's impression or evaluation of you?

Page 139

Bruzelius

party to a litigation other than this one, a plaintiff or a defendant?

A.   I don't think so.

Q.   Have you ever testified at a trial or a hearing?

A.   No.

Q.   Have you ever testified at a deposition before today?

A.   No.

Q.   Have you ever been arrested or convicted of a felony or misdemeanor?

A.   No.

Q.   Did Dr. Singh ever treat you in any manner that you considered unfair?

A.   Yes.

Q.   How so?

A.   In particular, after the investigation, it became clear to me that he knew I had participated in the investigation and that that negatively affected his interactions with me.

Q.   What is the time period that you are talking about?

A.   Immediately after the investigation.

Page 140

Bruzelius

Q.    I know, but give me a date?

A.    I don't remember which day that was. It was sometime that year.

Q.    2018?

A.    I believe so.

Q.    Prior to that time, had your interactions with him been generally positive?

A.    From my perspective, there was an arc in our interactions where it was -- we didn't have a lot of interaction in the beginning when I worked primarily with James. It was clear to me that he didn't value kind of folks from the traditional public health population health background, which is my background.

So I think that he -- while I don't know that there was anything super negative, I don't think that he specifically saw me as someone who could elevate him and his sort of profile.  After James left, that shifted a bit and he was -- when we had a lot more interaction, I think he spent -- he realized that I had some value to him.  And then after he knew I participated in the investigation,

Page 142

Bruzelius

sort of hard to characterize.

Q.    Well, during that second phase after Faghmous left and before the investigation, do you recall any negative interaction you had with Dr. Singh?

A.    I didn't like him, but I tried to be professional and I think he did too for the most part.

Q.    Just so I'm clear, do you recall any negative interaction with him during that phase?

A.    There was no situation where he yelled at me or deeply criticized my work or something like that, but it was not a comfortable interaction, at least on my end.

Q.    Do you recall anything that he said or did during that time that you found offensive or insulting?

A.    Yes.

Q.    What was that?

A.    He would -- he just engaged in very manipulative behavior where he would tell you one thing to your face and say something different behind your back or he would say one

Bruzelius

thing in an e-mail and then say something different when you were alone with him or he would -- he was aware of other things happening at the institute that were -- I'm trying to think of the right word, not normal, and he seemed to -- he allowed them to happen in a way that made it feel like he was encouraging them to happen.  He would -- the entire time I was there, he would often talk about the work that was occurring in a way that made me feel very uncomfortable.

Q.    Can you give examples of any of the things that you have just generally described?

A.    So, for example, he allowed David Berman to scream at people and I know people were afraid of him, afraid of David Berman and that didn't seem to get any reaction from Prabhjot Singh.  He allowed Bruno Silva to say incredibly racist, sexist misogynistic things to people.

To the best of my knowledge, there wasn't any censure of that kind of behavior which made it feel tacitly allowed and even encouraged.  He would discuss -- he would

Page 145

Bruzelius

requirements.  They hadn't all done the appropriate training.

There were issues with the security of patient data and HIPAA that I didn't think was in line with the policies at Mount Sinai, were just generally accepted practices in the field overall and I found that offensive.

Q.    Who did David Berman scream at? Well, let's start with this.  Did he scream at you?

A.    He did not scream at me.  He spoke rudely to me on several occasions, but he never like violently screamed at me.

Q.    When you say he spoke rudely to you on several occasions, can you describe as precisely as you can what made his speech rude?

A.    Yeah, we got in a disagreement about -- he wanted me to present something at some point in time and I was supposed to be out that day or something like that.  He just questioned me and why I wasn't able to do it and he had a manner of speaking that let you know that he disagreed with you, didn't like you.  He was just -- what is the right word --

Page 148

Bruzelius

commonly think of as epitaphs for women.

A.    Okay.  You mean he made comments about women.  I don't think he ever specifically called someone a bitch or something like that.

Q.    Well, what comments were you thinking about that you were just referring to?

A.    I mean he talked about what women were wearing or what their personalities were like or things like that.

Q.    What do you recall him saying?

A.    I recall him -- you know what, I don't know because at that point in time I had a lot more interaction with him.  I can't remember kind of all of the different conversations that we had, but I remember distinctly getting the opinion that he didn't value the contributions of women in the institute particularly, but in general.

