# EXHIBIT 8

Case 1:19-cv-03779-VSB-JW    Document 212-8    Filed 06/18/26    Page 2 of 24

9/12/2024        Dr. Stella Safo, et al. v. Dr. Prabhjot Singh, et al.        Dr. Philip Landrigan

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

DR. STELLA SAFO,                    )
GERALDINE LLAMES,                   )
AMANDA MISITI and                   )
EMILE BRUZELIUS,                    ) CASE NO.
                                    ) 1:19-cv-03779-VSB-JW
              Plaintiffs,           )
                                    )
  -against-                         )
                                    )
DR. PRABHJOT SINGH,                 )
DR. DENNIS S. CHARNEY,              )
BRUNO SILVA and                     )
ICAHN SCHOOL OF MEDICINE AT         )
MOUNT SINAI,                        )
                                    )
              Defendants.           )
_____)


VIDEOTAPED DEPOSITION OF DR. PHILIP LANDRIGAN
APPEARING REMOTELY
September 12, 2024
9:29 a.m.


Reported by: Eileen Mulvenna, CSR/RMR/CRR/RDR


_____

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Case 1:19-cv-03779-VSB-JW    Document 212-8    Filed 06/18/26    Page 3 of 24

9/12/2024          Dr. Stella Safo, et al. v. Dr. Prabhjot Singh, et al.      Dr. Philip Landrigan

Page 15

At that point I was drafted during the Vietnam War era and ended up in the United States public health service.  And I served on active duty in the public health service for 15 years with my base at the Centers of Disease Control in Atlanta. And then I came to Mount Sinai in '85 from CDC.

I had one more educational interlude in there.  CDC was kind enough to send me to London for one year, 1976, 1977, to get a Master's degree in occupational medicine at the London School of Hygiene and Tropical Medicine, University of London.

Q.    Thank you, Dr. Landrigan.  And thank you for your service.

In 2014, what titles did you hold at the Icahn School of Medicine at Mount Sinai?

A.    In 2014, I was chair of the department of preventative medicine, and also a professor of preventative medicine and professor of pediatrics.

Q.    Did there come a time that you were also the dean of global health at Mount Sinai?

A.    Yes.

Q.    When did you hold that role?

Case 1:19-cv-03779-VSB-JW    Document 212-8    Filed 06/18/26    Page 4 of 24

9/12/2024          Dr. Stella Safo, et al. v. Dr. Prabhjot Singh, et al.      Dr. Philip Landrigan

Page 16

A.      I was appointed to that role in 2010.

Q.      And when did you stop holding the title?

A.      I stopped at the time I concluded my appointment, my employment at Mount Sinai in 2018.

Q.      Who gave you the title of dean of global health in 2010?

A.      Dean Dennis Charney.

Q.      Did you have an interest in global health prior to receiving the title?

A.      Yes, I did.

Q.      Can you describe to me the activities that you undertook as an employee of Mount Sinai prior to 2010 in the field of global health?

A.      Yes, my work in global health actually began when I was at CDC.  I spent a year in Nigeria running public health programs and another year in El Salvador, Central America, running public health programs.

My work at Mount Sinai in global health began approximately 2005, when a group of us would get together informally under the leadership

Case 1:19-cv-03779-VSB-JW    Document 212-8    Filed 06/18/26    Page 5 of 24

9/12/2024          Dr. Stella Safo, et al. v. Dr. Prabhjot Singh, et al.     Dr. Philip Landrigan

Page 17

of the late Dr. Ramon Murphy to begin discussing

plans for how we could create a global health

program at Mount Sinai.

Q.     And do you hold any official --

THE VIDEOGRAPHER:  Yeah, we might have

lost him.  So we're going to have to go off

the record until his Internet is back up

again.  Is that okay?

MR. McLEOD:  Okay.

THE VIDEOGRAPHER:  The time is

9:37 a.m.  Going off the record.

MR. McLEOD:  Oh, he's back now.

MR. CERVENKA:  Oh, something must have

happened to the connection.  I'm here.

THE VIDEOGRAPHER:  Okay.  Yeah, so I'm

going to go back on the record because I

actually went off.

MR. CERVENKA:  Oh, thank you.  Sorry

about that.

