# EXHIBIT 9

Case 1:19-cv-03779-VSB-JW    Document 212-9    Filed 06/18/26    Page 2 of 9

6/26/2024          Dr. Stella Safo, et al. v. Dr. Prabhjot Singh, et al.      Dr. Annetine Gelijns

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

. . . . . . . . . . . . . . . . . . . . . . . . X

DR. STELLA SAFO, GERALDINE LLAMES, AMANDA

MISITI, and EMILIE BRUZELIUS,

                    Plaintiffs,


         -against-      Docket No.

                       1:19-CV-03779-VSB-JW

DR. PRABHJOT SINGH, DR. DENNIS S. CHARNEY, BRUNO

SILVA, and ICAHN SCHOOL OF MEDICINE OF MOUNT

SINAI,

                    Defendants.

. . . . . . . . . . . . . . . . . . . . . . . . X


                       1185 6th Avenue

                       New York, New York

                       June 26, 2024

                       9:15  a.m.



     DEPOSITION of DR. ANNETINE GELIJNS, the

Non-party Witness taken on behalf of the

Plaintiff, pursuant to Notice, held before a

Notary Public of the State of New York.


_____

             DIGITAL EVIDENCE GROUP

         1730 M Street, NW, Suite 812

           Washington, D.C. 20036

              (202) 232-0646

Case 1:19-cv-03779-VSB-JW   Document 212-9   Filed 06/18/26   Page 3 of 9

6/26/2024          Dr. Stella Safo, et al. v. Dr. Prabhjot Singh, et al.     Dr. Annetine Gelijns

Page 6

June 26, 2024.  The time on the video screen is 9:14 A.M.  My name is Ingrid Rodriguez, I am the legal videographer from Digital Evidence Group.  The court reporter is Stacy Peralta in association with Digital Evidence Group.  Will counsel state their appearance for the record.

MR. CERVENKA:  Jan Cervenka for the plaintiff.

MS. GUERRASIO:  Edna Guerrasio for the defendants, and here today representing Dr. Annetine Gelijns.

Q.   Good morning, thank you for coming in.  Your employed by the Icahn School of Medicine At Mount Sinai?

A.   Yes.

Q.   What's your role there?

A.   I am the chair of the department of population health science, and policy.  I am a full professor, and I am the codirector of the Institute For Transformative Clinical Trials.

Case 1:19-cv-03779-VSB-JW    Document 212-9    Filed 06/18/26    Page 4 of 9

6/26/2024        Dr. Stella Safo, et al. v. Dr. Prabhjot Singh, et al.      Dr. Annetine Gelijns

Page 13

U-C-S-D, and I believe at that time that she was an associate Dean.

Q.    And so, in addition to being a respected academic, she was also a leader within the institution that she worked at the time, correct?

A.    I don't know that, but from her position, I suspect she was in a leadership role.

Q.    Because she held the position of a dean, correct?

A.    Yes, associate dean.

Q.    What were the criteria for the search, do you recall?

A.    The criteria for the search was to have someone with a vision on how to build Global Health at Mount Sinai in an institute within the context of very strong academic institutions around the city, with very well established programs.  It was a new institute, as you mentioned, so I think, sort of, the idea to really have a vision, to build something

Page 14

that, perhaps was slightly different than the other institutes and departments in New York City.

Q.    So it was a blank slate?

MS. GUERRASIO:  Objection to form.

A.    I don't know that it was a blank slate.  I don't know exactly what you mean by a blank slate, but it's a new institute, so that means that you have to develop a vision of how to build Global Health within that institute.

Q.    Was there a vision already in place?

A.    I think that Global Health was searching the Department of Preventative Medicine, I don't think that there was a specific vision in place.

(Whereupon, the aforementioned document was marked as Exhibit AG1 for identification as of this date by the Reporter.)

Q.    We marked 7411 as Exhibit AG1.  Have you seen this document before?

Case 1:19-cv-03779-VSB-JW   Document 212-9   Filed 06/18/26   Page 6 of 9

6/26/2024        Dr. Stella Safo, et al. v. Dr. Prabhjot Singh, et al.     Dr. Annetine Gelijns

Page 37

Q.   He was completing his residency with her, correct?

A.   I know that he was completing his residency.

Q.   Did Dr. Barbara Murphy advocate for Dr. Singh as a candidate for the director position before Dr. Strathdee's negotiations fell apart?

A.   I don't recall.

Q.   Do you recall her telling you anything about Dr. Singh in the context of the search committee?

A.   I do not recall specific discussions, I did know that she was a strong supporter in the committee of Dr. Singh.

Q.   Did you interview Dr. Singh?

A.   I believe I did interview Dr. Singh.

Q.   What did you think of him after your interview?

A.   So I think that Dr. Singh had a

Case 1:19-cv-03779-VSB-JW   Document 212-9   Filed 06/18/26   Page 7 of 9

6/26/2024   Dr. Stella Safo, et al. v. Dr. Prabhjot Singh, et al.   Dr. Annetine Gelijns

Page 38

very interesting background, I remember.  Beyond his medicine residency, he had a background in basic biomedical training, and then he worked at the earth institute at Columbia University and that was obviously a well-known institute with the global war on poverty, so that was an interesting background.

Q.   Did you feel that he met the selection criteria?

A.   When you look at the selection criteria, it's a whole range of selection criteria.  Every candidate has strengths and weaknesses.  I think that he had strengths.

Q.   What were the strengths?

A.   I think that he was an out of the box thinker.  He had a very strong commitment, as I remember to community health workers, and health equity, both in the United States in New York City, as well as internationally.  He had a vision that there was a two-way learning process between less developed, more income, middle income countries, and countries like the United

Page 39

States, and he had a background from the earth institute, and systems design, and thinking.

Q.   Did he have any weaknesses?

A.   The weaknesses, as I recall, is not an extensive, NIH portfolio of funding, and not long term management experience.

Q.   What do you mean, long term management experience?

A.   So, he did have management experience as running division, I believe in the earth institute, he didn't have 20 years of experience, but that is not a qualification for the job.

Q.   20 years of experience?

A.   Yes.

Q.   Did you attend a group presentation with Dr. Singh as part of his interview?

A.   I don't exactly recall, I recall speaking to him.

Q.   When you spoke to him, did he articulate his vision for the Arnhold Institute?

Page 42

to rank candidates for the position?

A.   I don't recall if we ranked candidates or if there was a consensus by the committee.  It's always slightly different in every search committee.  Ten years ago, I don't know what happened.

Q.   You don't recall rating Dr. Singh on a scale of one through ten?

A.   I don't recall.

Q.   Did you discuss the various candidates for the position with other search committee members?

A.   At the search committee meetings, I don't recall discussions outside of the search committee meetings.

Q.   Do you recall discussing Dr. Singh in a search committee meeting?

A.   I recall me talking to Dr. Singh, and I recall supporting his candidacy, the specifics I am pretty vague on.

Q.   Was there anyone that didn't support