# EXHIBIT 11

Case 1:19-cv-03779-VSB-JW    Document 212-11    Filed 06/18/26    Page 2 of 12

8/8/2024          Dr. Stella Safo, et al. v. Dr. Prabhjot Singh, et al.          Caryn Tiger
                   Confidential - Includes Attorneys' Eyes Only Portions

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

DR. STELLA SAFO, GERALDINE      )
LLAMES, AMANDA MISITI and       )
EMILIE BRUZELIUS,               )
                 Plaintiffs, )  CASE NO.
        -against-              )  1:19-cv-03779-VSB-JW
DR. PRABHJOT SINGH, DR. DENNIS)
S. CHARNEY, BRUNO SILVA and     )
ICAHN SCHOOL OF MEDICINE AT     )
MOUNT SINAI,                    )
                 Defendants. )
_____)

*** CONFIDENTIAL  ***
INCLUDES ATTORNEYS' EYES ONLY PORTIONS
VIDEO-RECORDED DEPOSITION OF
CARYN TIGER
Glenn, Agre, Bergman & Fuentes LLP
1185 Avenue of the Americas
22nd Floor
New York, New York  10036

08/08/2024
9:45 a.m. (EDT)

REPORTED BY:  MONIQUE CABRERA

_____
DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Page 11

Mount Sinai system?

A.    Dean for faculty, staff and trainee relations.

Q.    How long have you been in that position?

A.    About three years.

Q.    What is your -- what are your job responsibilities in that position?

A.    I handle human resources for the Icahn School of Medicine at Mount Sinai, including investigations, employee and labor relations, negotiations, position control.  I am a member on position control, and we prepare the documents.  I am responsible for recruitment for the staff level employees in the school.

Q.    What is position control?

A.    It's a committee that reviews new positions, replacement positions, salary adjustments, any kind of MB bonus at the end of the year.

Q.    Any kind of -- what kind of bonus?

A.    Supplement bonuses, year-end

Page 12

bonuses --

Q.    Any kind or --

A.    -- or supplements.

Q.    So when you say create new positions or replacement positions, you mean --

A.    So if a department --

MS. GUERRASIO:  Let him finish his question.

THE WITNESS:  Sorry.

BY MR. BOWEN:

Q.    That's all right.  You were on the same track I'm on.

So what does that mean, creating a position or a replacement position, what do those two terms mean?

A.    So a department has a budget that includes positions, various kind of, again, on staff level positions that are in their specific school department.  And if they put in the budget that they need a new position like a program manager, they would post -- they would put it in for position control to review and consider

Page 13

whether or not it would be approved to then be posted.

And replacements, same.  It's -- it's a position that was vacated for whatever reason and they want to replace it.

Q.    They want to find a new person for that same position?

A.    Yes.  And it comes in both cases with a justification that gets reviewed, and the chair of position control is the CFO of the school that makes the decisions.

Q.    So in your position, your current position as dean for faculty, staff and training -- is that the correct title?

A.    No.  Trainee.  Faculty, staff and trainee relations.

Q.    Trainee?

A.    Yes.

Q.    So what does that mean, a trainee?

A.    Post-docs.

Q.    So they're not -- they're not in a permanent position with Mount Sinai, but they're

Page 182

MS. GUERRASIO:  Objection to form.

BY MR. BOWEN:

Q.    Do you remember that?

A.    Before 2018?

Q.    Yes.  After Dr. Singh was in charge of the institute, but before any -- any investigation being conducted by HR into Dr. Singh.

A.    Can you repeat the question?

Q.    Do you remember being involved in discussions about salary adjustments and bonuses?

A.    Can you be more specifics [sic] in terms of what you're referring to?

Q.    Well, let me ask it this way:  Was HR involved at the -- in discussions about end-of-year salary adjustments, meaning increases and/or end-of-year bonuses for people that worked at the institute?

A.    Through position control, HR would be involved.

Q.    So if there was a bonus paid to one person, but not to another, HR would be informed

Page 183

of that through the position control?

