# EXHIBIT 15

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK


DR. STELLA SAFO, GERALDINE        )
LLAMES, AMANDA MISITI AND EMILIE  )
BRUZELIUS,                        )    Case No.
                                  )    1:19-CV-03799
        Plaintiffs,               )    -VSB-JW
                                  )
v.                                )
                                  )
DR. PRABHJOT SINGH, DR. DENNIS S. )
CHARNEY, BRUNO SILVA and ICAHN    )
SCHOOL OF MEDICINE AT MOUNT SINAI,)
                                  )
        Defendants.               )
_____    )



Videotaped Deposition of SANDEEP KISHORE, M.D., Ph.D.
Without Confidential Portions
Given Remotely
Friday, March 27, 2026
9:37 a.m. Pacific




Reported by:  Karen Kidwell, RMR, CRR, CA CSR #14499

Page 24

A.    Yes.

Q.    You were part of the institute's senior leadership team, correct?

A.    Yes.

Q.    What responsibilities did you have as a member of the senior leadership team?

A.    Primary responsibilities were on supporting research.  Focus on chronic noncommunicable diseases across the institute.

Q.    Dr. Kishore, weren't you also the director of culture and training at AIGH?

A.    Can you be more specific on what a director of culture is?

Q.    I can't, unfortunately; I didn't work there.  I'm asking you:  Were you the director of culture and training at the Arnhold Institute for Global Health?

A.    I don't recall a role of director of culture.

Q.    You don't recall ever having any sort of responsibilities regarding the institute's culture?

A.    We were -- organized all-hands meetings, but I don't recall this -- having a director of culture role as part of that.

Q.    What role did you have as part of these

Page 25

all-hands meetings, then?

A.   Organizing topics for the members of the institute to present.

Q.   What do you mean by that?

A.   We would highlight projects and existing initiatives from members of the team.

Q.   Dr. Kishore, how was -- how big was the institute when you joined?  By that, I mean how many people worked there?

A.   I don't recall.

Q.   Ballpark.

A.   I -- I don't recall.

Q.   Was it just you and Dr. Singh?

A.   No.

Q.   Who else was working there when you joined?

A.   I believe there was a data team, and there was a health system design team, and there was a training team.

Q.   How many people were working on these teams?

A.   It's tough to say.  I think probably three to four, if I had to give you an estimate.

Q.   Do you know, were -- do you know how senior you were in the overall hierarchy of the

Page 30

Q.   How would you characterize your role in regards to Dr. Singh?

A.   Member of a team.

Q.   Was there a hierarchy within that team, Dr. Kishore?

A.   I don't recall.

Q.   Dr. Kishore, do you recall how senior you were at AIGH?

A.   I was a member of a team.

Q.   You weren't just a member, Dr. Kishore; you were one of the leaders, weren't you?

A.   I was a member of a leadership team, yes.

Q.   You were Dr. Singh's right hand, weren't you?

MR. ALLENDER:  Object as vague.

But you can answer.

THE WITNESS:  No.  I would not characterize it that way.

MR. CERVENKA:  Daniel, why don't we take the break?  You've got your hearing in a little bit?

MR. ALLENDER:  Let's go off the record.

MR. CERVENKA:  Yeah.

VIDEOGRAPHER:  Time right now is 10:48 a.m.  We are off the record.