# EXHIBIT 16

Case 1:19-cv-03779-VSB-JW   Document 212-16   Filed 06/18/26   Page 2 of 7

6/14/2024        Dr. Stella Safo, et al. v. Dr. Prabhjot Singh, et al.        Dr. David Muller
Confidential

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

DR. STELLA SAFO,                    )
GERALDINE LLAMES,                   )
AMANDA MISITI and                   )
EMILE BRUZELIUS,                    )        CASE NO.
                                    )        19-cv-03779-VSB-JW
                    Plaintiffs,     )
              -against-             )
DR. PRABHJOT SINGH,                 )
DR. DENNIS S. CHARNEY,              )
BRUNO SILVA and                     )
ICAHN SCHOOL OF MEDICINE AT )
MOUNT SINAI,                        )
                    Defendants.     )
_____)

*** CONFIDENTIAL TRANSCRIPT ***
VIDEO-RECORDED DEPOSITION OF
DR. DAVID MULLER

Glenn, Agre, Bergman & Fuentes, LLP
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
06/14/2024
9:42 a.m. (EDT)

REPORTED BY:  MONIQUE CABRERA

_____
DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Page 119

A.    Yes.

Q.    Can you tell me what the markers of those periods are over time?

A.    I can't tell you what the markers are because I am not sure what "markers" means.

Q.    Well, how do you distinguish them in -- in your mind?  Phase 1 or stage 1, 2, 3, 4?

A.    Yeah.  Sure.  Sure.  So in the beginning, it was very positive, very enthusiastic.  Fully supportive of what existed in the scope of work that we had been doing.  And also, bringing new ideas -- he bringing new ideas to the table about very creative opportunities for mentorship that we historically had not even considered nor did we have access to.

That shifted into a more mixed picture where it was not entirely clear what he was or wasn't going to be supportive of in the long run.

And then it shifted to a lot of clarity that he was really not supportive almost at all of the -- I am going call it the sort

Page 120

legacy work that had been done up until then.  It was not among his highest priorities for the institute.  But that took place over the course of a period of time.

Q.    So let's take those one -- one by -- those stages one by one.

First stage you said he was positive and enthusiastic about legacy work of the -- of the global health initiative?

What do you mean -- or what do you understand --

(Reporter clarification.)

A.    Yes.  I'm sorry.  Yes.

BY MR. CERVENKA:

Q.    What did you or do you understand by the term "legacy work"?

A.    Yeah.  It may not be a great term, but all of the work that had been done to date, the curriculum that was being delivered to the medical students, the way that opportunities for doing global health work were structured for students to work with mentors, do research

Page 121

projects, visit global health sites.  All of that was historically or the legacy work that we -- we had been doing or the team had been doing up until that point.

Q.   That includes faculty and staff in the department of medical education, correct?

A.   It includes faculty and staff in the department of medical education, yes.

Q.   And it also includes the work of Dr. Anandaraja, correct?

A.   Yes.

Q.   And Dr. Ramon Murphy?

A.   Yes.

Q.   Dr. Landrigan?

A.   Yes.

Q.   So both global health education that fell under the umbrella of your department and that didn't fall under the umbrella -- excuse me -- of your department, correct?

A.   Yes.

Q.   How long this -- did this first stage last?

Page 150

to work in partnership with Google.  It was a very big deal, very big deal.  And it wasn't easy to establish it, but we were making it work.

The dean was incredibly excited about it.  He and I, the dean, Dennis Charney, and I agreed that I would bring together a very small group of thought leaders at Mount Sinai who could propel this forward.  It wasn't -- it was Prabhjot Singh.  He'd already been in his role, phase 1, if you will.  Valentin Fuster from cardiology was in the room as well.  Maybe there were two other people.  It was a tight-knit group.

I had met with each one of them individually to give them the primarily understanding of what was the potential here for us to be the only medical school in -- on the planet that was working with Google.  And there were all sorts of different layers of ways we could work together, and everyone was very enthusiastic about it.

And we had -- I brought the group

Page 151

together, and we had our first meeting to talk about the potential and how to build the infrastructure of this.  And much to my surprise, Dr. Singh completely torpedoed it.  Now, he didn't torpedo it and it ended there because I worked very hard to sustain it.  But he went from someone who was privately very enthusiastic about this, on board, let's do this, to really speaking about it in, I'll say, almost disparaging terms in a group of people, again, a small group, but very influential people, at a pivotal point where that could have shifted our entire approach and the institution's desire to do this.

So, again, it didn't "torpedo" -- I apologize for using that word.  It didn't torpedo the program because we pushed forward with it and he wanted no part of it, which was fine.  But I was very surprised to see that he flipped, so to speak, in that way and for no reason that I -- that I could discern.  He and I hadn't had multiple conversations about it or disagreements about it.  It was very unusual behavior, I