# EXHIBIT 18

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CASE NO:  1:19-cv-3779-VSB-JW


DR. STELLA SAFO, et al.,

                 Plaintiffs,


      -against-


DR. PRABHJOT SINGH, et al.,

                 Defendants.

----------------------------------------------

       DEPOSITION OF DR. NATASHA ANUSHRI ANANDARAJA

                 TUESDAY, NOVEMBER 19, 2024


             Deposition of DR. NATASHA ANANDARAJA in the above-mentioned matter before Jomanna DeRosa, a Certified Court Reporter (License No. 30XI00188500), and Notary Public of the State of New Jersey, taken at Proskauer Rose LLP, 11 Times Square, New York, New York 10036 on Tuesday, November 19, 2024, commencing at 9:50 a.m.

Singh was there, David Muller was there, I was, and Prabhjot and I, mostly Prabhjot, explained to Dr. Muller what the program was about.  Dr. Muller called me after that meeting and said to me that he hadn't understood 60 percent of what Dr. Singh had said and could I please explain it, which I tried my best to do.  Dr. Muller seemed satisfied after that, that he understood enough to take it back to the senior leadership team.  He presented it to the senior leadership team and in the Department of Medical Education.  They were unhappy with the program and they said they didn't want it to begin at the time that it was slated to begin.

When that information -- I believe Dr. Muller wrote an e-mail or spoke to Dr. Singh about that information.  Dr. Singh then called me and was incredibly critical.  He blamed me for the failure of the interaction.  He said that it was obvious that I didn't know how to talk to leadership, even though I had a very sound and productive and strong relationship with the Department of Medical Education for a decade before that.  He basically blamed me for the Department of Med Ed not wanting this program, and criticized me for the way that it had been presented.  I discussed this with Dr. Muller

Page 34

culture towards women at AIGH?

MR. CERVENKA:  Objection.  Form.  You can answer.

THE WITNESS:  I don't understand the question.

BY MS. GUERRASIO:

Q.    The fact that Dr. Singh was a bad communicator, do you believe that that was -- led to the discriminatory culture against women at AIGH?

MR. CERVENKA:  Same objection.

THE WITNESS:  I believe there was a discriminatory culture at AIGH and Dr. Singh was a bad -- was poor at communicating.

BY MS. GUERRASIO:

Q.    Do you think the fact that he was poor at communicating was what led to a discriminatory culture against women?

A.    No.  I think Dr. Singh was a poor communicator across the board.

Q.    And you also mentioned a startup culture.  Can you tell me what you mean by that?

A.    As Dr. Singh was assuming his position as director of AIGH, there was a lot of narrative