# EXHIBIT 19

# ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI

# FACULTY HANDBOOK

# AS OF JUNE 2016

CONFIDENTIAL

MS Exhibit

**2**

KK  1/14/26

ISMMS_003267

# FACULTY HANDBOOK
## CHAPTER I – GENERAL INFORMATION

### Introduction

Icahn School of Medicine at Mount Sinai was incorporated and received a provisional charter from the New York State Board of Regents in 1963. It was affiliated with the City University of New York from 1967 to 1999, and with New York University from 1999 to 2010, but remained financially autonomous and self-supporting under its own Board of Trustees. In November 2010, Icahn School of Medicine became a free-standing medical school, and its charter was amended to reflect its independent status.

Icahn School of Medicine was created as an academic partner to The Mount Sinai Hospital, and together they comprise the Mount Sinai Health System. The School and Hospital have a close collaborative relationship, and serve one of the most diverse and complex patient populations in the world. This setting provides abundant opportunities to fulfill our multifaceted mission of excellence in education, research, patient care, and service.

Icahn School of Medicine offers a medical education program that leads to the MD degree and graduate programs that lead to PhD degrees and Masters degrees. The School attracts outstanding trainees to its highly competitive programs and invigorating academic environment. Approximately 930 men and women are currently enrolled in the degree-granting programs; the student body is academically excellent and diverse. Mount Sinai also offers postgraduate research and clinical training and has a robust continuing education program.

The main campus for the school is located at the boundary of the Upper East Side and East Harlem neighborhoods of Manhattan and is shared with The Mount Sinai Hospital. Teaching also takes place at the member hospitals of the Health System and at academic affiliates of the School. An extensive infrastructure supports the School's academic programs and includes state-of-the-art laboratories and many inpatient and outpatient clinical venues. The Annenberg Building, Icahn Medical Institute, Atran-Berg Building, Faculty Practice Associates building, and the Center for Advanced Medicine house most of the School's basic and clinical science departments and their attendant research, teaching, clinical, and office functions; most student classrooms are located in the Annenberg Building. The Gustave L. and Janet W. Levy Library has a large collection and provides broad support to users. A high faculty-to-student ratio allows for close interactions between trainees and mentors. A broad array of student services supports our students' academic, financial, and social needs.

### Partnerships for Excellence

CONFIDENTIAL

ISMMS_003268

The Icahn School of Medicine at Mount Sinai (ISMMS) has a network of clinical, research and educational partners that contribute to the furtherance of the School's mission. These partners include the seven member hospitals of the Mount Sinai Health System as well as other hospitals and organizations in the New York metropolitan area, around the United States and throughout the world. Visit our academic affiliations website to learn more about our affiliations and other partnerships.

## Academic Freedom

Icahn School of Medicine adheres to the principles of academic freedom as set forth in the following statement adopted by the American Association of University Professors, the Association of American Colleges, and other organizations representing the academic community.

"The teacher is entitled to full freedom in research and in the publication of the results, subject to the adequate performance of his/her other academic duties; but research for pecuniary return should be based upon an understanding with the authorities of the institution. The teacher is entitled to freedom in the classroom in discussing his/her subject, but should be careful not to introduce into his/her teaching controversial matter which has no relation to his/her subject. Limitations of academic freedom because of religious or other aims of the institution should be clearly stated in writing at the time of the appointment. The college or university teacher is a citizen, a member of a learned profession and an officer of an educational institution. When he/she speaks or writes as a citizen, he/she should be free from institutional censorship or discipline, but his/her special position in the community imposes special obligations. As a person of learning and an educational officer, he/she should remember that the public may judge the profession and the institution by his/her utterances. Hence, he/she should at all times be accurate, should exercise appropriate restraint, should show respect for the opinions of others, and should make every effort to indicate that he/she is not an institutional spokesperson."

## Accreditation

Icahn School of Medicine is accredited by the Middle States Commission on Higher Education (3624 Market Street, Philadelphia, PA 19104, Phone: 267-284-5000). The Middle States Commission on Higher Education is an institutional accrediting agency recognized by the U.S. Secretary of Education and the Council for Higher Education Accreditation.

The Doctor of Medicine (M.D.) Program at Icahn School of Medicine has full accreditation status from the Liaison Committee on Medical Education (Dan Hunt, M.D., M.B.A., Principal Secretariat, Association of American Medical Colleges, 2450 N Street, N.W., Washington, DC 20037, Phone: 202-828-0596).

The Master of Science in Genetic Counseling Program at Icahn School of Medicine at Mount Sinai has full accreditation status from the Accreditation Council for Genetic Counseling (ACGC).

The Master of Public Health Program at Icahn School of Medicine at Mount Sinai has full accreditation status from the Council on Education for Public Health (CEPH).

