# EXHIBIT 20



**Icahn
School of
Medicine at
Mount
Sinai**

The Samuel Broufman
Department of Medicine
Mount Sinai
One Gustave L. Levy Place, Box 1118
Annenberg Building, 5th Floor, Room 5-02G
New York, NY 10029-6574

T: 212 241-5484
F: 212 534-3488

April 30, 2015

Stella A. Safo, M.D., M.P.H.
████████████████
New York, NY 10027

Dear Dr. Safo:

We are pleased that you have agreed to join the faculty of the Icahn School of Medicine at Mount Sinai (the "School") and the medical staff of The Mount Sinai Hospital, Mount Sinai St. Luke's, and Mount Sinai Roosevelt (the "Hospitals," and together with the School, "Mount Sinai"). This letter describes the terms and conditions of your prospective employment by the School, beginning on or about September 1, 2015.

I.    **Faculty and Medical Staff Appointments**

A.    Your Faculty and Medical Staff Appointments

You will be recommended for a faculty appointment in the School as an Assistant Professor (Clinician and/or Educator Track) in the Department of Medicine (the "Department"), in the Divisions of General Internal Medicine and Infectious Diseases (the "Divisions"). The initial term of your faculty appointment will be for three (3) years.

You will also be recommended for membership on the medical staff of the Hospitals and you will join the Faculty Practice Plan.

B.    The Appointment Process

For you to be employed, you must meet the requirements of and be appointed to a) the faculty of the Icahn School of Medicine and b) the Medical Staff of the Hospitals. There is an application review and approval process for each. In order to assist you in the application processes, shortly after we receive your signed copy of this offer letter:

- The Department Faculty Affairs Manager, Tonya Strickland, will send you guidelines for your faculty appointment and employment, including a list of required documents.
- The Medical Staff Services Office will send you an application for hospital privileges. Please call 212-824-8100 to arrange an appointment with a staff member who will help you complete your clinical application. A fully complete application and all required supporting documentation must be submitted within ten (10) days of your offer acceptance to permit timely credentialing in accordance with your anticipated start date.

*Offer Letter – Stella A. Safo, M.D., M.P.H.*

*April 30, 2015*

EXHIBIT  3
4/8  , 2024
Danielle Grant

CONFIDENTIAL

ISMMS_000161

Your employment, and the date on which it will start, is contingent on your successful completion of these appointments and all other pre-employment clearances. Tonya Strickland will be happy to answer any questions that you may have; she can be reached at 212-241-0529.

## II. Participation in Mount Sinai Doctors Faculty Practice

You will participate in the Mount Sinai Doctors Faculty Practice, where you will engage in clinical practice only in facilities provided by or under the auspices of the School. All revenues derived from your clinical practice activities will be the property of the School.

You agree that you will participate in Medicare, Medicaid, commercial insurance plans and any independent practice associations as the School requests. The School will bill for all professional services you provide, and you assign your right to bill to the School or its designee.

You will receive the same occurrence-based malpractice insurance coverage provided to other participants in the Faculty Practice.

Your professional practice will be governed by the policies of the Faculty Practice from time to time in effect. Should your employment with the School end for any reason, all practice accounts receivable and receipts shall be the property of the School, and no amounts received after your last day will be distributed to you. In addition, Faculty Practice medical records are the property of the School and copies will be provided to you after your departure from the School only if consistent with applicable Mount Sinai policies and law.

## III. Role and Responsibilities

Your responsibilities will be assigned to you by your Department Chair and Division Chief. Your initial duties are described in the Position Description attached as Exhibit A. Your total effort will be directed 40% to Faculty Practice clinical and 60% to research time. You may be required to document the time you spend on these activities consistent with Mount Sinai's policies and procedures.

## IV. Personal Compensation and Benefits

Your Compensation is set forth in Exhibit B to this agreement.

You will be eligible for employee benefits consistent with those provided to similarly situated physicians. A summary of the current benefit program is available on-line at http://icahn.mssm.edu/about-us/services-and-resources/faculty-resources/handbooks-and-policies/benefits. The provisions regarding the applicability of Internal Revenue Code section 409A are governed by the provisions in the human resources manual regarding Section 409A, which are incorporated herein by reference.

## V. Term & Termination

### A. Term

This agreement shall commence on your first date of employment and shall continue for a period of three (3) years (the "Term").

