# EXHIBIT 21

JWE-2

## RE: Following up

**Weisman, Jeb** <jeb.weisman@mssm.edu>
Thu 6/14/2018 11:41 AM
To:Bruzelius, Emilie <emilie.bruzelius@mssm.edu>;Singh, Prabhjot <Prabhjot.Singh@mssm.edu>
Emilie, I think this is a great summary and roadmap. I appreciate the effort.

-Jeb

**From:** Bruzelius, Emilie
**Sent:** Wednesday, June 13, 2018 5:05 PM
**To:** Singh, Prabhjot <Prabhjot.Singh@mssm.edu>; Weisman, Jeb <jeb.weisman@mssm.edu>
**Subject:** Re: Following up

Hi Prabhjot and Jeb,

Thanks for following up. I think due to scheduling, July 9th is the first date we're available. However, Jeb and I will touch base before then to make sure we can get the ball rolling.

Conversation recap:

- *The general goal of the conversation - to formalize a plan for Emilie's role in the Insitute moving forward.*
- *Prabhjot shared that the Institute is currently going through a strategy and alignment period, as part of a broader opportunity to reflect after approximately three years as an organization.*
- *Part of this process will include tying activities to specific deliverables that could be supported by a sponsored project.*
- *Given that Aaron does not have sufficient funding to cover methodological work and other analytic activities may be forthcoming but are not yet in progress, Emilie should begin to focus more of her time on Atlas rather than on the global health analytic projects.*
- *As well, Prabhjot pointed out that now that Jeb has been at the Insitute for approximately two months, it is a good time to consolidate Emilie's reporting directly under Jeb.*
- *Given this background, Prabjot, Jeb and Emilie need to identify a plan to support the programmatic Atlas work, likely with attention to potential research avenues.*
- *Jeb pointed out that Emilie and he, as well as Aaron, have initiated a discussion of an Atlas research strategy (Atlas V2) already and will continue that work stream.*
- *For the short term, Emilie indicated that a significant portion of time will involve working with Jeb and Bruno to develop a plan for the Atlas user testing and clinical roll-out in Guatemala and (to a lesser degree, given the scale of the grant) Senegal/Gambia.*
- *In the longer term, it could involve bridging the analytic and programmatic components of Atlas/Global Advantage but several questions need to be answered.*
- *Next steps are to continue realigning Emilie's job description to better reflect responsibilities.*
- *In addition, ensuring that there is sufficient clarity to appropriately set priorities that support the mission/vision/values of the Institute as the Panorama process evolves*
- *Jeb and Emilie will meet to discuss short-term and long-term planning.*
- *Prabhjot, Jeb and Emilie will reconvene to continue the conversation in two weeks (now 4*

CONFIDENTIAL

*weeks due to scheduling conflicts).*
Does this seem accurate? Feel free to comment/edit/clarify if I've missed or misinterpreted anything?

Emilie

**From:** Singh, Prabhjot
**Sent:** Wednesday, June 13, 2018 10:59:27 AM
**To:** Bruzelius, Emilie; Weisman, Jeb
**Subject:** Following up

Hi Emilie-

I saw that you scheduled follow up conversation with Renita on July 9th; did you want to speak earlier or is that ok? In the meantime, can you please send a recap of our conversation and then we can all work together to ensure that we are on a positive and productive track forward?

Warmly
Prabhjot

Sent from my iPhone

CONFIDENTIAL

6/18/2024, 10:05 AM
WEISMAN-000034