# EXHIBIT 22

**To:**       Singh, Prabhjot (MSH)[prabhjot.singh@mountsinai.org]
**Cc:**       Rahona, Elena[elena.rahona@mssm.edu]; Murphy, Ramon[ramon.murphy@mssm.edu];
'natasha anushri anandaraja'[dr.anushri@gmail.com]
**From:**     Landrigan, Philip
**Sent:**     2014-11-26T16:04:18Z
**Importance:**       Normal
**Subject:**  Arnhold Global Health Institute at Mount Sinai
**Received:**         2014-11-26T16:04:31Z
MSGH Director Job Desc 0214.docx
MSGH 2013 Annual Report.pdf
Annual Report 2012.pdf

Dear Prabhjot,

Drs. Dennis Charney and Barbra Murphy have informed me that you may be interested in applying for the position of Founding Director of the Arnhold Global Health Institute at Mount Sinai.  This is excellent news.  I would be pleased to talk 1:1 with you in the next week or so and then we can see how we want go forward from there.  Please let me know some times that will be convenient for you and then I can ask Alvara McBean, my exec assistant to set something up.

I attach a copy of the position description and our two most recent annual reports

All best and a happy Thanksgiving

Phil Landrigan

Philip J. Landrigan, MD, MSc, FAAP
Dean for Global Health
Ethel H. Wise Professor and Chairman
Department of Preventive Medicine
Professor of Pediatrics
Director, Children's Environmental Health Center
Icahn School of Medicine at Mount Sinai
17 East 102nd Street, Room D3-145
New York, NY  10029-6574

Tel:  212-824-7018
Fax: 212-996-0407

phil.landrigan@mssm.edu

  

WHO Collaborating Centre in Children's Environmental Health

**PL Exhibit 13
(9-12-24)**
WWW.DIGITALEVIDENCEGROUP.COM



Icahn
School of
Medicine at
Mount
Sinai

**DIRECTOR**
**INSTITUTE FOR GLOBAL HEALTH**
**ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI**

The Icahn School of Medicine at Mount Sinai seeks an experienced MD, PhD, Dr.P.H, or person with equivalent training to lead a newly endowed Institute for Global Health.  Our ideal candidate is a person with well-recognized leadership skills, a scholarly portfolio that includes current grant funding and a strong publication record, and an approach to global health which fosters interdisciplinary collaboration, partnership and innovation .  We are looking for an inspirational team leader with field experience in low and middle income countries, a grounding in public health and health education, and a demonstrated commitment to serving under-resourced and neglected populations.

ISMMS_005066

# A BRIEF HISTORY OF
# MOUNT SINAI GLOBAL HEALTH

In 2006, a small group of Mount Sinai physicians came together with the vision of creating a highly impactful global health program that would address the needs of underserved communities both here in the United States and around the world. Their expertise in a variety of medical sub-specialties—pediatrics, emergency medicine, internal medicine, preventive medicine, environmental health, medical education—gave rise to the design of a cross-disciplinary center of excellence, where today's medical and public health students, residents and fellows would be inspired and trained to become tomorrow's trailblazing leaders in global health.

Now, Mount Sinai Global Health—with support from the Mulago Foundation and other generous donors—is a thriving program that serves as a beacon within Mount Sinai and a model for other medical schools. We are a passionate and ever-expanding team committed to sharing our vision and expertise in service of closing the unconscionable gap in health that exists around the globe.

Given our brief history, we are very proud of the impact we have already had. As the anthropologist Margaret Mead is reputed to have said, "Never doubt that a small group of thoughtful, committed citizens can change the world. Indeed, it is the only thing that ever has."

CONFIDENTIAL

ISMMS_005098

# MOUNT SINAI GLOBAL HEALTH FACULTY AND STAFF

*Dean for Global Health; Ethel H. Wise Professor of Preventive Medicine; Chairman, Department of Preventive Medicine; and Director, Children's Environmental Health Center*
Philip Landrigan, MD, MSc

*Associate Dean for Global Health and Director of Global Health Research; Philip J. and Harriet L. Goodhart Professor of Medicine and Cardiology; and the Director of Cardiovascular Imaging Program*
Jagat Narula, MD, PhD, FACC, FAHA, FRCP

*Director of Global Health Training; Assistant Professor of Pediatrics and Medical Education*
Anu Anandaraja, MD, MPH

*Director of Global Health Patient Care; Professor of Clinical Pediatrics; Vice-Chair of the Department of Pediatrics in Voluntary Affairs; and Director of Off-Site Pediatric Residency Programs*
Ramon Murphy, MD, MPH

*Director, Human Rights Program; Assistant Professor of Medicine*
Holly Atkinson, MD, FACP

**Associate Directors**
Sigrid Hahn, MD, MPH; Nils Hennig, MD, PhD, MPH; Jonathan Ripp, MD, MPH; Annie Sparrow, MD, MPH

**Faculty**
Suzanne Bentley, MD; Braden Hexom, MD; Craig Katz, MD

**Global Health Program Manager**
Elena Rahona, MS

**Training Program Manager**
Renee Bischoff, MPH, MSW

**Program Administrator**
Jessica Jade Batista, BA



The Mount Sinai Global Health Team: (back row) Nils Hennig, Phil Landrigan, Jon Ripp, Ben Bristow; (middle row) Jagat Narula, Holly Atkinson, Ramon Murphy; (front row) Jessica Batista, Renee Bischoff, Annie Sparrow, Anu Anandaraja, Sigrid Hahn, Suzanne Bentley, Elena Rahona

# MOUNT SINAI GLOBAL HEALTH ADVISORS

Ernest Benjamin, MD
Paolo Boffetta, MD, MPH
Daniel Caplivski, MD
Luz Claudio, PhD
Ebrahim Elahi, MD
Stephanie Factor, PhD, MPH
Jeffrey Freed, MD
Valentin Fuster, MD
Adolfo Garcia-Sastre, PhD
Jennifer Jao, MD

Peter Palese, PhD
Lise Rehwaldt, MD
Ram Roth, MD
Michail Shafir, MD
Perry Sheffield, MD
Taraneh Shirazian, MD
Lester Silver, MD
David Stern, MD, PhD
Rajesh Vedanthan, MD
Christina Wyatt, MD

CONFIDENTIAL

ISMMS_005112