# EXHIBIT 23

**To:**        Charney, Dennis[dennis.charney@mssm.edu]
**From:**      Muller, David
**Sent:**      2015-01-13T20:52:49Z
**Importance:**        Normal
**Subject:**   FW: CV for consideration for the Director of the Global Health Institute
**Received:**          2015-01-13T20:52:52Z
<u>Gany Sinai cv 12_11_2014.doc</u>

Dennis

I interviewed Prabhjot Singh this week for the Global Health position and liked him. there is some risk given how junior he is and how little leadership experience he's had, but he seems quite capable and might turn out to be great.

I think you've already seen the attached CV from another candidate. She's in NYC, has a significant track record in grantsmanship and mentorship, and is very interested. Do you have any objection to our bringing her in for a first round of interviews while you and Steve sort out Prabhjot?

David



CONFIDENTIAL