# EXHIBIT 24

| | |
|---|---|
| **From:** | Natalie Privett |
| **Sent:** | Wednesday, October 25, 2017 8:25 AM EDT |
| **To:** | Stella Safo |
| **Subject:** | Re: 2017-10-24 HSD Huddle Notes |

I'd say don't put stuff like this in huddle notes. It offers him an in to your business. He "has had institutional interactions w/side walk labs and [] personally advises" them but doesn't tell us nor does he have the expectation for a contract to do so. But you do. What??? Why???

On Tue, Oct 24, 2017 at 9:21 PM, Stella Safo <stellasafo@gmail.com> wrote:
  Check out the comments on Toyin. Homeboy is scared.

  Begin forwarded message:


    **From:** "Singh, Prabhjot" <Prabhjot.Singh@mssm.edu>
    **Date:** October 24, 2017 at 5:31:12 PM EDT
    **To:** "Safo, Stella" <stella.safo@mssm.edu>
    **Subject: Fwd: 2017-10-24 HSD Huddle Notes**


    Dear Stella—
    Tried to call to save typing, but will share my three Q's by email! These should be ideally read in a tonally neutral, problem-solving oriented way:
    (1) Is Matt Le working on Fics? If so, we need to discuss that asap. Who is the developer that is being referred to here?
    (2) What's the plan with the UX researcher? I've been trying to politely suggest pausing w/development to understand academic/big picture footing, but that seems to run counter to current effort.
    To bring this back to our mission, our goal is lasting impact at scale. If something we're working on doesn't have either measurable impact parameters that would drive growth or scale dynamics that indicate that growth is high potential or underway, then it's not for us. If you're having trouble managing Bruno's part of the workflow, please let me know. If you have something else in mind, or if you think I'm thinking about this incorrectly, then please let me know!
    (3) I see you're slated to meet with Toyin @ cityblockhealth on Monday. I've had institutional interactions w/side walk labs, and I personally advise them. It's important that I know why we are meeting with them, and for what purpose. They have a long history of "borrowing ideas" under the guise of learning, and I would like to have a contract for work instead.
    - Toyin is a nice person to know, but for now I should be in the loop until we establish the basis for professional interaction.
    Please have Mike keep me on these huddle notes for now — they are great & will allow us to be in greater sync.
    Thanks,
    Prabhjot

**CONFIDENTIAL**                                                                              **Safo_002307**

Begin forwarded message:

**CONFIDENTIAL**

**Safo_002308**