# EXHIBIT 26

| From: | Amanda Misiti |
|---|---|
| Sent: | Wednesday, May 16, 2018 8:22 AM EDT |
| To: | Stella |
| Subject: | Fwd: Account |
| Attachments: | Amanda Misiti_Account (1).pdf |

FYI

---------- Forwarded message ----------
From: **Amanda Misiti** <amandamisiti@gmail.com>
Date: Wed, May 16, 2018 at 8:22 AM
Subject: Account
To: "Jones-Winter, Clarissa" <clarissa.jones-winter@mssm.edu>


Dear Clarissa,

I hope you are doing well.

Please find attached my statement. If you have any further questions for me, please do not hesitate to reach out, preferably by my personal e-mail.

Warmly,
Amanda

Safo_005369

My working relationship with Prabhjot began with inconsideration of time and an abuse of the power dynamic between us. For my interview, Prabhjot had it scheduled on a Saturday, at an unspecified time, leaving it so that he would call me. When he hadn't, I e-mailed. He said he was sick and that he would call me the following day.

During the phone interview, I asked him about the organizational culture. He immediately began to criticize global health, and told me that an "important part of the history (of Arnhold)" was that when he was hired he had to fire nearly everyone when he started. Later I asked how one does that, and he said that some he fired, and to some he made it clear that they didn't have a future there.

During my in-person interview, I was told by Kirsten Knaup, the COO, that I was speaking too fast, and that she wasn't sure I was competent. She questioned the existence of the HHS agency that I worked at, and the ability to work a full-time and do part-time consulting on the side. She also said "It wasn't written in stone, but I had assumed we'd hire someone more senior for this position." It was my fourth set of interviews, and many other Arnhold staff had expressed that they thought I was overqualified.

Prabhjot told me during the interview process that I would be given co-authorship on articles that I wrote with him. He later proved to be far less generous in that regard. I know the same had been the case for Anna Stapleton, who had written several pieces for Prabhjot and did not obtain any credit for her efforts.

David Berman, the Chief of Staff, told me on my first phone interview that the woman I was replacing, Anna Stapleton, was an incredible writer. During a later in-person interview when I referenced that comment, he became animated and said "Don't let anyone tell you she's a great writer--I fix everything she writes."

My onboarding seemed to be focused on "how to best work with Prabhjot" which I found odd. From the outset, many people mentioned that he constantly changed his mind and the importance of having everything in writing. I quickly noticed that it was difficult to have a focused conversation with Prabhjot. He used many esoteric terms, or terms that would not normally be applied in a context. When I mentioned this to Anna Stapleton, she mentioned that she had experienced this as well. The use of this way of speaking created of culture of working hard to understand, decipher and implement Prabhjot's language, much of which took away from the ability to actually do any of the work.  Even if it could be deciphered, it would often have changed within a few days.

During many early discussions about how we would work together, he told me that he believed organizational siloes were positive, and spoke negatively of his team members and organizational culture.

I quickly noted Anna's focus on trying to get him to commit to a course of action in preparation for the May 2017 event. I tried to work with him on slides and the conceptual framing, but he spoke in a very abstract and vague way about wanting, "barn door ideas" and teaching people on the task force to "think in heuristics". Trying to translate that into slides or a plan for the event proved nearly impossible.

Safo_005370

In the end, he spoke nearly all day long at the event, but then abruptly panicked and ended the conference ~30 min early. The 25-30 Task Force members in attendance seemed puzzled by the assumptions and statements laid out in the presentations, and confused by the lack of clarity. In advance of the event, as we repeatedly tried to get him to commit to an approach he told me to, "beware false certainty". It became a mantra that initially seemed wise, later a way to avoid acknowledging that he didn't have an answer and wouldn't try to find one. The Task Force members seemed further surprised by the abrupt early departure. Many Task Force members sympathized with my difficulty in translating discussions into findings.

In my first month, David Berman repeatedly told me that it would take about 9-12 months for me to become fully up to speed, and also encouraged me to, "not have opinions" about the event that was being organized for my project.

During my onboarding process, a number of colleagues warned me that David Berman, Sandeep Kishore and Kirsten Knaup could not be trusted. Anna Stapleton had sought out Sandeep for assistance and confided in him, only for him to relay what she had said to Prabhjot. I was told of numerous incidents in which David Berman had yelled at colleagues and not been reprimanded, with a number of people crying. Sunny had witnessed a yelling incident and not done anything, and had defended David Berman after his direct report, Geraldine Llames reported the behavior to him. When I asked about whether Prabhjot was aware of this, and how he had handled it, I was told mixed things. Some people thought that he was unaware, others that he actively chose to not respond to these scenarios.

