# EXHIBIT 28

this grant

But ANYWAY you have an amazing time in Ghana!!!

Have a spiritual cleanse and let out all the toxic energy from this place

You mean Berman?

Yea it's fucking amazing

These lazy motherfuckers have a rude awakening coming to them. Watch

Yesss

Ps was speaking sternly to daddy end of day yesterday

On phone

We are so fake it's hilarious  (w our commonwealth emails). Ahahaha

I'm over here dying

Hahaha mine to him was carefully worded

Fuck him and fuck his work daddy

It was good

Coded so he'll know

That it's really all to you

Hahahahaha

Just want email evidence if anyone tries to fuck w your job that you're a fucking badass

Especially my use of the word process

Yes your thoughtful and specific praise of me is very distinct from what he is capable of as a manager/human

Yo the thing is- you're wonderful. The fact that he gives you a hard time at all shows his pathology. Fucking insane man

And so are you

As you frame it (and I totally agree) his hatred stems from being threatened and in a way is actually the ultimate backhanded compliment

He knows we have things he'll never have : genuine big hearts, courageous spirits, natural leadership abilities, true passion, etc

The capacity for great joy

Amen bitch. I second everything you said

Go to Ghana and figure out how to make that your life/career (and if you want it) and I'll be your backstop fundraiser whatever in America

Loved "Amen bitch. I second everything you said "