# EXHIBIT 29

[5/3/18, 8:58:52 AM] Amanda Misiti: Let's keep moving forward
[5/3/18, 8:58:59 AM] Stella Safo : Cool am down for that
[5/3/18, 8:59:02 AM] Stella Safo : Mary is on board
[5/3/18, 9:05:20 AM] Amanda Misiti: I knew she would be
[5/3/18, 9:05:45 AM] Stella Safo : Farah is on board. Justfinished talking to her
[5/3/18, 9:13:10 AM] Amanda Misiti: Yessss
[5/3/18, 9:13:17 AM] Amanda Misiti: What about Anna and molly
[5/3/18, 9:13:43 AM] Stella Safo : Anna I talk to tomorrow. Haven't asked Molly. Do you want to ask her and Alyssa if hey would be willing to talk?
[5/3/18, 9:13:56 AM] Amanda Misiti: Sure
[5/3/18, 9:14:12 AM] Amanda Misiti: With molly I feel comfortable admitting I'm talking
[5/3/18, 9:14:32 AM] Amanda Misiti: Because she is disconnected from aigh folks except Renee
[5/3/18, 9:14:44 AM] Amanda Misiti: But do you think it is okay to tell Alyssa I'm talking?
[5/3/18, 9:14:53 AM] Amanda Misiti: Do you want a statement from her or an interview?
[5/3/18, 9:15:02 AM] Amanda Misiti: I think she can write a strong statement
[5/3/18, 9:15:05 AM] Amanda Misiti: Also
[5/3/18, 9:15:13 AM] Amanda Misiti: Do we have the terms of this thing in writing
[5/3/18, 9:15:22 AM] Amanda Misiti: Like I'd like it in writing that this will be anonymous
[5/3/18, 9:15:31 AM] Amanda Misiti: And that my identity will be protected to extent possible
[5/3/18, 9:17:07 AM] Stella Safo : It's ok to yell alyssa. I will let Natalie know so my initial concern w alyssa is that telling her would tell Natalie and I didn't want to bring Natalie into this but oh well
[5/3/18, 9:17:11 AM] Stella Safo : Alyssa should do written
[5/3/18, 9:17:37 AM] Stella Safo : Asking the head women group now about written testimonial protection. Should know something soon
[5/3/18, 9:19:33 AM] Amanda Misiti: Thanks
[5/3/18, 9:19:50 AM] Amanda Misiti: Is Farah going to hold off then with labor complaint against KK
[5/3/18, 9:19:58 AM] Amanda Misiti: Cause yesterday I was telling her pls hold off a bit
[5/3/18, 9:20:02 AM] Stella Safo : Yes
[5/3/18, 9:20:05 AM] Amanda Misiti: I think it's better if she participates in this
[5/3/18, 9:20:09 AM] Amanda Misiti: Mashallah
[5/3/18, 9:20:11 AM] Amanda Misiti: Okay good
[5/3/18, 9:20:33 AM] Amanda Misiti: So talk to Alyssa today?
[5/3/18, 9:20:37 AM] Amanda Misiti: And molly?
[5/3/18, 9:20:41 AM] Amanda Misiti: When do we need statements by
[5/3/18, 9:21:05 AM] Amanda Misiti: What about geraldine
[5/3/18, 9:21:27 AM] Amanda Misiti: And what about emilie
[5/3/18, 9:27:26 AM] Amanda Misiti: Also I haven't had a chance to read your edits
[5/3/18, 9:27:46 AM] Amanda Misiti: But I think it's important that sunnys complicity lack of advocacy be mentioned
[5/3/18, 9:28:06 AM] Amanda Misiti: Because it would be a shame to have him fail forward as a result of this
[5/3/18, 9:28:14 AM] Amanda Misiti: Him as interim director is also a nightmare
[5/3/18, 9:28:18 AM] Amanda Misiti: I mean better of course
[5/3/18, 9:28:24 AM] Amanda Misiti: But not great
[5/3/18, 9:34:48 AM] Amanda Misiti: Wdyt?
[5/3/18, 9:36:26 AM] Amanda Misiti: Also if he asks us about investigation or if we are participating it would be good to have a stock answer prepared I mean obviously an I don't know and no
[5/3/18, 9:36:38 AM] Amanda Misiti: But also once things advance perhaps to remind that's inappropriate
[5/3/18, 9:36:41 AM] Amanda Misiti: Or even illegal
[5/3/18, 9:38:30 AM] Stella Safo : Lots of good questions. Let me think through and get back to you shortly. Glad you're on my side in this fight. You'd be a formidable opponent my friend
[5/3/18, 9:38:37 AM] Amanda Misiti: Hahahaha
[5/3/18, 9:38:41 AM] Amanda Misiti: I am so grateful
[5/3/18, 9:38:46 AM] Amanda Misiti: To you
[5/3/18, 9:38:56 AM] Amanda Misiti: For preserving my sanity, not letting me be alone
[5/3/18, 9:38:56 AM] Stella Safo : It's so mutual
[5/3/18, 9:39:01 AM] Amanda Misiti: And giving me the opportunity
[5/3/18, 9:39:10 AM] Amanda Misiti: I listened to lemonade all the way to work
[5/3/18, 10:03:07 AM] Stella Safo : Yassss!
[5/3/18, 10:14:43 AM] Amanda Misiti: Can Alyssa know you're involved?
[5/3/18, 10:17:52 AM] Stella Safo : Sure. Sorry so yes to speaking to Alyssa and Molly. And both can know I will also give a statement. Just don't tell them that I'm low key organizing the whole thing
[5/3/18, 10:18:49 AM] Amanda Misiti: Haha ok
[5/3/18, 10:18:56 AM] Amanda Misiti: How can they submit them?
[5/3/18, 10:19:55 AM] Stella Safo : The head women (gonna start calling them bad ass bitches- BAS, for short) are gonna meet
[5/3/18, 10:20:22 AM] Stella Safo : W Clarissa and ask her to specify how people will be protected when submitting written statements
[5/3/18, 10:20:38 AM] Amanda Misiti: Thank you