# EXHIBIT 30

Nonresponsive

28/02/2018 13:51:45



Talking your shit up. We are getting you this job

You're so great, thank you!!

12/04/2018 20:07:21

Hey love you still looking for a new job? There's a great position at monte I was told to ask you to apply to

Hello! Yes!

Thank you again for looking out. I had a 1:1 with Natalie yesterday and I wanted to catch up with you sometime soon. When can I grab some of your time?

Am around end of April but feel free to call me anytime. Love to catch up

So for the job- go onto the Montefiore job portal and look for project management jobs
I'm gonna introduce you to the lead as wel

12/04/2018 21:40:07

Nonresponsive

19/04/2018 00:11:05

Agh! I haven't had a chance to apply yet. It's on my to do list for tomorrow. I had an interview with NYU today and the new guy has actually been having me do real PM work, so it's been busy!

Still tho get out get out get out get out. Those people don't deserve you

How you doing otherwise. Heard Jeb is cleaning house and some folks like bruno are freaking out.

You're absolutely right. And I'm still trying.

Otherwise I'm doing well. Jeb has recognized that I haven't been used as a PM (or used well at all). Bruno is being Bruno about it. I have been tempted to tell him to stop talking crap about ppl to me, but I know he'll feel some type of way and make my life difficult.

Aside from that, just trying to get right for the summer. And of course after he leaves, Mike and I have decided to do meal prep together. Meaning I chip in for groceries and he makes me some lunches haha

That's a wonderful setup. Yassss!

I want in on that shyt cause that boy can cook!

Right?!?!

And where it's stressful for me, cooking is stress relief for him

I love this two of you together. am glad you're doing well

Yea! 😊 how are you doing??

Am good mentally. Heading to San Diego for a conf. Looking forward to catching up when I get back

Nice! Enjoy the warm weather!!

14/05/2018 19:24:51

Hey love! Wanted to be in touch about the Arnhold investigation happening. Know James spoke w you but wanted to confirm that you did want to share your experiences w HR/legal. Will be anonymous and goes without saying that you don't have to speak w them if you're not comfortable doing so. Let me know as the investigation wraps up soon
Hope you've been well!

15/05/2018 04:20:21

Hello! Sorry today has been crazy. I'm traveling back to the east coast, but yes, I absolutely want to share my experiences. I hope you're doing well also, excited to see you tomorrow!!

15/05/2018 11:58:34

Sounds good. Will let them know. And am looking forward to seeing you soon

19/06/2018 19:16:14

STELLA STELLA STELLA STELLA I GOT A VERBAL OFFER FROM MONTEFIORE

!!!!!!!!

Yassssss! Bitch yasssss

Loved "Yassssss! Bitch yasssss"

19/06/2018 22:00:47

> Nonresponsive

21/06/2018 20:15:39

Feeling better! Talked to Natalie just now about how to negotiate

Wonderful. Will it be the Bronx site? Let me know when it's set so we can start planning to celebrate you

Hahah will do

My home office will most likely be in the Bronx but I will need to go to different sites

Good! Girl take it and get that money!!

22/06/2018 20:58:02

STELLA! I negotiated and they came back and it looks real good!

That's amazing. I'm so happy for you!

25/06/2018 19:24:27

Nonresponsive

25/06/2018 22:10:16

Do you mind if I list you as a reference?

Um...list me!

Thanks! What email would you prefer I send to? And what is your current title?

Stella A. Safo, MD MPH
Senior Medical Director Clinical Transformation, Population Health
Assistant Professor of Medicine, Icahn School of Medicine
Mount Sinai Health System
O: 212.731.7889  M: ▮▮▮▮▮▮▮ | stella.safo@mssm.edu
EA support: Ms. Gina Nelson, ▮▮▮▮▮▮, gina.nelson@mountsinai.org

And overall boss lady.

Loved "Stella A. Safo, MD MPH
Senior Medical Director Clinical Transformation, Population Health
Assistant Professor of Medicine, Icahn School of Medicine
Mount Sinai Health System
O: 212.731.7889  M: ▮▮▮▮▮▮ | stella.safo@mssm.edu
EA support: Ms. Gina Nelson, ▮▮▮▮▮, gina.nelson@mountsinai.org"

Thank you!

29/06/2018 18:32:03

Nonresponsive