# EXHIBIT 31

**To:**      Llames, Geraldine[geraldine.llames@mssm.edu]
**Cc:**      Ramjit, Renita[renita.ramjit1@mssm.edu]
**From:**    Singh, Prabhjot
**Sent:**    2017-11-21T19:47:12Z
**Importance:**      Normal
**Subject:**   Re: Work from home 11/27-30
**Received:**        2017-11-21T19:47:14Z

Hi Geraldine-
Thanks. I've taken a glance through these documents; they would have needed another round of iteration to tighten outputs and ensure awareness & alignment with the DC and Liberia crew.

These are useful conceptual/high-level documents, however, they do require a deeper dive to make them operationally useful enough to work remotely from them given the degree of coordination your position requires. Putting forward a work plan is the first step, and forms the basis for whomever else may need to be consulted.

I'm out of office and steward forward this process at this juncture. Please plan on being in office and we will head down to DC as originally planned. Happy to discuss what is expected in order to achieve sign off on something like this in the future, recognizing that it's always an exception.

See you next week and have a good thanksgiving,

Prabhjot

Sent from my iPhone

On Nov 21, 2017, at 1:37 PM, Llames, Geraldine <geraldine.llames@mssm.edu> wrote:

> Hi Prabhjot,
>
> See my attached workplan and the Atlas workplan document I mentioned within it. Let me know if you have any questions.
>
> Best,
> Geraldine
>
> **From:** Singh, Prabhjot
> **Sent:** Monday, November 20, 2017 10:45 PM
> **To:** Llames, Geraldine
> **Cc:** Ramjit, Renita
> **Subject:** Re: Work from home 11/27-30
>
> Hi Geraldine-
> I haven't see this yet. I can't approve this work from home unless there is a compelling reason and it is clear how you will be as productive out of office. It's a short trip up to NYC and we have a lot going on prior to Liberia.
> Prabhjot
>
> Sent from my iPhone
> On Nov 16, 2017, at 3:17 PM, Singh, Prabhjot <Prabhjot.Singh@mssm.edu> wrote:
>
>> Thanks Geraldine. We usually ask for work plans for the work from home day



CONFIDENTIAL

ISMMS_022303

requests. Can you please put one together for my approval?

Prabhjot

On Nov 16, 2017, at 2:34 PM, Llames, Geraldine <geraldine.llames@mssm.edu> wrote:

Hi Prabhjot,

We had spoken about this before, but I realized after your PTO email that I should get this on your radar/calendar as well. We have the USAID meeting on 11/30 in DC. I previously planned to take 11/27 off to travel back up to NYC from DC, but I requested to not take off that day and instead stay in DC and work from home until our meeting. I attached the signed pre-authorization form for your reference. If you have any questions or if there are any issues, please let me know, thanks!
Best,
Geraldine

**Geraldine Llames**
Project Manager
Arnhold Institute for Global Health
Mount Sinai Health System
geraldine.llames@mssm.edu
██████████

<20171116143609193.pdf>

<Geraldine WFH Plan Nov 27-29.docx>

<Atlas Workplan.docx>

CONFIDENTIAL

ISMMS_022304