# EXHIBIT 32

Nonresponsive

Nonresponsive

Nonresponsive



Jul 21, 2017 at 5:34 PM

Girl what are you doing ?

Beach bitch!

WWHAT

CONEY ISLAND 🌴?



Lol rockaway

Is Tina with you ?

Michelle?

No Christina

ATTORNEYS' EYES ONLY

Safo_020935

Nonresponsive

Nonresponsive

Nonresponsive

Nonresponsive

Dec 18, 2017 at 7:48 AM

Hey Bruno, I'm gonna send an email when I can get to my laptop, but I have been having really bad cramps and am trying to get a doctors appointment. I will keep you posted but I don't think I can make it into the office today

I am sorry to hear that. I hope you feel better soon

Dec 18, 2017 at 12:57 PM

Hey Bruno, I didn't let Berman know that I'm going to the doc. If they ask during the all staff where I am, can you let him know pls?

Dec 18, 2017 at 3:37 PM

ATTORNEYS' EYES ONLY

Safo_020939