# EXHIBIT 33



EXHIBIT

MEG

8|3|24

---

**Geraldine Llames**

Tuesday, Jan 31, 2017



Geraldine Llames  Jan 31, 2017, 3:22 PM

berman is yelling at someone over the phone.. very intense

Jan 31, 2017, 3:40 PM

lol he's been going at it even while you were on the phone

we were all looking at each other rolling our eyes

craaaazy



Geraldine Llames  Jan 31, 2017, 3:42 PM

haha i was zoned in on my call

he's wild

Jan 31, 2017, 3:54 PM

ticking time bomb, girl

Jan 31, 2017, 4:11 PM

sorry boo boo, i'll go over to you shortly

Tuesday, Feb 14, 2017



Geraldine Llames  Feb 14, 2017, 11:19 AM

i'm so hungry!

so i just got out of an RWJ mtg w/ berman and anna was like, oh, we could reach out to so and so from the ghana health group etc

DB was like, ummm, that's not really something we can do now bc something out side of this

-_-

Feb 14, 2017, 11:25 AM

HAHAHAHAH

FUCKING IDIOT

FUCKING IDIOT

CONFIDENTIAL

 **Geraldine Llames** Feb 14, 2017, 11:25 AM

sooooooooo dumb

i don't know why he turned them away

if anything, they should have at least met for 15 mins and been like, sorry, we have another meeting

or had someone else sit w/ them

but to turn them away entirely.. wtf..

and you know how he comes off kind of aggressive/rude.. well.

Feb 14, 2017, 11:28 AM

RIGHT?!

so unprofessional with unintended consequences

i shouldn't look at it tihis way, but there's also a race compnent that can be argued

us white folks turned away the black folks

 **Geraldine Llames** Feb 14, 2017, 11:29 AM

haha wow, i hadn't even gotten that deep

but i can see your point

it's embarrassing

i don't know how he didn't realize the potential consequences? how stupid are you??

Feb 14, 2017, 11:31 AM

he's just hot tempered

we're dealing with crazy people

crazy egotistical people

also, i have a meeting from 12-1 if you wanna have lunch without me

i don't minddddddd

Wednesday, Feb 15, 2017

 **Geraldine Llames** Feb 15, 2017, 3:57 PM

weird, i'm just seeing this now

i don't have lunch plans for thursday... (tomorrow)

did you have something in mind? or are you in trouble again?

haha side note, the reason i tried to IM you initially is bc even in email, berman is aggressive.. he replied to an email with his responses ALL IN CAPS

so it seemed like he was straight yelling in all his responses..

Feb 15, 2017, 4:00 PM

lol

of course he would

**CONFIDENTIAL**

**Escosia_000028**



**Geraldine Llames** Feb 16, 2017, 4:49 PM

i really don't get this office.. mary, karla, and sasha are friendly

but the guys go in and out and don't say anything to anyone

it's just always so quiet

Feb 16, 2017, 4:52 PM

it's the whole culture piece and the inconsistency of what we preach to how we actually practice

it's so contradictory

**Geraldine Llames** Feb 16, 2017, 4:52 PM



so bizarre

Tuesday, Feb 28, 2017

**Geraldine Llames** Feb 28, 2017, 11:46 AM



i really dislike berman

Feb 28, 2017, 11:47 AM

i heard some yelling

what the hell was going on?

**Geraldine Llames** Feb 28, 2017, 11:47 AM



he was telling me that he told me to add a timeline to a 2 pager

but sasha and i were like uhhhh

thank god sasha was there so i didn't feel like a crazy person

Feb 28, 2017, 11:47 AM

wait, did he yell at you?

**Geraldine Llames** Feb 28, 2017, 11:48 AM



and then he was saying not to have "driving questions" on the 2 pager, but have statements

Feb 28, 2017, 11:48 AM

for something he didn't actually ask for?

**Geraldine Llames** Feb 28, 2017, 11:48 AM

no, he was yelling at sasha

for something he didn't actually ask for

Feb 28, 2017, 11:48 AM

buh like why yell??

jesus effing christ

**Geraldine Llames** Feb 28, 2017, 11:48 AM



right

why be a dick?

Feb 28, 2017, 11:49 AM

well at least you have an ally in sasha

**Geraldine Llames** Feb 28, 2017, 11:49 AM



oh for sure

**CONFIDENTIAL**

**Escosia_000029**

 Geraldine Llames  Feb 28, 2017, 5:21PM

30/60/90 touchbases for renee and sunny

TEVA stuff

i have to update RWJ stuff so berman doesn't yell at us again

and updating data science stuff

oof

Mar 3, 2017, 2:47 PM

NOPE, because berman WFH on fridays

this is the problem, there is no consistency here

 Geraldine Llames  Mar 3, 2017, 2:47PM

if lazy government workers can be trusted to work from home, why aren't we??

