# EXHIBIT 34

 Gmail

Geraldine Llames <ger.llames@gmail.com>

---

## Hangout with Andrew Randall
January 9, 2018

---

**Geraldine Llames** - 11:29 AM
hola!

**Andrew Randall** - 11:31 AM
wassup wasup

**Geraldine Llames** - 11:32 AM
oh yanno, the usual

**Andrew Randall** - 11:32 AM
lol

**Geraldine Llames** - 11:32 AM
wishing i were eating junk food and not blueberries

**Andrew Randall** - 11:33 AM
me too but healthy choices are the way to go

**Geraldine Llames** - 11:33 AM


**Andrew Randall** - 11:33 AM
lol
so what's going on

**Geraldine Llames** - 11:38 AM
sorry hurricane bruno came by

**Andrew Randall** - 11:39 AM
lol
totally get it

**Geraldine Llames** - 11:41 AM
i feel bad, i feel like i always bitch about boys to you hahah

**Andrew Randall** - 11:42 AM
it's because i understand those idiots a bit and have a decent perspective
it doesn't bother me

**Geraldine Llames** - 11:44 AM
i appreciate it
my gay friends don't have quite the same perspective and my girls are my girls
but a lot of them are married w/ kids haha



**ATTORNEY'S EYES ONLY**

Safo_007380

**Andrew Randall** - 11:45 AM
totally different views on how to manage dudes

**Geraldine Llames** - 11:47 AM
have i told you about this guy in flushing?
the one who slightly resembles the guy i love in baltimore?
hahah

**Andrew Randall** - 11:47 AM
flushing...na

**Geraldine Llames** - 11:48 AM
oh wow, we haven't caught up in awhile lol

**Andrew Randall** - 11:48 AM
haven't had the time or space to especially because of the holidays

**Geraldine Llames** - 11:48 AM
true true

**Andrew Randall** - 11:49 AM
what's going on with him
?

**Geraldine Llames** - 11:51 AM
well first of all, i have a type.. elijah (bmore) is 6'2, half black, half korean, plays a ton of soccer, even overseas in korea for a bit. joe (flushing) is 6'5 half black, half taiwanese, plays a lot of bball, played in taiwan for a few years
i swiped right on joe's profile honestly bc he kinda reminded me of elijah
we've pretty much been talking since late october

**Andrew Randall** - 11:52 AM
ahhh ok

**Geraldine Llames** - 11:52 AM
he gives me shit bc i haven't gone out to flushing

**Andrew Randall** - 11:52 AM
it's cool to have a type

**Geraldine Llames** - 11:52 AM
and he's come to the city 5 times
he has a car tho!!!

**Andrew Randall** - 11:53 AM
you can meet him out there.  you're being selfish for not making a move that way

**Geraldine Llames** - 11:53 AM
i also live by myself
he lives with his mom and brother
soooooo

**ATTORNEY'S EYES ONLY**

Safo_007381

**Andrew Randall** - 11:53 AM
you gotta express interest and make the troop to queens
ahhhhh ok
that's pretty wack
but to make the point you gotta go and show that it's more fun to be at your place than his

**Geraldine Llames** - 11:54 AM
that's fair
i told him i wouldn't mind
but the times he's asked me to go out there, it's been at night and it's far and it's dark and i don't want to go somewhere i haven't been late at night
by myself
i am a lady!

**Andrew Randall** - 11:55 AM
got it
that's a bit inconsiderate
you should make some brunch plans out that side so you can see the area and get a feel for it
then make the solid arrangement that the night time stuff can be strictly at your place

**Geraldine Llames** - 11:56 AM
that's fair
that's actually not a bad idea

**Andrew Randall** - 11:58 AM
yea at least till you get comfortable going out there or can convince him that it's better to be in the city
it's just a matter of balance.  he doesn't wanna feel like he's making all the effort and your not flexible

**Geraldine Llames** - 12:00 PM
that's true
so here's the thing
he came over on friday and pissed me off
we hung out, did our thing haha, then minutes after he gets on his phone!
he's not texting other ppl or all over social media
he's watching bball highlights and shit like that
to the point where i was like "ummm are you done w/ your phone yet??"
and he goes "what?"

**Andrew Randall** - 12:03 PM
ah damn

**Geraldine Llames** - 12:03 PM
ugh

**Andrew Randall** - 12:03 PM
that's kinda extreme

**Geraldine Llames** - 12:04 PM
right!?!?

**Andrew Randall** - 12:04 PM
make a ground rule that he has to chill for a bit before IMMEDIATELY grabbing the phone

**ATTORNEY'S EYES ONLY**

Safo_007382

**Geraldine Llames** - 12:05 PM
i guess..
ugh brb

**Andrew Randall** - 12:08 PM
ok

**Geraldine Llames** - 2:13 PM
ugh i hate this place so much

**Andrew Randall** - 2:13 PM
word
i got a meeting with kirsten
brb

**Geraldine Llames** - 2:14 PM
kk

**Andrew Randall** - 3:19 PM
i agree with the above - it's time to go

**Geraldine Llames** - 3:19 PM
it's so toxic
how was your meeting?

**Andrew Randall** - 3:19 PM
it was ok
i just feel like i'm wasting away here

**Geraldine Llames** - 3:20 PM
i hear that

**Andrew Randall** - 3:21 PM
i need to really start applying outside of Sinai

**Geraldine Llames** - 3:21 PM
have you been applying within sinai?

**Andrew Randall** - 3:21 PM
i did like 3 months ago and didn't get any bites

**Geraldine Llames** - 3:22 PM
ugh
yea, apply outside

**Andrew Randall** - 3:22 PM
yup
have you sent any applications out?

**Geraldine Llames** - 3:22 PM
many
hahah
i've been more aggressive this week

**ATTORNEY'S EYES ONLY**

**Safo_007383**

**Andrew Randall** - 3:23 PM
that's good.  more at sinai or elsewhere?

**Geraldine Llames** - 3:23 PM
i felt like it would be a waste to apply during the holidays
i actually haven't looked internally at sinai
i probably should, but i wouldn't even know where to start

