# EXHIBIT 35

 Gmail

Geraldine Llames <ger.llames@gmail.com>

## Hangout with Mike Escosia

April 3, 2017

**Geraldine Llames** - 3:27 PM
so annoyed

**Mike Escosia** - 3:27 PM
GIRL we are working with satan himself
all of them combined makes satan

**Geraldine Llames** - 3:27 PM
LOL

**Mike Escosia** - 3:27 PM
i'm really sorry that he's being a bitch about it
i really am

**Geraldine Llames** - 3:28 PM
i mean, it's whatever

**Mike Escosia** - 3:28 PM
i wonder if this policy that d and K are working on are going to fuck us
so what are you going to do now for easter?

**Geraldine Llames** - 3:28 PM
i might go home thursday after work?
or take pto on thursday
i mean, honestly, we have 29 days
it's not that serious
but it's more the falling behind part
fuck, i'm gonna watch one of the pmp classes now
haha
i mean, really, it's a pros and cons thing
i walk in after 9am
i can generally leave when i feel like it
there's stupid office politics, but that's gonna be everywhere
we have 29 days of leave
this is just paying for my drinking habits
but you bet your ass i'm not staying late for SK

**Mike Escosia** - 3:38 PM
NO YOU BEST NOT!
it
you're right, it's not all that bad, but sometimes the nonstiumlation really puts a drain on you
ya hear?

EXHIBIT
L lames
7
E 2/22/24
PENGAD 800-631-6989

**ATTORNEY'S EYES ONLY**

Safo_007399

**Geraldine Llames** - 3:39 PM
oh it definitely does

**Mike Escosia** - 3:39 PM
soooo yes, it subsidizes our drinking habits, but at what expense?? our future earning potential?!

**Geraldine Llames** - 3:39 PM
true.
but you've almost got a year here
i am not even 3 months in
how bad will it look if i leave so soon?
i mean, it will look bad on them
but from an outsider POV

**Mike Escosia** - 4:13 PM
LET THEM BURN
when we were hiring at my old job, we were talking about the subject of how soon someone can quit and what
it would look like. my old boss said that she would respect the person who left earlier on because it showed a
maturity level of recognizing that something didn't work out (rather than cower and "wasting" peoples time)
i understood her

**Geraldine Llames** - 4:15 PM
yea but i wonder how common that view is haha
but you right
i really want to get my pmp first

**Mike Escosia** - 4:16 PM
you can say that you're working on it?

**Geraldine Llames** - 4:16 PM
i said that when i was applying here haha
i am the worst

**Mike Escosia** - 4:17 PM
hahha
(me too)
it's still on my resume as "expected september 2016"
FUCK ITT

**Geraldine Llames** - 4:19 PM
HAHAHAH
ooooops

**Geraldine Llames** - 4:51 PM
i'm leaving right at 5
you?

**Mike Escosia** - 4:59 PM
RIGHT NOW
come pick me up

**Geraldine Llames** - 5:01 PM
haha ok

**ATTORNEY'S EYES ONLY**

Safo_007400

closing up
bye

ATTORNEY'S EYES ONLY

Safo_007401