# EXHIBIT 36

 Gmail

Geraldine Llames <ger.llames@gmail.com>

## Hangout with Mike Escosia
April 4, 2017

**Geraldine Llames** - 11:24 AM
what is this thing that sasha sent to please read carefully?

**Mike Escosia** - 11:26 AM
i have no idea
i'll read it when i have time but
meh

**Geraldine Llames** - 11:26 AM
yea
OH
another thing that pissed me off was that sunny made me email DB about my leave also
and it really pissed me off that i basically had to ask permission from him, even tho he's not my boss.
bc that was the reasoning they said i couldn't go to guatemala.. bc according to DB "my boss is SK, and he should have the final say"
FUCK ALL OF YOU

**Mike Escosia** - 11:35 AM
CALL THEM OUT GER!!

**Geraldine Llames** - 11:35 AM
but my boss has no spine, so he has to see if it's ok w/ you

**Mike Escosia** - 11:35 AM
I dn't think it's unreasonable to ask why!

**Geraldine Llames** - 11:36 AM
i already did ask why
i should have forwarded the email w/ the telework request.. see if DB would have approved it
dammit!

**Mike Escosia** - 11:37 AM
hahha
this is getting too messy
let em burn!!

**Geraldine Llames** - 11:38 AM
ugh
berbitch and sunny. dream team.

**Mike Escosia** - 11:39 AM
berBITCH
god, we're gonna get fired

EXHIBIT
Llames
8
AE 26264
PENGAD 800-631-6989

**ATTORNEY'S EYES ONLY**

**Safo_007402**

**Geraldine Llames** - 11:39 AM
LOL
if anyone ever found our gchats

**Mike Escosia** - 11:39 AM
hahah yep
"LET EM"

**Geraldine Llames** - 11:39 AM
IT DOESN'T MATTER
btw, don't forget your food in the fridge
target bag at the bottom of the fridge

**Mike Escosia** - 11:42 AM
thanks booo
i'm definitely going to go home for lunch
wanna come?
but it'll have to be at 1

**Geraldine Llames** - 11:42 AM
i have a 1pm mtg

**Mike Escosia** - 11:42 AM
GRRRRRRR

**Geraldine Llames** - 11:42 AM
w/ sasha and berbitch
the engaged one and berbitch

**Mike Escosia** - 11:42 AM
hate em alllllll

**Geraldine Llames** - 11:43 AM
i have meetings from 1-4pm straight

**Mike Escosia** - 11:43 AM
i dont envy your life

**Geraldine Llames** - 11:43 AM
lol

**Mike Escosia** - 11:44 AM
lol

**Geraldine Llames** - 11:57 AM
i think i might take PTO next thursday
bc fuck it

**Mike Escosia** - 2:47 PM
girl, fuck it and take it
youv'e got it AND you don't know how long you'll be here so why save it?!

**ATTORNEY'S EYES ONLY**

Safo_007403