# EXHIBIT 37

**Mike Escosia**  Apr 24, 2018, 11:49 AM

YES

PS is a little bitch and he wonders why people are leaving

Apr 24, 2018, 11:49 AM

yea seriously..

CONFIDENTIAL

Safo_020880