# EXHIBIT 38

                                    **Geraldine Llames <ger.llames@gmail.com>**

## Hangout with Katrina Cuevas
March 9, 2017

**Katrina Cuevas** - 3:16 PM
im beginning to crash

**Geraldine Llames** - 4:30 PM
i took a 2.5 hour lunch
and i haven't felt like doing anything else
bc i'm pissed off
i was supposed to go to guatemala for work, but they pulled me off bc of office politics which are stupid

**Katrina Cuevas** - 4:43 PM
that sucks. did someone go in your place?

**Geraldine Llames** - 4:52 PM
No!
They're just being petty

**Katrina Cuevas** - 4:55 PM
so they basically said you could go and then took it back
thats annoying

**ATTORNEY'S EYES ONLY**                                    **Safo_007412**