# EXHIBIT 39



ATTORNEY'S EYES ONLY





ATTORNEY'S EYES ONLY

Safo_007444





ATTORNEY'S EYES ONLY

Safo_007445



ATTORNEY'S EYES ONLY

Safo_007446