# EXHIBIT 40

# AMANDA JOY MISITI

· amandamisiti@gmail.com

---

EXPERIENCE

***Democratic Party of Virginia***       Hampton, VA
**Field organizer**       July 2016-November 2016
- Recruited 100 volunteers and developed a leadership team that led "Get Out the Vote" efforts.
- Co-led efforts to increase number of registered voters by developing relationships with community partners resulting in over 2,000 registered voters in the region.

**Independent Consultant**       Medina, NY
July 2013-September 2015
- Clients: Brookings Institution, BRAC University James P. Grant School of Public Health.
- Conducted background research around key themes in education (partnerships, data, technology, finance) and scale for the *Millions Learning* Project. Synthesized outlines, created typologies and wrote a paper.
- Wrote a case study and teaching note on the impact of floods on public health in Bangladesh.

***BRAC Social Innovation Lab***       Dhaka, Bangladesh
**Knowledge Management and Communications Officer**       February 2013-May 2015
- Led Innovation Fund for Mobile Money, a $2.6M initiative funded by the Bill & Melinda Gates Foundation focused on fostering mobile money adoption, organizational change, and the global dissemination of lessons learned.
- Co-led the "Doing while Learning" project, a project funded by the Rockefeller Foundation focused on how social innovations achieve scale in South Asia.
- Increased the perception of BRAC as a global leader in development through increased number of external publications. Developed key communication messages and a blog strategy, as well as executed strategic events in Bangladesh, Italy, the US and UK.
- Improved knowledge management as editor of internal blog, resulting in the development of over 45 blogs and articles.

***U.S. Department of Health and Human Services***       Washington, DC
**Program Officer**       January 2011-January 2013
- Provided strategic planning to achieve aggressive quality, cost and population health goals for 5 Beacon Communities, a total of over $60M in cooperative agreements.
- Developed partnerships with 3 agencies in order to advance communities' work in public, rural and mental health.
- Designed and executed a communications strategy, including multiple large-scale events.

***U.S. Peace Corps***       Didieni, Mali
**Health Education Specialist**       July 2008-September 2010
- Improved health awareness of a rural community, through collaboration with the health center, community health workers, a local theatre troupe and the creation of a girls group.
- Designed and implemented a strategy to addressing malnutrition in partnership with the local radio, community health workers and health center staff.
- Secured funding for a well that improved access to water for over 2,000 people.

1

● Initiated first community HIV/AIDS Awareness Day (June 2009) and a bike tour (May 2010) reaching over 1,000 people. Served as the first Peace Corps Mali HIV/AIDS National Coordinator and was selected to be a pre-service trainer for new volunteers.

## VOLUNTEER EXPERIENCE
**Volunteer,** Hillary Abroad, London, UK, January 2016-April 2016
**Volunteer**, Refugee Assistance Program, Washington, D.C., March-September 2012
**Local mission coordinator**, Global Smile Foundation, Bamako, Mali, November 2008-2009

## EDUCATION
***New York University Robert F. Wagner Graduate School of Public Service***          New York, NY
***University College London School of Public Policy***          London, UK
Executive Master of Public Administration, Global Public Policy and Management

***McGill University***          Montreal, QC
Bachelor of Arts in International Development, minors in Economics and Political Science.

## PUBLICATIONS
*Articles:*
Yunus, F, Khan, S, Tasnuba, T, Husain, PA, Misiti, AJ. "Are we ready to adopt mobile money in non-profit sector?" *Journal of Innovation and Entrepreneurship*. 2016. 5:32.

May, MA, Misiti, AJ, Hussain, I, Saleh, A. "What does it take to scale social impact? Insights from South Asia." November 2014.

Misiti, AJ., Banik, P, Hassan K, Zafar, A, May, M. "Innovating for the Poor." *Ashoka Fellow Connect* Asia. October 2013.

*Blogs:*
Misiti, Amanda J. "Lessons on ending extreme poverty." *CGAP blog*. January 2014.

May, MA, Misiti, AJ. "The Hidden Dimensions of Scale." *Stanford Social Innovation Review*. October 2013.

*Case studies:*
Misiti, Amanda J., May, Maria A. "A network approach to scaling social mobilization in Pakistan." November 2014.

Rahman, Tasmia, Misiti, Amanda J., May, Maria A. "Tackling property rights in Bangladesh: building a grassroots coalition of social entrepreneurs." November 2014.

Misiti, Amanda J., May, Maria A. "Tackling extreme poverty: from Bangladesh to a global agenda." July 2013.

Misiti, Amanda J., May, Maria A. "BRAC's Educational Support Program: scaling through local partnerships." July 2013.

## LANGUAGES
Bambara Dioula (advanced proficiency), Bengali (intermediate proficiency)

2

**CONFIDENTIAL**          **Safo_001054**