# EXHIBIT 41



# The Mount Sinai Medical Center Employee Profile

**MISITI, AMANDA J**                                                                 8026362

| Social Security Number: | Date Of Birth: | Degree: | Supervisor: **PRABHJOT SINGH** |
|---|---|---|---|
| ***-**-**** | **/**/**** | | |

## 10000 Mount Sinai – Faculty and Staff MSMC Payroll

Primary: **PG12 - Program Manager II** in **091 - Global Health**          Position number: **158152**

Chair/VPs : **PRABHJOT SINGH**

Managers : **YOORI CHAU, RACHEL S POSNER, DANIELLE A TYSON, KYSHANA URIE**

### Salary Funding

| Percent | Fund | Object code |
|---|---|---|
| 80% | 02663246 IMPROVE PRIMARY CARE FOR LOW-INCOME (GRANT) | 4000 Salary-Bi Weekly - Non Faculty |
| 20% | 02853580 ARNHOLD GLOBAL HEALTH INST FUND (BUDGET) | 4000 Salary-Bi Weekly - Non Faculty |

### Details

| Hours | Pay Freq | Pay Grade | Salary | Last Bonus |
|---|---|---|---|---|
| 75 | Bi-weekly | 34A | $94,300.25 Annual $3,617.00 Bi-weekly | |

| Hire Date | Department Date | Job Date | Payroll Status | HR Status |
|---|---|---|---|---|
| 05/01/2017 | 05/01/2017 | 05/01/2017 | Active | Active |

| Pay Type | Full Time Code | Bargaining Unit | Exemption | FTE Equivalent Hrs |
|---|---|---|---|---|
| Salaried | Full Time Permanent | Non-union | Exempt | 1 (75) |

### Performance Appraisals

| Rating | Type | Date | Evaluator |
|---|---|---|---|
| Significantly exceeds expectations | Annual | 12/01/2018 | PRABHJOT SINGH |
| Exceeds expectations | Annual | 12/01/2017 | PRABHJOT SINGH |

### Job Description for PG12 - PROGRAM MANAGER II

| | |
|---|---|
| Summary | The Program Manager II supports the executive director/Chairman of the program and manages the activities and functions of a large or complex program or multiple programs to ensure that goals and objectives specified for the program are accomplished in accordance with established priorities, time limitations, funding limitations or other specifications. The program provides a specific service or carries out specific activities as a separate entity or as a component program within a department, but it is not a department itself. |
| Primary Duties | Oversees and manages the activities of subordinates and consultants and provides leadership and direction for staff, if applicable, setting an effective agenda to ensure that performance goals are met. Develops and independently implements new or revised program goals, strategies and objectives to sustain and grow programs and services. Performs needs assessments and analyzes and studies participant, member and community needs for basis of program development. Develops and schedules a program work plan in accordance with specifications, objectives and funding limitations; oversees daily operations and coordinates program activities through assigned staff; prioritizes and delegates work activities. Prepares budget proposals and recommendations and establishes a budget control system for controlling expenditures; controls expenditures in accordance with budget allocations; recommends equipment and resources for program Prepares proposals for corporate and foundation funding and/or funding continuation from outside sponsors/donors. Represents the Program to the public, key stakeholders and other interested parties. Confers with and advises staff and others to provide technical advice, problem solving assistance, answers to questions and program goals and policy interpretations; refers to appropriate department or person when unable to respond. Prepares periodic reports, financial statements and records on program activities, progress, status or other special reports for management or outside agencies/funders. Evaluates program effectiveness to develop and implement improved methods; |



EXHIBIT
Misiti 6
E4/17/24

CONFIDENTIAL                                                                      ISMMS_000267

|  | devises evaluation methodology and implements; analyzes results and takes proper action based on outcome. Reviews applications or other program documents to determine acceptance or make decisions pertaining to program. May recruit program participants, members and volunteers utilizing the most appropriate promotional or marketing methods such as individual letters, brochures or presentations at meetings. Develops and writes communications and promotional literature for distribution such as newsletters, brochures or flyers; coordinates process from development through printing and distribution. Develops and facilitates workshops, meetings or conferences with high impact on program and/or participants; coordinates logistics, scheduling and participant communications. Interacts and maintains liaison with students, faculty, staff and outside/community agencies or committees in facilitating program objectives. Performs other related duties. |  |  |
|---|---|---|---|
| Education | Minimum: N/A Preferred: N/A Actual: Bachelor's degree or greater is preferred, or combination of applicable experience and education. |  |  |
| Previous Experience | 7+ years of experience Knowledge of issues pertaining to area of assignment. Knowledge of budgeting and accounting principles. Knowledge of organizational practices. Knowledge of supervisory practices and principles. Skill in budget preparation and forecasting. Skill in both verbal and written communication. Skill in coordinating and prioritizing work and activities of self and others. |  |  |
| Physical Requirements |  |  |  |
| License | Type | Agent | Frequency |
| Certification | Certification | Agent | Frequency |
| Computer Skills | Application | Level |  |
|  | Microsoft Office Suite | Expert |  |

CONFIDENTIAL

ISMMS_000268