# EXHIBIT 42

[3/26/19, 4:15:24 PM] Ariella Rojhani: apparently she accosted priya at that event last week and was like, practically in tears because she was so moved by the panel discussing women and ncds
[3/26/19, 4:15:24 PM] Ariella Rojhani: priya was like....uh, ok
[3/26/19, 4:15:30 PM] Amanda Misiti: Offfff course he did
[3/26/19, 4:15:54 PM] Ariella Rojhani: https://twitter.com/a_solowoman
[3/26/19, 4:15:54 PM] Ariella Rojhani: this girl
[3/26/19, 4:16:00 PM] Amanda Misiti: All these bozos protect other bozos cause they know they have their own dirty laundry
[3/26/19, 4:16:22 PM] Amanda Misiti: I did want to see her - thank you for intuiting that
[3/26/19, 4:17:11 PM] Ariella Rojhani: oh my bad, she's a brunette
[3/26/19, 4:17:13 PM] Ariella Rojhani: but still
[3/26/19, 4:17:24 PM] Ariella Rojhani: https://www.smokefreeworld.org/blog/alexandra-solomon
[3/26/19, 4:18:21 PM] Amanda Misiti: Yeah blondes so much more fun to take issue with
[3/26/19, 4:19:01 PM] Amanda Misiti: Well I mean she's fiercely feminist first and foremost in twitter profile
[3/26/19, 4:19:07 PM] Amanda Misiti: So clearly that says it all
[3/26/19, 4:21:03 PM] Ariella Rojhani: barf
[3/27/19, 2:55:40 PM] Amanda Misiti: How's your day
[3/27/19, 2:55:45 PM] Amanda Misiti: I'm bored out of my mind
[3/27/19, 2:55:52 PM] Amanda Misiti: And terrible at scrabble apparently
[3/27/19, 2:56:17 PM] Amanda Misiti: And disheartened from STILL not hearing back from genoa or Ghc
[3/27/19, 3:08:14 PM] Ariella Rojhani: same
[3/27/19, 3:08:49 PM] Amanda Misiti: Ps and Jeb decided to shit on sunny in front of a whole bunch of us during "tea"
[3/27/19, 3:08:55 PM] Amanda Misiti: Non mandatory mandatory fun
[3/27/19, 3:08:59 PM] Amanda Misiti: Barf 
[3/27/19, 3:09:00 PM] Ariella Rojhani: don't fret! you will hear something soon. hiring processes are so fucked
[3/27/19, 3:09:00 PM] Ariella Rojhani: who knows what's holding them up
[3/27/19, 3:09:16 PM] Amanda Misiti: I HOPE so but I'm getting concerned I'm back to square one
[3/27/19, 3:09:22 PM] Amanda Misiti: Which SUCKSssss
[3/27/19, 3:09:38 PM] Amanda Misiti: But thank you for the encouragement
[3/27/19, 3:10:06 PM] Ariella Rojhani: lol wow. what did they say??
[3/27/19, 3:10:33 PM] Ariella Rojhani: i hear you. time is compressed when you're so miserable and actively trying to leave
[3/27/19, 3:15:38 PM] Amanda Misiti: They were mocking him in this bizarre way
[3/27/19, 3:15:53 PM] Amanda Misiti: Ps was saying sunny used to call him for clinical advice when he was aresident becore
[3/27/19, 3:47:49 PM] Ariella Rojhani: lol ok
[3/27/19, 3:47:52 PM] Ariella Rojhani: idiots advising idiots
[3/27/19, 3:48:12 PM] Ariella Rojhani: the human centipede of medical advice
[3/27/19, 3:52:19 PM] Amanda Misiti: Totally
[3/27/19, 3:52:32 PM] Amanda Misiti: It's all terrifying
[3/27/19, 3:52:46 PM] Amanda Misiti: What's happening in your place
[3/27/19, 3:52:59 PM] Amanda Misiti: "Your place"
[3/27/19, 3:53:24 PM] Amanda Misiti: Highlight of my day was this am in mtg with Roxanne and nick somebody said step by step and we all started singing it
[3/27/19, 3:53:27 PM] Amanda Misiti: Like a musical
[3/27/19, 3:53:37 PM] Amanda Misiti: Remember that show
[3/27/19, 4:15:57 PM] Ariella Rojhani: i loved that show!!
[3/27/19, 4:16:03 PM] Ariella Rojhani: if i'm not mistaken, patrick duffy was kind of dilf-y
[3/27/19, 4:18:01 PM] Ariella Rojhani: our place is ok. today is better than yesterday
[3/27/19, 4:18:48 PM] Ariella Rojhani: Charity is back, which is good and bad
[3/27/19, 4:19:25 PM] Ariella Rojhani: started our weekly check-in today by saying how burned out she is, which sucks and i get it and it is ultimately my responsibility, but i'm also not super sympathetic
[3/27/19, 4:19:34 PM] Ariella Rojhani: i mean, i am, but i'm not
[3/27/19, 4:31:28 PM] Ariella Rojhani: all i want is to eat baked goods and nap by a pool
[3/27/19, 4:38:48 PM] Amanda Misiti: Good!
[3/27/19, 4:38:58 PM] Amanda Misiti: I heR you
[3/27/19, 4:39:16 PM] Amanda Misiti: Yes I'd love to get skinnier more sweets I eat whilst napping and tanning
[3/27/19, 4:46:49 PM] Ariella Rojhani: that is the ideal life
[3/27/19, 5:10:58 PM] Amanda Misiti: Seriously
[3/27/19, 5:11:07 PM] Amanda Misiti: Erica's got her eye on Roxanne
[3/27/19, 5:11:19 PM] Amanda Misiti: I feel like she's becoming a vulture
[3/27/19, 5:11:32 PM] Amanda Misiti: Idk this big in her britches thing is irritating me
[3/27/19, 5:11:52 PM] Amanda Misiti: I locked myself out this am which was . . . Fantastic
[3/27/19, 6:39:56 PM] Ariella Rojhani: As it should! It's really gd irritating
[3/27/19, 6:40:14 PM] Ariella Rojhani: Probably feels like a betrayal
[3/27/19, 6:41:47 PM] Ariella Rojhani: But if she wants to be jr captain of the titanic, by all means

ATTORNEY'S EYES ONLY

Safo_016702