# EXHIBIT 43

Nonresponsive

[10/1/18, 8:44:14 AM] Amanda Misiti: Happy Monday!
[10/1/18, 8:44:24 AM] Amanda Misiti: There is no such thing, let's be honest
[10/1/18, 8:44:35 AM] Amanda Misiti: Took all my willpower to get out of bed this am
[10/1/18, 8:44:41 AM] Amanda Misiti: But excited to see you and catch up
[10/1/18, 8:48:33 AM] Erica Levine: Same same same!!!
[10/1/18, 9:55:48 AM] Erica Levine: Hahaha omg I'm so late
[10/1/18, 10:04:57 AM] Erica Levine: Hi sorry i said hello quickly! I caught a glimpse of PS behind you and for some reason thought i shouldn't actually say hi...
[10/1/18, 10:30:21 AM] Amanda Misiti: Haha actually I felt bad too but was in a hurry
[10/1/18, 10:30:25 AM] Amanda Misiti: I didn't take it personally
[10/1/18, 10:30:31 AM] Amanda Misiti: And assumed it was the overall culture
[10/1/18, 10:30:39 AM] Amanda Misiti: Had to prep for my 1:1
[10/1/18, 10:30:58 AM] Erica Levine: Ah, i thought they're on Tuesdays? Are they always on Monday?
[10/1/18, 10:31:08 AM] Amanda Misiti: I have apparently skirted them for a month
[10/1/18, 10:31:14 AM] Amanda Misiti: And yes, normally Tuesday
[10/1/18, 10:31:26 AM] Amanda Misiti: We just met about panorama
[10/1/18, 10:31:29 AM] Amanda Misiti: It was bizarre
[10/1/18, 10:31:32 AM] Erica Levine: Hahaha good for you!!
Also i just went into the T&W room and Natalie and Alyssa were really weird
[10/1/18, 10:31:34 AM] Amanda Misiti: I'll have to tell you in person
[10/1/18, 10:31:36 AM] Erica Levine: Oh man
[10/1/18, 10:31:42 AM] Erica Levine: Yes please. Lunch today?
[10/1/18, 10:31:55 AM] Amanda Misiti: Yesss
[10/1/18, 10:31:59 AM] Amanda Misiti: 12?
[10/1/18, 10:32:10 AM] Erica Levine: Yup!!
[10/1/18, 10:32:17 AM] Erica Levine: My day is meeting-free
[10/1/18, 10:32:53 AM] Amanda Misiti: Yesss
[10/1/18, 10:33:11 AM] Amanda Misiti: He was going on thanking me and saying what a great job I did and I said I hope you'll consider this during my review
[10/1/18, 10:33:21 AM] Amanda Misiti: I have to find a tactful way to be explicit about $$$$
[10/1/18, 10:33:30 AM] Amanda Misiti: Argh, the next one probably
[10/1/18, 10:33:31 AM] Erica Levine: Yes good!!!!
[10/1/18, 10:33:39 AM] Amanda Misiti: But I guess it was good foreshadowing
[10/1/18, 10:33:46 AM] Amanda Misiti: Heller is in there now
[10/1/18, 10:33:52 AM] Erica Levine: Whoa
[10/1/18, 10:34:12 AM] Amanda Misiti: Whoa what? Him mtg w heller?
[10/1/18, 10:34:26 AM] Amanda Misiti: I always have sense heller is trying to get in there
[10/1/18, 11:03:42 AM] Amanda Misiti: That slimy motherfucker
[10/1/18, 11:03:48 AM] Amanda Misiti: Just sent you two emails to gmail
[10/1/18, 11:05:13 AM] Amanda Misiti: I tried to avoid sending email to Sheela
[10/1/18, 11:05:18 AM] Amanda Misiti: As I felt it should come from him
[10/1/18, 11:05:18 AM] Erica Levine: Ohhhhh Amanda.
[10/1/18, 11:05:21 AM] Amanda Misiti: But he pressured me
[10/1/18, 11:05:25 AM] Amanda Misiti: Dick move, right?

