# EXHIBIT 44

[10/23/18, 1:40:49 PM] Amanda Misiti: Well day isn't over yet
[10/23/18, 1:40:51 PM] Erica Levine: Are you here yet?
[10/23/18, 1:40:53 PM] Erica Levine: True true
[10/23/18, 1:41:00 PM] Erica Levine: We know she is more nocturnal anyway
[10/23/18, 1:44:32 PM] Amanda Misiti: Ha true
[10/23/18, 1:44:43 PM] Amanda Misiti: I like how we're discussing her like national geographic commentators
[10/23/18, 1:44:48 PM] Amanda Misiti: She's a rare species
[10/23/18, 1:45:00 PM] Amanda Misiti: Some say she thrives off of conflict with the vulnerable
[10/23/18, 1:45:12 PM] Amanda Misiti: Known to favor the night . . . And not respond to emails
[10/23/18, 1:46:47 PM] Erica Levine: Hahahahahahahhhahaaha
[10/23/18, 1:47:05 PM] Erica Levine: Amanda, Sunny is so dumb
[10/23/18, 1:47:49 PM] Amanda Misiti: Argh I hate that I feel like this stuff with ps makes me look like a victim
[10/23/18, 1:47:58 PM] Amanda Misiti: Or that like it affects people's perception of me
[10/23/18, 1:48:13 PM] Amanda Misiti: I didn't wanna be defined by this bullshit, but now it's become a part of my story
[10/23/18, 1:48:34 PM] Amanda Misiti: Sheela and I had lunch so I wanted to use that as an opportunity to clarify with her what happened with that whole panorama scheduling thing
[10/23/18, 1:49:03 PM] Erica Levine: Ahh yes
[10/23/18, 1:49:05 PM] Erica Levine: Tell me
[10/23/18, 2:00:48 PM] Amanda Misiti: Yeah idk it's just like I wanted to clear air with her and I'm glad I did
[10/23/18, 2:01:01 PM] Amanda Misiti: But I feel like I always come off as this crazy angry paranoid person
[10/23/18, 2:01:06 PM] Amanda Misiti: (Because I am)
[10/23/18, 2:01:17 PM] Amanda Misiti: It's like I've been pushed to a greater extreme by this place
[10/23/18, 2:01:25 PM] Amanda Misiti: A greater insistence on truth
[10/23/18, 2:01:29 PM] Erica Levine: Well it's eternally frustrating that people have bought into his BS
[10/23/18, 2:01:32 PM] Amanda Misiti: As if I am clinging to my own sanity
[10/23/18, 2:01:43 PM] Amanda Misiti: Yeah like I can't help but take it personally
[10/23/18, 2:02:08 PM] Amanda Misiti: Like it's not a fantastic look to poop on your boss all the time
[10/23/18, 2:02:15 PM] Amanda Misiti: But I really don't want to stop either
[10/23/18, 2:02:28 PM] Erica Levine: I knowwwwww
[10/23/18, 2:08:31 PM] Amanda Misiti: Sighhh
[10/23/18, 2:12:49 PM] Erica Levine: Le sigh
[10/23/18, 2:12:52 PM] Erica Levine: I'm sorry friend
[10/23/18, 2:12:55 PM] Erica Levine: I believe you
[10/23/18, 2:13:14 PM] Erica Levine: These are big deal problems and they're so tough to navigate
[10/23/18, 2:24:19 PM] Erica Levine: Sunny is trying to review a paper written by a person we just spoke to about collaboration
[10/23/18, 2:24:32 PM] Erica Levine: And I'm trying to push him not to do it because he is so "ethical"
[10/23/18, 2:24:41 PM] Erica Levine: But he's probably going to do it
[10/23/18, 2:25:28 PM] Erica Levine: Also he has taken over David Kerwars office
[10/23/18, 2:43:17 PM] Erica Levine: Also NP told me KK isn't coming in today
[10/23/18, 2:43:32 PM] Erica Levine: And that we shouldn't necessarily expect her to come in at all
[10/23/18, 3:12:04 PM] Amanda Misiti: Thank you :)
[10/23/18, 3:13:08 PM] Amanda Misiti: Bizarre

Nonresponsive



ATTORNEY'S EYES ONLY