# EXHIBIT 45

[8/13/18, 1:41:49 PM] Amanda Misiti: And I'm like, this is inconvenient
[8/13/18, 1:41:57 PM] Amanda Misiti: To have a senior staff person offline
[8/13/18, 1:42:06 PM] Amanda Misiti: For hours during a day
[8/13/18, 1:42:45 PM] Erica Levine: Yeah agreed!!
[8/13/18, 2:14:01 PM] Erica Levine: Especially when you haven't completed a task
[8/13/18, 2:18:44 PM] Amanda Misiti: Well yeah
[8/13/18, 2:19:01 PM] Amanda Misiti: Exactly like if you have emails from Friday that need a response
[8/13/18, 2:19:54 PM] Erica Levine: Yep
[8/13/18, 2:20:00 PM] Erica Levine: Also you're a senior person
[8/13/18, 2:29:04 PM] Amanda Misiti: Yeah like I can't imagine any other job not keeping email on phone
[8/13/18, 2:29:14 PM] Amanda Misiti: This has been healthier for me last few months
[8/13/18, 2:29:26 PM] Amanda Misiti: But it's also like ppl don't really need info from me
[8/13/18, 2:29:30 PM] Erica Levine: Me either, and yes exactly
[8/13/18, 2:29:38 PM] Amanda Misiti: If I was making 40k more
[8/13/18, 2:29:43 PM] Amanda Misiti: I'd suck it up
[8/13/18, 2:29:56 PM] Erica Levine: Yuuuuuup
[8/13/18, 2:30:59 PM] Erica Levine: Btw KK added .4 FTE for someone from the design team to our Teva budget without being asked. Like she snuck them on
[8/13/18, 2:31:18 PM] Amanda Misiti: Absurd
[8/13/18, 2:31:33 PM] Amanda Misiti: I think there has been scrutiny about design from above
[8/13/18, 2:31:38 PM] Amanda Misiti: But like, no
[8/13/18, 2:31:42 PM] Amanda Misiti: You don't just do that
[8/13/18, 2:31:45 PM] Erica Levine: Like we actually do need that money for shit that design can't do
[8/13/18, 2:31:50 PM] Amanda Misiti: It's like instead of being happy that I wrote a grant
[8/13/18, 2:32:00 PM] Amanda Misiti: That is paying 25% of salary of one of his ppl
[8/13/18, 2:32:10 PM] Amanda Misiti: Bruno always has to come to me with his pantries in a bunch
[8/13/18, 2:32:19 PM] Amanda Misiti: About how it will be more than 25%
[8/13/18, 2:32:34 PM] Erica Levine: F that ish
[8/13/18, 2:32:43 PM] Amanda Misiti: And yeah ps has tried with me to say nick can do what my direct report for this grant is supposed to do
[8/13/18, 2:32:50 PM] Amanda Misiti: And I'm like he's not going to write this thing
[8/13/18, 2:32:54 PM] Amanda Misiti: And I'm not going to either
[8/13/18, 2:33:09 PM] Erica Levine: You're kidding
[8/13/18, 2:33:17 PM] Amanda Misiti: I want to be like it would behoove you to hire your new person
[8/13/18, 2:33:21 PM] Amanda Misiti: So they can be my replacement
[8/13/18, 2:33:24 PM] Erica Levine: Hahaha yup
[8/13/18, 2:34:12 PM] Amanda Misiti: I wish I was kissing
[8/13/18, 2:34:15 PM] Amanda Misiti: Kidding
[8/13/18, 2:34:29 PM] Erica Levine: I'm glad you're not kidding!
[8/13/18, 2:47:04 PM] Amanda Misiti: Another SPK horrifying singnature move
[8/13/18, 2:47:08 PM] Amanda Misiti: The use of ?!
[8/13/18, 2:47:26 PM] Erica Levine: Omg i know
[8/13/18, 2:47:29 PM] Amanda Misiti: Ex "kimber can we still meet in your office?!"
[8/13/18, 2:47:34 PM] Erica Levine: It's towards the top of my list
[8/13/18, 2:47:40 PM] Amanda Misiti: It's like wow, how do you get away w this
[8/13/18, 2:47:55 PM] Erica Levine: Especially bc the ! Is *never* appropriate
[8/13/18, 2:48:10 PM] Amanda Misiti: Like I use that combination of punctuation for sentences like "omg he didn't eat your pussy?!"
[8/13/18, 2:48:39 PM] Amanda Misiti: Well it is for like a "looking forward to seeing you!" Right?
[8/13/18, 2:49:40 PM] Erica Levine: Hahahahahahahahaha
[8/13/18, 2:50:04 PM] Erica Levine: It is! But not "can we still meet in your office?"
[8/13/18, 2:52:53 PM] Amanda Misiti: Well, exactly
[8/13/18, 2:53:13 PM] Amanda Misiti: It's basically a punctuation best used for "girl OMG wtf?!" Scenarios
[8/13/18, 2:53:26 PM] Amanda Misiti: Not to convey professional enthusiasm when enthusiasm is not warranted
[8/13/18, 2:53:26 PM] Erica Levine: Exactly
[8/13/18, 2:53:32 PM] Erica Levine: Exactly
[8/13/18, 2:53:43 PM] Erica Levine: Or not to convey urgency when nothing is urgent
[8/13/18, 2:54:18 PM] Amanda Misiti: Exactly
[8/13/18, 2:54:28 PM] Amanda Misiti: I bet he thinks it's endearing
[8/13/18, 2:54:40 PM] Amanda Misiti: I think his mother told him everything he did was precious and special
[8/13/18, 2:55:00 PM] Erica Levine: Hahahahaha i bet you're right
[8/13/18, 2:55:45 PM] Erica Levine: It's fucking criminal to leave that Nepal language in the care design talking points
[8/13/18, 3:44:33 PM] Erica Levine: Do you think we have a managers meeting tomorrow?
[8/13/18, 3:57:15 PM] Amanda Misiti: Probably but if you have anything else you might as well resched
[8/13/18, 3:57:32 PM] Amanda Misiti: Is it? I've lost all sense and everything feels like creative non fiction
[8/13/18, 3:57:43 PM] Amanda Misiti: Like you're probably right

ATTORNEY'S EYES ONLY                                                                                            Safo_018024