# EXHIBIT 46

Messages - Ariella Rojhani

> Nonresponsive

2/28/18, 6:51 AM

That's great re Ethan apologising and evening going well.

I'm going in today - feel like I have been keeping a cold/sore throat thing just barely at bay past few weeks, almost left work last Friday and came home and passed out at like 7. But yesterday it hurt to talk and was just one of those days when your body says no - I'm not getting out of this bed

Feel a lot better today and will be going in and showing apartment tonight

2/28/18, 8:32 AM

What is new with you?? How's work?

2/28/18, 10:07 AM

Glad you listened to your body! Hope that's the end of the cold

Nothing new over here really. Same old. Multiple annoying quagmires at any given moment but I feel fine. Not very inspired

Leaving for Cape Town Saturday for two weeks so a little anxious about getting myself together.

Part is work and part is fun right?

I'm sorry I can't remember

Sunny is down here to meet with the Resolve team at 10 and so he emails to ask if I want to have coffee at 11

I'm like no, I have a call then with another YP board member to see how we can raise money for your gd organization

I'm miffed

Ha! He has no idea how busy you are

Anyway, might see him

He probably thinks everyone is like institute workers now

Oh god

I feel like since I lifted the kimono over my head he wants to avoid me

It's like he saw my dirty hoo ha and is afraid the truth is catxhing

Don't take it personally. He's just conflict averse

/would rather bury his head in the sand until he gets offered a tenure position elsewhere

Yeah I don't blame him too much

Will let you know if we do catch up

How are you filling your days now that global advantage is shelved??

Besides my crucial role in the resistance I am enthusiastically plotting global advantage 2.0



PENGAD 800-631-6989

EXHIBIT
MIS14
15
4/12/24

Page 363 of 637

ATTORNEY'S EYES ONLY

Safo_007900