# EXHIBIT 47

[8/31/18, 11:18:09 AM] Amanda Misiti: And then he was spouting crazy atlas plans
[8/31/18, 11:18:17 AM] Erica Levine: Oh dear
[8/31/18, 11:18:30 AM] Amanda Misiti: Making it a new 501c
[8/31/18, 11:19:07 AM] Erica Levine: Whaaaaat
[8/31/18, 11:19:33 AM] Amanda Misiti: I just spent $9 at deli
[8/31/18, 11:19:40 AM] Amanda Misiti: They've got me by the clit
[8/31/18, 11:19:44 AM] Amanda Misiti: New expression
[8/31/18, 11:19:50 AM] Amanda Misiti: Vocab soul mate
[8/31/18, 11:20:01 AM] Amanda Misiti: He was talking about Rockefeller using it everyone in atlas
[8/31/18, 11:20:08 AM] Amanda Misiti: And venture philanthropy investing
[8/31/18, 11:20:23 AM] Amanda Misiti: It was all terrifying except I'm so detached from atlas I'm just amused
[8/31/18, 11:20:32 AM] Amanda Misiti: If ppl are dumb enough to invest in atlas
[8/31/18, 11:20:37 AM] Amanda Misiti: Then they deserve the outcome
[8/31/18, 11:20:47 AM] Amanda Misiti: But I think he's desperately grasping at straws
[8/31/18, 11:20:56 AM] Amanda Misiti: He referenced what a dramatic summer it was
[8/31/18, 11:21:07 AM] Amanda Misiti: And I said I rather enjoyed the quiet as compared with last summer
[8/31/18, 11:21:21 AM] Amanda Misiti: Then we discussed the shrouded mystery that the marus and possible in
[8/31/18, 11:21:32 AM] Amanda Misiti: How many times the whole story has changed
[8/31/18, 11:21:54 AM] Erica Levine: I 🔲🔲 it
[8/31/18, 11:22:17 AM] Erica Levine: Truer words have never been spoken
[8/31/18, 11:22:33 AM] Erica Levine: Ohhhh interesting!!
[8/31/18, 11:22:45 AM] Erica Levine: What's his take on the Marus? Does he have insight?
[8/31/18, 11:23:10 AM] Erica Levine: I knew it wouldn't take long for him to open up about how fucking insane this place is
[8/31/18, 11:24:49 AM] Amanda Misiti: <attached: 00004027-PHOTO-2018-08-31-11-24-49.jpg>
[8/31/18, 11:25:00 AM] Amanda Misiti: I love it when he tries to use business words
[8/31/18, 11:25:42 AM] Amanda Misiti: Is he saying not saying that his senior staff Bruno can't clearly be relied on to wade through ambiguity and accurately determine a scope of work?
[8/31/18, 11:27:05 AM] Erica Levine: Dear god i hope that's not what he's saying
[8/31/18, 11:27:32 AM] Erica Levine: If past behavior is predictable i imagine it means if he asks Bruno for anything Bruno will pitch a hissy fit and PS won't be able to deal
[8/31/18, 11:27:51 AM] Erica Levine: So he wants to ask Bruno for something that's super simple that he thinks won't get a flare-up?
[8/31/18, 11:27:54 AM] Erica Levine: That's my guess
[8/31/18, 11:29:02 AM] Erica Levine: <attached: 00004034-PHOTO-2018-08-31-11-29-02.jpg>
[8/31/18, 11:35:05 AM] Amanda Misiti: Most likely
[8/31/18, 11:35:55 AM] Amanda Misiti: I don't think that's bitchy or condescending
[8/31/18, 11:36:12 AM] Erica Levine: Like PS will be like, "pls help Panorama" and Bruno will be like "IM TOO BUSY TOO MUCH WORK NO DIRECTION WHY CANT PANORAMA FIGURE IT OUT"
[8/31/18, 11:36:14 AM] Amanda Misiti: What's def happening is he's afraid to tell Bruno that one of his FOUR team members
[8/31/18, 11:36:17 AM] Amanda Misiti: Might have to work
[8/31/18, 11:36:30 AM] Amanda Misiti: Because he previously told him we could hire a designer consultant
[8/31/18, 11:36:36 AM] Amanda Misiti: And that Bruno could manage them
[8/31/18, 11:36:43 AM] Amanda Misiti: And Bruno kept being like what's my budget
[8/31/18, 11:36:59 AM] Amanda Misiti: Like he both wanted Bruno to feel included and important but not make him work
[8/31/18, 11:37:11 AM] Erica Levine: Wait what?!? Another designer?!!
[8/31/18, 11:37:32 AM] Amanda Misiti: I looked PS in the eye yesterday during panorama call and said "I do not think it is in your/our best interest to hire a designer to do this work"
[8/31/18, 11:37:38 AM] Amanda Misiti: Yes queen
[8/31/18, 11:37:44 AM] Amanda Misiti: Like the task force report
[8/31/18, 11:37:56 AM] Amanda Misiti: We hired awesome design consultant
[8/31/18, 11:38:04 AM] Amanda Misiti: And that's what we intend to do for commonwealth
[8/31/18, 11:38:10 AM] Erica Levine: Wait what even is the work?!
[8/31/18, 11:38:13 AM] Amanda Misiti: And that's what they did for annual report
[8/31/18, 11:38:18 AM] Erica Levine: This is crazy
[8/31/18, 11:38:24 AM] Amanda Misiti: Well I had to take a quick gander at panorama proposal to figure it out
[8/31/18, 11:38:26 AM] Erica Levine: Amanda this is crazy
[8/31/18, 11:38:27 AM] Amanda Misiti: It's not rocket science
[8/31/18, 11:38:37 AM] Amanda Misiti: Which is the other reason why Ps email mildly annoying
[8/31/18, 11:38:41 AM] Erica Levine: There are 4? ft designers
[8/31/18, 11:38:49 AM] Amanda Misiti: He could have done what I did which is open up panorama consultant proposal

ATTORNEY'S EYES ONLY