# EXHIBIT 48

**To:**       Misiti, Amanda[amanda.misiti@mssm.edu]; Levine, Erica[erica.levine@mssm.edu]; Smaldino, Alyssa[alyssa.smaldino@mssm.edu]; Escosia, Michael[michael.escosia@mssm.edu]; Bruzelius, Emilie[emilie.bruzelius@mssm.edu]
**Cc:**       Ramjit, Renita[renita.ramjit1@mssm.edu]
**From:**     Singh, Prabhjot
**Sent:**     2018-02-07T00:19:09Z
**Importance:**      Normal
**Subject:**  Director's Lunch tomorrow
**Received:**         2018-02-07T00:19:11Z
<u>Arnhold Institute Core Narrative.docx</u>
<u>Arnhold Institute Message Framework .pptx</u>
<u>Panorama Arnhold Institute Insights.docx</u>

Dear Amanda, Erica, Alyssa, Mike and Emilie—

You've all be identified by the senior management team as people at the institute who play a vital role in developing, managing and implementing key areas of programming at the Arnhold Institute. Each of you also works with external stakeholders and play a vital role in speaking about our work.

Most importantly, we see you as rising leaders and talented professionals with futures that we need to support and develop. To this effect, I would like to kick off a small group lunch with you tomorrow, one that the Institute will support on an ongoing basis for you all to meet regularly and independently to build strong professional relationships.

Nothing quite gels a group like a challenge, and so we are putting forward one that we think is particularly important. As some of you may know, we have retained an outside communications firm, Panorama to help us develop a cohesive messaging framework, based upon feedback from a list of internal and external stakeholders.

On February 28th, they will provide a formative presentation about these materials, and in the meantime, we have a chance to review them and provide substantive feedback. I've attached the materials here. The senior management team met yesterday to review them and had really important feedback about what works and what's missing.

Tomorrow, I'd like to briefly walk through these materials with you, and leave you with two questions:

(1) What is the practical value of having a communications framework that works for everyone in the Institute, assuming there is training in its use?
(2) Based upon that answer, what are the strengths of these materials, and where does it fall short/what's clean missing?
- If you feel like your work area isn't well reflected here — that's why we're talking!

Attached are three documents:
- Panorama Arnhold Institute Insights — the questions they asked; process; analysis
- Arnhold Institute Messaging Framework — based upon the process & analysis, a preliminary communications framework
- Arnhold Institute core narrative — given the framework, this is a narrative that would result



from it

I'd suggest you read through these once, but save thinking through it until we meet. I'll provide important context about what it is, and what it is not. Most importantly, I want you to know that this is "ground floor" on a longer process. I've only seen these materials recently, and for now they are internal use only.

See you tomorrow!

Warmly,

Prabhjot

CONFIDENTIAL

ISMMS_009888