# EXHIBIT 49

## 2018 Annual Form

PA Tracking#  **PA1220513**
Submission Date  **10/29/2018**
Appraisal Period  **2018**
Appraisal Method  **Self**

Name  **EMILIE BRUZELIUS**
Department  **091 - Global Health**
Date of Hire  **04/04/2016**
Position Title  **Data Analyst II**

Life #  **2469083**

## Job Responsibilities

List all Job Responsibilities and Performance Expectations in the grid below, in order of priority. Provide a brief explanation if necessary and rate each responsibility from 1 to 3 (3 being the best). Some job classes may pre-populate the list from their Job Description. This text is not editable but the Explanation and Rating is. Additional Responsibilities may be added. The Ratings will be averaged and entered in the Performance Component field below.

| Job Responsibilities/Performance Expectations | Explanation of Performance | Weight | Rating 1-3 |
|---|---|---|---|
| 1. Work with the clinical and administrative staff of the practice to define data reporting needs | NA | % | N/A |
| 2. Develop analytic reports that are easily understandable by clinical and administrative staff. | NA | % | N/A |
| 3. Use modeling techniques and tools in analyzing and specifying data structure | - Conducted analysis as required for ATLAS project data requirements including Demographic and Health System Malaria indicator estimates.<br><br>- Conducted analysis as required for Global Advantage Task Force Report including national and international life expectancy estimates and produced all report data visualizations.<br><br>- Conducted analyses for AIGH manuscripts related to: hypertension risk, multiple chronic conditions, underserved patients, asthma disparities, administrative big data analyses, global health care access, tobacco cessation and missing community detection. | % | 2 - Meets Expectations |
| 4. Implement best practices in data management to ensure the integrity of the data, the quality of data processes and deliver analyzable or analyzed data to a variety of internal and external clients of the affiliated practice | NA | % | N/A |
| 5. Maintain data integrity and completes data analysis as necessary | - Implemented version control and made public all analytic code as applicable.<br><br>- Produced appropriate documentation of methods to external or internal audiences as applicable. | % | 2 - Meets Expectations |
| 6. Complete data capture, data extraction and analysis | | % | 2 - Meets Expectations |



CONFIDENTIAL

ISMMS_003931