# EXHIBIT 50

# EMILIE BRUZELIUS

Brooklyn, NY 11211 | emilie.bruzelius@gmail.com| https://github.com/embruze

*Experienced data analyst using emerging methods and data science approaches
to address complex problems in population health.*

EXHIBIT
BRUZELIUS
2
PENGAD 800-631-6989

## EDUCATION

| | |
|---|---|
| Columbia University, Mailman School of Public Health | New York, NY |
| Doctoral Student, Department of Epidemiology | 2015-present |
| Master of Public Health, Sociomedical Science, Research Methods | 2012 |
| | |
| Columbia University, Fu School of Engineering | New York, NY |
| Masters/Certification Student, Data Science Institute | 2014-2015 |
| | |
| Brandeis University | Waltham, MA |
| Bachelor of Arts, Sociology | 2004 |

## EXPERIENCE

**Columbia University College of Dental Medicine (CDM)** — New York, NY
*Research Analyst & Coordinator, Section of Population Oral Health (SPOH)* — 2013-present

### Analysis

Use R, Python and a variety of statistical and computation tools to oversee data pipelines, including acquisition, processing and modeling, for SPOH research and programs. Current projects include:

- Using insurance claims data to model the impact of periodontal disease on birth outcomes.
- Assessing dental clinician compliance with tobacco treatment guidelines in New York City.
- Opinion mining vaccine and fluoride beliefs using social media sentiment analysis.
- Spatial analysis and algorithmic correction for GPS errors in built environment public health data.
- Analysis and evaluation lead for the New York Presbyterian Medicaid Redesign Tobacco Cessation Program (DISRIP); examining best practices and remaining barriers to reducing smoking in NYC.

### Technology Development

Create and test e-learning platforms and decision support tools for health care providers and consumers. Primary focus on UX/UI design, as well as front-end and back-end programming tasks in HTML, SQL, Python. Current projects include (see addendum for specific project links):

- Developing clinical decision support tools to aid health care providers in treating behavioral health concerns including tobacco cessation and eating disorders.
- Creating online blended courses teaching effective tobacco treatment to students and faculty.
- Designing and testing web-based interventions that educate consumers on a variety of oral health topics including oral care during pregnancy, caries transmission, and diabetes self management among others.

**Albert Einstein College of Medicine (AECOM)** — Bronx, NY
*Research Consultant (full-time), Community Assessment and Capacity Building Core* — 2011-2013

Provided mixed-methods research and external program/partnership evaluation services to AECOM investigators under the direction of the Core Principal Investigator.

- Conducted focus group and mixed methods analysis including survey/spatial integration techniques to examine predictors of HPV vaccination completion among Bronx residents.
- Used ethnographic interviewing and rapid qualitative assessment to examine associations between interpersonal violence and preventive service use.
- Employed Nvivo cluster analysis to identify multilevel predictors of cervical cancer screening.

EMILIE BRUZELIUS: Page 1 of 2

CONFIDENTIAL

ISMMS_000057

*Graduate Research Assistant, Epidemiology and Population Health* 2010-2011

Conducted interviews, qualitative analysis, literature reviews and presented results in support of the Mental Health and Cancer Connection Program—a community based participatory research project examining cancer screening disparities in the South Bronx.

Massachusetts General Hospital & Harvard School of Public Health                Boston, MA
*Senior Clinical Research Coordinator, Cancer Center*                                         2005-2008

Managed data collection and data management for a large-scale epigenetic study identifying factors influencing cancer treatment as a part of research leading to advances in early detection and targeted treatment for thoracic cancers.

- Completed over 1000 in-depth structured interviews with patients regarding environmental and occupational health exposures.
- Oversaw blood and tissue sample collection and processing in preparation for bio-specimen banks.

## AWARDS

| | |
|---|---|
| Course Attendance Scholarship, Epic Summer Institute, Columbia University | 2015 |
| Scholarship, Presenting Information, Edward Tufte Master Class, NYU Poly | 2015 |
| Student Travel Award, New York R Conference | 2015 |
| Building Bridges Poster Award, National Institute of Dental and Craniofacial Research | 2014 |
| Partner in Excellence – Cancer Center Team, Partners Healthcare | 2007 |

## ACTIVITIES

Teaching & Mentorship
- Birnberg Summer Research Mentor (6 predoctoral, 1 postdoctoral), Columbia University — 2013- 2015
- Teaching Assistant & Guest Lecturer, Health Care Delivery Systems, Columbia University — 2013-2014
- Teaching Assistant, Dental Infectious Disease & Guest Lecturer, Columbia University — 2013-2014
- Introduction to Statistics, Course Assistant, NYU College of Nursing — 2012, 2013

Professional
- Reviewer, Progress in Community Health Partnerships — 2013-present
- Program Evaluator (part-time consultant), NYU College of Nursing — 2012

Continuing Education
- Spatial Analysis (audited), QMSS, Columbia University — 2015
- Intermediate Javascript Bootcamp, General Assembly — 2014
- Computing in Context (audited), Department of Computer Science, Columbia University — 2014

## SKILLS & TOOLS

Skills

| | | |
|---|---|---|
| *Large dataset analysis/modeling | *Mixed methods analyses | Sentiment analysis |
| *Decision support development | *UX/UI design | Mapping/spatial analyses |
| *Public use data analysis | *Program evaluation | Machine learning |
| *Data management/munging | | Web scraping |

Tools

Statistics: *R, *SPSS, STATA, SAS, Pandas, Matlab, StatTransfer
Web & Languages: *Python, *SQL, HTML, Javascript, Shiny, Jekyll
Viz & Presenting: *Photoshop, RevealJS, Illustrator, D3
Other: *NVivo, *Endnote, *Access (development), Atlas.ti, GIS/QGIS, Tableau, Google BigQuery

*Please see Publications, Presentations and Projects addendum for examples of work.*

*Indicates significant skill set, otherwise working knowledge and prior effective use.

CONFIDENTIAL                                                                                                    ISMMS_000058