# EXHIBIT 51

**From:**    "Weisman, Jeb" <jeb.weisman@mssm.edu>
**To:**        "Posner, Rachel" <rachel.posner@mssm.edu>
**Cc:**        "Singh, Prabhjot" <Prabhjot.Singh@mssm.edu>
**Subject:**  Job Descriptions
**Sent:**      2018-11-06T14:34:42Z
CH_Software Engineering.docx
EB_Data_Analyst_Epidemiologist.docx
HK_Product Manager.docx
KL_Front_End_Engineer.docx
TBD_Front End Engineer.docx

Rachel,

Attached please find job descriptions for 5 positions, 4 currently occupied and one to be hired. The initials of the current staff holding the positions are prepended to the file names. The open position is TBD. There is a 6th position under consideration, a program manager. This is still in planning and so I have not included it for review as there are too many open questions about the role as we develop the revenue generating aspects of ATLAS.

If you have any questions, please do let me know. I will be away with little access to e-mail from tomorrow, the 7th through Sunday, the 11th. I should be back online by the 12th and in the office by the 15th of November.

Thank you for your support and guidance.

-Jeb

**Jeb Weisman, PhD**
Director – ATLAS
Arnhold Institute for Global Health
Icahn School of Medicine at Mount Sinai



EXHIBIT
JWE6
M.C. 6/21/24

CONFIDENTIAL

ISMMS_019301

The Software Engineer develops, designs, tests, implements, and documents original software code and modified vendor code and operating systems to meet specific needs of the ATLAS initiative.  This engineer has a specific focus on data science, machine learning experiments, and back-end software deveopment and management, while supporting the overarching goal of being part of a collaborative team developing ATLAS as the premiere, high-quality, innovative, and fully performing software and service platform to advance the mission of the Arnhold Institute and to support the delivery of health and allied services to the global community..

- Identifies and analyzes data requests to support the ATLAS platform; identifies necessary data, data sources, and methodologies.
- Leverages advanced statistical analysis methods to create insightful recommendations and conclusions that advance the ATLAS platform.
- Prepares clear, well-organized data and back-end development project-specific documentation, coordinated with other ATLAS team members.
- Executes and builds high quality products with an eye towards data science experience, driving the product process from data, user research insights, and business needs.
- Collaborates with ATLAS team and clients to understand technical and value concerns and requirements to generate detailed specifications for stress-tested solutions.
- Collaborate to prepare the ATLAS platform stack for scale.
- Collaborates with ATLAS team to establish and follow platform technical standards.
- Provide data engineering and back-end development support for ATLAS platform.
- Investigate, recommend, and prototype new technical features as part of a seamless process that enables the ATLAS platform to realize its full potential.
- Participate in building our strategic product vision and tactical product roadmap.
- Collaboratively implements QA/QI processes
- Leverage data analysis and machine learning tools (Python, R, Excel, SQL, TensorFlow, etc.) to further extend back-end development/data science capabilities in ATLAS.
- Participate in authorship of scholarly and white papers related to ATLAS.
- Recommends and develops ATLAS server APIs.
- Works collaboratively to improve ATLAS platform's quality, stability, and forward-looking design and functionality.

As part of the ATLAS team:
- Execute full lifecycle software development
- Write well-designed, testable, efficient code
- Produce specifications and determine operational feasibility
- Integrate software components into a fully functional software system
- Develop software verification plans and quality assurance procedures
- Document and maintain software functionality
- Tailor and deploy software tools, processes, and metrics
- Other duties as assigned

Previous experience and skills:

ISMMS_019302

- Proven work experience in software engineering
- Experience developing production quality code in Python, Node.js, or a similar language
- Excellent knowledge of relational and non-relational databases, such as (PostgreSQL, MySQL, MongoDB, DynamoDB, etc.)
- Experience in developing web applications using at least one popular web framework, preferably React.js.
- Strong understanding of HTML, CSS, and JavaScript
- Experience with test-driven development
- Ability to document requirements and specifications
- Familiarity with software development methodology and release processes
- Working knowledge of Git or a similar version control system.

Minimum Qualifications
- BS degree in Computer Science, Engineering, or other related field
- Four or more years of experience in software engineering
- Strong written and verbal communication skills
- Experience with Amazon Web Services (EC2, Lambda, DynamoDB, RDS, S3)
- Experience with Machine Learning technologies
- Experience working in tightly collaborative teams

CONFIDENTIAL

ISMMS_019303

The Product Manager supports the build out, deployment, team management, and technical support of the ATLAS platform. The Product Manager's over-arching goal is be to be part of a collaborative team developing ATLAS the premiere, high-quality, innovative, and fully performing software and service platform to advance the mission of the Arnhold Institute and to support the delivery of health and allied services to the global community.

- Collaboratively create and manage product strategy and a roadmap for the ATLAS platform.
- Manage the ATLAS lifecycle from requirements gathering to feature prioritization to product release.
- Gather product requirements from various internal and external constituents and create business requirements as well as detailed functional requirements.
- Work closely with the ATLAS team and clients to deliver new product features, enhancements, and critical defect fixes.
- Assist ATLAS Director with external partners with client relationships.
- Work with ATLAS team members and other partners to develop grant and other funding opportunities to support the development and distribution of the ATLAS platform.
- Present product strategies, roadmaps, and solutions to both external and internal stakeholders.
- Monitor product performance and metrics from all sides of the ATLAS initiative and provide regular stakeholder status check-ins and reports to the ATLAS Director and staff.
- With the ATLAS team, conduct usability testing, surveys, market research, and focus groups to monitor customer satisfaction and identify opportunities to improve overall customer experience across all customer touch points.
- Perform market and competitive research to understand trends and opportunities in the industry.
- Participate in the process of building and establishing ATLAS as a high quality product with emphases on user experience and infrastructure quality, supporting the product process from data, user research insights, and ATLAS business needs.
- Partner closely with stakeholders, design, and engineering to understand problems and requirements and generate detailed specifications for solutions that will stand up to being stress-tested in the field on a daily basis.
- Measure and communicate development process and impact to drive continuous improvement aligned with ATLAS business goals.
- Coordinate cross functional teams—thinking about not only how the product is implemented, but how it is operationalized to deliver value.
- Recognize and communicate how all aspects of the ATLAS stack scales user groups and markets.
- Prototype new technical features/ideas when necessary, as part of a seamless process that leverages ATLAS engineers' skills.
- Participate in developing the ATLAS strategic product vision and tactical product roadmap.

CONFIDENTIAL