# EXHIBIT 52

April 20, 2016
Patrick Doupe
███████████
Thornbury, Australia, 3071



Dear Patrick:

Congratulations! On behalf of all of us on our Human Resources Team, we're delighted to offer you a position with the Mount Sinai Health System. We hope you will be as excited as we are to be wearing the Mount Sinai badge—a distinguished symbol of compassion, honor, and affiliation.

**Details of your employment**

Position: Full-time SENIOR DATA ANALYST
Shift: Day Job
Department: 091 - Global Health
Reports To: Kirsten Knaup
Bi-Weekly Rate: $ 3,260.2740
Employee Type: Exempt

Your offer is contingent upon satisfactory completion of the following:

• Pre-Employment Medical Examination
• Toxicology Testing
• Skill Survey Reference Checks
• Verification of Academic Credentials
• Proof of Professional Registration/Licensure (if applicable)
• Background Check & Employment Verifications

Upon successful completion of all aspects of our pre-employment screening, you will receive a confirmation letter with your start date and details of your orientation program(s). Your Talent Acquisition On-Boarding Specialist will schedule your pre-employment appointments for Employee Health and assist you with the process.

Your offer includes participation in Mount Sinai Health System's Benefits Program which will offer you a full range of benefits options including medical, dental, vision, employee and dependent life-insurance, short and long-term disability coverage, flexible spending and additional voluntary benefits. Mount Sinai Health System also offers a 403(b) Annuity Plan in which you may participate. You will receive information regarding a separate benefits orientation in your confirmation letter provided to you by your Talent Acquisition On-boarding Specialist.

You are required to present proof of eligibility to work in the United States in accordance with the Immigration and Naturalization Service Act. Please review the "List of Acceptable Documents" on the I-9 form you will receive in your "welcome packet" and bring this form to your on-boarding appointment, plus original document(s) that satisfy this federal requirement. Please note that you will also be **REQUIRED** to bring your original **Social Security Card** for payroll purposes, even if this is not one of the documents used to meet your I-9 eligibility.

Additionally, for our payroll purposes, the name listed on your social security card is **exactly** the way that it will appear in our system.

CONFIDENTIAL

ISMMS_021363

This letter is not an employment contract. If any of the pre-employment requirements stated in this letter are not satisfactorily completed, this offer will be rescinded. In order to commence our pre-employment process, please electronically sign a copy of this letter by clicking your personal link at the bottom of the email. Please note that your unique identifier is the first four digits of your social security number followed by your zip code.

**Respecting the Person You Are**

Mount Sinai works hard to create a welcoming, nurturing work environment that supports your professional growth. Through our Office of Diversity and Inclusion, it's important to know that you're also joining an organization that is responsive to the wider community—a leader in health care and a vibrant, fulfilling place to work.

Our vision is to continue to grow and challenge convention through our pioneering spirit, scientific advancements, forward-thinking leadership, and collaborative approach to providing exceptional patient care.

We're thrilled to have you join our team. Welcome to the Mount Sinai Health System.

This offer will expire in 3 business days.

Sincerely,
*Rachael Ende*

Talent Acquisition & Retention Team
Human Resources

cc: Kirsten Knaup
    Human Resources File


**Our mission at Mount Sinai Health System is to provide compassionate patient care with seamless coordination and to advance medicine through unrivaled education, research, and outreach in the many diverse communities we serve.**

**Mount Sinai Health System is committed to diversity and equal opportunity.**

CONFIDENTIAL

ISMMS_021364