# EXHIBIT 53



## The Mount Sinai Medical Center Employee Profile

**MONGIA, MIHIR**                                                          8043870

| Social Security Number: \*\*\*-\*\*-\*\*\*\* | Date Of Birth: \*\*/\*\*/\*\*\*\* | Degree: | Supervisor: **JEB WEISMAN** |
|---|---|---|---|

### 10000 Mount Sinai - Faculty and Staff MSMC Payroll

Primary: **PZ51 - Senior Data Analyst** in **091 - Global Health**          Position number:
**151498**

Chair/VPs : **PRABHJOT SINGH**

Managers : **KIRSTEN KNAUP**

### Details

| Hours | Pay Freq | Pay Grade | Salary | Last Bonus |
|---|---|---|---|---|
| **75** | **Bi-weekly** | \*\*\* | **$\*,\*\*\*** | |
| *Hire Date* | *Department Date* | *Job Date* | *Payroll Status* | *HR Status* |
| **09/05/2017** | **09/05/2017** | **09/05/2017** | **Active** | **Active** |
| *Pay Type* | *Full Time Code* | *Bargaining Unit* | *Exemption* | *FTE Equivalent Hrs* |
| **Salaried** | **Full Time Permanent** | **Non-union** | **Exempt** | **1 (75)** |

### Job Description for PZ51 - SENIOR DATA ANALYST

*Summary*

The Senior Data Analyst oversees activities related to data integrity, security and enhancement of the value of data including data cleaning, query tracking, and developing and implementing policies and procedures. The Senior Data Analyst may direct the movement of data across multiple systems; oversee its validation and organization and make sure that data is available to appropriate people and systems within an organization.

*Primary Duties*

Uses modeling techniques and tools in analyzing and specifying data structure in large and/or complex data sets. 2. Implements best practices in data management to ensure the integrity of the data, the quality of data processes and delivers analyzable or analyzed data to a variety of internal and external clients of the Medical Center. 3. Recommends best practices for data transformations to support the data movement. Defines data migration requirements, gathering, validating and documenting data requirements. 4. Translates, merges, cleans up and/or maps data into conceptual, logical and physical data models. 5. Oversees all activities related to data cleansing, data quality and data consolidation using industry standards and processes. 6. Identifies, develops, and documents data standardization, data enrichment operations, data validations, data security requirements, and data exception handling processes. 7. Documents, implements, maintains or recommends operating methods to improve processing, distribution, data flow, collection, database editing procedures. 8. May define parameters for file or space utilization. 9. Works closely with IT management and staff. 10. May access data in the Data Warehouse, as required. 11. Assists faculty and staff with queries, statistical analyses, reports and technical difficulties related to data retrieval. 12. Designs and writes custom applications needed to ensure the database meets requirements for the entry, management and reporting of data. 13. Recognizes recurring issues and analyzes causes in order to reach a solution. Generates plans and provides tools/techniques for improvement and to measure success. 14. Trains staff with varying degrees of knowledge to effectively use the database system. 15. Maintains knowledge of the current regulations and technologies related to data management. 16. May write and prepare manuscripts and other materials for internal and external audiences. 17. Performs other related duties.



EXHIBIT 7
JWE
M.C. 6/21/24

CONFIDENTIAL

ISMMS_026197

| | |
|---|---|
| Education | Minimum: N/A Preferred: N/A Actual: Bachelor's degree in computer science, statistics and/or related field. Master's degree in relevant field of study preferred Advanced knowledge of database applications / management, SQL and /or SAS Intermediate MS Office (Word, Excel), Access, Outlook Experience with SQL relational database management systems (Oracle, SQL Server, MySQL, PostgreSQL) preferred |
| Previous Experience | 5 years database application/management experience, preferably in a large medical center or healthcare environment, is preferred. A combination of experience/education with an advanced degree or a background in research analytics can be considered. |

Physical Requirements

| License | Type | Agent | Frequency |
|---|---|---|---|
| Certification | Certification | Agent | Frequency |
| Computer Skills | Application | Level | |
| | SQL | Expert | |
| | SSPS/SAS | Expert | |
| | WORD | Intermediate | |
| | EXCEL | Intermediate | |
| | Outlook | Intermediate | |
| | Microsoft Access | Intermediate | |

## Home Address(es)

| Street | | Box/Appt | City | State | Zip | Phone |
|---|---|---|---|---|---|---|
| ███████ | | | ███████ | | | ███████ |

CONFIDENTIAL

ISMMS_026198