# EXHIBIT 54

| From: | Emilie Bruzelius |
|---|---|
| Sent: | Tuesday, June 5, 2018 7:15 PM EDT |
| To: | Jones-Winter, Clarissa |
| Subject: | Meeting today |

Hi Clarissa,

I want to report a conversation with Prabhjot that occurred today in our one-on-one meeting where I feel that he was either directly or indirectly pressuring me to quit. It is making me feel very uncomfortable I would appreciate some advice on how to best handle the situation. I am writing this out in some detail so that I can document the conversation properly, but I am available to discuss by phone if you have questions or thoughts.

As I've mentioned, I have a bi-monthly meeting with Prabjot to discuss research activities for the data science team. Today we discussed several run-of-the-mill paper submissions and other analyses as per usual.

After about 10 minutes, Prabhjot then switched gears and told me that he didn't see a data science research agenda moving forward. He further explained to me that without grant funding, he couldn't be sure whether there was a place for the work I was doing. He was using opaque language so I couldn't exactly understand what he was saying. However, the implication as I understood it, was that he was telling me that there wasn't necessarily going to be a job for me in the future. I then asked him point blank if that was the case, to which he verbally responded no, however, he was nodding his head (to indicate yes) and repeated multiple times that: 'we need greater clarity on your role to move forward." In addition, he specifically stated that he "hoped" I would remain part of the Institute in the future. He further added that although I was hired as a 'scientist' my future role would be 'to support the programmatic work of the Insitute.'

I cannot know exactly what was going through his head. However, I do feel that in this conversation he was pressuring me to quit, or at least to prime me to the idea of quitting by essentially demoting me. He is well aware that if he switched me to a role that is not-research related then I would likely leave the Institute.

He then referred again to the paper rejection that we received about a week ago and asked if I was upset and expressed concern about how terrible I must feel. As I mentioned to you, rejections are a common experience in academia and I am generally immune to taking it personally at this point. However, I have never had a senior author try to make me feel as though I *should be* upset by critiques - which was how I interpreted what he was saying. While expressing concern it seemed as though he was also trying to manipulate me into questioning my own performance - which I can confidently say I do not believe was an issue in this case. Nor has the quality of my work at the Institute ever been brought up as an issue. In fact, the opposite, repeatedly.

After this, he then asked me about my job description and title, saying something to the extent of "you are listed as a senior analyst, right?" And then asked me about my job description and the content of it. As I have relayed to both you and Marina, my job description has been a big sticking point for me. I have repeatedly brought up the job description issue to Prabhjot in my one-on-one meetings with him, consistently. Therefore, I do not know how it could be possible for him to have forgotten these conversations. In fact, as I shared with you, he was the one who asked me to re-draft a job description for myself because he recognized that the current one did not reflect my responsibilities. We went through the language that I drafted, and the larger Institute research agenda and my role within it, on multiple occasions. The only conclusion that I can draw is that he was purposefully choosing to pretend that none of these conversations had happened because they were always in one-on-one meetings and are hard to confirm. I also believe that he was trying to establish that he is unaware of my title and the fact that it is ranked lower than all of the other members of the team.

At the close of the conversation, he asked me to follow-up with Jeb Weisman, the recently appointed Director of the Atlas Project and to send both Jeb and himself a paragraph explaining what my proposed role should be moving forward concentrating on my programmatic role.

In particular, the timing of this shift is concerning to me. My last one-on-one meeting with him occurred before he was fully aware of the investigation or had been interviewed (to the best of my understanding). The meeting today had a completely different tone from previous interactions. I have never before had the experience of feeling like I was being questioned or personally experienced emotional manipulation. The fact that I had to ask

Safo_000895

him directly to clarify whether or not he was implying that I could no longer count on a job at AIGH is extremely odd. I can't help but wonder if he believes that some of the things that came up in the investigation came from me. I believe that, in particular, he would connect the issues around the gender pay gap to me specifically. As well, I have repeatedly questioned issues around academic integrity and ethical/IRB compliance, both in group meetings and to him specifically. I think it likely that he would assume that compliance concerns could have been reported by me.

I would appreciate some advice on how to handle these issues. I am afraid that the situation is becoming much more combustible and I would like to come up with a strategy to de-escalate.

Thanks again for all your support. I really do appreciate it.

Best,
Emilie


--
Emilie Bruzelius
Cell: █████████
Secondary email: eb2674@columbia.edu

CONFIDENTIAL