# EXHIBIT 55

**To:**   Bruno Silva[bruno0322@gmail.com]
**From:**  Silva, Bruno
**Sent:**   2019-05-23T21:47:21Z
**Importance:**   Normal
**Subject:** FW: WFH Today.
**Received:**   2019-05-23T21:47:17Z
Slack Guide for ACT.pdf
Concept_Pitch_Deck_V2.pdf

**From:** "Silva, Bruno" <bruno.silva@mssm.edu>
**Date:** Thursday, May 23, 2019 at 5:22 PM
**To:** "Urie, Kyshana" <kyshana.urie@mssm.edu>
**Cc:** "Singh, Prabhjot" <Prabhjot.Singh@mssm.edu>
**Subject:** Re: WFH Today.

Hi Ky-Shana,

Thanks for talking to me on the phone about the the WR policy. I just reviewed it. One thing that is not clear in the policy is in regards to last minute WR for unforeseen reasons, such as what happened to me today. I did not include the reason as to why I needed to work from home since we discussed not to include that. Just want to make sure that we are clear that sometimes, we all may have unforeseen events that may require us to need to work from home that presents itself last minute. **And that is not clear in the policy.** My suggestion is to have that **stated** so we are all clear on what to do under last minute circumstances.

Below I am including a list of the tasks I have completed today as well as a PDF of the work I completed today.

Tasks:

- Updated our **Immigration project,** to reflect the work done up to date since now we are pivoting into Universal Healthcare Access for all —not only undocumented immigrants.

- Worked on the Onboarding strategy for the ACT Learning Network Slack Channel

- And continued to work on the Prototype for the **Immigration Project**

Thank you.

Bruno.

**From:** "Urie, Kyshana" <kyshana.urie@mssm.edu>



EXHIBIT
B.5 7
4·19·24 AR

CONFIDENTIAL

ISMMS_020089

**Date:** Thursday, May 23, 2019 at 1:14 PM
**To:** "Silva, Bruno" <bruno.silva@mssm.edu>
**Cc:** "Singh, Prabhjot" <Prabhjot.Singh@mssm.edu>
**Subject:** Re: WFH Today.

Hi Bruno,

The WR policy (listed below) states that approvals are required. As a nonfaculty staff member, your request must include tasks/deliverables for the requested day with your Director's approval. Since this was not an approved request, and leadership was unaware of your absence until 10:14 am, today's absence will be an unauthorized PTO day.

In the future, please make sure you follow the policy, and if you need to take any time off, please follow the MSSM and AIGH policies.

Please understand this policy was created to have equity and to ensure operational needs are met.

If you have any questions or concerns, please see me directly.

Ky-Shana


Hello everyone,

The standard operating days and hours of the Arnhold Institute for Global Health and Health System Design are Monday through Friday, 9:00 am to 5:00 pm. All employees are required to be at work during these hours unless you are on an investigator track, working abroad or at a conference.

We are pleased to offer a pilot for summer office hours with a Flexible Friday Remote Work Program. Summer office hours will begin the first Monday immediately following the week which Memorial Day is observed and ending the week in which Labor Day is observed. The operating days and hours during summer are Monday through Thursday from 9:00 am to 5:00 pm, Friday 9:00 am to 3:00 pm.

In addition to the summer hours mentioned above, eligible staff members will rotate working remotely (WR) every other Friday during summer office hours.

Flexible Friday Remote Work Program Eligibility Criteria:
- Must have passed probation and been on the team for more than six months
- Positive work record for a year (no performance concerns)
- Good attendance record
- Access to VPN

All eligible staff members will receive a summer schedule in advance to ensure we have sufficient coverage on site from their supervisor.

Any other request for WR must be requested via email to your supervisor/director copying the

CONFIDENTIAL

ISMMS_020090

administrator; approved days will be entered on the shared calendar and monitored by the administrator. Non faculty staff members requests must include your tasks/deliverables to be completed for requested day.

Note: Management/Supervisor has the right to deny your request due to operational needs or abuse of this policy. This policy was reviewed by human resources and the Dean's office.

If you have any questions or concerns, see me directly.

Thanks,

**Ky-Shana Urie** | Department Administrator of Health System Design and Global Health
Arnhold Institute for Global Health
Office ▓▓▓▓▓▓
E kyshana.urie@mssm.edu

From: "Silva, Bruno" <bruno.silva@mssm.edu>
Date: Thursday, May 23, 2019 at 10:14 AM
To: "Urie, Kyshana" <kyshana.urie@mssm.edu>, "Singh, Prabhjot" <Prabhjot.Singh@mssm.edu>, "Archer, Andrea" <andrea.archer@mssm.edu>, "Rojas Leon, David" <david.rojasleon@mssm.edu>
Subject: WFH Today.

Hey guys,

I need to work from home today. I will be available on phone, slack and email.

Sorry about that.

Bruno.

CONFIDENTIAL

ISMMS_020091