# EXHIBIT 57

## Plugins

| # | Name | Author | Version |
|---|------|--------|---------|
| 1 | UFED Logical Report Reader<br>Reads the report generated by the UFED | Cellebrite | 2.0 |
| 2 | Physical Analyzer Report Reader<br>Reads report generated by the Physical Analyzer | Cellebrite | 2.0 |
| 3 | Pre Project | | |
| 4 | Garbage Cleaner | | |
| 5 | ContactsCrossReference<br>Cross references the phone numbers in a device's contacts with the numbers in SMS messages and Calls. Will fill in the Name field of calls and SMS if there's a match. | Cellebrite | 2.0 |
| 6 | Project Processor Finisher | | |
| 7 | Post Project | | |

## Contents

| Type | Included in report | Total |
|------|--------------------|-------|
| MMS Messages | 1 | 2240 |
| SMS Messages | 54 | 16465 |

## MMS Messages (1)

| # | Parties | Content | Other | Deleted |
|---|---------|---------|-------|---------|
| 1 | Timestamp:<br>9/22/2018<br>9:17:58 AM(UTC-4)<br>From:<br>█████ Geraldine *<br>Direction:<br>Incoming | Subject: No subject<br>Body:<br>Lol I was drunk last night<br>Attachments:<br><br>IMG_0971.jpg | Status: Read<br>Priority: Low | |

## SMS Messages (54)

⚠ * These details are cross-referenced from this device's contacts

| # | Folder | Party | Time | All timestamps | SMSC | Status | Message | Deleted |
|---|--------|-------|------|----------------|------|--------|---------|---------|
| 1 | Inbox | From<br>████ Geraldine *<br>Direction:<br>Incoming | 1/19/2019<br>12:02:01 AM(UTC-5) | | ▆▆ | Read | I want to! One of these days I'm able to work from home or after a chiropractor appointment | |
| 2 | Sent | To<br>████ Geraldine *<br>Direction:<br>Outgoing | 1/18/2019<br>10:34:22 PM(UTC-5) | | | Sent | oh thats good. You should come visit | |
| 3 | Inbox | From<br>████ Geraldine *<br>Direction:<br>Incoming | 1/18/2019<br>10:11:44 PM(UTC-5) | | ▆▆ | Read | Haha thanks.. I'm actually gonna try to have the conversation this wknd about what we're doing.. bc he's still not technically my bf | |
| 4 | Sent | To<br>████ Geraldine *<br>Direction:<br>Outgoing | 1/18/2019<br>9:39:00 PM(UTC-5) | | | Sent | Omg thats amazing. Congratulations! | |
| 5 | Inbox | From<br>████ Geraldine *<br>Direction:<br>Incoming | 1/18/2019<br>9:28:25 PM(UTC-5) | | ▆▆ | Read | Trying to get skinny this year lol.. that's all. I miss a lot of the ppl at arnhold but work is better where I am now | |
| 6 | Inbox | From<br>████ Geraldine *<br>Direction:<br>Incoming | 1/18/2019<br>9:27:41 PM(UTC-5) | | ▆▆ | Read | I got promoted at work, so it's been super busy. I'm kind of seeing this guy in VA.. we went to Aruba together lol | |
| 7 | Sent | To<br>████ Geraldine *<br>Direction:<br>Outgoing | 1/18/2019<br>9:27:12 PM(UTC-5) | | | Sent | How is everything else with you ? | |

CONFIDENTIAL

ISMMS_007422

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8 | Inbox | From ▆▆▆ Geraldine Direction: Incoming | 1/18/2019 9:26:53 PM(UTC-5) | | ▆▆ | Read | That makes sense | |
| 9 | Sent | To ▆▆▆ Geraldine Direction: Outgoing | 1/18/2019 9:26:06 PM(UTC-5) | | | Sent | yeah i want distance. hehe | |
| 10 | Inbox | From ▆▆▆ Geraldine Direction: Incoming | 1/18/2019 9:25:48 PM(UTC-5) | | ▆▆ | Read | I feel like you needed a break from their mess | |
| 11 | Inbox | From ▆▆▆ Geraldine Direction: Incoming | 1/18/2019 9:25:37 PM(UTC-5) | | ▆▆ | Read | Whoa!! I'm surprised and super glad for you! | |
| 12 | Sent | To ▆▆▆ Geraldine Direction: Outgoing | 1/18/2019 9:24:56 PM(UTC-5) | | | Sent | very quiet these days | |
| 13 | Sent | To ▆▆▆ Geraldine Direction: Outgoing | 1/18/2019 9:24:44 PM(UTC-5) | | | Sent | yes.completely | |
| 14 | Inbox | From ▆▆▆ Geraldine Direction: Incoming | 1/18/2019 8:42:23 PM(UTC-5) | | ▆▆ | Read | Busy enough to keep you out of boy drama? ◆◆◆◆ | |
| 15 | Inbox | From ▆▆▆ Geraldine Direction: Incoming | 1/18/2019 8:42:07 PM(UTC-5) | | ▆▆ | Read | That's good! | |
| 16 | Sent | To ▆▆▆ Geraldine Direction: Outgoing | 1/18/2019 8:34:57 PM(UTC-5) | | | Sent | I am good same old just busy. | |
| 17 | Inbox | From ▆▆▆ Geraldine Direction: Incoming | 1/18/2019 8:26:13 PM(UTC-5) | | ▆▆ | Read | I miss you too!!! How are you?? | |
| 18 | Inbox | From ▆▆▆ Geraldine Direction: Incoming | 1/18/2019 8:26:06 PM(UTC-5) | | ▆▆ | Read | ♥♥♥ | |
| 19 | Sent | To ▆▆▆ Geraldine Direction: Outgoing | 1/18/2019 5:22:28 PM(UTC-5) | | | Sent | I MISS YOU !!!! | |
| 20 | Inbox | From ▆▆▆ Geraldine Direction: Incoming | 9/22/2018 9:42:53 AM(UTC-4) | | ▆▆ | Read | Wahhhh | |
| 21 | Sent | To ▆▆▆ Geraldine Direction: Outgoing | 9/22/2018 9:42:45 AM(UTC-4) | | | Sent | yes for business school | |
| 22 | Sent | To ▆▆▆ Geraldine Direction: Outgoing | 9/22/2018 9:42:44 AM(UTC-4) | | | Sent | yes for business school | |
| 23 | Inbox | From ▆▆▆ Geraldine Direction: Incoming | 9/22/2018 9:42:23 AM(UTC-4) | | ▆▆ | Read | Wtffff Singapore?!?? | |
| 24 | Sent | To ▆▆▆ Geraldine Direction: Outgoing | 9/22/2018 9:41:17 AM(UTC-4) | | | Sent | He treats me really nice | |
| 25 | Sent | To ▆▆▆ Geraldine Direction: Outgoing | 9/22/2018 9:41:16 AM(UTC-4) | | | Sent | He treats me really nice | |

3

CONFIDENTIAL

ISMMS_007423