# EXHIBIT 58

Civil Action No.  1:19-cv-03779-VSB-JW


- - - - - - - - - - - - - - - - - - - - - - - - - - x

Stella Safo, et al.,

        Plaintiffs,

        v.

Icahn School of Medicine at Mount Sinai, et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - x

            Audio File:  Safo_007260

Page 2

STELLA SAFO:  Go ahead?

DENNIS CHARNEY:  Sure.

STELLA SAFO:  How are you doing?

DENNIS CHARNEY:  Yes, I'm good.

STELLA SAFO:  Is this okay?

DENNIS CHARNEY:  Yeah.

STELLA SAFO:  Hello, I feel like it's been a long time since I've been in this office. And a lot has changed.

DENNIS CHARNEY:  Yeah.

STELLA SAFO:  So, we have until 1:30, right?

DENNIS CHARNEY:  Yes.

STELLA SAFO:  I wanted to come in and see you because I haven't seen you, I think since I first started.

DENNIS CHARNEY:  Yeah.

STELLA SAFO:  And as you know, I've left Arnhold and a lot has happened over at Arnhold, that's just like left me as faculty, you know, feeling lots of different feelings.

DENNIS CHARNEY:  Yep.

STELLA SAFO:  And wanting to make sure -- I had a meeting with Dr. Murphy earlier this week, and I wanted to touch base with you --

DENNIS CHARNEY:  Um-hum.

STELLA SAFO:  -- just to kind of understand like my future at Sinai, so that's kind of the space that I'm coming --

DENNIS CHARNEY:  Okay.

STELLA SAFO:  -- I'm coming in.  Is there anything you wanted to touch base on?

DENNIS CHARNEY:  No, I (indiscernible) --

STELLA SAFO:  Otherwise, I can kind of fill the time.  I can talk a lot --

DENNIS CHARNEY:  Whatever's on your mind, (indiscernible) --

STELLA SAFO:  Okay.  So, you may know that Clarissa and the others spoke with me for what had happened at Arnhold because I left in February, and I really struggled with speaking with them, because Prabhjot was a friend and he'd -- I and his wife grew up together and were very close.  And it was very hard for me to kind of have come to the conclusions that I came to, and I only left Arnhold because I got very sick from the stress of being there, and just for like health reasons couldn't stay.

But when I left, one of the things that

Page 4

I think catalyzed everything, is that people were like Stella, who was like a real supporter, if she can't stay, then like what is happening?

DENNIS CHARNEY:  Yeah.

STELLA SAFO:  But it was still really hard for me, I think to kind of speak to some of the things that had happened and some of the concerns that I certainly had personally.  And it was really hard to leave my team behind.  And I think some of them have since left, and you know, -- and you know, I'm in a space now where I really like the work that I do, and I really believe it in, I think practice improvement and practice transformation really matters especially for the populations that are most vulnerable. And so, I felt very lucky when Andy and Niam invited me to work with them, because when I left Sinai, not that I -- when I left Arnhold, I thought that I would have to leave --

DENNIS CHARNEY:  Yeah.

STELLA SAFO:  -- Sinai.

DENNIS CHARNEY:  What?

STELLA SAFO:  And so, you know, being with that new team has been great and I'm enjoying the work and they've welcomed me.  But I

Page 5

understand that the results of the investigation,
essentially that Prabhjot will be here and he'll
continue to do the work that he's doing and just
having seen the way he and David Berman, who I
guess isn't here anymore, but how they had
treated people who had left before, I was really
-- I am really kind of concerned for a
retaliation and how you know, in very small ways,
not in very obvious ways, but in very small ways
in rooms that I won't be in, that you know, like
there can be ways to kind of block my ability to
progress.  My ability to do well here.  And I
really struggled with saying that to people,
because one, I worry that it makes me sound
paranoid.

          But after a lot of consideration, I
think that I just want to be honest, kind of
about like what my concerns are and where I am.
And you know, I really wish him and the institute
the best and I'm really glad that you guys are
going to like help, and mentor, and support.  And
on a selfish level, I don't know if by keeping
him here and keeping him in the role, if that is
like a way of telling people who may have
struggled under him, and like this isn't the

place for you.  And so, I just kind of wanted to, in a very honest way, tell you what I was thinking and what I've been kind of processing in the last couple of weeks.

DENNIS CHARNEY:  Okay.  So, you want me to respond, right?

STELLA SAFO:  Yeah.

DENNIS CHARNEY:  Okay.  I wasn't -- I wasn't aware of all the concerns until David Muller told me about it, and right after the weekend when there were issues related to -- I'm blocking on her first name, Olivares -- the attorney --

STELLA SAFO:  Oh, I heard about the woman who was going to come and give money?

DENNIS CHARNEY:  Yeah, and then she --

STELLA SAFO:  Is that the one?

DENNIS CHARNEY:  -- but next --

STELLA SAFO:  That's when I heard everything started too, yeah.

DENNIS CHARNEY:  -- then I did some due diligence and said to Prabhjot, you know, you're in really big trouble.

