**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DR. HOLLY ATKINSON, DR. NATASHA ANUSHRI ANANDARAJA, DR. STELLA SAFO, MARY CALIENDO, HUMALE KHAN, GERALDINE LLAMES, AMANDA MISITI, and EMILIE BRUZELIUS,

Plaintiffs,

v.

DR. PRABHJOT SINGH, DR. DENNIS S. CHARNEY, BRUNO SILVA, DAVID BERMAN, and ICAHN SCHOOL of MEDICINE at MOUNT SINAI,

Defendants.

No. 19-cv-3779 (VSB) (JW)

**CERTIFICATE REGARDING THE USE**
**OF GENERATIVE ARTIFICIAL INTELLIGENCE**

I, Adam M. Lupion, hereby certify that I have read the Individual Rules & Practices in Civil Cases for Judge Broderick, United States District Judge for the Southern District of New York.

I, or someone under my supervision, used an artificial intelligence ("AI") tool in preparing the filing submitted in the above-captioned case on August 31, 2026 and titled Defendants' Letter Motion to Seal or Redact Certain Materials filed in connection with Plaintiffs' Opposition to Defendants' Motion for Summary Judgment at Doc. 221.

I further certify that:

☐ I personally reviewed the filing for accuracy.

**X** I did not personally review the filing for accuracy but someone under my supervision personally reviewed the filing for accuracy.

☐ Neither I nor anyone under my supervision personally reviewed the filing for accuracy (failure to do so violates the Court's Individual Rules).

If I reviewed the filing for accuracy, or had another under my supervision review the filing for accuracy, we took the following steps to verify the accuracy of all cited legal authorities and

factual assertions generated by the AI tool (e.g., that each legal assertion and/or citation to the law or the record has been independently verified as accurate):

- Reviewed each cited legal authority and independently verified via Westlaw its accuracy; and
- Reviewed each factual assertion and confirmed its accuracy compared to the cited pleadings and/or exhibits.

I understand that I will be held individually responsible for the contents thereof according to Rule 11(b) of the Federal Rules of Civil Procedure and the certifications required thereunder, including verifying any portions of the filing drafted by generative AI, and that failure to comply with the Court's Individual Rules may result in sanctions, the document being stricken, or other remedies that the Court deems appropriate.

August 31, 2026 Signed: _*/s/ Adam M. Lupion*___________
Adam M. Lupion