**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DR. HOLLY ATKINSON, DR. NATASHA ANUSHRI ANANDARAJA, DR. STELLA SAFO, MARY CALIENDO, HUMALE KHAN, GERALDINE LLAMES, AMANDA MISITI, and EMILIE BRUZELIUS,

Plaintiffs,

v.

DR. PRABHJOT SINGH, DR. DENNIS S. CHARNEY, BRUNO SILVA, DAVID BERMAN, and ICAHN SCHOOL of MEDICINE at MOUNT SINAI,

Defendants.

No. 19-cv-3779 (VSB) (JW)

**DECLARATION OF DR. JOHN F.O. McALLISTER, ESQ. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Dr. John F.O. McAllister declares, pursuant to 28 U.S.C § 1746, and under penalty of perjury, that the following is true and correct:

1. I am an attorney admitted to practice before this Court and am a Partner of the law firm McAllister Olivarius, attorneys for Plaintiffs Dr. Stella Safo, Geraldine Llames, Amanda Misiti, and Dr. Emilie Bruzelius.

2. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from Natasha Anandaraja's Deposition, dated November 19, 2024.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from Holly Atkinson's Deposition, dated October 10, 2024.

5. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from Ann Marie Beddoe's Deposition, dated March 15, 2023.

6. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from David Berman's Deposition dated August 15, 2024.

7. Attached hereto as **Exhibit 5** is a true and correct copy of Renee Bischoff's Deposition, dated June 24, 2024.

8. Attached hereto as **Exhibit 6** is a true and correct copy of from Emilie Bruzelius's Deposition, dated February 20, 2024.

9. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from Dennis Charney's Deposition, dated June 12, 2024.

10. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from Michael Escosia's Deposition dated August 13, 2024.

11. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from Rosalind Fink's Deposition, dated February 25, 2025.

12. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from Annetine Gejins' Deposition dated June 26, 2024.

13. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from Sandeep Kishore's Deposition, dated March 27, 2026.

14. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from Philip Landrigan's Deposition, dated September 12, 2024.

15. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from Kirsten Knaup's Deposition, dated November 26, 2024.

16. Attached hereto as **Exhibit 14** is a true and correct copy of excerpts from Geraldine Llames' Deposition, dated February 22, 2024.

17. Attached hereto as **Exhibit 15** is a true and correct copy of excerpts from Marina O. Lowy's Deposition, dated December 11, 2024.

18. Attached hereto as **Exhibit 16** is a true and correct copy of excerpts from David Muller's Deposition, dated June 14, 2024.

19. Attached hereto as **Exhibit 17** is a true and correct copy of excerpts from Amanda Misiti's Deposition, dated April 17, 2024.

20. Attached hereto as **Exhibit 18** is a true and correct copy of excerpts from Ann Olivarius's Deposition, dated January 21, 2026.

21. Attached hereto **Exhibit 19** is a true and correct copy of excerpts from Stella Safo's Deposition, dated April 8, 2024.

22. Attached hereto **Exhibit 20** is a true and correct copy of excerpts from Prabhjot Singh's Deposition, dated April 24, 2024.

23. Attached hereto **Exhibit 21** is a true and correct copy of excerpts from Bruno Silva's Deposition, dated April 19, 2024.

24. Attached hereto **Exhibit 22** is a true and correct copy of excerpts from Kevin Starr's Deposition, dated February 28, 2025.

25. Attached hereto **Exhibit 23** is a true and correct copy of excerpts from Caryn Tiger-Paillex's Deposition, dated August 8, 2024.

26. Attached hereto **Exhibit 24** is a true and correct copy of excerpts from Jeb Weisman's Deposition, dated June 21, 2024.

27. Attached hereto **Exhibit 25** is a true and correct copy of excerpts from the Deposition of ISMMS corporate representative (Dr. Rachel Vreeman) conducted pursuant to Fed. R. Civ. P. 30(b)(6), dated January 14, 2026.

28. Attached hereto **Exhibit 26** is a true and correct copy of excerpts from Clarissa Jones-Winter's Deposition, dated June 6, 2024.

29. Attached hereto **Exhibit 27** is a true and correct copy of excerpts from Elena Rahona's Deposition, dated December 12, 2024.

30. Attached hereto as **Exhibit 28** is a true and correct copy of text message correspondence between Renee Bischoff and Stella Safo, bearing Bates number Safo_020367.

31. Attached hereto as **Exhibit 29** is a true and correct copy of a Director position job description at the Institute for Global Health at Icahn School of Medicine at Mount Sinai, marked as Exhibit 1 during Annetine Gelijns's June 26, 2024 deposition, bearing Bates numbers ISMMS_007411.

32. Attached hereto as **Exhibit 30** is a true and correct copy of e-mail correspondence among Paulette Moore-Akonnor, Philip Landrigan, Michelle Johnson, Barbara Murphy and Dennis Charney, marked as Exhibit 14 during Philip Landrigan's September 12, 2024 deposition, bearing Bates numbers ISMMS_026259-61.

