# Exhibit 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------- x
DR. STELLA SAFO, GERALDINE LLAMES, AMANDA MISITI and EMILIE BRUZELIUS,

Plaintiffs,

Civil Action No.
-versus- 1:19-cv-03779-VSB-JW

DR. PRABHJOT SINGH, DR. DENNIS S. CHARNEY, BRUNO SILVA, and ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI,

Defendants.

---------------------------------------------- x

February 20, 2024
9:36 a.m.

VIDEOTAPED DEPOSITION of EMILIE BRUZELIUS, taken pursuant to Notice, held at the offices of Proskauer Rose, 11 Times Square, New York, before Fran Insley, a Notary Public of the States of New York and New Jersey.

Bruzelius

aware of anybody else whose vacation request was denied?

A. I believe other people told me that they had vacation requests denied. I don't remember the details of exactly who and when and all the details of that kind of thing.

Q. How much vacation leave were you eligible for?

A. I don't remember. It was a decent amount, but I couldn't put an actual number of days on it.

Q. Was there a policy or a practice about providing notice of vacation in advance?

A. Yes.

Q. What was it?

A. It was different at different points of time that I was there I think.

Q. Well, what do you recall at different points in time?

A. At some point in time there was an expectation of -- that you give two months of notice for a vacation day and then that was changed at some point after the investigation and Prabhjot Singh was not in the office on a

Bruzelius

A. I think that -- so, sorry, what do you mean?

Q. How did your salary change?

A. Like when did it change in a dollar amount to?

Q. Yes.

A. I think it was close to between 80 and 90,000, something like that.

Q. How did that come about?

A. The institute went through a process of evaluating salaries in the department after the investigation and I got an e-mail that I had had an adjustment.

Q. What is the investigation you are referring to?

A. The investigation into gender and age discrimination by Prabhjot Singh and others in the department.

Q. Who did you receive the e-mail from?

A. I believe that it was Clarissa Winter-Jones, but there was another person who was brought in at some point in time to oversee certain things after the investigation and she might have mentioned something about it as

Bruzelius

we looked at people with maybe nontraditional backgrounds.

Q. Did you ever discuss your salary or salary increases or potential salary increases with Dr. Singh?

A. Yes, we talked about my role shifting and me taking over more of the elements of the research that James had previously been in charge of and along with that appropriate sort of title and salary changes, but to the best of my knowledge, it wasn't like a specific number.

Q. What do you recall about the conversation or conversations if there was more than one with Dr. Singh?

A. For a period of time I met with him one-on-one where we developed the research agenda for the data science team and in those conversations we would talk about where I fit in that overall vision and so that was over multiple conversations.

Q. As best you can recall, I understand you said there was not a specific number that was discussed. What do you recall about the

Bruzelius

conversations with Dr. Singh about title and salary?

A. He told me that I would have some sort of director title, director of research, director of data science, something along those lines. I don't remember the details. I don't think we really talked about salary.

Q. At some point did your title change?

A. Well, my -- it's a hard thing to talk about titles because the internal title that was on various paperwork was one thing versus how I was presented externally or internally shifted several times.

Q. Fair enough. So let's talk about sort of your formal title.

A. Okay.

Q. What was it when you started?

A. I think it was something like analyst or something like that, but honestly I didn't pay that much attention to the formal title. I paid attention to what James and Prabhjot said I would be doing, the role that I was doing.

Q. Was there an informal title that was

Bruzelius

A. About my -- like the content of my work?

Q. About your work or about what other people thought of your work.

A. I mean Kirstin would make comments about how she thought various people perceived me or what I was doing.

Q. What do you recall her saying?

A. Let me think for a minute. Kirstin Knaup and I talked a fair amount because she and I were in the same general, physical location and she and I both typically worked later in the day than some people.

So we were often the last people there. So she made a lot of comments to me over time about what she thought different people were doing or what they should be doing and kind of what was happening over all at the institute.

Q. Can I have the last question read back, please.

(Whereupon the record was read back by the reporter.).

Q. What, if anything, do you recall

Bruzelius

report to external people that we were doing work that was not accurate and in some instances just overt lies -- he would lie about the work we were doing and that gave me a deep mistrust and I was very uncomfortable with those tactics.

Q. Now my question had been what, in particular, Dr. Singh had done that made you -- that you found offensive or insulting. Is there anything else that you can think of?

A. Probably, I mean, but those were the main pieces.

Q. This is your opportunity to tell me everything, so please do.

A. Okay. So, I think one of the things that for me was particularly offensive was that lying to funders, federal funders, the work we were doing, the level of coverage, the number of users that the ATLAS project had, the way that that process occurred.

So, for example, the health systems design folks had been doing qualitative research that, to the best of my knowledge, was not covered under institutional review board

Bruzelius

he's very aggressive.

Q. Did you personally observe him screaming at other employees?

A. So, I heard him on one occasion yelling. At the time I didn't know who he was yelling at. Later I was told that it was Sasha Walek I believe and I also could see him yelling at Renee Bischoff in her office.

I could hear it and I could see. There was like a little window in the door, so I could see that he was screaming at someone. It was Renee's office. I couldn't see Renee, but I assumed it was her.

Q. When did you hear him yelling at what you later were told was Sasha Walek?

A. Oh, I don't remember. He apparently -- well, he -- his sort of outbursts were relatively common for like an academic medical institution. So I heard about it all the time. I can't remember which incident it was.

