# Exhibit 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Case No. 1:19-cv-03779-VSB-JW
- - - - - - - - - - - - - - - - - - - x
DR. STELLA SAFO, et al.,

Plaintiff,

- against -

DR. PRABHJOT SINGH, et al.,

Defendants.

- - - - - - - - - - - - - - - - - - - x
August 13, 2024
9:38 a.m.

** ATTORNEYS' EYES ONLY **

VIDEO RECORDED DEPOSITION of MICHAEL ESCOSIA, a Witness for the Plaintiffs herein, taken by the Defendants, held at the offices of Proskauer Rose LLP, 11 Times Square, New York, New York, before Sara K. Killian, a Registered Professional Reporter, Realtime Certified Reporter and Notary Public.

you?
A. No. Not confidently, no.
Q. Do you have any recollection of what she complained about?
A. It's hard for me to recollect because it was, one, a very long time ago and it's hard to remember specifically to Geraldine. What I can remember is her being upset many times, but I also remember Bruno creating a hostile environment in general. So not specific to Geraldine always.
Q. You also mentioned Dr. Safo in terms of being a recipient of this hostile environment?
A. Mm-hmm.
Q. Can you provide examples of how Mr. Silva created a hostile environment for Dr. Safo?
A. Yes. From direct experience, I've heard Bruno call her a bitch. I've also heard him cry out loud that "She's stealing my work," which made people uncomfortable.
Yeah, those are two examples.

ATTORNEYS' EYES ONLY - M. ESCOSIA

Q. When did you hear him call her a bitch?

A. I can't give you a specific date, but I will say it was multiple times.

Q. When did you hear him say "She's stealing my work"?

A. On a random day. Can't give you a date. But he said it out loud for multiple people to hear.

Q. Do you know what he meant by that?

A. I don't know the -- I can't remember the exact scenario, but it was probably in response to some of our work.

Q. Do you know how Dr. Safo would be stealing his work?

A. No, I do not.

Q. Didn't Bruno work on the same team as Dr. Safo?

A. That's right.

Q. Are there any other direct experiences that you have -- I'm sorry.

Any other times you witnessed Bruno act in a hostile way towards Dr. Safo?

so you're familiar with it, but I'm going to be asking you a couple questions from this.

A. Of course.

(Witness reviews document)

Q. Do you recognize this document?

A. I don't, but I remember some of the conversations.

Q. So you don't remember receiving this email?

A. It's been such a long time.

Q. But you're one of the people that it looks like Bruno Silva emailed at the top?

A. Yes. I don't doubt that I received it.

Q. Okay.

So turning to the second page of the document, it's Bates stamped -- referring to the number at the bottom right corner of the document -- Bates stamped Safo_2280.

Dr. Safo says: We may work with some people who are not happy or who have anger management difficulties.

ATTORNEYS' EYES ONLY - M. ESCOSIA

Do you know who had anger management difficulties?

A. If I had to take a really good guess, it would be Mr. Berman.

Q. Why would you guess it would be Mr. Berman?

A. Because he had anger management issues through yelling, et cetera.

Q. You experienced this?

A. I have.

Q. Could you tell us when?

A. Can't tell you exactly when, but I can give you a clear scenario. I was in one of the communal offices and I heard yelling. I believe I even had a conversation with Geraldine about it via message because I heard the yelling and it ended up being Sasha was being yelled at and the yelling itself went through the walls, carried into the halls.

Q. You said you spoke with Ms. Llames about it?

A. That's right.

Q. What did she say?

ATTORNEYS' EYES ONLY - M. ESCOSIA

A. I think she just validated it, that there was yelling. I think I heard it and I messaged her to ask what is happening.

Q. You said the yelling was directed at Sasha?

A. I believe it was Sasha, yes.

Q. Sasha's last name?

A. Walek.

Q. Do you know whether it was directed to anybody else?

A. No, I don't think it was directed to anyone else.

Q. You said you experienced Mr. Berman's anger management.

Did he ever yell at you?

A. No.

Q. Did anyone else at AIGH have anger management difficulties?

A. Mr. Berman was the most egregious with his anger through yelling. Yeah, that's -- he's a confident one I can reference.

Q. Does anyone else come to mind?

A. Not confidently. I wouldn't

ATTORNEYS' EYES ONLY - M. ESCOSIA

This would be a collection of screenshots between you and Ms. Llames?

A. That is right.

Q. At the very top of the first page, E27, this is a screenshot of Geraldine telling you over a gchat: Berman is yelling at someone over the phone?

A. Yes.

Q. You respond: We're all looking at each other, rolling our eyes.

What were you referring to?

