# Exhibit 10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

. . . . . . . . . . . . . . . . . . . . . . X

DR. STELLA SAFO, GERALDINE LLAMES, AMANDA MISITI, and EMILIE BRUZELIUS,

Plaintiffs,

-against- Docket No. 1:19-CV-03779-VSB-JW

DR. PRABHJOT SINGH, DR. DENNIS S. CHARNEY, BRUNO SILVA, and ICAHN SCHOOL OF MEDICINE OF MOUNT SINAI,

Defendants.

. . . . . . . . . . . . . . . . . . . . . . X

1185 6th Avenue
New York, New York
June 26, 2024
9:15 a.m.

DEPOSITION of DR. ANNETINE GELIJNS, the Non-party Witness taken on behalf of the Plaintiff, pursuant to Notice, held before a Notary Public of the State of New York.

---

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

from your review of Dr. Singh, and his institute?

MS. GUERRASIO: Objection to form, you can answer.

A. We were giving a broad charge to look at mismanagement style, and improvements, potential improvements in his management style.

Q. And what importance did you attach to the fact that the investigation found that allegations of gender discrimination against Dr. Singh were unsubstantiated?

A. I believe that, informed the committee to meet with every member of the faculty, and many of the key staff members in the institute, both men and woman.

Q. Had the investigation not concluded that the allegations for discriminations were not substantiated, you would not have met with every member of the institute?

MS. GUERRASIO: Objection to form, you can answer.

worked at the institute?
A. I don't remember.
Q. Did you learn, as part of your work
in the oversight committee, that there was a period of time that only men had offices and woman sat in cubicles?
A. I did hear that.
Q. Were you concerned to hear that?
A. Yes.
Q. What did you do to investigate that issue?
A. We had discussions with faculty members, staff members, and Dr. Singh, and we had discussed with Dr. Singh that if that was the case that, that was unacceptable.
Q. You told him that?
A. I think the committee made that clear.
Q. How did you find out about this issue?
A. I don't know exactly anymore how I

found out.

Q. Was it through interviews with staff at the institute?

A. That could be, I spoke to a lot of people during that time period.

Q. How many?

A. I don't know, but 20, I am just guessing this now, but I spoke to a lot of people during that time period.

Q. Why were you concerned that there was a period of time that men had offices, and woman sat in cubicles?

A. Because that's a gender disparity issue, potentially.

Q. Isn't it an example of one gender disparity issue of several that you looked into?

MS. GUERRASIO: Objection, you can answer.

A. We spoke to the faculty members, we spoke to Prabhjot many times, I did. We spoke to key staff members, what you should, I think

C E R T I F I C A T E

STATE OF NEW YORK )
) ss:
COUNTY OF NEW YORK )

I, STACY ADAMES, a Shorthand Reporter and Notary Public within and for the State of New York, do hereby certify:

That DR. ANNETINE GELIJNS, the witness whose DEPOSITION was held on June 26, 2024, as hereinbefore set forth, was duly sworn by me, and that this transcript of such Examination is a true and accurate record of the testimony given by such witness, to the best of my ability.

I further certify that I am not related to any of the parties to this action by blood or by marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 26th day of June, 2024.

Stacy Adames

______________________________

STACY ADAMES

Digital Evidence Group, L.L.C.
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

SIGNATURE PAGE

Case: Dr. Stella Safo, et al. v. Dr. Prabhjot Singh, et al.

Witness Name: Dr. Annetine Gelijns

Deposition Date: June 26, 2024

I do hereby acknowledge that I have read and examined the foregoing pages of the transcript of my deposition and that:

(Check appropriate box):

( ) The same is a true, correct and complete transcription of the answers given by me to the questions therein recorded.

( X ) Except for the changes noted in the attached Errata Sheet, the same is a true, correct and complete transcription of the answers given by me to the questions therein recorded.

8 14 2024 ______________ Annetine Gelijns ______________

DATE WITNESS SIGNATURE

______________ ______________________________

DATE NOTARY

Digital Evidence Group, LLC
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202)232-0646

ERRATA SHEET

Case: Dr. Stella Safo, et al. v. Dr. Prabhjot Singh, et al.

Witness Name: Dr. Annetine Gelijns

Deposition Date: June 26, 2024

Page No.Line No. Change

Page 8 line 19: "committees" not "committee"
Page 11 line 2: "Dr. Landrigan" not "Dr. Landre Giran"
Page 14 line 14: "there was" not "that"
Page 14 line 14: "research within" not "searching"
Page 17 line 19: "and" not "in"
Page 21 line 5: "Dr. Landrigan" not "Dr. Landrican"
Page 21 line 9: "Dr. Ann Marie Beddoe" not "Dr. Anne Marie Badot"
Page 32 line 15: "from" not "to"
Page 36 line 1: "dissenting" not "descending"
Page 36 line 22: "supporter" not "support or"
Page 38 line 3: "research and training" not "training"
Page 38 line 21 "lower income" not "more income"
Page 39 line 11: "running a division" not "running division"
Page 40 line 19: "million dollars" not "dollars"
Page 43 line 3: "Beddoe" not "Badou"
Page 44 line 21: "dissenter" not "descender"
Page 45 line 2: "candidacy" not "candidates"
Page 47 line 15: "with requests" not "for request"
Page 49 line 8: "report to senior" not "reports senior"

____________________________ ______________

Signature Date

Digital Evidence Group, LLC
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202)232-0646

ERRATA SHEET

Case: Dr. Stella Safo, et al. v. Dr. Prabhjot Singh, et al.
Witness Name: Dr. Annetine Gelijns
Deposition Date: June 26, 2024

Page No. Line No. Change

Page 53 line 12: “conduct” not “contact”
Page 53 line 22: “in” not “until”
Page 60 line 1: “this” not “there”
Page 61 line 9: "Nestler not Nestley"
Page 63 line 11: “Caryn” not “Karen”
Page 63 line 16: “Caryn” not “Karen”
Page 70 line 5: “given” not “giving”
Page 70 line 6: “his management” not “mismanagement”
Page 73 line 22: “so he” not “so if he”
Page 85 line 22: “Caryn” not “Karen”
Page 87 line 5: “not clarity” not “non-clarity”
Page 87 line 6: “roles” not “rules”
Page 89 line 19: “formed” not “firmed”
Page 90 line 3” “research” not “search”
Page 91 line 15: “Misiti” not “Messety”
Page 92 line 14: “our” not “your”
Page 93 line 1: “Maru” not “Maroo”
Page 93 line 16: “Sandeep” not “Sendeep”
Page 93 line 18: “Sandeep Kishore” not “Sendeep Kashur”

______________________________ ______________

Signature Date

Digital Evidence Group, LLC
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202)232-0646

ERRATA SHEET

Case: Dr. Stella Safo, et al. v. Dr. Prabhjot Singh, et al.

Witness Name: Dr. Annetine Gelijns

Deposition Date: June 26, 2024

Page No. Line No. Change

Page 105 line 12: "Caryn" not "Karen"
Page 107 line 11: "Caryn" not "Karen"
Page 107 line 12: "Caryn" not "Karen"
Page 120 line 5: "anti-racism" not "ant racism"
Page 126 line 10: "of" not "to"
Page 131 line 12: "Nestler" not "Nessler"
Page 133 line 21: "than" not "that"
Page 138 line 2: "Caryn" not "Karen"
Page 138 line 14: "ahead" not "head"
Page 141 line 20: "them" not "him"
Page 173 line 11: "her" not "him"
Page 173 line 12: "her" not "he"
Page 173 line 21: "refreshed" not "refresh"

____________________________ _____________

Signature Date