# Exhibit 11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. STELLA SAFO, GERALDINE LLAMES, AMANDA MISITI AND EMILIE BRUZELIUS,

Plaintiffs,

v.

DR. PRABHJOT SINGH, DR. DENNIS S. CHARNEY, BRUNO SILVA and ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI,

Defendants.

Case No. 1:19-CV-03799-VSB-JW

Videotaped Deposition of SANDEEP KISHORE, M.D., Ph.D.
Confidential Portions
Given Remotely
Friday, March 27, 2026
9:37 a.m. Pacific

Reported by: Karen Kidwell, RMR, CRR, CA CSR #14499

if I observed directly?
Q. That's right. If you witnessed something of that nature directly.
A. I -- I don't believe I ever observed. I believe that she had reported that another colleague had raised his voice, yelled. That is one thing that -- but I never directly observed -- observed that, if that's the question.
Q. Who's this -- who's the name of this colleague?
A. I believe it's David Berman.
Q. You don't recall being present when David Berman yelled at Ms. Bischoff?
A. No. I don't recall being present.
Q. Do you recall ever witnessing Dr. Berman yelling at people at work?
A. I did not directly observe that, no.
Q. You never heard him raise his voice in the workplace?
A. Not that I recall. I remember hearing reports about it, but I don't recall ever directly observing it myself.
Q. What reports did you hear of Mr. Berman yelling at the institute?
A. I have a -- a vague recollection of one of

my team members, Geraldine, who had reported that she had been yelled at by -- by David Berman.

And I think that's the only one that I had heard.

Q. Did she report the yelling to you personally?

A. Yeah. Again, this is many years ago, so I don't have a great -- I have a vague recollection that she had reported it, but I don't remember the specific nature of the conversation.

My aim, of course, would be to have been supportive.

Q. Of course.

Did you report it to anybody?

A. Yeah, I believe I would have reported it to Dr. Singh.

Q. Did you report it to Dr. Singh because that was the ethical thing to do?

A. I don't know if it's ethics or just -- but I mean -- yeah. I don't know how best to answer that specific question.

Q. Was there a policy that Mount Sinai put in place that required you to report concerns that an employee is yelling at another employee in the workplace?

individuals.
Q. Do you recall how many individuals came to you?
A. At this point, I don't recall.
Q. Was it more than one?
A. I believe so, but I -- I can't speculate on the exact number.
Q. What did you think, Dr. Kishore? Were women at the institute treated worse than men?
A. I don't know how best to answer. There are colleagues like Dr. Safo, who is brilliant and kind, and -- the fact that people felt something obviously is concerning.
I -- I think -- I don't know. I don't know. I'd like to think that we created a supportive environment for -- for everybody at the institute, but it's difficult for me to answer that, Counselor.
I'm -- I'm done.
Q. You know, Dr. Kishore, that you're not a Defendant in this lawsuit, right?
A. Yes.
Q. And that none of the Plaintiffs are bringing any legal claims against you, right?
A. Yes.
Q. They're not suing you personally for

twice.
Q. Do you recall ever talking to him one on one?
A. No.
Q. Do you remember being in a meeting with other people and him?
A. I can't recall. Can't recall.
Q. Has anybody ever told you that Dr. Charney yelled at them?
A. Not that I recall, no.
Q. Or that he got angry in the workplace?
A. Not that I recall.
Q. Have you ever seen him get -- get angry?
A. Not that I recall.
Q. Do you know what -- what Dr. Charney's role at Mount Sinai was?
A. He was the dean of the school of medicine.
Q. Do you know if Dr. Singh reported to Dr. Charney?
A. I believe so.
Q. Did Dr. Singh discuss any of his meetings with Dr. Charney with you?
A. Not that I recall. It may have happened from time to time, but I don't remember.
Q. Dr. Singh ever mention that he had a

REPORTER'S CERTIFICATE

I, KAREN K. KIDWELL, CSR No. 14499, Certified Shorthand Reporter, Registered Merit Reporter, Certified Realtime Reporter, certify:

That the foregoing proceedings were taken before me remotely, at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Dated this 30th day of March, 2026.

Karen K. Kidwell

Karen K. Kidwell, CSR NO. 14499
Registered Merit Reporter