# Exhibit 14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------x
DR. STELLA SAFO, GERALDINE LLAMES, AMANDA MISITI, and EMILIE BRUZELIUS,

Plaintiffs,

Civil Action No.
-versus- 1:19-cv-03779-VSB-JW

DR. PRABHJOT SINGH, DR. DENNIS S. CHARNEY, BRUNO SILVA, and ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI,

Defendants.

------------------------------------------x

February 22, 2024
9:39 a.m.

VIDEOTAPED DEPOSITION of GERALDINE LLAMES, taken pursuant to Notice, held at the offices of Proskauer Rose, 11 Times Square, New York, before Fran Insley, a Notary Public of the States of New York and New Jersey.

Llames

discussing; is that correct?

A. Yes, it pertained to the document.

Q. Did you report this interaction with David Berman to anyone at Mt. Sinai?

A. No.

Q. Other than this one meeting you've just testified about, was there any other instance in which you were yelled at that you found to be a demeaning or hostile environment?

A. Could you repeat that again, please?

Q. Sure. Other than this one meeting we just talked about in which you alleged that David Berman yelled and said "This is fucking stupid" or something to that effect, were there any other meetings or any other instances in which someone yelled at you which you say contributed to the hostile environment?

A. Not where I was yelled at or raised -- somebody had raised a voice at me.

Q. So there is no other instance in which you were yelled at or someone raised their voice to you other than this one meeting that you just recounted to me?

A. No.

Llames

A. Dr. Kishore.
Q. Do you know whether David Berman was ever spoken to about yelling in the office?
A. Yes.
Q. What do you know?
A. I know before he left he was, you know, how many times I had to hear about the one time I yelled at you.
Q. And what did you understand him to be meaning by that comment?
A. That somebody said something to him about him yelling at me.
Q. That he was disciplined for it?
A. I didn't understand that.
Q. So what did you understand?
A. That somebody said something to him.
Q. Do you know who that somebody was?
A. No.
Q. Outside of that one instance that we -- you testified to earlier, Mr. Berman did not yell at you a subsequent time; is that correct?
A. Correct.
Q. You also just testified about --

Llames

experienced at Mt. Sinai was based on conduct by Dr. Singh and David Berman.

Do you have a claim against Bruno Silva in this litigation?

A. Yes.

Q. What is the basis of your claim against him?

A. That he made inappropriate comments and talked about people.

Q. Did he make inappropriate comments that you witnessed?

A. Yes.

Q. Tell me the comments that you witnessed.

A. I mean it ranged. It was things from calling certain women bitches and, you know, saying things about women being on their periods or you know what that Shanice can't hear because her hair is so big or calling people cunts or commenting about my appearance, other people's appearances.

Q. Anything else?

A. That's mostly what I recall.

Q. Ms. Llames, we just reviewed a

Llames

used the word bitch when in your presence. Is that accurate?

A. Yes.

Q. Who was he referring to when he used that word?

A. Any number of women at the institute.

Q. Can you give me anyone specifically?

A. Stella, Amanda, Alyssa, Natalie.

Q. Do you have a specific recollection of him referring to them as a bitch or using that term in reference to them?

A. Not a specific recollection.

Q. So what is your basis -- what is the basis for your testimony that Mr. Silva used the term bitch in reference to them?

A. It happened so frequently that I could not -- I wouldn't be able to give you a specific instance.

Q. Well, it appears the term bitch was used very frequently amongst many individuals, including yourself, that were in this group at Mount Sinai; is that accurate?

A. Yes.

Renee Bishoff.

Q. And incorrectly identify Mary Caliendo?

A. No, because I feel -- because David Berman acted in a hostile manner towards her in -- even in ways when he wasn't yelling at her.

Q. Well, I just asked you and you said the instance you recalled is when he yelled at her?

A. Yes.

Q. Were there other instances?

A. That I recall exactly?

Q. That you recall.

A. Not very clearly.

Q. What did you witness David Berman -- strike that.

What conduct did you witness on behalf of David Berman with respect to Sasha Walek?

A. We had a couple of meetings together and he would similarly say, you know, this is stupid or what are you even thinking here or generally putting her down.

C E R T I F I C A T E

I, FRAN INSLEY, hereby certify that the Deposition of GERALDINE LLAMES was held before me on the 22nd day of February, 2024; that said witness was duly sworn before the commencement of testimony; that the testimony was taken stenographically by myself and then transcribed by myself; that the party was represented by counsel as appears herein;

That the within transcript is a true record of the Deposition of said witness;

That I am not connected by blood or marriage with any of the parties; that I am not interested directly or indirectly in the outcome of this matter; that I am not in the employ of any of the counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 6th day of March, 2024.

____________________

FRAN INSLEY