# Exhibit 17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
DR. STELLA SAFO, GERALDINE LLAMES,
AMANDA MISITI, and EMILIE BRUZELIUS,
Plaintiffs,
-versus-
DR. PRABHJOT SINGH, DR. DENNIS S. CHARNEY,
BRUNO SILVA, and ICAHN SCHOOL OF MEDICINE
AT MOUNT SINAI,
Defendants.
Civil Action No. 1:19-cv-03779-VSB-JW
---------------------------------------- x
April 17, 2024
9:43 a.m.

VIDEOTAPED DEPOSITION of the Plaintiff, AMANDA MISITI, taken by the Defendants, pursuant to Notice, held at the offices of Proskauer Rose LLP, Eleven Times Square, New York, before Fran Insley, a Notary Public of the States of New York and New Jersey.

Misiti

applying to the position?

A. Not directly, only through that connection from Ariella Rojhani.

Q. You testified that you first interviewed with Sunny Kishore and Prabhjot Singh and David Berman before formally applying. Is that accurate?

A. That's my recollection, yes, is that I think it was David Berman who advised me to formally apply.

Q. Were these interviews over the phone or in person?

A. Those initial conversations were over the phone.

Q. Do you recall your phone interview with Prabhjot Singh?

A. Yes, I recall some of it.

Q. What do you recall about it?

A. I recall that there was not a specific date set. It was over the weekend or it was on a Saturday without a specific time. So I waited and didn't hear from him. And then I e-mailed him and he said he was sick, I believe. And then he said he would contact me

Misiti

the next day, and then he called me that next Sunday, I believe.

Q. How did the interview go?

A. You know, we had a conversation, I don't remember all of the details, but I do remember asking him about the organizational culture. And I remember him saying that, you know, when he first came he had had to -- there had been a lot of women who worked there, a lot of people in Global Health, and he had to get rid of them or I don't remember the exact term that he used, and I remember thinking that that was an odd reaction to the question about culture.

Q. Did he say specifically there were women he had to get rid of or there were people at AIGH that he had... I'm going to use your terminology, gotten rid of?

A. I believe it was women.

Q. Did he identify who?

A. No.

Q. Did you ask?

A. No.

Q. Did you ask why?

Misiti

well. He was also planning to write a book with... the gentleman's name escapes me, but it was something about scale and someone that was at Mount Sinai at that time.

Q. Writing a book about scale?

A. Yes.

Q. Do you know what the term scale is in reference to?

A. Healthcare and scale.

Q. The trip to Liberia, when was that?

A. I believe it was August of 2017, around that time period.

Q. What was the purpose of the trip?

A. As I mentioned, Prabhjot was writing a book with Raj Punjabi and I believe he was also considering Liberia as a potential global site.

Q. What was your purpose for being on the trip?

A. I believe I was helping Prabhjot with the book, or ostensibly that was the idea, and also helping him with the process of considering it as a global site. That's my recollection.

Misiti

pattern of behavior of Prabhjot saying something and then contradicting it and then not acknowledging that he had previously said something different that contributed to my sense of stress, for lack of a better word.

Q. Do you think that Prabhjot was contradictory in his statements to you because you're a woman?

A. I guess I can't speculate as to Prabhjot's intentions.

Q. I'm asking what you think.

A. Can you restate the question, please?

Q. You stated that Dr. Singh made contradictory statements to you when you were either on the trip or when you returned about his prior visits to Liberia. Do you think he made those statements to you because you were a woman?

A. I think it depends on the type of statement that was -- well, Prabhjot lied very frequently, so I guess I can't say that that part was related to my gender.

Q. What did he lie about?

Misiti

A. Things both inconsequential and consequential. Personal things, professional things.

Q. Can you give me examples?

A. He would lie about the work or misrepresent the work. On that specific trip, on Liberia, I remember, you know, him saying a number of things that I -- I didn't work closely on the ATLAS project, but I didn't believe to be true but I wasn't sure. He said that he was practicing medicine on a weekly basis, that he was mentoring a number of different chairs within the health system. He said that a former female colleague -- he referenced things that he had to shut down at AIGH, and there was a colleague who gave sex exams at I believe the New York Academy of Medicine. He told colorful stories about his family and life in -- you know, the family in Kenya. So there was a wide range of things that I, you know, I cannot definitively that all were untrue, but there was often great contradictions.

