# Exhibit 18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. STELLA SAFO, et al., )
)
Plaintiffs, )
)
vs. ) No.
) 1:19-cv-03779-
DR. PRABHJOT SINGH, et ) VSB-JW
al., )
)
Defendants. )
------------------------ )

January 21, 2026
10:11 a.m.

Deposition of ANN OLIVARIUS, held at the offices of Proskauer Rose LLP, 11 Times Square, New York, New York, pursuant to subpoena, before Laurie A. Collins, a Registered Professional Reporter and Notary Public of the State of New York.

Olivarius

I'm sure you'll tell me.

Q. Sure. The main rule I just ask is that you let me get my whole question out and I will let you get your answer out for really the benefit of the court reporter so we have a clean transcript.

A. Of course.

Q. Thank you.

Dr. Olivarius, is there any reason today that you can't testify truthfully? Any physical or mental impairment that would affect your ability to recall facts or to testify truthfully?

A. No.

Q. Dr. Olivarius, you use the title as doctor as part of your -- as part of how you represent yourself; is that correct?

A. Yes.

Q. What does the doctor title refer to?

A. To a doctorate in economics as a Rhodes Scholar at Oxford.

Q. When did you get that doctorate?

A. 1990, sometime there, that period, maybe a little bit later, somewhere around there.

Olivarius

Q. Is that your highest level of education?

A. I guess it depends whether you put a law degree as equal to or more important than a doctorate in economics but...

Q. What other degrees do you hold?

A. I was a doctorate in economics. I've got a doctorate -- I've got a master's in -- an MBA from Yale, Yale business school, and just a college degree from Yale.

ATTORNEY BOWEN: And juris doctorate.

THE WITNESS: Of course, the juris doctorate, which we established, from Yale.

Q. When did you earn your law degree?

A. 1986.

Q. And you said you received your doctorate in economics from Oxford. When was that?

A. I think -- I think '92 or '3. I'm not quite sure but sometime around there.

Q. And your MBA, do you recall when you received that?

A. 1986, 1986.

Q. Did you attend a dual MBA/law degree

Olivarius

program at Yale?
A. I started as a JD person, and then in the third year, just before it started, I applied to Yale to do the two-year program at the Yale business school in that last year of my law training. So it was a five-year degree, and three years they let me do it.
Q. What is your title at McAllister Olivarius?
A. Senior partner, I think.
Q. What areas of the law does McAllister Olivarius represent clients in?
A. We do a commercial practice of a modest degree, depending on what's necessary, what kind of business is asked of us. But our sole and most of our time are in cases where we represent civil rights cases, discrimination, any kind of human rights issue, gender violence, including image-based abuse. And we do that across -- I'm licensed in Ireland, England, and various places in the United States.
Q. What are your duties as a senior partner at McAllister Olivarius?
A. I run a law firm, and I also handle the

I'm just asking about when.

A. When Jonathan Taylor in the Mount Sinai (inaudible) office reached out to me.

Q. When was that?

A. I think it was in probably just March of 2018, I imagine.

Q. Prior to March of 2018, did you have any other conversations with Jonathan Taylor?

A. Only when I met him the first time at Yale.

Q. When was that?

A. I won a Donaldson fellowship award at Yale business school, and he was seated next to me. And I met him then, which was around I think 2016-ish. I'm not sure. Thereabouts.

Q. And between when you sat next to him at Yale in 2016 and his outreach to you in March 2018, did you have any other conversations with him?

A. No.

Q. Were you surprised by his outreach in March of 2018?

A. Yeah, yes, yes. I didn't know he had moved from Yale.

Olivarius

know what the Arnold Institute for Global Health was at the time that Jonathan Taylor first reached to you; is that correct?

A. That's true.

Q. Were you familiar with Mount Sinai Global Health, which was the AIGH predecessor?

A. Apparently at some point Dr. Atkinson had told me something about it, but it didn't mean anything to me. I didn't remember any of it. So I had -- it was just all foreign to me when he said Prabhjot Singh, Arnhold Institute for Global Health. It meant nothing.

Q. Dr. Olivarius, are you a philanthropist?

A. I don't -- I don't advertise myself that way. Some people have written about that, and I have been a philanthropist over time. I'm actively a lawyer, and I do some philanthropy and I advise, legally advise, philanthropists on giving practices.

