# Exhibit 19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Case No. 19-cv-3779

- - - - - - - - - - - - - - - - - - - - - - - - -x

DR. STELLA SAFO, GERALDINE LLAMES, AMANDA MISITI, and EMILIE BRUZELIUS,

Plaintiffs,

-against-

DR. PRABHJOT SINGH, DR. DENNIS S. CHARNEY, BRUNO SILVA, and ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - -x

VIDEO DEPOSITION OF DR. STELLA SAFO
NEW YORK, NEW YORK
MONDAY, APRIL 8, 2024

REPORTED BY:
DANIELLE GRANT
JOB NO.: 6627570

DR. STELLA SAFO

Ms. Bruzelius about her deposition?

A No.

Q Have you spoken with Ms. Llames about her deposition?

A No.

Q Have you spoken with either of them about the deposition you're giving here today?

A No.

Q Okay. Have you spoken with anybody else about the deposition that you're giving here today?

A No.

Q Is there any reason, by virtue of illness or medication, that would impede your ability to give accurate testimony?

A No.

Q Are you currently employed?

A Yes.

Q Where?

A My clinical work is at Mount Sinai I also do clinical work at Callen-Lorde.

Q Where?

A Callen-Lorde.
Q Can you spell that?
A C-A-L-L-E-N; Lorde, L-O-R-D-E.
Q What is Callen-Lorde?
A It's a ambulatory clinic that offers services to predominantly an LGBTQ population.
Q Okay. And other than at Sinai and Callen-Lorde, are you employed anywhere else?
A I'm self-employed.
Q Where are you self-employed?
A In my company, Just Equity for Health.
Q What is Just Equity for Health?
A It's healthcare improvement company.
Q Is that something that you founded?
A Yes.
Q Okay. And does it -- does Just Equity for Health employ anybody other you?
A No.
Q With respect to the clinical work

at Sinai and Callen-Lorde, you treat patients?

A Yes.

Q And what does Just Equity for Health do?

A It's a healthcare improvement company that uses advocacy, education, and care model design to address the health concerns of populations that have been historically marginalized.

Q What -- what does your client base consist of?

I don't mean names, but I mean by field.

A Sure. Health systems, universities, public health institutions, and community-based organizations.

Q When did you start Just Equity for Health?

A In the summer of 2021.

Q Do you maintain an office?

A Yes.

Q Where is that office?

A In Brooklyn.

DR. STELLA SAFO

A Before?

Q Before coming to work -- or before being recruited to work at Arnhold?

A I had. I had seen him when I had seen Manmeet and the kids at times. Yes.

Q It says you trusted him.

Did you?

A I absolutely trusted him, yes.

Q Why?

A I trusted him because he was married to my best friend, someone who I considered at the time a sister. And I trusted her judgment. She had chosen him. They had a family, so I trusted him.

Q Did you like Dr. Singh?

A At the time, yes.

Q Why?

A I liked what I saw of him at the time. I liked the interactions that we had had. He seemed like a fine person.

Q Did you respect him?

A At the time, yes.

Q Why?

A For the same reasons.

DR. STELLA SAFO

And then Dr. Singh wrote: Great. Please meet Mullen before Murphy.

And you wrote back asking if he was around, and he said he would call you shortly.

Why did you -- why did you send the email to Dr. Singh at 12:08 p.m. that's on this document?

A I just want to clarify.

Why did I send the first email?

Q Yes. The one that says: Seeing Dr. Murphy in person Wednesday the 18th. Waiting to talk to Mullen.

A At the time, my understanding is that we were pursuing the employment opportunity with Mount Sinai in parallel, and so it felt important for me, having been recruited by him, to engage with him and keep him informed on some of the individuals that I was speaking with.

Q Okay.

MR. BAUMGARTEN: What number is this?

COURT REPORTER: Nine.

DR. STELLA SAFO

directly with Sinai. And I -- I don't recall the conversations before this, but this conversation really stood out for me because he was so, like, harsh about his response in terms of what he ended up telling me.

But I had asked if I could negotiate directly with Sinai because I was interested in making sure that I was getting the best, you know, deal available to me and just kind of understanding more of the process. Because what was told to me was just kind of told to me, it wasn't worked through. And his response was that it wouldn't be appropriate, and I remembered him being a bit short about my even asking to do this. And the sentiment that I took away from that conversation that I somehow wasn't grateful for kind of him bringing me onboard, and so I stopped pursuing it. But that's the gist of what I remembered in that conversation.

Q You said that his response was that it wouldn't be appropriate?

DR. STELLA SAFO

were, what was conveyed to me is that, like, this was the cap, and that's why I, then, spoke to him about, Well, I would like to negotiate directly with them, with Mount Sinai.

Q What did you ask for by way of --

A I don't recall.

Q How did you arrive at whatever the number was that you asked for?

A So at the time that I was applying for this job, I had -- I had looked at what salaries were for junior faculty coming onboard and assistant professors. And so I just wanted to make sure that I had done that due diligence. And so I remember doing that search. I just -- I don't recall the numbers that I found and kind of the comparisons.

