# Exhibit 21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

___________________________________

DR. STELA SAFO, GERALDINE LLAMES, AMANDA MISITI, and EMILIE BRUZELIUS,

Plaintiffs,

v.

DR. PRABHJOT SINGH, DR. DENNIS S. CHARNEY, BRUNO SILVA, and ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI,

Defendants.

Civil Action No. 1:19-cv-03779-VSB-JW

___________________________________

VIDEOTAPED DEPOSITION OF
BRUNO SILVA

DATE: Friday, April 19, 2024
TIME: 9:04 a.m.
LOCATION: Glenn Agre Bergman & Fuentes
1185 Avenue of Americas, 22nd Floor
New York, NY 10036
REPORTED BY: Abagail Rodriguez

PAGES 47-60, 199 ARE CONFIDENTIAL

B. SILVA

that incorporates or that acknowledges global conditions, without necessarily intending to be able to affect or improve health systems in other parts of the globe; is that right?

MS. GUERRASIO: Objection.

You can answer.

THE WITNESS: You know, again, to my understanding, you know, I had areas of focus, so I didn't keep track of what everybody else was doing and all of the book of work of the institute. But, yes, to my understanding, there was a diverse book of work that existed in the global settings by multiple people in the institute.

BY MR. BOWEN:

Q Did you ever travel internationally while you're at the institute?

A Yes.

Q Where did you go?

A I went to Ghana, and I went to Guatemala.

B. SILVA

Q Why did you go to Guatemala?

A Because we were working on a project there.

Q Which tool did that relate to?

A Atlas.

Q Why did you go to Ghana?

A Ghana was part of the health systems design work. I went to understand the -- how community health workers delivered care over there so we could learn how care is being delivered by community members, with the intention to possibly replicate here in the New York local setting.

Q It's health services that are being rendered, to a certain extent, by members of the community who are not necessarily medically trained? Is that the idea?

A Yes, so community health workers is a very common practice in the developing world, where communities that don't have direct access to healthcare leverage the members of the community to

B. SILVA

word interchangeably, never in a derogatory manner. That is, you know, it was never directed at anyone in particular. It was just more, like, how, culturally, today, if you look at, people would use the word.

Q Who else used it?

A I remember Dr. Safo using it regularly. I remember Mike Schotsaert using it regularly. I remember Geraldine using it regularly. I don't recall if Dr. Privett using the word.

Q Dr. Singh?

A I never heard Dr. Singh using that word. I also don't recall Amanda Misiti using that word.

Q But you used it; right?

A I don't recall the context or -- or when I or if I use it.

Q So you're saying -- well, let me just ask it. It's true that you used the term "bitch," while you were working at the institute, in the workplace; right?

MS. GUERRASIO: Objection to form.

B. SILVA

You can answer.

THE WITNESS: Yes, I remember speaking to Geraldine about an instance where there was, you know, after Dr. Safo had left the institute, we had -- you know, there was some interesting stuff happening as we were doing research, and where -- you know, Dr. Safo left the institute, and we were continue doing research in primary care.

And then as we were mapping all of the initiatives in primary care, we kept hearing from all of the different practices about the work that Dr. Safo and Dr. Privett were doing, so, rewind, Dr. Privett was part of the health system design, and so was I. So I was completely excluded of those conversations, and Dr. Safo already had left.

So I do recall having a private conversation with Geraldine where I said that Stella was being -- Dr. Safo was being a bitch but in reference for being rude. Never directed at any -- anybody.

B. SILVA

BY MR. BOWEN:

Q And you're saying that happened after Dr. Safo left the institute?

A Yes.

Q So let's just take a period of time in which Dr. Safo was still at the institute. Are you saying you never used the word "bitch" in the workplace in the years that you were at the institute up until the time that Dr. Safo left?

A I don't recall specifically, but I do know that, if I did use, was never directed towards anyone or -- or in a derogatory manner.

Q When you say it's not directed towards anyone, what do you mean?

A What I mean is that the picture that's been painted is that I went around calling people names, and that was never the case, so that's what I mean.

Q So if you used the word "bitch," your testimony is -- and I take it you're saying you don't remember using it; is that right?

B. SILVA

A Yeah, I don't remember using in -- beyond the -- the specific moment that I mentioned about Stella being rude, I do not remember.

