# Exhibit 22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. STELLA SAFO, GERALDINE LLAMES, )
AMANDA MISITI AND EMILIE BRUZELIUS, )
)
PLAINTIFFS, ) CASE NO.
) 1:19-cv-03779-VSB-JW
AGAINST )
)
DR. PRABHJOT SINGH, )
DR. DENNIS S.CHARNEY, BRUNO SILVA AND )
ICAHN SCHOOL OF MEDICINE AT )
MOUNT SINAI, )
)
DEFENDANTS. )

* * * CONFIDENTIAL * * *
* * * ATTORNEYS' EYES ONLY * * *

VIDEO-RECORDED DEPOSITION OF KEVIN STARR, M.D.
FRIDAY, FEBRUARY 28, 2025
10:00 A.M. PST
SAN FRANCISCO, CALIFORNIA

REPORTED BY AUDRA E. CRAMER, CSR NO. 9901

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

A. I went to a presentation. What I saw was a surprise to me, and I thought that, especially given the amounts required, the proposal was quite vague and in the end went ahead with it.

Q. Was it your decision to go ahead with the donation?

A. No.

Q. Whose decision was it?

A. John Arnhold's.

Just for clarification, none of the grants that Mulago makes are my decision in the end. They're the board's decision.

Q. Was your -- let me start over.

Did your involvement with the Mount Sinai Global Health work change after this donation was made?

A. Not really.

Q. You did not -- scratch that.

Did you administer the donation from the Mulago Foundation's perspective?

A. The money passed through Mulago.

the last time I talked to Anu or Sigrid substantively, but I don't remember when it was.

Q. It's possible that you also discussed the work of the institute with Dr. Anandaraja after the institute was founded?

A. I'm certain that I did at some point.

Q. Your conversations with Dr. Singh about the work of the institute, were those in writing?

A. I've given all the emails I have to -- turned them all in for this purpose. Beyond that, there's nothing.

Q. I understand.

But did Dr. Singh communicate with you about the work of the institute in writing?

A. We emailed back and forth. You've got them.

Q. Did you receive any regular reports on the work of the institute?

A. No.

Q. No annual report?

A. Nothing that you don't have.

No, they did not do an annual report. No.

I'm trying to think. Is there anything else?

See, again, if this were sort of a normal grant of Mulago, I would have a team assigned to it, and there would be a regular reporting structure, but there was not for this. We made a grant to Mount Sinai, and we expected Mount Sinai to take it forward and administer it competently.

Q. The grant did not change the degree of the Mulago Foundation's involvement or oversight of the group; is that right?

A. I would say that was correct.

Q. Did you personally have about the same level of involvement with the institute prior to its founding, when it -- Mount Sinai Global Health team, and after its founding, when it did become AIGH?

A. My impression is that roughly it was about the same level of ongoing interaction.

Dr. Singh's leadership?
A. My impression from a broad range of conversations is that he was not very excited about them.
Q. What was he excited about work-wise?
A. The kind of work done by people like Duncan Maru and Rachel Vreeman.
Q. Are you aware of the institute being involved in something called Project Atlas? *
A. Yes.
Q. What was that project about?
A. I never really fully understood it.
Q. Do you have any understanding of what the project was about?
A. I do. It was an effort to map where things were going on in public health in a way that would potentially serve to integrate and coordinate actions. It seemed like an interesting idea, but I never really fully understood how the technology would work or how it would be applied.
I would say, as helpfully as I can, it



* The highlighted portions are designated as confidential.

was not one of my favorite parts of -- favorite aspects of the work.

Q. Why not?

A. I just didn't really fully understand it, just like I don't really understand crypto currencies and the block chain and a host of other things. So it didn't -- I couldn't really get my head around it, so I wasn't that enthused about it.

Q. Did you under the project was a significant part of the institute's work under Dr. Singh's leadership?

A. Yeah.

Q. Was it the primary focus of the institute?

A. No. Not as I could tell. But it seemed a big focus -- it seemed like it took a lot of the bandwidth of the institute at the time.

