# Exhibit 27

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - -x
DR. HOLLY ATKINSON, DR. NATASHA ANUSHRI ANANDARAJA, DR. STELLA SAFO, MARY CALIENDO, HUMALE KHAN, GERALDINE LLAMES, AMANDA MISITI, and EMILE BRUZELIUS,

Plaintiffs,

Case No.: 1:19-cv-03779-VSB-JW

v.

DR. PRABJOT SINGH, DR. DENNIS S. CHARNEY, BRUNO SILVA, DAVID BERMAN, and MOUNT SINAI HEALTH SYSTEM, INC.,

Defendants.

- - - - - - - - - - - - - - - - - - - - -x

Proskauer Rose LLP
11 Times Square
New York, New York 10036

December 12, 2024
9:43 a.m.

Video Recorded DEPOSITION of Elena Rahona, the Third-Party Witness, in the above-entitled action, held at the above time and place, taken before Garry J. Torres, a Shorthand Reporter and Notary Public of the State of New York, pursuant to the Federal Rules of Civil Procedure, Subpoena and stipulations between Counsel.

*　　*　　*

MS. GUERRASIO: Yes.
MR. CERVENKA: You can answer.
A. When he was officially -- I remember we had a board meeting when they officially announced it. His name started appearing October/November of 20- -- October/November 2014. It was right after Steffanie Strathdee had withdrawn her candidacy that Prabhjot's name started appearing.
Q. And your testimony, I believe, is in reference to the search for the director of the Arnhold Institute of Global Health; is that correct?
A. Yes.
Q. Did you serve on the search committee?
A. I -- I was not an official member of the search committee. I was part of -- so Ramon Murphy was -- he wanted me to -- he wanted to give me a role and make sure that I was treated with the respect and the position that I was. So Ramon Murphy made sure I came to the meetings -- the meeting of the search

A. Yes.
Q. And the subject line is budget for Steff?
A. Yes.
Q. And that's Steffanie Strathdee, correct?
A. Yes.
Q. And you sent an email on September 26, 2014, at 2:29 p.m. that says, here is the budget with her additions from this morning.
Do you see that?
A. Yes.
Q. And is it still your testimony that you did not work at all on the budget for Steffanie Strathdee's candidacy for the AIGH director position?
A. I did not --
MR. CERVENKA: Objection. Form.
You can answer.
A. I did not have say in her budget. I did not work on it to the extent of -- I didn't have authority to tell her what to put in the budget. I did not have authority to tell her what

programs she should have or not have; that was her decision.
Q. Sure. My question earlier was whether you worked on Steffanie Strathdee's budget that she presented to Dennis Charney.
A. Yes.
Q. So you did?
A. Yes.
Q. Did you provide any -- provide help to any other candidates regarding the budget they presented to Dr. Charney?
A. I never saw any budgets from any other candidates.
Q. Did you offer to help any other candidates?
A. No other candidates made it to that -- as far as I knew, no other candidate made it to that stage.
Q. Are you aware that Dr. Singh submitted a budget to Dr. Charney?
A. There were rumors floating around, but this was outside of Global Health as far as we were concerned or we knew.

MR. CERVENKA: Objection. Form.
You can answer.
A. He had a practice, and his office was in his practice.
Q. That wasn't my question.
Do you know if it was because he wasn't an employee?
A. I have no idea.
Q. Do you recall any of the emails Dr. Murphy showed to you between Dr. Strathdee and Dr. Charney?
A. Yes. I recall very specifically one in which Ramon came into my office very upset, and he said, I need to show you something.
And he logged into his email and showed me an email from Dennis Charney to Steffanie Strathdee calling her an idiot.
Q. Was the word "idiot" in the email?
A. Yes.
Q. Written out, I-D-I-O-T?
A. Yes.
Q. And you saw that?
A. I saw it.

Q. Was anyone else on that correspondence besides Dennis Charney and Dr. Strathdee?
A. Not to my recollection.
Q. Do you recall anything else about the email?
A. No.
Q. Do you recall the date of the email?
A. No -- October -- no.
Q. Other than that one instance that you saw it on Dr. Ramon's email account, have you seen that email otherwise?
A. No.
Q. Do you have a copy of it yourself?
A. No.
Q. Has anyone else ever told you about that email?
A. Yes.
Q. Who?
A. I've heard it from Anu Anandaraja -- from Anu.
Q. Are you aware that

Dr. Anandaraja testified in this case that she learned about that email from you?

A. No.

Q. But you still believe that she told you about it separately?

A. I can't recall.

Q. Other than -- strike that.

Were there different color fonts in the email?

