# EXHIBIT 28

Yea talked to Sasha and she is thinking about t. Have three written statements from diff people ready to go and ppl are BEGGING to be interviewed. Want to get Ann Marie in as soon as possible

I spoke to Molly yesterday and she said she'd be happy to be interviewed. Annmarie wasn't in the office yesterday but I'll be talking to her this morning. I think she'll definitely be willing

Marina told me yesterday that she really wants people to feel protected and if I start to hear that people are upset with any part of this process, I should let them know. I was very clear that I wasn't happy about the Ramon situation

04/05/2018 14:41:49

Good. Can you also let her know that people want something written about their anonymity being protected. Like I have Amanda's testimony but she doesn't want me to submit it until she has written assurance that she's ok

Yes, I will let them know

05/05/2018 00:04:50

I spoke with Annmarie today and she's going to talk. Clarissa has her contact info

Excellent. Good progress

Who else have you spoken to? Want to keep an updated list

Molly and Annmarie both said they would talk and I believe Clarissa will reach out

Also, Caryn called Ramon and told him he absolutely needs to keep his mouth shut. We also spoke to Phil Landrigan and told him the same thing

Really? What happened w Phil? How did he find out

Ramon

Ugh Ramon is a fucking faucet

That's just insane

I know. I think we plugged it today. I also had a few other people call him.

That's smart. I worried he would talk.

This process is so intense. Heard Prabhjot has been really sad since he lost that money from the lawyer

Caryn , Marina and Clarissa are taking this investigation very seriously. I think holly cried during her interview and became retraumatized about everything. Caryn/Marina found it very compelling. They said it's becoming clear that AI is a misogynistic and sadist place ( those are their words)