# Exhibit 29

Icahn School of Medicine at Mount Sinai

**DIRECTOR**
**INSTITUTE FOR GLOBAL HEALTH**
**ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI**

The Icahn School of Medicine at Mount Sinai seeks an experienced MD, PhD, DrPH, or person with equivalent training to lead a newly endowed Institute for Global Health. Our ideal candidate is a person with well-recognized leadership skills, a scholarly portfolio that includes current grant funding and a strong publication record, and an approach to global health which fosters interdisciplinary collaboration, partnership and innovation. We are looking for an inspirational team leader with field experience in low and middle income countries, a grounding in public health and health education, and a demonstrated commitment to serving under-resourced and neglected populations.