# Exhibit 30

**To:** Murphy, Barbara[barbara.murphy@mssm.edu]; Charney, Dennis (dennis.charney@mssm.edu)[dennis.charney@mssm.edu]
**Cc:** Johnson, Michelle T (Dean's Office)[Michelle.T.Johnson@mssm.edu]; Moore-Akonnor, Paulette (Dean's Office)[paulette.moore-akonnor@mssm.edu]
**From:** Landrigan, Philip
**Sent:** 2014-12-19T18:24:40Z
**Importance:** Normal
**Subject:** RE: Prabhjot Singh, MD, PhD
**Received:** 2014-12-19T18:24:41Z

Dennis,

The overall opinion of the Search Committee on Prabhjot Singh is that he is potentially very high reward, but definitely high risk. Ramon Murphy summarized this by saying that Prabhjot is "young and a risk, but could be terrific".

Everybody who saw Prabhjot agrees that he is extremely intelligent. People like him and feel that they could work comfortably with him. We are impressed by his field work in Africa with Jeffrey Sachs, his experience in philanthropy, the breadth of his contacts and the high quality of his CV.

His seminar presented a very abstract vision of global health with few specifics. Using the language of health policy, he explained how he would focus on bringing health programs up to scale.

The Search Committee's greatest concern focuses on Prabhjot's lack of leadership experience.

A second concern is his lack of experience in research. We do not see him as having a high potential to increase scholarship within our global health group.

A third concern is structural and relates to the fact that all of us have difficulty in seeing how Prabhjot could effectively lead the Arnhold Global Health Institute if he is also a Vice-Chair in Medicine. When I asked him directly about this, he stated that the two positions would be synergistic and that his work in each would benefit the other. I am not so optimistic.

Going forward, Michael Marin and Adolfo Garcia-Sastre, who did not see Prabhjot during his visit on Tuesday will see him this afternoon. Michael Brodman will interview him on Monday.

I share your desire to keep Prabhjot within Mount Sinai. He is an extraordinary young man.

I think it is worth reconsidering the issue of dual citizenship in Medicine and Global Health. I personally think that we and he need to choose on or the other.

I recommend that we ask him for a written vison statement and then make a final decision on the basis of his vision.

Phil Landrigan

Philip J. Landrigan, MD, MSc, FAAP
Dean for Global Health
Ethel H. Wise Professor and Chairman

Department of Preventive Medicine
Professor of Pediatrics
Director, Children's Environmental Health Center
Icahn School of Medicine at Mount Sinai
17 East 102nd Street, Room D3-145
New York, NY 10029-6574

Tel: [redacted]
Fax:

phil.landrigan@mssm.edu

WHO Collaborating Centre in Children's Environmental Health

---

**From:** Moore-Akonnor, Paulette (Dean's Office)
**Sent:** Wednesday, December 17, 2014 1:22 PM
**To:** Landrigan, Philip; Murphy, Barbara
**Cc:** Johnson, Michelle T (Dean's Office)
**Subject:** Prabhjot Singh, MD, PhD

Good afternoon:

Drs. Landrigan and Murphy –
Prior to a meeting with Drs. Charney and Singh, Dr. Charney would like an update on Dr. Singh's recruit. Please advise.

Dr. Landrigan –
Per our prior communication, as Dr. Charney was not able to meet with Dr. Singh yesterday, I would like to follow up on the reschedule of their meeting. Dr. Charney is in the office today, and will be here for the remainder of the week and next week Monday and Tuesday. Please let me know which day works.

Best regards,

Mount Sinai
*Paulette Moore-Akonnor*
Administrative Manager
Office of the Dean
**Icahn School of Medicine at Mount Sinai**
One Gustave L. Levy Place, Box 1217
New York, NY 10029
[redacted]

✉ paulette.moore-akonnor@mssm.edu