# Exhibit 31

**From:** Prabhjot Singh <prabhjotsingh.nyc@gmail.com>
**Subject:** Re: Follow-up
**Sent:** 2015-03-09T22:59:42Z
**To:** Stella Safo <stellasafo@gmail.com>

Question will be how to get the salary we discussed committed. I understand the tension. I'm going to talk to Brian David on the phone tomorrow.

What is your estimated start date? Need that ASAP

Prabhjot

> On Mar 9, 2015, at 6:20 PM, Stella Safo <stellasafo@gmail.com> wrote:
>
> How flexible will it be to move things around once we get things on paper? Don't want to wed myself to that last admin session if it's gonna be super hard to make meetings cause 4 clinic sessions will mean at least another half day on admin that will have to come from something. What do you think?
>
> On Mar 9, 2015, at 6:14 PM, Prabhjot Singh <prabhjotsingh.nyc@gmail.com> wrote:
>
>> 4 sessions with HIV, somewhere. Lost an admin session in there, but we'll figure it out later. Let's get this down on paper and not delay.
>>
>>> On Mar 9, 2015, at 6:12 PM, Stella Safo <stellasafo@gmail.com> wrote:
>>>
>>> What the clinic breakdown gonna be?
>>>
>>> On Mar 9, 2015, at 6:05 PM, Prabhjot Singh <prabhjotsingh.nyc@gmail.com> wrote:
>>>
>>>> He has no authority over IMA. Let's just move forward, and we can adjust.
>>>>
>>>>> On Mar 9, 2015, at 6:04 PM, Stella Safo <stellasafo@gmail.com> wrote:
>>>>>
>>>>> That is what Mullen said- he agreed to 3 sessions. He said I could do at Roosevelt and 1 at IMA. Originally he had said I could work at st Luke's but changed it to IMA when he realized he didn't have funding. Would be easier if we just spoke w him. Not sure why he is backtracking.
>>>>> Would prefer to do 3 sessions and 1 admin. If I need to I can do all at Roosevelt but would prefer to have a gen medicine session. At this point just wanna get everyone on the same

page so I'm flexible.

On Mar 9, 2015, at 5:29 PM, Prabhjot Singh <prabhjotsingh.nyc@gmail.com> wrote:

FYI.

Begin forwarded message:

**From:** "Murphy, Barbara" <barbara.murphy@mssm.edu>
**To:** Prabhjot Singh <prabhjotsingh.nyc@gmail.com>
**Subject: RE: Follow-up**
**Date:** March 9, 2015 at 5:28:54 PM EDT

Excellent!

**From:** Prabhjot Singh [mailto:prabhjotsingh.nyc@gmail.com]
**Sent:** Monday, March 09, 2015 5:28 PM
**To:** Murphy, Barbara
**Subject:** Re: Follow-up

Perfect. Then we can move forward. Stella had heard otherwise, but no matter - HIV is her strong preference.

Can we move forward with the paperwork?

On Mar 9, 2015, at 5:27 PM, Murphy, Barbara

<barbara.murphy@mssm.edu> wrote:

not sure where stella got that because he said he did not mentions this at all. The delay in me getting back to her was to clarify the sessions with him 4 sessions is not a problem with him -

---

**From:** Prabhjot Singh [mailto:prabhjotsingh.nyc@gmail.com]
**Sent:** Monday, March 09, 2015 5:25 PM
**To:** Murphy, Barbara
**Subject:** Re: Follow-up

Thank you Barbara.

What do you think are the next

steps? Do we need to reroute back to Dr. Mullen to get back to the 4 session goal? He had stepped down to 2, and suggested that the rest would be addressed at IMA. I recognize that IMA decisions are an independ ent considera tion, and this was not originally discussed . However, Stella does not know how we are structure d and assumed there is fluidity here.

Please let me know I can help Stella navigate the next

steps and
get her
somethin
g in
writing as
soon as
possible.
She has
already
signaled
her intent
to leave
Montefio
re to join
us.

Prabhjot

On Mar 9, 2015, at 5:16 PM, Murphy, Barbara
<barbara.murphy@mssm.edu> wrote:

Hi Stella,
Sorry for the delay in getting back to you. My understanding is that you would be 40% clinical and that was within the HIV institute. 40% effort usually means four sessions. We have not had discussions about any sessions in IMA.
Barbara

**From:** Stella [mailto:stellasafo@gmail.com]
**Sent:** Monday, March 02, 2015 6:31 PM
**To:** Murphy, Barbara
**Subject:** Follow-up

Hello Dr Murphy,
I wanted to be in touch about the position at Sinai. I have been working with Dr Mullen on clinic duties and he indicted that he will try to place me in the Roosevelt HIV clinic for 2 sessions and the IMA clinic at Sinai for 1 session.
I wanted to be in touch with you directly, as I would love to begin to work out the terms of my contract. As you know, I am currently at Montefiore and would ideally like to be able to begin my transition from Montefiore as soon as possible. I feel most comfortable doing so if I have some kind of written agreement with Sinai .
Please let me know what other information you will need from me or Prabhjot to move the process along.
Thanks in advance for your time,
Stella

--
Stella A. Safo, MD, MPH
Montefiore Medical Center, Internal Medicine
HIV Clinical Fellow & General Internal Medicine
Fellow
Email: ssafo@post.harvard.edu
-- -- --