# Exhibit 33

**To:** Posner, Rachel[rachel.posner@mssm.edu]
**From:** Jones-Winter, Clarissa
**Sent:** 2018-10-25T17:37:12Z
**Importance:** Normal
**Subject:** RE: CONFIDENTIAL Dr. Stella Safo's supplement back-pay
**Received:** 2018-10-25T17:37:12Z

No problem, this is one of those things that keeps getting stuck! Thanks!

---

**From:** Posner, Rachel
**Sent:** Thursday, October 25, 2018 1:31 PM
**To:** Jones-Winter, Clarissa
**Subject:** RE: CONFIDENTIAL Dr. Stella Safo's supplement back-pay

Oh, shoot – I had spoken to Shema about it and she was going to look into who handles her contract, but I never heard back and I never followed up. I'll do so right now.

---

**From:** Jones-Winter, Clarissa
**Sent:** Thursday, October 25, 2018 1:23 PM
**To:** Posner, Rachel
**Subject:** Re: CONFIDENTIAL Dr. Stella Safo's supplement back-pay

Hi Rachel,

I'm following up on the below - have you been able to get any traction on this?

Sent from my iPhone
On Oct 11, 2018, at 5:40 PM, Jones-Winter, Clarissa <clarissa.jones-winter@mssm.edu> wrote:

> Hi Rachel,
>
> I'm forwarding you the email string about this physician so you have the background. In short, this should be a one-time supplemental payment for $8500 to reflect Safo's work as Chief Medical Officer at Arnhold between 10/1/2017 and 2/1/2018. Shema advised that you will also need to amend her current contract, now housed with Medicine, to reflect this past title (for auditing purposes).
>
> As you can see this has been pending since July, so thank you for handling!
>
> ---
>
> **From:** Jones-Winter, Clarissa
> **Sent:** Thursday, October 11, 2018 2:33 PM
> **To:** Sekyere, Edmund (MSH)
> **Cc:** Patel, Shema
> **Subject:** RE: CONFIDENTIAL Dr. Stella Safo's supplement back-pay
>
> Hi Edmund,
>
> I'm not even sure if there is one, which is the problem. I'll do some more digging. Thank you for the clarification!
>
> ---
>
> **From:** Sekyere, Edmund [mailto:edmund.sekyere@mountsinai.org]
> **Sent:** Thursday, October 11, 2018 12:22 PM
> **To:** Jones-Winter, Clarissa
> **Cc:** Patel, Shema
> **Subject:** RE: CONFIDENTIAL Dr. Stella Safo's supplement back-pay
>
> Clarissa,

Supplements are not HR transactions; they are Finance transactions, therefore I am not privy to see. You can however send me the tracking/transaction number to investigate.
Thank you.

Edmund.

---

**From:** Jones-Winter, Clarissa [mailto:clarissa.jones-winter@mssm.edu]
**Sent:** Thursday, October 11, 2018 12:17 PM
**To:** Sekyere, Edmund
**Cc:** Patel, Shema
**Subject:** FW: CONFIDENTIAL Dr. Stella Safo's supplement back-pay
**Importance:** High

Hi Edmund,

I hope you are well. We have been trying to get the below matter resolved for months – it involves the payment of a supplement to a physician who left the department after taking on an additional title, which is the basis for the supplemental pay.

Can you tell me whether you have anything in your database pending for this?

Thanks so much,
Clarissa

---

**From:** Singh, Prabhjot
**Sent:** Tuesday, July 10, 2018 1:30 PM
**To:** Tiger-Paillex, Caryn; Jones-Winter, Clarissa
**Subject:** Fwd: CONFIDENTIAL Dr. Stella Safo's supplement back-pay FW: CONFIDENTIAL DRAFT EMAIL TO MAXINE CHOW IN MEDICINE

Hi Caryn and Clarissa

We have been working for some time to find a way to ensure that Dr. Stella receives the backpay that she is owed. Per Shema, it requires a one-time performance-based supplement via MSHP. We've tried to close the loop with MSHP's HR/Admin, but we're not getting a response. I'd like to make sure that this happens, and would appreciate your help in completing the transfer. Per my knowledge, the amount isn't in dispute, but if there is a discrepancy in expectations, then we will rapidly address it and ensure that it is done.

