# Exhibit 34

**CONFIDENTIAL**

| Last Name | First Name | Job Title | Supervisor Name | Faculty Title |
|---|---|---|---|---|
| AGUILAR GOMEZ | SANDRA | FLEX STAFF - BY HOUR | BAUM, AARON | |
| AHMED | HAMZA | | SANDERSON, MARK | |
| ALCANTARA | JOSUE | PROGRAM DIRECTOR - MSH | PLATER, DAVID | |
| ALVAREZ | EVAN | PROGRAM MANAGER I -MSH | HELLER, DAVID | |
| ALYAMI | FATMAH | GRANTS AND CONTRACTS SPECIALIST I -MSH | HENRY, SHURNETTE | |
| ANANDARAJA | NATASHA | ASSISTANT PROFESSOR; DIRECTOR; ADJUNCT ASSISTANT PROFESSOR | | ASSISTANT PROFESSOR |
| ARCHER | ANDREA | WEB DEVELOPER | WEISMAN, JEB | |
| ASHIMOSI | CELESTINE | | EMBLETON, LONNIE | |
| ATKINSON | HOLLY | ADJUNCT ASSISTANT PROFESSOR | | ADJUNCT ASSISTANT PROFESSOR |
| BALLARD | MADELEINE | ASSISTANT PROFESSOR - ISM/MSH | VREEMAN, RACHEL | ASSISTANT PROFESSOR |
| BARNICLE | CHRIS | | SANDERSON, MARK | |
| BAUM | AARON | PER DIEM ASSOCIATE RESEARCHER | VREEMAN, RACHEL | ASSISTANT PROFESSOR |
| BERMAN | DAVID | DIRECTOR OF SPECIAL PROJECTS | SINGH, PRABHJOT | |
| BISCHOFF | RENEE | SENIOR DIRECTOR | PATEL-COAKLEY, SHEMA | |
| BOAL | AVA | PROGRAM MANAGER I-MSH | MCCOY, BRITTANY | |
| BRUZELIUS | EMILIE | SENIOR DATA ANALYST | WEISMAN, JEB | |
| CALIENDO | MARY | EXECUTIVE ASSISTANT I | SINGH, PRABHJOT | |
| CHAN | NICHOLAS | WEB DEVELOPER SENIOR | SILVA, BRUNO | |
| CHAN | CHRISTINE | EXECUTIVE ASSISTANT II-MSH | LEVINSKY, ANDREW<br>PALMER, COURTNEY<br>URIE, KYSHANA<br>RAMJIT, RENITA | |
| CHORY | ASHLEY | PROGRAM MANAGER II-MSH/SSVS | VREEMAN, RACHEL | INSTRUCTOR (PENDING) |
| CHOUDHURY | NANDINI | DATA ANALYST II-MSH/SSVS | MARU, DUNCAN | |
| CITRIN | DAVID | ADJUNCT CLINICAL ASSISTANT PROFESSOR-MSH/ELM | VREEMAN, RACHEL | |
| CLARK | HEATHER | GRANT WRITER | HENRY, SHURNETTE | |
| COOPER | ATTIYA | OPERATIONS COORDINATOR-MSH | FAUSTIN, MARTINE | |
| COPE-BARNES | DOUG | | URIE, KYSHANA | |
| DAVIDSON EDWARDS | JAID | EXECUTIVE ASSISTANT I-MSH | FAUSTIN, MARTINE | |
| DESPRADEL | KARLA | FLEX STAFF - BY HOUR | SILVA, BRUNO | |
| DOUPE | PATRICK | SENIOR DATA ANALYST | KNAUP, KIRSTEN | |
| ESCOSIA | MICHAEL | PROGRAM MANAGER I | SAFO, STELLA | |
| FAGHMOUS | JAMES | ASSISTANT PROFESSOR | | ASSISTANT PROFESSOR |
| GELL | KATHERINE | PROGRAM COORDINATOR I-MSH | FAUSTIN, MARTINE | |
| GILLETTE | EMMA | CLINICAL RESEARCH COORDINATOR I-MSH-CS02 | CHORY, ASHLEY | |
