# Exhibit 35

**From:** Prabhjot Singh <psingh@ei.columbia.edu>
**Subject:** Re: mt sinai
**Sent:** 2013-12-30T00:38:15Z
**To:** Kevin Starr <Kevinstarr@gmail.com>

Great.
Do they do anything with scalability or analytics, btw?

On Dec 20, 2013, at 1:02 PM, Kevin Starr <Kevinstarr@gmail.com> wrote:

> great - will keep you posted. k
>
> kevin
>
> Kevin Starr MD
> Rainer Arnhold Fellows Program
> Mulago Foundation
> 2435 Polk St.
> San Francisco, CA 94109
> +1.415.999.2640
> www.rainerfellows.org
> www.mulagofoundation.org
>
> On Thu, Dec 19, 2013 at 8:59 AM, Prabhjot Singh <psingh@ei.columbia.edu> wrote:
>
> Completely agreed on the fun side. For both of us.
>
> Sent from my iPhone
>
> On Dec 19, 2013, at 11:57 AM, "Kevin Starr" <kevinstarr@gmail.com> wrote:
>
>> let's chat briefly about some initial ideas. that will help us figure out if the investment of your time and effort would be useful and fun. fun is important. ks
>>
>> kevin
>>
>> Kevin Starr MD
>> Rainer Arnhold Fellows Program
>> Mulago Foundation
>> 2435 Polk St.
>> San Francisco, CA 94109
>> +1.415.999.2640
>> www.rainerfellows.org
>> www.mulagofoundation.org
>>
>> On Thu, Dec 19, 2013 at 8:54 AM, Prabhjot Singh <psingh@ei.columbia.edu> wrote:
>>
>> Oh jeez. :-).

My only interest here is not blowing 12.5 million. There is a lot that can be done but requires much greater guidance, design and thought. I'd be willing to put in real effort if there was a real possibility of making something cool. And there is, but it's also quite possible to blow it.

I think it would be useful for me to have some sort of role for the institute- and you'd have someone paying attention. My sense is that if you told the chair of the medicine dept - Dr Barbara Murphy + Ramon - that it was a condition of the grant, she would be very supportive. I know the crew so it wouldn't feel like an imposition.

*But* only if this will (1) be useful to all, (2) have enough ability to gently intervene/structure/design and (3) enable us to turn this into a win.

Lemme know what you think and we can hash it out. If it doesn't make sense, really no worries at all and I'm happy to help out as needed time permitting.

Prabhjot

Sent from my iPhone

On Dec 19, 2013, at 11:45 AM, "Kevin Starr" <kevinstarr@gmail.com> wrote:

> hey - john arnhold is going to give them $12.5m to create an institute. it falls to me to enter a process well down the track and make it into something useful. would you be willing to give input, perhaps advise their team? i'd love to work on something with you and don't have a lot of time either, but i think there's a chance here to make something marginal into something useful. god knows these guys are hard workers, if a little amateurish. ks
> kevin
>
> Kevin Starr MD
> Rainer Arnhold Fellows Program
> Mulago Foundation
> 2435 Polk St.
> San Francisco, CA 94109
> +1.415.999.2640
> www.rainerfellows.org
> www.mulagofoundation.org