# Exhibit 36

## 2018 Annual Form

| | | | | | |
|---|---|---|---|---|---|
| PA Tracking# | PA1220513 | Name | EMILIE BRUZELIUS | Life # | 2469083 |
| Submission Date | 10/29/2018 | Department | 091 - Global Health | | |
| Appraisal Period | 2018 | Date of Hire | 04/04/2016 | | |
| Appraisal Method | Self | Position Title | Data Analyst II | | |

## Job Responsibilities

List all Job Responsibilities and Performance Expectations in the grid below, in order of priority. Provide a brief explanation if necessary and rate each responsibility from 1 to 3 (3 being the best). Some job classes may pre-populate the list from their Job Description. This text is not editable but the Explanation and Rating is. Additional Responsibilities may be added. The Ratings will be averaged and entered in the Performance Component field below.

| Job Responsibilities/Performance Expectations | Explanation of Performance | Weight | Rating 1-3 |
|---|---|---|---|
| 1. Work with the clinical and administrative staff of the practice to define data reporting needs | NA | % | N/A |
| 2. Develop analytic reports that are easily understandable by clinical and administrative staff. | NA | % | N/A |
| 3. Use modeling techniques and tools in analyzing and specifying data structure | - Conducted analysis as required for ATLAS project data requirements including Demographic and Health System Malaria indicator estimates.<br><br>- Conducted analysis as required for Global Advantage Task Force Report including national and international life expectancy estimates and produced all report data visualizations.<br><br>- Conducted analyses for AIGH manuscripts related to: hypertension risk, multiple chronic conditions, underserved patients, asthma disparities, administrative big data analyses, global health care access, tobacco cessation and missing community detection. | % | 2 - Meets Expectations |
| 4. Implement best practices in data management to ensure the integrity of the data, the quality of data processes and deliver analyzable or analyzed data to a variety of internal and external clients of the affiliated practice | NA | % | N/A |
| 5. Maintain data integrity and completes data analysis as necessary | - Implemented version control and made public all analytic code as applicable.<br><br>- Produced appropriate documentation of methods to external or internal audiences as applicable. | % | 2 - Meets Expectations |
| 6. Complete data capture, data extraction and analysis | | % | 2 - Meets Expectations |

| | | | |
|---|---|---|---|
| | - Conducted data capture as required for ATLAS project data requirements including Malaria indicator estimates and Lyme disease data visualization.<br><br>- Conducted data capture as required as required for Global Advantage Task Force Report including national and international life expectancy estimates and produced all report data visualizations.<br><br>- Conducted data capture as required for AIGH manuscripts related to: hypertension risk, multiple chronic conditions, underserved patients, asthma<br><br>disparities, administrative big data analyses, global health care access, tobacco cessation and missing community detection. | | |
| 7. Develop, maintain or implement procedures for data entry, data cleaning, documentation and other administrative tasks | - Implemented version control and made public all analytic code as applicable.<br><br>- Produced appropriate documentation of data cleaning methods to external or internal audiences as applicable. | % | 2 - Meets Expectations |
| 8. Document, implement, maintain or recommend operating methods to improve processing, distribution, data flow, collection, database editing procedures | See above items 3, 5, 6. | % | 2 - Meets Expectations |
| 9. May define parameters for file or space utilization | NA | % | N/A |
| 10. Work closely with IT management and staff | NA | % | N/A |
| 11. Access data in the Data Warehouse, as required | NA | % | N/A |
| 12. Assist clinical and administrative staff with queries, statistical analyses, reports and technical difficulties related to data retrieval | See above items 3, 5, 6. | % | 2 - Meets Expectations |
| 13. Design and write custom applications needed to ensure the database meets requirements for the entry, management and reporting of data | NA | % | N/A |
| 14. Identify and recommend solutions to data management issues | NA | % | N/A |
| 15. Maintain knowledge of the current regulations and technologies related to data management | - Maintained required compliance training as appropriate.<br><br>- Sought or maintained IRB approval as needed for AIGH research projects. | % | 2 - Meets Expectations |
| 16. Write and prepare manuscripts and other materials for internal and external audiences | - Submitted 6 papers for publication (2 published, 1 awaiting publication, 2 under review, 1 pending review). Two additional publications are in preparation. One book chapter is awaiting publication.<br><br>- Presented 3 invited presentations, 4 presentations at national/international conferences, 4 published abstracts. | % | 2 - Meets Expectations |
| 17. Perform other related duties | | % | 3 - Exceeds Expectations |

