# Exhibit 37

**AIGH Investigation Interviewee List**

Natasha Anushri Anandaraja

Holly Atkinson

Aaron Baum

Ann Marie Beddoe

David Berman

Renee Bischoff

Michael Brodman

Emilie Bruzelius

Mary Caliendo

Michael Escosia

James Faghmous

Annetine Gelijns

Caroll Hayek

Nils Hennig

Craig Katz

Farah Khan

Kirsten Knaup

Mark Kostegan

Phil Landrigan

Molly Lieber

Geraldine Llames

Michael Marin

Amanda Misiti

David Muller

Ramon Murphy

Barbara Murphy

Natalie Privett

Elena Rahona

Jonathan Ripp

Stella Safo

Lisa Satlin

Prabhjot Singh

Alyssa Smaldino

Anna Stapleton

Jonathan Taylor

Katharina Turcios

Sasha Walek