# Exhibit 38

**From:** Prabhjot Singh
**To:** Murphy, Barbara
**Subject:** Re:
**Date:** Wednesday, September 10, 2014 7:28:52 AM
**Attachments:** CV-PS-Sept 2014.pdf

---

Dear Barbara,

Thank you for speaking with the Dean on my behalf. I've attached a current CV. Looking forward to the conversation.

Warm Regards,

Prabhjot

On Sep 10, 2014, at 6:53 AM, Singh, Prabhjot <prabhjot.singh@mountsinai.org> wrote:

>
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> From: "Murphy, Barbara (MSSM)" <barbara murphy@mssm.edu<mailto:barbara murphy@mssm.edu>>
> Date: September 9, 2014 at 10:40:59 PM EDT
> To: "Singh, Prabhjot" <prabhjot.singh@mountsinai.org<mailto:prabhjot.singh@mountsinai.org>>
>
> Prabhjot,
> I have spoken to the Dean about you and I would like to set up for you to meet him. I think this will be helpful in developing the appropriate career path for you within Mount Sinai. Can you send me an updated CV and I will get this in motion
> thanks
> Barbara
>
> Barbara Murphy, MB BAO BCh FRCPI
> Chair, Department of Medicine,
> Murray M. Rosenberg Professor of Medicine
> Dean for Clinical Integration and Population Health
> Icahn School of Medicine at Mount Sinai
> New York
> Phone: [redacted]
>

**From:** Prabhjot Singh <psingh@ei.columbia.edu>
**Sent:** Wednesday, September 10, 2014 7:29 AM
**To:** Murphy, Barbara
**Subject:** Re:
**Attachments:** CV-PS-Sept 2014.pdf

Dear Barbara,

Thank you for speaking with the Dean on my behalf. I've attached a current CV. Looking forward to the conversation.

Warm Regards,

Prabhjot

On Sep 10, 2014, at 6:53 AM, Singh, Prabhjot <prabhjot.singh@mountsinai.org> wrote:

>
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> From: "Murphy, Barbara (MSSM)" <barbara.murphy@mssm.edu<mailto:barbara.murphy@mssm.edu>>
> Date: September 9, 2014 at 10:40:59 PM EDT
> To: "Singh, Prabhjot" <prabhjot.singh@mountsinai.org<mailto:prabhjot.singh@mountsinai.org>>
>
> Prabhjot,
> I have spoken to the Dean about you and I would like to set up for you to meet him. I think this will be helpful in developing the appropriate career path for you within Mount Sinai. Can you send me an updated CV and I will get this in motion
> thanks
> Barbara
>
> Barbara Murphy, MB BAO BCh FRCPI
> Chair, Department of Medicine,
> Murray M. Rosenberg Professor of Medicine
> Dean for Clinical Integration and Population Health
> Icahn School of Medicine at Mount Sinai
> New York
> Phone: [redacted]
>

PRABHJOT SINGH *email:* psingh@ei.columbia.edu | *voice:* [redacted]

**CURRENT POSITIONS**

2011-present **Assistant Professor of International and Public Affairs** **New York, NY**
School of International and Public Affairs
Columbia University

2011-present **Director, Systems Design** **New York, NY**
Member, Institute for Data Sciences and Engineering (Health Analytics Center)
Earth Institute, Columbia University

2011-present **Resident* in Internal Medicine** **New York, NY**
Licensed New York State Physician, Department of Medicine
Mount Sinai School of Medicine {*completion of early 2015}

**EDUCATION**

2011 **Weill Cornell Medical College** **New York, NY**
MD, *Focus on NYC based community health clinics*; Co-Founded Weill Cornell Community Clinic

2010 **Columbia University** **New York, NY**
Post-Doctoral Fellow in Health & Economic Development with Professor Jeffrey Sachs

2009 **Rockefeller University** **New York, NY**
PhD, Neural and Genetic Systems with Professor Sidney Strickland

2003 **University of Rochester** **Rochester, NY**
B.S. *magna cum laude* in Biology / B.A. *magna cum laude* in History

