# Exhibit 39

July 12, 2017

MIHIR MONGIA
[redacted]
Plano, Texas, 75024

Dear MIHIR:

Congratulations! On behalf of all of us on our Human Resources Team, we're delighted to offer you a position with the Mount Sinai Health System. We hope you will be as excited as we are to be wearing the Mount Sinai badge—a distinguished symbol of compassion, honor, and affiliation.

**Details of your employment**

Position: Full-time SENIOR DATA ANALYST
Shift: Day Job
Department: 091 - Global Health
Reports To: Kirsten Knaup
Annual Salary: $80,000.00
Bi-Weekly Rate: $ 3068.4965
Employee Type: Exempt

Your offer is contingent upon satisfactory completion of the following:

• Pre-Employment Medical Examination
• Toxicology Testing
• Skill Survey Reference Checks
• Verification of Academic Credentials
• Proof of Professional Registration/Licensure (if applicable)
• Background Check & Employment Verifications

Your Talent Acquisition On-Boarding Specialist will schedule your pre-employment appointments for Employee Health and assist you with the process. Upon successful completion of all aspects of our pre-employment screening, you will receive a confirmation letter with your start date and details of your orientation program(s).

Your offer includes participation in Mount Sinai Health System's Benefits Program which will offer you a full range of benefits options including medical, dental, vision, employee and dependent life-insurance, short and long-term disability coverage, flexible spending and additional voluntary benefits. Mount Sinai Health System also offers a 403(b) Annuity Plan in which you may participate. You will receive information regarding a separate benefits orientation in your confirmation letter provided to you by your Talent Acquisition On-boarding Specialist.

<u>If you accept the offer, you will be required to present proof of eligibility to work in the United States in accordance with the Immigration and Naturalization Service Act.</u>

Please be sure to enter your name on all pre-employment paperwork, exactly as it appears on your Social Security card.

This letter is not an employment contract. If any of the pre-employment requirements stated in this letter are not satisfactorily completed, this offer will be rescinded. In order to commence our pre-employment process, please electronically sign a copy of this letter by clicking your personal link at the bottom of the email. Please note that your "E-Signature" is your first name as it appears in your application.

**Respecting the Person You Are**

Mount Sinai works hard to create a welcoming, nurturing work environment that supports your professional growth. Through our Office of Diversity and Inclusion, it's important to know that you're also joining an organization that is responsive to the wider community—a leader in health care and a vibrant, fulfilling place to work.

Our vision is to continue to grow and challenge convention through our pioneering spirit, scientific advancements, forward-thinking leadership, and collaborative approach to providing exceptional patient care.

We're thrilled to have you join our team. Welcome to the Mount Sinai Health System.

This offer will expire in 3 business days.

Sincerely,
***Kim Mach***

Talent Acquisition & Retention Team
Human Resources

cc: Kirsten Knaup
Human Resources File

**Our mission at Mount Sinai Health System is to provide compassionate patient care with seamless coordination and to advance medicine through unrivaled education, research, and outreach in the many diverse communities we serve.**

**Mount Sinai Health System is committed to diversity and equal opportunity.**