# Exhibit 42

# ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI

# FACULTY HANDBOOK

# AS OF JUNE 2016

the Board of Regents of the State of New York, the State Education Department, the Board of Higher Education of the City of New York, and medical specialty.

## Diversity

Mount Sinai Health System is committed to promoting and supporting diversity at all levels in the working and learning environments and to meeting the needs of the diverse body of students, faculty, staff, and communities we serve.

Diversity in the health professions workforce benefits every aspect of health care. Addressing the needs of our increasingly multicultural and ethnically diverse patient population across the Mount Sinai Health System makes it essential that patients have increased access to physicians who share their ethnic and cultural heritage. Further, interacting with a diverse peer group is important for students, house staff, and faculty for effectively managing cross–cultural patient presentations and impacting on health outcomes.

## Equal Employment Opportunity And Affirmative Action Commitment

It is the policy of the Icahn School of Medicine that all decisions regarding educational and employment opportunities and performance are made on the basis of merit and without discrimination because of race, sex, color, creed, age, national origin, handicap, veteran status, marital status, or sexual orientation. In keeping with its efforts to achieve a broad representation of women and minority groups throughout the institution, Icahn School of Medicine has an Affirmative Action Program. This Program is designed to realize the School's commitment to equal educational and employment opportunities, to achieve compliance with federal, state, and local laws and regulations, and to implement equal opportunity objectives by meeting the spirit as well as the letter of the law and contractual requirements.

basic science and clinical departments. The Financial Conflict of Interest in Research Officer and in-house counsel will serve as ex-officio members.

2. **Appointments**
   The Chairperson and other faculty members will be appointed by the Dean to serve three- to five-year that shall be overlapping to provide continuity of membership. Terms of appointment are renewable at the discretion of the Dean.
3. **Charge to Conflict of Interest in Research Committee**:
   a. To review all disclosure statements of Covered Persons, and to identify significant financial conflicts of interest of any Covered Persons engaged in the proposed research.
   b. To review any rebuttal by a financially conflicted Covered Person of the presumption that he/she may not conduct the proposed research, and to recommend and/or review any proposed plan to manage the conflict. The Committee may require modifications of the proposed management and oversight plan.
   c. To make decisions to permit or not to permit a financially conflicted individual to participate in conducting the research. These decisions will be documented and communicated to the principal investigator, the relevant Department Chair, the Institutional Review Board, the GCO, and the Dean.
   d. To maintain records on financial conflict of interest decisions for a minimum of three years after completion of the research.

## H. Committee on Faculty Appointments, Promotions and Tenure

1. **Composition**
   The Committee will consist of a chairperson and up to 29 additional faculty members, all of whom hold the rank of Professor with Tenure or Clinical Professor with Tenure. Department Chairs and Institute Directors may not serve on the Committee. The committee membership will be broadly representative of:
   a. The full-time and voluntary faculty
   b. The academic departments in the School
   c. The major scholarly pursuits reflected in the academic departments, including but not limited to basic science, translational and clinical research, clinical care, education, epidemiology and computational biomedical applications

2. **Appointments**
   The chairperson and all members of this Committee will be appointed by the Dean. Terms of appointment will be for five years and will be renewable once. In unusual circumstances, the Dean may determine that the unique contributions of a particular member justify an additional term of appointment. In the event that a member fails to attend sixty percent of scheduled meetings in any year, the chairperson will request that the absent member be replaced.
3. **Charge to Committee on Faculty Appointments, Promotions and Tenure:**