# Exhibit 43

**From:** Jones-Winter, Clarissa
**Importance:** Normal
**Subject:** Meeting w/Elena Rahona (Global Health)
**Received:** 2015-07-01T18:49:56Z
**Start Date/Time:** 2015-07-01T16:30:00Z
**End Date/Time:** 2015-07-01T17:00:00Z

Is looking for advice regarding her position in global health and some recent developments with the program and leadership.

Has been at Sinai 11 years and in the dept. for 5 years, title is Admin. Director. Is on a team of ca. 6 people. The dept received a large endowment last year to develop the program. A new director was placed by Charney - Prabhjot Singh - starts in Sept but has been around for the past few months and appears to be looking to "clean house" - he announced in a Board meeting that he is bringing in new people "all in their 20s and 30s". She is 40, known to be Lesbian. He also hired someone into her job that started yesterday - she saw the job description when it was sent to another manager and the duties mirrored hers, though the title is Director (this person appears to be late 30s/early 40s). This new director already indicated to her that she would receive certain information from someone other than ER, which makes her feel she is being made obsolete. She tried to talk to the new Director about the new title and he had a hostile response - told her the department is going through the process recommended by the consultants hired to develop the institute, and that any changes will follow this, and that she will be working with the new Director, but didn't elaborate on how her job duties may change. The consultants did not speak to her during the planning, and PS has never sat with her to explain his expectations for her role in the new transition, or to indicate whether he needs something different from her - though he told her recently that he felt she wasn't taking any leadership in the new institute, and that he feels her team isn't bringing him anything of value, but has not been specific. This worries her that he may be building a case to set her up for termination or a demotion, though she has no disciplinary history. There is no one else she can go to to learn about what's happening in the department, what's planned, and she feels he does not involve her in any management planning.

She spoke to Caryn Tiger about some of this already, but wanted to formally put her concerns on record now because PS is increasingly dismissive, and she heard from another employee that PS's assistant director openly said that they are only keeping one employee from her group.