# Exhibit 44

**From:** Charney, Dennis
**Sent:** Wednesday, October 15, 2014 10:08 AM
**To:** Strathdee, Steffanie
**Cc:** Landrigan, Philip; Murphy, Ramon; Anandaraja, Natasha
**Subject:** Re: Term Sheet

It was a pleasure meeting you and wish you well ..

My view , which I know differs from yours, is that an offer of 6 million dollars, an endowed chair, plus the Arnhold endowment and a commitment to additional fundraising , and membership on our newly formed International Advisory Board , is a strong one.

Best,

Dennis

Sent from my iPad

On Oct 14, 2014, at 8:48 AM, Strathdee, Steffanie <sstrathdee@ucsd.edu> wrote:

> Dear Dennis, Thank you for sending the terms sheet outlining your offer. I appreciate you re-working the Arnhold gift to give me more flexibility up front, but I am sorry to say that our visions are far from being aligned. Ultimately, there are too little resources to grow a stellar program without cutting beyond the bone, given the current rate of expenditures. I really enjoyed getting to know your team and I sincerely hope it is successful.
>
> Best wishes,
>
> Steffanie
>
> Steffanie A. Strathdee, PhD
> Harold Simon Professor,
> Associate Dean of Global Health Sciences
> Chief, Division of Global Public Health
> Director, UCSD Global Health Initiative
> Co-director, GloCal Fellows Program,
> University of California San Diego School of Medicine
> Adjunct Professor, Johns Hopkins University and Simon Fraser University
> tel: [redacted]
> fax: [redacted]
> email: sstrathdee@ucsd.edu
> http://gph.ucsd.edu
>
> ---
>
> **From:** Charney, Dennis [mailto:dennis.charney@mssm.edu]
> **Sent:** Monday, October 13, 2014 6:30 AM
> **To:** Strathdee, Steffanie
> **Subject:** Term Sheet

Dear Steffanie:

Attached is a copy of the term sheet for your review and comments. Look forward to hearing from you.

Best,
<image001.jpg>

Dennis S. Charney, M.D.
Anne and Joel Ehrenkranz Dean,
Icahn School of Medicine at Mount Sinai
President for Academic Affairs,
Mount Sinai Health System
Professor, Departments of Psychiatry, Neuroscience,
and Pharmacology & Systems Therapeutics
One Gustave L. Levy Place, Box 1217
New York, NY 10029-6574
Tel: [redacted]
Fax: [redacted]
E-mail: dennis.charney@mssm.edu