# Exhibit 45

**To:** Berman, David[david.berman1@mssm.edu]; Kishore, Sandeep[sandeep.kishore@mssm.edu]
**From:** Knaup, Kirsten
**Sent:** 2017-03-06T22:02:53Z
**Importance:** Normal
**Subject:** RE: Travel Budget for USAID
**Received:** 2017-03-06T22:02:54Z

The Travel Requests are the first line of monitoring expenditures and also deciding on funding source(s). In the Dimagi case the fund number has been created but - due to a systems issue - is not ready to use for the Travel Requests yet. Travel Requests have to be entered and approved prior to departure date - So, no harm done because Travel Requests do not actually draw down money from the fund. When it comes to reconciling the actual expenditures by creating the Travel Voucher we can assign the correct (Dimagi grant fund) to reimburse from and then bill Dimagi for the expenses incurred. For now, by default, the Travel Requests for Dimagi will be posted under the Data Science fund 0285-4105.

-----Original Message-----
From: Berman, David
Sent: Monday, March 06, 2017 4:33 PM
To: Knaup, Kirsten; Kishore, Sandeep
Subject: Re: Travel Budget for USAID

Kirsten's review of this is the same as mine: the budget numbers and scope of work do not add up for 4 travelers, and Geraldine is not an appropriate traveler for this project and vis-a-vis other priorities she is driving.

Sunny, please deal with the Geraldine issue ASAP.

Kirsten, what do you think is the best way to deal with the budget control on the travel?

On 3/6/17, 4:28 PM, "Knaup, Kirsten" <kirsten.knaup@mssm.edu> wrote:

>Sunny, please check with David; it's a bit more complex than that but
>the total Travel budget is $15k
>
>3 trips, two trips with 3 people and one trip with 2
>Airfare: 600 x 3 people x 2 trips = $3,600
>Airfare: 600 x 2 people x 1 trip = $1,200 Per diem: 182 x 3 people x 2
>trips = $7,644 Per diem: 182 x 2 people x 1 trip = $2,548 Total travel
>costs: $14,992
>
>Regardless of the headcount, the travelers have to be relevant to the project and G. is not listed on the budget (it's: James/Prabhjot as co-investigators, a TBN Software Engineer @ 50% and a TBN Product Manager @ 50% for the last two I can see how Matt and Bruno would be a fit).
>
>Best,
>Kirsten
>
>-----Original Message-----
>From: Kishore, Sandeep
>Sent: Monday, March 06, 2017 4:22 PM
>To: Knaup, Kirsten
>Subject: Travel Budget for USAID

>
>Dear Kirsten,
>
>In the final USAID budget for travel — can you inform me if the travel for the design workshop/scoping for ATLAS is for 2 or 4 individuals?
>