# Exhibit 46

**To:** Tiger-Paillex, Caryn[caryn.tiger-paillex@mssm.edu]
**From:** Bischoff, Renee
**Sent:** 2018-03-16T17:36:11Z
**Importance:** Normal
**Subject:** FW: Fond Farewell
**Received:** 2018-03-16T17:36:00Z

Another talented female leaving the Arnhold Institute and Mount Sinai. Sasha will be starting a new job at NYU next week. PLEASE DON'T FORWARD.

---

**From:** Walek, Sasha
**Sent:** Friday, March 16, 2018 11:13 AM
**To:** Walek, Sasha
**Cc:** sashamwalek@gmail.com
**Subject:** Fond Farewell

Dear Colleagues,

Happy Friday!

As some of you are aware, today is my last day at the Arnhold Institute for Global Health and the Department of Health System Design and Global Health. It's been wonderful working with and getting to know so many of you over the past four years.

I couldn't have asked for a group of more talented, inspiring, and supportive colleagues. The mentorship I have received from Dr. Singh, David Berman, as well as my colleagues in the MSHS communications and marketing team, has been invaluable. I will always be grateful for my time spent at the Arnhold Institute, and Mount Sinai. I wish you all continued success!

David Berman will be the interim contact for communications and marketing on behalf of the Arnhold Institute and Department of Health System Design and Global Health.

I look forward to remaining in touch personally and professionally.

With Gratitude,

Sasha
sashamwalek@gmail.com

Mount
Sinai

**Sasha Walek, MPA** | Director, Communications & Marketing
**Arnhold Institute for Global Health / Department of Health System Design and Global Health**

O [redacted] | C [redacted] | sasha.walek@mssm.edu | http://icahn.mssm.edu/research/arnhold