# Exhibit 47

**From:** "Berman, David" <david.berman1@mssm.edu>
**To:** "Weisman, Jeb" <jeb.weisman@mssm.edu>, Amanda Misiti <amandamisiti@gmail.com>, "Bruzelius, Emilie" <emilie.bruzelius@mssm.edu>
**Cc:** "Ramjit, Renita" <renita.ramjit1@mssm.edu>, "Singh, Prabhjot" <Prabhjot.Singh@mssm.edu>
**Subject:** Ann Olivarius Meeting
**Sent:** 2018-04-25T15:17:03Z
Ann Olivarius.pdf

All,

Hi. Tomorrow, you will be meeting with Ann Olvarius from 10:00AM to 10:30AM in the space behind Prabhjot's office (a.k.a Amanda's office). P**lease see attached the agenda**.

This is Ann: http://www.mcolaw.com/people/ann-olivarius/

**Ann is a donor target for the Arnhold Institute both in her own capacity, and as part of a broad network of high-net worth women she is a part of**. Ann could be an anchor member of our philanthropic advisory board. Prabhjot and Ann met in London earlier this month after an introduction from Jonathan Taylor with Mount Sinai's Development office. Jonathan knows Ann from her giving at Yale, where he used to work.

**For tomorrow's meeting here is what you need to do**: Present your work for 5-minutes, engage in Q&A with Ann, and then be part of a conversation about community health. ATLAS will go first, then Global Advantage, and then the conversation on community health which Prabhjot will drive.

If you have any thoughts, questions or requests, please let Prabhjot know.

Thank you for being a part of this!

David

**David Berman** | Chief of Staff **|** Director of Special Initiatives
Arnhold Institute for Global Health
Department of Health System Design & Global Health
Icahn School of Medicine at Mount Sinai

Direct: [redacted]
Mobile: [redacted]
arnholdinstitute.org

This e-mail message and any attachments are confidential and may contain privileged information. If you are not the intended recipient, you should not copy, use, disclose or take any action based on this e-mail or any information contained in this message. If you have received this material in error, please advise the sender immediately by reply e-mail and delete this e-mail message and any attachments. Thank you.

Icahn School of Medicine at Mount Sinai    *Arnhold Institute for Global Health*

# AGENDA

**Ann Olivarius Visit to the Arnhold Institute for Global Health**
April 26, 2018

**New York Academy of Medicine**, 1216 5th Avenue, New York, NY 10029, 5th Floor
**Point of Contact**: Renita Ramjit, [redacted], renita.ramjit1@mssm.edu

---

9:30 **Welcome**
Prabhjot Singh, MD, PhD, Director, Arnhold Institute for Global Health

9:45 **Tour of Arnhold Institute for Global Health**

10:00 **Overview of Flagship Work**
**ATLAS**: Jeb Weisman, PhD, Director of ATLAS, and Emilee Bruzelius, Data Analyst
**Global Advantage**: Amanda Misiti, Program & Policy Research Manager

10:15 **Conversation on Community Health**
Prabhjot Singh, MD, PhD
Emilee Bruzelius
Amanda Misiti
Jeb Weisman, PhD

10:30 **Barbara Murphy, MD**, Murray M. Rosenberg Professor of Medicine, Chair of the Department of Medicine, and Dean for Clinical Integration and Population Health

Prabhjot Singh, MD, PhD
Jonathan Taylor

11:00 **Depart**