# Exhibit 48

**To:** Charney, Dennis[dennis.charney@mssm.edu]
**From:** Kevin Starr
**Sent:** 2018-06-21T20:45:30Z
**Importance:** Normal
**Subject:** Re: Arnhold Institute
**Received:** 2018-06-21T20:47:46Z

Thanks. I'll look forward to it. I'm sorry you have to deal with all this. Kevin

On Thu, Jun 21, 2018 at 5:18 AM Charney, Dennis <dennis.charney@mssm.edu> wrote:

Kevin,
We have completed our review and
I am going to discuss our findings with Prabhjot tomorrow. I will also discuss with him how I would like
The Department and Institute to function in the future.

I need to talk to him first.

I will set up a call with you early next week ( hopefully you are available)
To fill you in.

Thanks for your support of our Global Health programs.

Dennis

Sent from my iPhone

On Jun 20, 2018, at 3:23 PM, Kevin Starr <kevin@mulagofoundation.org> wrote:

Dennis,
I've had numerous calls and emails regarding the current situation with Prabhjot and the Institute and have done a little digging of my own.

It appears to me that Ramon Murphy is deeply involved in this whole affair, from the Olivarius episode to the complaint itself. I Imagine that you've had the opportunity to speak with him of late. Perhaps this has come up.

Whatever his involvement might be, it seems useful to clarify what roles he does and does not have. He appears to have represented himself at both gateway and gatekeeper to Arnhold funding for all things global health at Mt Sinai, including the Institute. I want to assure you that this is not the case. The funds for the Institute come through the Mulago Foundation. I am the director of the Mulago Foundation. I represent their interests of the Arnholds in this manner. Ramon does not.

When I spoke to John Arnhold recently about Ramon's unhappiness that the Institute had

gone in a different direction than he - Ramon - had wanted, John said "Prabhjot is the director. If he wants to take it in a different direction, that's how it goes."

The Mulago Board members and I want to be certain that, barring evidence of serious wrong-doing, Prabhjot's welfare, reputation, and ability to function effectively as Institute director are not harmed. This is of paramount concern.

I don't understand what this investigation is really about, but then I am not familiar with the workings of an institution like Mt. Sinai. However, I remain deeply disturbed by the Olivarius episode - even more so now that I've learned that Ramon was at the dinner with Olivarius the night before she warned Prabhjot that he had no leadership support and should resign while he could. As we discussed on our phone call, I look forward to the results of your inquiry into that specific episode.

Thanks,

Kevin

--

Kevin Starr, MD
www.mulagofoundation.org

--

Kevin Starr, MD
www.mulagofoundation.org
Sign up for our newsletter