# Exhibit 50

**To:** Posner, Rachel[rachel.posner@mssm.edu]
**From:** Singh, Prabhjot
**Sent:** 2018-11-20T14:47:33Z
**Importance:** Normal
**Subject:** Re: JD revisions + planned additions for 2019
**Received:** 2018-11-20T14:50:42Z
Program Manager II - PG12_AJM-PS-revised.doc

Hi Rachel—

I've attached a minorly revised version with a couple additions of "future state". She will *start* direct management of someone on 12/18, and this year she will lead the process to secure multiple **funded** programs. The rest she is already doing, although I'm continuing to train her and step up her responsibilities so there is more depth in each category.

Prabhjot

On Nov 20, 2018, at 9:41 AM, Posner, Rachel <rachel.posner@mssm.edu> wrote:

The document that you forwarded to me is what is currently under review. If you want me to add the "future state" comments to the document I can do that. Can you just confirm that these are tasks that she is currently undertaking, as opposed to future growth opportunities for her?
Regarding your response to Amanda's comments, I think that does make sense.
Rachel

-----Original Message-----
From: Singh, Prabhjot
Sent: Tuesday, November 20, 2018 9:36 AM
To: Posner, Rachel <rachel.posner@mssm.edu>
Subject: Re: JD revisions + planned additions for 2019

Thanks. Are the "future state additions" in my original email part of the review? If so, I think we are fine. I didn't add them in the document of program manager II because they didn't seem like the same job class (eg direct management etc).

I don't think Amanda's comments material change the content of the JD otherwise; they are qualitative reflecting the depth of her work, which is a performance factor. Does that make sense to you?

Sent from my iPhone

On Nov 20, 2018, at 9:21 AM, Posner, Rachel

<rachel.posner@mssm.edu> wrote:

Prabhjot:
The job descriptions are already being reviewed by compensation and HR. If you want to change Amanda's job description based on her comments below that is fine but please let me know and get the revised job description to me ASAP.
Rachel

-----Original Message-----
From: Singh, Prabhjot
Sent: Monday, November 19, 2018 2:39 PM
To: Misiti, Amanda <amanda.misiti@mssm.edu>
Cc: Posner, Rachel <rachel.posner@mssm.edu>
Subject: Re: JD revisions + planned additions for 2019

Thanks for your feedback Amanda. I'm cc'ing Rachel here so we can reflect on your feedback as we develop the JD.

Prabhjot

On Nov 19, 2018, at 2:37 PM, Misiti, Amanda <amanda.misiti@mssm.edu> wrote:

Hi Prabhjot,

Thanks for sending this.

Per our discussion, I don't think that the depth of my work with developing the Task Force on Global Advantage report is reflected in #13 - for example, developing communications and promotional literature such as a newsletter is quite different from synthesizing and developing the complex 40 page Task Force report.

In addition, I don't think that #19 reflects the scope of work of managing and implementing the Panorama workstream.

Do you think #6 reflects the full breadth of developing the concept for the Commonwealth proposal? I thought language would be incorporated to reflect developing the concept of the initiative.

On the future target JD, I have already been doing #2 and #3. When you send it, it would be helpful if you can specify the types of new work that this will include.

Best,
Amanda

-----Original Message-----
From: Singh, Prabhjot
Sent: Monday, November 19, 2018 9:27 AM
To: Misiti, Amanda <amanda.misiti@mssm.edu>
Subject: JD revisions + planned additions for 2019

[sorry this didn't go out on Friday, just realized it this am]

Hi Amanda—

I've attached the JD revisions to better reflect the categorical way that JD's are written. As we discussed, this does not necessary accomplishments, or even describe if the work in the category is exemplary or not — it simply reflects "what the work has been". This is what I'll use for the performance appraisal.

In addition, I have to send the "future state" JD, which I will add the following:
(1) directly managing a team to achieve program and institute goals
(2) directly managing and developing multiple programs (RWJF/commonwealth line in addition to strategic/globalsites/nepal/elmhurst line), in consultation with faculty member leads
(3) on behalf of the director's office, facilitating mission-driven work across the institute to advance our mission

Does this make sense to you?

Prabhjot

# The Mount Sinai Health System
## Job Description

**Job Class Code:** PG12 **Job Title:** Program Manager II
**Grade:** 34A **Reports to:** Administrative Director
**Patient Contact:** ☐ (yes) ☒ (no) **Patient Care:** ☐ (yes) ☒ (no) **FLSA Code:** E

**Job Summary:**

The Program Manager II supports department or program leadership and manages the activities and functions of a large or complex program or multiple programs to ensure that goals and objectives specified for the program are accomplished in accordance with established priorities, time limitations, funding limitations or other specifications. The program provides a specific service or carries out specific activities as a separate entity or as a component program within a department, but it is not a department itself.

