# Exhibit 51

**To:** Emilie Bruzelius[emilie.bruzelius@gmail.com]
**From:** clarissa.jones-winter@mssm.edu
**Sent:** 2019-01-14T16:07:47Z
**Importance:** Normal
**Subject:** Re: JD
**Received:** 2019-01-14T16:08:32Z

Hi Emilie,
I was out after the holiday and last week and still catching up on email, so I apologize for my delay on this.

The salary increases or title changes aren't going to be made retro at any point. As you know, this review came about as a result of allegations of salary inequity with the Institute. Compensation did an internal review of titles versus duties being performed at the time of the review, verses what managers said they expected the employees to do, and determined that some employees should be adjusted. Although downward adjustments were found, we agreed we would only hold or increase salaries and amend titles.

There was a considerable amount of disagreement between managers and non-management employees concerning the work duties employees were expected to be performing when they began employment compared to what they were doing at the time of the review, and the time frame in which certain duties were or were not performed. Accordingly, the most equitable and prudent way to address the issue was make employees whole based from the conclusion of the review.

I hope this is helpful.

Best,
Clarissa

Sent from my iPhone

On Jan 7, 2019, at 2:00 PM, Emilie Bruzelius <emilie.bruzelius@gmail.com> wrote:

> Hi Clarissa,
> I just wanted to touch base on this again when you have a moment. Do you have a sense of how it works?
>
> Thanks!
> Emilie
>
> On Thu, Dec 13, 2018 at 10:58 AM Emilie Bruzelius <emilie.bruzelius@gmail.com> wrote:
>
> Hi Clarissa,
> Thanks very much for the information. Does this mean the increase and title change will be retroactive?
>
> Thanks!
> Emilie
>
> On Mon, Dec 10, 2018 at 5:42 PM Jones-Winter, Clarissa <clarissa.jones-winter@mssm.edu> wrote:

The pay increase is not a promotion, it's an adjustment based on concerns we raised resulting from the investigation.

The submitted JD is supposed to reflect your current job responsibilities based on your department's understanding of the role – it's ultimately their responsibility to determine what this it. It's possible, of course, that you may be doing a portion of what is listed rather than all of it. If you don't believe this accurately reflects your current duties, or what you understand these to be, I would advise you to speak with Jeb and review what you believe the difference should be so you are on the same page.

Best,

Clarissa

**From:** Emilie Bruzelius [mailto:emilie.bruzelius@gmail.com]
**Sent:** Monday, December 10, 2018 1:45 PM
**To:** Jones-Winter, Clarissa
**Subject:** Re: JD

Hi Clarissa,

Thanks for sending and thanks for your help thus far. I'm a bit frustrated because I've never seen this before. Some parts of it were adapted from what I previously discussed with Prabhjot and sent to Jeb but heavily edited without me getting a chance to weigh in or discuss it.

As such, I disagree with quite a bit of it and do not think it reflects what I've been doing. Further, some parts don't really make sense at all. Finally, the experience and degree requirements are not what would be in line with these responsibilities if I were to hire someone for the position. I can't imagine hiring someone for an advanced analytics role or to provide grant or teaching direction with an advanced degree but I don't know whether that part is from our team or from position control, or what degree of padding this includes.

Finally, I'm not sure whether this is supposed to reflect what I've been doing or my JD moving forward. Is this supposed to be an adjustment or a 'promotion'?

Thanks again, and sorry for the back and forth. I appreciate your help.

Best, Emilie

On Mon, Dec 10, 2018 at 12:22 PM Jones-Winter, Clarissa <clarissa.jones-winter@mssm.edu> wrote:

Hi Emilie,

I requested what was submitted for you last week and just received it, it's attached. I'm really happy to hear about the salary increase, but sorry it didn't come with an explanation! This is the result of our conversation last week about the Compensation department having done an evaluation of the staff's job responsibilities - based on what the staff reported they were doing. I knew Comp reported that some titles would be increased but didn't know which, though I assumed yours should and am happy Comp agreed.

Let me know if you have any questions once you review your JD.

Best,

Clarissa

**From:** Emilie Bruzelius [mailto:emilie.bruzelius@gmail.com]
**Sent:** Monday, December 10, 2018 11:09 AM
**To:** Jones-Winter, Clarissa
**Subject:** JD

Hi Clarissa,

I'm just checking in to see if you were able to find a copy of my job description and whether any increase or title change is going to be retroactive?

Apparently they are increasing my salary to 82,500 as of this Wednesday, however I'm still unclear about what this is based on and what that means?

Also, thanks again for taking the time to speak with me on Friday. I really appreciate it.

Best, Emilie

--

Emilie Bruzelius
Cell: [redacted]
Secondary email: eb2674@columbia.edu

--

Emilie Bruzelius
Cell: [redacted]
Secondary email: eb2674@columbia.edu

--

Emilie Bruzelius
Cell: [redacted]
Secondary email: eb2674@columbia.edu

--

Emilie Bruzelius
Cell: [redacted]
Secondary email: eb2674@columbia.edu