# Exhibit 52

**To:** Singh, Prabhjot (MSSM)[Prabhjot.singh@mssm.edu]
**Cc:** Gelijns, Annetine[annetine.gelijns@mountsinai.org]; Muller, David (MSSM)[david.muller@exchange.mssm.edu]; Lowy, Marina[marina.lowy@mountsinai.org]; Jones-Winter, Clarissa (MSSM)[clarissa.jones-winter@mssm.edu]; Harvey, Stephen[stephen.harvey@mountsinai.org]
**From:** Gelijns, Annetine
**Sent:** 2019-03-11T20:10:43Z
**Importance:** Normal
**Subject:** Tomorrow's Meeting
**Received:** 2019-03-11T20:10:44Z

Dear Prabhjot:

We look forward to having a discussion with you tomorrow. We thought it would be most helpful to give you a brief summary of some of the themes that emerged from the discussion with your faculty members. We thought it would be valuable to receive your perspective on these observations, and more generally, your strategic plans for the Department/Institute and how these themes will inform your plans.

Faculty members feel the change in administrative personnel has been positive, as has been the recent recruitment of several new faculty members. Their perceived concerns center on the following:

- Faculty members are either unaware of or are not sufficiently informed regarding the strategic vision for the Department and Institute
    - Faculty members do not understand the distinctions between the Department and Institute
    - Faculty members do not feel that their roles have been clearly defined
    - Concerns about parity and pay equity
- Faculty members feel that there is not enough communication and interaction with their Chair
    - Regular faculty meetings are rare
    - In-person meetings don't happen regularly and not a lot of opportunities for impromptu meetings
- Faculty members (especially junior ones) feel that there is insufficient mentoring nor that they are being featured in the medical center to advance their careers
    - They feel the pressure to obtain grants but little guidance
    - Not enough assistance in networking

We are happy to enumerate on these themes tomorrow and look forward to having a discussion about the future directions of your Institute and Department.

Warm regards,

The oversight committee



**Annetine C. Gelijns, PhD**
*Chair, Department of Population Health Science & Policy*
*Edmond A. Guggenheim Professor of Health Policy*
*Co-Director, InCHOIR*
Department of Population Health Science & Policy
Icahn School of Medicine at Mount Sinai

One Gustave L. Levy Place, Box 1077
New York, NY 10029-6574
Tel: [redacted]
annetine.gelijns@mssm.edu