# Exhibit 53

Memo: Interactions pertaining to Ann Olivarius, written on April 26th, 2018
Attn: for myself - Prabhjot Singh - as needed.

[Page 1]

On April 26th, I had a deeply disturbing meeting with Ann Olivarius, which was arranged by the development office at Mount Sinai. It was our second meeting - the first was on April 10th at the Cliveden House in the UK, where we met for breakfast, along with Jonathan Taylor, the development officer who had initially arranged for the meeting. This is a memo about how the interaction was arranged, the meeting on April 10th, and then the meeting on April 26th.

On March 23rd, I got an email from Jonathan Taylor, a new hire to development, assigned to me. He said he had "landed a meeting with Ann Olivarius, a close, personal contact of mine I met when I was at Yale." She had agreed to take a meeting when I was going to be in the UK for meetings in London and Oxford (Skoll World Forum). He attached a link to her bio. On April 5th, I received a more detailed briefing written in a word document that described her as "brilliant, high energy and irreverent," and also told me to focus on South African women & girls, and autism research if I could. All further links in the document were to her own website (like above), and there was no collateral research. I usually get a password protected PDF from Eric Isaksen (Jonathan's boss), which includes the estimated net worth, giving capacity, prior philanthropy and contacts with Mount Sinai. I did not get this document. I was busy preparing for the trip and only read the briefing in detail on the car that took Jonathan Taylor and I took from London to Cliveden House. He had flown to the UK for only this meeting and flew back immediately (April 10th).

On April 10th, we arrived at Cliveden House around 10AM BST. We both walked to the restaurant on the premises and waited for Ann. I ordered coffee while waiting. The goals for the conversation were to simply generate rapport and better understand her philanthropic interests and otherwise have an open discussion. I was advised that she

may ask about the hate crime I experienced in [illegible], as
Jonathan shared this with her by email. We had not consulted
about doing so in advance, but it is public knowledge and so
I was prepared to discuss it if it came up. Ann joined after a few minutes
and immediately led the conversation. The conversation included how her
and Jonathan met at a dinner, and they discussed a lot of ~~other~~ political
perspectives, world view and about Ann's active involvement in matters relating
to sexual assault at Yale. I asked how she felt about the world now
discussing ~~this~~ two and sexual assault, when she has been working on this
issue for decades. A fluid conversation ensued, which will not be detailed
in full here except to highlight that portion to the April 26th
meeting. In our discussion she expressed admiration for my work, but
also specifically said that it is not an area of her direct interest. When
I said I was recruiting women global health leaders, she reiterated that
even though she did not give to this area, this area of focus may be
of interest to women's moving millions. She said they are largely self-interested
and she is no longer active, but perhaps she could connect. In addition,
she mentioned she knew a group of 7 south east asian "billionairs" (Billionaires) who had
married into money and met in London periodically, but lived all over the
world. Ann said they met infrequently, and perhaps she could
introduce the idea of presenting my work - if it was south asia oriented
at some future meeting at the end of the summer or fall. But that
of course they are cautious about newcomers and it would take a long
time to develop that relationship. In addition, she asked if I knew
Holly Atkinson, and I said I did. [I did not pursue that shared connection
further because Holly left Mount Sinai, where she had worked in an area
that was my responsibility (apparently), on a program after several months of allegations.
~~As some~~ In March and April of 2016, I had come to know that the

"human rights clinic" that Holly was running reported to ~~me~~ me, [Page 5]
and that this clinic saw patients in our New York Academy of Medicine April 26, 2018
offices without proper documentation. At that point I spoke with Holly,
who had been helping me with student training in global health about pausing
this work until there was a formal plan and that we spoke with David Reich &
Jeremy Boal to formalize it. She presented a significant plan, and I suggested
it was best suited as independent and not part of the Arnhold
Institute. She agreed by email and subsequently left the institution. ~~She~~ Ann
also asked who else I knew in NYC, because I said I need help building
a philanthropic advisory board and support with building a women global
health leadership focus. I mentioned I was on one other board, and
the name Abigail Disney came up. She recommended reaching out to her, and
that she could also facilitate a reconnection. She also said that to
do this, she would need a more personal and detailed bio, as well as
plain language materials about our work. She also then shared a lot of
personal information about herself and her family. She said she had
2 (or 3) children and two "blacks". She said one of the blacks was cream
colored and handsome like Obama and was ~~being~~ doing well, but the other
was dark, on drugs and in and out of jail in central Florida. She
commented that at least he was better off than he would have
been otherwise. She also mentioned that I would be more
successful if I shaved my beard. One of her daughters ~~had~~ has
at ~~medical~~ mental problems – and has a hard time with keeping a job. Ann
ended by saying that I was talented and that I [illegible] all her boxes, and
that she would like to help. She said to be in touch. Jonathan & I later,
and agreed he would be in charge of follow up.
By April 22nd, when she emailed that she would be in NYC
and would like to meet again, we had not yet sent anything
across for her to share. We were ~~[illegible]~~ surprised – Development asked us
to prepare for a meeting on the 26th. Jonathan Taylor also asked
for me to invite Barbara Murphy as another women leader to join.

