# Exhibit 54

**To:** Lowy[Lowy]; Marina[ Marina]
**From:** Rosalind Fink
**Sent:** 2018-06-22T22:15:16Z
**Importance:** Normal
**Subject:** [EXTERNAL] RE: Global Health
**Received:** 2018-06-22T22:15:19Z

Thanks.

Rosalind Fink
Brill & Meisel
845 Third Ave.
NY, NY 10022
[redacted]
Cell: [redacted]
rozfink@igc.org

This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy or re-transmit this communication except to notify me by replying to this message. After notifying me, please delete the message, your reply, and any attachments. Thank you in advance for your cooperation and assistance.

---

**From:** Lowy, Marina [mailto:marina.lowy@mountsinai.org]
**Sent:** Friday, June 22, 2018 5:58 PM
**To:** Rosalind Fink <rozfink@igc.org>
**Subject:** Global Health

Dear Roz,

The investigation led to the recommendations listed below, which were made to and accepted by Dean Charney. I know that the Dean discussed them in some detail with Dr. Singh. We ask that you and Dr. Singh keep them confidential pending our discussion and decisions on next steps.

1. Dr. Singh should be given an opportunity to remediate his leadership style with the assistance of an executive coach selected by Mount Sinai and active participation of Human Resources.

2. The Institute should be reorganized, including removal of Berman and Knaup. Knaup can be offered a position in another area of Mount Sinai.

3. An oversight committee should be formed to evaluate current and monitor future Institute activities, financial and academic performance, and leadership. The committee should mentor Dr. Singh and take steps to ensure that the Institute's atmosphere is improved, particularly as relates to gender issues.

4. The relationship to the Department of Medical Education pertaining to Global Health educational responsibilities must be improved, including financial issues.

5. The School's Human Resources Department should closely review and standardize Institute policies and practices regarding promotions and hiring.

6. The Institute must follow all recruiting policies, including posting of positions, to ensure that a broad range of candidates have an opportunity to apply for open positions.

7. The School's Human Resources Compensation Department should conduct a thorough review of all Institute members' job duties, titles, and compensation, to ensure appropriate classification and pay-parity between men and women and to ensure transparency.

8. A communication plan explaining the changes in the Institute and providing some details regarding the results of the investigation should be developed to communicate with relevant internal and external stakeholders. This will include a plan of communication to the complainants and the Arnhold family.

I will make myself available while on vacation as best I can to talk to you. Just email me.

Best,
Marina