# Exhibit 55

Safo et al. v. Singh et al.

MARINA LOWY: -- you know, I'm sort of wowed by the -- by what I heard.

Oh --

NATASHA ANUSHRI ANANDARAJA: Sorry, I'm touching my phone (indiscernible)

MARINA LOWY: Oh, okay.

NATASHA ANUSHRI ANANDARAJA: -- so it doesn't bother me anymore (indiscernible)

CLARISSA JONES-WINTER: Switch the ringer off.

ELENA RAHONA: (indiscernible)

MARINA LOWY: And there's a lot, there's an awful lot that needs to be addressed. I mean, I think what struck me the most is that when Clarissa had told me that there would be this thing, we reported to the Dean that there were gender discrimination issues that were being raised, we sort of expected that to be the universe, those issues, and it's not at all. In fact, the investigation took a long time because really, there were a lot of -- a lot of different complaints that came up in the context. Sort of the primary ones were, and I think the primary ones we talked about when we met were gender and age, but really, there were a lot of other issues

in there. So there's really an awful lot that's happening, and is going to be happening.

So first, about the process, you know, we informed Dr. Charney that there were some complaints. He had not been aware that there were issues at all in Global Health. I know certain people we talked to said they thought he knew. Well, how do you think he knew, you know, well, we told so-and-so, we told so-and-so. Dr. Charney had no idea.

And a lot of the (indiscernible) thing that's been an interesting learning experience is I think people hear grouse all the time about Sinai, about the pay, about -- you know, treatment, about environment, about whatever, and they talk to people. And people don't always know that they're being talked to not as friends or colleagues, or you know, department colleagues or whatever, they're not understanding that this might actually be a formal complaint being brought forward, that needs to be forward-fed. And you know, and that's something that people are going to have to sort of understand. They can't just be a sounding board to people, but they have to try to do something about stuff

that's reported up.

Dennis wanted senior people here to investigate it. He didn't want -- You know, he wanted people who could talk to everybody, who wouldn't be afraid to talk to everybody. And I think you probably know -- I mean, I know there are a lot of people I spoke to that you probably don't know we spoke to them, but I know there are a lot of people that you do know who we spoke with. And we made findings, and we made recommendations to the Dean, and he's accepted all our findings, and all our recommendations, without exception. He's amplified some of the recommendations, based on what he thought additional needed to be done. He certainly knows, you know, academic -- academic leadership and issues or whatever better than we do but he -- so he strengthened some of the recommendations, but he certainly accepted everything, without debate.

Some of the issues you will see will be addressed through personnel changes. Some -- I mean, you guys are not in the Institute, so I don't know, there might be delay in seeing the stuff. But there will be changes that are

personnel changes, that are going to be apparent pretty soon. Prabhjot is not one of those changes. We did not recommend his replacement, and I will talk about that in a minute.

There will be an Oversight Committee with a very broad scope of senior people here. It's going to be a multidisciplinary committee, it's going to include people from finance, it's going to include people from academics, it's going to include Clarissa, specifically, from HR. And its scope will be very broad in terms of output, productivity, finances, leadership, and improving the environment overall in the Institute, and its relationships with outside departments. The Oversight Committee will report directly to Dr. Charney, and about probably six months after it gets started, there will be a review of progress over the six months, to see what has changed, what's improved, what are the results.

One of the -- So he has, he sort of has ideas of some things he's going to do, he probably will want some external review to come in also, which realistically won't happen until September only because of summer vacations and

such. But he wants some additional input to -- You know, our charge was really to look at the gender bias issues. It morphed into looking at leadership issues in general, because it was inescapable in the course of the investigation. But some of the issues were really beyond their expertise and ability to look at, and for that, he needs some additional -- additional review.

One of the recommendations we made --

CLARISSA JONES-WINTER: Did you have a question?

ELENA RAHONA: It's probationary period, or not?

MARINA LOWY: I don't know what a probationary period is.

CLARISSA JONES-WINTER: Mm-hmm.

ELENA RAHONA: So if things haven't been fully reviewed yet, then are they pending further review?

CLARISSA JONES-WINTER: Oh, (indiscernible)

MARINA LOWY: So what -- what will be reviewed will be reviewed until it's reviewed? I'm not sure I just followed --

ELENA RAHONA: Well, you just said that

some of the things were beyond your scope?

CLARISSA JONES-WINTER: Oh, I see.

MARINA LOWY: Yeah. Like for example, people were talking about, you know, what you're spending -- you know, they spend too much money on this, or they spend too much money on that.

CLARISSA JONES-WINTER: Mm-hmm, wasting resources.

MARINA LOWY: I don't have the ability to look at that.

ELENA RAHONA: Mm-hmm.

CLARISSA JONES-WINTER: Yeah.

MARINA LOWY: So Steve Harvey will be on the Oversight Committee, and that's his job, to figure out (indiscernible)

CLARISSA JONES-WINTER: (indiscernible)

ELENA RAHONA: Mm-hmm.

MARINA LOWY: So in that respect, it's going to be looked at, and some -- You know, there were some issues raised about, you know, relationship with Med Ed, vis-a-vis Med Ed. Someone's got to look at that, who knows what it's supposed to be, and you know, make a decision about how that's been managed.

ELENA RAHONA: Mm-hmm.

MARINA LOWY: In terms of specific findings, so as I said, when we met, the first, sort of the overarching issues that we thought we'd be looking at were gender bias and age discrimination, and we did not find either in the department, in the department or Institute. And I would say the primary reason that we did not find gender bias is that there were similar complaints made across the board by men and women, by people who were there before Prabhjot, and after, by people he recruited, who he knew, and by people who were there before him. There were men who were asked to leave, there were plenty of women who were not, and there were quite a good number of women who said they did not perceive gender issues.

Now, that doesn't mean that there were not other serious issues that were perceived, that there were, you know, clearly leadership issues that were -- that have to be addressed and fixed. And it doesn't mean that the issues aren't -- you know, that the feeling that people had isn't real, and doesn't need to be addressed.

So what Dr. Charney realizes is, you know, whether or not we found gender animus, and

we did not find gender -- And by the way, on age, we did not find gender animus either. In fact, his recruits are -- span a lot of, you know, sort of span an age range that's pretty broad. There is some reasons in recruiting why in some job categories you'll end up with younger folks. It's just data analysis tends to be younger people who come and want to do it. Certainly at the price that Sinai pays and that it compensates people, it's very hard for us to compete with industry. If you're more senior, a lot of times you can get a better job at Google or its like than you can -- You know, why would you want to be here? But those are just some examples, but we really -- I mean, we came out of the gate expecting that our finding will be gender discrimination.

That being said, you know, his behaviors are what they are, you know? We are not arguing with people's perceptions of behavior, his demeanor. You know, clearly there's something about his demeanor that rubs people the wrong way, and that makes people feel that there is a gender bias issue going on, and that has to be addressed. And I've been reading

a lot about this. I think there can be different reasons for perception of gender bias under these circumstances, and we're going to have -- Part of the Oversight Committee's job is going to be to address this, and try to deal with it.

Another aspect of this was compensation issues, which we looked at in a lot of --

ELENA RAHONA: So people -- If you say you're going to have to look at it, that means people did feel rubbed the wrong way.

MARINA LOWY: So I think there were people who said, I experience gender bias.

ELENA RAHONA: Mm-hmm.

MARINA LOWY: I think there are people who said, the guy is just a jerk. I don't think it's gender based, he's a jerk, essentially.

ELENA RAHONA: Yeah.

MARINA LOWY: There are people who said he's fine, you know, he -- I have no issues with him.

ELENA RAHONA: Mm-hmm.

MARINA LOWY: So we had sort of the range, for men and women.

ELENA RAHONA: Mm-hmm.

NATASHA ANUSHRI ANANDARAJA: But were

there more women who had a perception of being mistreated than there were men?

MARINA LOWY: Not necessarily.

NATASHA ANUSHRI ANANDARAJA: Not necessarily, or no?

MARINA LOWY: I mean, I'm not sitting here, counting the numbers. And it doesn't mean that if you have one more woman -- if there are ten, eleven women --

NATASHA ANUSHRI ANANDARAJA: Mm-hmm.

MARINA LOWY: It doesn't really work that way.

NATASHA ANUSHRI ANANDARAJA: No, I -- yeah.

MARINA LOWY: I think the weight of the evidence was that it was not gender bias.

NATASHA ANUSHRI ANANDARAJA: Mm-hmm.

MARINA LOWY: It's not -- I'm not hanging this on one person, or two.

NATASHA ANUSHRI ANANDARAJA: Mm-hmm.

MARINA LOWY: I mean, I would say that the -- People sort of across the board did not like working for him. I would say it's an across the board.

ELENA RAHONA: Do not like working for

him?

NATASHA ANUSHRI ANANDARAJA: Mm-hmm.

MARINA LOWY: Yeah.

CLARISSA JONES-WINTER: Yeah, that was (indiscernible)

MARINA LOWY: And it's evidenced in the turnover in the department, among men and women.

HOLLY ATKINSON: So why would you keep him? Why would you ever recommend keeping him?

MARINA LOWY: Because -- because no one ever told him what he was doing was wrong. No one ever had the opportunity here -- Don't, don't -- No, that's not fair. I mean, we're really -- From what we saw, no one told Dennis, no one told --

Now, there were people who told him, by the way, you know what? Only women have cubicles, and they don't have offices. And you know what? He went and he fixed it. He did fix it, and across the board, people said that part he did fix.

But the whole idea of, you know, you're -- you talk to people in this way, you demean people, you make -- the things that you guys described very articulately, and very, very --

You know, you weren't outliers in your descriptions of the way he spoke to people, but no one ever gave him the opportunity to correct it. And no one ever said to him, you have to fix this. You have to do the right thing here, or you'll be fired.

I don't know why you're raising your eyebrows. Do you feel like someone told him?

ELENA RAHONA: Well, just -- No, to be fired, you might be correct. But in terms of people have confronted him about it, there were people.

MARINA LOWY: But I think -- but I think, like --

HOLLY ATKINSON: Like, there were --

MARINA LOWY: That was not our finding.

ELENA RAHONA: Okay.

MARINA LOWY: That was not our finding. And there's a difference between a peer telling you that, you know, people don't like working for you, or you have to change, and your boss telling you. That's just the difference. Because frankly, you know, with his peers, there were issues, there were reasons, right? There were -- I don't know who you have in mind in particular,

but there were certainly people who were his peers with whom there were other issues going on in terms of funding issues, and disputes about the direction that Global Health was going on -- going in. But if your peer came to you and said, I don't like how you're acting, or your subordinate came to you and said, you're being inappropriate, it's a different thing than Dennis Charney coming and saying, you've got to fix this, or you're out.

