# Exhibit 56

**From:** "Singh, Prabhjot" <Prabhjot.Singh@mssm.edu>
**To:** "Safo, Stella" <stella.safo@mssm.edu>
**Cc:** "Berman, David" <david.berman1@mssm.edu>, "Knaup, Kirsten" <kirsten.knaup@mssm.edu>
**Subject:** Re: Cake!
**Sent:** 2017-09-19T14:42:33Z

This conversation needs to go offline. All, please do not reply to this thread.

> On Sep 19, 2017, at 10:34 AM, Safo, Stella <stella.safo@mssm.edu> wrote:
>
> David,
>
> I disagree that my tone is combative and appreciate you letting me know it has come off that way; I will certainly strive to create a most neutral a tone as possible. I have actually appreciated this discussion; when I joined the senior management meeting, Prabhjot asked us to have the hard conversations with each other. This is one of them and I'm glad we're having it. I certainly did not want you to be upset and I am not at all in a 'fight mode' in this conversation- I think it provides a good opportunity for clarification of roles, of contributions moving forward. I was under the impression it was a conversation for you and I to sort through, but appreciate you bringing Prabhjot and Kirsten on to help drive towards a solution for this.
>
> To that end, would it be helpful to have a conversation with the 4 of us? I think so but I leave it to you David. I certainly understand your concerns about this celebration and have a lot to respond to for the points you listed (for example, I also did not celebrate my birthday here; the date was chosen bc it's the day both are available for this last minute celebrate; I was not aware we have a chain of command in requesting staff time- it's not how we've functioned before, and if we want to do so, let's be clear about that moving forward rather than expect it to happen without signaling that). I list some of these replies to say I think there are fair reasons as to what you may note as a situation reflecting my non-inclusion, as actually being a situation others can view completely differently. Let's not assume malice of intent. Let's also not make blanket statements that of patterns of behavior. Indeed, before that becomes the conclusion, let's understand each other. In the spirit of building the best working relationship for all of us at senior management and for culture, think it may be worthwhile to just spend some time unpacking this.
>
> I respect your leadership immensely. I also value having my concerns heard and my replies to you have been in that vein, with no offense intended.
>
> Happy to follow your lead on how best to address this moving forward. Insights from others on this thread are also welcome.
>
> Stella
>
>
>> On Sep 19, 2017, at 10:07 AM, Berman, David <david.berman1@mssm.edu> wrote:
>>
>> Stella,
>>
>> It is your tone and replies that I frankly find combative and it is your handling of this celebration event that I think sends a tone to me and others of non-inclusion and a lack of respect for basic administration protocols and the people who lead them, including me. But as Chief of Staff working with another member of the Senior Management team, I choose to

engage with you anyway. Not engaging is unacceptable in my role.
>>
>>
>> My tone is striving for clarity and inclusion, to build the best administrative processes at the Arnhold Institute for Global Health and Department of Health System Design and Global Health. If you find that hard to engage with, let's discuss what works best for you in the context of the tone you are putting out and respect for roles and responsibilities.
>>
>> DB
>>
>>
>>
>>
>>
>>
>>> On 9/19/17, 9:59 AM, "Safo, Stella" <stella.safo@mssm.edu> wrote:
>>>
>>> Hi David,
>>>
>>> Came in to speak with you but you were busy so wanted to reply to let Prabhjot and Kirsten know I've seen this and am happy to discuss with you 4. You're getting at deeper concerns that should be discussed and I'd like to understand where that stands in relation to Prabhjot and Kirsten's insights.
>>> To iterate again, I appreciate the feedback and the issues it raises. I'm bringing up again that I think it's important to be explicit about how this email and tone signals for me to continue to engage (or not).
>>>
>>> Stella
>>>
>>>> On Sep 19, 2017, at 9:27 AM, Berman, David <david.berman1@mssm.edu> wrote:
>>>>
>>>> Stella,
>>>>
>>>> Please let me be clear herein, on the record: I do absolutely reject and caution against celebration ideas when it is appropriate to do so, and I am doing so specifically with your cake invitation to celebrate Amanda and Natalie's birthdays on Thursday.
>>>>
>>>> The reasons for this are you did this effort un-optimally and it fits a pattern of you doing so. In this case, as with others in the past, you left people off the invitation list, the invitation does not specify if the event is a surprise or the people being celebrated know about it, you picked a date that is a major holiday at this Health System and in New York City, you included Amanda who does not report to you and I am doubtful that you cleared including her with her boss (Prabhjot) meaning you may not be aware of any personnel issues why she would not or her boss would not want to celebrate her birthday, you are likely are not taking into account dietary restrictions across the office (will the cakes at least be kosher for Rosh Hashanah?), you have no plan for celebrating each member of the staff's birthdays (you missed mine this year) so your celebration effort is selective, and at the end of the day you don't get to decide alone without agreement from the Senior Management team what constitutes celebrations.
>>>>
>>>> I think the above clearly outlines why caution and rejection of celebration efforts is sometimes necessary.
>>>>
>>>> I am happy to discuss this further with you and the Senior Management Teams.
>>>>
>>>> David

