# Exhibit 57

**From:** Prabhjot Singh <prabhjotsingh.nyc@gmail.com>
**Sent:** 2018-06-08T14:35:18Z
**Subject:** A few thoughts in advance of call w Dean
**To:** Kevinstarr@gmail.com

- the current institutional narrative is there are a litany of varied complaints, I've messed up and they are going to figure out a "thoughtful way forward" tbd

- my sense is that he will reinforce that they are being thoughtful about me and the institute; that they are going to "keep up the momentum" and trying to recruit Marus and Vreeman etc.

- the issue is this is a unilateral point of view. Doesn't take into account Olivarius, muller/murphy/others, timing and my sense that this is organized/hostile including infiltrating my current team. Hard to bring up/address- all speculation/a feeling/loose narrative/conspiratorial.

- bottom line for me is that I don't feel like this is a positive environment for success in the medium term (**please don't say that I said that**), and so if the narrative is blind/oblivious to my POV, hard to trust building here further.

- I'm not sure what the answer is- I don't have clear suggestions. As they have insinuated about me, that I've created/enabled a "toxic environment"- the irony is thick that I strongly feel the same about them- and at the end of the day I swim in their soup.

- there may be a discussion about money (eg Muller/Ramon conversations). I would personally hold any $ discussion as highly contingent on how things proceed vis a vis my ability/institute to flourish (not simply survive).

- that you/John are watching very closely and you are plugged into the broader philanthropic and global health world.

Short term goal: get out of this current mess without any formal disciplinary action (what a low bar for putting so much f'ing effort in the last 3 yrs)

Medium term: be in the position to deliberately evaluate my options with my reputation intact- hopefully somehow staying at Arnhold begins to feel viable amongst others. How? I don't know.

Long term: who knows. I'm going to be working on the issues we both care about somehow for a long time to come. Where? I don't know.

Sent from my iPhone