# Exhibit 58

**From:** "Knaup, Kirsten" <kirsten.knaup@mssm.edu>
**To:** "Lafontant, Sagine (MSH)" <Sagine.Lafontant@mountsinai.org>
**Cc:** "Singh, Prabhjot" <Prabhjot.Singh@mssm.edu>
**Subject:** RE: URGENT: 2018 NBU INCREASE PROGRAM DOCUMENTS ---- DEPT.# 091
**Sent:** 2017-12-01T15:16:12Z
Dept. 091 - GLOBAL HEALTH 2018 salary increases FINAL.xls

Thank you very much, Sagine!

We appreciate Compensation reviewing and approving our request to include the three additional employees for 2018 salary increases. Attached please find the updated spreadsheet.

Kind regards,
Kirsten

---

**From:** Lafontant, Sagine [mailto:sagine.lafontant@mountsinai.org]
**Sent:** Tuesday, November 28, 2017 2:47 PM
**To:** Knaup, Kirsten
**Cc:** Singh, Prabhjot
**Subject:** URGENT: 2018 NBU INCREASE PROGRAM DOCUMENTS ---- DEPT.# 091

Kirsten,

The revised worksheet is attached. The (3) employees indicated below were made eligible for the increase.
Regards,
Sagine

Sagine Lafontant, MSILR
Senior Compensation Analyst
*Mount-Sinai Health System*
*150 East 42nd Street, 2nd. Floor*
*New York, N.Y. 10017*
*Tel:* [redacted]

Mount Sinai

---

**From:** Knaup, Kirsten [mailto:kirsten.knaup@mssm.edu]
**Sent:** Monday, November 27, 2017 5:55 PM
**To:** Increase2018nbu
**Cc:** Soloway, Stuart; Lafontant, Sagine; Singh, Prabhjot (MSSM)
**Subject:** CONFIDENTIALFW: URGENT: 2018 NBU INCREASE PROGRAM DOCUMENTS ---- DEPT.# 091
**Importance:** High

To whom it may concern:

Attached please find our Department's proposed 2018 salary increases for our NBU staff. We kindly request that the eligibility for the three employees listed below be reconsidered as their current ineligibility stems from a combination of time restrictions due to business-related travel when Performance Reviewer and employee-to-be-reviewed were not in-country at the same time, we also encountered some issues with VPN access to the Performance Appraisal module which hindered the PA entries, and, regrettably, when employees returned from their business-travel they forgot that they had to complete the process by signing off on their respective PAs in Sinai Central.

Additionally, employee Amanda Misiti with a start date of May 1st, 2017 was still under probationary period in the beginning of the 2017 PA period, showing her 2017 appraisal as "Not Required". Now that we checked the system again it shows as required since she has passed her probationary period in the meantime and

the Chair, Dr. Singh, completed her performance appraisal today. Having started before July 1, 2017 and having received an E-rating on her PA, we feel she should be eligible for a 2018 increase.

We hope that you approve our request for these additional 2018 Salary Increases which is still within the [redacted] we budgeted for salary increases on our Finance-approved SBS_CY2018 budget:

Name: Emilie Bruzelius
Start Date: 04/04/2016
Life#: 2469083
2017 PA rating: M
Proposed 2018 Increase: 2%

Name: Bruno Silva
Start Date: 01/11/2016
Life#: 2447427
2017 PA rating: S
Proposed 2018 Increase: 4%

Name: Amanda Misiti
Start Date: 05/01/2017
Life#: 8026362
2017 PA rating: E
Proposed 2018 Increase: 3%

Kind regards,
Kirsten

*Kirsten Knaup*
Administrator, Department of Health System Design and Global Health
Chief Operating Officer, Arnhold Institute for Global Health
Icahn School of Medicine at Mount Sinai
1216 Fifth Avenue
5th Floor, Room 556
New York, NY 10029
Tel.: [redacted]
Fax: [redacted]

This message is intended solely for the designated recipient(s). It may contain confidential or proprietary information and may be subject to attorney-client privilege or other confidentiality protections. If you are not a designated recipient you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

