# Exhibit 59

**Sent:** 2018-07-11T14:28:27Z
**Subject:** List
**From:** Renee Bischoff <reneebischoff@gmail.com>
**To:** anushri anandaraja <anu.anandaraja@gmail.com>, Elena Rahona <elenarahona@gmail.com>, Stella Safo <stellasafo@gmail.com>, "Dr. Holly Atkinson" <holly.atkinson@reasonmedical.com>
List.xlsx
Orgniazation Chart (Draft) - Arnhold Institute.pptx

Here's a draft of the list and an old org chart. There may be some additional people who worked at AI after I left.

Document Produced In Native

| Name | Gender | Status | Current Status | Additional Comments |
|---|---|---|---|---|
| Elena Rahona | F | Legacy | Left Mount Sinai | |
| Jessica Batista | F | Legacy | Left Mount Sinai | |
| Dr. Anu Anandaraja | F | Legacy | Part-time Mount Sinai | |
| Dr. Holly Atkinson | F | Legacy | Left Mount Sinai | |
| Anna Stapleton | F | New | Left Mount Sinai | |
| Dr. Aparna Dandekar | F | Legacy | Left Mount Sinai | |
| Darinka Gadikota-Klumpers | F | New | Mount Sinai | |
| Renee Bischoff | F | Legacy | Mount Sinai | |
| Katharina Turcios-Wiswe | F | Legacy | Mount Sinai | |
| Dr. Stella Safo | F | New | Mount Sinai | |
| Mary Caliendo | F | New | Left Mount Sinai | |
| Sasha Walek | F | New | Left Mount Sinai | |
| Dr. James Faghmous | M | New | Left Mount Sinai | |
| Patrick Doupe | M | New | Left Mount Sinai | |
| Mike Escosia | M | New | Left Mount Sinai | |
| Matthew Le | M | New | Left Mount Sinai | |
| Andrew Randall | M | New | Mount Sinai | |
| Geraldine Llames | F | New | Left Mount Sinai | |


Prabhjot Singh, MD, PhD
DIRECTOR
David Berman
CHIEF OF STAFF
Sunny Kishore, MD, PhD, MSc
ASSOCIATE DIRECTOR
James Faghmous, PhD
CHIEF TECHNOLOGY OFFICER
Kristen Knaup
CHIEF OPERATIONS OFFICER
FOCUS AREAS
LEARNING
Aaron Baum, PhD
HEALTH ECONOMIST
David Heller, PhD
FIELD RESEARCHER
Anna Stapleton
POLICY ANALYST
TRAINING & INFLUENCE
Renee Bischoff, MPH LSW
PROGRAM MANAGER,
EDUCATION PROGRAMS
Holly Atkinson, MD
PROGRAM DIRECTOR,
HUMAN RIGHTS
Aparna Dandekar, MD
MEDICAL PROJECT
COORDINATOR (DR)
Darinka Gadikota-Klumpers, PhD
GLOBAL HEALTH FELLOW
Katharina Turcios-Wiswe
ADMINISTRATIVE
COORDINATOR
To Be Named
EDUCATION COORDINATOR
PRACTICE TRANSFORMATION
Stella Safo, MD, MPH
PROGRAM DIRECTOR,
SYSTEM DESIGN
Natalie Privett, PhD
LEAD SYSTEMS DESIGN ENG.
Bruno Silva, MFA
INTERACTION DESIGNER
To Be Named
PROJECT MANAGER
DATA SCIENCE
Emilie Bruzelius, MPH
APPLIED DATA ANALYST
EDPIDEMOLOGIST
OPERATIONS
Carroll Hayek, MPH
FINANCIAL ANALYST AND
DOCUMENET CONTROL
Andrew Randall, MPH
EXECUTIVE ASSISTANT,
OFFICE MANAGER
FOCUS AREAS

Notes Summary:

No speaker notes are contained in this presentation.