# Exhibit 62

# Mount Sinai's Global Health Search Committee

| | |
|---|---|
| **Annmarie Beddoe, MD**<br>Assistant Professor<br>Department of Obstetrics, Gynecology and Reproductive Science<br>The Mount Sinai Medical Center<br>http://www.mountsinai.org/profiles/ann-marie-beddoe | **Jo Ivey Boufford, MD**<br>President<br>New York Academy of Medicine<br>http://www.nyam.org/about-us/staff/boufford-jo-ivey.html |
| **Adolfo García-Sastre, PhD**<br>Professor, Department of Microbiology<br>Fishberg Professor, Department of Medicine, Division of Infectious Diseases<br>Director, Global Health and Emerging Pathogens Institute<br>Icahn School of Medicine at Mount Sinai<br>http://icahn.mssm.edu/profiles/adolfo-garcia-sastre | **Michael L. Brodman, MD**<br>Professor and Chairman<br>The Ellen and Howard C. Katz Chairman's Chair<br>Dept. of Obstetrics, Gynecology and Reproductive Science<br>Icahn School of Medicine at Mount Sinai<br>http://www.mountsinai.org/profiles/michael-brodman |
| **Andy Jagoda, MD, FACEP**<br>Professor and Chairman<br>Department of Emergency Medicine<br>Icahn School of Medicine at Mount Sinai<br>http://icahn.mssm.edu/profiles/andy-s-jagoda | **Annetine C. Gelijns, PhD**<br>Professor and Chair, Health Evidence and Policy<br>Icahn School of Medicine at Mount Sinai<br>http://icahn.mssm.edu/profiles/annetine-c-gelijns |
| **Philip Landrigan, MD, MSc**<br>Ethel H. Wise Professor and Chairman<br>Department of Preventive Medicine<br>Professor of Pediatrics<br>Dean for Global Health<br>Director, Children's Environmental Health Center<br>Icahn School of Medicine at Mount Sinai<br>http://icahn.mssm.edu/profiles/philip-j-landrigan | **Arthur A. Klein, MD**<br>President of The Mount Sinai Health Network<br>Executive Vice President, Mount Sinai Hospital<br>Executive Vice President, Icahn School of Medicine<br>https://www.mountsinai.org/about-us/leadership/arthur-klein |
| **David Muller, MD**<br>Professor and Chair, Dean for Medical Education<br>Icahn School of Medicine at Mount Sinai<br>http://www.mountsinai.org/profiles/david-muller | **Michael L. Marin, MD**<br>Professor and Chairman, of Surgery & Vascular Surgery<br>Mount Sinai Health System<br>http://icahn.mssm.edu/profiles/michael-l-marin |
| **Ramon Murphy, MD, MPH**<br>Clinical Professor of Pediatrics and Preventive Medicine<br>Vice-Chair of Department of Pediatrics, Voluntary Affairs<br>Associate Director, Mount Sinai Global Health Center<br>Director, Off-Site Pediatric Residency Program<br>Icahn School of Medicine at Mount Sinai<br>http://icahn.mssm.edu/profiles/ramon-jc-murphy | **Barbara Murphy, MD**<br>Murray M. Rosenberg Professor of Medicine<br>Chair, Samuel Bronfman Department of Medicine<br>Dean for Clinical Integration and Population Health<br>Icahn School of Medicine at Mount Sinai<br>Mount Sinai Health System<br>http://icahn.mssm.edu/profiles/barbara-murphy |