# Exhibit 63

**To:** natasha anushri anandaraja[dr.anushri@gmail.com]
**From:** Murphy, Ramon
**Sent:** 2015-02-24T23:24:24Z
**Importance:** Normal
**Subject:** RE: FW: Appointment of Prabhjot Singh, MD, PhD
**Received:** 2015-02-24T23:24:25Z

ASbsolutely!!

Ramon Murphy, MD, MPH
Clinical Professor of Pediatrics and Preventive Medicine
Vice-Chair of Department of Pediatrics, Voluntary Affairs
Associate Director, Arnhold Global Health Institute
Director, Off-Site Pediatric Residency Program
Icahn School of Medicine at Mount Sinai
1245 Park Avenue
New York, New York 10128
phone [redacted]
fax
e mail ramon.murphy@mssm.edu

---

**From:** natasha anushri anandaraja [dr.anushri@gmail.com]
**Sent:** Tuesday, February 24, 2015 4:35 PM
**To:** Murphy, Ramon; Merkley, Lauren (MSH)
**Subject:** Fwd: FW: Appointment of Prabhjot Singh, MD, PhD

Should we send a paper copy to Henry?
Ramon, I'll drop a note to Kevin too...

---------- Forwarded message ----------
From: **natasha anushri anandaraja** <dr.anushri@gmail.com>
Date: Tue, Feb 24, 2015 at 4:34 PM
Subject: Fwd: FW: Appointment of Prabhjot Singh, MD, PhD
To: "Arnhold, John" <john.arnhold@feim.com>, Jody Arnhold <jody@arnhold300.com>
Cc: "Merkley, Lauren" <lauren.merkley@mountsinai.org>, "Murphy, Ramon" <ramon.murphy@mssm.edu>

Dear John and Jody,

In addition to the news of Ramon's receipt of the Jacobi medal, we are happy to announce the official appointment of Prabhjot Singh, MD, PhD as Director of The Arnhold Global Health Institute at Icahn School of Medicine at Mount Sinai, and Vice Chair of Population Health in the Department of Medicine, effective September 1, 2015.

We share Dean Charney's confidence that Dr. Singh's vision, expertise and experience will lead the Institute forward, and help our work to have a deeper impact both at Mount Sinai and globally. It's exciting to enter this new chapter together, and we are grateful for your support that has made it possible. As you know, Kevin has met Prabhjot and thinks highly of his work and his ideas, and we are pleased that his appointment will form yet another opportunity for synergy between the work of the Institute and the work of the Mulago Foundation.

Please see below for further details on Dr. Singh and his new appointment.

As stated below, Dr. Singh's appointment formally begins in September of 2015, but we will be in touch again soon to arrange an opportunity for you to meet Dr. Singh and hear of his vision for global health work at Mount Sinai.

As always, let us know if you have any questions. If not, we will be in touch again soon to arrange a meeting.

With warm regards,
Anu and Ramon

---

**From:** Broadcast Communications [mailto:mssm.broadcast.notifications@mssm.edu]
**Sent:** Tuesday, February 24, 2015 10:43 AM
**Subject:** Appointment of Prabhjot Singh, MD, PhD

**TO:** All Faculty, Staff, and Students

**FROM:** Dennis S. Charney, MD
Anne and Joel Ehrenkranz Dean
Icahn School of Medicine at Mount Sinai
President for Academic Affairs
Mount Sinai Health System

Barbara Murphy, MD
Dean for Clinical Integration and Population Health
Murray M. Rosenberg Professor of Medicine
Chair, The Samuel Bronfman Department of Medicine
Icahn School of Medicine at Mount Sinai

**DATE:** February 24, 2015

**RE:** Appointment of Prabhjot Singh, MD, PhD

We are delighted to announce the appointment of Prabhjot Singh, PhD, MD, as Director of The Arnhold Global Health Institute at Icahn School of Medicine at Mount Sinai, and Vice Chair of Population Health in the Department of Medicine, effective September 1, 2015.

The Arnhold Global Health Institute, a new interdisciplinary institute, is dedicated to improving the health of people worldwide by building global partnerships in research, education, and clinical care. As Institute Director, Dr. Singh will align high-potential global and domestic health activities across the Icahn School of Medicine and the Mount Sinai Health System.

As Vice Chair, Dr. Singh will lead the development of educational and research goals for population health within the Department of Medicine, in collaboration with the Department of Population Health Science and Policy.

These dual responsibilities will enable Dr. Singh to blend advances in domestic population health—including economic principles, biomedical advances, and systems science—with principles that have historically driven global health activity, such as social impact, inequity, and human rights.

Dr. Singh has been recruited to the Icahn School of Medicine at Mount Sinai from Columbia University, where he is currently Director of Systems Design at the Earth Institute, and a faculty member in International and Public Affairs.

Dr. Singh's varied and far-reaching activities include global work as Chair of the One Million Community Health Workers Campaign, an initiative of the African Union and the United Nations' Sustainable Development Solutions Network, as well as local development of City Health Works, a Harlem-based social enterprise. Dr. Singh is also Special Advisor for Design and Strategy for the Peterson Center on Healthcare.

Dr. Singh earned his PhD in Neural and Genetic Systems at Rockefeller University, and his MD degree at Weill Cornell Medical College. His postdoctoral training included a fellowship in Sustainable Development at Columbia University, and an internal medicine residency at Mount Sinai. He has been honored as a Robert Wood Johnson Foundation Young Leader, a Paul and Daisy Soros Fellow, a Truman Security Fellow, and term member of the Council on Foreign Relations. His work has been featured in *Proceedings of the National Academy of Science, Lancet*, the *Bulletin* of the World Health Organization, *Health Affairs,* and *The New England Journal of Medicine*.

Please join us in congratulating Dr. Singh on his new roles as Director of The Arnhold Global Health Institute and Vice Chair of Population Health in the Department of Medicine.

--

Natasha Anushri Anandaraja MD, MPH

Director of Global Health Education, Arnhold Global Health Institute
Assistant Professor, Pediatrics and Medical Education
Icahn School of Medicine at Mount Sinai
[redacted]
dr.anushri@gmail.com
www.gh-training.org

--

Natasha Anushri Anandaraja MD, MPH

Director of Global Health Education, Arnhold Global Health Institute
Assistant Professor, Pediatrics and Medical Education
Icahn School of Medicine at Mount Sinai
[redacted]
dr.anushri@gmail.com
www.gh-training.org