# Exhibit 64

Organizational Structure (org chart)

- I reported to Anu and then Sandeep Kishore. DB was never my direct supervisor.

Gender

- Women's job titles were demoted "Assistant Director" to "Program Manager"
- JF-founding CTO; SK-Associate Director; DB-chief of staff
- SK-left residency after 1 year, no real office or managerial experience, elevated title that was way beyond his level of experience, "fail up"
- Business cards immediately printed without giving anyone time to discuss the change
- I had a private office in Med Ed and then had to sit in a cubicle and then share with Kirsten and then the "penalty box"
- Don't meet with people or talk to people I'd been working with for several years
- Several students noticed this behavior "taking credit for women's work"
- Expected to be "so grateful" for something I earned and I worked at for 5 years
- What is gender discrimination?
- Pass the trash

Global health Education

- Anu and I gave PS a very comprehensive manual that provided details about all of our GH education programs (April before he started)
- Meeting with PS, SK, DB, me, DM, and RK to discuss which programs would be led by AI and which programs would go back to Med Ed
- Memo about Infocus, Holly/Anu transition, etc
- Memo about global health residency track
- Memo about ITO
- Strategic planning documents and budget
    - Never got an approved budget so very difficult to know what I was allowed/not allowed to do
    - Never got clear answers about what to tell people on the front lines (students, residency program directors, Med Ed, MPH program, etc) about the future of our programs; very difficult for planning and communication
    - We were repeatedly asked to create more and more PowerPoint slides, fill in charts, timelines, etc and he was never satisfied
- Joe Stiglitz blurb

GH Education

- GH is a recruitment tool; future donors; in line with stated mission of school; commitments to overseas sites and partners; faculty/staff who had worked as mentors, teachers, etc were let go
- InFocus is part of required curriculum, Anu and I fought to have GH as part of curriculum
- GH Scholars
- GHRT
- CDC

Cooperation with multiple consultants

- Jaime
- Poptech
- ASG

SK

- Nice guy, means well but no managerial abilities
- Letting people know their status, "firing" J.Ripp, P. Sheffield, and C. Katz
- Firing email said "happy holidays, thank you for your service"
- I was told not to communicate to faculty about their status, SK would take care of it, faculty kept asking me, and finally I told them
- I often told Sunny what I was doing and who I was talking to and he never conveyed my messages or concerns to PS

AMPATH

- Example of this issue with SK (list of meetings)
- Didn't care one bit about these meetings or AMPATH in general until we met with Angela Diaz for second time
- Monthly phone calls, visit to Kenya, worked with Rajesh V for 4 or 5 years, memo regarding security,

DB

- Sociopath, rude, aggressive, dismissive, talked shit about everyone behind their backs, has zero interest in global health, manipulative-always changing what he said, supportive/complimentary when it was beneficial to him and his interests, tried to do anything in his power to undermine my confidence and accomplishments

- PS-everything was a put down, very dismissive, unappreciative of past fundraising efforts, handed everything on a silver platter, no understanding of how difficult and long it took to build what we had, patronizing, something insidious about his insults, GH was decimated-peoples' programs, their work, relationships with overseas sites, reputations, careers
- Lack of support, interest in GH education from AI; continuous encouragement, gratitude and active engagement from Med Ed. (Aux board award, Institu of Med Education award, etc)
- We were open to new initiatives including GLG (2 years of trying)

Development

- Rhoda Herrick
- GH Advisory Board-very insulted by how they were treated after giving money and support for nearly 10 years
- RM-dying, donors who stopped giving wanted to do something in his honor, I didn't write anything new, gave old documents to Med Ed and Development

<u>International SOS (list of incidents)</u>

- When I first started, we used Med Ed CC to purchase one-off policies
- Elena/Phil got universal coverage; paid for by GH
- Phil was clearly told by Charney that he needed to handle safety/security-travel registry, new project/site application, review committee, etc
- Internal Medicine never had a relationship with International SOS and the way it works at every school I'm aware of is that there are 1-2 people in a centralized office handling emergencies and relationship with ISOS
- Szabi/Jonathan-MS International vs. Global Health travel
- Was this part of PS mandate? If not, who was assigned to do it?
  - Cameroon
  - Uganda (email)
  - Liberia (J. Freed)

<u>Collaboration</u>

- IF teaching by AI faculty
- Introductions to Med Ed and GH faculty
- AI faculty as mentors for summer program
- Efe Ghanney
- GH lunch talks-AI and old faculty
- Open House

<u>Cooperation</u>

- ASG report
- DR trip planning (uninvited/left off emails)
- Kenya students/all AMPATH documents
- ITO, safety, security, health documents and info
- Gave info related to history of GH, contacts, background info, documents

<u>My motivations</u>

- Cared about programs I'd worked on for 5 years, the students and residents, my former colleagues who were dismissed like trash,
- I've continued to do work that I'm not compensated for including this summer
- My emails to AI people have always been professional, information-rich, full of helpful info and advice, and I always took time to meet with people and make connections for people
- Very forthcoming with Phyllis and Med Ed about what I'm working on, who I'm meeting with