# Exhibit 65

From: [redacted]@s.whatsapp.net Renee (owner)
To: [redacted]@s.whatsapp.net Anu Anandaraja

No, I haven't heard anything more about that

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted]@s.whatsapp.net Anu Anandaraja | 5/4/2018 5:19:46 PM(UTC-4) | 5/4/2018 5:22:57 PM(UTC -4) | |

**Status:** Read
**Platform:** Mobile

5/4/2018 5:19:42 PM(UTC-4)

Source Info:
Renee's iPhone (2)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0xE8245 (Table: ZWAMESSAGE; Size: 3330048 bytes)
Renee's iPhone (2)/mobile/Containers/Data/Application/net.whatsapp.WhatsApp/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x68BE (Size: 32201 bytes)
Renee's iPhone (2)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0x13C39 (Table: ZWAADDRESSBOOKCONTACT; Size: 151552 bytes)

From: [redacted]@s.whatsapp.net Renee (owner)
To: [redacted]@s.whatsapp.net Anu Anandaraja

I think they could tell that Holly was really traumatized and it was very compelling to them. They definitely came away thinking that PS and his two body guards are misogynistic and sadistic ( these are the words they used)!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted]@s.whatsapp.net Anu Anandaraja | 5/4/2018 5:30:47 PM(UTC-4) | 5/4/2018 5:30:55 PM(UTC-4) | |

**Status:** Read
**Platform:** Mobile

5/4/2018 5:30:41 PM(UTC-4)

Source Info:
Renee's iPhone (2)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0xE80F8 (Table: ZWAMESSAGE; Size: 3330048 bytes)
Renee's iPhone (2)/mobile/Containers/Data/Application/net.whatsapp.WhatsApp/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x68BE (Size: 32201 bytes)
Renee's iPhone (2)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0x13C39 (Table: ZWAADDRESSBOOKCONTACT; Size: 151552 bytes)

From: [redacted]@s.whatsapp.net Renee (owner)
To: [redacted]@s.whatsapp.net Anu Anandaraja

Caryn got in touch with Ramon today and explained how important it is for him to keep his mouth shut.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted]@s.whatsapp.net Anu Anandaraja | 5/4/2018 5:31:31 PM(UTC-4) | 5/4/2018 5:31:31 PM(UTC-4) | |

**Status:** Read
**Platform:** Mobile

5/4/2018 5:31:30 PM(UTC-4)

Source Info:
Renee's iPhone (2)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0xE9F5D (Table: ZWAMESSAGE; Size: 3330048 bytes)
Renee's iPhone (2)/mobile/Containers/Data/Application/net.whatsapp.WhatsApp/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x68BE (Size: 32201 bytes)
Renee's iPhone (2)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ContactsV2.sqlite : 0x13C39 (Table: ZWAADDRESSBOOKCONTACT; Size: 151552 bytes)