# Exhibit 66

From: [redacted] Molly Lieber
To: [redacted] $!<Other>!$_ (owner)

But all I hear and have seen is how terrible he is.

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| [redacted] _$!<Other>!$_ | | 11/3/2017 3:52:29 PM(UTC-4) | |

**Status:** Read

11/3/2017 3:47:07 PM(UTC-4)

Source Info:
Renee's iPhone (2)/mobile/Library/SMS/sms.db : 0xBE44ED (Table: message, handle; Size: 179060736 bytes)

---

From: [redacted] Molly Lieber
To: [redacted] $!<Other>!$_ (owner)

Really wish he wasn't traveling to Liberia...

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| [redacted] _$!<Other>!$_ | | 11/3/2017 3:52:29 PM(UTC-4) | |

**Status:** Read

11/3/2017 3:47:16 PM(UTC-4)

Source Info:
Renee's iPhone (2)/mobile/Library/SMS/sms.db : 0xBE42E6 (Table: message, handle; Size: 179060736 bytes)

---

From: [redacted] _$!<Other>!$_ (owner)
To: [redacted] Molly Lieber

I'm glad the meeting went smoothly. He can be ok when he wants to be. The problem is when he's verbally abusive, bullying and misogynistic;)

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| [redacted] Molly Lieber | 11/3/2017 3:53:47 PM(UTC-4) | | |

**Status:** Sent

11/3/2017 3:53:46 PM(UTC-4)

Source Info:
Renee's iPhone (2)/mobile/Library/SMS/sms.db : 0xBE53ED (Table: message, handle; Size: 179060736 bytes)

---