# Exhibit 68

**From:** Jones-Winter, Clarissa
**Location:** 585-297-2067
**Importance:** Normal
**Subject:** Call w/Amanda Misti
**Received:** 2019-01-15T13:50:01Z
**Start Date/Time:** 2019-01-15T15:00:00Z
**End Date/Time:** 2019-01-15T15:45:00Z

Didn't get salary increase or bonus (heard rumors that these were given out), despite having taken on new responsibilities over the past year, and no one spoke to her about it. New concern: had a 1-1 with PS last week, he told her he wanted to talk about her goals for the next year and what she wants to do in her job going forward. She asked for time to think about this b/c wasn't expecting this kind of discussion. He told he could see her running three possible things: 1)Programs/Nepal, 2) Strategy, or 3) PI kind of work. She wants to confirm whether he can offer her the ability to create her own job, or move her into a role doing work that is as yet undefined and without a specific JD. I confirmed that this wasn't the approved procedure. She's concerned he is returning to his prior pattern of making employees falsely believe they have the chance for promotion if they do the additional work he gives them, wants the information to stay completely confidential at this point but is documenting and will keep me updated.