# Exhibit 69

**To:** Gelijns, Annetine[annetine.gelijns@mountsinai.org]
**From:** Muller, David
**Sent:** 2019-03-01T21:27:12Z
**Importance:** Normal
**Subject:** thoughts on Prabhjot
**Received:** 2019-03-01T21:27:14Z

Weaknesses:

Clear communication in general
Articulating a vision
Providing mentorship and networking opportunities
Being attuned to faculty and staff emotional needs and work burdens
Poor executive admin and organizational skills
Distribution, and rationale, of roles, titles, parity in pay
Time spent in the office, including making himself available and offering a hands-on approach for all faculty and key staff, without micro-managing
Too many distractions outside core Arnhold functions (books, foundations, speaking engagements, social media, other places that may compensate him, travel)

I'll try to think of more

David Muller, MD, FACP
Dean for Medical Education
Marietta and Charles C. Morchand Chair
Department of Medical Education
Icahn School of Medicine at Mount Sinai