# Exhibit 71

# IRREVOCABLE GIFT AGREEMENT BETWEEN THE ARNHOLD FOUNDATION AND THE MULAGO FOUNDATION AND THE MOUNT SINAI MEDICAL CENTER, INC.

The Mount Sinai Medical Center, Inc. ("Mount Sinai") hereby acknowledges with its deepest gratitude a commitment of $12,500,000 from The Arnhold Foundation and The Mulago Foundation ("Donor") to establish and support The Arnhold Global Health Institute under the terms and conditions set forth below.

The parties agree as follows:

1. Donor agrees to make a gift of $12,500,000 to Mount Sinai to establish and support The Arnhold Global Health Institute, a priority initiative as recommended by the Dean for Global Health and approved by the Dean of Icahn School of Medicine at Mount Sinai to be known as The Arnhold Global Health Institute. Donor's gift will establish The Arnhold Global Health Institute, a multi-disciplinary institute dedicated to addressing the gap in global health, and will be used for the Institute's training and education mission. Of this gift, $8,000,000 will create a permanent endowment for support for the Institute's education and training mission. The remaining $4,500,000 will create a current-use education and training fund, enabling immediate growth and support of The Arnhold Global Health Institute.

2. Donor agrees to make payments in the form of cash or readily marketable securities toward the total gift amount in accordance with the schedule as outlined below. Donor may accelerate that schedule in terms of per payment amount and/or timing at his/her discretion.

| **Payment Amount:** | **To be completed by:** |
|---|---|
| $ 4,000,000 | June 30, 2014 |
| $ 3.500.000 | June 30, 2015 |
| $ 3,000,000 | June 30, 2016 |
| $ 2,000,000 | June 30, 2017 |
| **Total** | **$12,500,000** |

3. With this gift, Mount Sinai agrees to establish a permanently endowed fund in support of The Arnhold Global Health Institute. Mount Sinai will invest this endowment fund in accordance with the standards of prudence set forth in New York's Not-for-Profit Corporation Law governing the management of institutional funds (the "Act") and may appropriate only so much of the endowment as it deems prudent after considering the specific standards of prudence set forth in section 553(a) of the Act.

4. On at least an annual basis, Mount Sinai will provide a written report to the Donor and/or their designee in order to keep the Donor informed as to overall progress and achievements of the Institute. Donor also will be regularly invited to meet with the Director and other Institute leadership for such purposes.

5. Upon payment of this gift, Mount Sinai will honor the Donor's intended support by naming The Arnhold Global Health Institute. The Arnhold Global Health Institute will remain so named at Mount Sinai in perpetuity. Appropriate recognition will be earmarked within the facility. The Arnhold Global Health Institute name shall be used in all publicity materials, directories, web pages, announcements, and other written publications. The Arnhold Global Health Institute name will be carried by any scholarly papers emanating from or produced by the Institute and its faculty, fellows and students. The Donor will be listed as The Arnhold Foundation and The Mulago Foundation or any other preferred wording as determined by the Donor for recognition purposes, including development publications and other appropriate institutional publications. Additional forms of recognition will be determined at a later date in consultation with the Donor.

6. If this gift is not paid in full in accordance with Paragraph 2, Mount Sinai reserves the right to remove signage and/or naming associated with this pledge. In the event of construction/relocation of a department, division, center or room, plaques and signage may need to be relocated to another appropriate location. The Development Office will communicate with the Donor or next of kin, if readily available, to arrange placement in a comparable location.

7. As a new, multidisciplinary Institute at Mount Sinai, The Arnhold Global Health Institute represents one of Mount Sinai's most prominent naming opportunities and strategic areas of financial support. As such, the Donor understands that philanthropic gifts will be sought for various programs, positions and/or renovation projects within The Arnhold Global Health Institute and that such programs, positions and space may be named in honor of donors who provide substantial support. However, all subsequent, additional support for The Arnhold Global Health Institute will be referenced or named as a program or funding opportunity within the umbrella entity of the Institute (e.g., The John Doe Program of The Arnhold Global Health Institute).

8. This gift shall be administered in accordance with Mount Sinai's policies from time to time in effect. If at any time in the future, due to changed circumstances in the reasonable judgment of Mount Sinai, it becomes impossible or impracticable to fulfill Donor's designated purpose for this gift, then Mount Sinai may make such modifications to the purposes as shall best carry out Donor's intent. Should Mount Sinai discontinue The Arnhold Global Health Institute in the future, the alternative naming of any successor Institute shall be determined upon consultation with the Donor and/or designee.

9. Mount Sinai hereby certifies that it is an organization that is tax-exempt under Section 501(c)(3) of the Code and is considered a public charity for such purposes. Mount Sinai has attached to this agreement a copy of its IRS determination letter to that effect.

10. This agreement shall be interpreted in accordance with the laws of the State of New York and venue for any disputes will be New York County.

The parties hereby concur that this document represents a full and accurate understanding of their agreement and constitutes their entire agreement with respect to the subject matter described herein.

DATE: 1/7/2014

**John Arnhold**
Trustee, The Arnhold Foundation
Trustee, The Mulago Foundation

THE MOUNT SINAI MEDICAL CENTER, INC.

DATE: 1/7/2014

BY: ______________________
Mark Kostegan, FAHP
Chief Development Officer
Senior Vice President for Development