# Exhibit 72

**From:** John Arnhold <jparnhold@arnholdllc.com>
**Sent:** Monday, June 25, 2018 6:23 PM
**To:** Kevin Starr
**Subject:** Re: having dinner with Ramon on Monday.

Can chat tonight or tomorrow.

Sent from my iPhone

On Jun 25, 2018, at 5:10 PM, Kevin Starr <kevin@mulagofoundation.org> wrote:

> thanks for this. was in the mountains far from the internet all weekend. it was nice.
>
> i wish i had more concrete facts, and wasn't just trying to piece things together. it has been a difficult time for all concerned, and i hope to find that ramon's role was more benign than it seems. what is crystal clear to me is that:
>
> - he does not understand the current mission/design of the institute. it isn't for lack of trying to communicate it.
> - he would like for things to be an amplified version of the status quo ante.
> - despite his protestations to the contrary, he won't ever be happy with prabhjot at the helm.
>
> i will be speaking with charney later this week. it might be good to check in after your conversation with ramon - in any case, i'd like to get a sense from you what latitude i should assume to negotiate these shoals on your behalf.
>
> i have not lost hope - at all - that the institute cold turn out to be something extraordinary. am hope that a year from now this will be just a speed bump.
>
> k
>
> On Friday, June 22, 2018, John Arnhold <jparnhold@arnholdllc.com> wrote:
>
> > # Jody's reaction
> >
> > ---
> >
> > **From:** Jody Gottfried Arnhold <jody@arnhold300.com>
> > **Sent:** Friday, June 22, 2018 4:24 PM
> > **To:** John Arnhold <jparnhold@arnholdllc.com>
> > **Subject:** Re: having dinner with Ramon on Monday.

This is clear as a bell.

Kevin will continue his relationship w Prabhjot - supporting him and giving him every vote of confidence.

Could we meet w Prabhjot and give him our vote of confidence and express our 100% support. We could apologize for all this and give him our gratitude for what he has accomplished and will accomplish. I can be emotional for us and you can be pragmatic. He's brilliant and we are sorry. We are with him and count on him.

Then, could you go to Charney and tell him we back Prabhjot?

As for Ramon, he is naive and unsophisticated. Always was. He's a brilliant pediatrician. Kevin is right. Ramon never was going to be capable of taking this anywhere. His heart is in the right place, but that's it.

Love you.

Jody Gottfried Arnhold

PS DANCE!, NY Emmy Nominated film about dance education

*WATCH THE TRAILER*[youtube.com]

*WATCH THE FILM[thirteen.org]*

*JOIN THE MOVEMENT*[psdancenyc.com]

Dance Education Laboratory 92Y[danceedlab.com]

*EXPLORE DANCE EDUCATION WITH THE EXPERTS*

On Jun 22, 2018, at 3:59 PM, John Arnhold <jparnhold@arnholdllc.com> wrote:

> fyi
>
> **From:** kevinstarr@gmail.com <kevinstarr@gmail.com> **On Behalf Of** Kevin Starr
> **Sent:** Friday, June 22, 2018 3:45 PM

**To:** John Arnhold <jparnhold@arnholdllc.com>
**Subject:** Re: having dinner with Ramon on Monday.

Yup.

Just got off the phone with Prabhjot today, who just got out of his "review" meeting with Charney post investigation.

Short summary is that HR found some stuff they didn't like about his management and he'll get more official oversight going forward, including from Dennis Charney (the Dean of the medical school and Prabhjot's direct boss), HR, and an "oversight committee" to be formed. It's mostly a slap on the wrist, but it will go into his official HR file, something that really pisses him off. I think he and his leadership can survive this - maybe even get some utility from - but it remains to be seen whether he'll be willing to stay. He's committed for the next few months because wants to give the Institute the best chance to succeed, but he may well leave after that. He's traumatized and insulted by the way this went down. It has cost him a lot personally and financially (whether it costs him professionally remains to be seen).

Ramon called me a couple of days ago. He said he was having dinner with you on Monday night and wanted to see what what going on with the the Institute because he was "out of the loop." It felt like he was fishing for something, and I asked him outright if he'd had anything to do with the Olivarius episode. He said, "I've heard of her, but I don't really know anything about it. I haven't spoken to Holly Atkinson (who happens to be friends with Olivarius) in over eight months." I had not mentioned Holly Atkinson.

