**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DR. HOLLY ATKINSON, DR. NATASHA ANUSHRI ANANDARAJA, DR. STELLA SAFO, MARY CALIENDO, HUMALE KHAN, GERALDINE LLAMES, AMANDA MISITI, and EMILIE BRUZELIUS,

Plaintiffs,

v.

DR. PRABHJOT SINGH, DR. DENNIS S. CHARNEY, BRUNO SILVA, DAVID BERMAN, and ICAHN SCHOOL of MEDICINE at MOUNT SINAI,

Defendants.

No. 19-cv-3779 (VSB) (JW)

**DECLARATION OF HUMALE KHAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Humale Khan declares, pursuant to 28 U.S.C § 1746, and under penalty of perjury, that the following is true and correct:

1. I have personal knowledge of the facts set forth herein.

2. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

3. From August 31, 2017 to February 1, 2019, I was an employee of the Icahn School of Medicine at Mount Sinai ("ISMMS") as a Product Manager at the Arnhold Institute for Global Health ("AIGH").

4. I was hired by Dr. James Faghmous, then AIGH's Chief Technology Officer. My principal responsibility at AIGH was the development of ATLAS, a software tool intended to combine satellite imagery, machine learning and epidemiological methods to identify at-risk patients in rural communities. I worked daily in and around the AIGH design room, alongside,

among others, Bruno Silva and the Health Systems Design team, and I attended AIGH's weekly ATLAS status meetings.

5. On numerous occasions during my first year at AIGH, when the work of the Health Systems Design team came up, I heard Mr. Silva speak about Dr. Stella Safo behind her back in the design room. I heard Mr. Silva call Dr. Safo "unqualified for her job," "too inexperienced," and "generally incompetent" in the design room. I also heard him call her a "control freak," a "bitch" and a "cunt" in the design room. I observed Mr. Silva be visibly upset before and after meetings that included Dr. Safo: he intensified his commentary on how much of a "bitch" Dr. Safo was. At times, when Mr. Silva observed Dr. Safo and me speak in the office, he would move out of her sight and make disgusting faces over her shoulder to ridicule and demean her.

6. On more than one occasion, I heard Mr. Silva enthusiastically declare in the design room that he would not do any work for Dr. Safo, and watch her fail. Silva would boast about purposefully not doing work that Safo requested so that she failed at her job. On many occasions, Silva said "I don't work for that bitch" or similar.

7. In or around October 2017, I reported Mr. Silva's conduct to Dr. Prabhjot Singh. Dr. Singh thanked me, told me he would keep my involvement confidential, and said he would work toward a solution. Instead, Dr. Singh told Mr. Silva about my complaint. In November 2017, after AIGH's meeting with USAID in Washington, D.C., Mr. Silva approached me in the airport on our way back to New York. In a threatening tone, he told me that he and Dr. Singh were very close, talked about everything openly and did not keep secrets, and that this gave him the ability to protect me or get me fired. After Dr. Singh disclosed my complaint, Mr. Silva yelled at me, and design tasks I needed from his team took two to three months to complete. On multiple occasions thereafter, when I tried to speak directly with the design team or with Mr. Silva about design tasks,

he would resort to yelling at me and claiming that the tasks had never been assigned. In a later meeting, I told Dr. Singh that Mr. Silva's behavior had not improved and that Mr. Silva was treating me worse than before. Dr. Singh told me, in substance, "I'm here to help you figure out how to work with him. We all know how he is. Let's try to find a solution on how to work with him."

8. On numerous occasions throughout 2017 and 2018, I heard Mr. Silva comment on Geraldine Llames's weight and body. Among the phrases I heard him use were "girl, you are putting on some weight"; "you better watch out, you don't want to gain any more"; and "oh you're eating quite a lot today, you sure you want to do that?"

9. On numerous occasions throughout 2017 and 2018, Mr. Silva implied that Ms. Llames needed to wear makeup. When she did wear makeup, Mr. Silva would allude to her dressing up for an occasion and imply that she was going to engage in sexual activity. Ms. Llames was usually present when Mr. Silva made these comments and was visibly upset by them.

10. On one occasion, I saw Silva pretend to lick his fingers and then gestured to his crotch in a sexually suggestive manner, pretending to masturbate. I also heard Mr. Silva make comments about women opening their legs and "needing to get laid;" he made these comments in front of me and about women employees of AIGH.

11. Before and during AIGH's 2017 trip to Washington, D.C. to present to a major funder of ATLAS, AIGH's flagship project, I heard Mr. Silva call Ms. Llames a "dyke" on multiple occasions. This started immediately after Ms. Llames mentioned she would ride her motorcycle to the meeting in Washington. I also heard Mr. Silva refer to Ms. Llames as a "lazy bitch" and as "crazy," and make allusions to her being on her period. This commentary was usually made behind her back in the design room.