Q.    I'm asking you what he said.

A.    I can't remember the details of those conversations.

Q.    Can you remember anything about the conversations that led you to that conclusion?

Page 149

Bruzelius

A.    I have to think of that.

Q.    Again, this is your chance, so what can you think about?

A.    I would have to -- I would have to think about it.  I don't know what else to say.

Q.    Is there any document or piece of paper, e-mail, text message, memo, note, correspondence that would refresh your recollection as to anything that Dr. Singh said that led you to the view that he didn't value the contributions of women?

A.    I don't think that he would have put anything like that in an e-mail or a text message like that.

Q.    Or anything from which you would infer that that was his view?

A.    I don't know what you mean.

Q.    Is there anything that he said to you about you that led you to that conclusion?

A.    No.

Q.    Did you hear Bruno say things that you considered racist?

A.    Yes.

Q.    Did you hear Bruno say things that

Page 150

Bruzelius

you considered sexist?

A.    Yes.

Q.    Or misogynistic?

A.    Yes.

Q.    What were the things that you heard Bruno say?

A.    Well, he would regularly -- I mean he regularly used epitaphs.  I can remember that.  He called a lot of different people bitches or crazy bitches or cunts or stuff like that on -- honestly it was -- it was pretty frequent.  It was just part of his normal conversation.

In terms of specific instances, I remember at some point Stella Safo had lost a lot of weight and was walking with a cane and he told me -- we saw her in the hallway and he said oh, Stella looks so great.  She looks amazing.  Her body looks so great and I said I think she lost weight because she is sick and he made some kind of joke about it.

He commented on my weight on multiple occasions.  When we were in Senegal for a project, there was a water shortage which

Page 151

Bruzelius

is frequent there in Dakar and partners from the organization that we were partnering with at the time, I actually cannot remember the name of the person, but she was a colleague of Chevy Lazenby who was one of our contacts in Senegal and this other women he said she looked nasty and she looked disgusting and that she was really gross because of the water shortage. Those were some examples.

I could maybe think of more, but those are the immediate ones that are coming to the top of my head.

Q.   If there are others you can think of, please speak up.

A.   Okay.

Q.   Did anybody ever complain about what Bruno -- comments that Bruno made?

A.   I don't know.

Q.   Did you ever complain about the comments that Bruno made?

A.   Yes.

Q.   To who?

A.   To Marina.

Q.   You complained about Bruno?

Page 152

Bruzelius

A.   Yes.

Q.   Did you complain to anybody else?

A.   Not that I can recall.

Q.   Did you complain to Prabhjot?

A.   I did not.

Q.   Did you ask Bruno to stop?

A.   Well, for example, with the comment with Stella, I told him I thought she was sick. I didn't tell him to stop, but I was trying to suggest that it wasn't an appropriate thing to talk about.

Q.   I know, but with respect to the use of epitaphs, did you ask him to stop?

A.   When he would walk into the data science room and say that it smelled like curry. I told him not to say that and he was referencing Humale.

Q.   Did you ask him to stop referring to women as bitches?

A.   No.

Q.   Did anybody ask him to stop referring to women as bitches?

A.   I have no idea.

Q.   Was Bruno friends with anybody on

Page 153

Bruzelius

the team?

A.    I think we were all friendly with him at various points.

Q.    Now, what led you to believe that Prabhjot knew you had participated in the investigation?

A.    His demeanor towards me after the investigation.

Q.    Can you tell me all the facts that led you to believe that he knew about your participation in the investigation?

A.    So, prior to the investigation he was very positive towards me.  He would frequently ask me to present work, to represent the data science team, to oversee people, that kind of thing.  You know, he was at that point in time telling me that he wanted to raise my position, give me a new title, potentially all the things that go along with that and then immediately after the investigation, he was very hostile towards me.

Q.    How was he very hostile towards you?

A.    My first meeting with him after the investigation, when I walked into the room, I

Page 154

Bruzelius

could tell immediately that something was wrong. He was staring me down. He was very curt about everything that he was saying.