THE VIDEOGRAPHER:  Yeah, no problem.

We noticed it right way, so no worries.

Okay.

Case 1:19-cv-03779-VSB-JW    Document 212-8    Filed 06/18/26    Page 6 of 24

9/12/2024          Dr. Stella Safo, et al. v. Dr. Prabhjot Singh, et al.      Dr. Philip Landrigan

Page 31

to 2014 or prior to the institute being formalized and the later hiring of Dr. Singh.

So you just testified that you were the supervisor on paper, perhaps, of some of these folks in your capacity as dean of global health. I'm trying to see if there were other individuals who were either supervisors on paper or in reality of the global health work that was being undertaken by Dr. Murphy, Dr. Atkinson, Anandaraja, Hahn, and the other individuals that you mentioned?

A.    Yeah, until 2015, it was all pretty informal.  All of those people had appointments in their home departments and gave -- voluntarily gave a few hours of their week -- of their time each week to come together in meetings and do work at home in the evening to put together the -- the plan, the skeleton, for what eventually became the global health program.

So between 2010 and approximately 2015, there was not a lot of top-down supervision. It was a group of people getting together and planning with Ramon Murphy acting as the catalyst

Page 35

Q.    Do you know if the program had an official name prior to becoming known as the Arnhold Institute for Global Health?

A.    I think we called it Mount Sinai Global Health.

Q.    And that's GH for short?

A.    Yes.

Q.    That would refer to the work of Dr. Murphy, Dr. Anandaraja, Dr. Atkinson, Hahn, and others that you mentioned, and yourself?

A.    Correct.

Q.    Did MSGH have an institutional designation within Mount Sinai?  Was it a department, an institute, or anything like that?

A.    No, it was informal.

Q.    Did the group create budgets on an annual basis?

A.    Yes.

Q.    Who oversaw that effort?

A.    Jointly Ramon Murphy and me.

Q.    When in a calendar year did you and Dr. Murphy work on budgets for the MSGH group?

Page 38

A.      Yes.

Q.      In addition to a broad range of topics, there's also a broad range of focus to global health; right?

A.      Yes.

Q.      One global health work may focus on clinical work being delivered in underprivileged areas around the globe, while another may be focused on educating rather than directly delivering care; correct?

A.      That's correct.

Q.      And many other groups could have many other different focuses within the general field of global health; is that right?

A.      That's correct.

Q.      So what focus or direction did MSGH have for its global health work?

A.      It had several focuses.  There was a strong emphasis on education within Mount Sinai. There was also direct delivery of care overseas, for example, Dr. Anandaraja's work in Mozambique.

Q.      Were there any other areas of focus?

Page 39

A.      And there was research, which I conducted.  My focus was on global environmental threats to health, like pollution.

Q.      So let's talk about the education focus.  You said that that's work that MSGH did within Mount Sinai.

Can you tell me a bit more about the education component of their work?

A.      Yes.  The -- a key member of the group, whose name I forgot to mention earlier, who was the linchpin of the education connection was Dr. David Muller.  Dr. Muller was the dean for medical education at Mount Sinai.

And working with Dr. Muller, our group, MSGH, were able to interject teaching on global health into the medical school curriculum so that every medical student who went through Mount Sinai during that time had some exposure to fundamental concepts in global health.

Q.      Was the series of courses called In Focus?

A.      That was -- that was one part of it,

9/12/2024          Dr. Stella Safo, et al. v. Dr. Prabhjot Singh, et al.          Dr. Philip Landrigan

Page 51

Q.      Yes.  Did you have any involvement --
you mentioned you weren't directly involved.  So I'm
just trying to understand if you had any involvement
at all with the gift?

A.      Not with the negotiations, no.

Q.      Do you remember when that gift was
finalized?

A.      Approximately 2014.

Q.      And prior to 2014, had you met anybody
from the Arnhold family in a professional capacity?

A.      I don't think I've ever met any member
of the Arnhold family in any capacity.  At most, to
say "hello" in a group setting.

        MR. CERVENKA:  Henry, can we put Tab 5
on the screen, please.

        (Exhibit 1, Bates Nos. Safo_011630-42,
E-mail Chain, received and marked.)