A.    Yes.

Q.    Would you personally be contacted about that?

A.    It would be submitted to the position control committee that I sit on, and the decisions are made by the chair of the position control committee.

Q.    You're not the chair of the position control?

A.    No.

Q.    Who is?

A.    Finance.

Q.    Somebody from finance?

A.    Usually the chief -- chief financial officer.

Q.    That's changed over time while you've been there?

A.    Yes.

(Whereupon, Exhibit CT 6, E-mail string starting Bates Number ISMMS9499, was marked for identification.)

Page 185

justification -- this was what I explained to you before. There's a justification that's added with their request for what they'd like to do.

I'm going to put aside the bonus for a minute. I'm just talking about the position.

Q.    Okay.

A.    We would help tell them and explain what they need to submit to the position control committee. Position control, my office puts together the report with the justification and the request. They work with compensation to make sure it's appropriate for what they're asking for. We go back and forth with compensation, and then it's put forward to position control.

So yes, I would meet with people with -- with either administrators or chairs that would want to put information like this in, and I would guide them on what they need to do. It then goes to the position control committee to make the decision.

Bonuses are handled at the year-end, and there's a bonus process that's put in place.

Page 186

Just hold on a minute.

All right.  So the bonus would be handled separately, and that's reviewed separately.  Again, the decisions are made by position control and by finance, whoever the finance lead is.

(Reporter clarification.)

THE WITNESS:  Finance lead is, the CFO for the school.

BY MR. BOWEN:

Q.   Does the position control committee have any responsibility with respect to pay parity?

A.   That's why compensation's involved beforehand.  So compensation would review the request from the department.  Position control reviews based on what comp recommends, based on the job title that comp has reviewed.  And position control is also looking at the budget.

Q.   Compensation is also in HR?

A.   Compensation's also in HR.  Reports to Jane.

Page 187

Q.    So they would look at other people who are at the same level or have the same title and based on gender, make sure there's no disparity in payment based on gender?

A.    They would look at the job description and make sure that the job description fits with the title and consistent with other titles -- with the same titles in other departments.

Q.    When you say "consistent with," you mean that they're getting within a certain range of salary?

A.    Correct.

Q.    In terms of promoting some people at a certain title level to a higher title level, even though they're doing the same work as -- as the people in the previous title level, is there some review that goes on to make sure that there's no disparity in gender in making those decisions?

A.    There's a compensation review, again, based on the job description and the

Page 188

additional responsibilities of the person.

Q.   So, for example, in this document, this exhibit, Dr. Singh talks about Matthew -- I think it's pronounced Le or Le, L-E.

A.   Uh-huh.

Q.   The last name is L-E.  And he says, under -- this is paragraph 1 on the second page, and subparagraph B under 1, he writes, quote: Begin the process of promoting him to data science analyst 1, with an annual salary of $95,000 effective January 1, 2018 to ensure retention of this highly technically skilled employee.

Do you -- do you remember having discussions with Dr. Singh about that?

A.   I don't recall the specific -- I recall having a discussion with him.  I don't recall the specific details.  But our standard is for him to take the job description that he holds and then add the additional responsibilities that he has.  And then it goes to compensation.

So because he's saying data science

Page 189

analyst 1, doesn't mean that that's what we would do.  It depends on what compensation's evaluation of the additional responsibilities or the change in the responsibilities, depending upon what it is, compensation would review it, and they make a decision.

Q.    But there's no comparison done to other employees who are female who are in the exact same position as Mr. Le?

A.    I don't know.

Q.    And you don't recall having any discussions along those lines with Dr. Singh; is that right, at any time?

A.    I don't recall.

MS. GUERRASIO:  Mike, whenever you get a chance, can we take, like, a five-minute break?

MR. BOWEN:  Sure.  Let's go off the record.

THE VIDEOGRAPHER:  The time is 2:21 p.m.  We are off the record.

(Whereupon, a brief recess was