The governmental, academic, and professional bodies having responsibility in the respective areas have approved all educational programs of the School of Medicine and its affiliated institutions. These include

CONFIDENTIAL

ISMMS_003269

a. To ensure the fair and impartial disposition of all faculty appointment, reappointment, promotion and tenure recommendations for Icahn School of Medicine in accordance with procedures outlined in Chapter V of the Faculty Handbook.

b. To critically evaluate all recommendations for:
    i. Appointment, reappointment, promotion and tenure to/at the rank of Associate Professor, Professor, Research Professor, Associate Clinical Professor and Clinical Professor.
    ii. Appointment and promotion to/at the rank of Instructor, Assistant Professor, Clinical Instructor and Assistant Clinical Professor for candidates who do not possess a doctoral degree.

c. To perform preliminary evaluation of candidates described in Section C-2 above, and to communicate with the Chair when an application is deemed to be premature. In such cases, the Chair may withdraw or modify the application and will be advised of areas to be strengthened prior to submission of another application.

d. To establish ad hoc committees to assist in the evaluation of:
    i. All appointment, promotion and tenure nominations to/at the rank of Professor and Clinical Professor
    ii. All tenure nominations at the rank of Associate Professor Ad hoc committees will be assembled as described in Chapter V of the Faculty Handbook.

e. To establish standing subcommittees, including but not limited to basic science and clinical subcommittees, that will:
    i. Receive the recommendations of ad hoc committees
    ii. Review all candidates as described in Section C-2 above
    iii. Make recommendations to the full committee for applications requiring a full committee vote as described in Section C-6-a below
    iv. Vote upon applications that do not require a full Committee vote, as described in Section C-6-a and C-6-b below

f. To vote, by confidential ballot, to approve or disapprove each individual recommendation described in Section C-5 above.

CONFIDENTIAL

ISMMS_003288

discussion will be documented and a summary evaluation[PDF] using a standard template will become part of the faculty member's departmental record.

In cases of poor performance, additional interim evaluations and meetings during the year may be undertaken.

Effective November 2011

## Faculty Benefits

Icahn School of Medicine is committed to provide benefit plans that will protect faculty and their eligible family members in the event of illness, injury or death and will help faculty to achieve financial security for their retirement. Details of these benefits plans are available in Human Resources. Please be advised that benefits vary depending upon faculty title and that benefit plans change from time to time. Provisions of the master policies govern the terms and conditions of these benefits.

## Faculty Compensation Policy

This policy, which has been approved by the Compensation Committee of Mount Sinai's Board of Trustees, is designed to reflect the institution's philosophical approach to faculty compensation:

- Promote equitable compensation for all members of the faculty
- Enhance the School's ability to compete in the recruitment and retention of excellent faculty
- Encourage and support faculty productivity
- Ensure that the compensation methodology is fiscally sound
- Facilitate timely review and approval of compensation
- Comply with all regulatory requirements

1. Mount Sinai's Compensation Policy applies to all faculty members, including both clinicians and scientists. Individual Departments may establish department-specific compensation plans to implement this Policy provided that those plans are consistent with other existing compensation-related institutional policies and are approved by the Dean and the Compensation Committee of the Board of Trustees.
2. Total compensation must be fair market value for the services rendered and must be commercially reasonable.
3. In no event will any clinical faculty member's compensation take into account directly or indirectly the volume or value of any referrals by the physician.
4. Offers to new recruits: Department Chairs, Institute Directors, and other individuals in leadership positions are not authorized to make offers to prospective faculty members without the prior approval of the Dean's Office.

CONFIDENTIAL

ISMMS_003296

5. Changes in compensation of existing faculty members: Department Chairs, Institute Directors, and other individuals in leadership positions are not authorized to adjust the compensation of current faculty members without the prior approval of the Dean's Office.

6. For all current and prospective faculty members: Terms and conditions of employment, including letters of offer, written employment agreements and letters reflecting a change in administrative duties, as well as compensation adjustments, positive or negative, of any compensation component (base salary, administrative supplement, clinical supplement, or bonus), or institutional resource commitment must be approved by the Dean's Office before being presented to the faculty member and implemented.

7. Key leadership and/or administrative faculty arrangements: For Deans, Chairs, Institute and Center Directors and others proposed for or holding key leadership positions, compensation must be approved in advance by the Chief Executive Officer and/or the Dean, as appropriate, consistent with the policies and procedures established by the Compensation Committee of Mount Sinai's Board of Trustees.

8. Each faculty member's time and effort must correspond to the individual's contractual or otherwise agreed upon obligations and to the funding sources supporting his/her salary. For example, the time and effort devoted to clinical activities in Faculty Practice Associates or to research should be equivalent to the percentage of the individual's base salary that is charged to the corresponding Facutly Practice account or to grants, as the case may be.

9. Department Chairs are responsible for conducting regular reviews of every paid faculty member to assess individual performance and to confirm compliance with this Policy. Periodic evaluation for consideration of salary adjustments must be based on the faculty member's overall performance in teaching, research, clinical care, administration and any other assigned activities.

Procedural guidelines for institutional review, approval and implementation of faculty compensation[PDF]

Investigator Incentive Plan [PDF]

Last Updated April 27, 2012

## Faculty Mentoring Program

### Mission
Mentoring is an essential component of faculty career development at Icahn School of Medicine (MSSM). The School is committed to promoting mentorship by supporting departments and institutes in establishing ongoing mentoring programs that will address the totality of each faculty member's strengths, interests and aspirations in research, clinical care, education and leadership.

### Vision
Junior faculty will participate in structured mentoring programs that foster productivity, enhance faculty satisfaction and stimulate career development. Initially, the programs will be targeted at assistant professors in the Academic Track and the Clinician and/or Educator Track. While

CONFIDENTIAL

ISMMS_003297