### B. Termination

*Offer Letter -- Stella A. Safo, M.D., M.P.H.*          2          *April 30, 2015*

CONFIDENTIAL                                                      ISMMS_000162

The Hospitals may terminate your employment during the Term only for Cause. Consistent with Mount Sinai's Human Resources Manual with respect to termination of employment for physicians with agreements, "Cause" means: (i) your failure to maintain your faculty appointment with the School or your medical staff appointment to the Hospitals; (ii) your material violation of Mount Sinai's rules or policies; (iii) fraud or theft in connection with your employment; (iv) your commission of a crime or entering into a plea of guilty or no contest with respect to a crime; (v) your failure to satisfactorily perform any of your material duties; or (vi) your engaging in any conduct in connection with your employment that is grossly negligent, incompetent or insubordinate. In the event Mount Sinai reasonably determines the Cause can be cured within 10 days, you will be given 10 days' notice and an opportunity to cure. Mount Sinai may also terminate this Agreement in the event of your Disability. "Disability" shall mean your inability to perform your material duties as a result of physical or mental incapacitation for a period of more than 12 work weeks in any 12 month period.

In the event your employment is terminated for any reason, your status on the faculty will be governed by the School's policies and procedures, including its Faculty Handbook, from time to time in effect, and your status on the medical staff of the Hospitals will be governed by the Hospitals' policies and procedures, including the Bylaws of the Hospital Staff and their Rules and Regulations, from time to time in effect.

Should you remain employed after the Term of this Agreement without a new agreement or renewal, you will be an at-will employee and this Agreement will not be deemed to have been renewed.

## VI.    Fair Competition, Non-Solicitation, Etc.

You agree to the Fair Competition and Non-Solicitation related provisions included in this agreement as Exhibit C.

## VII.    General Provisions

You represent that you have not entered into any agreement with any other employer or other party which would restrict your right to enter into this employment agreement. You understand that the Hospital has relied on this representation in offering you this employment agreement.

Except as set forth herein, this offer and the terms of your employment are governed by the policies of the School and the Hospitals, including without limitation, the Faculty Handbook of the School (http://icahn.mssm.edu/about-us/services-and-resources/faculty-resources/handbooks-and-policies/faculty-handbook), the policies of the Mount Sinai Doctors Faculty Practice and the Medical Staff Bylaws and Rules and Regulations of the Hospitals. All rules, regulations, and policies are subject to change from time to time by Mount Sinai.

\* \* \*

[The balance of this page has intentionally been left blank.]

*Offer Letter – Stella A. Safo, M.D., M.P.H.*            3            *April 30, 2015*

CONFIDENTIAL

ISMMS_000163

We are delighted that you are considering joining Mount Sinai and we look forward to your favorable response. If you are in agreement, please sign and return one copy of this letter and retain the second copy for your files.

Sincerely,

Dr. Mullen
Signed for Dr. Aberg

Judith Aberg, M.D.
Division Chief, Infectious Diseases
Icahn School of Medicine at Mount Sinai

Theresa A. Soriano, M.D., M.P.H.
Interim Chief, Division of General Internal Medicine
Department of Medicine
Icahn School of Medicine at Mount Sinai

Barbara Murphy, M.D.
Dean for Clinical Integration and Population Health
System Chair, Department of Medicine
Murray M. Rosenberg Professor of Medicine
Icahn School of Medicine at Mount Sinai

Dennis S. Charney, M.D.
Anne and Joel Ehrenkranz Dean
Icahn School of Medicine at Mount Sinai
President for Academic Affairs
Mount Sinai Health System

Kenneth L. Davis, M.D.
CEO & President
Mount Sinai Health System

I accept the terms and conditions of this letter.

5/28/15

Stella A. Safo, M.D., M.P.H.                    Date

*Offer Letter -- Stella A. Safo, M.D., M.P.H.*          4          *April 30, 2015*

CONFIDENTIAL                    ISMMS_000164



**Mount Sinai**

## Exhibit A:
## Position Description

| | |
|---|---|
| | Start Date: September 1, 2015 |
| Department Name: Medicine | Department Number: 032 |
| 2nd Dept if Jt. Primary (if applicable): N/A | Department Number: |
| Secondary Department: N/A | Department Number: |
| Division Name: Infectious Diseases | |
| Institute Name: N/A | |
| Faculty Name: Stella A. Safo, M.D., M.P.H. | |
| Faculty Title:  Assistant Professor | Faculty Track: Clinician and/or Ed |
| Administrative Title(s) (if applicable): (1) N/A | |
| (2) N/A | |
| Supervisor:  Michael Mullen, M.D. and Prabhjot Singh, M.D., Ph.D. | |

**Time/Effort:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Clinical: | 40% | Research: | 60 % | Teaching: | 0% | Administration: | 0% | Service: | 0 % |

**Summary:**

The Division of Infectious Diseases at Mount Sinai Medical Center has a history that is rich in clinical care that includes HIV research and treatment and Transplant Infectious Diseases clinical care. Excellence in clinical care, research and teaching is the end result for an outstanding Division of Infectious Diseases. The division continues its transition with the newly hired chief (01/01/2014) who is hiring faculty members and cutting edge researchers.