In my first month, I mentioned to Prabhjot that a former colleague of mine worked at the Rockefeller Foundation, and that I had managed a Bill & Melinda Gates Foundation grant. He told me that he knew the top people at all of these foundations and that it was better to initiate funding conversations from the top, rather than mid-level to mid-level.

After the event, when I asked Prabhjot how we would engage to the 50+ Task Force members, who were global and domestic health care leaders, in the process of developing the findings and the report, he told me that, "I [Prabhjot] have more knowledge on this topic than all of the Task Force members combined." It soon became clear that he was unwilling to engage the majority of the Task Force members on their ideas or to incorporate discussions and feedback from the event. Daily, seven days a week, he sent me a wide range of journal articles, blogs and reports with almost no preamble or context except a few words like, "global advantage". They might range in topics from frugal innovation, to universal health coverage, to an increase in maternal mortality in rural America. One morning he called me at 7 AM to say that he had figured out that the project was all about universal health coverage (it was not). There was a period when he was focused on "alternative regulatory environments" and the findings suggesting that Harlem suspect healthcare regulations to facilitate innovation, and greater task shifting. Trying to get him to commit to an idea, or contradicting him could often lead to irritation on his part, and an attitude that I simply didn't get it.

Safo_005371

Within a few days of the first (May 31st) Task Force meeting, we had a debrief meeting with most of the staff who had helped to organize the meeting. In attendance were James Faghmous, David Heller, Prabhjot, Anna Stapleton (either remotely by phone or in person, although I believe in person), Geraldine Llames, Sasha Walek and myself. Prabhjot proceeded to thank the women for their help, and then ask the men what they thought about the event. I was horrified that he did not encourage the women to share their feedback. I shared mine, and asked the women to, but at that point they did not share much. James commented that the women had been far more involved, and done nearly all of the work.

Shortly after the meeting, he told my male intern, Pranay Nadella, that he could likely write the report over the course of a few days.

He began to regularly reference a woman, Sarah Sullivan, who worked with him at Columbia to create the Community Health Worker Task Force report, and to say, "well Sarah Sullivan wrote a report in 90 days--but she's special". The not-so-subtle implication was that I might not be capable. When David Berman and I tried to point out the difference between compiling a report on a concrete topic (community health workers) and an abstract emerging field (global comparisons/global to local) he became enraged.

He mentioned Sarah Sullivan so often that at one point I told him, "I am going to find her." I met up with her and learned that the entire task force report process had been completely different, with a literature review written shortly before they developed the report, many task force members contributing content, and a number of staff helping to develop the report (as opposed to the situation he placed me in where my intern and I were largely doing it alone, with no defined subject matter, and no task force participation).

Shortly after the 4th of July, I met with Prabhjot for a 1:1 before a broader Global Advantage team meeting comprised of David Berman, Sasha Walek, Geraldine Llames and myself. The meeting went smoothly. However, when immediately afterwards we went into the group meeting, Prabhjot began yelling at me for not producing a summary of the May 31st event and a list of innovations yet. He had not clearly asked for this deliverable before, but I was shocked not only by his tone but what I felt was an unnecessary public shaming. He could have mentioned this to me privately, but clearly waited until the group meeting. I was frustrated to have a deliverable expected of me that he never explicitly said he expected, or given a timeline for. I felt there was no joint accountability for the fact that he had asked me to do a number of other tasks in the time period since the event. After this meeting, David Berman expressed to me that it was "brutal", and that he felt for me. I later confronted Prabhjot about this not having been an explicit deliverable, and he said that many people "sidle up with their own process" and would have created it without being asked.

I had tried to introduce the process of a monthly work plan. David Berman told me that they didn't plan that far in advance. Prabhjot looked over the work plan with proposed deliverables on it and said, "what do you get from this?" His lack of engagement with it led me to stop the process.

Safo_005372

That same week, Prabhjot was in my office, lecturing Pranay and I about a topic when all of a sudden we all heard someone yelling. We all (Pranay, Prabhjot and I) made eye contact and exchanged scared looks. Then we realized that David Berman was yelling at Mary Caliendo, Prabhjot's executive assistant. Prabhjot entered his office, so I assumed he was going to end the conflict. However, he appeared to have just been listening in his office, returned and continued speaking to Pranay and I as if nothing had occurred, shutting the other door to the hall at one point. Suddenly things became more quiet, and Prabhjot went to listen, and it became clear that Mary was crying. I walked out at one point and witnessed Mary crying as David continued to yell at her. At that point David had stopped yelling. Prabhjot never verbally acknowledged to Pranay or I that this had happened. When David retreated to his office, Prabhjot went in and spoke with him. I spoke with Mary who was very understandably upset. By Prabhjot not stepping in or acknowledging the behavior, I felt that Pranay and I had to also pretend everything was normal and not step in. I'd like to think that had Prabhjot not been there, I would have gone and tried to get David to stop yelling at Mary. I felt sick to my stomach then and for days afterwards when I thought about the incident. When I was alone with Pranay that day I said, "I want you to know that I have worked a number of places, and that was not normal. Under no circumstances is it ever acceptable to yell at someone like that." Pranay was clearly upset by the incident as well.