Mar 3, 2017, 2:47 PM

AND there's no policy against it

Geraldine Llames  Mar 3, 2017, 2:50 PM

i might bring that up to him

Mar 3, 2017, 2:50 PM

that there's no policy?

Geraldine Llames  Mar 3, 2017, 2:50 PM

when we talk, which apparently we will

"we can discuss when we meet"

Mar 3, 2017, 2:50 PM

mmmm

Geraldine Llames  Mar 8, 2017, 1:59PM

dangit! i want another magnet thing for my plant

Mar 8, 2017, 2:26 PM

you want me to get you want?

[will forever feel guilty for dragging you to Arnhold\

]

Geraldine Llames  Mar 28, 2017, 10:16 AM

i hate RWJ

nothing is going on schedule

i'm mentally preparing for berman to chew me out

Mar 28, 2017, 10:16 AM

what happened?

 Geraldine Llames  Mar 28, 2017, 10:16 AM

but i was not set up for success

Mar 28, 2017, 10:17 AM

omg what happened

**CONFIDENTIAL**

**Escosia_000030**

Geraldine Llames  Mar 28, 2017, 10:18 AM

there were a bunch of meetings that were supposed to be scheduled

that are not

bc they kept changing who was supposed to be on the teams

and they decided last minute

it's fucking dumb

Mar 28, 2017, 10:19 AM

was this clear from the beginning?

how are you roped into this?

Geraldine Llames  Mar 28, 2017, 10:19 AM



was what clear?

i've been on scheduling duty

Mar 28, 2017, 10:19 AM

also, when you go into a meeting wtih him, take your phone (or mine if you don't have any room) and record it

Geraldine Llames  Mar 28, 2017, 10:19 AM

well he's out this week

Mar 28, 2017, 10:19 AM

soooer, they're blaming you for their inability to decide?

Geraldine Llames  Mar 28, 2017, 10:20 AM



they haven't blamed me for anything, i'm just preparing

Mar 28, 2017, 10:22 AM

how many meetings were y ou supposed to have set ?

Geraldine Llames  Mar 28, 2017, 10:37 AM

four

Mar 28, 2017, 10:39 AM

damn girl

DAYUM

Geraldine Llames  Apr 7, 2017, 9:53 AM

i swear to god if he emails and says he's working from home, i won't even pretend to like him anymore

Apr 7, 2017, 9:53 AM

lol

Geraldine Llames  Apr 7, 2017, 9:54 AM



bitch better take pto

Apr 7, 2017, 9:54 AM

omg what if he doesn't??

CONFIDENTIAL

Escosia_000031

 Geraldine Llames  Apr 7, 2017, 9:55 AM

i mean, i can't do shit but bitch haha

Apr 7, 2017, 9:55 AM

lol

but if he can't allow you to WFH and not take PTO ... what the fuck?!

scream religious persecution and discrimination!

that'll shut everyone up

 Geraldine Llames  May 1, 2017, 2:56 PM

i think mike was giving bruno attitude bc he being distracting and all over the place...

May 1, 2017, 2:57 PM

I KNOW

but also bruno reads into everything but always in a negative light

gotta brush that shit off

 Geraldine Llames  May 1, 2017, 2:58 PM

yea seriously, don't go off saying he needs a midol

May 1, 2017, 3:01 PM

ESPECIALLY IN FRONT OF A WOMAN

 Geraldine Llames  May 1, 2017, 3:01 PM

THANK YOU

i get annoyed when that is someone's go to reason for when i have attitude

May 1, 2017, 3:02 PM

it's 2017, no one should be doing that anymore

 Geraldine Llames  May 1, 2017, 3:02 PM

i mean, sometimes it is the reason. but i feel like the only outward effects i show when i'm on my period is that i eat a lot more and more sweets

May 1, 2017, 3:03 PM

lol

but it's also inexcusable always for a man to say that

 Geraldine Llames  May 1, 2017, 3:03 PM

yea! they have no idea what it's like to have a period

 Geraldine Llames  May 24, 2017, 11:43 AM

Welllllll isn't that nice for you!!

It shows up different for me!!

LIKE EVERYTHING ELSE HERE FOR ME

Onboarding

Work from home

Good bosses

Lol

**CONFIDENTIAL**

**Escosia_000032**

Jun 20, 2017, 10:27 AM

also fyi, i'm WFH today

Geraldine Llames  Jun 20, 2017, 10:28 AM

MUST. BE. NICE.