**Andrew Randall** - 3:24 PM
position title is the start for me

**Geraldine Llames** - 3:25 PM
what's your current position title?

**Andrew Randall** - 3:26 PM
admin coordinator

**Geraldine Llames** - 3:27 PM
what title would you like?

**Andrew Randall** - 3:28 PM
the next linear step at sinai would be admin manager
but i want to do project management/coordination

**Geraldine Llames** - 3:28 PM
what's a way you could make that jump?

**Andrew Randall** - 3:29 PM
rolling the dice lol

**Geraldine Llames** - 3:29 PM
haha i get it

**Andrew Randall** - 3:29 PM
i swear i'm not too sure and i think that's a terrible answer since it's something i 'want'
what about you?

**Geraldine Llames** - 3:30 PM
i am going through all my networks first
but more and more i don't know what i want to be as a grownup

**Andrew Randall** - 3:31 PM
for real
like what do i ACTUALLY want to do with my time

**Geraldine Llames** - 3:31 PM
i also think it matters if the organization knows how to use project managers

**Andrew Randall** - 3:31 PM
and does that align with what i'm good at

**ATTORNEY'S EYES ONLY**

Safo_007384

**Geraldine Llames** - 3:32 PM
true

**Andrew Randall** - 3:32 PM
totally agree
this place is a lesson in not wanting to work for a place that's not completely established

**Geraldine Llames** - 3:33 PM
i hear that

**Andrew Randall** - 3:33 PM
or tbh, i'd prefere if there was more experience around.  leadership should be more seasoned

**Geraldine Llames** - 3:33 PM
agreed.

**Andrew Randall** - 3:35 PM
i just wanna win the lottery and workout and train people all day

**Geraldine Llames** - 3:35 PM
i was left off the invite for an atlas meeting and humale had to text me to come into the room
you could get paid to do that...

**Andrew Randall** - 3:35 PM
atlas mishap...that sucks

**Geraldine Llames** - 3:36 PM
but i dunno if PS left me off the invite purposely or if it was an oversight

**Andrew Randall** - 3:36 PM
trainers don't make enough.  they gotta be in the gym ALL day and have no life

**Geraldine Llames** - 3:36 PM
bc i asked renita if she missed me on purpose

**Andrew Randall** - 3:37 PM
she probably jsut missed you

**Geraldine Llames** - 3:37 PM
she said PS sent the list over and i wasn't on the list...
i also missed a meeting yesterday morning bc i took nyquil the night before and overslept

**Andrew Randall** - 3:38 PM
oh shucks
mad shit happening

**Geraldine Llames** - 3:38 PM
yea.
whatever
i need to marry rich

**ATTORNEY'S EYES ONLY**

Safo_007385

**Andrew Randall** - 3:38 PM
do it

**Geraldine Llames** - 3:38 PM
lol

**Andrew Randall** - 3:38 PM
i missed that boat!

**Geraldine Llames** - 3:38 PM
haha
well, i didn't know about training/gym pay
there's gotta be another lucrative type of income that would allow you to do that

**Andrew Randall** - 3:40 PM
finding rich ass clients

**Geraldine Llames** - 3:40 PM
hrm

**Andrew Randall** - 3:40 PM
that's when you hit the jackpot.  training people where money isn't an issue
i got one of those, two more would be nice!

**Geraldine Llames** - 3:41 PM
have you asked them if they know anyone else?

**Andrew Randall** - 3:42 PM
yea
i've worked that network
the thing with working out is people are inconsistent and that doesn't work for me or for anyone that wants to make it their livelihood
there's high and dry seasons and dealing with peoples waning motivation

**Geraldine Llames** - 3:44 PM
oh i'm sure
all the new years resolution ppl who drop off
or ppl who are trying to look good for one particular event

**Andrew Randall** - 3:45 PM
right
the hustle to keep clients rotating is crazy
i've done it part time, and that's fine, but i can't depend on it
not just yet

**Geraldine Llames** - 3:47 PM
especially with the wedding and all those big life things coming up

**Andrew Randall** - 3:48 PM
yup
ultimately it comes back to getting a lucrative and appreciative 9-5

**ATTORNEY'S EYES ONLY**

Safo_007386

**Geraldine Llames** - 3:49 PM
sigh
it shouldn't be this hard
and a workplace shouldn't be this easy to hate
if it were just me, i could see the issue
but it's not
it's so many of us

**Andrew Randall** - 3:51 PM
i know!
that's the crazy part, so many people are unhappy

**Geraldine Llames** - 3:52 PM
not just unhappy, but more than a few ppl are actively looking

**Andrew Randall** - 3:52 PM
that's insane
imagine if we all leave at the same tim e
time*

**Geraldine Llames** - 3:55 PM
that would actually be pretty amazing
haha

**Andrew Randall** - 3:56 PM
in that case i need to do my part and apply so i can be part of the movement lol

**Geraldine Llames** - 4:02 PM
hahah

**Geraldine Llames** - 4:56 PM
andrew andrew andrew
nvm texting you

**Andrew Randall** - 4:57 PM
lol ok

**ATTORNEY'S EYES ONLY**

**Safo_007387**