EXHIBIT
Misiti
9
B 4/17/24
PENGAD 800-631-6989

ATTORNEY'S EYES ONLY

[10/1/18, 11:05:27 AM] Erica Levine: It should have. I understand.
[10/1/18, 11:05:28 AM] Amanda Misiti: He's an idiot
[10/1/18, 11:05:33 AM] Erica Levine: YES DICK MOVE
[10/1/18, 11:05:33 AM] Amanda Misiti: Spineless
[10/1/18, 11:05:39 AM] Erica Levine: FOR REAL
[10/1/18, 11:05:43 AM] Amanda Misiti: Conniving coward
[10/1/18, 11:06:58 AM] Erica Levine: Amanda that's bad
[10/1/18, 11:08:57 AM] Amanda Misiti: I got him back
[10/1/18, 11:09:21 AM] Amanda Misiti: I forwarded my email to Prabhjot from earlier to Sheela and pointed out that I had previously suggested earlier times and let her know which ones
[10/1/18, 11:09:28 AM] Amanda Misiti: Fuckkkk him
[10/1/18, 11:09:39 AM] Amanda Misiti: And I pointed out to him what he did in writing
[10/1/18, 11:09:40 AM] Erica Levine: Good for you!!!
[10/1/18, 11:09:46 AM] Erica Levine: Good good
[10/1/18, 11:09:49 AM] Amanda Misiti: He's playing with the wrong bitch
[10/1/18, 11:09:53 AM] Amanda Misiti: I will stoop that low now
[10/1/18, 11:10:10 AM] Erica Levine: Someone called Carroll and i hear him on the phone and he just said "Erica is in the area but..."
[10/1/18, 11:10:18 AM] Erica Levine: I guess they asked if he was alone?
[10/1/18, 11:10:23 AM] Amanda Misiti: So weird
[10/1/18, 11:10:34 AM] Erica Levine: It's called covering your ass and you're smart to do it
[10/1/18, 11:19:44 AM] Erica Levine: It's Renita
[10/1/18, 11:19:57 AM] Erica Levine: What is this place doing to us that we call coworkers on our vacations
[10/1/18, 11:21:30 AM] Amanda Misiti: No idea
[10/1/18, 11:21:38 AM] Amanda Misiti: Probably Prabhjot did some crazy ass shit to her
[10/1/18, 11:21:48 AM] Amanda Misiti: Sketchy af shit
[10/1/18, 11:22:05 AM] Erica Levine: Yeah that's definitely what is going on
[10/1/18, 11:22:14 AM] Amanda Misiti: Oh Jesus
[10/1/18, 11:22:16 AM] Amanda Misiti: Poor Renita
[10/1/18, 11:46:07 AM] Erica Levine: Sunny has apparently decided he no longer needs to come into the office
[10/1/18, 11:46:17 AM] Erica Levine: And has taken to calling people "chap"
[10/1/18, 12:02:22 PM] Erica Levine: Hi just gonna pee then can leave!
[10/1/18, 12:02:28 PM] Erica Levine: Meet at elevators in 5?
[10/1/18, 12:09:32 PM] Amanda Misiti: Sorry just got out
[10/1/18, 12:09:35 PM] Amanda Misiti: Where are you
[10/1/18, 12:53:43 PM] Erica Levine: Haha you could email him and say, "thanks for the text message." Hah
[10/1/18, 2:34:37 PM] Erica Levine: Hiii how are you?
[10/1/18, 2:34:47 PM] Erica Levine: Wanted to check in.
[10/1/18, 3:04:11 PM] Amanda Misiti: I'm feeling kind of fragile and okay
[10/1/18, 3:04:18 PM] Amanda Misiti: Took a walk in park with Natalie to explain situation
[10/1/18, 3:04:30 PM] Amanda Misiti: She was like I didn't even know you two were having a moment and I'm on your side
[10/1/18, 3:04:44 PM] Amanda Misiti: But also she was like how could you have handled it differently
[10/1/18, 3:04:52 PM] Amanda Misiti: And I was like—I genuinely do not know
[10/1/18, 3:05:01 PM] Amanda Misiti: I am going to meet with Clarissa at 4
[10/1/18, 3:05:19 PM] Amanda Misiti: So she validated frustration and that this was a thing but also basically said "he knows how to bait you"
[10/1/18, 3:05:27 PM] Erica Levine: Ok, yeah.
[10/1/18, 3:05:35 PM] Erica Levine: Good good I'm glad you're talking to people about it
[10/1/18, 3:05:36 PM] Amanda Misiti: And told me she just says she ends conversations with him
[10/1/18, 3:05:49 PM] Amanda Misiti: Like she says "you've given me a lot to think about"
[10/1/18, 3:05:49 PM] Erica Levine: Oh really?
[10/1/18, 3:06:24 PM] Amanda Misiti: But I pointed out that I didn't feel I had a clear way to end it
[10/1/18, 3:06:32 PM] Amanda Misiti: Like she's referring to negotiations
[10/1/18, 3:06:47 PM] Amanda Misiti: Whereas we were trying to resolve a conflict
[10/1/18, 3:07:19 PM] Amanda Misiti: So, glad she's heard my side but yes not fully empathic
[10/1/18, 3:07:28 PM] Amanda Misiti: Not fully getting it, but also sort of getting it
[10/1/18, 3:07:34 PM] Amanda Misiti: Half fulfilled
[10/1/18, 3:08:26 PM] Amanda Misiti: I can hear sunny and even his voice is annoying
[10/1/18, 3:08:39 PM] Amanda Misiti: I imagine he's regaling them with how important his role was in UN meetings
[10/1/18, 3:09:15 PM] Erica Levine: Oh dear Jesus
[10/1/18, 3:09:33 PM] Erica Levine: Yeah I'm not sure how you'd incorporate Natalies suggestion in your situation
[10/1/18, 3:09:48 PM] Erica Levine: And your whole thing is that you can't back down at all
[10/1/18, 3:10:00 PM] Erica Levine: And you can't let it go or he will continue steamrolling

ATTORNEY'S EYES ONLY