STELLA SAFO:  And no one ever knew what happened with that.  Like I'm curious where that

came from.

DENNIS CHARNEY:  I don't know where that came from.  I tried to figure out --

STELLA SAFO:  Because one thing that I heard is that it came from Columbia, actually, which was shocking to me.

DENNIS CHARNEY:  Well, I don't know how they would "know he's in trouble".  So, said to Prabhjot, I'm the Dean, you're in trouble.  I would --

STELLA SAFO:  I should know.  I'm the one who would cause trouble.

DENNIS CHARNEY:  Right.  So, but then I asked David Muller, is there anything going on with the institute or the department?  And he said, you know there's a lot of people who are unhappy.  So as soon as I found that out, I went to Karen Tiger in HR and Marina, I said you guys got to look into this.  And then Clarissa got involved, you know, too.  So, I said, whatever you find, you know, we're going to deal with. You have full authority to --

STELLA SAFO:  That's great.

DENNIS CHARNEY:  -- investigate.  So, I was hands off and had no preconceived --

Page 8

STELLA SAFO:  Anything, yeah.

DENNIS CHARNEY:  -- notions.  I said go find out what's going on.  And so, they -- they interviewed, as you know, a lot of people --

STELLA SAFO:  Yeah, a lot of us.

DENNIS CHARNEY:  You know, in great detail.  And then they gave me their recommendations, and their observations.  And I basically accepted what their recommendations were and conclusions.

STELLA SAFO:  Yeah.

DENNIS CHARNEY:  And so we're putting things in place to ensure that things are a lot better.   I would say in terms of what you say about your concerns, in some sort of retaliation, the chance of that are zero.  And if you get any whiff of that, I would want to know about it.  But I think the chances are like -- zero to negligible.

STELLA SAFO:  Yeah.

DENNIS CHARNEY:  And I would feel very strongly about if anything, you know, like that, you know, would occur.  And we -- we are putting things in place to see if we can make things a lot better.  We're putting in a internal oversite

committee, that has people that do a good job to see how things go, going forward around the environment --

STELLA SAFO:  Um-hum.

DENNIS CHARNEY:  -- leadership, compensation, HR related things, so they'll be a strong internal advisory committee that will report to me.  And also, we're doing some other things to see if we can help Prabhjot be a better leader.  He's certainly is, I would say remorseful about what happened.

STELLA SAFO:  That's good.

DENNIS CHARNEY:  And I feel he has the chance of learning from this and being a better person and a better leader.  We'll see.  I meet with him extremely frequently.  And either things are going to get better, or changes will be made. I took it very seriously.

STELLA SAFO:  Yeah.  Yeah, I think that's good.  I mean, I think one of the things that I struggle with a bit, is feeling like I've lost time.  The time that I was there, you know, in terms of like my academic trajectory.  And thinking about how to like make that right and how to kind of get back on, you know.

Page 10

DENNIS CHARNEY:  Well, maybe you can tell me a little bit about that, maybe we can help.

STELLA SAFO:  Yeah, you know --

DENNIS CHARNEY:  (Indiscernible) you moved to the Department of Medicine?

STELLA SAFO:  Yeah, I've been with the Department of Medicine, but I was like more or less, kind of fully within Arnhold, and then --

DENNIS CHARNEY:  Okay, so that was your home department all along?

STELLA SAFO:  Yeah, and he -- there was a big rift when he tried to move me into the Department of Global Health and at that point, I didn't really trust him, because I said I didn't want to go, and that was when my back pay, as CMO was held.  And it sounds like HR is still trying to like release that --

DENNIS CHARNEY:  We should fix that.

STELLA SAFO:  Yeah, and that is something  that I think we should just fix.  Just because --

DENNIS CHARNEY:  Well, you let me know if it doesn't get fixed --

STELLA SAFO:  No, I think Clarissa is

Page 11

going to --

DENNIS CHARNEY:  -- we basically owe you back pay, right?

STELLA SAFO:  Which I think is like, you know, it will be fixed, and I want it to be fixed because I don't want like yet another feeling of like oh, and this thing went wrong. You know, I think for the academic kind of part of it, you know, there was -- part of the reason why I came is I wanted to be in a place that was academic, and we started a couple of papers that we didn't finish, and then the one paper that came off of our work, which was more of a blog paper was Niam and Prabhjot without any of us on it.  And you know, I understand for different reasons kind of why that went that way, but I feel like in two and half years, that I've kind of lost that time, and I want to understand now, how I kind of get back on to like a tenured track.

DENNIS CHARNEY:  What track are you on now?

STELLA SAFO:  Trajectory -- I'm an assistant professor.

DENNIS CHARNEY:  In the tenure track?

Page 12

STELLA SAFO:  No.

DENNIS CHARNEY:  In the research track?

STELLA SAFO:  In the -- I want to say it's a clinical --

DENNIS CHARNEY:  The clinical education --

STELLA SAFO:  Clinical educator track.

DENNIS CHARNEY:  Okay.

STELLA SAFO:  Yeah.

DENNIS CHARNEY:  That's a tenure track.