33. Attached hereto as **Exhibit 31** is a true and correct copy of e-mail correspondence between Stella Safo and Prabhjot Singh, marked as Exhibit 8 during Prabhjot Singh's April 24, 2024 deposition, bearing Bates numbers SINGH_001639-44.

34. Attached hereto as **Exhibit 32** is a true and correct copy of e-mail correspondence between Clarissa Jones-Winter and Emilie Bruzelius, bearing Bates numbers ISMMS_019688-91.

35. Attached hereto as **Exhibit 33** is a true and correct copy of e-mail correspondence among Rachel Posner and Clarissa Jones-Winter, Dr. Prabhjot Singh, Kirsten Knaup and others, dated October 25, 2018, bearing Bates numbers ISMMS_019267-72.

36. Attached hereto as **Exhibit 34** is a true and correct copy of the employee list at Arnhold Institute for Global Health, bearing Bates number ISMMS_026976.

37. Attached hereto as **Exhibit 35** is a true and correct copy of e-mail correspondence between Prabhjot Singh and Kevin Starr, bearing Bates numbers SINGH_004116-17.

38. Attached hereto as **Exhibit 36** is a true and correct copy of Emilie Bruzelius' 2018 annual performance evaluation, marked as Exhibit 3 in Jeb Weisman's June 21, 2024 deposition, bearing Bates numbers ISMMS_003931-38.

39. Attached hereto as **Exhibit 37** is a true and correct copy of the Arnhold Institute for Global Health's Investigation Interviewee List, disclosed by Defendants' counsel via email on December 13, 2025.

40. Attached hereto as **Exhibit 38** is a true and correct copy of e-mail correspondence between Prabhjot Singh and Barbara Murphy dated September 10, 2014, bearing Bates numbers ISMMS_000005-10.

41. Attached hereto as **Exhibit 39** is a true and correct copy of Mihir Mongia's employment offer letter dated July 12, 2017, bearing Bates numbers ISMMS_021372-73.

42. Attached hereto as **Exhibit 40** is a true and correct copy of Emilie Bruzelius's employment offer letter dated February 25, 2016, bearing Bates numbers ISMMS_000131-32.

43. Attached hereto as **Exhibit 41** is a true and correct copy of e-mail correspondence among Dennis Charney, Steffanie Strathdee, Philip Landrigan, Ramon Murphy and Natasha Anandaraja, bearing Bates numbers ISMMS_000736-37.

44. Attached hereto as **Exhibit 42** is a true and correct copy of excerpts of the ISMMS Faculty Handbook, dated as of June 2016, which was marked as Exhibit 2 during ISMMS's January 14, 2026 deposition conducted pursuant to Fed. R. Civ. P. 30(b)(6), bearing Bates numbers ISMMS_003270, 3287.

45. Attached hereto as **Exhibit 43** is a true and correct copy of a meeting invite from Clarissa Jones-Winter dated July 1, 2015, marked as Exhibit 2 in Jeb Weisman's June 21, 2024 deposition, bearing Bates number ISMMS_005841.

46. Attached hereto as **Exhibit 44** is a true and correct copy of e-mail correspondence among Dennis Charney, Steffanie Strathdee, Philip Landrigan, Ramon Murphy and Natasha Anandaraja, bearing Bates numbers ISMMS_000736-37.

47. Attached hereto as **Exhibit 45** is a true and correct copy of e-mail correspondence among Kirsten Knaup, Sandeep Kishore, and David Berman dated March 6, 2017, marked as Exhibit 4 during Sandeep Kishore's March 27, 2026 deposition, bearing Bates numbers ISMMS_008659-60.

48. Attached hereto as **Exhibit 46** is a true and correct copy of e-mail correspondence among Caryn Tiger-Paillex, Renee Bischoff, and Sasha Walek, dated March 16, 2018, marked as Exhibit 5 during Renee Bischoff's June 24, 2024 deposition, bearing Bates numbers ISMMS_010063- 64.

49. Attached hereto as **Exhibit 47** is a true and correct copy of the Agenda for Ann Olivarius' visit to the Arnhold Institute for Global Health, dated April 26, 2018, bearing Bates numbers ISMMS_010118-19.

50. Attached hereto as **Exhibit 48** is a true and correct copy of e-mail correspondence between Dennis Charney and Kevin Starr from June 2018, marked as Exhibit 9 during Dennis Charney's June 12, 2024 deposition and Exhibit 4 during Kevin Starr's February 28, 2025 deposition, bearing Bates numbers ISMMS_018611- 612.

51. Attached hereto as **Exhibit 49** is a true and correct copy of e-mail correspondence between Amanda Misti and Prabhjot Singh dated November 19, 2018, bearing Bates numbers ISMMS_019359-62.

52. Attached hereto as **Exhibit 50** is a true and correct copy of e-mail correspondence among Prabhjot Singh, Amanda Misti and Rachel Posner from November 2018, bearing Bates numbers ISMMS_019370-75.

53. Attached hereto as **Exhibit 51** is a true and correct copy of e-mail correspondence between Emilie Bruzelius and Clarissa Jones-Winter, bearing Bates numbers ISMMS_019688-91.