Q. What do you mean relatively common?

A. I mean it's not something I have ever seen anywhere else.

Bruzelius

A. I did not.

Q. After that exchange was there any other conversation where there was not an implication but a request that you resign?

A. I think the -- well, there was never a request that I resign.

Q. Or a suggestion that you resign?

A. Yeah, I think that my interactions with him from there on out were hostile and I took that to mean I don't want you here.

Q. Well, let's take it one question at a time.

A. Sure.

Q. Was there any other conversation in which he suggested that you resign?

A. He didn't suggest to me that I should resign on other circumstances that I could remember.

Q. Did anybody else ever tell you that Dr. Singh had told them that he wanted you to resign?

A. I talked about this particular conversation with Aaron Baum and I said what should I do and he said yeah, he wants to get

rid of you, so start thinking about where else you would want to go.

Q. Did Aaron say why he thought that Dr. Singh wanted to get rid of you?

A. I think because he knew him.

Q. Well, was he reacting to your description of the conversation or did he tell you he had some other reason to think that Dr. Singh wanted you to respond?

A. No, I think he was responding to what I had told him what occurred and asking him how I should interpret it and he said that his interpretation is that I should leave based on them originally kind of being friends.

Q. Did anybody else ever tell you that Dr. Singh had said to them that he wanted you to leave?

A. I didn't really talk about it with anybody else. After that I was focused on trying to avoid him, avoid the broader -- kind of everybody. I was just trying to do my work and figure out how to leave at that point after that conversation.

Q. You had already decided you wanted

Bruzelius

become a research assistant at Columbia?

A. I don't recall when the formal offer was made. I knew that a position was becoming available at some point in the future contingent on funding. I don't remember exactly when that offer was made to me.

Q. Why did you accept the offer?

A. I really wanted to leave Mount Sinai at that point in time.

Q. Why?

A. Because I was miserable on virtually every level.

Q. Why?

A. Because I had not been in an environment before where I was expected to lie, misrepresent the work that I was doing, where people were treated so poorly, where the -- wherever I -- it felt to me as though everybody wanted to leave, myself included.

I started getting extremely stressed being there. I felt like I was going crazy and I realized the toll it was taking on my mental health and I didn't want that to be the case.

Q. Let's have this marked as the next

Bruzelius

correct?

MR. BOWEN: I object to the form of that question. Which question are you talking about?

Q. Let me ask, was it an oversight not to include yourself in the response to Interrogatory 4?

A. Yeah. I think so.

MR. BOWEN: We will just deem it amended, thus, unless you want it written.

Q. When did you witness Dr. Singh discriminate against or act in a hostile manner towards Geraldine Llames?

A. Well, I, on multiple occasions, saw Dr. Singh ignore Geraldine, speak over her, not introduce her in a way that made me think that he was doing it to intentionally upset her. I don't exactly, you know, I don't know kind of to what extent that means discrimination, but that was my interpretation.

Q. How many times?

A. It's hard for me to put a numerical on it.

Q. Who was present?

Bruzelius

that, but I witnessed him not censuring David Berman for that which I interpreted as hostile.

Q. How did you witness him not censuring David Berman?

A. I never heard anything about him saying that was a problem.

Q. Did somebody report it to Dr. Singh?

A. I believe so.

Q. Did you?

A. I did not.

Q. Who did?

A. I believe -- I don't know actually. That's probably not fair.

Q. Was there anything else about what Dr. Singh did or didn't do that you witnessed that you interpreted as a discriminatory or hostile act towards Renee Bischoff?

A. No.

Q. What did Dr. Singh -- what did you witness Dr. Singh do or not do that was discriminatory or hostile relative to Dr. Safo?

A. I saw Prabhjot talk over her in meetings, talk about things he was doing that then later -- she or somebody else told me that

Bruzelius

constituted her work. So i.e., taking credit for her work. Those were the things I personally witnessed.

Q. Tell me every occasion when he talked over her in a meeting.

A. I can't remember the details.

Q. Do you remember the details of any of them?

A. No.

Q. What was her work that he took credit for?

A. The house systems design team projects.

Q. How did he take credit? What was it exactly that she did that he took credit for?

A. He would present that work.

Q. To who?

A. At all staff meetings, something like that or -- I don't know about what he did in external circumstances.

Q. Were these things that you had worked on?

A. No.

Q. So how do you know he didn't work on

gender?

A. Yes.

Q. Why?

A. Because he only yelled at women that I was aware of.

Q. How do you know that?

A. I don't. I just know of those specific instances.

Q. Were there any other occasions when he yelled at Renee Bischoff or Sasha Walek other than what you have already testified to? I think you have testified about both of them.

A. I think that he was just kind of a hostile person in a lot of respects. I can't think of any other specific instances that come to mind.

Q. Interrogatory number 7 asks you who you personally witnessed Bruno Silva discriminated against or acted in a hostile manner towards and you identified yourself, Stella Safo and Humale Khan. What were you referring to?

A. I'm sorry, can you --

Q. What did you witness that you were

C E R T I F I C A T E

I, FRAN INSLEY, hereby certify that the Deposition of EMILIE BRUZELIUS was held before me on the 20th day of February, 2024; that said witness was duly sworn before the commencement of testimony; that the testimony was taken stenographically by myself and then transcribed by myself; that the party was represented by counsel as appears herein;

That the within transcript is a true record of the Deposition of said witness;

That I am not connected by blood or marriage with any of the parties; that I am not interested directly or indirectly in the outcome of this matter; that I am not in the employ of any of the counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 1st day of March, 2024.

FRAN INSLEY