A. If I remember it correctly, the yelling. So rolling our eyes at the yelling because it's such a regular thing.

Q. Who was the "we" in your response?

A. I'm assuming that it would be the people in my office, so the HSD team.

Q. The HSD team.

Why would you be rolling your eyes?

A. Because it's such a common practice for Mr. Berman that it was just a here-we-go-again type of reaction.

ATTORNEYS' EYES ONLY - M. ESCOSIA

Q. Then you respond -- I guess gchat: Ticking time bomb, girl.

What did you mean by that?

A. Mr. Berman was very unpredictable. Mr. Berman, it would be like walking on eggshells with Mr. Berman. So that's what I mean by ticking time bomb.

Q. For everyone?

A. That's what I meant by ticking time bomb.

Q. You indicate walking on eggshells.

Did you feel you needed to walk on eggshells?

A. I felt everyone needed to. I was not a victim of Mr. Berman yelling, but he certainly was particularly open to yelling, especially with his -- the people that report up to him.

Q. Who reported to him?

A. I believe Sasha did. I'm not quite sure who else. I also wasn't privy to that information in terms of the organizational chart.

Q. Did you complain to anyone about Berman yelling prior to April 2018?

A. I don't think so.

Q. You thought he was a ticking time bomb.

Why didn't you complain to anyone about it?

A. It goes back to the whole toxic environment. I don't think we were equipped or supported for something like that. There was no mechanism for reporting these types of things.

So I know that Dr. Singh was fully aware of Mr. Berman and his unprofessional mannerisms, but he turned a blind eye. If he turned a blind eye to that, then it wouldn't have helped me in saying anything to Dr. Singh. In fact, it was better to keep a lower profile.

Q. How did you know Dr. Singh was aware?

A. Well, in some cases -- in the case that Mr. Berman was yelling at Mary Caliendo -- Mary Caliendo was right next

door in the same office area as Dr. Singh. There are many instances in which he was sort of in the same vicinity.

Q. You know that Dr. Singh heard the instances of David Berman yelling?

A. It wouldn't have been possible for -- to not hear it.

Q. Why would it not have been possible to not hear it?

A. If I could hear it down the hall and he's right next door, it's just physically impossible for them not to hear it.

Q. Or implausible?

A. Sure.

Q. Sticking with the first page of that exhibit, at the end of the first page, it looks like three gchat messages from you to Ms. Llames.

A. Mm-hmm.

Q. Why do you say "fucking idiot" twice in all capital letters?

A. I believe I was referencing to the meeting that Ms. Llames commented on. I

A. I did not.
Q. At the bottom of that very page, she gchats you at 9:44 a.m., it looks like April 7th: Bitch better take PTO.
Do you know what this was in reference to?
A. Let me check. I'm not 100% certain, but it sounds like she's referencing Mr. Berman and -- that's it.
Q. She's referring to him as a bitch?
A. That's right. I think in this scenario, PTO was one of those things that were very controversial. There was not a consistent policy all around and I think Ms. Llames bore the brunt of that.
Q. In what way does she bear the brunt of --
A. Because of inconsistencies with the PTO policy, she was unable to work from home, whereas other people were able to work from home. In my experience, most of the people -- so for example, I was able to work from home, Bruno was allowed to work from

home, Mr. Berman was allowed to work from home. Even her boss, Dr. Kishore, was able to work from home and she reacted -- she was very upset to learn that she wasn't able to and the common denominator there was that they were all male and she was the female.

Yeah, and I mentioned scream religious persecution and discrimination.

It was obvious at that point.

Q. What was obvious at that point?

A. Some people were favored, some people had different rules and Geraldine -- Ms. Llames was very upset by that.

Q. Were all men in AIGH allowed to take PTO?

MR. CERVENKA: Objection. Form.

A. I don't know. I know I was allowed to.

Q. Were all women not allowed to talk PTO?

MR. CERVENKA: Same objection.

A. I don't know. I only reported to Dr. Safo, so I'm not quite sure how their

right to review the transcript so I don't forget. Thank you. The witness reserves the right.

BY MR. McLEOD:

Q. I'll continue asking you questions about your knowledge of the allegations, particularly regarding Dr. Safo.

Earlier today, you testified that you observed Mr. Silva refer to Dr. Safo as a bitch.

Is that correct?

A. That is correct. In addition to calling her a cunt.

Q. I will go one by one here.

Do you know when he referred to her as a bitch?

A. There are multiple times, so it wasn't just once. As I said before, it was almost always after or in response to some decisions that Dr. Safo made about certain projects or it was in response to something that he disagreed with, so he -- yeah.

Q. Did he say -- did he make these

ATTORNEYS' EYES ONLY - M. ESCOSIA

comments to you directly?