Q. How do you know the statements he

Misiti

occurred, and -- I'm sorry, what was the part of your question again?

Q. When.

A. When did that occur? So, yeah, there were discussions then that occurred where Prabhjot told me that -- that's when some of the comments that I shared earlier, that I would have had to have been in a role for a certain period of time, I'd have to actually be doing the role for a certain period of time. He presented it to me as if he was advocating for me and we went through a large process of going back and forth with the job description, but it was my understanding that what was actually being shared back, he was watering down to not reflect the full depth and expansion of what my role had become. And then you asked -- I'm sorry, your question again was when these discussions occurred?

Q. Yes.

A. And then there was another period early in 2019 where Prabhjot then brought up again potential other roles, and at that point I was -- I didn't believe that he would really

Misiti

this is the e-mail chain.

Q. On September 27th you wrote to I'm assuming Sheela and Duncan and possibly Prabhjot also. There's not an indication at that part of the header which says who it was to, but it says it came from you, and you said, "Dear all." You wrote, "My apologies for my the confusion regarding the multiple Panorama meetings next week." So were you trying to schedule multiple meetings regarding Panorama with the Marus?

A. This e-mail, I believe... I can't see, of course, everyone it went to, but it was to a broader group of people.

Q. And this is about scheduling a meeting in connection with Panorama?

A. Yes.

Q. And Sheela Maru writes back and says, "On Tuesday we will be working from the Possible office." I'm not sure what that's in reference to. Do you know?

A. Yes.

Q. What is the Possible office?

A. That is the other nonprofit they

Misiti

were working for as well.

Q. "Can we call in for the Panorama meeting," do you see that?

A. Yes.

Q. So they ask if they can attend remotely, essentially; is that right?

A. Yes, that's correct.

Q. And you write back a few days later, October 1, and say "Sheela, I discussed with Prabhjot, and he has requested that you both please join the senior management meeting at 3 PM Tuesday in person." Do you see that?

A. Yes, I do. Prabhjot and I had had a verbal conversation, I believe, in between that.

Q. Can you tell me about that conversation?

A. Yes. My recollection is that I told Prabhjot that we could -- there was two different days which we could accommodate the Marus when the consultants would be in so they could have a meeting, and that Prabhjot pushed me, encouraged -- not encouraged. He basically told me to tell them that they had to come for

this meeting. I expressed to Prabhjot that I wasn't comfortable with that, I didn't think that that should come from me. And I knew that we could be flexible and we could give them this other option as well. But Prabhjot said no, he wanted me to send it, and so I did. And I put that, about I discussed with Prabhjot there, which I hadn't mentioned to Prabhjot that I would do but to try to indicate to them that this was coming from Prabhjot, not from me. And then, as you can see, he -- basically he sent this other option right afterwards demonstrating more flexibility to them directly.

Q. But in this e-mail dated October 1, 2018 at 10:56 a.m., you specifically state Prabhjot "has requested that you both please join the senior management meeting," correct?

A. Yes, that's correct.

Q. So he didn't tell you and you didn't convey to the Marus that this was coming from you. You specifically said this came from Prabhjot?

A. Yes, that's correct.

Misiti

list, but I don't know that we need to mention those names here as well, 'cause these are really my two best friends that I interacted with most closely.

Q. Why is Geraldine Llames not included in this list?

A. I didn't communicate with her as regularly as I did with the others.

Q. Why is Mary Caliendo not included?

A. I didn't communicate with her as frequently either.

Q. The next request asks you to "Identify each person" that you personally witnessed Dr. Singh discriminating "against or act in a hostile manner toward." You identify yourself and you also identify Mary Caliendo.

A. Can we take a break after this question?

Q. We can take a break at some point. I will do my best to get it soon.

What discriminatory treatment did you witness with respect to Mary Caliendo?