Q. Have you ever donated money to other global health programs?

A. I donated money to organizations that have health issues associated with them, women's

productive health. I've done a bunch of that, yes.

Q. You testified that you understood your meeting with Jonathan Taylor to be an introduction to someone he thought would be a good person as part of your network. Is that accurate?

A. Yes, I think.

Q. And that was at the Cliveden House?

A. Cliveden.

Q. Where is that?

A. Cliveden is Nancy -- Lady Nancy Astor's, of course, great house, the scene of many British scandals. It's a magnificent place. And it's about ten minutes from our London offices.

Q. So it's in the U.K.?

A. Yes. Forgive me, yes.

Q. Did you meet with Jonathan Taylor at Cliveden House?

A. Yes. I invited them for brunch, and Jonathan was there with Prabhjot Singh, yes.

Q. Did you know that Dr. Singh was going to be accompanying Jonathan Taylor at that breakfast?

A. Yes, I knew there was someone coming

Olivarius

Sinai? He said, Well -- he said, When you're a Sikh like me, it's very tough. And he talked about his discrimination some more. And they talked about the people he worked with.

And I said, Well, what do you mean by that? And he said, Well -- he said, For instance, I've spent ten years, you know, working with Jeffrey Sachs. He said, Do you know Jeffrey Sachs? I said, Yes, very well. I have read all of his stuff.

And he said, Oh, yes, I've written most of that. I'm the brainchild behind Jeffrey Sachs. And I said, Really? He said, Oh, yes, yes. He said, It's very tough because I don't get recognition or credit, but I'm very close to him and he's relied on me.

And he said it in a way that was completely convincing. I looked -- from what I learned later, I think to myself, wow, was I gullible. But I completely believed him.

He said, It's also very hard, I work at a place where I've got a dean. And he named Charney, who I've never heard. And he said, He is a massive narcissist. He's a guy who's a

Olivarius

screamer. He's a guy who takes credit for other people's work. He doesn't support me. I find him exhausting to deal with, and I just hate being around him. And he said, It's very tough. I don't get the support.

I said, Well, okay. And he said, But I can use some monetary support. I said, Don't you have monetary support? He said, Oh, yes, I've got -- I think he said 30 million. And I said, What have you done with it?

He said, Well, I'll tell you that, but he said it's very with his family, the representative. They give money, but they don't give enough money. And it all has strings on it and I need a good whack of money to do what I'm going to do.

I said, All right, so this family that's been funding -- he said it was the Arnhold Foundation. I said, So have you asked them for more money? He said, I'm intending to soon. He said, They've given a lot of money, but it's not enough for what we have to do. I don't get support.

He said, They're small-minded, they're

Olivarius

small thinkers, and it's very hard for me, a -- you know, who I am, to have to always be backing these men who have a lot of power and clout up when I'm doing all the work and I don't get the recognition for the work I'm doing.

He was totally believable to me. And Jonathan said yep and nodded and said, It's true. I said, So what do you need? He said, Well, I have a tool that I've developed myself called Atlas, and I need money to deploy it. I need right now -- it's all ready to go, but I need funds to deploy it.

And once it's deployed, it will do two things. Within days it will start to save 10,000 women's lives across Africa, and he said it will be the cure for African poverty. And I said -- That's a -- that's a massive thing.

And he said, It is. He said, This is why Jonathan wanted you to meet with me, because perhaps -- you support women's issues, you support issues in Africa, from what Jonathan has told us, and, you know, you might be able to give us some help.

I said, How much do you need? He

Olivarius

said -- we were in Cliveden in England. He said, 80 million pounds. And he said, you know, Do you think that's a lot of money? I said, To cure poverty in Africa? No. There's been billions spent, as Jeffrey Sachs will be the first to say. No.

And you are sure that you can pull it off? He said, Yes, Mount Sinai is behind me, and I'm confident that I have that tool, which I developed myself. And it's been very hard because I came to this institute and I had to fire a lot of people because they are incompetent and I had strict orders to fire them, and I have done that. I'm bringing in new people who have a lot of promise. And I'm very optimistic, but I need some real money now and I'm hoping you can help me with the money.

It was -- you know, he almost had me near tears of sympathy for how hard his life was and how difficult it was at Sinai. Then he said he had to go to Skoll.

We walked outside, and a limo was there. I thought that's quite extravagant. Oxford is just down the road. I can drop him at

Olivarius

pounds all in to get that up and running as an organization as counsel, which still exists, and I'm still involved with that.