Q Okay. But my question was not what number you found; my question was what number did you ask for?

A My answer is I don't recall.

Q Did you tell Dr. Singh that you wanted to go over his head to negotiate

DR. STELLA SAFO

with somebody else at Sinai about salary?

A I wouldn't phrase it that way.

Q Well, okay. I'll phrase it differently.

Did you tell him that you wanted to negotiate with somebody other than him about salary?

A I offered to negotiate directly with Mount Sinai.

Q Who?

A I don't recall who would be in the role of negotiating with new hires.

Q And is that when he told you that it wouldn't be appropriate to do that?

A That's when he conveyed to me, yes, that it would not be appropriate.

Q Were you offended by that?

A I remember, at the time, being offended by the tone, and I was taken aback.

Q And what was it about the tone that caused you to be taken aback?

A My recollection is that it was a sharp tone, a kind of chastising for not

DR. STELLA SAFO

possibly even been socially, just saying, like, you know, Berman seems kind of angry and conveying that. I definitely know that I spoke with him about the scheduling issue, just because I was so put off by the response and so wanting to understand if the way in which David Berman was acting was approved by, sanctions by, approved by Prabhjot.

And so really wanting to bring it to him to understand that better. And then for the incident with the staff birthday celebrations, that played out in real time, and so Prabhjot also knew about that. And then I believe afterwards as well, but after the staff birthdays incident, I was just less trusting of Prabhjot as a colleague, as a mentor, and so I was very careful with how I communicated. So even though I probably still had concerns, I'm not sure I would have spoken about it quite as openly as I probably once did.

Q What was the birthday incident?

A So as I recall it, we would have

DR. STELLA SAFO

informal celebrations of people's birthdays, and this was a holdover from the institute starting very small. And at some point I believe in -- I don't know -- 2016 or 2017, growing pretty rapidly, it wasn't ever formalized, but it was something that we would do. And two individuals were having birthdays coming up, and so after speaking with them, just wanting to get a cake that we would cut and people could enjoy it.

And so I sent a note out that basically just said: We're cutting cake. Everyone is welcome to join.

And I specifically remember that because I didn't -- the email list that I had didn't feel quite complete, and we didn't -- I didn't know, like, all the staff that was onboard, not onboard. And by that, I mean, like, I just didn't know if the email list that I had was complete, but I felt like it wasn't.

I remember saying: Please, like, share widely. Everyone is welcome.

DR. STELLA SAFO

That kind of a response, and then David Berman replied back with just a desire to let me know that -- I think, essentially, his first were that it wasn't, like, totally appropriate and, you know, he didn't agree with the cake -- with cake being had or something like that. And, like, I replied back to give feedback, but the way he had said it or just his suggestion of it seemed to suggest -- seem to kind of discourage us doing these type of things. And it felt like, for a culture that, at that time, I knew was struggling with people feeling like it was kind of toxic and hostile, it felt important to have celebrations or things that would just help people feel seen.

And then his response back to that was something to the effect of that I was the reason for the poor culture at Arnhold. That I was creating exclusivity. That I wasn't following protocol -- not exactly following protocol, but that I hadn't thought through the way to approach buying cakes at Arnhold when that had never been a thing. I think he

DR. STELLA SAFO

everything David Berman said about me driving the culture of divisiveness and me being insubordinate and just suggested that he 100 percent agreed with David Berman in terms of the way that David Berman characterized me. And I was shocked. And that was -- that was the incident.

Q Did you consider this a turning point?

A Would you mind clarifying?

I want to make sure I'm understanding it.

Q Did this change the way you viewed your job and your future?

A I had had concerns before this, and this kind of solidified the concerns that I had had.

Q And did you make any decision about your future as a result of the sequence of communications you have just testified about?

A I don't believe, at that time, that I made any set decisions. I think I was CMO or becoming CMO, so I had just

DR. STELLA SAFO

would have done the same for a male colleague. He seemed to enjoy --

Q I'm asking -- I'm asking you --

A Yeah. Sure.

Q -- about specific instances of interactions in which he made you feel uncomfortable as a woman.

A Yeah. I'm trying to answer it. He seemed to enjoy making individuals uncomfortable during meetings. I experienced that, and my female colleagues experienced it. And so there were meetings where he would look at me and kind of stare at me to stop talking or shake his head or kind of communicate to make my presence smaller. I never saw him do that to male colleagues.

Q You weren't in every meeting that he had with male colleagues, were you?

A I don't believe that I could have been, no.

Q Have you completed your answer to my question?

A I was just thinking a little bit

DR. STELLA SAFO

you said that, I was going to say that because I just thought he, like, was very fond of her. But it was -- it was something that was dismissive of her approach or style, and it conveyed to me that he didn't like that approach and that style. And it made me, I think, think about kind of the way that I would show up, and the way that I would want to kind of be around him. That's one example.