Q But you're not denying that you did use it; you're just saying you don't remember; is that right?

MS. GUERRASIO: Objection. It's not his testimony.

MR. BOWEN: Well, I'm trying to clarify it.

THE WITNESS: They all use --

BY MR. BOWEN:

Q And I'll restate the question. I understand you're saying other people used it, too, and I'm going to get to that, but I just want to ask about you right now, and I want to understand what you can testify to under oath. Is it your testimony that you never used the word "bitch," in the workplace at the institute, other than that one example you can remember, where you used it to refer to Dr. Safo but after she had already left

B. SILVA

THE WITNESS: Can you repeat again?

BY MR. BOWEN:

Q You don't deny that, both in text messages between you and Ms. Llames and in conversations that you had with her face to face, you did use derogatory terms to refer to other people at the institute from time to time?

MS. GUERRASIO: Objection to form.

A Define some "derogatory" or context.

Q Well, terms like "bitch" or comments on people's appearance, weight, things like that.

MS. GUERRASIO: Objection.

A We did have a lot of -- Geraldine and I had a lot of conversations about weight. Never in a derogatory manner. We both were very -- were active, working out. Always shared our weight struggles, so that was a regular conversation. Never used in a derogatory manner.

Q So you don't recall any instance

B. SILVA

MR. BOWEN: We'll take a break here.

MS. GUERRASIO: Is this lunch?

MR. BOWEN: It can be if you guys want.

THE VIDEOGRAPHER: I'm sorry; should I -- should I --

MS. GUERRASIO: Yes, we can go off the record.

MR. BOWEN: Yeah, let's go off.

THE VIDEOGRAPHER: The time on the video monitor is 11:56 a.m. We're off the record. It's end of media 2.

(Off the record.)

THE VIDEOGRAPHER: We are back on the record. The time on the video monitor is 1 -- 1:14 p.m. This start media 3.

BY MR. BOWEN:

Q Mr. Silva, what raises did you get while you were with the institute?

A Can I correct something I said before before we jump in?

Q Sure.

A Yeah. So when -- right before we -- we were on break, you had asked me

B. SILVA

had I erased any messages.

Q Yes.

A And I didn't remember specifically, but then when I was -- was thinking, when I got served, not -- before I got served, I got people emailing me and calling me from Science Magazine, and I read the article, and I didn't know what it meant, but I was really shocked because, you know, we had -- we were friends and nothing was ever done in a derogatory or demeaning way or attacking anyone. So I freaked out, and I went through my phone, and I erased one -- one message only that had the word "bitch" in it.

Q That was a text message between you and Ms. Llames?

A Yes, and it was a -- it was not in a derogatory manner. It was a, you know, it was only one message.

Q When you say it was one message, what do you mean? Are you able to delete one text at a time or did you delete the

B. SILVA

whole string?

A It was one single message with just the word "bitch," exclamation point.

Q And that was from you to Ms. Llames?

A Yes.

Q So the string of text messages back and forth still exists, but there's a bubble missing?

A Yeah, I think so.

Q This is on an iPhone?

A No.

Q What kind of phone is it?

A In a Android phone.

Q Okay. How do you delete that one message?

A I just pressed it, and -- and you can delete.

Q Have you made any efforts to retrieve it, to see if you could revive it somehow or get it out of the phone?

A I gave my phone to Sinai and then get a -- got a new iPhone.

Q What can you tell me about that

B. SILVA

particular message?

A It was, like, she was saying how much she missed me, and -- and the -- that was in that string of conversation. I don't remember specifically where in the -- in the -- the conversation was the word, but it was just, like, a exclamation, like, "Bitch," like -- like, not in any derogatory way -- derogatory way. It was just, like, an exclamation, as we always spoke as.

Q So you weren't calling her a bitch?

A No, it was just, like, a exclamation, as we always said, you know.

Q Did you look to see if that message exists on some backup server, if you backed the phone up, your message would reappear?

A I never looked at it.

Q You haven't tried to do that?

A No.

Q Do you know if your lawyers have?

B. SILVA

A I don't know. They had my phone, so my entire phone. They made a whole mirror image of the phone, so.

Q Well, your understanding is that the Proskauer law firm made an image of your entire phone or just the text messages?

A My entire phone.