Q. Are there any scalable global health solutions that you consider the institute successfully put in place under Dr. Singh's

Q. Did you have any negative views about his performance?
A. Sure. It wasn't perfect.
Q. Can you give me an example of an area where he wasn't perfect? *
A. I don't think Atlas AI worked out. We see a lot of people try a lot of things that don't work out.
I didn't think David Berman was a great hire, and I was glad to see him go.
Those are just two examples that I can remember. It wasn't as if there was any larger patterns that I was worried about or that I could see.
Q. Why didn't you think that David Berman was a great hire?
A. I just didn't like him. I didn't like his manner. I didn't -- I didn't think -- yeah, he just rubbed me the wrong way.
Q. Have you ever observed him raise his voice?
A. No. I never observed him in his work



* The highlighted portions are designated as confidential.

institute -- and you said perhaps a half a dozen, about an hour each -- what did those visits constitute?

A. Conversations sitting around the room with various staff people or with Prabhjot in his office or -- I think a broad range of characters.

Q. Did you have a chance to be present at the institute's offices outside of structured meetings?

A. No.

Q. You never sat in the corner for an afternoon and just saw the day-to-day buzz --

A. No.

Q. -- of the institute; right?

A. No.

Q. You never observed Dr. Singh interact with a staff member on a one-on-one basis; correct?

A. You know, we'd be walking through the office, and he would say hi to people or introduce -- he made a point of introducing me

to a lot of people.
Q. Do you consider yourself to be a mentor of Dr. Singh?
A. I tried to be useful to him. I would say I tried to be a useful adviser. Whether I would -- I don't know if I would say a mentor. I don't know if that's a distinction with a difference.
Q. Were you at any point concerned that there was a high staff turnover at the institute?
A. I wasn't aware of rates of staff turnover.
Q. Were you aware of any individual staff members leaving the institute?
A. I'm sure I was at the time.
Q. Do you recall any specific ones?
A. Other than David Berman, no.
Q. Did Dr. Singh on occasion forward you emails that he exchanged with his staff?
A. I don't think so.
And, again, I some time ago went

there were discrimination-related issues at the Arnhold Institute of Global Health at Mount Sinai; is that correct?

A. I think that timeline is correct. I think that was before the onset of the investigation.

Q. Was that a dinner with just the two of you?

A. No. That was at big Mulago dinner, and he said it in passing as he was leaving. It's one of the few things I remember clearly.

Q. What else do you remember about that conversation?

A. That was it. It was a brief conversation, and I was really surprised to hear it. Given my relationship with all these people, I would have thought that I would have heard something before then.

But I think this was -- I'm certain this was the first I had heard of anything, and I think that it was pretty close to the onset of the investigation.

that dinner?
A. No. It was in passing, and it was -- you know, it was at the very end of a long evening that I'm in charge of that takes enormous amounts of bandwidth to manage, and he was just leaving.
Q. Do you know how long your conversation with him about gender discrimination issues lasted?
A. Less than five minutes.
Q. Did he tell you any detail about the discrimination issues that he perceived?
A. None whatsoever.
Q. And you don't recall anything else that the two of you talked about in the span of those five minutes?
A. No.
Q. What did you do with that information afterwards?
A. Mostly stewed about it. I'm sure that I talked to Prabhjot. I can't imagine that I didn't. I'm sure I did.

And, like I said, I'd never observed anything consonant with that. Prabhjot evinced to be as surprised as I was. And then shortly after that an investigation ensued.
Q. And you don't recall how shortly afterwards the investigation --
A. No.
Q. -- ensued?
Are you able to estimate? A week? Month?
A. No.
Q. You're not. All right.
Did you talk to anybody else?
A. I imagine I did. I don't remember who.
Q. Did you call Anu Anandaraja and ask her, "What is this all about?"
A. I don't remember doing so, and I'm -- if I didn't, I wonder why. But I don't remember doing so.
Q. Do you recall calling Dr. Charney about it and saying, "Listen" --
A. No.