A. Yes.

Q. What color fonts do you recall seeing?

A. Red.

Q. What specifically about red font do you recall?

A. Charney had -- was responding in all caps red to Steffanie.

Q. And was the word "idiot" in red font?

A. Yes.

(Pause in proceedings.)

Q. Ms. Rahona, you've testified about one email you recall seeing on Dr. Ramon Murphy's computer or in his email account that you believe was in

correspondence between Dr. Charney and Dr. Strathdee in which the word "idiot" appeared. Any other correspondence that you can recall in which Dr. Charney and Dr. Strathdee were communicating and had red bold font -- red font, maybe, that was your testimony -- is there any other correspondence you recall?

A. I don't recall specifics in the emails, but there were other emails in which Charney was using red all-capped fonts, yes --

Q. Were those -- I'm sorry. Go ahead.

A. -- to bully her or to -- bully her.

Q. Do you recall the substance of those emails?

A. No.

Q. And are those emails that you also saw in Ramon Murphy's computer or account, or are those emails that you had direct access to?

A. It was all through Ramon Murphy.

(Whereupon, a 10/2/2014 email

Q. And this is not the email in which you saw the word "idiot" appear?
A. This is not the email I saw "idiot" appear.
Q. So your testimony is there's an additional email that contains the word "idiot" sent by Dr. Charney to Steffanie Strathdee?
A. Yes.
Q. Did you ask Dr. Strathdee for that email when you spoke to her in, I believe you testified it was, 2019?
A. I don't recall.
Q. Do you have any knowledge of whether she still has it?
A. I don't recall.
(Pause in proceedings.)
Q. Ms. Rahona, I'm trying to find out if you have anyone else that -- you have knowledge of anyone else who would have possession of that "idiot" email. It hasn't been produced in this litigation. So I'm trying to understand if there's anyone else who you know has seen that document.

MR. CERVENKA: Objection. Form.
You can answer.
A. I do not know.
Q. And you have no recollection of having a discussion with Steffanie Strathdee about that email?
A. No recollection.
Q. Do you think you did and you don't recall the conversation, or you don't know whether, in fact, you did?
MR. CERVENKA: Objection. Form.
You can answer.
THE WITNESS: Yeah.
A. I -- clearly conversations that happened however many years ago. I don't recall all of the details of some of them.
Q. Other than Steffanie Strathdee -- since I've already asked you about her -- do you recall conversations with anyone else about this -- strike that.
About the alleged "idiot" email?
A. I remember talking to Anu about it. I remember talking to Renee about it. I think that -- Ramon, who --

Q. You just testified that Dr. Singh yelled at people?
A. Dr. Singh, he did yell at people.
Q. And as of May 1, you saw him yell at people?
A. I do not recall dates, honestly.
Q. So I'm trying to be specific as to why, at this early point in time, you did not trust Dr. Singh.
A. Because we knew all of these things were happening behind our backs. We knew that he was being put in a position he didn't deserve. We knew that he was given carte blanche. He wrote a vision without anyone's input. He was given carte blanche to do what he wanted, and we didn't trust him. No one was brought into this loop. It is Dennis Charney; Barbara Murphy, who was not part of Global Health; and Phil Landrigan, who was trying to keep his job for one to three years because he was being kicked out of preventive medicine. He was trying to set himself up for one to three years

have a role, he would have included her in the making of the vision.

Q. I understand that's your belief; I see that. But my question is: Do you know if he had a role for her to fulfill as part of AIGH?

A. So my knowledge, he never spoke to her about what she would be doing.

Q. Who called you crazy?

A. I got a lot of -- a lot of, oh, you are being overdramatic, that's crazy to think that way. I was in a taxi with Nils Hennig one day in Dominican Republic, and we were talking about Prabhjot. It was sort when he was already named. I don't know if he was officially hired; he was named, he was on the scene.

And I said to Nils, this -- along the lines of: I'm really concerned, this is -- this is -- bad things are going to happen.

And Nils kind of laughed it off and said, that's crazy.

I remember sitting in a meeting with David Muller, with Ramon Murphy, with

Anu Anandaraja, with Jeffrey -- Jeffrey -- Jeff from GYN surgery, with -- Nils might have been there, but definitely David Muller, Anu, myself. And I said -- this is after Prabhjot had been identified -- and we had a meeting, and I brought up in that meeting, I'm really concerned, what is going to happen, Prabhjot's being given carte blanche.