Prabhjot

Begin forwarded message:

**From:** "Patel, Shema" <shema.patel@mssm.edu>
**Subject: RE: CONFIDENTIAL Dr. Stella Safo's supplement back-pay FW: CONFIDENTIAL DRAFT EMAIL TO MAXINE CHOW IN MEDICINE**
**Date:** July 5, 2018 at 2:53:26 PM EDT
**To:** "Knaup, Kirsten" <kirsten.knaup@mssm.edu>
**Cc:** "Singh, Prabhjot" <Prabhjot.Singh@mssm.edu>

Yes correct, thanks

**From:** Knaup, Kirsten
**Sent:** Thursday, July 05, 2018 2:09 PM
**To:** Patel, Shema <shema.patel@mssm.edu>
**Cc:** Singh, Prabhjot <Prabhjot.Singh@mssm.edu>
**Subject:** FW: CONFIDENTIAL Dr. Stella Safo's supplement back-pay FW: CONFIDENTIAL DRAFT EMAIL TO MAXINE CHOW IN MEDICINE

Shema, thank you for our phone conversation regarding the below. I just want to re-cap our conversation, copying Dr. Singh, so that we are all informed about next steps:

In order to pay Dr. Safo $8,500 as a one-time performance-based supplement for her work as CMO at the Arnhold Institute, we will have to work with MSHP to amend Dr. Safo's current contract, now housed with them/Medicine. For compliance reasons, we cannot make any payments to Dr. Safo outside of her contract that is currently in effect.

Thank you again for your time explaining the processes involved.

Best wishes,
Kirsten

**From:** Knaup, Kirsten
**Sent:** Thursday, July 05, 2018 12:09 PM
**To:** Patel, Shema <shema.patel@mssm.edu>
**Subject:** CONFIDENTIAL Dr. Stella Safo's supplement back-pay FW: CONFIDENTIAL DRAFT EMAIL TO MAXINE CHOW IN MEDICINE
**Importance:** High

Shema, do you have time for a phone call regarding the below? A while ago, Kim Quigley had reached out to me to help figure out how to pay Dr. Stella Safo the portion of the supplement Dr. Safo would have received had she signed the contract amendment initiated through the Arnhold Institute. At the time the contract amendment was ready for Dr. Safo's review and signature, she was in talks about a new role in the MSHS, and did not execute our contract amendment, which would have allowed us to pay her supplement retro to October 1, 2018 (~$8,500), and onward. After speaking with Kim, I offered to draft an email to Medicine Payroll to process a one-time FPA supplement to pay Dr. Safo the $8,500 (see below) but haven't heard back since.

How should we proceed?

Your advice in this important matter will be appreciated.

Kind regards,
Kirsten

**From:** Knaup, Kirsten
**Sent:** Thursday, June 14, 2018 4:25 PM
**To:** Quigley, Kimberly (MSH) (kimberly.quigley@mountsinai.org); Brann, Carine (MSH) (carine.brann@mountsinai.org)
**Subject:** CONFIDENTIAL DRAFT EMAIL TO MAXINE CHOW IN MEDICINE

Dear Maxine:

Dr. Stella Safo is under a new contract with Mount Sinai Health Partners after transferring from the Arnhold Institute, effective March 1, 2018.

Please see attached spreadsheet for her new compensation/funding structure. In a nutshell, her Base Salary and Clinical Supplement stayed the same, however, her Research Supplement is now an Administrative Supplement with a $30,000/year increase, and Dr. Safo is eligible for a yearly performance-based bonus of $20,000.

We are not sure if you can go back and process her new, increased Administrative Supplement retro to March 1st or if you can only go as far back as June 1st and then process a one-time FPA supplement for the period of March 1 to May 31, 2018. Your guidance will be greatly appreciated. In addition, Dr. Safo is still to receive a retro-payment for her administrative supplement while at the Arnhold Institute in the amount of $8,500. Kindly review our calculations on the attached spreadsheet and let us know how we can proceed; because we are MSH, we do not have HRTS access to faculty.

Thank you in advance for your assistance with this matter.