| GLASGOW | OHELISHA | PROGRAM MANAGER II-MSH/SSVS | LEE, DIANA | |
| GLERUM | KATHARINE | PROGRAM MANAGER II-MSH/SSVS | LEE, DIANA | |
| GUERRIER | SHANICE | HEALTH SYSTEMS & PROCESS IMPROV. ENGINEER I | PRIVETT, NATALIE | |
| HALLIDAY | SCOTT | CLINICAL RESEARCH COORDINATOR, PART-TIME-MSH | MARU, DUNCAN | |
| HAQ | KANWAL | PROGRAM MANAGER I-MSH | MARU, SHEELA | |
| HAYEK | CARROLL | MANAGEMENT ANALYST I | URIE, KYSHANA | |
| HELFGOTT | CRAIG | DATA SCIENCE ANALYST III | WEISMAN, JEB | |
| HELLER | DAVID | ASSISTANT PROFESSOR-ISM/MSH | VREEMAN, RACHEL | ASSOCIATE PROFESSOR |
| HENRY | SHURNETTE | FINANCIAL MANAGER II-MSH | URIE, KYSHANA | |
| HICKERSON | CHRIS | | SANDERSON, MARK | |
| HOUSE | DARLENE | ASSOCIATE PROFESSOR-MSH / EHC / QHC | VREEMAN, RACHEL | ASSOCIATE PROFESSOR |
| HOUSE | ROSE | ASSOCIATE PROFESSOR-MSH / EHC / QHC | VREEMAN, RACHEL | ASSOCIATE PROFESSOR |
| JONES | KHADIJA | PROGRAM MANAGER I | HELLER, DAVID | |
| KANG | DAVINA | ASSOCIATE RESEARCHER; PROGRAM MANAGER II - MSH | BRAGG, JORDAN; WEISMAN, JEB | |
| KASSLER | RACHEL | ASSOCIATE RESEARCHER | VREEMAN, RACHEL | |

| | | | | |
|---|---|---|---|---|
| KHAN | FARRAH | MEDICAL ASSISTANT II; CLINICAL ASSISTANT - MSH; GRADUATE ASSISTANT | KURLI, KAVITA | |
| KHAN | HUMALE | PRODUCT MANAGER | WEISMAN, JEB | |
| KHAN | SHAMSA | FINANCIAL ANALYST I-MSH | URIE, KYSHANA | |
| KISHORE | SANDEEP | ASSISTANT PROFESSOR-MSH/MSQ/QHC/SSVS/ELM | GANO, BRADLEY | ASSISTANT PROFESSOR |
| KNAUP | KIRSTEN | DIRECTOR | SINGH, PRABHJOT | |
| LE | MATTHEW | SENIOR DATA ANALYST | WEISMAN, JEB | |
| LEVINE | ERICA | ASSOCIATE DIRECTOR | HELLER, DAVID | |
| LEVINSKY | ANDREW | FINANCIAL ANALYST I | URIE, KYSHANA | |
| LEVITE | DORA | PROJECT COORDINATOR I-MSH/SSVS | KANG, DAVINA | |
| LIN | JAMES | | SANDERSON, MARK | |
| LLAMES | GERALDINE | PROGRAM MANAGER I | WEISMAN, JEB | |
| MACK | ADELE | EXTRANET | ALCANTARA, JOSUE | |
| MARTIN | ROXANNE | PROGRAM MANAGER II-MSH/SSVS | PLATER, DAVID | |
| MARU | DUNCAN | SENIOR FACULTY-MSH / EHC | WASSERMAN, RANDI | ASSOCIATE PROFESSOR |
| MARU | SHEELA | ASSISTANT PROFESSOR-ISM/MSH | VREEMAN, RACHEL | ASSISTANT PROFESSOR |
| MASCI | JOSEPH | CLINICAL PROFESSOR-MSH/ELM | ABERG, JUDITH | CLINICAL PROFESSOR |
| MEYER | JENNIFER | PROGRAM MANAGER II-MSH/SSVS | LEE, DIANA | |
| MISITI | AMANDA | DIRECTOR | PLATER, DAVID | |
| MONGIA | MIHIR | SENIOR DATA ANALYST | WEISMAN, JEB | |