| | | | |
|---|---|---|---|
| | - Provided technical assistance on 2 ongoing ATLAS instances with respect to surveillance best practices, as well as global and population health methodology.<br><br>- Supported the deployment of new ATLAS platform features as needed.<br>-Provided statistical consultation for AIGH faculty, staff and affiliated MSSM students regarding data source availability, study design, quantitative analysis and qualitative methods.<br>- Completed 1 sponsored project (PI), collaborated on 2 sponsored projects as staff.<br>- Collaborated on writing the proposal for 1 successfully funded sponsored project.<br>- Participated in the scoping, writing and submission of several additional sponsored projects not ultimately funded.<br>- Mentored 2 student interns.<br>- Participated in AIGH PM group projects including Panorama related activities, development of an Institute wide funding dashboard and Director's Office special projects.<br>- Provided guest lectures in MSSM venues as per the AIGH Director. | | |
| 18. Help to build and perpetuate a practice environment and culture of collaboration, respect, learning, flexibility and fun among all team members | - Built successful working relationships across the Data Science/ATLAS team as well as across the Institute, fully supporting a culture of collaboration, respect, learning, flexibility and fun. | % | 2 - Meets Expectations |

## Overall job responsibilities and performance expectations rating 2.1

## Organizational Values

Our values drive our excellence, always! Rate the employee's individual performance in each section below from 1 to 3 (3 being the best). Record the rating on the section's corresponding line. Feel free to comment and give examples.

| Value | Comments (if applicable) | Rating |
|---|---|---|
| **Collaborative**<br><br>*Value definition*: We are a collegial community of intensely connected clinicians and researchers working together to advance science and provide patients with the best care possible.<br><br>*Value actions*: United by a shared purpose; engages team members, fosters teamwork, and creates an environment of trust and inclusiveness.<br><br>Think about the points below, what you currently do that demonstrates these values, and what else you can do support the values.<br><br>• Strategically seeks the input of others that may be affected by plans and actions (understands that "we" are smarter than "me")<br>• Demonstrates concern for the fair and equal treatment of others<br>• Shares personal experience and knowledge of best practices with team members; is transparent and generous with time and attention. | | 2 - Meets Expectations |
| **Agile**<br><br>*Value definition*: We are flexible and quick to adapt to the | | 2 - Meets Expectations |

| | | |
|---|---|---|
| constant changes in science and society to help shape the future of medicine.<br><br>*Value actions*: Adapts easily and quickly to changing needs, conditions, and work responsibilities; changes methodology or tactics, when necessary, to achieve a goal, objective or task; responds appropriately to fluctuating work demand and priorities.<br><br>Think about the points below, what you currently do that demonstrates these values, and what else you can do support the values.<br><br>• Is willing to start something and make adjustments along the way<br>• Embraces change and is open to new experiences<br>• Transforms obstacles into opportunities<br>• Remains focused on the expected outcome while remaining open to all possibilities regarding how to get there | | |
| **Passionate**<br><br>*Value definition*: We demand excellence of ourselves in everything we do, united by a shared purpose to heal, teach and advance medicine for the benefit of our community and the world.<br><br>*Value actions*: Demonstrates a deep-rooted commitment to job responsibilities and goals; is genuinely dedicated to the work and the team; demands excellence of self; is energetic and enthusiastic in achieving organizational goals and objectives.<br><br>Think about the points below, what you currently do that demonstrates these values, and what else you can do support the values.<br><br>• Continuously works towards improving quality and specific standards<br>• Demonstrates commitment to achieving work effectively<br>• Displays enthusiasm when confronting challenge(s)<br>• Brings constructive energy to group interactions | Emilie's passion for her work extends well beyond most individuals. She is compelled to set the standard for quality and for doing right, effectively establishing the ethical and methodological bar for the entire team. | 3 - Exceeds Expectations |
| **Creative**<br><br>*Value definition*: We are visionaries and free thinkers who take an imaginative, entrepreneurial approach to solve problems and push the boundaries of medicine.<br><br>*Value actions*: Offers innovative ideas and solutions to optimize impact and efficiency<br><br>• Identifies and develops forward-thinking approaches to work, and uses a variety of resources for problem-solving<br>• Employs new approaches to challenge convention that increase impact and efficiency<br>• Seeks new ways to utilize existing resources | | 2 - Meets Expectations |
| **Empathic**<br><br>*Value definition*: We are straightforward, warm and always strive for a deeper understanding of our patients, students and colleagues.<br><br>*Value actions*: Recognizes and embraces the thoughts and feelings of others; takes a sincere interest in the concerns of patients and colleagues; preserves the dignity of others while providing comfort | Emilie is truly empathic, always concerned for the well-being of others, considering the positions of others, and working to integrate their thoughts into the broad base of work she participates in. | 2 - Meets Expectations |