**AWARDS AND HONORS**

2014 Term Member, Council on Foreign Relations
2014 Aspen Institute Ideas Scholar
2013 PopTech Science Fellow (10 scientists w/public policy relevance; sponsored by RWJF & National Geographic)
2012 Fellow of the Truman National Security Project
2012 Robert Wood Johnson Foundation "Young Leader" (10 under 40 who are "leaders in US health care")
2009 Kenneth Cole "Change Agent"
2009 Vodafone Wireless Innovation Finalist for CommCare Decision Support Software
2006 Mentor of the Year for Gateways to the Laboratory Outreach Program
2005 Paul and Daisy Soros Fellowship
2003 National Institutes of Health Medical Scientist Training Program Fellowship
2003 *Phi Beta Kappa*
2003 Donald R. Charles Memorial Prize (Top Biology Student at University of Rochester)
2003 Ayman Amin-Salem Memorial Prize ('best scholarship, character and citizenship' at University of Rochester)
2002 National Goldwater Scholarship

**NON-ACADEMIC POSITIONS**

2014-present **Escape Velocity: 100 Million Lives Campaign** **Boston, MA**
Leadership Team, Chair of Sustainable Business Model (SBM) Working Group
• Developing structure of new Population Health proposals in close coordination with Center for Medicare Medicaid Innovations, along with Federal Reserve, Harvard Medical School, Earth Institute, others
• National initiative hosted by the Institute for Health Improvement, supported by RWJF, CDC, others

2013-present **One Million Community Health Worker Campaign** **New York, NY**
Chair
• Initiative hosted by African Union leadership, UN Broadband Commission & supported by UN Sec. Gen.
• Lead a steering committee of ~100 organizations, including telecom, pharma, academia, UN, NGOs
• Work with global financing (i.e. Global Fund, KOICA, World Bank) & technical agencies (i.e. WHO, UNAIDS, UNFPA etc…) and 14 African governments on scale-up planning for rapidly trained workforce

2012-present **City Health Works!** 501(3)c **New York, NY**
Founding Technical Advisor
• Translating lessons from global health worker programs to Harlem context using a scalable financial model and mobile technology platforms; work with 5 insurance companies and 3 major health providers
• Baseline funding from City of New York for expanding program into public housing
• Recognized by the Robert Wood Johnson Foundation "Young Leaders Award" for ongoing work

2009-present **Community Lab** 501(3)c **New York, NY**
Founder and Board Chairman
• Direct knowledge and implementation management strategy to support community-based development
• Recognized by Kenneth Cole as a 2009 Change Agent for work in low-resource communities

2006-2011 **The Earth Institute, Columbia University** **New York, NY**
Director, Program for Health Systems
• Modernized a 1000 person Community Health Worker (CHW) program across 10 countries in Sub Saharan Africa (Millennium Villages Project) with an emphasis on management, supervision and use of technology; recognized by the WHO, UN Innovations Bulletin, CNN/Money Online, national governments

2005-2006 **International Rescue Committee** **New York, NY**
Technical Analyst
• Developed refugee data system as use-case for organization-wide adoption of IT to support ongoing monitoring and performance surveillance

2000-2003 **Merck Research Labs** **Whitehouse, PA**
Summer Research, Neuropharmacology Department
• Developed data mining approach for dense biological data sets

**PEER REVIEWED PUBLICATIONS**

2014
**(*12*) Book: Dying and Living in the Neighborhood** (under contract with *Johns Hopkins Press*, 2015 publication timeline)
**(*11*) Community Health Trusts – Seeding Investments in the Social Determinants of Health** *Journal of American Medical Association: Forum* {w/Chokshi D, Stine N}

2013
**(10) Community Health Workers – A Local Solution to a Global Problem** *New England Journal of Med* {w/Chokshi D}
**(9) Book Chapter: Closing the Health Gap: Lessons from Africa** *Learning from the World: New Ideas to Redevelop America*, *Palgrave Macmillan*
**(8) Deployment of Community Health Workers Across Rural Sub-Saharan Africa: Financial Considerations and Operational Assumptions** *The WHO Bulletin* {with McCord G and Liu A}
**(7) One Million Community Health Worker in Sub Saharan Africa by 2015** *The Lancet* {with Jeffrey Sachs}