**Essential Duties and Responsibilities**

1. Oversees and manages the activities of subordinates and consultants and provides leadership and direction for staff, if applicable, setting an effective agenda to ensure that performance goals are met.
2. Develops and independently implements new or revised program goals, strategies and objectives to sustain and grow programs and services.
3. Performs needs assessments and analyzes and studies participant, member and community needs for basis of program development.
4. Develops and schedules a program work plan in accordance with specifications, objectives and funding limitations; oversees daily operations and coordinates program activities through assigned staff; prioritizes and delegates work activities.
5. Prepares budget proposals and recommendations and establishes a budget control system for controlling expenditures; controls expenditures in accordance with budget allocations; recommends equipment and resources for program.
6. Prepares proposals for corporate and foundation funding and/or funding continuation from outside sponsors/donors, including conceptualizing programmatic objectives and goals that align with capabilities and future strategic goals of the Institute.
7. Represents the Program to the public, key stakeholders and other interested parties, including communication with prospective and current donors.
8. Confers with and advises staff and others to provide technical advice, problem solving assistance, answers to questions and program goals and policy interpretations; refers to appropriate department or person when unable to respond.
9. Prepares periodic reports, financial statements and records on program activities, progress, status or other special reports for management or outside agencies/funders.
10. Evaluates program effectiveness to develop and implement improved methods; devises evaluation methodology and implements; analyzes results, develops externally facing knowledge products, and takes proper action based on outcome.
11. Reviews applications or other program documents to determine acceptance or make decisions pertaining to program.
12. May recruit program participants, members and volunteers utilizing the most appropriate promotional or marketing methods such as individual letters, brochures or presentations at meetings.

**Deleted:** designing

**Deleted:** Communicates with prospective and current donors.

**Commented [AJM1]:** Would prefer to re-frame this

13. Develops and writes communications and promotional literature for distribution such as newsletters, brochures or flyers; coordinates process from development through printing and distribution.
14. Develops and writes technical program collateral, including end of program reports and conceptualizes new funding proposals that lead to funded continuation.
15. Develops and facilitates workshops, meetings or conferences with high impact on program and/or participants; develops agenda and presentation content, coordinates logistics, scheduling and participant communications.
16. Interacts and maintains liaison with students, faculty, staff and outside/community agencies or committees in facilitating program objectives.
17. Performs other related duties, such as drafting correspondence for the director and other senior staff, as well as scheduling meetings for senior staff members.
18. Prepares team for global site visits by identifying individuals and organizations to meet with, developing agendas, coordinating logistics, and conducting follow-up.
19. Manages portfolio-related partnerships for the Institute, including identifying and executing on opportunities for mutually beneficial collaboration.
20. Develops and manages strategic initiatives for the institute by working with colleagues to advance the organizations mission.
21. Contributes to strengthening mid-level capacity at the institute through regular collaboration.
22. Performs program-related duties as requested by the Director, including scoping new projects and programs to advance our mission.

(1) directly managing a team to achieve program and institute goals (starting 12/18)
(2) directly managing and developing multiple funded programs (RWJF/commonwealth line in addition to strategic/globalsites/nepal/elmhurst line), in consultation with faculty member leads

Deleted: ¶

Formatted: Indent: Left: 0", Hanging: 0.25", Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 0.25" + Indent at: 0.75"

Deleted: Develops externally facing knowledge products¶

Deleted: ¶ Drafts

Formatted: Underline

Formatted: Underline

Deleted: Leads

Deleted: global trips

Deleted: ,

Formatted: Underline

Deleted: critical

Formatted: Underline

Deleted: Led a strategic communications

Deleted: , developing core messages, distilling work into high-level categories, identifying proof points and confirming materials with Institute colleagues.

Formatted: Underline

Deleted: S

Deleted: s

Formatted: Underline

Deleted: This group advises on strategic initiatives.

Formatted: Underline

Formatted: Font: Bold

Deleted: <#>Served as ad hoc communications liaison, developing and executing dissemination plan for the Task Force report, developing web copy and interacting with the media¶
<#>Advised senior staff on the global sites strategy.¶
<#>Identifies and assists with developing new initiatives that are of strategic benefit to the institute.¶

Formatted: Underline

Formatted: Underline

**Education Requirements**

Bachelor's degree required; Master's degree preferred

**Experience Requirements**

7 years of experience

**Licensing and Certification Requirements (if applicable)**

N/A

**Computer Skills**

MS Office Suite (please check one): ☐ (basic) ☐ (intermediate) ☒ (advanced)

**General Skills and Competencies**

1. Knowledge of issues pertaining to area of assignment.
2. Knowledge of budgeting and accounting principles.
3. Knowledge of organizational practices.
4. Knowledge of supervisory practices and principles.
5. Skill in budget preparation and forecasting.
6. Skill in both verbal and written communication.
7. Skill in coordinating and prioritizing work and activities of self and others.

**Level of Physical Activity Required:** ☐ Light ☒ Moderate ☐ Heavy

**Describe Work Environment**
General Office Environment
Moderate Physical Activity (e.g., occasional to prolonged standing, lifting, bending, filing, typing, etc.)

| | |
|---|---|
| **Approved by:** | Stuart L. Soloway |
| **Date approved:** | 07.17.17 |
| **Revised by:** | |
| **Date revised:** | |