[Page 4]
April 28, 2018

My office scrambled to put together an agenda. She had from 9:30 to 11 available, so our plan was to introduce her to the Atlas team and discuss community health before spending 30 min with myself, her and Dr. Murphy. Jonathan Taylor was planning to join for all parts of the meeting. She arrived around 9:40 along with Jonathan Taylor, and then asked to speak with me alone for 10 minutes. Jonathan had asked if he could join and then she reiterated that we were to be alone in my office. I said ok and led her to my round table. She remarked that she had won a case, and I congratulated her and asked what about. She dismissed the question and starting speaking. I did not say a word for the next 10 minutes – I was stunned in silence. She started by telling me that of all the pitches she had heard in her life, mine was the best – "it hit all the right buttons." She said she found my presentation and delivery compelling and wanted to help. Ann then said that she doesn't advertise her wealth or philanthropic giving – because she learned early on that she would be "besieged." She said that few people know she has $300 million. She continued to say that I was brilliant and so extraordinary that she immediately spoke to her husband about giving "me" (not the institution or Mount Sinai) $10 million to support whatever I do here. Not only that she said, but that she met with the 7 south east asian billionaires and asked them to put forward $10 million each. She said that she had come this morning to give me a gift of $80 million dollars. At this point she paused, and I was silent. Then she said that, "of course" the billionaire women wanted to hire a private investigative firm about my work – "you know, they worry about links to pakistani terrorists". She also said that she was at a dinner of very "high-level" people related to Mount Sinai last night "connected to their leadership," when she got the investigative report. Then Ann paused again, and I was silent. She said that the report conveyed

[Page 5]
April 20th, 2018

a bad person that I had damaged this university
this in global health and that in 3 years I had
accomplished nothing. She said that at this dinner, my name
happened to come up, and the high-level donors had very strong and
negative opinions about me, and that not only was it negative, it
also felt "sanctioned" by Sinai's leadership and that I was not
supported, or being protected, and that the tight knit NYC donor
community, "particularly of jews" was "incestuous" and their opinion
mattered and was the same as what the investigative report
had said. She paused, and I remained silent - stunned and reeling.
She said, "of course, this means I cannot support you at this time -
you will not succeed here." Ann then said - instead of giving you a
gift of money, let me give you a gift of advice. "You need to
leave your job. You will not succeed here, you have no support from
anyone. Perhaps take a few months and end on a high note, but
you must leave. This is too small a pond for you, and you are not
wanted here. At this point, I asked "who are these donors - who did
the investigators talk to?" She said it didn't matter, because the opinion
is so widespread. She said that Abigail Disney did not even respond when
my name came up!..." Ann also said that the investigative report did
not cover anyone internal to Mount Sinai - but instead focused on the
tight knit donor community of New York and "clearly came globally!" I
think she saw that I was looking stunned. Ann then said, "you know
some people are defined by institutions, and some people define them. You
are a person that defines institutions. People say you are cold and arrogant,
and people say this about me when I win. You need to leave this
job and go somewhere you can succeed, but it will not be here."
At that point, I was just disoriented and said, "thank you for
your candor and honesty, it is a rare thing in this world." She responded

[Page 6]
April 28th 2018

by saying, "are you thinking about
leaving?" I said that it has been a challenging three
years and yes I have thought about it at times, but
that I am still working hard. She said, "good - it is time
to go." Then she said, "I'm sure you understand why I can't support
you in these conditions, but perhaps later in life we will be good
friends." Then she started to get up. I said, "perhaps you want to
still meet with Barbara - she is a leader and has independent work."
Ann said, "no I think you'll understand that I am leaving." She said, "of
course, I won't be telling anyone of this information, which is why I met
with you privately." Then she left with Jonathan Taylor. I sat down, sick to my
stomach, and on the verge of tears.
After about 20 min, Jonathan came up. I had him sit down, and said, "so?" not
knowing what he knew. She apparently told him most if not all of
what she told me, and said, "I trust you'll share this with whomever
needs to know." I spoke inarticulately, and he was focused on the "lost"
gift. I said that what just happened didn't make any sense to me, and
he said, "but what reason would she have to lie?" I told him I was
scared, and that maybe I should quit, and that he should share whatever he
needed to from a professional perspective. He said "of course, this is awkward,
but I like you as a person." And he left. Later that day I called
Merle Kaslygen and told him - he said it was bizarre - no one says these
things that he knows, and he would know. On April 27th, I called
Dennis Charney (my boss) and gave him the outlines - he said it was bizarre,
and that she sounded "borderline." He said he was there for me.
On April 28th, I spoke with Kevin Starr. We had been discussing difficulties
in dealing with Ramon Murphy, and I had asked for him to speak directly
with him. He had, and called me, stating that Ramon trusted him with
discretion on one point. I had interrupted him to tell him the Olivarnie
story and that I was distraught. After I conveyed it, he said that
Ramon referred to some "investigation" of me as it related to "turnover"
and "gender discrimination." Whatever calm I had rested in 48 hrs was gone, despite
no factual basis. I was told she is a "take-down artist."