And it is true that at Sinai, we do give people a chance to correct their behavior. It is something we do.

CLARISSA JONES-WINTER: It's a due process issue.

MARINA LOWY: It's a fair thing.

CLARISSA JONES-WINTER: And it's in the policy, yes.

MARINA LOWY: I mean, if you found out that everybody hated working for you, wouldn't you want to know that, and be given an opportunity to fix it?

So I think, you know, for him, it's a very -- I don't think you can diminish the outcome of this thing, because he has an

Oversight Committee that is going to be sitting on top of him, the Dean has had several very serious, stern, straightforward conversations with him. He knows what's expected, or will know in short order, once this committee is put together. And I think everyone understands what it means, with you've got to turn this around, or -- or else. I mean, I don't think even in this -- When you're that senior, no one has to tell you the "or else." Everyone understands what that means.

ELENA RAHONA: Mm-hmm.

MARINA LOWY: But he understands, and he's been told that you have to turn this around, and you have to fix it. And you have to fix everything. You have to fix every aspect of -- all the issues that have been raised. And there were a lot of issues that were raised, including the perception of bias, and we have to figure out how to take care of that.

One concrete thing, and one of the issues that was raised was the issue of compensation. And we looked into that as much as we could, and there were actually a lot of instances where HR had been involved in the

decision. There was an objective external to the institution analysis of the job duties and everything. But I think we need closer --

Because some of what we heard is that there was this environment of we're sort of like a startup, and the job duties kind of follow. We're going to be nimble, we're going to be shifting, and people do different things, and so the job description doesn't necessarily always describe what the person is doing, and men and women complained about this. So one of the aspects of the overview will be a very close comp assessment. We're going to do a soup to nuts comp review, really look at everyone's job duties, do a full HR review, what people do, do an HR assessment of the job title and the compensation, and standardize HR practices.

I mean, one of the issues that we found is that leaders of different groups had different approaches to things. So some people really cared about, and they hate people who work from home, some people don't care about working from home. Some people said you have to follow the protocol to travel to the conference, and some people said, eh, that's bureaucracy, we don't

really care about paperwork. And that caused people to perceive that there was discrimination in how people were authorized to either work remotely, or -- or travel, for example, and one of the reasons Dr. Charney wanted Clarissa on board is to really standardize HR practices.

And it's -- You know, the reality is they're not a startup. They're an institute in an established academic medical center, and they have to work within those limitations. They have to have -- apply the HR policies uniformly, across the board. We have policies on everything, and they just have to apply them and follow them, and we don't get to pick and choose. And you don't get to pick and choose fancy titles, you have to go with the titles that we have. And you know, it's -- recruiting has to follow the rules of recruiting. Not that they didn't follow the rules -- And actually, the recruiting there seems to be phenomenal. They're like, incredible people who are recruited. It's just the retention is an issue.

So you know, we know that there was a strong wish by many that he be terminated, but we just couldn't conclude that that was the fair

thing to do, given that there had never been a message that you've got to -- these are the areas you have to fix, or you'll be terminated.

HOLLY ATKINSON: You don't think that's a failure of the Institution at large?

MARINA LOWY: I think -- I mean, you ask -- you know, it's a very loaded way to ask the question. I think it's unfortunate that people didn't feel comfortable coming forward sooner, that this festered for years, and the Dean had no idea. And I think that's something we have to work on, and he understands that.

People have -- You know, we asked people, I asked you guys why didn't you come forward sooner? Because I -- It was upsetting, to see people were --

HOLLY ATKINSON: Well, by the way, we did.

ELENA RAHONA: Yeah, that's the point. I mean, we did --

MARINA LOWY: But you didn't -- but you didn't -- You know, we talked about --

HOLLY ATKINSON: People above us knew.

MARINA LOWY: Okay. But that's not -- That --

HOLLY ATKINSON: Well, I --

MARINA LOWY: That was not the triggering --

ELENA RAHONA: But that was not us. We are not (indiscernible)

MARINA LOWY: None of this is on you. None of this is on you.

ELENA RAHONA: (indiscernible)

MARINA LOWY: No, no, no, none of this is on -- Don't -- And in that respect, that's why I didn't answer right away. Because I think it is a problem, that people didn't know how to trigger the appropriate review process. I think it's a problem that we talked to people who had no idea who Karen and Clarissa were. They had no idea there was an HR function. They thought Kirsten was the only HR person, and she's hardly an HR person. And she didn't -- she wasn't -- I mean, not to get into that, I mean, she was not an HR person. Let's just say that. I mean, we have such robust complaint mechanisms, and the fact that we were not able to communicate that down to -- all the way, is -- that is a failure. That's a -- That is certainly an issue. And at some point, you know, we're not the little Mount

Sinai that we used to be. We're the largest employer in the City, other than the City itself, and we have to figure out how do we communicate to 40,000 people this is how you trigger a complaint and a review?

Because I do think that to some extent, you know, going to certain people was perceived as, you know, blowing off steam, as venting, as -- I don't know, let's figure out what to do about this together.

ELENA RAHONA: Mm-hmm.

CLARISSA JONES-WINTER: Perceived by those people.

MARINA LOWY: And not -- and I'm making a --

HOLLY ATKINSON: Or they're covering their asses, by saying that. So, but go on --

MARINA LOWY: Look, you know, we can only, you know, go with it. Right? I mean, I can only go by what I'm told.

HOLLY ATKINSON: Yeah.

MARINA LOWY: And you know, I will say that Dr. Charney, he couldn't have reacted -- There's no -- He couldn't have reacted any better. Like, I wouldn't have -- You know, I

wasn't sure how he would take this. I know -- You know, because I heard about all this from you guys, and I think there is to some degree of perception of Dr. Charney that's not tested, you know, that's just not true. It doesn't match reality, I think. He was very upset to hear about this, that there were people who felt so miserable to work here, that you know, he reacted as a -- I guess for lack of a better -- as like, a father of daughters would react. I mean, his initial reaction was immediately, you know, well, if this is all borne out, you know, how could this person continue to work here? This is horrible.

HOLLY ATKINSON: Mm-hmm.

MARINA LOWY: And look, the Institution is going through a lot. There's a lot that I'm involved in through my department, and that we're working with through HR, through GME, through Med Ed, through Wellness, in an effort to change -- I don't know if changing the culture is the right word, but making people understand how to make the culture here appear to be more open, and how to be -- to hear complaints, how to accept complaints, how to not fear that if you push a

complaint forward, you're going to no doubt be responsible for someone being fired. But we're actually looking for ways to help people who have, you know, difficulty.

Look, you know, there are people who work in incredibly stressful environments, who maybe they need help. Maybe they need -- And we've had people come to us and say, wow, you've like, changed my life. We've gotten them therapy, we've gotten them coaching -- We're really, from the top down, invested. We did some training for the very top layer for Ken and Dennis and Jeremy (indiscernible) and sort of that top-top tier leadership of the system, and I, you know, kind of assumed everyone would be like, yeah, you're here because of that guy. But the reaction was incredibly caring and thoughtful and insightful, and sort of realizing we just have to do something.

It's a process. I'm not going to pretend that tomorrow, we're going to come to work and it's going to be a whole different place. You know, I've worked here for over 20 years, I know it takes time --

NATASHA ANUSHRI ANANDARAJA: Can I ask

what happened between the reaction of how can this person possibly continue to work here, and this person is going to continue to work here?

MARINA LOWY: We didn't find gender bias or age discrimination. I think the investigation happened. I think his reaction was if these allegations are borne out, and there was gender discrimination and there was age discrimination, then we can't -- we can't have that at that level.

NATASHA ANUSHRI ANANDARAJA: Mm-hmm.

MARINA LOWY: But we did not -- that did not bear. I mean, there were people who complained that they were discriminated against because they were too young. They felt that they were treated differently because they were perceived to be too young. There were people -- But you know, I'm not sure, and we -- It wasn't -- I mean, that didn't bear the truth, you know? That wasn't true either.

But when we looked at the statistics, we looked at the -- and we did a lot of data analysis, we looked at statistics, we interviewed people, and we interviewed a lot of people who, when we said, why do you feel this is gender

biased, they couldn't -- They sort of reflected and said, you know, it's not. Like, some of the things that were brought forward as gender bias were just not gendered. Some of the things that you described did have that tone, but then, when we talked to people, sort of everyone experienced them in the same way. Everyone experienced him as demeaning, everyone experienced him as dismissive, everyone thought he demeaned their work, that he didn't -- that he discouraged them from publishing, he discouraged them from getting grants. It was sort of an across-the-board feeling. It wasn't unique to women.

ELENA RAHONA: How many people were asked the question of whether or not he is salvageable in terms of changing behavior?

MARINA LOWY: I mean, I don't know how many people. You know, it sort of depends. I don't ask every person I interview that question.

ELENA RAHONA: Mm-hmm.

MARINA LOWY: It's not an appropriate question for every person.

ELENA RAHONA: And the people who were asked, did they --

MARINA LOWY: It varied.

CLARISSA JONES-WINTER: Yeah, it did.

MARINA LOWY: And there were people who felt that they had no issue working with him. I mean, there were women who felt that he --

ELENA RAHONA: Yeah.

HOLLY ATKINSON: Yeah, but you don't need 100% of women -- on a job --

MARINA LOWY: I agree. I agree.

CLARISSA JONES-WINTER: Mm-hmm.

HOLLY ATKINSON: So you know, it's --

MARINA LOWY: But you -- I agree.

HOLLY ATKINSON: Like, what's the criteria?

MARINA LOWY: So it's not a question of one person, but there has to be some pattern. And we couldn't discern a pattern of mistreating women.

NATASHA ANUSHRI ANANDARAJA: And the pattern of mistreating women being --

ELENA RAHONA: Right. Right. That was my question.

HOLLY ATKINSON: indiscernible) doesn't rise to the level.

MARINA LOWY: But again, people deserve a chance to correct. Wouldn't you want a chance

to correct (indiscernible)

NATASHA ANUSHRI ANANDARAJA: We would have wanted a chance to correct. Actually, many of us who came forward would have wanted a chance to correct, and were not given a chance to correct.

HOLLY ATKINSON: And we didn't get that.

NATASHA ANUSHRI ANANDARAJA: And so it's a little hard, forgive me, to hear that this one person has that chance.

MARINA LOWY: But I'm not sure what you mean, you would have liked a chance to correct.