>>>>
>>>>
>>>>
>>>>
>>>>
>>>>> On 9/19/17, 8:45 AM, "Safo, Stella" <stella.safo@mssm.edu> wrote:
>>>>>
>>>>> Definitely heard your concerns in your first email and appreciate your reiterating. I'm not one to not be inclusive and if that's the sense that's ever inadvertently relayed, I'm very glad to get that feedback. As feedback to you, I'd say you should find ways to encourage staff to celebrate each other. I could read this email, and other efforts to contribute or help institute culture which have been rejected/cautioned against, as an indication to do less. I choose not to take it as such because I care about everyone in this institute feeling valued and contributing to our shared vision. As we give each other feedback and insights, let's be mindful of how we consciously or unconsciously discourage an 'all in' attitude.
>>>>>
>>>>> Thanks again David for the insights--again, I appreciate all feedback that helps create the culture we want-- and I'm looking forward to speaking with you on Friday.
>>>>>
>>>>>> On Sep 19, 2017, at 8:31 AM, Berman, David <david.berman1@mssm.edu> wrote:
>>>>>>
>>>>>> If you need a complete list, see Ops. Also, Thursday is Rosh Hashanah.
>>>>>>
>>>>>> Given your roll with the team, when you miss people in an invite, it can send a bad message. Just make sure to measure twice and cut once in these kinds of efforts!
>>>>>>
>>>>>>
>>>>>>
>>>>>> ________________________________
>>>>>> From: Safo, Stella
>>>>>> Sent: Tuesday, September 19, 2017 8:18 AM
>>>>>> To: Berman, David
>>>>>> Subject: Re: Cake!
>>>>>>
>>>>>> No problem- thanks for the headsup.
>>>>>> Resent w as complete a list as I currently have access to‹
>>>>>>
>>>>>> __
>>>>>> Stella A. Safo, MD, MPH
>>>>>> Program Director | Health System Design
>>>>>> Assistant Professor | Department of Medicine
>>>>>> Icahn School of Medicine at Mount Sinai Health System
>>>>>> Office: [redacted]
>>>>>> Cell: [redacted]
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>> On 9/19/17, 8:13 AM, "Berman, David" <david.berman1@mssm.edu> wrote:
>>>>>>>
>>>>>>> Stella,
>>>>>>>
>>>>>>> It is awesome that you organized this! Please make sure to invite

all
>>>>>>> Staff when you do -I see a lot of names not on the invite below.
>>>>>>>
>>>>>>> FYI, there were some complaints with the way invites to Prabhjot's
cake
>>>>>>> was handled, with some feeling like invites were cherry picked.
Let's be
>>>>>>> sure everyone feels included for cakes!
>>>>>>>
>>>>>>> DB
>>>>>>> ________________________________________
>>>>>>> From: Safo, Stella
>>>>>>> Sent: Tuesday, September 19, 2017 8:03 AM
>>>>>>> To: Faghmous, James; Kishore, Sandeep; Heller, David; Baum, Aaron;
>>>>>>> Escosia, Michael; Guerrier, Shanice; Silva, Bruno; Walek, Sasha;
Berman,
>>>>>>> David; Llames, Geraldine; Hayek, Carroll; Khan, Farah;
Gadikota-Klumpers,
>>>>>>> Darinka; Randall, Andrew
>>>>>>> Subject: Cake!
>>>>>>> When: Thursday, September 21, 2017 1:00 PM-1:30 PM.
>>>>>>> Where: Back office space in director's office
>>>>>>>
>>>>>>> When: Thursday, September 21, 2017 1:00 PM-1:30 PM. (UTC-05:00)
Eastern
>>>>>>> Time (US & Canada)
>>>>>>> Where: Back office space in director's office
>>>>>>>
>>>>>>> *~*~*~*~*~*~*~*~*~*
>>>>>>>
>>>>>>>
>>>>>>> Save for cake for Amanda and Natalie[1]s September birthdays. Please
spread
>>>>>>> the word to your teams and colleagues, since this is an incomplete
invite
>>>>>>> list and all are invited.