**From:** Lafontant, Sagine [mailto:sagine.lafontant@mountsinai.org]
**Sent:** Tuesday, November 21, 2017 12:26 PM
**To:** Singh, Prabhjot
**Cc:** Knaup, Kirsten
**Subject:** URGENT: 2018 NBU INCREASE PROGRAM DOCUMENTS ---- DEPT.# 091
**Importance:** High

Mount Sinai

Date: November 20, 2017
To: All management personnel
From: Hope Walczak/Stuart Soloway, Dept. of Compensation, Human Resources
Subject: 2018 NBU Merit Increase Program

To all,

As you may know, the 2018 NBU Merit Increase Program has been approved effective January 1, 2018.

Program Guidelines and individual department spreadsheets are attached. Department managers/administrators should review the sheet(s) for their recommendations. Managers should advance the spreadsheets to their Chair or VP for concurrence or modification ***by or before*** **Tuesday, November 28, 2017.** In order for the increases to appear in employee paychecks in January 2018, Administrators / Vice Presidents should return all spreadsheets to Compensation ***by or before*** **Friday, December 1, 2017.** Spreadsheets should be submitted via email to this mailbox: INCREASE2018NBU.

Please note that **no NBU salary transactions are permitted in Sinai Central** *until after* January 14, 2018, following processing of the merit increases. Exceptions will need to be reviewed by Compensation on an individual basis since any changes impact the spreadsheets (transactions for LOA's and terminations are not affected.)

If you have any further questions regarding the 2018 NBU Merit Increase Program, please refer to the Program Guidelines and/or feel free to contact Compensation (Hope Walczak, [redacted], or Stuart Soloway, [redacted]), or your specific Compensation Analyst, for any questions or guidance.

Thank you,

Sagine Lafontant, MSILR
Senior Compensation Analyst
*Mount-Sinai Health System*
*150 East 42nd Street, 2nd. Floor*
*New York, N.Y. 10017*
*Tel:* [redacted]
Mount Sinai

Mount Sinai

Document Produced In Native

# The Mount Sinai Health System 2018 Merit Increase Program - Non-Ba

## Increase Effective Date: 01/01/2018

## 91 - GLOBAL HEALTH

| Name | Life # | Job Class | Job Title | Salary Grade | Sched Hours | Ineligibility Code (if applic) | Date of Hire | Current Annual Salary | Pay Freq | LOA Status | All Annual Salary | Current Pay Period Salary | Last Perf Review Date | Last Perf Review Rating | Co # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BERMAN, DAVID A | [redacted] | [redacted] | DIR SPEC PROJ | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| BRUZELIUS, EMILIE | 2469083 | PK45 | DATA ANLY II | 31A | 75.00 | | 4/4/2016 | 74,200.27 | 40 | | 74,200.27 | 2,846.04 | 1/1/2001 | | 10000 |
| DOUPE, PATRICK D | 2670524 | PZ51 | SR DATA ANLY | 32A | 75.00 | 2 | 8/8/2016 | 0.00 | 40 | | 85,000.39 | 0.00 | 1/1/2001 | | 10000 |
| ESCOSIA, MICHAEL J | [redacted] | [redacted] | PROG MGR I | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| GUERRIER, SHANICE E | [redacted] | [redacted] | HSPI ENG I | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| HAYEK, CARROLL | [redacted] | [redacted] | MGT ANALYST I | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| KHAN, FARAH | [redacted] | [redacted] | PROG COORD II | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| KNAUP, KIRSTEN | 2330865 | DR37 | DIRECTOR | 33E | 75.00 | | 6/22/2015 | 161,600.54 | 40 | | 161,600.54 | 6,198.38 | 12/1/2017 | S | 10000 |
| LE, MATTHEW | 2666860 | PZ51 | SR DATA ANLY | 32A | 75.00 | | 8/15/2016 | 75,000.40 | 40 | | 75,000.40 | 2,876.73 | 12/1/2017 | S | 10000 |
| LLAMES, GERALDINE | 2691412 | PG11 | PROG MGR I | 32A | 75.00 | | 1/23/2017 | 83,000.44 | 40 | | 83,000.44 | 3,183.58 | 12/1/2017 | S | 10000 |
| MISITI, AMANDA J | 8026362 | PG12 | PROG MGR II | 34A | 75.00 | | 5/1/2017 | 92,000.32 | 40 | | 92,000.32 | 3,528.78 | 1/1/2001 | | 10000 |
| RANDALL, ANDREW D | [redacted] | [redacted] | ADMIN COORD | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| ROJAS-LEON, DAVID A | [redacted] | [redacted] | GRAPHIC DESIGN | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| SILVA, BRUNO C | 2447427 | PZ33 | SR MGT ANLST | 28P | 75.00 | | 1/11/2016 | 116,600.35 | 40 | | 116,600.35 | 4,472.35 | 12/1/2017 | S | 10000 |
| WALEK, SASHA M | [redacted] | [redacted] | DIRECTOR | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