In the 1:1 meeting with Prabhjot wherein Olivarius told him that he was said to have "destroyed global health at Mt. Sinai" and should quit before he was toppled, she referred to a dinner the night before where "influential people" from Sinai had discussed him and his work at Sinai. Ramon was at that dinner.

Ramon's fingerprints are all over this mess. He spoke to me of an investigation on April 24 - according to Sinai, there was no investigation at that point. He spoke of it again at the Fellows dinner. My understanding is that he is one of the complainants. While he prefaces things with "Prabhjot is brilliant and I like him as a person," he misses no opportunity to trash him (including to me), and has consistently sabotaged Prabhjot's efforts at Sinai.

There is no doubt that Ramon has positioned himself as your spokesperson at Sinai, and has represented himself as both gateway and gatekeeper for Arnhold monies coming to Sinai. At this point, Charney simply wants Prabhjot to give Ramon enough Institute money to keep him happy. At this point, I don't think Ramon will be happy until Prabhjot is gone.

I really don't like the position I find myself in here. Ramon is your friend and the Institute was his impetus. I had nothing to do with its inception - if you recall, I didn't know anything about until I was summoned to the board room for their presentation.

However, I thought that the Institute could become something really cool, and understood from you that I should work toward that end. I'd happily do that for anything you wanted to see happen, whether it was Mulago or the Tennis Hall of Fame.

To that end, I figured that the way to get the most out of your investment was to design the institute to be something highly distinctive and influential. To do that, we needed a clear mission that could be executed. We also needed the right leader. I saw the formulation of the mission, the fundamental design of the institute, and the recruitment of a leader as priorities to be executed simultaneously.

I persuaded Prabhjot to take the job because I had extensive knowledge of his resume, experience, and perspectives on global health - and he has a certain eggheaded charisma that I've seen manifest itself in a number of settings. He also was involved with a number of Mulago organizations, and they had great things to say about him. He himself had some misgivings about the job, mainly from conversations with Ramon and from the reputation of Sinai as a, uh, complicated place.

We worked together on the mission. "Take great public health solutions to big scale" seemed both precise and inspiring and we went with it. His thoughts on initial design and strategy made sense to me, and besides, there was a ton of clean-up and structuring to do before the Institute could do much of anything.

Prabhjot made some mistakes as he went about the work, and I blame myself for not making certain that the mission was communicated and effectively and "sold" throughout the institution. I also should have paid more attention to Ramon throughout the whole process - although I did in fact spend a lot of time and energy on him and what I'm left with is the sense that those efforts were doomed. Ramon had a lot of money with very little oversight for some time and he and his group thought that the emergence and funding of the Institute meant that this would continue and grow - and that they wouldn't have to keep fundraising beyond Arnhold money.

In the meantime, Prabhjot has become a friend and colleague. He sees me as a mentor, and I am honored by that. He is an inexperienced institutional leader and has made mistakes, and he can be too cerebral when situations call more for more emotional skill. He does feel things deeply, though, and he has as much integrity as anyone I've worked with. I've also found that he accepts advice and critique willingly from people he respects - i suspect he's pretty bad at doing the same with people he does not.

So here we are. In the short-to-medium term, I don't see the Institute accomplishing much without Prabhjot. These key hires won't happen without him (I like and respect Duncan from Harvard a lot, and frankly would advise him not to come if Prabhjot leaves). Having been out in the field with Ramon, I think that he was providing some useful experience for some medical students, but was driving little discernible change in the world. I don't think he has that much to add to the Institute. In conversation, it is very clear that he has not bothered to understand and engage with the stated mission of the Institute.

Ramon has become a friend as well over the years, and I am really sad about what has happened here. I can't know exactly what role he has played, but there is no doubt that he has consistently undermined Prabhjot in a number of different - and often disingenuous - ways. I care about him a

lot, but I'm really pissed at him. The most generous explanation I can find is that his judgement has been clouded by chemotherapy - that's not entirely farfetched, but is something he needs to take responsibility for. At this point, I'm not eager for more contact with him.