12. On the same trip, we met with Jennifer Fluder, USAID Program Officer, to give a presentation about AIGH's work. When Ms. Fluder asked Dr. Singh how many users ATLAS had, Dr. Singh first gave a vague response, and, after Ms. Fluder pressed for numbers, Dr. Singh claimed a coverage area of approximately twenty percent and users on the order of hundreds. Those figures were made up. At that time, ATLAS was an unfinished prototype; it had not been deployed in the field, and it had no users. Ms. Fluder then asked Dr. Singh and the team to write those numbers in and to submit a final report to USAID.

13. The final printed report submitted to USAID stated, among other things, that ATLAS was active in "16% of secondary health coverage services" in Guatemala, where it had "a total of 224 Atlas core users." Both were false statements. AIGH ordered hundreds of printed copies of the report. A true and correct copy of an electronic version of that report, dated December 20, 2017 and bearing bates stamp Atkinson, et al._000113-000150, is attached as **Exhibit 1**.

14. During AIGH's engagement with Dimagi, a partner organization, on work in Senegal, I heard Mr. Silva call Jessica Long of Dimagi a "dumb crazy bitch," say that she was "smelly, needs to learn how to wear deodorant," and say that "girl needs to wear makeup." Mr. Silva made these comments in the design room before and after video calls with Dimagi.

15. AIGH held weekly ATLAS status meetings at which each team member would go around in a circle to give status updates. During these meetings, Dr. Singh would purposefully skip over Ms. Llames's updates and move on to the next person, often causing awkward tension in the room. The effort to skip her involvement entirely was clear to everyone in the room. Ms. Llames would be visibly upset by this treatment. Dr. Singh never skipped me or other men during these meetings.

16. Dr. Singh also routinely excluded Ms. Llames from meetings concerning matters for which she was responsible, including the project status of ATLAS and the organization of team goals. During meetings from which she had been excluded, her name and her responsibilities would be discussed, often in a dismissive tone. At "ATLAS core" meetings attended by, among others, Dr. Emilie Bruzelius, Mr. Silva and me, when Dr. Singh spoke about restructuring the ATLAS organizational chart, every time Ms. Llames came up he would become exasperated and frustrated, and would skip over the work she was overseeing.

17. Dr. Singh would assign Ms. Llames responsibilities and then take them away as she submitted work for them. Around October 2017, Ms. Llames was assigned to oversee all of AIGH's ATLAS partnerships. I collaborated with Ms. Llames on a set of "Partnership principles" and a "Partnership checklist," which she sent to Dr. Singh and David Berman for review. There was no response; but in later meetings about partnerships, Dr. Singh and Mr. Berman argued that Ms. Llames was not able to handle partnership work, and she was told that she was not handling partnerships. Ms. Llames was also assigned to give the ATLAS status updates. After she gave the status updates, they were not reviewed, and the updates were reassigned to me. Ms. Llames was also assigned to review ATLAS budgets; once she began that work, she was told that it was not her responsibility.

18. On several occasions throughout 2017 and 2018, Dr. Singh spoke directly to me about his eagerness to be rid of Ms. Llames, and about how incompetent he thought she was. Bruno Silva was occasionally present during those discussions.

19. I joined AIGH two years after graduating from university. Despite my juniority I was assigned virtually no administrative tasks, not even sending out meeting notes. I observed the same to be true of male colleagues, including Dr. Aaron Baum, Mathew Le, Patrick Doupe, Mihir

Mongia and Craig Helfgott. On one occasion, I walked into a room at AIGH where staff were stuffing hundreds of envelopes with booklets or letters to be sent out. Only women were in the room stuffing envelopes, ranging from program managers to an epidemiologist. I had not been asked to help with that task and only learned of it by walking into the room; I helped the women with this menial task.

20. I frequently requested PTO with only a few days' notice and my requests were granted.

21. On February 1, 2019, my last day at AIGH, I made an exit complaint to Clarissa Jones-Winter, member of ISMMS's labor relations department. I told her that representations AIGH had made to funders about ATLAS were false, including the figures in the report submitted to USAID described above, and that patient health information had been handled without adequate protection.

22. On February 12, 2019, I reported the same matters directly to ISMMS Dean Dennis Charney. Also on February 12, 2019, Dr. Jeb Weisman sent me an email proposing an "informal exit interview," and we spoke by telephone on February 15, 2019. I relayed my concerns to him as well. I also reported my concerns about Dr. Singh and about ATLAS to Dr. Kevin Starr of the Mulago Foundation, a funder of AIGH.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of August 2026.

By: *<u>/s/ Humale Khan</u>*
Humale Khan