He started saying things like oh, I really want to make sure that you have a future here or, you know, I am concerned that you're not going to fit in here in the future or things like that which I interpreted to mean that I didn't have a future and I asked him if he was -- I don't remember the exact words that I used. I said, you know, are you firing me? Are you trying to get me to quit or what is going on because I was very taken aback and he looked at me in the face and he said no, and he shook his head indicating yes. So I took that that he was trying to get rid of me.

Q. What do you mean he was staring you down?

A. I mean he was like going like this.

Q. Well you -- just for the record -- just leaned over and looked at me in the eyes?

A. Correct.

Q. When you say he was curt in what he was saying, can you tell me what made what he

Page 155

Bruzelius

was saying curt?

A.      His tone.  He was challenging what I was saying to him.  I was bringing up work that we had talked about, you know, the week before or two weeks before that he asked me to do and he was saying well, I don't know, I don't know if you have a future here.  I don't know what your future is.  Things of that nature.

Q.      Well, you said that he said quote, "I really want to make sure you have a future?"

A.      Correct.

Q.      What else do you recall about the conversation?

A.      I was deeply unsettled by it.  I was -- I immediately knew something was different.  I knew something had happened and I knew that it -- the only thing there was the investigation or that's what I thought.

Q.      Did he reference the investigation in the conversation?

A.      He did not.

Q.      Did he ever reference the investigation in any conversation with you?

A.      I don't know actually.

Page 156

Bruzelius

Q.    Well, do you remember him referencing the investigation in any conversation you had with him?

A.    I don't think so.  I don't remember. I -- after that initial encounter which felt threatening to me, I really tried to stay away from him as much as I could or limit our conversations or limit our interactions and make sure that somebody else was there when I was talking to him.  I don't know that I was always successful, but that was my intention.

Q.    Was the conversation that was referred to, was that in June of 2018?

A.    I don't remember the exact date it was.  I would have to look at my e-mail or something.  It was directly -- sometime directly after the investigation, after I was asked to be part of the investigation.

Q.    Did you ever have a conversation which Dr. Singh told you or asked you to resign?

A.    In that exchange to me, the implication was you should resign.

Q.    Did you resign?

Page 161

Bruzelius

still had to interact with him in meetings, regular meetings, in the hallway, by e-mail, those kinds of things.  I would say that his demeanor towards me was cold and aggressive and my goal was to get out of the interaction as soon as possible and that's what I tried to do. And it would be great if we could take another break sometime soon.

Q.    Just give me a couple of more questions.

A.    I understand.

Q.    You said cold and aggressive and those are adjectives, so I want you to tell me facts how, what did Dr. Singh do that was cold or aggressive?

A.    I think that his tone was cold and aggressive.  It was different from how it had been prior to this experience.  He never used an aggressive word or he didn't come at me in an aggressive way, but it was clear to me that I wasn't in the same position that I had been before this.

Q.    You said he never used an aggressive word.  You referenced his tone?

Page 163

Bruzelius

Q.    Do you remember any specifics about any of the conversations you had with Dr. Singh in which he used a tone that was cold?

MR. BOWEN:  Same objection, but you can answer it again.

A.    An example is I think at some point in one of our team meetings we were talking about my concerns over either the data or the IRB or something like that and he kind of made fun of me as being obsessed with that idea, obsessed that we were compromising patient data and stuff like that.  I took his characterization of my approach as obsessed, as negative.

Q.    Do you recall any others?

A.    I have to think about it more.  That one, I'm reminded of immediately, but I have to think about it.

Q.    Why don't we take a break?

THE VIDEOGRAPHER:  The time is approximately 2:54.  We are going off the record.

(Brief recess taken.)

THE VIDEOGRAPHER:  The time is

Bruzelius

make a change and then I would make it and then he would tell me why did you make this change for example.

Q.    Did he ever do that before the investigation?

A.    It's possible, but not to my recollection.

Q.    Is there anything else that Dr. Singh said or did that causes you to think that he was trying to get you to resign?

A.    Yeah.  I think that prior to the investigation, he would ask me to attend meetings with him, present to external donors, that type of thing.  That didn't happen until after the investigation.

Q.    Was there a meeting that you feel you should have attended that you weren't invited to attend?

A.    I don't know what the -- I don't know what else he was doing at that point in time.

Q.    Was your work reassigned to anybody else?

A.    That's a bit of a difficult question

Bruzelius

to answer because what my work was was a bit of a moving target where he again he would ask me to identify the direction for the research agenda and then not.  It is not as though he was having someone else doing that, but the specific direction of my work was not clear.