BY MR. CERVENKA:

Q.      Do you see the document on your
screen, Dr. Landrigan?

A.      Not yet.  Wait a minute.  See if it
comes.

Page 80

you in her interactions with you?

A.    Probably, but I don't remember specifically.

Q.    And have you ever heard anybody talk about Dr. Atkinson conducting sex exams in Mount Sinai offices?

A.    No.

Q.    Was there a search for an AIGH director after the Arnhold donation materialized?

A.    Yes, there was.

Q.    Were you involved in that search?

A.    I was.

Q.    What was the nature of your involvement?

A.    Dennis Charney appointed me as the chairman of the search committee to seek the Arnhold Institute director.

Q.    Do you recall when you were named search of the -- chairman of that committee?

A.    It would have been after the gift was established, which we just -- we decided that was January 1, 2014.  So it was in the months after

9/12/2024        Dr. Stella Safo, et al. v. Dr. Prabhjot Singh, et al.        Dr. Philip Landrigan

Page 173

recommendation?

A.    No, he went in a different direction.

Q.    What direction did he go in?

A.    Well, there was a recommendation that came from within Mount Sinai from Dr. Barbara Murphy, who was by then the chairman of the department of medicine, recommending that Dr. Prabhjot Singh be considered.

Q.    How did you become aware of Dr. Barbara Murphy's recommendation that Dr. Singh be considered?

A.    I heard it from one of them, either Barbara or Charney.  I can't remember which one. Probably Charney, but I'm not sure.

Q.    Had you known of Dr. Singh by then?

A.    That was the first I had known of him.

Q.    Was the search committee considering any other candidates at the time?

A.    No.

Q.    Was the selection criteria amended after Dr. Strathdee's negotiations fell through?

A.    Not that I recall.

Page 199

stretch your legs.

THE WITNESS:  I'm okay for now.

Thanks.  Would you like me to take a break?

I'd be happy to do so.

MR. McLEOD:  No.

THE WITNESS:  Okay.

MS. GUERRASIO:  Up to you.

THE WITNESS:  No, I'm good.

BY MR. CERVENKA:

Q.    Let's keep cracking on.

Dr. Singh ended up getting the position; correct?

A.    Yes.

Q.    Was the process that he went through, the candidate for the position, similar to the process that Dr. Strathdee went through?

A.    Yes, he came in and, like Dr. Powell, like Dr. Strathdee, did a round of interviews and, as I recall, he gave a summary.

Q.    And did the search committee also grade him the same way that they graded Dr. Strathdee, Dr. Plowe, and others?

Case 1:19-cv-03779-VSB-JW    Document 212-8    Filed 06/18/26    Page 14 of 24

9/12/2024          Dr. Stella Safo, et al. v. Dr. Prabhjot Singh, et al.     Dr. Philip Landrigan

Page 207

earlier candidates, such as Dr. Plowe or Dr. Strathdee.

Q.    In your view, did Dr. Singh meet the selection criteria for the position of director of AIGH?

A.    He was not as strong a candidate as Dr. Plowe or Dr. Strathdee.

Q.    Did he meet the criteria for the search?

A.    Again, this was not a binary thing. Pretty much any candidate for a job has strengths and weaknesses, and that's why you have six or seven vertical columns and ten possible rows in each column to assess the strengths and weaknesses.  And he was less strong than those others, but -- he was less strong than those others.

Q.    Did you endorse Dr. Singh to Dr. Charney as a director of the Arnhold Institute?

A.    My recollection is that I told Dr. Charney that Dr. Singh would be a high-risk candidate, that he could potentially shine on the job because he was very, very bright and had some

Page 208

great degrees, great academic degrees, but that he would be a high-risk candidate with potentially high reward.

Q.    And did you endorse him as a candidate for the position?

A.    I just said what I told you, that I offered a nuanced opinion to Dr. Charney.

Q.    All right.  So here's what I'm having trouble understanding, Dr. Landrigan.

You testified that Dr. Anandaraja was not fit to become a director of AIGH.  You testified that she was not fit to become an interim director of AIGH.