In your role as Assistant Professor, you will provide clinical services to an HIV-positive population within a primary care center. The remainder of the time will be spent working on population health, specifically on working with a team to develop a population health learning and dissemination platform within Mount Sinai's network. Dr. Safo will report directly to Dr. Michael Mullen (HIV) and Dr. Prabhjot Singh (Population Health).

CONFIDENTIAL

ISMMS_000165

## Specific Responsibilities:

Your responsibilities will include, but are not limited to:

Clinical: HIV Direct Patient Care
- 4 Clinical Sessions

Research: Population Health Improvement
- develop a population health learning and dissemination platform within Mount Sinai's network
- evidence-based standards for how clinical and social service partners share outcomes/process data, exchange value-based financing, ensure mutual accountability and create a shared vision
- research on care delivery approaches for the same conditions in high and low-resource settings

CONFIDENTIAL

ISMMS_000166

Exhibit B: Personal Compensation for Term of Agreement

Your total compensation will be based on an annual salary of $175,000, pro-rated for any part of a year worked. It will be paid on a biweekly basis (so that the actual annual amount may vary slightly depending upon the number of pay periods per year). Your total compensation is based on the following components:

- BENEFITS BASE SALARY: $131,500 annually; this is the amount on which your benefits will be calculated.

- RESEARCH SUPPLEMENT: $23,000 annually.

- CLINICAL SUPPLEMENT: $20,500 annually.

- LEAVE: You will not be entitled to receive any of the payments described in this Exhibit during any period of time in which you are on unpaid leave from the Hospitals whether voluntarily or involuntarily.

- PAYMENT PRACTICES: All Compensation, both during and after the Term, will be paid in accordance with Mount Sinai's usual payroll practices.

*Offer Letter – Stella A. Safo, M.D., M.P.H.*                    5                    *April 30, 2015*

CONFIDENTIAL                                                        ISMMS_000167

**Exhibit C: Fair Competition and Non Solicitation Obligations**

### A. Fair Competition.

Should you terminate your employment whether during the Term or thereafter, or should you be terminated for Cause by Mount Sinai whether during the term or thereafter, the following "Fair Competition Provision" shall apply: For a one (1) year period after your employment ends, you will not, without written permission of an authorized officer of the School, directly or indirectly, engage in the practice of medicine in the specialty of General Internal Medicine and Infectious Diseases, in the following geographic area: within a two mile radius of any location you practiced while an employee of Mount Sinai.

The Fair Competition Provision set forth above will also apply after this Agreement has lapsed, if Mount Sinai offered you a new or renewal agreement with compensation at least equivalent to the compensation offered you under this Agreement, or, in the event such equivalent compensation is not supported by a fair market value appraisal conducted by the Hospital's customary third party appraisers, at such compensation as is reasonably supported by such appraisal and you did not accept such offer.

### B. Non-Solicitation of Business.

During the Term and for the one-year period following the termination of your employment with Mount Sinai for any reason, you agree that you will not solicit patients of the School or the Hospital or solicit or take any other action whatsoever, either directly or indirectly, which disturbs or interferes with, or could reasonably be expected to disturb or interfere with, the existing professional or business relationships of the School, the Hospital or other provider members of the Mount Sinai Health System, including but not limited to, relationships with any referral source or contributor.

### C. Non-Solicitation of Employees or Contractors.

During the Term and for the one-year period following a termination of your employment with the School for any reason, you agree that you will not recruit, solicit or induce any employee or independent contractor of the School or the Hospital to terminate their employment or other relationship with Mount Sinai.

### D. Confidentiality and Non-Disparagement.

You agree that during the Term and after termination of your employment you will not provide or disclose to any person any confidential or proprietary information of Mount Sinai, unless required by law, in which case you will notify the School prior to such disclosure. Upon termination of your employment you will immediately return to the School any and all such information and any other property of Mount Sinai in your possession. During the Term and thereafter, you will not disparage Mount Sinai or its affiliates or their respective past or present officers, trustees or employees.

The terms and conditions of this Agreement are and shall be deemed to be confidential, and you shall not disclose them to any person or entity without the prior written consent of Mount Sinai, except to your accountant, financial advisor, attorney or spouse, provided that such individuals agree to maintain the confidentiality of this Agreement. You further represent that you have not disclosed the terms and conditions of this Agreement to anyone other than those named in this paragraph.

### E. Survival.

The provisions of this Section shall survive any expiration or other termination of this Agreement.

CONFIDENTIAL                                                                 ISMMS_000168