I heard what Prabhjot said to Mary (his direct report) afterwards and found it to not be very empathic. He told her to take care of herself, and slow down so as not to make as many mistakes.

David approached me later that day and asked if I had heard anything. I said that I had. He said, "Did it sound like I raised my voice?" I said "It sounded like you were yelling." I felt that he was trying to influence the narrative. At this point he was embarrassed and apologetic to me, which seemed misplaced. Later Mary said he apologized to her. I asked him, "what was the straw that broke the camel's back [with Mary]?" He said that Prabhjot's ticket to Liberia was not showing up on-line and that she had written a non-nonsensical e-mail. Of course no act would justify verbal abuse, but I was still taken aback that what had provoked him seemed largely inconsequential.

I believe it was that same day that Prabhjot asked me if I had had any issues working with her, and I said no. It was clear that they were trying to fire her, and wanted more with which to build a case. Her 6-month probation had been extended.

There was (and is) a culture of fear about speaking up, especially during the 6-month probation period, given the widely accepted belief that they did not have an issue firing people, and the understanding that it was easiest to do so during that initial period.

From post July 4th through the summer until a few weeks prior to the September 15th Task Force meeting, I was regularly subjected to emotionally challenging 1:1 sessions with Prabhjot about the report. He would regularly say a few inchoate and incoherent things, peppered with esoteric language, and then tell me to write a section of the report. I would send him a draft and he would tell me I'd missed the mark, but often not give enough detail as for me to know how to improve the next version. Oftentimes a

Safo_005373

critical 1:1 would follow--he told me that I wouldn't be able to write the prose of the report and would instead have to do it in outline form, or criticizing that I had not done a systematic review of literature (when previously he had dismissed literature reviews). The next time I would bring up these statements, he would act as if he had not said them. Eventually he wrote a list of statements, high-level ideas and examples and told me to find citations and supporting evidence.

I spent a day trying to do this, and at the end of the day he called me into his office to show him what I had prepared. He told me that what I was done was "a waste of a day's effort" and that he was going to work with me, "to teach me how to think" [like him]. He expressed this as a great gift, and said with hesitation that he thought but wasn't sure that I'd be able to do it. He said he had taught Stella Safo how to think over the course of two years, and that he had never invested in Anna like that, but that he would with me because he was more invested in the Global Advantage body of work. He carried on for a while, criticizing the outline I had prepared, and my lack of "structured" thinking and logic, and then close to my breaking point, my eyes welled with tears. At this he said that I had to act like a machine, that I couldn't let feelings like shame and other emotions get in the way of the work, and that we were just two machines working together.

Sometime after that incident, I began working evenings and weekends to research and try to substantiate his collection of random statements. This proved extremely difficult, and in some cases impossible. The result was a nearly incomprehensible bulleted draft of the report that overwhelmed the reader and was largely devoid of meaning.

I would often share back with him the notes of what we had said, and he would say that I had missed the points. We would meet, when confronted again with what he said, he often acted as if I had just not captured it correctly. In my ten years of work experience, no employer had ever criticized my note taking abilities. He said he had no faith in my handwritten note taking abilities. At this point he offered to have an ipad purchased for me.

I would send him drafts, and he would either say that I'd missed the mark, or that it was "perfect," but very little concrete feedback to improve further drafts. Exasperated, I called Anna Stapleton, who had since left, for advice. She recommended formatting documents well and and shared that she had experienced this dichotomy of feedback as well. She recommended formatting documents well because the presentation of the document sometimes seemed to appease Prabhjot, even if the content was still unclear. Prabhjot conceded to me at one point that if a draft didn't visually look good, he would not bother reading it.

After not sticking to a time table himself for the draft, he would then sometimes say he expected something by end of day and call me at any time of the morning, day or evening,  repeatedly. Once he said that he wanted three sections of the report within a few days. I told him that was nearly impossible, but he wouldn't relent which led me to engage David Berman to talk to him. Eventually he agreed to a more realistic timeline.

He had a habit, during 1:1's, of trying to get me to say that I agreed with everything he had said and to commit to implementing it in the report. This was often difficult to do

Safo_005374

without researching it first. I would resist and say, let me get back to you--but he would not accept such responses and end the meeting on that note. Finally, just to end the unpleasant meeting, you'd half relent. Unfortunately, he would then repeatedly try to hold you to what you had said in that meeting even if you confronted him with a preponderance of evidence suggesting that it wasn't the best option.