Tuesday, Sep 19, 2017

 Geraldine Llames  Sep 19, 2017, 11:07 AM

i don't want to be in this meeting

Sep 19, 2017, 11:07 AM

is it completely boring?

but are they at least nice??

 Geraldine Llames  Sep 19, 2017, 11:07 AM

they're nice

just boring

and i'm sitting on the side chair

not even at the table

 Geraldine Llames  Sep 19, 2017, 11:11 AM

also, there are 14 ppl here, 16 if you count me and sasha sitting on the outskirt

i don't know how we'll fit in 611

Monday, Apr 22, 2019

Apr 22, 2019, 10:45 AM

sooo got my final affidavit ... we're going to have to block Bruno from our social media

 Geraldine Llames  Apr 22, 2019, 12:39 PM

it says in your affidavit that we have to block him?

I haven't gotten mine back yet

Apr 22, 2019, 1:25 PM

no no no no

like, once he sees the charges and what we had written about him, he'll probably attack us on social media

 Geraldine Llames  Apr 22, 2019, 1:26 PM

ohhhhhhh you're right

 Geraldine Llames  Apr 22, 2019, 1:28 PM

I really hope they settle

Apr 24, 2019, 11:14 AM

welp, i'm about to send

(affidavit)

 Geraldine Llames  Apr 24, 2019, 11:14 AM

eeep

CONFIDENTIAL

Escosia_000033

Apr 24, 2019, 11:20 AM

what happened? what's got you overwhelmed?

Geraldine Llames Apr 24, 2019, 11:20 AM



i think it's everything

i just really wanted to not have to revisit all this

and everyone's stories are so heavy

and they want to file by friday

and it's actually a lot of work to get this stuff done

in this time crunch, on top of regular work

with which i've fallen behind bc i have no motivation

and i've fallen off w/ working out

and all my deficiencies are piling up!!!

Apr 24, 2019, 11:22 AM

okay, okay.

wow ... alright.

i definitely understand this is emotionally draining. like, this was a wound that would have been okay not having to be brought up again. it didn't seem so bad, which i get. i think about Stella and the other women and Prabhjot, and i get angry. I get angry because PS is succeeding based on the emotional damage he un/intentionally brought upon people and that's where you should focus on

it's 100% scary to go through this but you're lucky because you have a group of women (and humale) as a support system

plus you have lawyers actually representing you and protecting you in case of fallout. you're in a good spot ... as for the piling things, this is a bllimp. a mere blimp and it'll all be over soon. as soon as this friday. push through

Geraldine Llames Apr 24, 2019, 11:26 AM



thanks mike

i actually really needed that

Apr 24, 2019, 11:27 AM

hang in there, ger. if nothing comes out of this monetarily, just know that it's at least on record for someone to look up. think, potential advisory board who is tapping him or employer. they'll at least think twice.

today is Wed ... Friday is so close!

Geraldine Llames Apr 24, 2019, 11:28 AM



you're right

but i think i was also worried last night when everyone was talking about getting the press involved

i already don't like attention!

**CONFIDENTIAL**

**Escosia_000034**

Apr 24, 2019, 11:31AM

i get it, but you don't have to talk

also, you're one of xx people in the lawsuit

if they are talking to you, they're talking to everyone

you don't have to talk

**Geraldine Llames**  Apr 24, 2019, 11:33AM

that's also true

Thursday, May 2, 2019

**Geraldine Llames**  May 2, 2019, 3:48PM

https://www.sciencemag.org/news/2019/05/global-health-institute-sued-age-and-sex-discrimination

May 2, 2019, 3:48PM

oh shit oh shit oh shit

age discrimination?

is that one of the others?

**Geraldine Llames**  May 2, 2019, 3:49PM

yea..

May 2, 2019, 3:49PM

SHIT THIS IS IN SCIENCE?!

**Geraldine Llames**  May 2, 2019, 3:49PM

have you read the whole complaint?

May 2, 2019, 3:49PM

nope

174 pages?!!!!!

**Geraldine Llames**  May 2, 2019, 3:49PM

it's A LOT

if you want some light reading for the train, let me know

May 2, 2019, 3:50PM

OMG THEY'VE NAMED NAMES

**Geraldine Llames**  May 2, 2019, 3:50PM

right.

May 2, 2019, 3:53PM

hoh wow

**Geraldine Llames**  May 2, 2019, 3:54PM

yea.

**CONFIDENTIAL**

**Escosia_000035**