STELLA SAFO:  Yeah, I mean, I think the thing that's hard for me is like I need to have like a body of work to make sure that I'm like ready to go, you know.  I don't know how long that's going to be taking and you know, so and I think it's in that context that I'm like a little bit nervous because I had -- want to make sure that when I'm like ready to go, that I have supporters within the institution --

DENNIS CHARNEY:  You mean to be promoted, you mean?

STELLA SAFO:  Yeah, you know?

DENNIS CHARNEY:  Well, first there's not a clock.

STELLA SAFO:  Um-hum.

DENNIS CHARNEY:  You -- you have time to go from assistant to associate.

STELLA SAFO:  Um-hum.

DENNIS CHARNEY:  So, I wouldn't feel like you -- and you shouldn't feel like you're on a clock.

STELLA SAFO:  It's like the perfectionist clock.

DENNIS CHARNEY:  Okay, maybe it's internal.

STELLA SAFO:  The go getter, yeah.

DENNIS CHARNEY:  In terms of the school --

STELLA SAFO:  Yeah.

DENNIS CHARNEY:  You have time.

STELLA SAFO:  Okay.

DENNIS CHARNEY:  You want to make sure you have the right mentors.  You have the right projects.  You know, that will lead to publication.

STELLA SAFO:  Yeah.  I want to -- I want to make sure -- yeah, that's it.  You know, like I want to -- I don't want to -- I think the thing that's getting many people who went through Arnhold is the feeling that they have struggled

and suffered emotionally, health wise, professionally, personally, all of the above, you know, for me.  I don't want my professional career to suffer.  And I -- I've already experienced that where, people who know Prabhjot, who I was once kind of close with in the global health world --

DENNIS CHARNEY:  Yeah.

STELLA SAFO:  -- who I've spoke with and were -- was friendly with, those relationships have kind of cooled.

DENNIS CHARNEY:  Um-hum.

STELLA SAFO:  So, I imagine, in my global health work, you know, outside of Sinai, within New York, there will be some loss from this.  You know?  And as much as I can, I want to minimize that loss within Sinai, my academic professional world.  Does that make sense?

DENNIS CHARNEY:  Yes.

STELLA SAFO:  And there's  no way that this isn't going to have an impact, you know, on me in some way, and that's fine.  I took that balance when I --

DENNIS CHARNEY:  So, who are your mentors now?

Page 15

STELLA SAFO:  Dr. Murphy, when we spoke, said that she'd really like kind of step up and help me out.

DENNIS CHARNEY:  Okay.

STELLA SAFO:  Denise Prince within the Department of Pub Health and Rob Fields, have been great.  Liz Holms, that I recently met has been really wonderful as well.

DENNIS CHARNEY:  Liz Howell or Liz Holms --

STELLA SAFO:  I'm sorry, it was Howell.  Yeah.

DENNIS CHARNEY:  Liz Howell is great.

STELLA SAFO:  Yeah.  She's really wonderful.  And I would say that those are probably my handful of people that I go to --

DENNIS CHARNEY:  (indiscernible) --

STELLA SAFO:  Kelly Cristiano actually has also really stepped up and helped out.

DENNIS CHARNEY:  Kelly?

STELLA SAFO:  Kelly Cristiano --

DENNIS CHARNEY:  Oh, Kelly's great too.

STELLA SAFO:  Yeah.

DENNIS CHARNEY:  And those are all really good people.  What -- what kind of

projects do you want to undertake?

STELLA SAFO:  Well, I'm very operationally focused.  So, the sweet spot that I need to figure out and is something that we were trying to figure out at Arnhold is how to turn operational work that is, you know, very implementation science, but even more kind of aggressively operational, into work that has academic outputs.  And so, I think part of what I need to do is to slow down a little bit and just start outputting some of that work.

DENNIS CHARNEY:  Um-hum.

STELLA SAFO:  And so, one thing I'm working with Niam on is like can we build out -- so I had a team when I was at Arnhold, I don't have a team now, can we build out a team where I can do a little bit more of the high level thinking and kind of, you know, step ahead to create those products?

DENNIS CHARNEY:  Yeah.

STELLA SAFO:  Because right now, and again, I love my work, but I will never get ahead if I have to do the work at this intensity and kind of detail.

DENNIS CHARNEY:  So, it's develop new

models of delivering care to different populations?

STELLA SAFO:  Yep.  And to do it with -- yeah, and to do it within a large health system, that's the catch.  Because that's very hard to do.  And then to be able to write about that and present about that and -- you know, so I'm working on it and I'm thinking about it, and --

DENNIS CHARNEY:  Yeah, it's not -- it's not in the world of NIH.

STELLA SAFO:  Right.

DENNIS CHARNEY:  So, it's -- it'd be more in, you know, the other federal agencies in terms of getting funding --

STELLA SAFO:  Like CMI?  Yeah.  CMI's --

DENNIS CHARNEY:  Yeah.

STELLA SAFO:  Yeah.

DENNIS CHARNEY:  You know to see if you can get funding from those agencies and the publications would be in --

STELLA SAFO:  From those --

DENNIS CHARNEY:  It would be like health affairs --

STELLA SAFO:  Yeah.