54. Attached hereto as **Exhibit 52** is a true and correct copy of e-mail correspondence among Prabhjot Singh, David Muller, Annetine Gelijns, Marina Lowy, Stephen Harvey, and Clarissa Jones-Winter, marked as Exhibit 12 during Annetine Gelijns's June 26, 2024 deposition bearing Bates numbers ISMMS_019897-99.

55. Attached hereto as **Exhibit 53** is a true and correct copy of Prabhjot Singh's notes after meeting with Ann Olivarius, bearing Bates numbers ISMMS_021256-61.

56. Attached hereto as **Exhibit 54** is a true and correct copy of e-mail correspondence between Marina Lowy and Rosalind Fink dated June 22, 2018, marked as Exhibit 10 during Dennis Charney's June 12, 2024 deposition and Exhibit 14 during Prabhjot Singh's April 24, 2024 deposition, bearing Bates numbers ISMMS_021486-87.

57. Attached hereto as **Exhibit 55** is a true and correct copy of a certified transcript from July 17, 2018 of a meeting among Natasha Anandaraja, Elena Rahona, Marina Lowy, and Clarissa Jones-Winter, bearing Bates number Safo_004475.

58. Attached hereto as **Exhibit 56** is a true and correct copy of a series of emails by Prabhjot Singh in 2017, marked as Exhibit 3 during David Berman's August 15, 2024 deposition and Exhibit 11 during Caryn Tiger-Paillex's August 8, 2024 deposition, bearing Bates numbers SINGH_004079-115.

59. Attached hereto as **Exhibit 57** is a true and correct copy of e-mail correspondence between Prabhjot Singh and Kevin Starr dated June 8, 2018, bearing Bates number SINGH_004167.

60. Attached hereto as **Exhibit 58** is a true and correct copy of The Mount Sinai Health System 2018 Merit Increase Program, marked as Exhibit 4 during Prabhjot Singh's April 24, 2024 deposition, bearing Bates numbers ISMMS_009272-79.

61. Attached hereto as **Exhibit 59** is a true and correct copy of email correspondence among Renee Bischoff, Natasha Anandaraja, Elena Rahona, Stella Safo, and Holly Atkinson dated June 11, 2018, marked as Exhibit 5 during Caryn Tiger-Paillex's August 8, 2024 deposition, bearing Bates numbers ISMMS_018638-41.

62. Attached hereto as **Exhibit 60** is a true and correct copy of Arnhold Institute of Global Health's Department Salary Review, bearing Bates number ISMMS_019540.

63. Attached hereto as **Exhibit 61** is a true and correct copy of The Mount Sinai Health System Code of Conduct, marked as Exhibit 9 during Philip Landrigan's September 12, 2024 deposition, bearing Bates numbers ISMMS_000317-330.

64. Attached hereto as **Exhibit 62** is a true and correct copy of the list of members of the search committee for the new director of the Arnhold Institute for Global Health, bearing Bates number ISMMS_000746.

65. Attached hereto as **Exhibit 63** is a true and correct copy of email correspondence among Natasha Anandaraja, Ramon Murphy, John Arnhold, Jody Arnhold, and Lauren Merkley, bearing Bates numbers ISMMS_005472-74.

66. Attached hereto as **Exhibit 64** is a true and correct copy of a document showing the organizational structure of the Arnhold Institute for Global Health, bearing Bates numbers ISMMS_006878-81.

67. Attached hereto as **Exhibit 65** is a true and correct copy of WhatsApp text message correspondence between Natasha Anandaraja and Renee Bischoff, bearing Bates number ISMMS_023543.

68. Attached hereto as **Exhibit 66** is a true and correct copy of text message correspondence between Molly Lieber and Renee Bischoff dated March 11, 2017, bearing Bates number ISMMS_024385.

69. Attached hereto as **Exhibit 67** is a true and correct copy of text message correspondence between Molly Lieber and Renee Bischoff dated March 11, 2017, bearing Bates number ISMMS_024385.

70. Attached hereto as **Exhibit 68** is a true and correct copy of email correspondence by Clarissa Jones-Winter, bearing Bates number ISMMS_019692.

71. Attached hereto as **Exhibit 69** is a true and correct copy of email correspondence between Annetine Gelijns and David Muller dated March 1, 2019, marked as Exhibit 11 during Annetine Gelijns's June 26, 2024 deposition, bearing Bates number ISMMS_019863.

72. Attached hereto as **Exhibit 70** is a true and correct copy of email correspondence between Stella Safo and Barbara Murphy, bearing Bates number SINGH_001643.

73. Attached hereto as **Exhibit 71** is a true and correct copy of Arnhold Gift Agreement, bearing Bates numbers ISMMS_000142-ISMMS_000144.

74. Attached hereto as **Exhibit 72** is a true and correct copy of email correspondence among Kevin Starr, Jody Arnhold, and Jody Arnhold in June 2018, bearing Bates numbers S024-37.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of August 2026.



JFO McAllister

McALLISTER OLIVARIUS

641 Lexington Avenue, Suite 1300
New York, NY 10022
(212) 433-3456
jmcallister@mcolaw.com
*Attorneys for Plaintiffs*