A. He would make these comments out loud. Sometimes to me, sometimes to the room. Yeah.

Q. When you say to the room, what do you mean?

A. His team. So he was in a different physical space than I was, so his team would include Carla and David. I'm sure Ms. Llames has heard it as well. He would also announce it to the adjacent room with Shanice as well.

Q. What do you mean by he would announce it?

A. Like Stella's a bitch. So he would come in and say oh my god, Stella's a bitch.

Q. To the entire room?

A. Mm-hmm.

Q. Did you ever tell Mr. Silva that was inappropriate language?

A. No, never did.

Q. Did you find that language inappropriate?

word "cunt" to describe Dr. Safo?

A. Mm-hmm.

Q. Can you give me anymore detail about that?

A. I can't remember an exact scenario, but it's just like how he would call her a bitch, there was a time in which he called her a cunt.

Q. Do you have any idea when this happened?

A. 2017.

Q. What makes you say that year specifically?

A. 2016 was -- I still very much enjoyed my work in 2016 and so 2017, it's safe to say that I started to hear negative thoughts from everyone about AIGH, so I'm comfortable saying 2017.

Q. Do you have any context in which he used that word?

A. I'm pretty sure he was just upset. Whatever Dr. Safo did, he was upset to use -- upset enough to use that word. That word in particular is very striking to

14:46.

We're on the record.

BY MR. McLEOD:

Q. Did you ever witness Geraldine Llames being treated differently by Dr. Singh because of her gender?

MR. CERVENKA: Objection. Form.

You can answer.

A. I don't know if it was because of her gender, but I know that she and I were treated differently. We were both the same project managers, just on different teams, but I know that I had more privileges than she did.

Q. Privileges under Dr. Singh?

A. For me, under Dr. Safo.

Q. Who did Ms. Llames report to?

A. I believe she reported to Dr. Kishore.

Q. So what did you witness of the Dr. Singh's treatment of Ms. Llames?

A. A good example that we've referenced is the work from home policies.

Form.

It's an impossible question to answer.

A. I know.

Q. Were you aware of Mr. Berman yelling at anyone else?

MR. CERVENKA: Asked and answered.

A. Not sure.

Q. You're not sure?

A. I'm not sure if he yelled at anyone else. I can't be certain.

Q. So in these instances, the first one starts on the bottom of the page Safo_6938 and I'm specifically referring to: In one instance, he had made a female colleague cry while berating her in his office.

Who is that in reference to?

A. I believe it was in reference to Sasha Walek.

Q. Then it says: It wasn't until a male colleague (who later ended up in a similar situation with Mr. Berman)

CERTIFICATION

I, SARA K. KILLIAN, RPR, RCR, CCR, do hereby certify that MICHAEL ESCOSIA, the witness whose examination under oath is hereinbefore set forth, was duly sworn, and that such deposition is a true record of the testimony given by such witness.

I FURTHER CERTIFY that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 27th day of August, 2024.

_______________________________

SARA K. KILLIAN, RPR, RCR, CCR

ERRATA SHEET

VERITEXT/NEW YORK REPORTING, LLC

CASE NAME: Safo et al v Singh et al
DATE OF DEPOSITION: 8/13/2024
WITNESS' NAME: MICHAEL ESCOSIA

PAGE/LINE(S)/ CHANGE REASON

27/17/"Systems" not "system"/ Misspelt
34/4/"Darinka" not "Dorinda"/Misspoke
51/7/""my work"" not "my work"/Clarification
68/4/"Prabhjot" not "project"/Missheard
69/14/"Direction" not "director"/Missheard
77/10/"Systems" not "System"/Missheard
107/24/"Escosia" not "Escocia"/Misspelt
140/24/"Knaup" not "Doctor Knaup"/Misspoke
171/25/"Darinka" not Dorinka"/Misspelt
173/3/"Darinka" not Dorinka"/Misspelt
173/21/"Darinka" not Dorinka"/Misspelt
180/19/"there" not "their" /Misspelt
216/6/"Darinka" not Dorinka"/Misspelt
216/9/"Darinka" not Dorinka"/Misspelt
37/11/"I recall going to two work trips with Silva. One was a trip for the entire HSD team to Atlantic City to visit one of MSHS's clinics, and the other is a conference in Boston that Bruno and I attended together." not "no" ./refreshed recollection upon reviewing the transcript.

[signature]
MICHAEL ESCOSIA

SUBSCRIBED AND SWORN TO BEFORE ME THIS 27th DAY OF September, 2024.

[signature]
NOTARY PUBLIC

MY COMMISSION EXPIRES December 13, 2027

MARCOS CHIRIBOGA
Notary Public - State of New York
No. 01CH0018645
Qualified in Kings County
My Commission Expires Dec 13, 2027