A. First I witnessed what happened with David Berman screaming at Mary Caliendo and

Misiti

Prabhjot's response to that. I was in the room with Prabhjot and my intern at the time, Pranay Nadella. And I thought Prabhjot was going to intervene, to stop that from happening, and he did not. And I witnessed to what he said to her afterwards, which seemed to be shifting the blame more to her than to David Berman. I also -- yeah, I'll stick with that example.

Q. Are there other examples?

MR. BOWEN: I think we need to take a break. The witness has asked for a break and you want her to go into detail on each of these people when she needs a break. Frankly, I need a break too. So why don't we take a two-minute break and we'll come right back.

MS. GUERRASIO: There is a question pending which she said she can answer and I'm going to insist she finish the answer before we take a break.

MR. BOWEN: Most people would have some sympathy for people who need to go to the bathroom. So unless this is a burning question that you need to know right now,

Misiti

why don't you let her go to the bathroom, I can go to the bathroom, and we'll be right back.

MS. GUERRASIO: We literally just came back from a break less than an hour ago.

MR. BOWEN: An hour ago.

MS. GUERRASIO: Less than an hour ago.

MR. BOWEN: It's an hour ago. We started around 2 o'clock. Am I wrong?

MS. GUERRASIO: You're wrong.

MR. CERVENKA: 2:18.

MR. BOWEN: 2:18? Why did we start so late? We were sitting here at 2 o'clock. We need a break.

Can you answer that question real quick?

THE WITNESS: Sure.

A. Can you please repeat the question?

MS. GUERRASIO: If you could repeat the question. I've been interrupted a number of times, I lost my train of thought.

Misiti

(Whereupon the record was read back by the reporter.)

Q. You appeared be saying there were others so I was asking --

A. I shared the most prominent example in my mind and I recall the period in which Prabhjot wanted to fire Mary, but those are the examples that --

Q. What about the period that Prabhjot wanted to fire Mary?

A. I remember that day as well, after that incident with David Berman and that Prabhjot who was her supervisor not intervening on her behalf. I remember either David -- it may have been David Berman asking me or it may have been Prabhjot asking me about Mary's performance, and I had the impression that they were building their case to fire her.

Q. Did you witness Prabhjot go into the meeting in which David Berman and Mary Caliendo were having a heated discussion?

A. I was meeting with Prabhjot and Pranay and I suddenly heard something very loud and was alarmed. We often exchanged eye

Misiti

contact and all seemed to be alarmed. And then it's hard to describe if you don't know the layout of Prabhjot's former office and my former office and the meeting we were in and then where Mary was. But Prabhjot went through one of those doors, and I assumed he was going to intervene, but I think he just shut the door. And then the yelling went on for a little while. And afterwards I think Prabhjot had a conversation with David Berman, and I had a conversation with Mary and comforted her. She was very upset, of course. And then Prabhjot came back, and I guess -- I don't think I witnessed this part, but I believe Mary told me afterwards that Prabhjot had basically said you need to slow down and, you know, kind of put the blame more on her instead of being empathic to the fact that she had just been yelled at by David Berman.

Q. You didn't witness Prabhjot go into the conversation between David Berman and Mary Caliendo?

A. I witnessed him go into the other room and I believe that he just shut the door.

Misiti

I did not hear him interject himself into that conflict.

Q. Okay, and you weren't present for the discussion he had with Mary Caliendo or any discussion he had with David Berman?

A. No, I don't believe so.

MR. BOWEN: Okay, we'll take a break now. Thank you. Off the record.

THE VIDEOGRAPHER: The time is currently 3:12. This marks the end of unit four. We are now off the record.

(Off the record.)

THE VIDEOGRAPHER: This marks unit five. The time is currently 3:18 p.m. We are back on the record. You may proceed.

Q. Ms. Misiti, for the next individual identified, which is Stella Safo, can you tell me what you witnessed Prabhjot Singh do that you found to be discriminatory or to create a hostile environment with respect to Stella Safo?