I've done -- in Africa We've Been Together, which is a group, actually, that Dr. Anadraja had started, and I've just been with her in Africa where we support women's business development.

And we have other people -- moving back in New York, who have done some fundraising here, which I've organized.

I've organized money for films, documentaries, with other people.

I think quite a few other things, but that meant to give you roughly, yeah.

And for a long time we -- over a period of time we won a lot of big cases. We just had Jonathan Taylor had access to my database at Yale, and I would give a portion of what we won in settlement to Yale to, for instance, to support Black scholarships from Africa for kids who didn't have a shot. We did that.

We've done a lot for the disadvantaged kids who otherwise couldn't go to Yale. Winnings

Olivarius

from our law firm, a portion of them would go to Yale.

Q. I believe you testified that the donation you and Dr. Singh were discussing at this April 2018 meeting was in the area of 80 million pounds; is that correct?

A. Yes.

Q. Had you ever organized a donation in connection with Women Moving Millions of that magnitude?

A. Well, the ripple effects, when you, you know, get a certain group of people, men and women, to donate, then there's add-on donations. And most of us who have been there have put in much more than a million pounds.

I think some of the projects that we've supported have developed. I can't say how much money has been all together brought in. But I knew that I had the contacts to be able to approach people and to say, you know, if this is proven, if this tool does exist and it actually would cure poverty and advance women's issues, would you put money behind it, I couldn't guarantee that I could produce that amount of

Olivarius

Dr. Atkinson left Mount Sinai because she was unhappy?

A. When I asked her to come to breakfast -- when I -- so we had some dialogue in between after that meeting. Then I went back -- well, I stayed in London, and he went to school.

I read his book, I wrote him, thanked him for the book, congratulated him on the book and took some soundings about whether I would be able to come up with that money for him.

And then I was going for a second meeting with him at Sinai this time, and that was organized with Jonathan Taylor. And just -- just before I got on the flight at Heathrow, I thought Holly Atkinson knows -- I'm going to do some due diligence. Let me see if Holly Atkinson would talk to me about this -- the New York global health world.

And I knew she had a bad experience, but I didn't -- I couldn't remember where she had worked. And so I had my office call and ask her to come to the Yale Club for dinner that following -- for lunch -- breakfast, for breakfast the following morning -- I was taking the night

Olivarius

And I said, you know, What is it in a nutshell? She said, He's a misogynist. He's full of hate. The office is a horrible place to be, particularly if you're a women of color, as a woman generally. He says terrible things about you.

And I said, Tell me about Atlas. I understand you have a lot -- you know Atlas very well. She said, It's a vaporware. It doesn't exist. And she said, Worse than that, we have people who are very uncomfortable here because they are putting in applications for funding and he is telling people you have to fudge the data because it talks about a tool that exists when it doesn't exist and, you know, we're getting funds illegally. You know, he is clearly exposing Sinai to potential criminal indictments. This is a terrible situation.

Q. You said that Dr. Anadraja told you that we have people here. Were you aware that Dr. Anadraja also was not working at Mount Sinai at the time?

A. She said she's been in and she's been out and they're in close contact so...

Olivarius

that it made no sense to be doing that. You know, clearly there's no -- there's no reason to. There's nobody I know who would find any project that had any of the basic parts to it that I'd been told, the misogyny, the potential fraud, representing that you've got a tool that will cure poverty when you haven't seen started developing it, it's all vaporware.

It was all just dishonest and disgusting and terrible.

Q. Dr. Olivarius, you've testified that one of the things Dr. Atkinson told you at this breakfast was that someone by the name of Dr. Beddoe had described a complaint she made to Dr. Charney and told him that this was a Rubicon moment; is that correct?

A. I think so, yes.

Q. That was your testimony?

A. That was my testimony, yeah.

Q. Dr. Olivarius, you represented Dr. Beddoe in a litigation against Mount Sinai -- correct? -- or your firm did?

A. Yeah.

Q. Isn't it true, then, that the Rubicon

Olivarius

Holly Atkinson?

A. At the Yale Club.

Q. And where did you meet Jonathan Taylor?

A. Just at the park, just adjacent to entry to Prabhjot's offices, that building there.

Q. Why did you meet with Jonathan Taylor prior to your meeting with Prabhjot on April 26th?

A. Because I knew I was going to tell Prabhjot that I -- there was no way that I could deliver a gift for him, given what I heard, and I wanted, out of respect, to make sure Jonathan Taylor understood why.