And then there would -- just witnessing the way that he would treat female staff, where he seemed to be giving them more menial tasks or, often, kind of having female staff really do a lot of the work that, I think, could have been shared across the board but kind of seemed to get assigned to women more than others. That was something that was just part of the way things seemed to be. So I would say -- I would say those examples.

Q Can you be any more specific about what Dr. Singh said about Barbara Murphy?

created the sense of, you know, Charney and I are lockstep, I meet him all the time. I remember he would always make a point of saying that he was going to see the dean and that he was keeping the dean informed. You know, they seemed like they were very close.

Q Who were the women who were assigned menial tasks and what were those tasks?

A So Anna Stapleton, who had the same role -- title as I did, she essentially wrote parts and, I guess, edited parts of Prabhjot's book, which I just recall her conveying to me was that she wasn't what she thought she was hired to do. But she seemed like, early on, she would take a lot of the organize this meeting, follow up on this people, take notes in this meetings.

Q Who attended those meetings?

A I think that when we started, we had lots of, like, all-staff meetings or just kind of coming together meetings, and

trying to recall if Anna was ever in any of our health system design work. I don't recall if she was in our health system design work, so I can't say exactly who was in those additional meeting. But in meetings that we had early on, I remembered that she was often tasked with taking notes and then crafting the documentation that Prabhjot would take as his own to send out or work on. She did a lot of his ghostwriting, is one thing I remember.

And then will you remind me again of the question?

Q What were the menial tasks and who were --

A Yes.

Q -- the women who were assigned those menial tasks?

A Sure. And then as time went on and others were hired, I remember being surprised at some of the work that Geraldine was given on the data team. I don't remember if Geraldine worked for Sonny or James. I think, at some point,

DR. STELLA SAFO

she worked for both, but at some point she also worked directly with Prabhjot. And Geraldine had the same role or was at the same level as Michael Escosia. And Geraldine's work just seemed to be more related to menial tasks than tasks that were the kind of top of her professional capabilities.

Q What were the tasks?

A Similarly I think she was often a note-taker. I think she was often -- and this is -- this is what I understood. I can't remember if it was through Geraldine or through Mike, but what I understood through one or the other were things like organizing people's schedules when she didn't directly report to them. Organizing travel, I believe, was one of the things that was -- that she was doing. And that one kind of stands out because we had Kirsten and administrative staff that I think could have helped with that. So that is what I can recall for her.

Q Do you recall anything else about

DR. STELLA SAFO

menial -- the menial tasks or the women who were assigned those menial tasks?

A I'm also recalling that Sasha Walek conveyed to me that she felt like -- and I can't remember if these are her words or mine. But she essentially was, like -- it felt like David Berman was using her as his, like, secretary, and she worked closely with David Berman and I think with Prabhjot and -- as the communications lead.

Q Do you have any personal knowledge about what she was assigned or is this based on what she told you?

A I can't recall.

Q Do you recall anything else about women being assigned menial tasks?

A I could say myself included. In senior management meetings, it would sometimes feel like the organizing of -- this actually is something I do recall. The organizing of the structure around the retreat or longer senior meetings that we would have, the kind of administrative structuring of it would often fall to me

DR. STELLA SAFO

and other women. There was one retreat -- and I can't recall which one, which year -- where I do remember thinking like, I feel like I'm doing a lot of the organizing for this retreat in a way that doesn't feel appropriate for my work position, and I don't see others doing that. And that stood out to me. But I would need to kind of refresh my memory a little bit around --

Q What was the worked you were asked to do?

A I can't recall. But I recall that, for future retreats, I made a point of wanting it to be really clear that I didn't want to be in the position of having to do, like, administrative corralling tasks when others were available. And I felt like there was just an unevenness of that work that went into that. But I don't recall the exact tasks that I was doing, and I didn't make a big deal about it or complain about it or talk about it, but I had that -- I noticed it.

Q Can you be any more specific

DR. STELLA SAFO

had had a baby, something related to her baby, and she wasn't able to work or hadn't come back. And he called her "lazy."

And he would often refer to -- I recall him -- one of the reasons why I think I felt like Bruno was maybe not quite as -- I'm trying to find the right word. I was not quite as aware of Bruno's comments about other staff is because he would often talk about the staff that many of us found challenging or problematic in a way that reflected what was being said.

And so he had nicknames for everyone. I can't remember many of them. But he would talk about how Berman yelled at people and kind of talk about and how -- well, if he ever yells at -- I don't know, actually this was interesting. I remember he said, If he ever yells at me, I'm going to tell Prabhjot and like essentially saying that Prabhjot would defend him because Prabhjot really needed him. But he had a thing about Berman and kind of like, Berman better not come for me.

DR. STELLA SAFO

CERTIFICATE

STATE OF NEW YORK )

)ss:

COUNTY OF RICHMOND)

I, DANIELLE GRANT, a Certified Shorthand Reporter and Notary Public within and for the State of New York, do hereby certify:

That DR. STELLA SAFO, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

In witness whereof, I have hereunto set my hand this 18th day of April, 2024.

DANIELLE GRANT