Q Do you have some kind of, like, cloud-based storage where the phone is backed up to?

A I don't remember if I had that for my Android phone at that time. I really don't.

Q Do back it up onto a laptop or desktop?

A No, I don't do those things.

Q But the phone that you had, that had the text messages on it with Ms. Llames, is still the phone you have today?

A No, it's not.

Q When did you get rid of that phone?

B. SILVA

A Immediately after when they came to do -- I think was Sinai who came and make the -- the mirror image on my phone, and they said, "Please do not lose this phone." So in fear of losing the phone, I went and got a new iPhone.

Q So you still have the old phone?

A I still have the old phone.

Q It's just not active?

A It's just not active, yes.

Q And the memory that you had about having deleted that one text message, was today the first time you remember that?

A Yeah, you -- you mentioned, and then I was -- you know, I didn't remember it. And I was at lunch, and I was, like, going through all the messages, and then I -- I remember that I, you know, I may have, in that conversation, erased that.

Q So I don't want to get into communications with your lawyers, but prior to today and after the lawsuit was filed, you hadn't thought about the fact

B. SILVA

that that message is deleted?

A Didn't really think about it. You know, you have to understand the complaint is really large and, for me emotionally, was really impactful because, as I said, we were all friends. Was never anything was ever done in a negative way, derogative way, so the shock of that, on top of, like, not knowing. When I saw the article and the -- the endless phone calls from Science Magazine, I was, like, crying and desperate. I didn't know what it even meant. I thought a police was going to show up at my door and arrest me, so I was just -- I overreacted out of completely panic. Completely panic.

Q But nobody, as far as you know, given the fact that you just thought about today that that text had been deleted, nobody has made any effort to see if it's on a backup device or backup storage or anything; right? As of this moment, nobody's made any effort to see if it can be recovered; correct?

B. SILVA

MS. GUERRASIO: Objection.

You testified to what you know. That's fine.

THE WITNESS: Yeah, I -- I just literally realized, when we were eating, because I was thinking about it. And then I was just like, I know that I didn't, you know, erase any other messages. It was just that single message, with the only word "bitch" in all caps, exclamation point.

Which is more of, like, exclaiming something, where it wasn't calling anybody. It's like -- it's almost some "Yes, bitch," like kind of. It's just more, like, affirming something; right? Not just, like, calling somebody in a negative way or anything like that. Which was how we talked often when the word "bitch" was used; right? It was always in that sense.

BY MR. BOWEN:

Q But you reacted in the moment just because you saw it in print and you

B. SILVA

earlier before on record, that she was -- she's a fantastic, brilliant doctor, with so much empathy as a physician, that was amazing, and she also showed that as a friend. That's why I was so disappointed with all of this and the misrepresentations. Especially because she was very close friends with Prabhjot as well; right?

But so that -- that was when I talked to -- was to Geraldine that I said that, you know, I didn't think that a lot of the problems -- right? -- the work didn't move forward. It was 'cause, you know, there was an -- we were all, to a level, inexperienced to that subject.

Q But when you were talking to Ms. Llames about the incidents that you mentioned a minute ago with Dr. Safo, did you say she was being a bitch to you?

A Yes.

Q And you told Ms. Llames that?

A Yes, and I told that in reference that she was being rude.

B. SILVA

friendly way, to a coworker?

A Yes, that was a -- you know, everybody used the word "bitch," in a regular basis, without meaning to be derogatory, negative, offense, or attacking anyone.

Nobody ever said, "You are a bitch," towards anybody. It was just more like, "Oh, you know, let's go, bitch. Let's go get lunch. Oh," you know, it was more like that. In -- in casual conversations, in a friendly manner. Nobody ever just went in somebody's face and accused or said something like that in a negative way. That's never happened.

Q But if I understand your testimony correctly, what you're saying is, if there were other workers present, you wouldn't use the term "bitch"?

A Again, you know, there was a social, almost -- you know, I don't want to use the word "contract." Sounds too official, but there was a social --

Q Understanding?

B. SILVA

Q Where he would be hostile to you or raise his voice to you --

A It wasn't necessarily hostile. It was just like, "Why is this not done?" Was more like that.

Q Were you aware of incidents where he was yelling at female employees and they were reduced to tears?

A No.

Q Was the term "bitch" used when Dr. Privett was around?