Q. The conversation with John Arnhold about the conversation with Dr. Murphy, did that also happen prior to the investigation starting?
A. I don't remember what and when I talked to John about that. I don't have a memory of talking to John about that specific little conversation with Ramon. I know I talked to Prabhjot about it.
Q. Did you give Dr. Singh any advice on how to handle the situation?
A. I'm sure I did. In the context of that conversation, I don't remember just what it was. Generally, it's to be -- if I recall the conversation, it was just mostly a heads-up.
Q. And why did you give him that heads-up?
A. Because he's a friend and because, of course, anything like that you would -- if I heard something like that about a leader of someone in our portfolio, I would let them know immediately, "Hey, this is circulating about you. I don't know what you should do about it, but you should know."

Q. So you recall that Dr. Murphy in that conversation in passing sometime prior to the investigation started, that in that conversation Dr. Murphy told you that investigations are about to start?

A. That's what I think he did, yes. That's what I now remember about that conversation. It was a hinting darkly: Things are going on. Investigations are happening.

I was shocked. There's something so dire that investigations are going on, and no one has ever reached out to me to give me any hint of this? I was upset.

Q. How often did you talk to Dr. Anandaraja prior to this happening?

A. Before the institute, I spoke to her fairly often, but I have no memory of what the cadence of conversations were over time.

Q. The cadence did taper off, though, once the institute was established?

A. Yeah.

Q. And I'm just -- you talked about being

upset --
A. Uh-huh.
Q. -- about the manner in which you found out about the investigation. I just want to drill in a little bit more.
Were you upset about the manner in which you found out about the -- let's start there: Were you upset about the manner in which you found out?
A. Oh, the timing was unfortunate, at the end of a lovely evening that I had been responsible for planning and carrying out. Yeah, that was unfortunate timing.
But what I was unhappy about was the -- there are -- yeah, now that I remember, the conversation was there are investigations being launched about -- about sexual discrimination. And he just said it in passing in such a strange way, clearly not thought out on his part: An investigation's already underway.
And that's what was upsetting to me: How did this get this far? And I know all of

(At 1:55 p.m. PST the deposition of KEVIN STARR, MD was reconvened.)

THE VIDEOGRAPHER: We are now on the record at 1:55.

EXAMINATION (CONTINUED)

BY MR. CERVENKA:

Q. Dr. Starr, was there a time during the investigation that the Arnhold family offered to give the Arnhold Institute more money if Dr. Singh remains in post?

A. Not to my knowledge.

Q. Was there an offer of more money to be given to the institution in general -- let me start over.

Do you know of any offer by the Mulago Foundation to give the institution further money while it was investigating Dr. Singh?

A. Not to my knowledge.

Q. Has the Mulago Foundation made further donations to Mount Sinai since the

investigation?
A. The only two that I remember are the ones you've already mentioned. Subsequent to that I'm unaware of any.
Q. So the only ones you know about are the two eight-figure donations, one prior to Dr. Singh joining and one during his tenure?
A. Yes.
Q. Are you involved in the administrative aspects of the money actually being donated?
A. To Sinai specifically?
Q. Yes.
A. No.
Q. Do you fill out the Mulago Foundation's 990 forms?
A. That's done in New York in the New York office.
Q. Do you approve the forms before they're filed with the authorities?
A. Not specifically, no.
Q. Have you ever seen a 990 form for the Mulago Foundation?

this document as a true and accurate copy of the emails that you exchanged with Dr. Singh in --

A. Yes.

Q. -- December 2013 and January 2014?

A. Yes.

Q. Each one of them is true and accurate?

A. I believe so.

Q. So if you go to page 003, there's an email that you sent to Dr. Singh on December 19, 2103, at 11:45 a.m.

Do you see that?

A. Yes.

Q. You write, "John Arnhold is going to give them $12.5 million to create an institute. It falls to me enter a process well down the track and make it into something useful."

Do you see that?

A. Yes.

Q. What did you mean by "make it into something useful"?

A. Make it as high impact as possible.

Q. And "it" would be the Mount Sinai

We were all friends here. You care about friends. You want to keep him in the loop, it would have been great to keep him involved; everybody here involved.

Q. But you weren't interacting here just as friends, were you?

A. Not just, no.

Q. The foundation, in part controlled by -- or governed by Ms. Arnhold, made a $12.5 million donation to the Arnhold Institute prior to this; is that right?

A. Yes.

Q. And Ms. Arnhold was giving an instruction to Dr. Singh.

Isn't that what this email is about?

MR. ADDIEGO: Calls for speculation.

MR. CERVENKA: Let me rephrase that.

Q. Is that how you read this email when you received it?

A. I don't know how I read it as I received it. As you read it now, it's about someone who cares about someone else and would

A. I don't remember.
Q. [redacted]
A. [redacted]
Q. [redacted]
A. [redacted]
Q. [redacted]
A. [redacted] [redacted]
[redacted] [redacted]
[redacted] [redacted]
[redacted]
Q. [redacted]
MR. BAUMGARTEN: [redacted]

and I think that's probably how it was. Tried to get him to tell me what's going on.

Q. Do you recall what questions you asked him?

A. No.

Q. But you wanted to get to the bottom of what the investigation was about; is that right?

A. To the degree I could.

Q. Did you leave that conversation satisfied that you understood sufficiently what the investigation was about?

A. To whatever degree he was able to tell me. Pretty much what I know is what's written here.

Q. In the next paragraph, in the middle of it you write, "I've seen him in many social and work situations and have never seen a hint of discrimination or sexist behavior."

We talked about your half a dozen one-hour-or-so-long visits to the institute.

So leaving those aside, what other work situations did you see Dr. Singh in?

A. That is the work situations I've seen him in.
Q. You then write, "He's made plenty of mistakes as a young leader, but I think it's pretty unlikely that there is a real substantive issue of here."
What mistakes were you referring to?
A. Oh, everything from the kind of small mistakes we all make when trying to learn a new role to getting a hire like David Berman wrong.
Q. Any other mistakes that Dr. Singh made, in your opinion, similar to the magnitude of getting Mr. Berman's hire wrong?
A. No.
Q. Would you say that was Dr. Singh's biggest mistake prior to June 1, 2018?
A. Oh, I don't know. I haven't thought through that.
Q. And if you think through it now, can you think of any other mistakes, in your opinion, that Dr. Singh has made?
A. No.

Q. In the next paragraph you write about "a prominent woman lawyer masquerading as a donor."
What is that about?
A. I believe that's about Ann Olivarius and his description of me of an encounter that he had.
Q. So Dr. Singh told you about an encounter he had with Dr. Ann Olivarius?
That's O-l-i-v-a-r-i-u-s.
Is that right?
A. Yes.
Q. What did he tell you about that encounter?
A. What you see here.
Q. Did he tell you anything else?
A. I'm sure he did. I've captured the essence of it here and don't remember it any better than that.
Q. "A prominent woman lawyer masquerading as a donor."
Are those Dr. Singh's words or yours?

A. That was how he represented it to me that she had represented herself in that encounter.
Q. I'm just trying to understand.
So Dr. Singh told you that Dr. Olivarius was presenting herself as a prominent woman lawyer but was, in fact, masquerading as a donor?
Actually, let me say that again. It's the other way around.
Did Dr. Singh tell you that Dr. Olivarius was masquerading as a donor?
A. Masquerading is my phrase. He told me that she was -- represented herself as a donor -- potential donor. That's what I remember.
Q. And when you put in quotes, "Nice place you got here. Be a shame if it burned down," is that a quote of Dr. Singh that you're repeating here, or is this your shorthand?
A. That's my framing.
Q. You then write, "Ramon absolutely knew

Q. Turning to page S027, in the first paragraph on top of that page you write, "Ramon's fingerprints are all over this mess. He spoke to me of an investigation on April 24. According to Sinai, there was no investigation at that point."

Do you see that?

A. Yes.

Q. Does that refresh your recollection of a conversation between you and Dr. Murphy occurring on April 24?

A. I believe that that's the date that I'm referring to of our board meeting dinner when we had that five-minute conversation.

Q. Well, you then in the following sentence write, "He spoke of it again at the fellows dinner."

A. Ah. Yeah. Okay.

Q. So with the benefit of looking at the email that you wrote, were there two conversations that you had with Dr. Murphy about an investigation against Prabhjot Singh, one on

with Mr. Arnhold; correct?

MR. ADDIEGO: Objection. Vague and ambiguous and argumentative.

MR. CERVENKA: I'll rephrase.

MR. ADDIEGO: Lacks foundation.

BY MR. CERVENKA:

Q. When you wrote this email, you wrote it in a transparent fashion; correct?

MR. ADDIEGO: Same objections.

THE WITNESS: I write all my emails in a transparent fashion.

BY MR. CERVENKA:

Q. In paragraph No. 2 you write, "A couple of months ago now, Charney promised me he would investigate that issue."

Do you see that?

A. Yeah.

Q. And earlier in the paragraph you write, "I still want to understand how this Ana Olivarius character came into the picture."

A. Yeah.

Q. You see that?

A. Yeah.
Q. Is it true that a couple of months prior to July 2018 you asked Dr. Charney to investigate Dr. Olivarius's involvement?
A. Apparently.
Q. Was it on the -- would that have been on the first call that you had with Dean Charney?
A. I expect so.
Q. Did you bring it up again on the second call with him?
A. I don't think I ever brought it up again, but -- yeah, I don't know.
Q. Did you ask Dr. Charney to report back on his investigation into Dr. Olivarius's involvement?
A. You're reading what I'm reading.
I think so.
Q. And has Dr. Charney ever gotten back to you with the results of that investigation?
A. He never reported back.
Q. Further up on page S034 -- it actually

I don't remember a specific conversation about the material in this document.

Q. It appears to be organized in a timeline fashion.

Do you agree?

A. Yes.

Q. Did you ask Dr. Singh to send you a timeline of relevant events on or around April 30, 2018?

A. I don't recall requesting this.

Q. Do you recall reading it at the time?

A. I'm sure I did.

MR. CERVENKA: I'll enter a document -- I'll mark document ISMMS_010181 through ISMMS_010183 as Exhibit KS 7.

(Whereupon, KS 7 was marked for identification.)

BY MR. CERVENKA:

Q. Dr. Starr, this is another email from Dr. Singh to you. It's dated May 1, 2018, and the subjects is "Factoids."

Do you recognize this document?

spoke?
A. I don't even remember, but we're talking at least five years, if not longer.
Q. Has the Mulago Foundation continued supporting Dr. Singh's work outside of Mount Sinai?
A. No.
Q. And after you reviewed the complaint that the Plaintiffs filed in this case and the allegations in it, did that change your mind one way or another as to whether Dr. Singh was rightly found to not have contributed to a toxic environment based on gender in the internal investigation?
A. I did not find it compelling one way or the other.
MR. CERVENKA: All right. I have no further questions.
MR. BAUMGARTEN: No questions.
MR. ADDIEGO: Excellent.
THE VIDEOGRAPHER: Okay. Is that it then?

STATE OF CALIFORNIA )
COUNTY OF SAN MATEO ) SS.

I, AUDRA E. CRAMER, CSR No. 9901, in and for the State of California, do hereby certify:

That, prior to being examined, the witness named in the foregoing deposition was by me duly sworn to testify the truth, the whole truth and nothing but the truth;

That said deposition was taken down by me in shorthand at the time and place therein named, and thereafter reduced to typewriting under my direction, and the same is a true, correct and complete transcript of said proceedings;

I further certify that I am not interested in the event of the action.

Witness my hand this 28th day of February, 2025.

Certified Shorthand
Reporter for the
State of California