David Muller looked at me and just laughed and said, oh, ha, ha, ha, ha, in that kind of way, of just -- he sort of extremely dismissively told me that's not -- he sort of laughed, ha, ha, ha, ha, ha.

I remember talking to people within the department of preventative medicine saying this -- something -- this just doesn't feel right, this does not feel right, and hearing, oh, that's just crazy, just let it ride out.

Yes. It was a lot of people. It was a lot of people dismissing me. A lot telling me, just wait it out. A lot of people telling me to just wait and see,

keep your head down, just collect a paycheck. I was being dismissed every time I brought it up.

Q. And what you brought up, the concerns when you went to David Muller and Nils Hennig, was that you had concerns about what?

A. I had concerns with Prabhjot having zero experience, with him yelling at all of the women, with the way that all of the women were speaking up and saying something, and all of the men were laughing it off and not taking us seriously. We brought it up to a number of our superiors, all men, none of whom took us seriously.

Q. This is as of May 1, before Prabhjot even took on the role?

A. Yes. Because we knew all of this was happening behind the scenes. We knew his name was there. We knew things were happening. We didn't exactly know what, but there was a -- people were talking.

Q. My question is -- I'm trying to

They -- they laughed -- or dismissed any sorts of concerns I had.

Q. Who specifically dismissed your concerns?

A. Well, David Muller when he said in that meeting with -- the meeting with David and Ramon and, I want to say, Jeffrey Friedman -- Jeff Friedman. David Muller, he was the one, yeah, who -- you know, I said this is alarming, and they just laughed. It was the men who were laughing or blowing it all off, what was happening, because all of them knew that they would just have another position to walk into. It was the women who were the ones who were saying, something is wrong, and it was the men who just kind of laughed it off. And they laughed it off because they had positions in high power that we didn't have, and/or they were moved into positions of high power after Global Health. They knew the institution would take care of them.

Q. I understand that's your interpretation of the situation. Did any

should do.

Q. Who -- do you recall who the individuals were at PopTech?

A. Leetha and -- I think her name -- I can't remember the -- I can't remember the second woman's name. There were two women.

Q. Ms. Rahona, if you turn -- I see you're looking at the document. If you turn to the fourth page of it?

A. Page 62?

Q. No. The -- I'm sorry -- the fourth page of the attachment. So the fifth page of the document.

A. Oh. 63?

Q. Yes.

A. Yes.

Q. I wanted to ask you about the fourth paragraph on that page which says, on numerous occasions, I witnessed and joined in on open and honest conversations with Dr. Landrigan about Dr. Singh's treatment of the Global Health team including his bullying, his ostracism and his ageism.

Do you see that?
A. Yes.
Q. Did you draft that statement?
A. Yes.
Q. Have you told me about all of your conversations you had with Dr. Landrigan about Dr. Singh's treatment of the Global Health team?
A. I'm sorry. Can you repeat the question.
Q. Have you told me about all the conversations you had with Dr. Landrigan, to the extent you can recall them, regarding Dr. Singh's treatment of the Global Health team?
A. I had a lot of conversations. Do I recall all of them exactly and when? I had a lot of conversations with Phil Landrigan.
Q. I prefaced my questions with: The extent you recall them, have you testified about them today?
A. I have testified about the context of the conversations, yes.
Q. And you also wrote here a

similar sentence with respect to Dr. Ramon Murphy: On numerous occasions, I witnessed and joined in on open and honest conversations with Dr. Ramon Murphy, senior leader of AGHI (sic) and pediatric residency director about Dr. Singh's treatment of the Global Health team including his bullying, his ostracism and his ageism.

Have you told me about the conversations you had with Dr. Ramon, Murphy, to the extent you can recall them, regarding Dr. Singh's treatment of the Global Health team?

A. I told you about the context for conversations, yes.

Q. I'm not sure I understand your testimony.

A. So I didn't tell you about every individual conversation, but I told you about what was happening as -- including the way that all of the women were the ones who were complaining, and all of the women were having serious concerns.

Q. "All of the women" being who?

A. Myself, Holly, Anu, Renee.
Q. Anyone else?
A. Ann Marie Beddoe. David Muller was having conversations with all of them as well. There are a lot of people whose names I can't recall all of them, but there are more people than are on this list who were having conversations.
Q. And these conversations concerned Dr. Singh's bullying, ostracism and ageism?
A. Yes.
Q. What do you mean with respect to ostracism?
A. He was shutting us out of all of the conversation. It was -- the documents you've produced, there were -- none of us were on it. It was coming -- it was everything. He was shutting us out of all of the conversations.
Q. And the "us" is the Mount Sinai Global Health group you testified about?
A. Yeah --
MR. CERVENKA: You can answer.
A. It was Mount Sinai Global

you witness or join in on regarding Dr. Singh?

A. So I don't recall specific details about the conversations. I recall the context, and I recall all of us being very worried about Dr. Singh, being laughed at by my concern and some of the instances. I recall talking about Dennis Charney and the golden boy and that he was given carte blanche. A lot of these conversations cycled through multiple -- I mean, these were our conversations. So they happened, and Ian Holzman was part of some of them.

Q. Do you have a recollection of any specific conversation with Dr. Holzman?

A. I remember he was in the room, and I remember all of these conversations. The context of all of the conversations is specifically about Prabhjot Singh.

Q. In this written statement, you reference a fear of Dr. Charney's abusive tendencies. What did you mean by that statement?

CERTIFICATION

I, Garry J. Torres, a Notary Public for and within the State of New York, do hereby certify:

That, Elena Rahona, the witness whose testimony as herein set forth, was duly sworn by me; and that the within transcript is a true record of the testimony given by said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 29th day of December, 2024.

GARRY J. TORRES

* * *

# ERRATA SHEET

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

ELENA RAHONA, being duly sworn, deposes and says:

I have reviewed the transcript of my deposition taken on December 12, 2024. The following changes are necessary to correct my testimony:

| **Page/Line** | **Corrected Testimony** | **Reason for Correction** |
|---|---|---|
| 120:11 | "There" not "their" | spelling error |
| 06:05 | "ELENA" not "ELANA" | Spelling error |
| 10:01 | "in spring of 2018" not "in April of 2016, '15" | Improved recollection (*See* 30:12-31:22) |
| 10:17 | "2019" not "2016" | Improved recollection (*See* 30:12-31:22) |
| 10:19 | "2019" not "2015. Yeah, 2015" | Improved recollection (*See* 30:12-31:22) |
| 15:01 | "spring of 2019" not "spring after I had left Mount Sinai" | Improved recollection (*See* 30:12-31:22) |
| 15:04 | "No, it was in spring of 2019" not "Yes" | Improved recollection (*See* 30:12-31:22) |
| 16:17 | "April of 2019" not "April of 2016;" "it's 2019" not "it's 2015/2016" | Improved recollection (*See* 30:12-31:22) |
| 23:04 | "No, it was in the spring of 2019" not "Yes" | Improved recollection (*See* 30:12-31:22) |
| 26:15 | "legal advice" not "advice legal" | Transcription error |
| 30:15 | "time I came across that was the spring in 2019" not "time a came across. That was the spring of 2019" | Transcription error |
| 46:23 | "the move abroad" not "overbroad" | Transcription error |
| 47:07 | "or" not "of" | Transcription error |
| 47:15 | "liaising" not "liaisoning" | Misspoke |
| 53:25 | "Yale" not "Elle" | Transcription error |
| 54:05 | "Yale" not "Elle" | Transcription error |
| 54:14 | "Yale" not "Elle" | Transcription error |

| | | |
|---|---|---|
| 92:15 | "Adolescent Health Center" not "adolescent health center" | Transcription error |
| 92: 19 | "Adolescent" not "adolescent" | Transcription error |
| 92:20 | "Health Center" not "health center" | Transcription error |
| 104:15 | "any of this as gender discrimination" not "any of in this as gender discrimination" | Transcription error |
| 106:19 | "with me" not "me with" | Transcription error |
| 120:22 | "his vision" not "vision" | Misspoke |
| 137:16 | "signed" not "Buying" | Transcription error |
| 144:15 | "sort of" not "sort" | Transcription error |
| 145:17 | "Preventive" not "preventative" | Misspoke |
| 162:06 | "No" not "Yes" | Transcription error |
| 185:19 | "Preventive Medicine" not "preventative medicine" | Misspoke |
| 218:03, 218:16, 218:17 | "Colombia" not "Columbia" | Transcription error |
| 221:08 | "him" not "minimum" | Transcription error |
| 226:22 | "do" not "did" | Transcription error |
| 227:18 | "Recanati" not "Rakamati" | Spelling error |
| 227:19 | "Recanati" not "Rakamati" | Spelling error |
| 231:22 | "speaking out about how he got into his position or how he was inexperienced" not "speaking about how he got into his position or how he was going" | Transcription error |

Elena Rahona

Sworn to before me this 27 day of January, 2025.

Notary Public

SAJID PATEL
NOTARY PUBLIC STATE OF NEW YORK
No. 01PA6318967
Qualified in Kings County
Expires: February 09, 2027