**From:** Knaup, Kirsten
**Sent:** Thursday, June 14, 2018 10:28 AM
**To:** Quigley, Kimberly (MSH)
**Cc:** Brann, Carine (MSH)
**Subject:** RE: Stella Safo

No problem. Let's plan for 3 pm.

Best,
Kirsten

**From:** Quigley, Kimberly [mailto:kimberly.quigley@mountsinai.org]
**Sent:** Thursday, June 14, 2018 10:25 AM
**To:** Knaup, Kirsten
**Cc:** Brann, Carine (MSH)
**Subject:** RE: Stella Safo

Hi Kirsten,

I am just catching up on email after a busy start to the week – sorry for my delay!

I know I mentioned being free from 9 – 12 this AM but my schedule has changed a bit – any chance you're free 2 – 2:30 or 3 – 3:30?

I'll read all of your comments in a bit and also reply with thoughts.

Thank you!
Kim

**From:** Knaup, Kirsten [mailto:kirsten.knaup@mssm.edu]
**Sent:** Monday, June 11, 2018 4:17 PM
**To:** Quigley, Kimberly
**Cc:** Brann, Carine
**Subject:** RE: Stella Safo

Hello Kim, good to hear that Stella's new contract has been finalized. Would Thursday at 11 a.m. work for you to talk? I'll crunch some numbers in the meantime but I think it will be pretty straightforward. A one-time FPA supplement should address most of the talking points you raised below; provided Shema Patel is in agreement. I am assuming that MSHP is Stella's

administrative home now and Carine will be able to process the necessary transactions. I'll recheck my numbers before Thursday but here are my responses for now:

- Make Stella whole for the promised raise she was awarded by Arnhold (to $195K) for Jan 1 2018 – Feb 28 2018 (costs should be borne by Arnhold)
  Had the contract amendment we initiated gone through, Stella would have received an annual supplement of $20k effective October 1, 2017 for her new role as CMO of the Institute. A one-time payment of $8,333.33 will cover the 5 months from October 1, 2017 to February 28, 2018. This most likely can be part of the one-time payment you'll process to make her whole for the pay difference between her previous and current pay grade from March 1, 2018 until the new contract took effect. ( i.e., "Submit some kind of transaction to make Stella whole for the period of her new contract (Mar 1 2018 onwards) at her new salary (costs should be borne by MSHP)")

- Complete a funds transfer from MSHP to Arnhold to cover Arnhold for the salary they paid Stella from Mar 1 2018 through date of Stella's transfer to MSHP
  That won't be necessary because the 80% base salary and research supplement were drawn from 1504-0111

- Ensure that Stella's full salary moving forward is 20% ID and 80% MSHP – Kirsten, should I work with Yolanda Keppel on this or you?
  Yes, with regard to her compensation for her clinical work through ID you will work with their administrator.

Hope this is helpful. I look forward to speaking with you on Thursday.

Best wishes,
Kirsten

**From:** Quigley, Kimberly [mailto:kimberly.quigley@mountsinai.org]
**Sent:** Monday, June 11, 2018 12:40 PM
**To:** Knaup, Kirsten
**Cc:** Brann, Carine (MSH)
**Subject:** Stella Safo

Hi Kirsten,

I hope you are well. The President's Office let me know this morning that Stella Safo's new contract is now finalized.

Do you have time to sync up so that we can get Stella paid appropriately? My understanding is that YTD Dept of HSD has been funding Stella at her previous salary ($175K) and that we need to do the following:

- Make Stella whole for the promised raise she was awarded by Arnhold (to $195K) for Jan 1 2018 – Feb 28 2018 (costs should be borne by Arnhold)
- Submit some kind of transaction to make Stella whole for the period of her new contract (Mar 1 2018 onwards) at her new salary (costs should be borne by MSHP)
- Complete a funds transfer from MSHP to Arnhold to cover Arnhold for the salary they paid Stella from Mar 1 2018 through date of Stella's transfer to MSHP
- Ensure that Stella's full salary moving forward is 20% ID and 80% MSHP – Kirsten, should I work with Yolanda Keppel on this or you?

I have time Thursday to speak between 9 & 12 PM. Does anywhere in that window work for you?

Thank you!
Kim

PS – Carine Brann, copied here, is the head of HR for MSHP, and she is privy to all staff salary information. She will be helping ensure these transactions happen, hence my including her on this note.