| OTTENBERG | JULIET | OPERATIONS COORDINATOR-MSH/SSVS | FAUSTIN, MARTINE | |
| PALMER | COURTNEY | ADMINISTRATIVE ASSISTANT I | URIE, KYSHANA | |
| PATTERSON | ASHANTE | COMMUNICATIONS AND MARKETING MANAGER-MSH | HEYN, EVE | |
| PELLEW | RONNELLA | PROGRAM MANAGER II-MSH | KELLEY, CAITRIN | |
| PERRY | SARAH | | SANDERSON, MARK | |
| PLATER | DAVID | DIRECTOR, RESEARCH ADMINISTRATION-MSH | VREEMAN, RACHEL | |
| POSTHUMA | KRIS | | OTT, MARY | |
| PRAJAPATI | BEENA | | HOUSE, DARLENE | |
| PRIVETT | NATALIE | ASSISTANT PROFESSOR-MSH/MSQ/QHC/SSVS/ELM | URIE, KYSHANA | ASSISTANT PROFESSOR |
| RAM | PAYAL | RESEARCH PROGRAM COORD I-MSH | HAQ, KANWAL | |
| RAMJIT | RENITA | EXECUTIVE ASSISTANT I | SINGH, PRABHJOT | |
| RANDALL | ANDREW | ADMINISTRATIVE COORDINATOR | ADELGLASS, ROSS | |
| RATTRAY | SHAMYRA | | | |
| RAUT | ANANT | PROGRAM MANAGER II-MSH | HOUSE, DARLENE | |
| ROJAS-LEON | DAVID | WEB DEVELOPER SENIOR | WEISMAN, JEB | |
| ROMANOFF | ANYA | ASSISTANT PROFESSOR-ISM/MSH | VREEMAN, RACHEL | ASSISTANT PROFESSOR |
| SACHS | JEFFREY | LECTURER | | |
| SAFO | STELLA | ASSISTANT CLINICAL PROFESSOR | BAJROVIC, VALIDA | ASSISTANT CLINICAL PROFESSOR |
| SANDERSON | MARK | ASSISTANT PROFESSOR | VREEMAN, RACHEL | ASSISTANT PROFESSOR |
| SAPKOTA DEVKOTA | SABITRI | ADJUNCT CLINICAL ASSISTANT PROFESSOR, VOLUNTARY-MSH | VREEMAN, RACHEL | |
| SCANLON | MICHAEL | RESEARCH MANAGER-MSH/SSVS | URIE, KYSHANA | |
| SHRESTHA | ARCHANA | | DARLENE HOUSE | |
| SILVA | BRUNO | PRODUCT DEVELOPMENT DIRECTOR | VREEMAN, RACHEL | |
| SINGH | PRABHJOT | ASSOCIATE PROFESSOR-MSH/QHC/SSVS/ELM | VREEMAN, RACHEL | ASSOCIATE PROFESSOR |
| SMALDINO | ALYSSA | EDUCATION PROGRAM MANAGER II | PRIVETT, NATALIE | |
| STAPLETON | ANNA | PROGRAM MANAGER I | | |
| STARK | DAVID | ASSISTANT PROFESSOR | DUDLEY, JOEL | ASSISTANT PROFESSOR |
| TAMAYO-JIMENEZ | NICCOLLETTE | | CHORY, ASHLEY; FINNELL, MARIA | |
| URIE | KYSHANA | ADMINISTRATOR-MSH | PLATER, DAVID | |
| VATSA | DIVYA | | | |
| VREEMAN | RACHEL | PROFESSOR | CHARNEY, DENNIS | PROFESSOR & CHAIR |
| WALEK | SASHA | DIRECTOR | BERMAN, DAVID | |
| WEISMAN | JEB | DIRECTOR-MSH | VREEMAN, RACHEL | ASSISTANT PROFESSOR |
| WILENTZ | JAMES | ASSOCIATE PROFESSOR-MSH / EHC / QHC | VREEMAN, RACHEL | ASSOCIATE CLINICAL PROFESSOR |

| | | | | |
|---|---|---|---|---|
| ZHANG | KATHY | | SANDERSON, MARK | |
| ZHAO | YIYI | FLEX STAFF - BY HOUR | BAUM, AARON | |