| | | |
|---|---|---|
| • Listens, understands and responds to the verbal and non-verbal cues of others<br>• Treats others as they wish to be treated<br>• Is sensitive to and respectful of the motivations, concerns, needs and emotions of others<br>• Conveys a deeply felt respect for others through words, demeanor and actions | | |

**Overall Values/Service Standards rating** 2.2

## Core Competencies

The Core Competencies section highlights skills required to be successful in most job roles. Rate each competency from 1 to 3 (3 being the best). Feel free to comment and give examples. Examples should focus on primary job duties and strengths/opportunities for improvement.

| The below should be completed for all staff | Comments (if applicable) | Rating |
|---|---|---|
| **Planning and Organization** - Understands performance goals and expectations, establishes priorities and works accordingly, demonstrates good follow-through, adheres to deadlines and keeps supervisor updated regarding work status and potential issues. | One particular note, applicable to areas of productivity and ownership, as well, is that Emilie seeks to embed clarity, methodological honesty, and validation in all her work and interactions. Her efforts to ensure ethical practice is well received because it is well considered, articulated, and sensitively communicated. | 2 - Meets Expectations |
| **Productivity** - Works effectively and efficiently, able to work on several things at once while maintaining expected productivity outcomes. Meets established productivity goals without sacrificing quality. | | 2 - Meets Expectations |
| **Organizational Understanding** - Is knowledgeable about regulations and policies affecting the organization and his or her specific job role. Understands how his/her job is connected to the larger mission and goals of the organization. | | 2 - Meets Expectations |
| **Ownership and Initiative** - Is fully engaged and committed to the job. Assumes responsibility for tasks and/or projects without being asked. Seeks to resolve problems and suggests opportunities for improvement. Looks for additional ways to make a contribution/help a colleague. | | 2 - Meets Expectations |
| **Impact and Influence** - Influences others positively through actions and words resulting in improved work environment, services, processes and/or systems. | | 2 - Meets Expectations |
| **Interpersonal Understanding** - Understands the needs and feelings of others and uses this understanding to respond appropriately. Puts aside personal issues and responds professionally. | | 2 - Meets Expectations |
| **Resilience** - Standard of work remains consistent even under pressure; demonstrates persistence, motivation and optimism when faced with challenges. | Emilie, perhaps more than other members of the ATLAS team, has had to adapt to changes of leadership, reporting, plans, and collaborations during 2018. She has accommodated these shifting sands with grace and with a relentless desire to move with the times and do the right thing. | 2 - Meets Expectations |
| **Customer Service Orientation** - Understands and meets the needs of external and internal customers. Puts the customer at the center of services, systems and processes | Emilie works across more teams and with a greater variety of deliverables than anyone else on the ATLAS team. She is generous with her time, respectful of her collaborators, and does what is needed, when it is needed. | 2 - Meets Expectations |

| The below should be completed only if employee manages or supervises others | Comments (if applicable) | Rating |
|---|---|---|
| **Retention and Talent Development** - Takes an active role in retaining high-performing staff. Fosters a spirit of growth and development and supports staff participation in available internal and external educational resources. | | |
| **Feedback** - Communicates expectations of staff and provides regular, constructive and timely feedback throughout the year. Appropriately addresses performance issues. Develops and delivers effective Performance Appraisals. | | |
| **Teamwork** - Creates an environment that encourages staff to work together. Identifies issues impacting teamwork and works to resolve them. | | |
| **Compliance -** Familiar with all regulations, policies and procedures affecting departmental and organizational operations and manages the necessary processes to ensure compliance. | | |

**Overall core competencies** 2

## Age/Population Specific Competencies

This section (page) applies to ALL STAFF WHO HAVE CONTACT WITH PATIENTS (Answer all that apply)

REQUIRED only if the employee is involved in **direct patient** care or has **significant patient contact**.

Is employee involved in Direct Patient Care or have Significant Patient Contact as part of his or her routine job duties? No

## Improvement/Development Form

**IMPROVEMENT/DEVELOPMENT RESULTS:** Areas for Development/Improvement were identified for this employee in last full format evaluation. Please refer to those areas and list the actions taken and the improvements made since that evaluation.

| Areas for development/improvement | Actions to be taken | Results |
|---|---|---|
| Project leadership | Defining Atlas research | |

**DEVELOPMENT/IMPROVEMENT PLAN:** Prepare a plan of action for the coming year that will build on strengths or abilities or focus on areas needing improvement. Actions can include on-the-job experience, special projects, and training. You may add additional items.

| Areas for development/improvement | Actions to be taken | Start / completion dates | |
|---|---|---|---|
| | | Start | |
| | | End | |
| | | Start | |
| | | End | |
| | | Start | |
| | | End | |

MANAGERS: Please identify any additional Education or Training needs that you think would enhance this employee's job performance. Your answer will assist in identifying future organizational training needs.

__Customer Service
__Technical/Position Related Skills
__Interpersonal/Communication Skills
__Leadership Development
__Computer Software Skills
✔ Other
__None

**ATTENDANCE IMPROVEMENT PLAN:** What are the suggested ways in which attendance can be improved?

## MOUNT SINAI EMPLOYEE PERFORMANCE APPRAISAL

### Performance Appraisal Reporting Form and Attestation Summary

| PERFORMANCE COMPONENT | |
|---|---|
| Job Responsibilities | 2.1 |

| PROFESSIONALISM COMPONENT | |
|---|---|
| Organizational Values/Service Standards | 2.2 |
| Core Competencies | 2 |
| Professionalism Component Rating | 2.1 |

| Performance | | 1 | 2 | 3 |
|---|---|---|---|---|
| | 3 | Development Needed | Excellent | Role Model |
| | 2 | Development Needed | Strong Contributor | Excellent |
| | 1 | Unacceptable | Development Needed | Development Needed |
| | | Professionalism | | |

Performance Component Rating: 2.1, rounded to 2

Professionalism 2.1, rounded to 2

**1.49 or less = 1; 1.5 to 2.49 = 2; 2.5 or more = 3**

**The intersection of the two rounded ratings equals the Overall Performance Rating**

**Manager's Attestation**

**Employee is fully competent**

✔ **Yes** — The reviewing manager attests that the employee is fully competent with respect to the area(s), program(s) and/or specialty(s) to which she/he is assigned, as well as the patient population(s) and related diagnoses (or combination thereof) served, as demonstrated through observation and/or documentation (i.e., training, education, licensure, certification, etc.). The reviewing manager attests that they have met with the employee and reviewed all aspects of the employee's performance for the period documented above.

I have reviewed the Job Description for accuracy and completeness and verified that it is up to date.

**APPRAISER SIGNATURE — MANAGER/SUPERVISOR MUST SIGN AND DATE**

Appraiser: Your signature indicates that you have discussed this review with the employee. Use the Comment space provided to record any remarks.

**Appraiser Signature** JEB WEISMAN 11/16/2018 01:39 PM

**Comments** - This space is provided for additional comments by the appraiser, or reviewing manager.

Over the coming year, we will seek to re-define Emilie's role, focusing on 5 key areas: Methods, Data Integrity, Information & Its Context, Scholarship/Authorship, and Program Mgt. In addition, we will work to better use Emilie's technical analytic skills with languages such as R and similar tools to advance our work.

**EMPLOYEE SIGNATURE — EMPLOYEE MUST SIGN AND DATE**

Employee: Your signature indicates that your appraiser has discussed this review with you and that you have read the completed form; it does not indicate agreement with what has been written. If you choose not to sign the appraisal, check the box to the left of "I refuse to sign" and submit the appraisal along with your comments to HR.

**Employee Signature** EMILIE BRUZELIUS 11/30/2018 10:52 AM

**Comments** - This space is provided for additional comments by the employee. Comments will be saved automatically.

I acknowledge that my supervisor, Jeb Weisman, has discussed this review with me. However, I do not feel that the criteria contained within the job responsibilities accurately reflect the expectations or responsibilities of the role, as indicated by Dr. Weisman's comments. Therefore it is difficult to provide a realistic appraisal or my performance or respond the that appraisal appropriately. I do very much appreciate Dr. Weisman's comments and the opportunity I've had with him to further discuss a redefinition of my role.