2012
**(6) The effect of an integrated multisector model for achieving the Millennium Development Goals and improving child survival in rural sub-Saharan Africa: a non-randomised controlled assessment** *The Lancet* {with Pronyk P et al}

2011
**(5) Community Health Workers in Global Health: Scale and Scalability** *Mt Sinai Journal of Medicine* {with Sachs S, Liu A, Sullivan S, Khan M}
**(4) 1 Million Community Health Workers: Global Technical Taskforce** *Earth Institute, Columbia University* {Chairman of Technical Taskforce, members included USAID, WHO, Gates Foundation, Nigerian Government etc}

2010
**(3) Learning to Identify Locally Actionable Health Anomalies** *AAAI Proceedings on Artificial Intelligence for Development* {with Brunskill E, Chen K, Dick J}
**(2) Mesenchymal stem cells facilitate axon sorting, myelination, and functional recovery in paralyzed mice deficient in Schwann cell-derived laminin** *Glia* {with Carlson KB, Strickland S et al}.

2009

**(1) Maximum Entropy Analysis of Peripheral Nerve Microarray Reveals a Role for Tumor Necrosis Factor**
Proceedings of the National Academy of Science {with Ohiorhenuan I, Cohen A, Strickalnd S}

**FUNDING SOURCES (Lead PI unless otherwise specified)**

| | | |
|---|---|---|
| 2014-2017 | $400,000 | **City Health Works (Harlem), Patient Centered Outcomes Research Institute, Asthma CHW Project (Co-Investigator focusing on socioeconomic spillover effects)** |
| 2014 | $20,000 | **Laotian Government CHW Costing, World Health Organization** |
| 2013-2015 | $150,000 | **Primary Care Systems Integration (Washington Heights), New York-Presbyterian** |
| 2013-2014 | $250,000 | **One Million CHW Campaign, Gates Foundation** |
| 2013-2015 | $725,000 | **City Health Works (Harlem), Robert Wood Johnson Foundation** |
| 2013-2015 | $250,000 | **City Health Works (Harlem), Robinhood Foundation** |
| 2013-2014 | $50,000 | **One Million CHW Campaign, Verizon Foundation** |
| 2013-2014 | $400,000 | **One Million CHW Campaign, Digicel Foundation** |
| 2013-2014 | $100,000 | **One Million CHW Campaign, British Telecom** |
| 2013-2015 | $850,000 | **One Million CHW Campaign, Glaxo Smith Kline Foundation** |
| 2008-2012 | $1,200,000 | **Millennium Villages Project CHW Program, Merck Foundation (Co-Investigator)** |

**SERVICE COMMITMENTS**

2014 Health Datapalooza: Community Track Leader (>2,000 data experts & innovators discuss ICT based solutions)
2014 *ad hoc reviewer for* World Health Organization Bulletin, Health Affairs, multiple public health journals
2013-present Huffington Post Medical Review Board (1 of 4)

**TEACHING EXPERIENCE**

Spring 2013-15: Global Health Practice (MA Level-Required Class), School of International and Public Affairs
Spring 2012: Implementing Better Health: Systems-Based Problem Solving (MA level), School of International Public Affairs, Columbia University
Health Economics (MA level), School of Public Health, Mt. Sinai School of Medicine

**STUDENT ADVISORY**

PhD in Sustainable Development: Booyuel Kim (candidate), Aaron Baum (candidate), Pablo Egaña del Sol (candidate)
Numerous MPA in Development Practice, Public Health & undergraduate students at Columbia University

**ACADEMIC/POLICY TALKS**

2014 *Mount Sinai Health System Grand Rounds {*Towards a Community Based Chronic Disease Management Platform*}; Colorado Health Foundation {City Health Works Model}; World Bank {*1 Million CHW Campaign: Update on Scale-Up of Community Health Workers in Select Sub-Saharan Africa countries*}; Harvard Health Innovations {*Payment Reform*}; Mayo Clinic TRANSFORM {*Extension Systems*}*

2013 *Columbia University Psychiatry Department and Mount Sinai Preventive Medicine Department {*Future of Community Health Systems in the US: Global Lessons*}; UN GETHealth Summit; Elmhurst Hospital Department of Medicine Grant Rounds; Weill Cornell Medical College Global Health Grand Rounds*.

2012 *Harvard Business School {Scalable Social Systems}, Albert Einstein {Global Lessons for US Healthcare}*

2010 *Albert Einstein Medical College* {"Revitalizing Primary Care"}, *New York University Computer Science Department* {"Prognosis for Mobile Community Health"}, *Global Public Health and Technology Conference at Harvard/MIT* {"Performance Analytics for Community Health Systems"}, *Harvard School of Public Health* {"Real-Time Monitoring of Distributed Community Health Networks"}

2009 *Yale University* {"What is Public Health"}, *Yale School of Public Health* {"Health System Scaling Up in Unexpected Ways: Millennium Villages Project"}, *Columbia University* {"Community Based Management for Health"}, *United Nations Environment Program* {"Climate Change and Health Systems"}, *Tropical Institute of Community Health in Kisumu, Kenya* {"Adaptive Implementation"}, *United Nations Economic and Social Council in Geneva, Switzerland* {"Community Health with Adaptive Implementation"}, *Columbia College of Physicians and Surgeons* {"Treating without a License: Reconfiguring Health Systems"}, *Harvard Medical School* {"Treating without a License: Reconfiguring Health Systems"},

*Robert Wood Johnson Medical School* {"Implementation Science in Global Health"}

**SELECTED POLITICAL ADVISORY EXPERIENCE**

City of New York: Member of Child Well-Being Advisory Group for Mayor Bill DeBlasio; Place-Based Community Health Worker Initiative Advisor; Academic Leadership Committee (Adult Health) for West Harlem Development Corporation

Government of Haiti: Requested by Prime Minister and Minister of Health to lead technical development and deployment of 10,000 person national Community Health Worker program (*work paused due to regime change*).

Governments of Ghana, Uganda, Senegal, Kenya: Request to One Million Community Health Worker Campaign by respective Minister's of Health to scale-up national Community Health Worker program.

Government of Nigeria**:** Advising on the budgeting, financing and scale-up of primary health care systems, development of paid community health workforce for Office of Special Senior Advisor to the President.

**SELECT MEDIA**

| | |
|---|---|
| 2014 | Big Ideas. *NPR* (Q4) |
| 2014 | What a Doctor Can't Do. *New York Times* |
| 2014 | Health in a Time of Ebola. *Project Syndicate* |
| 2014 | A New World of Healthcare. *Project Syndicate* |
| 2014 | Wages of Health. *Columbia Magazine* |
| 2013 | The Missing 99% of US Healthcare. *PopTech* |
| 2013 | Annals of the Malaria War in *Scientific American* |
| 2013 | One million Community Health Worker Campaign in *Global Health and Diplomacy* |
| 2012 | Health Affairs "RWJF Young Leaders Award: Bringing the Concept of Peer Coaches and Local Health Workers from Africa to Harlem" |
| 2010 | Bridging the Divide between Domestic and International Health. *TEDxBrooklyn http://bit.ly/yJK0VF* |
| 2009 | Prabhjot Singh. *Kenneth Cole Change Agents of 2009* |
| 2009 | Community Based Management of Health. *UN Innovations Bulletin* |
| 2008 | The Health Care Cure: Your Cell Phone. *CNN/Fortune* |
| 2008 | On the Brink: Actualizing a Malaria Vaccine. *MIT News* |
| 2007 | A Student Led Campaign to Tackle Neglected Tropical Diseases. *PLoS Medicine* |
| 2003 | Starting down the MD/PhD Track. *Science Next Wave* |

**PERSONAL** Raised in Kenya, US Citizen, married with a son