NATASHA ANUSHRI ANANDARAJA: It's okay. It's okay, we can move on. I know that you have to finish at 5:00, so --

HOLLY ATKINSON: I want to understand a distinction here, Marina, and I'm trying to figure out how to ask the question in a sort of very cogent way. Which is -- I'm trying to understand what would have made you recommend, and let me get to the end of my sentence, what would have had you -- What would rise to the level to get you to recommend that he not be kept here? Would it have to have been on legal

grounds? Because I --

MARINA LOWY: Well --

HOLLY ATKINSON: Well, let me get to the end of my sentence. I'm trying to discern whether or not you're making decisions based upon was a, was there -- did he violate something legally? And according to you, you have found no violations, and thus you're just looking at this as a poor management --

MARINA LOWY: Mm, no.

HOLLY ATKINSON: I'm trying to figure -- I'm not getting a --

MARINA LOWY: No, no. The recommendation -- First of all, I don't make a decision. Right? I make a recommendation.

HOLLY ATKINSON: Well, I'm talking about the recommendations you made.

MARINA LOWY: But no, it is not based on a legal -- It's based on HR print -- And by the way, it's not just me. Right?

NATASHA ANUSHRI ANANDARAJA: Right. No, we understand that. Yeah.

MARINA LOWY: I mean, I had the Director of HR, and Clarissa as well, it's based on a combination --

So you can get fired here for not violating the law. Right? You can --

HOLLY ATKINSON: Mm-hmm.

ELENA RAHONA: Right.

MARINA LOWY: -- for whatever.

HOLLY ATKINSON: Mm-hmm.

MARINA LOWY: But there are HR principles that govern people's employment, and one of those principles is the idea of some -- for some employees, I mean, for someone that senior, probably progressive discipline is an overstatement.

CLARISSA JONES-WINTER: Right. Due process (indiscernible)

MARINA LOWY: But it's a form of -- it's kind of due process, and notice, sort of notice and opportunity to correct.

CLARISSA JONES-WINTER: The specific awareness of the specifics, or potential violations in the policy that would come from a supervisory sort of person. And that discussion, which is what Marina was saying -- I know you're saying you shouldn't be told you can't be a bad person, but these specific sort of issues that were raised, it's true, you know, for the Dean to

say, I was not aware of these things. And to now have these discussions with Prabhjot, that's a different process than anything that happened before. That literally, it just never happened before.

And I hear what you're saying, that maybe senior people went to him and said, you know, you're being a jerk, or people don't like this, or -- a subordinate. It's different than his boss coming and doing that, and you know, when peers coming, who he may have perceived have problems with him or whatever, that's happening here, it never happened there.

NATASHA ANUSHRI ANANDARAJA: I guess also to Holly's question, it is that sort of where is the defining line of the behavior that's so egregious that there's just really not, you know -- okay, you rate someone, there's a line (indiscernible)

ELENA RAHONA: A good reason.

MARINA LOWY: So -- so a couple things.

NATASHA ANUSHRI ANANDARAJA: But sort of where is that line?

HOLLY ATKINSON: I mean, yeah, you're saying you didn't find a pattern for gender and

age. We may disagree with that, but you're saying you didn't find a pattern. But you did find a pattern.

MARINA LOWY: I did find a --

HOLLY ATKINSON: But you're saying that the pattern you found, which was actually a larger pattern, doesn't rise to the level. And I'm having -- I'd like you to explain the --

MARINA LOWY: Because I think, because -- because I think that there can be people -- And it's not just a policy violation or a legal violation. Right? You can be just a poor leader. You can -- For whatever reason, you're not being a good leader, and we want to remediate that. You should be given an opportunity to remediate. And --

ELENA RAHONA: But where is that line? So rape would be a line, you know, and whatever --

HOLLY ATKINSON: Mm-hmm.

MARINA LOWY: Well (indiscernible)

NATASHA ANUSHRI ANANDARAJA: No, we're not saying it is. We're just saying where is that line?

ELENA RAHONA: But we're saying sort of

where -- where is the line? And how far is the -- yeah.

MARINA LOWY: You know, that's a -- It's an impossible question to answer. Right?

ELENA RAHONA: Yeah.

MARINA LOWY: I mean, you look at an investigation, and there's a myriad -- You know, we interviewed over two dozen, you know, two -- yeah, over two dozen people for sure.

HOLLY ATKINSON: Mm-hmm.

ELENA RAHONA: Yeah.

MARINA LOWY: And there's a ton of facts that were brought forward, and frankly, not all the facts are correct. And there's a lot of -- there are a lot of things that you guys think are for a fact true, that are just not. We went to the person about whom this was said, and we asked them, you know, did this happen to you, and they're like, no.

So I think there is -- and so I think that's in part why it's hard to explain exactly, because we would have to go fact by fact and say, you know, this did not really turn out to be quite the way it was described, and this was not the way it was described. And there were some

things that people perceived as gender, that had nothing to do with gender whatsoever.

ELENA RAHONA: Well, at our point, we understand gender is not on the table right now. But in terms of just the behavior -- yeah.

NATASHA ANUSHRI ANANDARAJA: (indiscernible) just the poor leadership.

MARINA LOWY: So I think, you know, our sort of conclusion, and I just felt, and I -- I just felt, based on how Mount Sinai manages its workforce, that he deserved a chance to be informed of what the concerns were, and to remediate. I mean, I don't think he -- I just thought it was fair to allow him to remediate. Given the circumstances --

CLARISSA JONES-WINTER: And be given some expectations --

MARINA LOWY: Be given expectations, be told exactly how people feel about his behavior, and to fix it.

CLARISSA JONES-WINTER: And how to follow up. And it's probably (indiscernible)

MARINA LOWY: I just thought it would be terribly unfair to just say, out of the blue, you know, so far we thought you were doing great,

but you know, we just realized you're not, and you're fired. I -- It just seems to me terribly unfair to do that.

ELENA RAHONA: Well, what's unfair is his behavior for two years.

MARINA LOWY: Well, and he's going to pay a price for that. And he is paying a price for that, a high price.

HOLLY ATKINSON: What is that?

MARINA LOWY: I think he's under a -- Well, first of all, this whole investigation has been personally, I think, damaging to him, and enlightening.

NATASHA ANUSHRI ANANDARAJA: For all involved. And for all involved.

MARINA LOWY: For all involved. For all involved.

HOLLY ATKINSON: Mm-hmm.

MARINA LOWY: And again, it's unfortunate that this -- I think because it took so long to come forward, and again, this is not on you, this is, in that respect, maybe, you know, it is on us, that -- not me, but Mount Sinai, that people didn't know or didn't feel comfortable going to the right place to trigger

an investigation. And if it had been addressed in year one, or six months into the game, maybe it would have been a different story.

NATASHA ANUSHRI ANANDARAJA: Or that there -- Sorry. Continue. No, I'm sorry, or that there were processes in place that it wouldn't have to be women coming forward under fear of retaliation to report something. It would actually be an institutional process that would be triggered by the fact that that many people had resigned over time. Or, and/or, I'm just saying there could be other things that --

MARINA LOWY: Yes.

NATASHA ANUSHRI ANANDARAJA: -- that the system puts in place rather than relying on women, who do not feel -- who have already been --

MARINA LOWY: Yeah, but it's complicated.

NATASHA ANUSHRI ANANDARAJA: No, I understand it's complicated. I'm just saying it's not --

MARINA LOWY: I mean, and also, there was this big programmatic change here, so it wasn't immediately apparent, and there was

clearly -- And one thing, you know, I know a lot of the correspondence relates to, you know, what's happening to Global Health. This investigation was not about that.

HOLLY ATKINSON: Mm-hmm.

MARINA LOWY: It's not for us to judge, you know, the direction the school decides to take Global Health.

NATASHA ANUSHRI ANANDARAJA: Yeah, that's not something that (indiscernible)

HOLLY ATKINSON: Right.

MARINA LOWY: But it wouldn't necessarily be obvious in a time when there's -- Look, a new general counsel took over our department after the merger, and a bunch of people left because they didn't want to be part of a health system, new general counsel, new ways, new approaches, new rules. People who had been here 20 years didn't like it, and they upped and left.

HOLLY ATKINSON: Mm-hmm. Mm-hmm.

MARINA LOWY: Different scenario, but it wouldn't necessarily be a trigger. Right? To us, who are working there, we're like, wow, they're leaving and they're leaving and they're

leaving -- And we know why people are leaving, so we're very attuned to it. But on an institutional level, it's not necessarily obvious that people are leaving because there is an issue. So if there's a programmatic change, and there wasn't an issue, people just kind of wanted -- some person said, I don't want to work so hard anymore, and I don't -- you know, they had whatever reasons they had.

But here it's well-known. Prabhjot comes, he has a total different approach, he clearly -- you know, he didn't think much of what had been going on here before, based on all that you say. I don't doubt that. And you know, he comes in, he wants to be no doubt a hero, and you know, do -- So is it a total red flag that a lot of people leave? Maybe, maybe not.

NATASHA ANUSHRI ANANDARAJA: No, yeah. For us, in the beginning, it wasn't either. Which is again, another reason I think we're on the same page, where we didn't come forward straight away, because we understand that with a leadership change, there are changes in staffing and so on.

What was the red flag for us, and

probably should have been for the rest of the system as well, was two years down the track, the people that he had hired had left in droves. So --

MARINA LOWY: Well, right, that's -- that is a red flag for sure.

CLARISSA JONES-WINTER: Yeah (indiscernible) for sure. And that was part of the --

NATASHA ANUSHRI ANANDARAJA: Anyway, I'm sorry, I didn't mean to -- to cut you off. You were talking about -- So he is going to be under the Oversight Committee, he's been under personal duress for the last little while --

MARINA LOWY: Yeah. I mean, well, he's under professional duress.

NATASHA ANUSHRI ANANDARAJA: Mm-hmm. Mm-hmm.

MARINA LOWY: I mean, he's -- This is pretty well known, and he's under this Oversight Committee, and the Dean is all over him. He's very, he's --

CLARISSA JONES-WINTER: Yeah, he's in a box now that just no one else has.

MARINA LOWY: Yeah.

CLARISSA JONES-WINTER: And that's sort of the other thing, from -- And that's not to take away from anything that you guys went through before, this whole time, and then came back. If you look at him as a person now, in respect to his colleagues here, he is literally in a box that no one else has, and that will -- yeah, that he's going to be accountable to.

MARINA LOWY: Yeah. I mean, he's had to go explain his --

HOLLY ATKINSON: And that's all -- It's more than appropriate. I mean, at least he has a job, and now he's getting support.

MARINA LOWY: We think this is a very -- I mean, this is --

CLARISSA JONES-WINTER: (indiscernible)

MARINA LOWY: He's very lucky. He's for sure, I agree, he's very lucky.

NATASHA ANUSHRI ANANDARAJA: Yes, he's very lucky.

ELENA RAHONA: (indiscernible)

NATASHA ANUSHRI ANANDARAJA: (indiscernible) he's been very lucky.

MARINA LOWY: No -- Well, I don't think that's fair. I mean, I -- I don't think that's

fair. If he were a --

CLARISSA JONES-WINTER: And it's not to prop him up --

MARINA LOWY: There have been women here, believe me, who have been just as big an asshole as he is, who have been given second chances.

CLARISSA JONES-WINTER: Yeah.

MARINA LOWY: That really --

CLARISSA JONES-WINTER: And it's not really to prop him up. I think initially, with the Institute, there's been a whole wide, as you guys have seen, I mean, they're really, like -- And so the Oversight Committee is not to say, okay, we need you to be a good boy and do really well. It's really to create accountability, like, to other people, and also for Sinai to make sure that that's actually happening. My role is not to go in and say, Prabhjot, I'm going to teach you how to be a good person. Like, absolutely not. My role would be for the people who are there, who didn't have anyone, you know, to speak to you before, and actually go in and create a structure that exists everywhere else, that just for some reason didn't exist there

because they had a startup mentality. So --

And I understand how you would think, oh, he has a whole set of, you know, fixers around him. But I can tell you, for -- you know, that committee will be fully put together, but that's not how we're seeing it at all.

NATASHA ANUSHRI ANANDARAJA: Mm-hmm.

CLARISSA JONES-WINTER: Like, these aren't people who are in his pocket, or like, you know, hurrah, hurrah, hurrah for Prabhjot. So --

MARINA LOWY: Yeah. And I think another aspect of this is this has been -- this is very transparent.

CLARISSA JONES-WINTER: Yeah.

MARINA LOWY: This has been laid out for donors, this has been reported to the Board.

CLARISSA JONES-WINTER: Yeah (indiscernible)

MARINA LOWY: I mean, this is not something that's being done in the dead of night. This is very out in the open for institutional -- for the Board of Trustees, and for the people who support the Institute. They know all of this.

NATASHA ANUSHRI ANANDARAJA: Mm-hmm.

MARINA LOWY: So I think in that

respect, you know, he understands that this is very, very serious, and that all eyes are on him, and that he's going to have to deliver -- deliver, and you know, be a good leader, and become a leader. Because clearly, he has not.

In terms of, you know, red flag on turnover, yeah, we have to figure out -- You know, I don't think the HR systems -- You know, we're seven separate hospitals. They're separate corporations. They're not even a single corporation. We don't even share, necessarily, all the same IT platforms. But that would have been ideal to have not just here, but really, to have some sort of trigger for HR when there's a high turnover in a place. That's one of the things we said, but we're just not there yet from an IT perspective. That really has to be some sort of IT solution for HR. But yeah, that would be -- that's a great red flag, you know? Because that's always sort of, flight, employee flight is always a sign of something going awry in a department, or whatever, you know, whatever it is.

But I think the important thing is that, you know, people were -- people complained

a lot about the power he wielded, and the control he had, and I think that's finished, and I don't -- You know, whether he becomes amazing, and he recoups it at some point, you know, that would be great for the Institution, if that happens. But it's not looking like it's going to happen. Certainly not while this Oversight Committee and the Dean are on him, and the Arnholds are watching, and the Board of Trustees is looking.

ELENA RAHONA: And how long is the Oversight Committee in place for?

MARINA LOWY: So there's no end dated for it.

ELENA RAHONA: Mm-hmm.

HOLLY ATKINSON: Mm-hmm.

MARINA LOWY: We didn't talk about an end date. I know Dennis wants a report in six months.

CLARISSA JONES-WINTER: On what's been found.

MARINA LOWY: But he didn't say, oh, when it's over, he -- I don't think he -- I don't think it's going to be over in six months.

ELENA RAHONA: Mm-hmm.

MARINA LOWY: It's just, I don't think

it's going to -- And you know, given that it's July, and some things won't start 'til September, I mean, it's just -- it's going to be a while. It's to be a long process, and it's going to keep on -- it's going to keep on going.

But you know, part of that Oversight Committee's job will be to figure out, you know, Global Health at Mount Sinai, and that's not something we looked at. That's not my job, to figure out what happens academically at Global Health, or programmatically. And that's something that's within the Dean's purview to decide, you know, with the people who give the money for it, where that program is going to go.

And one thing that was sort of universal, people thought Prabhjot was very smart, he's very connected, and had a lot of potential. It's up to him whether he can, you know, reach that potential.

HOLLY ATKINSON: We have a lot of potential, too.

NATASHA ANUSHRI ANANDARAJA: Yeah.

MARINA LOWY: Yeah.

HOLLY ATKINSON: Yeah.

NATASHA ANUSHRI ANANDARAJA: Go on.

MARINA LOWY: Yeah. I mean, I, I'm not -- There's not -- There's nothing I can say to make that better, or to change what happened. I mean, I can't -- we can't undo those events. And I'm sorry for that. But -- but it's different -- You know, disagreement about a program, or its value, or what's going on there, that's just --

HOLLY ATKINSON: Yeah, that's not what we're talking about.

NATASHA ANUSHRI ANANDARAJA: That hasn't been our -- that hasn't been our issue (indiscernible) from the beginning.

HOLLY ATKINSON: That's not an issue.

MARINA LOWY: So in terms of --

HOLLY ATKINSON: That's not at issue.

NATASHA ANUSHRI ANANDARAJA: Yeah, that wasn't the issue that we came with.

In terms of communicating this decision back to the people, and I remember you saying at the beginning of the conversation that this wouldn't -- you wouldn't be contacting every woman, how does that information get communicated back to the people who participated?

MARINA LOWY: So --

NATASHA ANUSHRI ANANDARAJA: And I'm

not sure that everyone wanted to know. Maybe people were just like, here, take the information, I don't care. But I'm pretty sure that (indiscernible)

MARINA LOWY: So ultimately, I think we're going to have to have some sort of departmental meeting. Most of the people are still here, and there's going to have to probably be some meetings departmentally, in terms of --

NATASHA ANUSHRI ANANDARAJA: You mean the Global Health department?

MARINA LOWY: Yeah. Yeah.

HOLLY ATKINSON: Mm-hmm.

ELENA RAHONA: David Berman (indiscernible)

MARINA LOWY: There will be changes (indiscernible) there will be changes.

CLARISSA JONES-WINTER: Yeah. We made, yeah, different recommendations.

NATASHA ANUSHRI ANANDARAJA: Are those recommendations you can share with us?

MARINA LOWY: You -- There will be changes. There will be personnel changes.

CLARISSA JONES-WINTER: We haven't had full communication with everyone. We wanted to

let you guys know, you know, we'd have that conversation.

ELENA RAHONA: Mm-hmm.

CLARISSA JONES-WINTER: When we get something flat that we can move forward --

ELENA RAHONA: Yeah, yeah.

CLARISSA JONES-WINTER: -- we'll have the discussion with you guys.

ELENA RAHONA: But --

CLARISSA JONES-WINTER: And we wanted to do that, but we actually haven't had full communication with everyone.

ELENA RAHONA: Okay. Okay.

MARINA LOWY: And some will be more immediate, and some will be --

CLARISSA JONES-WINTER: Yeah.

MARINA LOWY: -- will take a little bit of time. And people had different issues, and there were different levels of issues. I mean some of the issues with Kirsten, for example, they were -- you know, they were complicated. They're not complicated, but there were different aspects to them.

ELENA RAHONA: Mm-hmm.

MARINA LOWY: And there were different

causes for different things. Things are -- the facts are very involved in some of the interactions. But there will be -- Some of the issues will be addressed through, you'll see, the personnel changes, and changes in the Institute structure. And --

CLARISSA JONES-WINTER: And the people in the department will get the notice sort of that way. And then, there are people who have left, you know, who we had communications with, and some of those people --

And that's the other thing. We didn't want to have the burden just be on you three, or just Renee, or you know, Stella.

ELENA RAHONA: Mm-hmm.

CLARISSA JONES-WINTER: But as Marina said, you were sort of the door-openers for this, and we knew that you had communications. But I think some of the other people, we may need to do an individual reach out to. We couldn't literally speak to every single person again.

ELENA RAHONA: No, I understand. Yeah.

CLARISSA JONES-WINTER: But there are sort of -- yeah (indiscernible)

NATASHA ANUSHRI ANANDARAJA: Right,

because it's -- I don't think we have a handle on everyone that you were in communication with.

CLARISSA JONES-WINTER: Yeah. Yeah.

NATASHA ANUSHRI ANANDARAJA: So that's not something that we can take responsibility for.

CLARISSA JONES-WINTER: There was -- yeah. I mean, there was one sort of list that I had, that I was working with, and that's why we felt comfortable with Renee and Stella. But others, absolutely not. So yeah, I'll take that forward.

MARINA LOWY: Yeah, and some people, there will be more informal communication, you know? It just depends on the person, and how they approached us.

CLARISSA JONES-WINTER: And what they've asked for, actually.

MARINA LOWY: Some people didn't approach us, some people we called in, you know? They didn't come forward.

CLARISSA JONES-WINTER: Mm-hmm. Yeah.

MARINA LOWY: Which was also interesting. Some people who one would have thought might come forward, who didn't, and --

CLARISSA JONES-WINTER: Or people had suggested might come forward because they had certain information, and then didn't.

MARINA LOWY: Who refused.

CLARISSA JONES-WINTER: Yeah. Or came with different information, and we were a little bit like -- Which is sort of a dynamic that happens sometimes in these investigations. Like, everyone's like, you know, like, they'll look at you, understand you've had pain, and say, no, absolutely, I understand, and then it might switch it up a little bit when they're -- They might have a different position once they actually get in front of us. We found that a couple of times. And it was surprising to us as well. So -- yeah.

So --

NATASHA ANUSHRI ANANDARAJA: Okay. Is there anything else we should know?

MARINA LOWY: No. But we wanted to talk to you also just because there were a couple issues that came up in our conversation, if you don't mind us talking to you about those a little bit separately.

NATASHA ANUSHRI ANANDARAJA: Okay. I'm

going to be leaving the country tomorrow. So there is something that would --

MARINA LOWY: How about now? Two minutes now.

CLARISSA JONES-WINTER: (indiscernible) do you have anything?

MARINA LOWY: Yeah, before that, do you have any further questions, or --

CLARISSA JONES-WINTER: I mean, I know -- I's not exactly what you wanted. I know it's not what you wanted. I know. And it's hard to just say, oh, what do you -- you know? But we wanted to have the communication.

There's that option with the Dean. He does not know names, and so -- And he understands the confidentiality aspect of it. I think he wanted to make the point that he's okay to be in front of it. Like, he's okay to have -- to not hide behind anything, and he wants -- You know, he's okay to have a face-to-face. But that's up to you, because he doesn't know at this point, you know? He knew there was going to be a lot of people, and --

C E R T I F I C A T I O N

I, Lindsay Peacock, certify that the foregoing transcript is a true and accurate record of the proceedings.

__________________________________

Veritext Legal Solutions
330 Old Country Road
Suite 300
Mineola, NY 11501

Date: April 27, 2025

**1**

**100** 25:7
**11501** 51:23

**2**

**20** 22:23 35:19
**2025** 51:25
**27** 51:25
**28661** 51:8

**3**

**300** 51:22
**330** 51:21

**4**

**40,000** 20:4

**5**

**5:00** 26:16

**a**

**ability** 6:7 7:9
**able** 19:22
**above** 18:23
**absolutely** 39:21 48:11 49:11
**academic** 4:16 4:16 17:9
**academically** 43:10
**academics** 5:9
**accept** 21:24
**accepted** 4:11 4:19
**accountability** 39:16
**accountable** 38:8
**accurate** 51:4
**acting** 14:6
**actually** 3:20 15:24 17:19 22:3 26:3 30:6 34:9 39:18,23 46:11 48:18 49:14
**additional** 4:15 6:1,8,8
**address** 10:5
**addressed** 2:13 4:22 8:20,23 9:25 34:1 47:4
**afraid** 4:5
**age** 2:25 8:4 9:1 9:4 23:5,8 30:1
**agree** 25:8,8,11 38:18
**al** 1:11,11
**allegations** 23:7
**allow** 32:14
**amazing** 42:3
**amplified** 4:13
**analysis** 9:7 16:2 23:23
**anandaraja** 2:4 2:7 10:25 11:4 11:10,13,17,20 12:2 22:25 23:11 25:18 26:2,9,14 27:21 29:14,22 30:22 32:6 33:14 34:4,14 34:20 35:9 36:18 37:10,17 38:19,22 40:7 40:24 43:22,25 44:10,16,25 45:10,20 47:25 48:4 49:18,25
**animus** 8:25 9:2
**answer** 19:11 31:4
**anushri** 2:4,7 10:25 11:4,10 11:13,17,20 12:2 22:25 23:11 25:18 26:2,9,14 27:21 29:14,22 30:22 32:6 33:14 34:4,14 34:20 35:9 36:18 37:10,17 38:19,22 40:7 40:24 43:22,25 44:10,16,25 45:10,20 47:25 48:4 49:18,25
**anymore** 2:8 36:8
**anyway** 37:10
**apparent** 5:1 34:25
**appear** 21:23
**apply** 17:11,13
**approach** 36:11 48:20
**approached** 48:16
**approaches** 16:20 35:18
**appropriate** 19:13 24:21 38:12
**april** 51:25
**areas** 18:2
**arguing** 9:20
**arnholds** 42:8
**articulately** 12:25
**asked** 8:13 18:13,14 24:15 24:24 31:18 48:18
**aspect** 10:6 15:16 40:12 50:16
**aspects** 16:12 46:23
**asses** 20:17
**assessment** 16:13,16

**asshole** 39:6
**assumed** 22:15
**atkinson** 12:8 13:15 18:4,17 18:23 19:1 20:16,21 21:15 25:6,10,12,22 26:7,17 27:3 27:11,16 28:3 28:6 29:24 30:5,20 31:10 33:9,18 35:5 35:11,21 38:11 42:15 43:20,24 44:8,13,15 45:13
**attuned** 36:2
**authorized** 17:3
**aware** 3:5 29:1
**awareness** 28:19
**awful** 2:13 3:1
**awry** 41:21

**b**

**back** 38:5 44:19,23
**bad** 28:23
**based** 4:14 10:16 27:5,18 27:19,24 32:10 36:13
**bear** 23:13,19
**beginning** 36:19 44:12,20
**behavior** 9:21 14:12 24:16 29:16 32:5,19 33:5
**behaviors** 9:19
**believe** 39:5
**berman** 45:14
**better** 4:17 9:12 20:25 21:9 44:3
**beyond** 6:6 7:1
**bias** 6:3 8:4,8 9:24 10:2,12 11:16 15:19 23:5 24:3
**biased** 24:1
**big** 34:24 39:5
**bit** 46:17 49:7 49:12,24
**blowing** 20:8
**blue** 32:24
**board** 3:24 8:9 11:22,24 12:20 17:6,12 24:12 40:16,22 42:9
**borne** 21:12 23:7
**boss** 13:21 29:10
**bother** 2:8
**box** 37:24 38:7
**boy** 39:15
**broad** 5:6,11 9:4
**brought** 3:21 24:3 31:13
**bunch** 35:15
**burden** 47:13
**bureaucracy** 16:25

**c**

**c** 51:1,1
**called** 48:20
**care** 15:20 16:22 17:1 45:3
**cared** 16:21
**caring** 22:17
**categories** 9:6
**caused** 17:1
**causes** 47:1
**center** 17:9
**certain** 3:7 20:7 49:3
**certainly** 4:15 4:19 9:8 14:1 19:24 42:7
**certify** 51:3
**chance** 14:12 25:25,25 26:3 26:4,5,11,13 32:11
**chances** 39:7
**change** 13:21 21:20 34:24 36:5,23 44:3
**changed** 5:19 22:9
**changes** 4:22 4:25 5:1,3 36:23 45:16,17 45:23,23 47:5 47:5
**changing** 21:21 24:16
**charge** 6:2
**charney** 3:4,10 5:16 8:24 14:9 17:5 20:23 21:4
**choose** 17:14 17:15
**circumstances** 10:3 32:15
**city** 20:2,2
**clarissa** 2:9,15 5:10 6:10,16 6:20 7:2,7,12 7:16 12:4 14:14,17 17:5 19:15 20:12 25:1,9 27:24 28:13,18 32:16 32:21 37:7,23 38:1,16 39:2,8 39:10 40:8,14

40:17 42:19 45:18,24 46:4 46:7,10,16 47:7,16,23 48:3,7,17,22 49:1,5 50:5,9
**clearly** 8:19 9:21 35:1 36:12 41:5
**close** 16:12
**closer** 16:3
**coaching** 22:10
**cogent** 26:20
**colleagues** 3:18 3:18 38:6
**combination** 27:25
**come** 5:23 9:8 18:14 22:8,21 28:20 33:21 36:21 48:21,25 49:2
**comes** 36:11,15
**comfortable** 18:9 33:25 48:10
**coming** 14:9 18:9 29:10,11 34:7
**committee** 5:5 5:7,15 7:14 15:1,5 37:13 37:21 39:14 40:5 42:7,11
**committee's** 10:4 43:7
**communicate** 19:22 20:3
**communicated** 44:22
**communicating** 44:18
**communication** 45:25 46:12 48:2,14 50:13
**communicati...** 47:10,18
**comp** 16:12,14
**compensates** 9:9
**compensation** 10:6 15:23 16:17
**compete** 9:10
**complained** 16:11 23:14 41:25
**complaint** 3:20 19:21 20:5 22:1
**complaints** 2:22 3:5 8:9 21:24,25
**complicated** 34:19,21 46:21 46:22
**concerns** 32:12
**conclude** 17:25
**conclusion** 32:9
**concrete** 15:21
**conference** 16:24
**confidentiality** 50:16
**confronted** 13:11
**connected** 43:17
**contacting** 44:21
**context** 2:22
**continue** 21:13 23:2,3 34:5
**control** 42:1
**conversation** 44:20 46:2 49:22
**conversations** 15:3
**corporation** 41:11
**corporations** 41:10
**correct** 13:3,10 14:12 25:25 26:1,3,5,6,13 28:17 31:14
**correspondence...** 35:2
**counsel** 35:14 35:17
**counting** 11:7
**country** 50:1 51:21
**couple** 29:21 49:15,21
**course** 6:5
**covering** 20:16
**create** 39:16,24
**criteria** 25:13
**cubicles** 12:18
**culture** 21:21 21:23
**cut** 37:11

**d**

**damaging** 33:12
**data** 9:7 23:22
**date** 42:17 51:25
**dated** 42:12
**daughters** 21:10
**david** 45:14
**dead** 40:20
**deal** 10:5
**dean** 2:16 4:11 15:2 18:11 28:25 37:21 42:8 50:14
**dean's** 43:12
**debate** 4:20
**decide** 43:13

**decides** 35:7
**decision** 7:24 16:1 27:15 44:18
**decisions** 27:5
**defining** 29:16
**degree** 21:3
**delay** 4:24
**deliver** 41:3,4
**demean** 12:23
**demeaned** 24:9
**demeaning** 24:8
**demeanor** 9:21 9:22
**dennis** 4:2 12:14 14:8 22:13 42:17
**department** 3:18 8:6,6 12:7 21:18 35:15 41:22 45:11 47:8
**departmental** 45:7
**departmentally** 45:9
**departments** 5:15
**depends** 24:18 48:15
**describe** 16:10
**described** 12:25 24:5 31:24,25
**description** 16:9
**descriptions** 13:2
**deserve** 25:24
**deserved** 32:11
**difference** 13:19,22
**different** 2:21 10:1 14:8 16:8 16:19,19 22:22 29:3,9 34:3 35:22 36:11 44:5 45:19 46:18,19,22,25 47:1 49:6,13
**differently** 23:16
**difficulty** 22:4
**diminish** 14:24
**direction** 14:4 35:7
**directly** 5:16
**director** 27:24
**disagree** 30:1
**disagreement** 44:6
**discern** 25:16 27:4
**discipline** 28:11
**discouraged** 24:10,11
**discriminated** 23:14
**discrimination** 2:17 8:5 9:17 17:2 23:5,8,9
**discussion** 28:21 46:8
**discussions** 29:2
**dismissive** 24:9
**disputes** 14:3
**distinction** 26:18
**doing** 12:11 16:10 29:10 32:25
**donors** 40:16
**door** 47:17
**doubt** 22:1 36:14,15
**dozen** 31:8,9
**dr** 3:4,9 5:16 8:24 17:5 20:23 21:4
**droves** 37:3
**due** 14:14 28:13,16
**duress** 37:14,16
**duties** 16:2,6 16:15
**dynamic** 49:7

**e**

**e** 51:1
**ed** 7:21,21 21:20
**effort** 21:20
**egregious** 29:17
**eh** 16:25
**either** 8:5 9:2 17:3 23:20 36:19
**elena** 2:11 6:12 6:17,25 7:11 7:17,25 10:8 10:13,17,21,24 11:25 13:9,17 15:12 18:19 19:4,8 20:11 24:14,20,23 25:5,20 28:4 29:20 30:17,25 31:5,11 32:3 33:4 38:21 42:10,14,24 45:14 46:3,6,9 46:13,24 47:15 47:22
**eleven** 11:9
**employee** 41:20
**employees** 28:10
**employer** 20:2

**employment** 28:8
**enlightening** 33:13
**environment** 3:15 5:13 16:5
**environments** 22:6
**essentially** 10:16
**established** 17:9
**et** 1:11,11
**events** 44:4
**everybody** 4:4 4:5 14:20
**everyone's** 16:14 49:9
**evidence** 11:16
**evidenced** 12:6
**exactly** 31:21 32:19 50:10
**example** 7:3 17:4 46:20
**examples** 9:14
**exception** 4:13
**exist** 39:25
**exists** 39:24
**expectations** 32:17,18
**expected** 2:18 15:4
**expecting** 9:16
**experience** 3:12 10:12
**experienced** 24:6,7,8
**expertise** 6:7
**explain** 30:8 31:21 38:10
**extent** 20:6
**external** 5:23 16:1
**eyebrows** 13:8
**eyes** 41:2

**f**

**f** 51:1
**face** 50:20,20
**fact** 2:20 9:2 19:22 31:16,22 31:22 34:10
**facts** 31:13,14 47:2
**failure** 18:5 19:23
**fair** 12:13 14:16 17:25 32:14 38:25 39:1
**fancy** 17:15
**far** 31:1 32:25
**father** 21:10
**fear** 21:25 34:8
**fed** 3:21
**feel** 9:23 10:10 13:8 18:9 23:25 32:19 33:24 34:16
**feeling** 8:22 24:13
**felt** 21:7 23:15 25:3,4 32:9,10 48:10
**festered** 18:10
**figure** 7:15 15:19 20:3,9 26:19 27:11 41:7 43:7,10
**finance** 5:8
**finances** 5:12
**find** 8:5,8 9:1,2 23:4 29:25 30:2,3,4
**finding** 9:16 13:16,18
**findings** 4:10 4:12 8:2
**fine** 10:19
**finish** 26:16
**finished** 42:2
**fired** 13:6,10 22:2 28:1 33:2
**first** 3:3 8:2 27:14 33:11
**fix** 12:19,21 13:4 14:9,22 15:15,15,16 18:3 32:20
**fixed** 8:21 12:19
**fixers** 40:3
**flag** 36:16,25 37:6 41:6,19
**flat** 46:5
**flight** 41:20,20
**folks** 9:6
**follow** 16:6,23 17:14,18,19 32:22
**followed** 6:24
**foregoing** 51:3
**forgive** 26:10
**form** 28:15
**formal** 3:20
**forward** 3:21 3:21 18:9,15 22:1 24:3 26:4 31:13 33:21 34:7 36:21 46:5 48:12,21 48:25 49:2
**found** 8:25 14:19 16:18 27:7 30:6 42:20 49:14
**frankly** 13:23 31:13
**friends** 3:17
**front** 49:14 50:18
**full** 16:15 45:25 46:11
**fully** 6:18 40:5

**function** 19:16
**funding** 14:3
**further** 6:19 50:8

**g**

**game** 34:2
**gate** 9:15
**gender** 2:17,24 6:3 8:4,8,16,25 9:1,2,16,24 10:2,12,16 11:16 23:4,8 23:25 24:3 29:25 32:1,2,4
**gendered** 24:4
**general** 6:4 35:14,17
**getting** 24:11 27:12 38:13
**give** 14:12 43:13
**given** 14:21 18:1 26:5 30:15 32:15,16 32:18 39:6 43:1
**global** 3:6 14:4 35:3,8 43:8,10 45:11
**gme** 21:19
**go** 17:16 20:17 20:19,20 31:22 38:10 39:19,23 43:14,25
**going** 3:2,23 5:1,7,8,9,10,22 7:19 9:24 10:3 10:4,9 14:2,4,5 15:1 16:7,7,13 20:7 21:17 22:1,20,21,22 23:3 33:6,25 36:13 37:12 38:8 39:19 41:3,21 42:6 42:23 43:1,3,4 43:5,5,14 44:7 45:6,8 50:1,22
**good** 8:15 29:20 30:14 39:15,20 41:4
**google** 9:12
**gotten** 22:9,10
**govern** 28:8
**grants** 24:12
**great** 32:25 41:19 42:5
**grounds** 27:1
**groups** 16:19
**grouse** 3:13
**guess** 21:9 29:14
**guy** 10:15 22:16
**guys** 4:23 12:24 18:14 21:3 31:15 38:3 39:13 46:1,8

**h**

**handle** 48:1
**hanging** 11:19
**happen** 5:24 31:18 42:6
**happened** 23:1 23:6 29:3,4,13 44:3
**happening** 3:2 3:2 29:12 35:3 39:18
**happens** 42:5 43:10 49:8
**hard** 9:10 26:10 31:21 36:7 50:11
**harvey** 7:13
**hate** 16:21
**hated** 14:20
**health** 3:6 14:4 35:3,8,17 43:8 43:11 45:11
**hear** 3:13 21:6 21:24 26:10 29:6
**heard** 2:2 16:4 21:2
**help** 22:3,7
**hero** 36:15
**hide** 50:19
**high** 33:8 41:15
**hired** 37:3
**hmm** 6:16 7:7 7:11,17,25 10:13,21,24 11:10,17,20 12:2 15:12 20:11 21:15 23:11 24:20 25:9 28:3,6 30:20 31:10 33:18 35:5,21 35:21 37:17,18 40:7,24 42:14 42:15,24 45:13 46:3,24 47:15 48:22
**holly** 12:8 13:15 18:4,17 18:23 19:1 20:16,21 21:15 25:6,10,12,22 26:7,17 27:3 27:11,16 28:3 28:6 29:24 30:5,20 31:10 33:9,18 35:5 35:11,21 38:11 42:15 43:20,24 44:8,13,15 45:13
**holly's** 29:15
**home** 16:22,23
**horrible** 21:14

**hospitals** 41:9
**hr** 5:10 15:25 16:15,16,17 17:6,11 19:16 19:17,18,20 21:19 27:19,24 28:7 41:8,14 41:18
**hurrah** 40:10 40:10,10

**i**

**idea** 3:10 12:22 18:11 19:15,16 28:9
**ideal** 41:13
**ideas** 5:22
**immediate** 46:15
**immediately** 21:11 34:25
**important** 41:24
**impossible** 31:4
**improved** 5:19
**improving** 5:13
**inappropriate** 14:8
**include** 5:8,9 5:10
**including** 15:18
**incredible** 17:21
**incredibly** 22:6 22:17
**indiscernible** 2:5,8,11 3:11 6:21 7:15,16 12:5 19:5,8 22:13 25:22 26:1 28:14 29:19 30:21 32:7,22 35:10 37:8 38:16,21 38:23 40:18 44:12 45:4,15 45:17 47:24 50:5
**individual** 47:20
**industry** 9:11
**inescapable** 6:5
**informal** 48:14
**information** 44:22 45:3 49:3,6
**informed** 3:4 32:12
**initial** 21:11
**initially** 39:11
**input** 6:1
**insightful** 22:18
**instances** 15:25
**institute** 4:23 5:14 8:6 17:8 39:12 40:23 47:5
**institution** 16:2 18:5 21:16 42:5
**institutional** 34:9 36:3 40:21
**interactions** 47:3
**interesting** 3:12 48:24
**interview** 24:19
**interviewed** 23:23,24 31:8
**invested** 22:11
**investigate** 4:3
**investigation** 2:20 6:5 23:6 31:7 33:11 34:1 35:4
**investigations** 49:8
**involved** 15:25 21:18 33:15,15 33:16,17 47:2
**issue** 9:24 14:15 15:22 17:22 19:24 25:3 36:5,6 44:11,13,15,17
**issues** 2:17,19 2:25 3:6 4:17 4:21 6:3,4,6 7:20 8:3,16,18 8:20,21 10:7 10:19 13:24 14:2,3 15:17 15:18,22 16:18 28:24 46:18,19 46:20 47:4 49:22

**j**

**jeremy** 22:13
**jerk** 10:15,16 29:8
**job** 7:14 9:5,12 10:4 16:2,6,9 16:14,16 25:7 38:13 43:7,9
**jones** 2:9 6:10 6:16,20 7:2,7 7:12,16 12:4 14:14,17 20:12 25:1,9 28:13 28:18 32:16,21 37:7,23 38:1 38:16 39:2,8 39:10 40:8,14 40:17 42:19 45:18,24 46:4 46:7,10,16 47:7,16,23 48:3,7,17,22 49:1,5 50:5,9
**judge** 35:6
**july** 43:2

**k**

**karen** 19:15
**keep** 12:8 43:4 43:5
**keeping** 12:9
**ken** 22:12
**kept** 26:24
**kind** 16:6 22:15 28:16 36:6
**kirsten** 19:17 46:20
**knew** 3:8,8 8:11 18:23 47:18 50:22
**know** 2:1 3:3,6 3:8,14,17,18,22 4:3,6,6,8,8,9,16 4:24 6:2,14 7:4 7:5,19,20,23 8:19,22,25 9:3 9:13,18,19,21 10:19 12:17,19 12:22 13:1,7 13:20,23,25 14:21,23 15:4 17:7,17,23,23 18:7,13,22 19:12,25 20:7 20:8,9,18,19,22 20:25 21:1,2,5 21:8,11,12,21 22:4,5,15,23,24 23:18,19 24:2 24:17,18 25:10 26:15 28:22,25 29:8,10,18 30:18 31:3,7,8 31:18,23 32:8 32:25 33:1,23 33:24 35:1,1,2 35:7 36:1,8,12 36:14,16 39:22 40:3,4,10,23 41:1,4,6,8,8,19 41:22,25 42:3 42:4,17 43:1,6 43:7,13,19 44:6 45:1 46:1 46:1,21 47:10 47:14 48:15,20 49:9,19 50:9 50:10,11,12,15 50:19,21,22
**known** 36:10 37:20
**knows** 4:16 7:22 15:4

**l**

**lack** 21:9
**laid** 40:15
**large** 18:5
**larger** 30:7
**largest** 20:1
**law** 28:2
**layer** 22:12
**leader** 30:13,14 41:4,5
**leaders** 16:19
**leadership** 4:16 5:12 6:4 8:19 22:14 32:7 36:23
**learning** 3:12
**leave** 8:13 36:17
**leaving** 35:25 35:25 36:1,1,4 50:1
**left** 35:16,20 37:3 47:10
**legal** 26:25 27:19 30:11 51:20
**legally** 27:7
**level** 23:10 25:23 26:24 30:7 36:3
**levels** 46:19
**life** 22:9
**liked** 26:13
**limitations** 17:10
**lindsay** 51:3
**line** 29:16,18 29:23 30:17,18 30:24 31:1
**list** 48:8
**literally** 29:4 38:6 47:21
**little** 19:25 26:10 37:14 46:17 49:6,12 49:23
**loaded** 18:7
**long** 2:20 33:21 42:10 43:4
**look** 6:2,7 7:10 7:22 10:9 16:14 20:18 21:16 22:5 31:6 35:14 38:5 49:9
**looked** 7:19 10:7 15:23 23:21,22,23 43:9
**looking** 6:3 8:4 22:3 27:8 42:6 42:9
**lot** 2:12,13,21 2:21,25 3:1,11 4:7,9 9:3,11 10:1,7 15:18 15:24 21:17,17 23:22,24 31:14 31:15 35:1 36:16 42:1 43:17,20 50:22
**lowy** 2:1,6,12 6:14,22 7:3,9 7:13,18 8:1 10:11,14,18,22 11:3,6,11,15,18

11:21 12:3,6 12:10 13:13,16 13:18 14:16,19 15:13 18:6,21 18:24 19:2,6,9 20:14,18,22 21:16 23:4,12 24:17,21,25 25:2,8,11,14,24 26:12 27:2,10 27:13,18,23 28:5,7,15 29:21 30:4,9 30:21 31:3,6 31:12 32:8,18 32:23 33:6,10 33:16,19 34:13 34:18,23 35:6 35:12,22 37:5 37:15,19,25 38:9,14,17,24 39:4,9 40:11 40:15,19,25 42:12,16,21,25 43:23 44:1,14 44:24 45:5,12 45:16,22 46:14 46:17,25 48:13 48:19,23 49:4 49:20 50:3,7

**lucky** 38:17,18 38:20,23

**m**

**made** 4:10,10 6:9 8:9 26:21 27:17 45:18

**make** 7:23 12:24 21:22 27:14,15 39:17 44:3 50:17

**makes** 9:23

**making** 20:14 21:22 27:5

**managed** 7:24

**management** 27:9

**manages** 32:10

**marina** 2:1,6 2:12 6:14,22 7:3,9,13,18 8:1 10:11,14,18,22 11:3,6,11,15,18 11:21 12:3,6 12:10 13:13,16 13:18 14:16,19 15:13 18:6,21 18:24 19:2,6,9 20:14,18,22 21:16 23:4,12 24:17,21,25 25:2,8,11,14,24 26:12,18 27:2 27:10,13,18,23 28:5,7,15,22 29:21 30:4,9 30:21 31:3,6 31:12 32:8,18 32:23 33:6,10 33:16,19 34:13 34:18,23 35:6 35:12,22 37:5 37:15,19,25 38:9,14,17,24 39:4,9 40:11 40:15,19,25 42:12,16,21,25 43:23 44:1,14 44:24 45:5,12 45:16,22 46:14 46:17,25 47:16 48:13,19,23 49:4,20 50:3,7

**match** 21:5

**mean** 2:14 4:6 4:23 8:17,21 9:15 11:6,7,21 12:13 14:19 15:8 16:18 18:6,20 19:19 19:19,20 20:19 21:10 23:13,19 24:17 25:4 26:13 27:23 28:10 29:24 31:6 32:13 34:23 37:11,15 37:19 38:9,12 38:15,25 39:13 40:19 43:3 44:1,4 45:10 46:19 48:8 50:9

**means** 10:9 15:7,11

**mechanisms** 19:21

**med** 7:21,21 21:19

**medical** 17:9

**meeting** 45:7

**meetings** 45:9

**men** 8:9,13 10:23 11:2 12:7 16:10

**mentality** 40:1

**merger** 35:15

**message** 18:2

**met** 2:24 8:2

**mind** 13:25 49:23

**mineola** 51:23

**minute** 5:4

**minutes** 50:4

**miserable** 21:8

**mistreated** 11:2

**mistreating** 25:16,19

**mm** 6:16 7:7,11 7:17,25 10:13 10:21,24 11:10 11:17,20 12:2 15:12 20:11 21:15 23:11

24:20 25:9 27:10 28:3,6 30:20 31:10 33:18 35:5,21 35:21 37:17,18 40:7,24 42:14 42:15,24 45:13 46:3,24 47:15 48:22
**money** 7:5,6 43:14
**months** 5:17,18 34:2 42:18,23
**morphed** 6:3
**mount** 19:25 32:10 33:23 43:8
**move** 26:15 46:5
**multidiscipli...** 5:7
**myriad** 31:7

**n**

**n** 51:1
**names** 50:15
**natasha** 2:4,7 10:25 11:4,10 11:13,17,20 12:2 22:25 23:11 25:18 26:2,9,14 27:21 29:14,22 30:22 32:6 33:14 34:4,14 34:20 35:9 36:18 37:10,17 38:19,22 40:7 40:24 43:22,25 44:10,16,25 45:10,20 47:25 48:4 49:18,25
**necessarily** 11:3,5 16:9 35:13,23 36:3 41:11
**need** 8:23 16:3 22:7,7 25:7 39:15 47:19
**needed** 4:15
**needs** 2:13 3:21 6:8
**never** 18:1 29:4 29:13
**new** 35:14,17 35:17,18,18
**night** 40:20
**nimble** 16:7
**notice** 28:16,17 47:8
**number** 8:15
**numbers** 11:7
**nuts** 16:13
**ny** 51:23

**o**

**o** 51:1
**objective** 16:1
**obvious** 35:13 36:3
**offices** 12:18
**oh** 2:3,6 6:20 7:2 40:3 42:21 50:12
**okay** 2:6 13:17 18:24 26:14,15 29:18 39:15 46:13,13 49:18 49:25 50:17,18 50:20
**old** 51:21
**once** 15:5 49:13
**ones** 2:23,24
**open** 21:23 40:21
**openers** 47:17
**opportunity** 12:12 13:3 14:22 28:17 30:15
**option** 50:14
**order** 15:5
**outcome** 14:25
**outliers** 13:1
**output** 5:12
**outside** 5:14
**overall** 5:13
**overarching** 8:3
**oversight** 5:5 5:15 7:14 10:4 15:1 37:13,20 39:14 42:7,11 43:6
**overstatement** 28:12
**overview** 16:12

**p**

**page** 36:21
**pain** 49:10
**paperwork** 17:1
**part** 10:3 12:20 31:21 35:16 37:8 43:6
**participated** 44:23
**particular** 13:25
**pattern** 25:15 25:16,19 29:25 30:2,3,6,7
**pay** 3:14 33:7
**paying** 33:7
**pays** 9:9
**peacock** 51:3
**peer** 13:19 14:5
**peers** 13:23 14:2 29:11
**pending** 6:18
**people** 3:7,13 3:16,16,22,24 4:2,4,7,9 5:6,8 5:9 7:4 8:10,11

8:12,22 9:8,10 9:23,23 10:8 10:10,12,14,18 11:22 12:16,20 12:23,24 13:2 13:11,12,20 14:1,12 16:8 16:15,20,21,22 16:23,25 17:2 17:3,21 18:9 18:13,14,16,23 19:12,14 20:4 20:7,13 21:7 21:22 22:3,5,8 23:13,17,24,24 24:6,14,18,23 25:2,24 29:7,8 30:10 31:9 32:1,19 33:24 34:11 35:16,18 36:1,4,6,17 37:3 39:17,21 40:9,22 41:25 41:25 43:13,16 44:19,23 45:2 45:7 46:18 47:7,9,11,19 48:13,19,20,24 49:1 50:23
**people's** 9:20 28:8
**perceive** 8:16 17:2
**perceived** 8:18 20:7,12 23:17 29:11 32:1
**perception** 10:2 11:1 15:19 21:4
**perceptions** 9:20
**period** 6:13,15
**person** 11:19 16:10 19:17,18 19:20 21:13 23:2,3 24:19 24:22 25:15 26:11 28:21,24 31:17 36:7 38:5 39:20 47:21 48:15
**personal** 37:14
**personally** 33:12
**personnel** 4:22 5:1 45:23 47:5
**perspective** 41:17
**phenomenal** 17:20
**phone** 2:5
**pick** 17:14,15
**place** 22:23 33:25 34:6,15 41:15 42:11
**platforms** 41:12
**plenty** 8:14
**pocket** 40:9
**point** 18:19 19:25 32:3 42:4 50:17,21
**policies** 17:11 17:12
**policy** 14:18 28:20 30:11
**poor** 27:9 30:12 32:7
**position** 49:13
**possibly** 23:2
**potential** 28:19 43:18,19,21
**power** 42:1
**prabhjot** 5:2 8:10 29:2 36:10 39:19 40:10 43:16
**practices** 16:17 17:6
**pretend** 22:21
**pretty** 5:2 9:4 37:20 45:3
**price** 9:9 33:7,7 33:8
**primary** 2:23 2:23 8:7
**principles** 28:8 28:9
**print** 27:19
**probably** 4:6,7 5:16,23 28:11 32:22 37:1 45:8
**probationary** 6:12,15
**problem** 19:12 19:14
**problems** 29:12
**proceedings** 51:5
**process** 3:3 14:15 19:13 22:20 28:14,16 29:3 34:9 43:4
**processes** 34:6
**productivity** 5:12
**professional** 37:16
**program** 43:14 44:6
**programmatic** 34:24 36:5
**programmati...** 43:11
**progress** 5:18
**progressive** 28:11
**prop** 39:3,11
**protocol** 16:24
**publishing** 24:11
**purview** 43:12
**push** 21:25

**put** 15:5 40:5
**puts** 34:15

**q**

**question** 6:11 18:8 24:15,19 24:22 25:14,21 26:19 29:15 31:4
**questions** 50:8
**quite** 8:15 31:24

**r**

**r** 51:1
**rahona** 2:11 6:12,17,25 7:11,17,25 10:8,13,17,21 10:24 11:25 13:9,17 15:12 18:19 19:4,8 20:11 24:14,20 24:23 25:5,20 28:4 29:20 30:17,25 31:5 31:11 32:3 33:4 38:21 42:10,14,24 45:14 46:3,6,9 46:13,24 47:15 47:22
**raised** 2:18 7:20 15:17,18 15:22 28:25
**raising** 13:7
**range** 9:4 10:23
**rape** 30:18
**rate** 29:18
**rather** 34:15
**reach** 43:19 47:20
**react** 21:10
**reacted** 20:23 20:24 21:8
**reaction** 21:11 22:17 23:1,6
**reading** 9:25
**real** 8:23
**realistically** 5:24
**reality** 17:7 21:6
**realized** 33:1
**realizes** 8:24
**realizing** 22:18
**really** 2:21,25 3:1 6:2,6 9:15 11:11 12:13 16:14,20 17:1 17:6 22:11 29:17 31:23 39:9,11,13,15 39:16 41:13,17
**reason** 8:7 29:20 30:13 36:20 39:25
**reasons** 9:5 10:2 13:24 17:5 36:9
**recommend** 5:3 12:9 26:21,24
**recommendat...** 27:14,15
**recommendat...** 4:11,12,14,18 6:9 27:17 45:19,21
**record** 51:4
**recoups** 42:4
**recruited** 8:11 17:21
**recruiting** 9:5 17:17,18,20
**recruits** 9:3
**red** 36:16,25 37:6 41:6,19
**reflected** 24:1
**refused** 49:4
**relates** 35:2
**relationship** 7:21
**relationships** 5:14
**relying** 34:15
**remediate** 30:14,16 32:13 32:14
**remember** 44:19
**remotely** 17:4
**renee** 47:14 48:10
**replacement** 5:3
**report** 5:15 34:8 42:17
**reported** 2:16 4:1 40:16
**resigned** 34:11
**resources** 7:8
**respect** 7:18 19:10 33:22 38:6 41:1
**responsibility** 48:5
**responsible** 22:2
**rest** 37:1
**results** 5:20
**retaliation** 34:8
**retention** 17:22
**review** 5:18,23 6:8,19 16:14 16:15 19:13 20:5
**reviewed** 6:18 6:23,23,23
**right** 13:5,24 19:11 20:19 21:21 25:20,20 27:15,20,21 28:2,4,13 30:12 31:4 32:4 33:25 35:11,23 37:5 47:25

**ringer** 2:10
**rise** 25:23 26:23 30:7
**road** 51:21
**robust** 19:21
**role** 39:18,21
**rubbed** 10:10
**rubs** 9:22
**rules** 17:18,19 35:18

**s**

**safo** 1:11
**salvageable** 24:16
**saw** 12:14
**saying** 14:9 20:17 28:22,23 29:6,25 30:2,5 30:23,23,25 34:12,21 44:19
**scenario** 35:22
**school** 35:7
**scope** 5:6,11 7:1
**second** 39:6
**see** 4:21 5:18 7:2 18:16 47:4
**seeing** 4:24 40:6
**seems** 17:20 33:2
**seen** 39:13
**senior** 4:2 5:6 9:11 15:9 28:11 29:7
**sentence** 26:22 27:4
**separate** 41:9,9
**separately** 49:24
**september** 5:25 43:2
**serious** 8:18 15:3 41:2
**set** 40:3
**seven** 41:9
**several** 15:2
**share** 41:11 45:21
**shifting** 16:8
**short** 15:5
**sign** 41:21
**signature** 51:8
**similar** 8:8
**sinai** 3:14 9:9 14:11 20:1 32:10 33:24 39:17 43:8
**singh** 1:11
**single** 41:10 47:21
**sitting** 11:6 15:1
**six** 5:16,18 34:2 42:17,23
**smart** 43:17
**solution** 41:18
**solutions** 51:20
**someone's** 7:22
**soon** 5:2
**sooner** 18:10 18:15
**sorry** 2:4 34:5 34:5 37:11 44:5
**sort** 2:1,18,22 3:23 5:21 8:3 9:3 10:22 11:22 16:5 22:13,18 24:1 24:6,12,18 26:19 28:16,21 28:24 29:15,22 30:25 32:9 38:1 41:14,18 41:20 43:15 45:6 47:8,17 47:24 48:8 49:7
**sounding** 3:24
**soup** 16:13
**span** 9:3,4
**speak** 39:23 47:21
**specific** 8:1 28:18,24
**specifically** 5:10
**specifics** 28:19
**spend** 7:5,6
**spending** 7:5
**spoke** 4:7,8,9 13:2
**staffing** 36:23
**standardize** 16:17 17:6
**start** 43:2
**started** 5:17
**startup** 16:6 17:8 40:1
**statistics** 23:21 23:23
**steam** 20:8
**stella** 47:14 48:10
**stern** 15:3
**steve** 7:13
**story** 34:3
**straight** 36:22
**straightforward** 15:3
**strengthened** 4:18
**stressful** 22:6
**strong** 17:24
**struck** 2:14
**structure** 39:24 47:6
**stuff** 3:25 4:25
**subordinate** 14:7 29:9

**suggested** 49:2
**suite** 51:22
**summer** 5:25
**supervisory** 28:21
**support** 38:13 40:23
**supposed** 7:23
**sure** 6:24 21:1 23:18 26:12 31:9 37:6,8 38:18 39:18 45:1,3
**surprising** 49:15
**switch** 2:9 49:12
**system** 22:14 34:15 35:17 37:2
**systems** 41:8

**t**

**t** 51:1,1
**table** 32:4
**take** 15:20 21:1 35:8 38:3 45:2 46:17 48:5,11
**takes** 22:24
**talk** 3:16 4:4,5 5:4 12:23 42:16 49:21
**talked** 2:24 3:7 3:17 18:22 19:14 24:6
**talking** 7:4 27:16 37:12 44:9 49:23
**teach** 39:20
**tell** 15:9 40:4
**telling** 13:19,21
**ten** 11:9
**tends** 9:7
**terminated** 17:24 18:3
**terms** 5:11 8:1 13:10 14:3 24:16 32:5 41:6 44:14,18 45:9
**terribly** 32:24 33:2
**tested** 21:4
**therapy** 22:10
**thing** 2:16 3:11 13:5 14:8,16 14:25 15:21 18:1 35:1 38:2 41:24 43:15 47:12
**things** 5:22 6:17 7:1 12:24 16:8,20 24:3,4 29:1,21 31:15 32:1 34:12 41:16 43:2 47:1,1
**think** 2:14,23 3:8,13 4:6 10:1 10:11,14,15 11:15 13:13,14 14:23,24 15:6 15:8 16:3 18:4 18:6,8,11 19:11,13 20:6 21:3,6 23:5,6 30:9,10 31:15 31:20,20 32:8 32:13 33:10,12 33:20 36:12,20 38:14,24,25 39:11 40:2,11 40:25 41:8,24 42:2,22,23,25 45:5 47:19 48:1 50:16
**thought** 3:7 4:14 8:3 19:16 24:9 32:14,23 32:25 43:16 48:25
**thoughtful** 22:17
**three** 47:13
**tier** 22:14
**time** 2:20 3:13 22:24 34:11 35:13 38:4 46:18
**times** 9:11 49:15
**title** 16:16
**titles** 17:16,16
**together** 15:6 20:10 40:5
**told** 2:15 3:9,9 12:11,14,14,16 13:8 15:14 20:20 28:23 32:19
**tomorrow** 22:21 50:1
**ton** 31:12
**tone** 24:5
**took** 2:20 33:20 35:14
**top** 15:2 22:11 22:12,14,14
**total** 36:11,16
**touching** 2:5
**track** 37:2
**training** 22:12
**transcript** 51:4
**transparent** 40:13
**travel** 16:24 17:4
**treated** 23:16
**treatment** 3:15
**trigger** 19:13 20:4 33:25 35:23 41:14
**triggered** 34:10
**triggering** 19:3

**true** 14:11 21:5 23:20 28:25 31:16 51:4
**trustees** 40:22 42:9
**truth** 23:19
**try** 3:25 10:5
**trying** 26:18,20 27:4,11
**turn** 15:7,14 31:23
**turnover** 12:7 41:7,15
**two** 11:19 31:8 31:8,9 33:5 37:2 50:3

**u**

**ultimately** 45:5
**under** 10:2 33:10 34:7 37:13,13,16,20
**understand** 3:23 21:22 26:17,21 27:22 32:4 34:21 36:22 40:2 47:22 49:10,11
**understanding** 3:19
**understands** 15:6,10,13 18:12 41:1 50:15
**undo** 44:4
**unfair** 32:24 33:3,4
**unfortunate** 18:8 33:20
**uniformly** 17:11
**unique** 24:13
**universal** 43:16
**universe** 2:19
**upped** 35:19
**upset** 21:6
**upsetting** 18:15
**used** 20:1

**v**

**v** 1:11
**vacations** 5:25
**value** 44:7
**varied** 24:25
**venting** 20:8
**veritext** 51:20
**violate** 27:6
**violating** 28:2
**violation** 30:11 30:12
**violations** 27:8 28:20
**vis** 7:21,21

**w**

**want** 4:3 5:23 9:8,13 14:21 25:25 26:17 30:14 35:16 36:7 47:13
**wanted** 4:2,4 17:5 26:3,4 36:6 45:1,25 46:10 49:20 50:10,11,13,17
**wants** 6:1 36:15 42:17 50:19
**wasting** 7:7
**watching** 42:9
**way** 9:1,23 10:10 11:12 12:17,23 13:2 18:7,17 19:23 24:7 26:20 27:20 31:24,25 47:9
**ways** 22:3 35:18
**we've** 22:8,9,10
**weight** 11:15
**wellness** 21:20
**went** 12:19 29:7 31:16 38:3
**whatsoever** 32:2
**wide** 39:12
**wielded** 42:1
**winter** 2:9 6:10 6:16,20 7:2,7 7:12,16 12:4 14:14,17 20:12 25:1,9 28:13 28:18 32:16,21 37:7,23 38:1 38:16 39:2,8 39:10 40:8,14 40:17 42:19 45:18,24 46:4 46:7,10,16 47:7,16,23 48:3,7,17,22 49:1,5 50:5,9
**wish** 17:24
**woman** 11:8 44:22
**women** 8:10,14 8:15 10:23 11:1,9 12:7,17 16:11 24:13 25:4,7,17,19 34:7,16 39:4
**word** 21:22
**work** 11:11 16:21 17:3,10 18:12 21:8,13 22:6,22 23:2,3 24:10 36:7
**worked** 22:23
**workforce** 32:11
**working** 11:23 11:25 13:20 14:20 16:22 21:19 25:3 35:24 48:9

**wow** 22:8 35:24
**wowed** 2:2
**wrong** 9:23 10:10 12:11

**y**

**yeah** 7:3,12 10:17 11:14 12:3,4 18:19 20:21 22:16 25:1,5,6 27:22 29:24 31:2,5,9 31:11 32:5 34:18 35:9 36:18 37:7,15 37:23,25 38:8 38:9 39:8 40:11,14,17 41:7,18 43:22 43:23,24 44:1 44:8,16 45:12 45:12,18,19 46:6,6,16 47:22,24 48:3 48:3,8,11,13,22 49:5,16 50:7
**year** 34:2
**years** 18:10 22:24 33:5 35:19 37:2
**young** 23:15,17
**younger** 9:6,7