***INELIGIBILITY CODES LEGEND***

**Employee does not qualify for merit increase program because records currently indicate:**

**1 - Not Eligible for 2018 Increase (HR use only)**

**2 - No Performance Evaluation (Annual or Probationary) in 2017**

**3 - Last Performance Review rating was less than "M"**

**FLSA+ - Please contact Compensation**

**Please Note:**

***(1) Employees hired on or after 07/01/17 do not qualify for this merit program.***

***(2) Employees that received a pay increase on or after 07/01/17 do not qualify for this merit program.***

***INCREASE POOL CRITERIA***

**Employee increase may range between 0% and 6% as follows:**

**0% - 6.0% - Superior Performers ("E" or "S" Perf Review Rating)**

**0% - 3.0% - Meets Standards Performers ("M" Perf Review Rating)**

**0% - Below Satisfactory Performers ("N" or "U" Perf Review Rating)**

**Increase for eligible payroll for the Department *may not exceed 3%.***

**Total Department Current Salaries =** [redacted]

**Available Increase (3.0% of Salary) =** [redacted]

**Projected 3% Increase for Department =** [redacted]

91 - GLOBAL HEALTH

# argaining Unit Personnel

| Dept | Dept No | Dept Head | Pct Calc | Recommended Increase % (Enter below) | Increase $ Amount (Annualized) | New Pay Period Salary | New Salary (Annualized) |
|---|---|---|---|---|---|---|---|
| | | | | *Summary of Manager's Increase Recommendations* | | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| GLOBAL HEALTH | 91 | PRABHJOT SINGH | 2.0% | 2.0% | 1,484.01 | 2,902.96 | 75,684.28 |
| GLOBAL HEALTH | 91 | PRABHJOT SINGH | 0.0% | 0.0% | 0.00 | 0.00 | 0.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| GLOBAL HEALTH | 91 | PRABHJOT SINGH | 4.0% | 4.0% | 6,464.02 | 6,446.32 | 168,064.56 |
| GLOBAL HEALTH | 91 | PRABHJOT SINGH | 4.0% | 4.0% | 3,000.02 | 2,991.80 | 78,000.42 |
| GLOBAL HEALTH | 91 | PRABHJOT SINGH | 4.0% | 4.0% | 3,320.02 | 3,310.93 | 86,320.46 |
| GLOBAL HEALTH | 91 | PRABHJOT SINGH | 3.0% | 3.0% | 2,760.01 | 3,634.65 | 94,760.33 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| GLOBAL HEALTH | 91 | PRABHJOT SINGH | 4.0% | 4.0% | 4,664.01 | 4,651.24 | 121,264.36 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

***Summary of Manager's Increase Recommendations***

**Total Current Annual Salary = $** [redacted]

**Total New Salary (Annualized) = $** [redacted]

**Total Increase $ Amount (Annualized) = $** [redacted]

**Department Recommended Increase % =** [redacted]