So there you go. Probably TMI, but I find myself in a pretty shitty place and and I want to be sure that I too am acting with full integrity and transparency. I still think that the Institute could accomplish wonderful things and be a resource - even hub - for Mulago's health portfolio. What is hugely important for me is to understand where you want it to go and to make certain that I am doing what I can to help take it there.

I am of course happy - hoping even - to talk about this in more depth with you, and I think that at some point you'd find it useful and interesting to sit down with Prabhjot.

Sorry to be so long-winded. Believe it or not, I did edit it down a bit....

K

On Friday, June 22, 2018, John Arnhold <jparnhold@arnholdllc.com> wrote:

> Anything new? Thanks.

--

<image001.jpg>

Kevin Starr, MD

www.mulagofoundation.org[mulagofoundation.org]

<image002.jpg>[twitter.com] Sign up for our newsletter[eepurl.com]

--

Kevin Starr, MD
www.mulagofoundation.org[mulagofoundation.org]
[twitter.com] Sign up for our newsletter[eepurl.com]

**From:** Jody Gottfried Arnhold <jody@arnhold300.com>
**Sent:** Monday, August 13, 2018 6:26 PM
**To:** Kevin Starr
**Subject:** Re: Charney meeting

You are the front man Kevin. Make it happen. Counting on you with total confidence. XXX

Jody Gottfried Arnhold

PS DANCE!, NY Emmy Nominated film about dance education
*WATCH THE TRAILER*
*WATCH THE FILM*
*JOIN THE MOVEMENT*

Dance Education Laboratory 92Y
*EXPLORE DANCE EDUCATION WITH THE EXPERTS*

On Aug 13, 2018, at 7:55 PM, Kevin Starr <kevin@mulagofoundation.org> wrote:

> couldn't agree more. i know that your backing means the world to prabhjot, and if he stays (good chance, i think) it will be in no small part because of that backing.
>
> thanks, k
>
> On Fri, Aug 10, 2018 at 2:58 PM Jody Gottfried Arnhold <jody@arnhold300.com> wrote:
>> Cool - the maize
>>
>> Shocking - Prabhjot's wife. Not good 2 small children. Stress!!
>>
>> Keep him.
>>
>> Bad behavior we have seen is not acceptable. Disgusting to ask Prabhjot for $ on top of asking us. Give it to them, but **it's over**. Charney has to explain to medical that no more negativity will be tolerated - in any form. He and Prabhjot are to report it immediately if they sense anything.
>> And the letter is out of his file - now.
>> Prabhjot must get a full vote of confidence and everyone has to know it and that he has our support 💯 %.
>> Prabhjot should have support of medical too, by the way.
>> That's what I say.
>> Jody

Jody Gottfried Arnhold

PS DANCE!, NY Emmy Nominated film about dance education
*WATCH THE TRAILER*
*WATCH THE FILM*
*JOIN THE MOVEMENT*

Dance Education Laboratory 92Y
*EXPLORE DANCE EDUCATION WITH THE EXPERTS*

On Aug 10, 2018, at 4:05 PM, Kevin Starr <kevin@mulagofoundation.org> wrote:

> hi from guatemala - here visiting one of our fellows who has developed a maize variety with much higher protein content - it's the staple crop in country with one of the highest rates of growth stunting in the world. pleased with progress.
>
> so - i'd like to negotiate that letter out of the file now. it's gratuitous, adding insult to injury. it's worth noting that this whole "investigation" was in fact carried out by charney's office and any decision about this whole affair is entirely his to make.
>
> i called prabhjot from here a couple of days ago - his wife had a stroke caused by a similar mechanism to the event that befell rainer. she should recover ok, but it's another huge stressor. we were talking mostly about that, but prabhjot mentioned in passing that charney wants him to give money from the institute budget to the medical education department - this on top of the money you committed to the other day,
>
> i think we may be able to keep prabhjot and i'm hoping that this will simply turn out to be a speed bump, but i too am loathe to see bad behavior rewarded.
>
> i'll look forward to the conversation on the 16th and we'll see what makes sense from there.
>
> On Wednesday, August 8, 2018, Jody Gottfried Arnhold <jody@arnhold300.com> wrote:
>
> > Meant to send this right after the meeting.
> >
> > Kevin:
> > Yes - it was a very good meeting. John was amazing.
> > However, is there a way to consider that bad behavior should not be rewarded. Yes - money for medical education and as a gesture of good will

and a small token of apology - take the letter/note out of the file. (Deal is - in a year. Can you negotiate that - stay on it? )
Maybe let this stand, but next time medicine wants anything ....
Jody

Jody Gottfried Arnhold

PS DANCE!, NY Emmy Nominated film about dance education
*WATCH THE TRAILER*
*WATCH THE FILM*
*JOIN THE MOVEMENT*

Dance Education Laboratory 92Y
*EXPLORE DANCE EDUCATION WITH THE EXPERTS*

On Jul 26, 2018, at 5:19 AM, Kevin Starr <kevin@mulagofoundation.org> wrote:

> thanks for this. was scrolling through email, missed it, and sent you query from here in chamonix. ignore it, of course,.
>
> overall, that sounds good. the dough for medical education is very generous of you, and i hope it both smooths the waters and provides some useful education.
>
> coaching and oversight is a good and useful thing, and i know prabhjot sees it as such and does not resent it.
>
> i'll be thinking about what role i can play to make all involved parties - and the institute - thrive. i want to ponder what really useful milestones will look like.
>
> delighted that it was a good meeting,
>
> talk soon.
>
> ks
>
> On Mon, Jul 23, 2018 at 12:23 PM John Arnhold <jparnhold@arnholdllc.com> wrote:

Just finished. Vowed his support. Told us about coaching and oversight committee (sounds helpful rather than punishment). Also bringing in team to look at education piece. Jody and I told him that we expect his strong advocacy for Prabhjot. He agreed that, if Prabhjot met his goals, the letter should explode into thin air. He asked whether a small amount of money (100-200 thousand) could be redirected to teaching program. Said it would go a long way toward smoothing the waters. I said yes. We also told him that he must put a halt to any sniping. He also should raise some other money.

We'll see what comes of this. On the face of it, good meeting.

**From:** Kevin Starr <kevin@mulagofoundation.org>
**Sent:** Sunday, July 22, 2018 12:46 PM
**To:** John Arnhold <jparnhold@arnholdllc.com>
**Subject:** Charney meeting

John

Hi from Chamonix. I'm on vacation this week, climbing with a friend from California. I was thinking to perhaps join the meeting by phone but a)I don't really think a disembodied voice would add much, and b) we've got a little break in what has been pretty atrocious weather and I want to take advantage of it so we don't get completely shut out.

In our last call, after you met with Prabhjot, I felt like we were of one mind about all this. There are just a few things that I would hope could be covered and perhaps even resolved:

1) I think it's unfair and unproductive for them to put a letter of reproach in Prabhjot's personnel file. It adds insult to injury and this point, I think it's one more thing that could push him to leave. Also, I'm worried that they'll use it for leverage if anything like this comes up again. In the end, I don't think this was a justified investigation, and the emerging report seems more pro forma then meaningful.

2) I still want to understand how this Anna Olivarius character came into the picture and why she did what she did. That was perhaps the most appalling episode in this whole saga. A couple of months ago now, Charney promised me he would investigate that issue. He never reported back.

3) The issues between the Institute and Medical Student Education were Charney's to abjudicate. If he done so effectively, a lot of static and heartache could've been avoided, I think. I'd like to know how, exactly, he plans to resolve any future problems.

Prabhjot made plenty of mistakes as an less-than-experienced leader, some which I should have. I don't think he did anything that remotely justified this mess.
Charney may provide a different perspective.

I'm still very optimistic that the Institute can turn into something extraordinary, something that can I have a significant and positive influence on global health writ large.

K

--

Kevin Starr, MD

www.mulagofoundation.org[mulagofoundation.org]

[twitter.com] Sign up for our newsletter[eepurl.com]

--

Kevin Starr, MD
www.mulagofoundation.org
Sign up for our newsletter

--

Kevin Starr, MD
www.mulagofoundation.org
Sign up for our newsletter

--

Kevin Starr, MD
www.mulagofoundation.org
Sign up for our newsletter