Q.    Was that always true?

A.    Was it always true that I didn't know exactly what I was supposed to be doing?

Q.    Yes.

A.    There is maybe gradations of that, but I think that overall the direction of the institute was unclear and changed a lot over the course of time that I was there, so it's probably fair to say that that affected me as well.

Q.    Can you identify a conference or a meeting that you believe you should have been invited to attend but weren't invited to attend after the investigation occurred?

A.    No, I don't know what else he was doing that he would have otherwise invited me to do.

Q.    When did you receive the offer to

Page 169

Bruzelius

Q.    Is this your 2018 performance review?

A.    I believe so.

Q.    Was Jeb Weisman your manager at this point in time?

A.    I think so.  I mean he's who is noted at the end as the appraiser.

Q.    Did there come a time when you suggested to Dr. Singh that you thought you and he did not need to continue having one-on-one meetings?

A.    Yes.

Q.    Did he agree?

A.    Yeah.

Q.    Did he tell you that you would report to Dr. Weisman instead?

A.    Yes.

Q.    When was that?

A.    I don't remember.

Q.    Was Dr. Weisman hostile to you?

A.    No, I think I had a generally positive relationship with him.

Q.    When did you begin reporting to him?

A.    I don't remember.

Page 175

Bruzelius

A.      That's what this seems to indicate to me.

Q.      Why was that?  Why was there some uncertainty about that?

A.      I don't remember this particular e-mail, but for example, he says, "It makes sense to me to discuss this in the context of the ATLAS white papers, and if they are informative at all," which makes me think that we were trying to figure out what the ATLAS white papers should be.

Q.      7.

(Whereupon document was marked Exhibit 7 for identification as of this date.)

Q.      Exhibit 7 is a document with the Bates stamps 018517 to 018522.  So May 28, 2018 there is an e-mail from PLOS ONE to Dr. Singh and then there is a forward from Dr. Singh to you with a CC to Jeb Weisman.  What was this about?

A.      (Witness reviewing document).

Q.      Again, you don't have to read the entire e-mail.  Do you know what PLOS ONE was?

Page 176

Bruzelius

A.   I'm just looking at what it says.

MR. BOWEN:  You have two questions pending.  You have to withdraw one of them.

MR. BAUMGARTEN:  I'll withdraw both of them.

MR. BOWEN:  Great.

Q.   You don't have to read the e-mail. Was there a manuscript you submitted that was rejected?

A.   Yes.

Q.   Is this the manuscript?  Is this a reference to that manuscript?

A.   I mean I think so.

Q.   Did Dr. Singh forward to you the e-mail rejecting the manuscript?

A.   Yes.

Q.   Did he write "Sorry, Emilie.  You did a great job?"

A.   Yes.

Q.   You responded "Blerg."  Is that an expression of frustration?

A.   Probably.

Bruzelius

(Whereupon document was marked Exhibit 8 for identification as of this date.)

Q.    Exhibit 8 is a document with the Bates stamp 019535.  Is this an e-mail from Dr. Singh to you with a CC to Jeb Weisman?

A.    Yes.

Q.    He writes "Dear Emilie," and was this sent on November 29, 2018?

A.    Yes.

Q.    And he wrote "Dear Emilie, thank you for developing the presentation I gave at ground rounds yesterday?"

THE VIDEOGRAPHER:  The time is 3:45. We are going off the record.

(Brief recess taken.)

THE VIDEOGRAPHER:  The time is approximately 3:46 p.m.  We are back on the record.

BY MR. BAUMGARTEN:

Q.    E-mail subject line says "Thank you" and the e-mail reads, "Dear Emilie, Thank you for developing the presentation I gave at grand rounds yesterday.  It was clear, compelling and

Bruzelius

generated a good discussion.  I appreciate it.
The content of the presentation also provides a
good background to research work."

Was there anything hostile about
this e-mail?

A.    No.

Q.    Do you recall the presentation?

A.    No.

Q.    Do you recall developing a
presentation that Dr. Singh gave at grand
rounds?

A.    I developed a lot of work for him
over time.  I don't remember which specific
presentation this was.

Q.    Do you recall any conversations you
had with Dr. Singh about that manuscript that
had been rejected?

A.    Yeah, he brought it up on a bunch of
different occasions.

Q.    What did he say?

A.    He asked me if I felt bad about it
getting rejected and what we should do next and
he told me that I should not let it bother me
which it definitely didn't, but it was sort of

Page 198

Bruzelius

them?

A. I'm saying that she told me that she did.

Q. Well, this question was what did you personally witness?

A. Right. I witnessed him taking credit. She told me that it was her work.

Q. But you don't know whether --

A. No, that's fair, yes.

Q. At this time have you ever met Dr. Charney one-on-one?

A. No, I never met him one-on-one.

Q. Turn to page six and let me ask you about your response to Interrogatory number 6 asking you who you personally witnessed David Berman discriminated against or acted in a hostile manner towards. You identify yourself.

Were there any occasions in which David Berman acted in a hostile manner towards you other than what you have already testified to today?

A. No.

Q. Did you interpret Mr. Berman's conduct as being discriminatory based on your

Page 200

Bruzelius

referring to in your response to number seven?

A.    Specifically for myself I was referring to the ways where he would talk about how I looked or my weight.  The same thing for Dr. Stella Safo and for Humale Khan.  I witnessed him make references that I interpreted as being about his nationality and in general, I think I say later he talked about the way that women looked a lot.  He used terms like bitch and cunt and stuff like that fairly regularly, which I interpreted as hostile and discriminatory.

Q.    Did Aaron Baum tell you that he had reported Dr. Singh's conduct to Mount Sinai?

A.    Aaron told me that he participated in the investigation.

Q.    Did he tell you anything else?

A.    He didn't like tell me the details of what he said.

Q.    What about Dr. Faghmous?

A.    I believe that -- I don't remember if it was Aaron or James or suggested to the people who were overseeing the investigation that they talked to me, but one of them did and

Page 207

Bruzelius

Faghmous was paid?

A.    I don't know what the compensation structure, was so it's hard for me to say that. We didn't do the same job.

Q.    Did you do Dr. Faghmous' job after he left?

A.    I did some of his job after he left. I didn't do all of it.

Q.    What did you do?

A.    I oversaw the research for the institute or for the data science part of the institute.

Q.    What didn't you do?

A.    I didn't do the oversight of the ATLAS project.

Q.    Who else did -- who did you over -- withdrawn.

Have you calculated the amount that you believe you are owed by way of lost compensation?

A.    I think that that was part of the damages assessment.  I don't know that I did the calculation.

Q.    We haven't seen what you are

Page 234

                              Bruzelius

,so it's hard for me to determine.

Q.     But there was a time when you --

A.     Reported to Jeb, yes.

       (Whereupon documents were marked

Exhibits 16 and 17 for identification as

of this date.)

Q.     Is Exhibit 16 W-2 for you from

Columbia University?

A.     Yes.

Q.     And that's for the calendar year

2022?

A.     Yes.

Q.     And 17 is your W-2 for calendar year

2020?

A.     Yes.

Q.     It looks like your wages reported

for 2020 were $62,491 and for 2022 it was

46,195.  Did I read that correctly?

A.     Yes.

Q.     Is there a reason why the number is

so much lower in 2022 than it was in 2020?

A.     I believe this reflects the fact

that in 2020 I was working full-time as a

full-time analyst at Columbia and I -- it may

Bruzelius

A.    While I don't think that we went through all the details of the -- what happened after I reported my interaction with Prabhjot to Clarissa and Marina and Caryn Tiger-Paillexs.

Q.    What are the details that you are referring to?

A.    I sent I believe it was Clarissa that there might have been other people copied, but I think it might have just been Clarissa telling her about Prabhjot's retaliation after the investigation and I met with several people and told them what happened and then that was that.

Q.    What do you mean that was that?

A.    It wasn't like an ongoing thing.

Q.    What wasn't an ongoing thing?

A.    I reported it, but it didn't make a huge difference in my day-to-day experience.

Q.    The fact that you reported it didn't make a dig difference in your day-to-day experience?

A.    Yeah.

Q.    Is there anything else about your