You testified that Dr. Atkinson wasn't fit to become director of AIGH.  You testified that you weren't fit to become director of AIGH, or didn't seek to become one.  Yet --

A.    I thought I was -- excuse me, I thought I was fit.  I didn't seek the position.

Q.    All right.  Thank you.  I take that back.

So Dr. Anandaraja is a no, Atkinson is

9/12/2024          Dr. Stella Safo, et al. v. Dr. Prabhjot Singh, et al.      Dr. Philip Landrigan

Page 209

a no, yours is no thanks, don't want it.  You are able to answer questions -- oh, and Steffanie Strathdee was a strong yes.  Plowe was a strong yes.

Everybody else that we've discussed as a potential candidate or somebody who does global health work at Mount Sinai, you were able to give me a straight answer.

Yet, on the subject of Dr. Singh, you refused to so.  And I'm asking you a simple question.  I appreciate it may be a difficult question because we've got this whole lawsuit.

But I need to get an answer from you as to whether you recommended, endorsed, put the weight of your stature and position at Mount Sinai and told Dean Charney, This guy is a yes?

MR. McLEOD:  Objection to form, to the long form of testimony.

But you can answer.

THE WITNESS:  So --

BY MR. CERVENKA:

Q.    I'll rephrase it.

Did you endorse Dr. Singh as a

Page 210

candidate for the position of director of AIGH?
That's my question.

A.      I gave Dennis Charney a very heavily
caveated endorsement of Prabhjot Singh.

Q.      All right.  What caveats did you give
in your endorsement?

A.      I said that he was inexperienced,
young, 33 years of age, very limited leadership
ability.  No record of having obtained federal
grants, but outside of that, very bright.

Q.      And when you say he was too young, I
take that that you don't necessarily take issue with
his actual age, but rather with the experience he's
accumulated; right?

        MR. McLEOD:  Objection to form.

        THE WITNESS:  That's correct.

BY MR. CERVENKA:

Q.      You weren't discriminating against
Dr. Singh based on his age; correct?

        MR. McLEOD:  Objection to form.

        THE WITNESS:  Not discriminating
    against him on his age, but considering his

Case 1:19-cv-03779-VSB-JW   Document 212-8   Filed 06/18/26   Page 18 of 24

9/12/2024          Dr. Stella Safo, et al. v. Dr. Prabhjot Singh, et al.     Dr. Philip Landrigan

Page 220

he didn't exceed them by a wide margin.  He met them.  And this goes back to the point we were discussing a few minutes ago that we had a ten-point scale, not a binary scale.

Q.    And however you or Dr. Beddoe graded him, he was graded high enough ultimately to be granted your endorsement, however caveated?

A.    Correct.

Q.    Did he meet with the endorsement of the search committee as a whole?

A.    Yes, the endorsement that I -- the caveated endorsement that I conveyed to Dean Charney was based on the deliberation of the search committee.

Q.    Did Dr. Beddoe voice any of her opinions during the deliberations of the search committee?

A.    Simply to reiterate her point that she thought he was not ready for the job.

Q.    What kind of discussion ensued?

A.    There was a discussion, and she was one of only nine or ten members of the committee.

Case 1:19-cv-03779-VSB-JW   Document 212-8   Filed 06/18/26   Page 19 of 24

9/12/2024        Dr. Stella Safo, et al. v. Dr. Prabhjot Singh, et al.        Dr. Philip Landrigan

Page 221

And the majority of the committee thought that he deserved a qualified endorsement.  And that was what I conveyed to the dean.

Q.    Did anybody on the search committee agree with Dr. Beddoe's views 100 percent?

A.    My recollections was that she was the lowest score, but I don't have the others in front of me to check that for sure.

Q.    Did anybody rank him very high, similar to the way -- how you, for example, ranked Dr. Strathdee?

A.    I don't recall.  I can't remember.

Q.    Was Dr. Strathdee recommended unanimously by all the members of the search committee?

A.    I cannot remember if it was unanimous, but it was certainly very high.

MR. CERVENKA:  Let's put Document 24 on the screen.

(Exhibit 14, Bates Nos. ISMMS_026259-61, E-mail Chain, received and marked.)

9/12/2024          Dr. Stella Safo, et al. v. Dr. Prabhjot Singh, et al.     Dr. Philip Landrigan

Page 233

sorry.

Q.    I'll break it down.

Do you recall that earlier today you discussed the fact that the gift from the Arnhold family, which resulted in the establishment of the institute, did not fundamentally change the direction of MSGH's work; correct?

A.    What the Arnhold gift gave the program was an enormous increase in resources.  So it would be very clear now that with a new director in place and $12-1/2 million in the bank, there would be the chance to substantially grow the program and lift it up to a new level.

Q.    Yes, I understand that.  Grow the program in the direction which it had been moving for many years.  That was your testimony --

A.    I --

Q.    -- earlier today.

A.    Yeah, but, I mean, we all know that when a new director comes in, the new director is going to put their imprint on the program.  So it's to be expected.

Page 243

A.    No, he heard me out.  He certainly heard my expression.  Please recall, at the end of the day, a search committee is advisory.  A search committee doesn't have hiring or firing authority.  The search committee's role at the end of the day is to make a recommendation to the dean and to express appropriate caveats as necessary.  And I did that and he heard me out and then he did what a dean is allowed to do, which is made his decision.

Q.    Did you discuss the December e-mail with Dr. Charney after you sent it, the e-mail where you highlighted the concerns, you know, used the phrase, a high risk, potentially high reward?

A.    Yeah, I conveyed that to Dennis Charney.  I can't remember specifically if I had a follow-up conversation, but I certainly made my views known to him.

Q.    But you don't recall having a full on discussion with him about it?

A.    I can't remember one way or the other.

Q.    Do you know if Dr. Charney had any residual doubts about the hiring of Dr. Singh?

Page 247

And tell me whether it refreshes your recollection as to when Dr. Singh was hired into the role?

A.    It appears from the first paragraph of that note that he took over the role as director of the Arnhold Global Health Institute and vice chair of the department of medicine on September 1, 2015.

Q.    And the announcement is dated February 24, 2015; correct?

A.    Yes.

Q.    And it's titled appointment of Prabhjot Singh, MD, PhD.

Do you see that?

A.    Yes, I do.

Q.    So it appears that he was, in fact, appointed on or before February 24, 2015, with the roles becoming effective September 1, 2015; is that right?

Does that refresh your recollection?

A.    I don't think so.  I think they went ahead and announced it in February, but he still had his residency to complete, which would not have been completed until at least June and possibly later in

Case 1:19-cv-03779-VSB-JW    Document 212-8    Filed 06/18/26    Page 23 of 24

9/12/2024          Dr. Stella Safo, et al. v. Dr. Prabhjot Singh, et al.      Dr. Philip Landrigan

Page 248

the summer, depending on how many months he put in.

You have to have a certain number of months to complete your residency.  So the announcement was made in February, but I don't believe he stepped into the role until September.

Q.    All right.  And the announcement includes the fact that he assumed the roles of director of AIGH, as well as vice chair of population health in the department of medicine.

Do you see that?

A.    Yes.

Q.    Were you concerned that he was put into the dual role that you were not optimistic about him being able to perform in?

MR. McLEOD:  Objection to form.

THE WITNESS:  I had expressed my views in that earlier to Dennis Charney, and Charney clearly made a decision.  And this was the -- this was the upshot of that decision.

BY MR. CERVENKA:

Q.    Do you know -- or are you aware of

9/12/2024          Dr. Stella Safo, et al. v. Dr. Prabhjot Singh, et al.          Dr. Philip Landrigan

Page 290

and fourth page of the document, that is Dr. Singh's CV, as shared with you on December 8, 2015; correct?

A.    Yes, that's correct.

Q.    Did you review this CV as part of your -- as part of the search committee's work?

A.    Yes, I did.

Q.    What did you think of it?

A.    Very impressive.

Q.    What stood out to you as impressive about it in particular?

A.    Well, first of all, he had a stellar education, a MB at Cornell, Ph.D. at Rockefeller, and a postdoc at Columbia University.  He had a very interesting and impressive employment record, having worked in Africa from 2013 till the time of this e-mail.  So from 2013 to 2014 in Africa.

And before that, having done some very interesting work at Columbia University, preparing for his on-the-ground work in Africa.  He had a -- I just lost the document.

Q.    He didn't have any NIH-funded grants; right?