Much of the research felt we did together was intellectually dishonest. He encouraged cherry picking articles and quotations to support his pre-existing points, and was dismissive if I pointed out inaccuracies. He repeatedly criticized my "process" or lack thereof. He encouraged me to learn more from Sarah Sullivan about her process.

What I want to emphasize about co-writing and co-creating with him is that it often felt impossible. I have ten years of work experience, and have worked with a variety of different demanding personalities in intense work environments. But this situation felt as if no matter what you did, it wouldn't work. To give an analogy, if you were solving a quantitative problem, it would be as if the data inputs provided to you by your supervisor were wrong and then when you got to the end, and couldn't solve the problem, the blame was entirely yours. In hindsight, I recognize that he didn't know what he wanted, but he was so insistent on the fact that he did, and shifted the blame to make me feel as if it was my inabilities, rather than a joint challenge. These periods were emotionally very intensive and overwhelming for me. I felt very anxious and depressed.

In August 2017 Prabhjot and I traveled to Liberia together for a work trip. It was then that I began to notice the extent to which he lied and more erratic behavior. Before the trip, when I was figuring out the visa application process, I assumed he had visited Liberia previously and he told me that he had not. In our layover in Brussels, I referenced it being our first trip, and he said he had been to Liberia previously for high-level Millennium Village meetings. I was surprised, but assumed I must have been mistaken. Throughout the trip, people would ask if it was our first visit, and I would say yes, he would say no. At the staff retreat after we returned, Prabhjot presented on the trip. His opening line was "Liberia--a country I had never been to before." This type of lie was innocuous enough, but bizarre and could make you question your own memory and sanity.

Before we left, Mary realized that there wouldn't be enough hotel space. She asked me to go with her into his office to inform him. His immediate response was that he could stay with Raj Panjabi (CEO of the non-profit Last Mile Health--the purpose of the trip was research for Prabhjot's book with him and exploring potential collaborations with Last Mile Health), and I could stay in another hotel. I repeated back slowly, "So . . . you'll be in one hotel, and I'll be in another . . . " and he said yes. Later Mary clarified that Raj would be staying at the Last Mile Health guest house with his team. Then Prabhjot made a big point to say that we should stay in a five star hotel with me to ensure my safety. I did not speak up but found it alarming that he would have been comfortable having me stay alone at another hotel, in a developing country without reliable public transportation.

Throughout the trip Prabhjot told Raj Panjabi a number of things which I suspected or knew were lies, both about the work of the Arnhold Institute and himself personally. I did not feel comfortable contradicting him, but also felt complicit in the professional lies by

Safo_005375

remaining silent. I suspected he was overstating Atlas' capabilities, he repeatedly said that Stella was Liberian (eventually I asked and he said was born in Liberia), he said that he practiced medicine on a nearly weekly basis, which I didn't believe to be true but couldn't confirm. He said that he had led the Millennium Villages health work repeatedly, but on the return journey I was reading the New York Times with him next to me, and Sonia Sachs was quoted as the head of the Millennium Villages health program. I asked him about it, and he conceded that she was the head of it, but that he had really led things as her deputy. He then described her saccharine nature and how difficult she was to work with in a way that I found gendered. Later, I mentioned this to Sarah Sullivan and she said that he was not her deputy, and that in fact there were multiple people with that title and his had been something like advisor.

After arriving in Monrovia, Liberia and waiting in the car at the airport, Prabhjot told me that Mary was constantly making mistakes, and that her last day would be early September. She did not yet know that, and wouldn't until the day they fired her. I resented being put in the position of knowing he was going to fire her before she did. On the day that he did fire her, he said he wasn't sure what sort of sounds would come from the office. I said that I would be writing in a cafe, to avoid to situation, but he insisted I stay at hand in case he had a spare minute or two to discuss work.

While in Liberia in August 2017, Prabhjot sketched something which he said were the Task Force report findings, which would later become the "missing layer" which eventually became the Global Advantage Framework. Later when we discussed it again, I did not understand what the framework was; Prabhjot became frustrated with my notes, he could not recall what he had said and scolded me as if I had lost the holy grail. He said I had wasted his time. This was also problematic because findings should have emanated from the Task Force, not just his own thought.

After a meeting at the U.S. embassy, I changed my clothes from a suit dress into more conservative clothing that I considered more culturally appropriate for field work. Prabhjot commented and told me that he, "prefers the modest look". The comment struck me as inappropriate, in the same way that a boss making the obverse comment would be.

Throughout the trip, he spoke almost non-stop, rarely asking me anything or including me in conversation. After almost a week in the field, I realized I had never spoken so little in my life, and began to feel I had nothing of value to say. Occasionally he asked my opinion or a hypothetical question, and then became irritated with my response. I realized it was easier to remain silent than to speak with him. I took notes for a week, but I asked him repeatedly upon our return if he wanted to see them, and he did not.

From May-September 2017, Geraldine Llames, Sasha Walek, David Berman, Prabhjot and I regularly met to discuss the Global Advantage project. These meetings felt unnecessarily contentious, with David Berman and Prabhjot often speaking to each other especially but also to us in an argumentative manner, specifically over the Global Advantage web site, table of contents of the report, and whether video footage and recordings of the event would be necessary.

Safo_005376

After the September Task Force meeting, during the debrief Prabhjot commented to the team that he wished the process had not been so stressful for me. I noticed that he repeatedly described me as stressed, and used other terms related to my emotions, and was dismayed when my colleagues began to describe me as stressed. I felt that it was a subtle way to alter my colleagues' perception of me as a highly effective team member to an over-emotional and by extension weak one. Notably, he did not mention anyone else's emotions, except to label external women as "anxious" or "having a few screws loose" regularly.

Shortly before my birthday (September 25th), Stella e-mailed myself, Natalie Privett and a few team leaders about holding time for cake to celebrate, and to invite other people. She later recounted that in front of Prabhjot, David Berman yelled at her and told her that she had not been inclusive. She was very upset, nearly to the point of crying, and when she brought it up with Prabhjot, he said she had acted unprofessionally. The end result of what the Arnhold employees later referred to as "cake gate" was a secret celebration next door at the Museum of the City of New York. Since that time, almost no other birthdays were celebrated, and David Berman has managed the (frequent) goodbye cake emails. The employees did a cost-benefit analysis and determined that the retribution of organizing birthday cake for fellow employees was not necessarily worth it.

During my performance review on October 31st 2017, Prabhjot told me that I had been an absolute joy to work with, that I had done excellent work, and that he thought my programmatic skills would be well utilized as the Director of the Global Sites. During my performance review he said that on the "hold 'em or fold 'em" scale I could hold 'em more often". He elaborated to explain that I could challenge him or hold my ground on something more often, rather than agreeing with him. I said that I felt that I challenged him more often than most staff (he agreed, and said I had set an example in this regard) and that continuously fighting did not seem worth it, and that unlike David Berman that I was not comfortable engaging in a heated argument. I added that I found that their type of engagement to be uncomfortable, and that it made many of my female colleagues uncomfortable as well. Prabhjot said that it worked for him and David Berman, but that he found yelling to be uncomfortable as well. I found this to be at odds with his behavior.

Less than a week later, we had had a positive meeting with the Commonwealth Fund about potentially receiving funding. In preparation for the meeting, David Berman told Natalie Privett, Stella Safo, Alyssa Smaldino and I that we should not say more than a few words in the meeting. During the meeting with Commonwealth, Prabhjot and David did all of the talking on behalf of the institute. At this time, the plan was for Stella Safo to be Prabhjot's CO-PI, but the meeting was scheduled during the weekly time period when she had clinical responsibilities.

After the meeting, Prabhjot insisted on having another meeting about my future at the Institute, less than a week after my review. During this meeting, he did not mention the Director of Global Sites position or the global sites workstream. When I brought it up, he said that I would not be a good fit for the position, because it required someone with very strong project management capabilities and a strong "process". He said that the back and forth that I had had with him over the report would be far worse in this situation. He correctly read my mood and asked me if I was upset. I said that this wasn't the

Safo_005377

conversation that I expected to have, and so I hadn't prepared for it. I asked to re-visit the conversation later repeatedly, but he would not relent, and proceeded to tell me all of the reasons why I would not be a good fit for the Director of Global Sites position. At one point he said, "if you want it [the position], just say it" and I said that I did. He said, "then fight for it".

Over the course of the next few days, he regularly subjected me to 1:1 conversations about my negative qualities. He said that it had been very difficult for him to work with me on the Global Advantage report. I was taken aback the first day, but in subsequent conversations remained calm and noted that this seemed to unnerve him. The calmer I remained, the more he elaborated on how upsetting the process had been for him personally to know that I couldn't wait for the report writing to be finished. I told him that I was sorry if I had made him feel that way, and that it had never been my intention. He then told me that I was sometimes "snippy". Shortly after this, he mentioned the likelihood of me beginning to report to Natalie Privett or Stella Safo (rather than him).

In December, Prabhjot, Humale Khan, David Leon Rojas and myself traveled to Liberia. David Berman and Stella Safo were supposed to go, but at the last minute for personal reasons both were not able to go. David had planned the trip, and I did not feel he had organized things very well. A few days before leaving, I was told I would be responsible for the trip, and the success or failure of the trip (the objectives of which were not clearly defined) lay with me, and this would be a test of my capabilities. Parts of the agenda had been developed by David Berman, and much of it was organized by Molly Lieber, Ann Marie Beddoe, MD's right hand woman.

The first day of the trip, Prabhjot made an effort with Ann Marie, and I was relieved. However, once we met with the Minister of Health, his demeanor changed going forward and despite having insisted on being part of almost all of their trip, he then wanted to skip parts of the agenda. At a dinner with all of their workforce grant partners (of almost all women), he said (too loudly for my comfort) "We should have sat this one out."

One morning, Prabhjot, Molly and I traveled to the Carter Center to explore potential opportunities to engage in mental health work. Molly had collaborated with a woman there on a grant proposal. Prior to the meeting, Molly shared that global mental health work was her passion. We went into the meeting, and it went smoothly enough although Prabhjot mentioned a mental health curriculum he had developed and an article in the Lancet on mental health he had participated in, both of which I doubted the veracity of. Afterwards, when we debriefed in the car, Molly said she thought the meeting had gone well. Prabhjot asked Molly her opinion on global mental health, then said that it was a failure. He said that without an asshole leading it (like HIV/AIDS had) it could not advance and the social scientists had done it a disjustice by treating it differently than other conditions, bringing in cultural aspects. His tone was adamant and confident, seeing that Molly was getting upset, and disagreeing with his point of view, I said, "Prabhjot, don't you think that comparing mental health--with so many different conditions, schizophrenia, depression--is quite different than coming it to HIV/AIDS?" He insisted HIV/AIDS was a syndrome, and that there was no difference. He shared his

view about the importance of labeling an entire field a failure so as to improve it.  It is hard to capture his tone throughout all of this, but everything was such with such intensity that I did the cost benefit analysis, and decided it was not worth trying to challenge him. He repeated a variant of a sentiment I had heard many times before--that he had worked with two types of people, emotional and non-emotional (bringing up Craig, an engineer on the ATLAS team as a prime example) and how much more effective the non-emotional were. The implication that she was in the former category was clear, and I had already been told this  about myself  by him on numerous earlier occasions. I noticed that he would pepper the debate with an esoteric term, and ask her if she had heard of it before. At this point the car ride was over and we were eating at Molly's hotel.

It struck me that the whole pattern was quite familiar. It seemed as if he would bring in the use of a term intentionally to throw off the other person. He and Molly debated, and Molly eventually articulated the power dynamic for him to say things with complete certainty, as a medical doctor and director and that he knew it would be hard for her to challenge. He disagreed, and said that he saw her as a successful employee, married and a mother (the latter two I found offensive, as if that factored into value as a person and employee) but said that "this was fascinating" and "a true gift" for her to engage with him like this. He then said something along the lines of how he was more likely to be profiled and discriminated against than Molly. I tried to cut off the conversation at this point. It was an unnecessary non sequitur, and I wasn't sure of the direction but didn't like it. He then began to make a comment, but prefaced it with being a women's studies minor, I said I'm not sure what's coming next, but you shouldn't probably not say it. He then made a comment about how odd he found it that white women were leading the women's rights and sexual abuse movements. This was a non-sequitur, but I suspected he was trying to make Molly and I question our space in discussions as white women.

I felt disturbed by the whole exchange. It's hard to capture its bizarre intensity, but while Molly and I were upset, he seemed to be genuinely delighting in the process, something I would increasingly noticed during conflicts. I had never witnessed him doing this to another person before, but I had often been in Molly's position on many debates and found it to be a very unpleasant process. Observing it allowed me to see that his approach was systematic. Just the previous day he had intentionally gotten me upset by mentioning again his delight after Trump won the election, and his insistence that liberals like me were too focused on the Russia investigation and not focusing on what they should be.

At a later date, back in New York City,  he told me that it would eventually probably make sense for me to report to David Berman, given my work on the global sites. I told him I could see the logic behind that. He encouraged me to express my feelings about it, and I said that my concern would be that he would yell at me. His response was that it was unlikely to happen to me, but that I was smart to set the precedent from the outset that that wouldn't happen. I said that even the concern that it could happen had the potential to affect my work. He went on to say that he (Prabhjot) had a hard time telling people that their work was of low quality, and so David had to step in to fill that role. He said that most of the people we worked with were incompetent. I tried to point out that even if that was true, yelling at them was not the answer and that his outbursts were not clearly

Safo_005379

correlated to significant incidents. He then said, "so you're concerned that David will be disrespectful". I said, "That's not how I'd characterize it." He said, "well how would you then?" I said, "What you and I witnessed with Mary was verbal abuse. And I want to go on record now and tell you that if that happens to me, I will come to you. I will not work under those conditions." He didn't say anything further. When I processed my emotions later, I realized that he was condoning David Berman's verbal abuse, and implying that it happened to weaker, less competent individuals. He has not brought up me reporting to David Berman since.

The Commonwealth proposal writing process, like previous writing exercises with Prabhjot, proved to be endlessly frustrating and inefficient. He preferred to spend a significant amount of time criticizing what Stella and I had developed, rather than suggesting improvements. At one point, a Commonwealth Fund employee gave a lot of feedback on the proposal. He sent a draft response to Stella and I, and I was concerned that he would tell me to send it from my account. Much of the email was inaccurate, and I would not have felt comfortable saying it to a prospective donor. I decided to send it back to him, with all of my suggestions on what to delete highlighted.

Stella resigned shortly before the three of us were scheduled to present to all senior Commonwealth Fund staff. Prabhjot declined to tell that she had resigned, and said she could not attend for personal reasons. Kirsten Knaup had previously been reluctant to incorporate the grant proposal into the internal Sinai system, InfoEd until the last minute, but now felt a great sense of urgency to push it through the process before Stella left. I asked Kirsten when Stella's leave date was, and she said something along the lines of, "hopefully she'll be reasonable with us", which I took to mean, hopefully she will wait until the grant has gone through.

Within the hour of this private conversation between Kirsten and I in her office, I was exiting a stall in the women's bathroom when I heard Kirsten say to Stella, "be careful that you don't back yourself into a corner" before I walked away. Stella later told me that Kirsten said she should be careful not to lose her health insurance if her other position was not yet official. Later that afternoon, I was in the car wirth Prabhjot and Sasha Walek en route to Brooklyn to meet with Dr. Geiger, when Prabhjot insisted on speaking with Kirsten and Stella about her timeline for departure, which he said was out of concern for her. Stella said her end date of a month later was non-negotiable.

A few days later, the Commonwealth Fund asked to speak with us. They shared that senior leadership had concerns about the strength of the proposal, and wanted to wait until the next cycle in May before putting it before the board. When I mentioned to Prabhjot that they may ask why Stella was not participating in calls or emails, he asked if I wanted to lead the call and talk about the team. I declined. I interpreted this as a ploy to put me in the position of telling a lie of omission (rather than him doing it).

When my colleague Sasha Walek resigned, Prabhjot was describing to me the profile of the candidate for the position. He said someone not, "so old". He saw the shock on my face and then said, "oh that sounds horrible--I didn't mean that." A few weeks later when we were in Guatemala, he repeated the statement in front of me to Bruno Silva.

Safo_005380

Prabhjot regularly comes into my office and makes gendered criticisms of external female colleagues. Before a recent call with Commonwealth he said, "I feel like I am about to be scolded by my mother". It was to be all women on the call. I grimaced, and he half apologized. Each individual comment is not "reportable", but the constellation of regularly hearing things like "she has a few screws loose", or after a meeting with Ann Marie, when I commented on her significant course change he said, "do you know what splitting it?" (to imply borderline behavior). I don't recall negative statements like these about men. He once bragged to me about making a female subordinate of his named Julia at Columbia cry regularly, but then took credit for all of her later successes. He listed many of the women who had worked for him's work accomplishments, and said I too may someday find myself in this group of successful women. The comment annoyed me, because I felt that everything I had accomplished at Arnhold was in spite of him, and I did not appreciate imagining the future conversations in which he claimed credit for my success, despite the fact that I had ten years of work experience when I began working with him. I had also heard from multiple women at Columbia that they found working with him to be emotionally taxing and frustrating. I commented, "do you have a control group?"

I began the habit of regularly sending emails to him and/or David Berman before I sent them externally. This was easier than having my formatting criticized afterwards, however it opened up the possibility that he would change language and encourage me to say things I would not have otherwise, as happened with an email to Task Force member Claire Qureshi which he wrote for me and exaggerated where we were in the process with the Commonwealth Fund. Another time in Guatemala, he took my phone and wrote an email to a prospective intern, Georgina Heffernan. Later, he tried to do it again, and I began making noises to show how uncomfortable I was with this.

He recently entered my office and told me that Rachel Vreeman, a prospective faculty hire had requested a lot of money, but that this was a positive sign. I said, "you do realize this is gendered, right?" He said it was important to demonstrate as a woman that you could break through and challenge the system. I reiterated that there was a perception women faced when negotiating hard. This comment, along with so many others, reflected a tone deafness about gender relations and his broader attitude that people should act as alphas, and not acknowledge differences the way an inclusive leader would. This bothered me knowing that there were significant gender pay disparities at the Institute.

During meetings, he will often interrupt people, but women in particular. After women have spoken, he will pretend as if they have not said anything. In particular I recall him doing this with Stella Safo, and myself making a point to circle back and acknowledge what she had said. During the Guatemala debrief, he skipped Geraldine Llames, until outraged, I pointed at her and he went back. During ATLAS meetings, he would put all tasks on Geraldine. This was odd because the room was full of male software developers, many or all of whom outranked her in pay. I would hear him place accountability for the success of meetings on her, with vague terms such as "making meetings smarter". His tone and type of engagement with her made me very uncomfortable.

Safo_005381

I'd like to summarize by saying that many of these examples may seem strange but unnecessary to include. I capture them to give a flavor of what I have experienced over the past year. His lack of clarity, focus and leadership have made it very difficult to work for him, but even more troubling are the things which when considered individually are odd or disturbing, but over time emerged as a systematic pattern of cultivating and condoning emotional abuse. These include: his habitual lying and exaggerating about the work, scapegoating his employees rather than taking accountability, criticizing internal and external colleagues regularly behind their backs, with a particular focus on women, shifting his perspective or approach while denying having done so. He always insists he has a stable vision. The result is that it can make people working closely with him feel crazy. It is impossible to win an argument with someone who does not constrain themself to the truth and reality. He is regularly engaging in efforts to fire someone, he often has a few people he is focusing on at any given time.

In a meeting with Soma Stout, an external stakeholder and member of the Task Force, when she described a tool that evaluated the wellbeing of community members, he told her that ATLAS used the same thing. I made eye contact with him because I knew that was a blatant lie. He also told her that he had met with her boss and that he wasn't very invested in her work. I was not part of that conversation, however I suspected, knowing his pattern, that this was unlikely or exaggerated. When I read the Panorama report, I was not at all surprised that our external stakeholders mentioned the inconsistency and exaggerated way the Arnhold Institute's work was described. The initial report was much more scathing of Prabhjot's leadership, but watered down before it was more broadly shared.

I strongly suspect that information is misrepresented in Prabhjot's resume which was submitted to the Commonwealth Fund.

I have repeatedly noticed that he delighted in seeing myself and others upset or in conflict. This was clear to me from his facial expressions and that he would provoke people and push conversations far beyond their comfort zone. In a meeting with the U.S. embassy he told me to remind him to set up a meeting with Exxon, I found it odd but later when he said "I bet you never saw yourself working with Exxon." I understood that he thought it would bother me (it hadn't). In a senior staff meeting that a mid-level group of us joined recently, when myself and the other mid-levels (Alyssa Smaldino, Erica Levine, Michael Escosia and I) debriefed afterwards we agreed that he seemed to be delighting in the conflict in the meeting.

There was clearly favoritism at the Institute. And although I have seen a side of Prabhjot that many have not, and experienced more manipulation and abuse, I have to concede that I often did get far more visibility and preferential status than many of my colleagues.

When you look across the institute, it seems to me that many people are not in jobs that suit their skill sets. Many people who were hired had no global health experience, or were placed in roles where the focus was domestic healthcare, with no previous experience. Job descriptions and titles often do not fit roles. For example, Sandeep Kishore had focused on advocacy, not chronic conditions previously, and had no prior management experience. His title is deputy director, but since I have been there he has

not carried out day-to-day deputy duties. Instead, David Berman, whose title is Chief of Staff, often plays more of that role. In my opinion, it is not a coincidence that people are often poorly matched with their skill set, experience and titles. I believe this is something that Prabhjot did by design, so that he would be able to override them, and cast doubt about their abilities.

Over the past year, I have regularly turned to my female colleagues for counsel and support, and many of them have come to me crying or on the verge of crying, and expressed intense personal and psychological conflict as the result of working at the Arnhold Institute. Many of them suffered decreases in self-esteem. One colleague had a panic attack in front of Prabhjot, and had to begin taking anxiety medication. Many began therapy, and I on multiple occasions tried to find a therapist and have considered seeking out medication with a psychiatrist to cope with the environment as well.

Shortly after Stella and Sasha both left, Sandeep Kishore and I took a walk in the park. He asked how I was doing, and I confided in him my concerns and challenges, and that I felt the work culture was misogynistic and emotionally abusive, in addition to being of zero external impact. I shared that women regularly came to me and were very upset. He did not say much, but at one point I said, "Do I sound crazy to you?" And he said, "No, because others have said similar things." However he did not mention any concrete ways to improve things and I did not feel he would or could, despite being the deputy director.

Many of us have wanted to report things for a long time, but feared that nothing would be done, and worse, retribution in terms of being fired or worse, insidious emotional abuse. I have felt largely powerless and voiceless over the past year, and worse, made complicit in the culture around me. I thank you for the opportunity to share my experiences anonymously, and please let me know if you have any further questions.

Safo_005383