DENNIS CHARNEY:  -- those kind of journals.

STELLA SAFO:  Yeah, I knew (indiscernible) and Catalyst that type of stuff.

DENNIS CHARNEY:  Yeah, yeah.

STELLA SAFO:  I have my work cut out for me, but I guess I just wanted like from the highest level, just to know if like you know, kind of where I fair --

DENNIS CHARNEY:  We want you to be -- I want you to be successful.

STELLA SAFO:  Yeah.  I guess I kind of, you know, I assume that, but I guess I wanted to hear it, just because, you know, I don't know what it means that we're kind of, you know, supporting Prabhjot, and really making sure that he's going to succeed at Sinai, I don't know if that's like a little bit of a toss at like others who may have had questions about him, are not welcome.  And it doesn't sound like -- I think it's both.  It's both we're going to support him --

DENNIS CHARNEY:  Both.

STELLA SAFO:  -- and we're going to

support others who want to be here, and I want to be here, and I want to succeed here.

DENNIS CHARNEY:  That's the right interpretation.

STELLA SAFO:  Yeah.

DENNIS CHARNEY:  You know, I don't even know all the others who complained --

STELLA SAFO:  Yeah.

DENNIS CHARNEY: -- you know, whoever wants to meet with me should feel free to do that.  I've met with a couple --

STELLA SAFO:  Yeah.

DENNIS CHARNEY:  -- of people but not -- just a few.

STELLA SAFO:  Yeah, Clarissa told me that you said you wouldn't mind meeting with people, and so I said --

DENNIS CHARNEY:  I don't mind meeting with people and your interpretation is correct, I want you to be successful and I want to give the institute with Prabhjot the chance to see if he can learn to do better.  So, it's really both.

STELLA SAFO:  Yeah.

DENNIS CHARNEY:  And maybe at some point, I don't know how broken the relationship

is, but maybe at some point in the future there can be a (indiscernible) you know between the two of you given that you were friends before.

STELLA SAFO:  Yeah.

DENNIS CHARNEY:  Friends with his wife.

STELLA SAFO:  Yeah.  I hope so.  I mean, I personally have  no hard feelings and I --

DENNIS CHARNEY:  Yeah.

STELLA SAFO:  -- really wish him the best, but --

DENNIS CHARNEY:  You still have contact with his wife or no?

STELLA SAFO:  No.  And that's the hardest part for me.  She was my best friend.

DENNIS CHARNEY:  She was?

STELLA SAFO:  Yeah, it's very, very sad.

DENNIS CHARNEY:  You know -- you know what happened to her?

STELLA SAFO:  Yeah.

DENNIS CHARNEY:  All right.  Sometimes those things can recovery.

STELLA SAFO:  Yeah.

DENNIS CHARNEY:  With the time and the

right moment.

STELLA SAFO:  I think it's hard though, because everyone in her life has not supported them together.  And I was one of the only ones, and so me, now also being among the people who's like has questions about him, I think -- and I worry that she's so isolated.  You know?

DENNIS CHARNEY:  Yeah.

STELLA SAFO:  It's hard.  But that's separate than this.  Anyway, thank you for taking the time --

DENNIS CHARNEY:  Feel free to stay in touch --

STELLA SAFO:  Yeah, I think -- I think I will.  I think I'll check in from time to time, if you don't mind.

DENNIS CHARNEY:  I don't mind.

STELLA SAFO:  Yeah.  And you know, because there's -- if anything does change, if you know, if there's any questions that I can be helpful with, I still have lost of contact with folks within Arnhold, who you know, they trust me so --

DENNIS CHARNEY:  Yeah.

STELLA SAFO:  If there's anything that

I can do to kind of help you in this phase, let me know.

DENNIS CHARNEY:  Okay.  Stay in touch.

STELLA SAFO:  I will.  Thank you.  This is a thank you.  I hope you're enjoying the rest of your summer.  I know it's going very fast.

DENNIS CHARNEY:  I'm going up to Maine this weekend.  My daughter just moved out there, so --

STELLA SAFO:  Yeah?  Going to go hang out?  Going to be nice.  Well, thank you.  Can I go out this way?

DENNIS CHARNEY:  Just you can go out this way.

STELLA SAFO:  (Indiscernible) door here.

DENNIS CHARNEY:  Take care.

STELLA SAFO:  See you later.

DENNIS CHARNEY:  Bye.

STELLA SAFO:  Thank you ladies.

WOMAN:  Okay.  Bye bye.

STELLA SAFO:  See you later.

C E R T I F I C A T I O N

I, Sonya Ledanski Hyde, certify that the foregoing transcript is a true and accurate record of the proceedings.

_____

Veritext Legal Solutions

330 Old Country Road

Suite 300

Mineola, NY 11501

Date:   June 29, 2023

**[007260 - coming]** Page 1

**0**

007260 1:12
03779 1:3

**1**

11501 23:14
12151 23:8
1:19 1:3
1:30 2:11

**2**

2023 23:16
29 23:16

**3**

300 23:13
330 23:12

**a**

ability 5:11,12
able 17:6
above 14:2
academic 9:23
  11:8,11 14:17
  16:9
accepted 8:9
accurate 23:4
action 1:3
actually 7:5
  15:18
advisory 9:7
affairs 17:25
agencies 17:14
  17:21
aggressively
  16:8

ahead 2:1
  16:18,22
al 1:6,9
andy 4:16
anymore 5:5
anyway 21:10
arnhold 2:19
  2:20 3:16,22
  4:18 10:9
  13:25 16:5,15
  21:22
asked 7:14
assistant 11:24
  13:2
associate 13:2
assume 18:14
attorney 6:13
audio 1:12
authority 7:22
aware 6:9

**b**

back 9:25
  10:16 11:3,19
balance 14:23
base 2:25 3:7
basically 8:9
  11:2
believe 4:13
berman 5:4
best 5:20 20:11
  20:15
better 8:14,25
  9:9,14,15,17
  19:22

big 6:23 10:13
bit 9:21 10:2
  12:17 16:10,17
  18:19
block 5:11
blocking 6:12
blog 11:13
body 12:13
broken 19:25
build 16:14,16
bye 22:19,21,21

**c**

c 23:1,1
care 17:1 22:17
career 14:4
catalyst 18:5
catalyzed 4:1
catch 17:5
cause 7:12
certainly 4:8
  9:10
certify 23:3
chance 8:16
  9:14 19:21
chances 8:18
change 21:19
changed 2:9
changes 9:17
charney 2:2,4,6
  2:10,13,17,22
  3:1,5,8,12 4:4
  4:20,22 6:5,8
  6:16,18,21 7:2
  7:7,13,24 8:2,6
  8:12,21 9:5,13

10:1,5,10,19,23
11:2,21,25
12:2,5,8,10,20
12:23 13:1,4,9
13:12,15,17
14:8,12,19,24
15:4,9,13,17,20
15:22,24 16:12
16:20,25 17:10
17:13,18,20,24
18:2,6,11,24
19:3,6,9,13,18
19:24 20:5,9
20:12,16,19,22
20:25 21:8,12
21:17,24 22:3
22:7,13,17,19
check 21:15
civil 1:3
clarissa 3:15
  7:19 10:25
  19:15
clinical 12:4,5
  12:7
clock 12:24
  13:6,8
close 3:20 14:6
cmi 17:16
cmi's 17:16
cmo 10:16
columbia 7:5
come 2:14 3:21
  6:15
coming 3:4,6

**[committee - friend]**

committee  9:1
  9:7
compensation
  9:6
complained
  19:7
concerned  5:7
concerns  4:8
  5:18 6:9 8:15
conclusions
  3:21 8:10
consideration
  5:16
contact  20:12
  21:21
context  12:16
continue  5:3
cooled  14:11
correct  19:19
country  23:12
couple  6:4
  11:11 19:11
create  16:19
cristiano  15:18
  15:21
curious  6:25
cut  18:7
cv  1:3

**d**

date  23:16
daughter  22:8
david  5:4 6:9
  7:14
deal  7:21

dean  7:9
defendants
  1:10
delivering  17:1
denise  15:5
dennis  2:2,4,6
  2:10,13,17,22
  3:1,5,8,12 4:4
  4:20,22 6:5,8
  6:16,18,21 7:2
  7:7,13,24 8:2,6
  8:12,21 9:5,13
  10:1,5,10,19,23
  11:2,21,25
  12:2,5,8,10,20
  12:23 13:1,4,9
  13:12,15,17
  14:8,12,19,24
  15:4,9,13,17,20
  15:22,24 16:12
  16:20,25 17:10
  17:13,18,20,24
  18:2,6,11,24
  19:3,6,9,13,18
  19:24 20:5,9
  20:12,16,19,22
  20:25 21:8,12
  21:17,24 22:3
  22:7,13,17,19
department
  7:15 10:6,8,11
  10:14 15:6
detail  8:7 16:24
develop  16:25

different  2:21
  11:15 17:1
diligence  6:22
doing  2:3 5:3
  9:8
door  22:15
dr  2:24 15:1
due  6:21

**e**

e  23:1
earlier  2:24
education  12:5
educator  12:7
either  9:16
emotionally
  14:1
enjoying  4:25
  22:5
ensure  8:13
environment
  9:3
especially  4:14
essentially  5:2
et  1:6,9
experienced
  14:5
extremely  9:16

**f**

f  23:1
faculty  2:20
fair  18:10
fast  22:6
february  3:17

federal  17:14
feel  2:7 8:21
  9:13 11:17
  13:4,5 19:10
  21:12
feeling  2:21
  9:21 11:7
  13:25
feelings  2:21
  20:7
felt  4:16
fields  15:6
figure  7:3 16:4
  16:5
file  1:12
fill  3:11
find  7:21 8:3
fine  14:22
finish  11:12
first  2:16 6:12
  12:23
fix  10:19,21
fixed  10:24
  11:5,6
focused  16:3
folks  21:22
foregoing  23:4
forward  9:2
found  7:17
free  19:10
  21:12
frequently  9:16
friend  3:18
  20:15

**[friendly - know]**

**friendly** 14:10
**friends** 20:3,5
**full** 7:22
**fully** 10:9
**funding** 17:15
17:21
**future** 3:3 20:1

**g**

**getter** 13:11
**getting** 13:24
17:15
**give** 6:15 19:20
**given** 20:3
**glad** 5:20
**global** 10:14
14:6,14
**go** 2:1 8:2 9:2
10:16 12:14,18
13:2,11 15:16
22:10,12,13
**going** 5:21 6:15
7:14,21 8:3 9:2
9:17 11:1
12:15 14:21
18:18,22,25
22:6,7,10,11
**good** 2:4 9:1,12
9:20 15:25
**great** 4:24 7:23
8:6 15:7,13,22
**grew** 3:19
**guess** 5:5 18:8
18:13,14
**guys** 5:20 7:18

**h**

**half** 11:17
**handful** 15:16
**hands** 7:25
**hang** 22:10
**happened** 2:19
3:16 4:7 6:25
9:11 20:20
**happening** 4:3
**hard** 3:20 4:6,9
12:12 17:6
20:7 21:2,9
**hardest** 20:15
**he'll** 5:2
**health** 3:24
10:14 14:1,7
14:14 15:6
17:4,25
**hear** 18:15
**heard** 6:14,19
7:5
**held** 10:17
**hello** 2:7
**help** 5:21 9:9
10:3 15:3 22:1
**helped** 15:19
**helpful** 21:21
**high** 16:17
**highest** 18:9
**holms** 15:7,10
**home** 10:11
**honest** 5:17 6:2
**hope** 20:6 22:5
**howell** 15:9,11
15:13

**hr** 7:18 9:6
10:17
**hum** 3:1 9:4
12:25 13:3
14:12 16:12
**hyde** 23:3

**i**

**icahn** 1:9
**imagine** 14:13
**impact** 14:21
**implementati...**
16:7
**improvement**
4:13
**indiscernible**
3:8,13 10:5
15:17 18:5
20:2 22:15
**institute** 5:19
7:15 19:21
**institution**
12:19
**intensity** 16:23
**internal** 8:25
9:7 13:10
**interpretation**
19:4,19
**interviewed** 8:4
**investigate**
7:24
**investigation**
5:1
**invited** 4:17
**involved** 7:20

**isolated** 21:7
**issues** 6:11
**it'd** 17:13

**j**

**job** 9:1
**journals** 18:3
**june** 23:16
**jw** 1:3

**k**

**karen** 7:18
**keeping** 5:22
5:23
**kelly** 15:18,20
15:21
**kelly's** 15:22
**kind** 3:2,4,10
3:20 4:6 5:7,11
5:17 6:1,3 9:25
10:9 11:8,16
11:17,19 14:6
14:11 15:2,25
16:7,18,24
18:2,10,13,16
22:1
**knew** 6:24 18:4
**know** 2:18,21
3:14 4:10,11
4:23 5:8,10,19
5:22 6:22 7:2,7
7:8,11,16,20,21
8:4,6,17,22,23
9:22,25 10:4
10:23 11:5,8,9
11:15 12:14,14

12:15,22 13:19 13:22 14:3,5 14:14,16,21 16:6,18 17:7 17:14,20 18:9 18:9,14,15,15 18:16,18 19:6 19:7,9,25 20:2 20:19,19 21:7 21:18,20,22 22:2,6

**l**

**ladies** 22:20
**large** 17:4
**lead** 13:19
**leader** 9:10,15
**leadership** 9:5
**learn** 19:22
**learning** 9:14
**leave** 4:9,19
**ledanski** 23:3
**left** 2:19,20 3:16,22,25 4:10,17,18 5:6
**legal** 23:11
**level** 5:22 16:17 18:9
**life** 21:3
**little** 10:2 12:16 16:10,17 18:19
**liz** 15:7,9,9,13
**long** 2:8 12:14
**look** 7:19
**loss** 14:15,17

**lost** 9:22 11:18 21:21
**lot** 2:9,19 3:11 5:16 7:16 8:4,5 8:13,25
**lots** 2:21
**love** 16:22
**lucky** 4:16

**m**

**made** 9:17
**maine** 22:7
**make** 2:23 8:24 9:24 12:13,17 13:17,22 14:18
**makes** 5:14
**making** 18:17
**marina** 7:18
**matters** 4:14
**mean** 9:20 12:11,20,21 20:7
**means** 18:16
**medicine** 1:9 10:6,8
**meet** 9:15 19:10
**meeting** 2:24 19:16,18
**mentor** 5:21
**mentors** 13:18 14:25
**met** 15:7 19:11
**mind** 3:13 19:16,18 21:16 21:17

**mineola** 23:14
**minimize** 14:17
**models** 17:1
**moment** 21:1
**money** 6:15
**mount** 1:9
**move** 10:13
**moved** 10:6 22:8
**muller** 6:10 7:14
**murphy** 2:24 15:1

**n**

**n** 23:1
**name** 6:12
**need** 12:12 16:4 16:10
**negligible** 8:19
**nervous** 12:17
**never** 16:22
**new** 4:24 14:15 16:25
**niam** 4:16 11:14 16:14
**nice** 22:11
**nih** 17:11
**notions** 8:2
**ny** 23:14

**o**

**o** 23:1
**observations** 8:8

**obvious** 5:9
**occur** 8:23
**office** 2:8
**oh** 6:14 11:7 15:22
**okay** 2:5 3:5,14 6:5,8 10:10 12:8 13:9,16 15:4 22:3,21
**old** 23:12
**olivares** 6:12
**once** 14:6
**ones** 21:4
**operational** 16:6,8
**operationally** 16:3
**outputs** 16:9
**outputting** 16:11
**outside** 14:14
**oversite** 8:25
**owe** 11:2

**p**

**paper** 11:12,14
**papers** 11:11
**paranoid** 5:15
**part** 11:8,9 16:9 20:15
**pay** 10:16 11:3
**people** 4:1 5:6 5:13,24 7:16 8:4 9:1 13:24 14:5 15:16,25 19:13,17,19

21:5
**perfectionist** 13:8
**person** 9:15
**personally** 4:8 14:2 20:7
**phase** 22:1
**place** 6:1 8:13 8:24 11:10
**plaintiffs** 1:7
**point** 10:14 19:25 20:1
**populations** 4:15 17:2
**prabhjot** 3:18 5:2 6:22 7:9 9:9 11:14 14:5 18:17 19:21
**practice** 4:13 4:14
**preconceived** 7:25
**present** 17:7
**prince** 15:5
**probably** 15:16
**proceedings** 23:5
**processing** 6:3
**products** 16:19
**professional** 14:3,18
**professionally** 14:2
**professor** 11:24

**progress** 5:12
**projects** 13:19 16:1
**promoted** 12:21
**pub** 15:6
**publication** 13:20
**publications** 17:22
**putting** 8:12,23 8:25

**q**

**questions** 18:20 21:6,20

**r**

**r** 23:1
**ready** 12:14,18
**real** 4:2
**really** 3:17 4:5 4:9,12,12,14 5:6,7,13,19,20 6:23 10:15 15:2,8,14,19,25 18:17 19:22 20:10
**reason** 11:9
**reasons** 3:24 11:16
**recently** 15:7
**recommendat...** 8:8,9
**record** 23:5

**recovery** 20:23
**related** 6:11 9:6
**relationship** 19:25
**relationships** 14:11
**release** 10:18
**remorseful** 9:11
**report** 9:8
**research** 12:2
**respond** 6:6
**rest** 22:5
**results** 5:1
**retaliation** 5:8 8:15
**rift** 10:13
**right** 2:12 6:6 6:10 7:13 9:24 11:3 13:18,18 16:21 17:12 19:3 20:22 21:1
**road** 23:12
**rob** 15:6
**role** 5:23
**rooms** 5:10

**s**

**sad** 20:18
**safo** 1:6,12 2:1 2:3,5,7,11,14 2:18,23 3:2,6 3:10,14 4:5,21 4:23 6:7,14,17 6:19,24 7:4,11

7:23 8:1,5,11 8:20 9:4,12,19 10:4,7,12,20,25 11:4,23 12:1,3 12:7,9,11,22,25 13:3,7,11,14,16 13:21 14:9,13 14:20 15:1,5 15:11,14,18,21 15:23 16:2,13 16:21 17:3,12 17:16,19,23 18:1,4,7,13,25 19:5,8,12,15,23 20:4,6,10,14,17 20:21,24 21:2 21:9,14,18,25 22:4,10,15,18 22:20,22
**saying** 5:13
**school** 1:9 13:12
**science** 16:7
**see** 2:15 8:24 9:2,9,15 17:20 19:21 22:18,22
**seen** 2:15 5:4
**selfish** 5:22
**sense** 14:18
**separate** 21:10
**seriously** 9:18
**she'd** 15:2
**shocking** 7:6
**sick** 3:22

**[signature - trouble]** Page 6

| | | | |
|---|---|---|---|
| **signature** 23:8 | 12:7,9,11,22,25 | **supported** 21:3 | 8:18 9:19,20 |
| **sinai** 1:9 3:3 | 13:3,7,11,14,16 | **supporter** 4:2 | 10:21,25 11:4 |
| 4:18,21 14:14 | 13:21 14:9,13 | **supporters** | 11:8 12:11,16 |
| 14:17 18:18 | 14:20 15:1,5 | 12:19 | 13:23 16:9 |
| **slow** 16:10 | 15:11,14,18,21 | **supporting** | 18:21 21:2,6 |
| **small** 5:8,9 | 15:23 16:2,13 | 18:17 | 21:14,14,15 |
| **solutions** 23:11 | 16:21 17:3,12 | **sure** 2:2,23 | **thinking** 6:3 |
| **sonya** 23:3 | 17:16,19,23 | 12:13,17 13:17 | 9:24 16:18 |
| **soon** 7:17 | 18:1,4,7,13,25 | 13:22 18:17 | 17:8 |
| **sorry** 15:11 | 19:5,8,12,15,23 | **sweet** 16:3 | **thought** 4:19 |
| **sort** 8:15 | 20:4,6,10,14,17 | **system** 17:5 | **tiger** 7:18 |
| **sound** 5:14 | 20:21,24 21:2 | | **time** 2:8 3:11 |
| 18:21 | 21:9,14,18,25 | **t** | 9:22,22 11:18 |
| **sounds** 10:17 | 22:4,10,15,18 | **t** 23:1,1 | 13:1,15 20:25 |
| **space** 3:4 4:11 | 22:20,22 | **take** 22:17 | 21:11,15,15 |
| **speak** 4:6 | **step** 15:2 16:18 | **talk** 3:11 | **together** 3:19 |
| **speaking** 3:17 | **stepped** 15:19 | **team** 4:9,24 | 21:4 |
| **spoke** 3:15 14:9 | **stress** 3:23 | 16:15,16,16 | **told** 6:10 19:15 |
| 15:2 | **strong** 9:7 | **tell** 6:2 10:2 | **took** 9:18 14:22 |
| **spot** 16:3 | **strongly** 8:22 | **telling** 5:24 | **toss** 18:19 |
| **start** 16:11 | **struggle** 9:21 | **tenure** 11:25 | **touch** 2:25 3:7 |
| **started** 2:16 | **struggled** 3:17 | 12:10 | 21:13 22:3 |
| 6:20 11:11 | 5:13,25 13:25 | **tenured** 11:19 | **track** 11:20,21 |
| **stay** 3:24 4:3 | **stuff** 18:5 | **terms** 8:14 9:23 | 11:25 12:2,7 |
| 21:12 22:3 | **succeed** 18:18 | 13:12 17:15 | 12:10 |
| **stella** 1:6 2:1,3 | 19:2 | **thank** 21:10 | **trajectory** 9:23 |
| 2:5,7,11,14,18 | **successful** | 22:4,5,11,20 | 11:23 |
| 2:23 3:2,6,10 | 18:12 19:20 | **thing** 7:4 11:7 | **transcript** 23:4 |
| 3:14 4:2,5,21 | **suffer** 14:4 | 12:12 13:24 | **transformation** |
| 4:23 6:7,14,17 | **suffered** 14:1 | 16:13 | 4:14 |
| 6:19,24 7:4,11 | **suite** 23:13 | **things** 3:25 4:7 | **treated** 5:6 |
| 7:23 8:1,5,11 | **summer** 22:6 | 8:13,13,24,24 | **tried** 7:3 10:13 |
| 8:20 9:4,12,19 | **support** 5:21 | 9:2,6,9,16,20 | **trouble** 6:23 |
| 10:4,7,12,20,25 | 18:22 19:1 | 20:23 | 7:8,9,12 |
| 11:4,23 12:1,3 | | **think** 2:15 4:1 | |
| | | 4:6,10,13 5:17 | |

**[true - zero]**

true   23:4
trust   10:15
  21:22
trying   10:17
  16:5
turn   16:5
two   11:17 20:2
type   18:5

**u**

um   3:1 9:4
  12:25 13:3
  14:12 16:12
under   5:25
understand   3:3
  5:1 11:15,18
undertake   16:1
unhappy   7:17

**v**

v   1:8
veritext   23:11
vsb   1:3
vulnerable
  4:15

**w**

want   5:17 6:5
  8:17 10:16
  11:5,6,18 12:3
  12:17 13:17,21
  13:22,23,23
  14:3,16 16:1
  18:11,12 19:1
  19:1,2,20,20
wanted   2:14,25
  3:7 6:1 11:10

18:8,14
wanting   2:23
wants   19:10
way   5:4,24 6:2
  11:16 14:20,22
  22:12,14
ways   5:8,9,9,11
week   2:25
weekend   6:11
  22:8
weeks   6:4
welcome   18:21
welcomed   4:25
went   7:17 11:7
  11:16 13:24
whatever's
  3:12
whiff   8:17
wife   3:19 20:5
  20:13
wise   14:1
wish   5:19 20:10
woman   6:15
  22:21
wonderful   15:8
  15:15
work   4:12,17
  4:25 5:3 11:13
  12:13 14:14
  16:6,8,11,22,23
  18:7
working   16:14
  17:8
world   14:7,18
  17:11

worry   5:14
  21:7
write   17:6
wrong   11:7

**x**

x   1:5,11

**y**

yeah   2:6,10,17
  4:4,20 6:7,16
  6:20 8:1,5,11
  8:20 9:19,19
  10:4,7,12,20
  12:9,11,22
  13:11,14,21,22
  14:8 15:12,14
  15:23 16:20
  17:4,10,16,18
  17:19 18:1,4,6
  18:6,13 19:5,8
  19:12,15,23
  20:4,6,9,17,21
  20:24 21:8,14
  21:18,24 22:10
years   11:17
yep   2:22 17:3
york   14:15

**z**

zero   8:16,18