A. Yes. The first incident I mentioned earlier where she was speaking at an event and Prabhjot instructed me to take the microphone

Misiti

away from her. There were instances in meetings as well where he was dismissive of her or didn't acknowledge something that she said. And I recall the cake incident which was around my birthday, although I was not specifically there to witness that exchange between Prabhjot and Stella and David Berman. I was aware of it at that time. And I recall her physical decline that she was clearly going through during that time period as the result of the hostile work environment.

Q. So this request asks for individuals that you personally witnessed Dr. Singh discriminate against or act in a hostile manner, excuse me. I think you just testified for the cake incident, which is how I will rephrase it given your response. You didn't personally witness that; that's just something that was relayed to you, correct?

A. Yes. I remember that overall incident, but yes.

Q. And with respect to Dr. Safo's physical decline, again using your terminology, what did you witness?

Misiti

Global Advantage meeting. I believe that was the first meeting, but it could have been the second of the large events. And then there were other instances of which I can't recall the exact dates where she would speak and he did not acknowledge it.

Q. The global task force meeting you're talking about, when was that?

A. There were two large events. I know the first one was in May and there was another one at a later date, but I'm not sure which one that occurred at.

Q. What did Stella Safo say that Dr. Singh was dismissive of?

A. She had the microphone and was speaking about something but I don't recall what.

Q. This is the incident where he asked you to take the mic away from her?

A. Yes.

Q. Okay, so that's all one example?

A. Yes.

Q. Understood. Is there another instance that you can recall?

Misiti

A. I don't remember the specific dates or when it happened, but I recall other time periods where -- there was the takeaway the mic incident and then I remember other time periods but not the specific date when she spoke and he did not acknowledge that she had spoken.

Q. Do you recall what she said at those instances?

A. No.

Q. Do you recall anything about them?

A. No, I do not.

Q. So you just have a vague recollection?

A. I have a strong recollection without the details.

Q. What makes it strong?

A. I have my own memory of it.

Q. What's your memory?

A. That it happened.

Q. But you don't have the date, the time, what Dr. Safo said. Do you know what Dr. Singh did in response to it?

A. He just pretended as if she hadn't spoken.

Misiti

Q. So that's the one detail you recall?

A. Yes, that's the main detail I recall.

Q. It's the only detail you recall?

A. That's the main one.

MR. BOWEN: I object to that.

Q. What other detail do you recall?

A. I recall how I felt in that moment, that it was very dismissive of her, disrespectful.

Q. When this incident you're referring to where Dr. Singh allegedly told you to take away the mic from Dr. Safo, and you said that was in a text message?

A. I believe so, yes.

Q. And that's the text message now that is miraculously gone?

A. Yes, I. Wouldn't say miraculously, but yes.

Q. That's surprisingly gone?

A. Uh-huh.

Q. What about Geraldine Llames? You identified her here.

A. Yes. Geraldine was regularly -- I

Misiti

recall an incident with Prabhjot where there was a meeting and he just -- everyone went around the table and introduced themselves or maybe spoke and he just skipped her. And I sort of like gestured 'let's go back' and we did. And there was a general attitude of bullying towards Geraldine and treating her differently than other people. For example, she was -- she requested PTO and it was approved by Prabhjot and then later revoked.

Q. Who was it revoked by?

A. Prabhjot.

Q. Do you know why?

A. No, I do not.

Q. How did you learn of this incident?

A. I learned about it from Geraldine.

Q. So you weren't personally involved?

A. No, I don't believe so.

Q. You said there was a general attitude of bullying towards Geraldine.

A. Yeah, there was. There was sort of an extra pressure that was put on her in these ATLAS meetings. You know, there would be a group of men and then Geraldine and Prabhjot

Misiti

would say vague things like, you know, "You need to find ways to make these meetings smarter," and it seemed as if everything that went wrong, the blame was placed on Geraldine for that.

Q. Were you in the ATLAS meetings?

A. My desk was in that room, so I heard most of those meetings.

Q. Where were the meetings held?

A. So my office, when I say my room, my office was behind Prabhjot's, and it also doubled as a conference room.

Q. So were you participating in the meetings?

A. No, I was listening to those meetings the majority of the time.

Q. You were overhearing them?

A. Yes, you could characterize it that way.

Q. You said that there was not only a general attitude of bullying but of treating her differently with respect to Geraldine. What do you mean by that?

A. I feel like she was just treated

Misiti

generally with less respect. There was a dismissive attitude towards her.

Q. By who?

A. By Prabhjot, by Bruno.

Q. Can you give me an example?

A. Well, I gave the example of him skipping over her in a meeting, and I think that that happened more than once, but there was that specific example that I recall. But, no, besides that I can't give a specific example at this time.

Q. You identify Ann Marie Beddoe. What did you witness with respect to discriminatory treatment against Ann Marie Beddoe?

A. Prabhjot and I were engaged in a discussion about Ann Marie Beddoe, and I asked something, and he said something about Ann Marie but I don't remember what the precipitating comment was, and he said, "Have you ever heard of the term splitting?" basically... which is I took to mean that he was suggesting that she was splitting between things being black and white which is a borderline personality trait. In a meeting

Misiti

joined them for the trip in Liberia, which was really her trip for all intent and purposes, I thought that in general showed more of a disrespectful attitude towards her.

Q. I'm going to try and unpack that. You first testified about a comment of splitting?

A. Yes.

Q. Did Dr. Singh say to you that the comment was in reference to Ann Marie Beddoe's mental health?

A. No, but contextually I felt that was what was implied.

Q. That is what you understood?

A. That's how I interpreted it, yes.

Q. And do you think that he made the comment about splitting because of her gender?

A. I think that he was generally trying to portray her in a emotional and negative way with that comment.

Q. You also testified about Ann Marie Beddoe asking for funding support for her salary and that Dr. Singh's response to her request, is it your testimony that that was an

Misiti

about Dr. Beddoe's work in Liberia?

A. Yes, I did.

Q. Do know what his opinion of it was?

A. I think his general opinion was that he didn't respect her work there.

Q. That he didn't value it?

A. That's my general recollection.

Q. Was it because she was a woman?

A. I can't say for sure that it was because she was a woman.

Q. Also on this list is Renita Ramjit. I apologize if I'm mispronouncing that.

A. Yes.

Q. Who is that?

A. She was someone who was Prabhjot's executive assistant.

Q. Did you work with her at Sinai?

A. Yes.

Q. For how long?

A. I don't know the exact time period.

Q. What did you personally witness with respect to Dr. Singh's treatment of her?

A. There was an incident where -- Renita sent out an e-mail that I thought was

Misiti

kind of strange about accepting calendar invites or something and PTO requests or something, but I didn't realize it was probably a directive from Prabhjot. And then Prabhjot proceeded to walk the -- first I think he asked me, or I don't remember the exact sequence, but he asked me if I had just received a rude or terse e-mail from Renita. I said no. And then he walked the hall and asked multiple other people if they had received a rude e-mail from Renita. And he came back and told Renita that multiple people had taken issue with this, and I -- she was very upset. And I felt for her and contacted -- discussed it at least with Aaron and Emily, and they confirmed that they had not said what Prabhjot said.

Q. Do you think that Dr. Singh's comment that Renita sent out an e-mail that some individuals found to be offensive was discriminatory?

A. I think that what occurred with her was similar to a pattern that I had experienced where Prabhjot had, similar to my incident with the Marus, had her do something and then tried

C E R T I F I C A T E

I, FRAN INSLEY, hereby certify that the Deposition of AMANDA MISITI was held before me on the 17th day of April, 2024; that said witness was duly sworn before the commencement of testimony; that the testimony was taken stenographically by myself and then transcribed by myself; that the party was represented by counsel as appears herein;

That the within transcript is a true record of the Deposition of said witness;

That I am not connected by blood or marriage with any of the parties; that I am not interested directly or indirectly in the outcome of this matter; that I am not in the employ of any of the counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 1st day of May, 2024.

FRAN INSLEY