Q. What specifically did you tell Dr. -- sorry, Jonathan Taylor?

A. I told him the essence of what I reported here when I met him outside. He listened. He smiled and shook his head. He said, I can see why a gift is not possible. He said he would go in and sort it out. I said, No, I think that's something I must do. It's my job to -- my responsibility to speak to Prabhjot about that directly.

Q. You testified earlier that you did not speak to Don Gogel about your concerns about

Olivarius

Prabhjot Singh because you wanted to be cautious and it could be deemed defamatory. Why didn't you have those same concerns about speaking with Jonathan Taylor?

A. Jonathan Taylor had made the introduction. He had set this up. He had set up also a meeting for me that day. I was going into allegedly a meeting that had been organized. I thought out of respect to him. And I also thought this is a terrible problem, this is a cancer Sinai's got and it needed to be addressed. And I was going to speak to Prabhjot about that.

Q. In between your meeting with Holly Atkinson at 7 a.m. and then when you met with Jonathan Taylor, you did not do any other due diligence other than speaking with Dr. Atkinson and Dr. Anadraja about the allegations they made against Prabhjot; is that correct?

A. True, true.

Q. So you didn't have any concerns about relaying to Jonathan Taylor the allegations and accusations that Dr. Atkinson and Dr. Anadraja made without doing any inquiry of your own?

A. I accepted them as truth.

Olivarius

Q. Tell me what happened when you met with Dr. Singh that morning.

A. I went upstairs -- Jonathan Taylor walked me upstairs. He -- Prabhjot was there with some other people, and I said to Prabhjot: May I meet with you privately? And he looked a little bit nervous, and he said, No, no, of course.

We walked in. I said that I had come -- I said -- I opened up by saying when I met him at Cliveden I was totally taken by him, I was enchanted, that he has a great gift to tell stories, it's a significant gift. He's an emotional genius, I told him.

And I said that he had completely won me over and that -- he knew my background. I had done a lot of -- been the recipient of lots of pitches, and his was superb.

And I said that I was preparing to organize for him a gift of 80 million pounds or $100,000 -- $100 million -- forgive me -- but I wasn't going to be able to do that.

And his face went white, and I said, I want to tell you why, because this is important. And I said to him that I understand that your

Olivarius

behavior here is reprehensible, that you're a misogynist, that you discriminate against women and who knows who else.

I said, I understand that there are some issues also with the Atlas program. You're putting forth applications and its vaporware. These are fraudulent. You could get Sinai into criminal indictments. These are terrible things. The consequences to these things can be severe. A lot of people have left.

I understand that you have been cruel, you have humiliated a lot of women. That's sex discrimination. It's a terrible way to behave.

And I said so on that basis I can't support you.

He burst out crying, hard. He grabbed me. I just stood there. I didn't touch him. I stood there. He grabbed me said, What should I do? And He said, It's true, it's true. Everything I said he confessed to. He said, It's true, it's true. I said, I know it's true.

And he said, What should I do, what should I do? I said, I am not your lawyer, and I am not your friend. What should I do, what should

Olivarius

I do? I said again: I am not your lawyer; I am not your friend. What should I do, what should I do? I said, I'm not your lawyer; I'm not your friend. But if I were in your shoes, I would resign, I would apologize, I would explain what I had done, I would return the money I may have stolen, and I would not pitch up at Harvard. He said, Thank you. He hugged me. I just stood there again, and then I left.

Jonathan Taylor was outside, and I told him exactly what I told him.

Q. Dr. Olivarius, is it your testimony that in this meeting with Dr. Singh he admitted to you that he was a misogynist --

A. Absolutely.

Q. Let me just finish my question.

A. Sorry.

Q. -- and mistreated women at Mount Sinai?

A. When I said he was a sexual discriminator, that he mistreated women, he said -- kept going, Yes, yes, when I went through the list: the fraud, the toxicity, the humiliation behavior, that he was cruel, yes. I said, You're a narcissist. You also defame the

C E R T I F I C A T E

STATE OF New York )
: ss.
COUNTY OF New York )

I, LAURIE A. COLLINS, a Registered Professional Reporter and Notary Public within and for the State of New York, do hereby certify:

That ANN OLIVARIUS, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 31st day of January 2026.

Laurie A. Collins

LAURIE A. COLLINS, RPR