A I assume so because it was -- we would talk in the room, and she wasn't there. I don't remember any specific event, but, yes, most likely.

Q Did you ever hear her use the term at work?

A I don't remember specifically.

Q How about Ms. Knaup?

MR. BOWEN: What's her first name?

MR. CERVENKA: Kirsten.

BY MR. BOWEN:

Q Kirsten. Kirsten Knaup?

A No.

B. SILVA

a bitch, a cunt, uptight, and a control freak," close quote. You've denied multiple times today that you ever used the word "cunt" in the workplace --

A I did not use the word "cunt" in the workplace. Never used -- that's not a a word that's part of my vocabulary.

Q And you did not use it referring to Dr. Safo; right?

A I did not.

Q But you did acknowledge that you used the term "control freak" to refer to Dr. Safo?

A Yes, I have told Geraldine that she was a control freak. Not Geraldine. Stella.

Q You told Ms. Llames that Dr. Safo was a control freak?

A Yes.

Q Did you also refer to her as uptight?

A No.

Q And we know that there's at least one message where you refer to

CERTIFICATE OF DEPOSITION OFFICER

I, ABAGAIL RODRIGUEZ, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings, prior to testifying, were duly sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.



ABAGAIL RODIRGUEZ

Notary Public in and for the

State of New York

CERTIFICATE OF TRANSCRIBER

I, LISA PARK, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

LISA PARK

ERRATA SHEET
VERITEXT/NEW YORK REPORTING, LLC

CASE NAME: Safo, Stella, Dr., Et Al. v. Singh, Prabhjot, Dr., Et Al.

DATE OF DEPOSITION: 4/19/2024
WITNESSES' NAME: Bruno Silva

| PAGE | LINE (S) | CHANGE | REASON |
|---|---|---|---|
| 92 | 23 | Faghmous | not "Fagmus" |
| 92 | 25 | Faghmous's | not "Fagmus's" |
| 105 | 24 | Faghmous | not "Fagmus" |
| 132 | 10 | Escosia | not "Schotsaert" |
| 156 | 3 | doorman's | not "daughter's" |
| 188 | 25 | Faghmous | not "Fagmus" |
| 190 | 3 | Faghmous | not "Fagmus" |
| 222 | 7 | Faghmous | not "Fagmus" |
| 222 | 13 | Faghmous | not "Faghmus" |
| 222 | 20 | Faghmous | not "Fagmus" |
| 225 | 14 | Escosia | not "Schotsaert" |
| 225 | 23 | Escosia | not "Schotsaert" |
| 235 | 7 | Escosia | not "Schotsaert" |
| 237 | 17 | Escosia | not "Schotsaert" |
| 238 | 11 | Escosia | not "Schotsaert" |

*Continued on next page

Bruno Silva

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 5 DAY OF JUNE, 2024

Gabriel C. Jonjo
Notary Public, State of New York
Qualified in Kings Co. No. 01JO6007722
My commission expires 5/26/2026

(NOTARY PUBLIC) MY COMMISSION EXPIRES:

ERRATA SHEET

VERITEXT/NEW YORK REPORTING, LLC

CASE NAME: Safo, Stella, Dr., Et Al. v. Singh, Prabhjot, Dr., Et Al.

DATE OF DEPOSITION: 4/19/2024

WITNESSES' NAME: Bruno Silva

| PAGE | LINE (S) | CHANGE | REASON |
|---|---|---|---|
| 244 | 6 | Faghmous's | not "Fagmus's" |
| 245 | 20 | Bischoff | not "Bishop" |
| 245 | 23 | Bischoff | not "Bishop" |
| 246 | 2 | Bischoff | not "Bishop" |
| 250 | 11 | Escosia | not "Schotsaert" |
| 255 | 8 | Faghmous | not "Fagmus" |
| 263 | 24 | Escosia | not "Schotsaert" |
| 263 | 25 | Escosia | not "Schotsaert" |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Bruno Silva

SUBSCRIBED AND SWORN TO BEFORE ME THIS 5 DAY OF JUNE, 2024

Gabriel C. Jonjo
Notary Public, State of New York
Qualified in Kings Co. No. 01JO6007722
My commission expires 5/26/2026

(NOTARY PUBLIC) MY COMMISSION EXPIRES: