# EXHIBIT 1

ATLAS

Icahn School of Medicine at Mount Sinai — *Arnhold Institute for Global Health*

# ATLAS: IDENTIFYING AND FORECASTING ZIKA HOT SPOTS BY FINDING THE DATA COLD SPOTS

**REPORT PREPARED FOR:** THE UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT (USAID)

**OCTOBER 1, 2016 – SEPTEMBER 30, 2017**




This report is made possible through the generous support of the Combating Zika and Future Threats partners: the United States Agency for International Development (USAID). It was prepared by the Arnhold Institute for Global Health at Mount Sinai and Dimagi, Inc. and does not necessarily reflect the views of the Combating Zika and Future Threats.

dimagi CommCare

Icahn School of Medicine at Mount Sinai

Arnhold Institute for Global Health

ATLAS




"If the goal of precision medicine is to deliver the right health intervention to the right person at the right time, the ultimate goal of precision public health is to develop and implement health interventions that can benefit the right populations at the right time."

***Muin Khoury** MD, PhD.*
*Director of the Office of Public Health Genomics at the Centers for Disease Control and Prevention*

Icahn School of Medicine at Mount Sinai — Arnhold Institute for Global Health

INTRO

# WHAT IS **ATLAS?**

ATLAS is a population health management software that utilizes healthcare data, satellite imaging, and contextual insights to identify invisible at-risk populations for the delivery of healthcare related services. The ATLAS platform helps community health managers (CHM) make better decisions and empowers community health workers (CHW) to quickly mobilize. ATLAS is a project of the Arnhold Institute for Global Health at the Icahn School of Medicine at Mount Sinai (Arnhold Institute).

In 2016 the Arnhold Institute was part of a consortium led by Dimagi, the software company that makes the health management platform CommCare, and Tula Salud, a Canadian non-profit providing health care in Guatemala. This partnership was the recipient of the USAID Zika and Future Threats Grand Challenge to build a software system in Guatemala that leverages a mobile-enabled health workforce led by Tula Salud using CommCare, with advances in machine learning and artificial intelligence driven by ATLAS to identify "cold spots" -- high-risk areas that lack data --to drive Zika detection.

Icahn School of Medicine at Mount Sinai | Arnhold Institute for Global Health

In Q3 2017, the Arnhold Institute, working with Dimagi and Tula Salud, has released major features on ATLAS that achieve three main goals:




## 1 PROVIDING TIMELY AND ACCURATE HEALTH INFORMATION FOR CHMS;

**2** **DEMOCRATIZING USEFUL SUBNATIONAL DATA BY BUILDING ACCESSIBLE APIS TO ENABLE ANYONE WITH THE PROPER PERMISSIONS TO DEPLOY APPLICATIONS THAT UTILIZE THIS DATA;**

**3** **PROVIDING AN ALTERNATIVE TO EXISTING ANALYTICS/DASHBOARD TOOLS BY CREATING AN INFORMATION PLATFORM THAT ENABLES ON-THE-GROUND ACTION.**

An alpha version of ATLAS was deployed into the municipality of Coban, Guatemala to conduct user research. CHWs gave feedback on the importance of timely, accurate, and contextual information and the need for ATLAS to achieve this.

Leadership at the Bill and Melinda Gates Foundation authored an insightful Nature article[1], highlighting four focus areas to achieve precision public health: disease monitoring, laboratory analyses integration, birth/death registrations, and training. However, to achieve these four priorities, there must exist an *accessible*, *scalable*, and *secure data platform* to enable these efforts. **IN OUR VIEW, THAT PLATFORM IS ATLAS.**

*[1] Dowell, Scott F, David Blazes, and Susan Desmond-Hellmann. "Four steps to precision public health." Nature 540 (2016) 189-191. Print.*

Icahn School of Medicine at Mount Sinai
Arnhold Institute for Global Health




"Human-centered design is a philosophy, not a precise set of methods, but one that assumes that innovation should start by getting close to users and observing their activities."

***Donald A. Norman,***
*Co – founder of Nielsen Norman Group*

THE APPROACH

# USER CENTERED DESIGN IN **GUATEMALA**

## THE METODOLOGY




By applying user-centered design principles, the team was able to quickly design and iterate on various features and UXs in Guatemala to discern specific needs of the Tula Salud CHW. Through this process the team gathered quick feedback from users, which was rapidly integrated into ATLAS for another round of testing.

The team ran a five-day spring with potential users of CommCare from the Tula Salud office and local MoH representatives in Cobán. The sprint was designed to answer critical business questions through rapid design, iteration and prototyping. This methodology leverages the wisdom behind design thinking and successful behaviors of a lean, agile environment to create an easy-to-use, robust process that any team can utilize.

Icahn School of Medicine at Mount Sinai
Arnhold Institute for Global Health

Working together in a sprint, the Arnhold Institute's engineers, product managers, and designers, alongside their partners at Dimagi and Tula Salud, were able to transform the lengthy iteration cycles prevalent in this line of work (often spanning months) into a single week. Instead of waiting to launch a minimal product to understand if an idea is viable, we have clear data directly from users constantly interacting with our prototypes. The sprint gave the Arnhold Institute foresight into ATLAS and customer reactions before making any expensive commitments.




*The sprint gives teams a shortcut to learning without building and launching.*

Icahn School of Medicine at Mount Sinai | Arnhold Institute for Global Health

# DESIGN SPRINT, GUATEMALA. 2017



Icahn School of Medicine at Mount Sinai
Arnhold Institute for Global Health

## THE DIMAGI FOLLOW UP WORKSHOP

Dimagi and the Arnhold Institute hosted a three day workshop in Guatemala City to educate regional organizations about CommCare, the new ATLAS capabilities, and how the two systems integrate. The goals of the workshop were:




1. To promote a better understanding of how organizations can configure and use CommCare to strengthen their program needs;

2. To introduce ATLAS technology that highlights blind spots in demographic and health information by analyzing data inputs collected by CommCare and other data sources along with high-accuracy satellite images of the areas where teams are working;

3. To enable organizations to begin building their own CommCare applications, learn the basics of how to design data collection and management needs, and structure their own integration with ATLAS.




We divided the workshop into three distinct sections since each one had a slightly different objective for the audience:

1. Programmatic overview of CommCare and ATLAS (Day 1 of workshop)

2. Technical training on CommCare (Day 2 of workshop)

3. Technical training on ATLAS integration (Day 3 of workshop)

The workshop enabled the Arnhold Institute and Dimagi teams to meet and work with Guatemalan organizations in a familiar, face-to-face setting. This allowed the Arnhold Institute and Dimagi teams to discuss the objectives of the Zika Grand Challenge, how CommCare and ATLAS solve the Challenge, and to help brainstorm with each organization to determine if their programs could benefit from adoption of CommCare and ATLAS.

Ultimately 18 organizations participated. Areas of focus ranged from mother and child health care, infectious disease surveillance, to road maintenance in rural parts of Guatemala. The organisations' feedback emphasized the importance of finding cold spots, helped ramp up organizations in effectively using CommCare, and validated the workflow needed for ATLAS to be used on the ground.




## THE PROBLEM

From the design sprints, several key problem areas were identified:

### RESPONSE TIME

CHMs need near real-time insights to allocate scarce resources over a large catchment area. With only a handful of CHWs and limited equipment, CHMs are constantly faced with difficult decisions with little usable data on how to mobilize the CHWs.  Medical data related to patients that requires attention are hard to understand or follow up with, even though the data exists. Databases and paper medical records/forms that are understandable are given attention and responded to over a 2-4 week period, or are completely overlooked. This especially becomes problematic if CHMs must respond to conditions that are time-sensitive such as birth complications, sudden spikes in severe malnutrition, or responding to potentially new patients with Zika.

### COLD SPOT DETECTION

The problems mentioned above are only with the data that *exists*. There is still the problem of identifying areas that are underserved or have patients that have no health data. And *even still*, there is the problem of identifying underserved communities outside of CHW catchment areas. These are cold spots. In this light, sustainable health equity in under-staffed, under-equipped health districts is unaddressable with any existing solution.

### CONTEXTUAL DATA

CHWs need an easy way to visualize and access relevant data when they are deployed in a remote area. Mobile-enabled workforces like the one Tula Salud deploys to remote regions still suffer from going into communities essentially 'blind'. While




deployed, it is necessary to see patient records/patient history, at-risk patients in their community, and updated information from CHWs on assets in the area. Having all of this information is a prerequisite to addressing more complex problems like connecting CHWs with their peers deployed nearby, or connecting CHWs with resources being deployed into the area.

### ZIKA AND MALNUTRITION

The team's partnership with Tula Salud was in Coban, where the Zika threat is relatively low because of altitude and climate. In addition, a problem was unearthed around low surveillance of Zika and the patients most negatively affected by the infection, namely pregnant women and children. Specifically, the team wanted to track maternal and child health indicators as a proxy for Zika, and also have a data infrastructure so that any future outbreak could be proactively tracked by ATLAS. Just as features of Congenital Zika Syndrome are associated with Microcephaly in children, Tula Salud's interest in tracking malnutrition stems from the complications Zika causes for pregnant women, as well as the developmental problems caused for children who are malnourished. Overall, tracking abnormalities in health indicators for mothers and infants is the most important use case for healthcare workers in Coban.

Icahn School of Medicine at Mount Sinai
Arnhold Institute for Global Health






> **W**e are at the start of a journey of transforming global health. We care for people in their communities, and we also care about data, investment, and scale. We do believe that in the future, to be great at global health, you have to do both, and to have the impact that you ought to have, you need to do both.

***Dr. Prabhjot Singh** MD, PhD.*
*Director of the Arnhold Institute and Chair of the Department of Health System Design & Global Health, at the Mount Sinai Health System and Icahn School of Medicine*

Icahn School of Medicine at Mount Sinai
Arnhold Institute for Global Health

ATLAS

# OUTCOMES
# & NEXT STEPS

Based on ATLAS technical architecture, problem space, and approach, the Arnhold Institute and partners were able to deliver impact in several key areas.

Icahn School of Medicine at Mount Sinai
*Arnhold Institute for Global Health*



## OUTCOMES
## USING THE LEARNINGS FROM OUR PARTNERS TO MAKE FUTURE DECISIONS

The team at the Arnhold Institute learned much from the partner organization in Guatemala, Tula Salud. These learnings have been translated into product development decisions and have helped inform Atlas next steps. Of the 345 total health districts in the Guatemala, Tula Salud's epidemiological surveillance system plan is currently active in 55 of them, giving Atlas 16% of secondary health coverage services in the country. Each health district has a Nurse and a Health Supervisor, while each health area has an Epidemiologist, providing a total of 224 Atlas core users. For the next year, Arnhold Institute's goal is to use Atlas to accelerate Tula Salud's operations to scale up to an additional 35 health districts, which will comprise 26% of the entire health system.



## SPEED

USING ATLAS TO REDUCE RESPONSE TIME WITH EASY TO USE, NEAR REAL-TIME ALERTS FOR PATIENTS THAT ARE AT RISK:

When deployed CHWs use their mobile devices to make note of at-risk patients, ATLAS is updated in near-real time. From a CHM's perspective, they are able to quickly see notifications of health districts that have spikes in malnutrition. From this information, CHMs are able to quickly dispatch resources and CHWs can address the abnormality. **ATLAS aims to reduce response time from four weeks to four minutes.**

Icahn School of Medicine at Mount Sinai
Arnhold Institute for Global Health

## COLD SPOT DETECTION

USING MACHINE LEARNING, ATLAS IDENTIFIES COMMUNITIES THAT HAVE NO DATA OR AFFILIATION WITH HEALTH POSTS OR HEALTH DISTRICTS:

Using a neural network on map data, ATLAS identifies isolated, clustered households near health posts. The aim is for CHMs to use accurate information from areas likely to be underserved within the catchment area of a health district. By increasing the threshold distance, managers are able to expand beyond a health district's catchment area to identify additional cold spots that are potentially underserved, as well as the closest health posts to them. **ATLAS promotes health equity by increasing coverage within a health post, and eventually expanding catchment areas to include more invisible communities.**

Icahn School of Medicine at Mount Sinai
Arnhold Institute for Global Health



Icahn School of Medicine at Mount Sinai
Arnhold Institute for Global Health



## CONTEXTUAL DATA

ATLAS PROVIDES DETAILED HEALTH INFORMATION FOR AT-RISK PATIENTS:

CHWs are able to filter information based on the type of risk, selecting an age group, specifying pregnancy stages, and patients at-risk for each health district. CHWs, once deployed, will be able to navigate even further and see a patient's detailed health data and history to make key decisions on the ground. **Based on the context in which CHWs are deployed, ATLAS pushes all relevant data to the frontline.**

## DISEASE OUTBREAK HIGH ALERT SYSTEM (BETA)

ATLAS CAN TRACK ABNORMALITIES AND INCREASE TRACKING FOR DISEASES LIKE ZIKA:

With the data aggregation and contextual data tied to health districts, ATLAS will be able to quickly discern abnormal spikes in conditions. For example, on an individual level, if pregnancy health data for an individual reports a sustained fever for more than two days, a rash, and vomiting, our system will be able to alert CHWs to test this person for Zika. From a population health perspective, community health managers and NGOs will be able to trace disease outbreaks and define catchment zones with higher resolution.


ATLAS
Cobán
UPDATED 9/5/2017
Registered Patients
2,148
Pregnancy
103
Type of risk
At risk
Total cases
7
New cases
0
SETTINGS
DISTRICTS
HEATH POSTS
COMMUNITIES
RISK AREAS
ZIKA
COLD SPOTS
HELP
Zika Cases
Patients
Status
33942 Suspected
49559 Suspected
39453 Pending
59604 Pending
40505 Confirmed

Icahn School of Medicine at Mount Sinai
*Arnhold Institute for Global Health*





Columns

| PROPERTY | LABEL |
|---|---|
| name | name |
| owner_id | owner id |
| ubicacion_de_la_comunid... | ubicacion de la comunidad |
| control_numero_personas | control numero personas |
| codigo_comunidad | codigo comunidad |
| id_area_salud | id area salud |
| id_distrito | id distrito |
| id_puesto_salud | id puesto salud |
| modified_on | modified on |

Preview Report
Preview includes at most 100 cases

DATA TABLE

| name | owner id | ubicacion de la comunidad | control numero personas | codigo comunidad |
|---|---|---|---|---|
| Bentzul Conop III | d591fc3a11211c71836fedb189fe24c0 | 15.4953368 -90.59625 0.0 4315.0 | 1 | 1713104616 |
| camcal | aef4475caa9b356305911bb2965abb1b | 15.566903333333334 -90.40753000000001 851.4 7.9 | 3 | 1713108610 |
| camelias | b5200b34ecb77a7c7728c999167f36db | 15.35328 -89.94594666666666 729.5 9.6 | 132 | 1708111010 |
| Campur | f31e55271b45896b9b70519f4ffdce02 | 15.32349 -89.82753666666667 136.3 9.1 | 58 | 1714130513 |
| Cerro lindo | 1041e5541520b7a65380f06d74ebf1eb | | 10 | 1713107111 |
| Chaimaic | ad9aaaeacbac1a12df90f069b2607c2c | 15.75568 | | |



## COMMCARE DATA INTEGRATION SOLUTION

### PROVIDING APIs TO SURFACE DATA TO ATLAS AND IDENTIFYING SIMILAR DATA ACROSS PROJECTS:

There is no standardized nomenclature of identification pattern for data points across CommCare domains. On the CommCare platform, projects are free to label collected data in any way they wish so that the data are most useful to their particular use case. This means that even though two different project may collect similar data sets, they may identify those data sets entirely differently. Because of this wide variance of inputs, it is very hard to identify a common set of data points which apply to all or most CommCare projects which can easily be integrated with ATLAS.

The solution to this problem was to create an easy drag and drop framework in which individual projects can easily identify the subset of data from their project which they would like to integrate with ATLAS.  This means that each project can choose which data is meaningful for integration into the system, while guarding any data which is private. Furthermore, the ATLAS team can work with individual projects to ensure that the integration of their data is clear, and that all data points will interact properly with the existing ATLAS framework. In order to foster usage and engagement with this new system by other partners, Dimagi will likely need to actively promote this kind of integration among our partners and will probably need to work closely with those who are interested in engaging in order to teach them how to set up the reports and enable API integration with ATLAS.

Icahn School of Medicine at Mount Sinai | Arnhold Institute for Global Health

## NEXT STEPS

Arnhold Institute's ATLAS team, Dimagi, and Tula Salud are dedicated to rapidly iterating ATLAS with CHWs and our stakeholders to increase scale and impact. Based on challenges and limitations faced in the past year, the primary focuses for Q1 2018 will be:

### DATA

- A large commitment for the ATLAS team last year was processing raw data collected from frontline workers effectively. Just mirroring Tula Salud's database and spending time understanding their schema produced a lot of preprocessing work before having valuable insights.

- In the next year, the ATLAS team plans on creating an enhanced data pipeline infrastructure that automates and standardizes the collection of data from various partners. This work also includes creating a standardized schema by which ATLAS can start to correlate and understand larger trends across vastly different health systems.

Icahn School of Medicine at Mount Sinai    Arnhold Institute for Global Health

## PARTNERSHIP

- Gaining contextual ancillary data besides CHW data is needed to make better predictions for disease outbreaks. ATLAS can currently give notifications and basic predictions on spikes in conditions, but to really use machine learning ATLAS needs partners to provide interesting datasets

- In Q4 2017, the Arnhold Institute plans to leverage new partnerships to achieve higher resolution data. The aim is to utilize detailed drone data, climate data, and other cross-sectional data points that affect health outcomes incorporated efficiently into the platform. With partners like RTI who are providing us with detailed drone data of mosquito breeding grounds, the hope is this increase in granular data will allow ATLAS to more effectively predict and track diseases.

- Dimagi has invested in the ability to easily create data reports which enable the user to selectively integrate programmatic data to ATLAS via APIs. Because of the value proposition of ATLAS, this is a feature that Dimagi is eager to test with more current project partners and to engage new partners interested in using both platforms. To that end Dimagi will be keeping a close feedback loop with Tula Salud in Guatemala for feature development, and exploring new opportunities to work with the ATLAS tool in Senegal.

## DEPLOYMENT

- In the coming months, the Arnhold Institute will be spending longer periods of time testing and iterating ATLAS features in Guatemala. This regular cadence, in partnership with our implementing colleagues, will produce a faster iteration loop for feature development.

- Arnhold Institute's goal for the next year is to have a full release of ATLAS across all of Tula Salud's mobile-enabled workforce, which covers 20% of Guatemala. The ATLAS team will bolster this deployment to include lean training and field operation support.

## INITIATIVE

- From an initiative perspective, ATLAS has goal is to set the global standard for cold spot detection in the healthcare space. Our hope is that the models created in ATLAS are applied to how the world thinks about precision health care delivery. Clearly identifying underserved communities or highlighting areas with low confidence data is a gap that, in our opinion, needs more attention.. To that end, ATLAS is the best platform for this endeavor.

# ATLAS TIMELINE



Icahn School of Medicine at Mount Sinai
Arnhold Institute for Global Health

**SEP 2017**

- Core feature development complete
- Beta features development
- USAID Zika Grand Challenge final report

**OCT 2017**

TODAY

- Data validation with Tula Salud
- Authentication integration with Tula Salud healthcare workforce
- Integrating metrics into ATLAS
- Preliminary testing + feedback with healthcare workers remotely
- Cold Spot integration into service delivery workflow
- Preliminary remote testing of cold spot integration

**NOV 2017**

- Data validation with Tula Salud cont.
- Preliminary remote testing of cold spot integration cont.
- Integrating workflow of healthcare workers tracking existing ‘indicators’
- Gather data requirements for deployed healthcare worker actionable insights

**DEC 2017**

- Testing and validation sprint with frontline workers in Guatemala
- Prototype development - actionable insights for deployed healthcare workers
- Prototype development - testing/validation sprint conversion to prototype features

**JAN 2018**

- Feature exploration: cross-applying various data sources to existing ATLAS features for enhanced insights
- Team retrospective
- Senegal Grand Challenge for malaria: V0 development of prototype features
- Cold spot detection v1 development
- Design Workshop in Senegal with Dimagi/ground partners

**FEB 2018**

- Feature prototyping: cross-applying data to existing ATLAS features for enhanced insights
- Senegal Grand Challenge for malaria: V0 development of prototype features cont.
- Cold spot detection v1 development complete

ATLAS




"By understanding the current health status of populations, interventions can be tailored that address clinical symptoms and the social determinants impacting them. This will guide and inform us on how to best improve societal health, wellbeing, and quality of life. The end goal is to promote health equity among all communities."

***Bruno Silva, MFA,***
*Head of Design & Product Development at the Arnhold Institute for Global Health.*

ATLAS

# TECHNICAL **SPECIFICATION**

## TECHNICAL ARCHITECTURE

ATLAS has two central users with distinct needs: frontline health workers and health managers (at a district, regional, or national level). The ATLAS platform has three core components: data aggregation, data reporting, and real-time analytics. While ATLAS shares features with traditional data products, its focus is on scaling subnational data, identifying disease cold spots, and real-time analytics.

Icahn School of Medicine at Mount Sinai
Arnhold Institute for Global Health



## DATA AGGREGATION

Data collection begins at the frontline where ATLAS utilizes Dimagi's CommCare software for data collection. CommCare provides customizable forms for Android-based mobile phones. To ensure high-quality data, ATLAS continuously monitors the performance of CommCare entry forms both qualitatively and quantitatively. From a design stand-point the Arnhold Institute works with our UX experts to conduct on-the-ground design workshops to observe and train frontline workers in data collection. To minimize human error, the Arnhold Institute will employ automatic data entry based on contextual information whenever possible (based on findings from the design workshops). Quantitatively, the Arnhold Institute will test different form design patterns and test their efficacy using standard A/B testing techniques with tools such as Optimizely, etc.

An AWS Kinesis stream will be used to process data from the Dimagi API, such that when a frontline worker submits an entry, it will immediately be pushed into the ATLAS stream. This stream will then trigger an AWS Lambda function that will perform QA on the new entry. The QA process can include basic checks such as "convenience entries" where a user enters the same value for too many patients (i.e. always enter 5 for all patients) to more aggregate checks such as anomaly detection (if an entry is over 2 standard deviations from the population mean). Depending on the strictness of the QA, ATLAS can return the entry in near-real-time and ask the user to verify the entry. The entry will remain in a staging table in the ATLAS database until any QA conflicts are resolved. If the entry passes QA, it will be stored in a permanent storage table in the database built on PostgreSQL and PostGIS for scalable spatial analyses. There are multiple architectures that can be adapted depending on the data agreement with on-the-ground partners, but we anticipate the data to be stored on a HIPAA compliant AWS RDS instance. The data will be encrypted in transit using SSL and at rest using an encrypted EBS volume. It is important to note that although HIPAA regulations tend to be more strict than other data regulations, the Arnhold Institute will need to work with partner nations to meet their data security needs while ensuring data accuracy, reliability, and accessibility.

## DATA REPORTING

Once the sufficient data are collected and stored in the PostgreSQL database, ATLAS performs data reporting for its two users: frontline workers and health managers. In both instances, the reports are pre-computed daily and delivered to the end-user to ensure a fluid user experience. That is, ALTAS constructs a new table in the database that aggregates the raw data at the level of detail suitable for each user. For each user, there are core and custom reports. Basic reports are common visualizations such as spatial maps, while the more advanced reports rely on UX interviews to better understand the user needs.

Frontline workers: information is pre-computed and stored in a separate table that is updated daily. This architecture is flexible in that new information can be pre-computed as new needs arise. All reports are delivered to a mobile phone and just as with the input form, the Arnhold Institute will conduct rigorous qualitative and quantitative research to deliver the most seamless experience without compromising on worker efficiency. For the visualization, ATLAS relies on open-source packages such as Mapbox. The visualizations will have "hooks" to interactively link directly with the case management software so that a frontline worker can go between the reports and the data entry interfaces. Some of the core reports ATLAS can generate include:

- *Maps of causes of death*
- *Health posts visited and service delivery planning*
- *Population-level risk maps that utilize auxiliary information such as proximity to water bodies, etc.*

For custom reports, ATLAS will need to better understand user needs but based on work with frontline workers under the Zika Grand Challenge, some needs include:

- *Prioritization of visits based on risk, recency, etc.*
- *Reduce redundancies from multiple visits by the same or multiple frontline workers*
- *Review history of region, village, and family based on entries from previous frontline workers (for new frontline workers)*

Regardless of the reports, the basic framework is the same: use the data entered by frontline workers, and deploy machine learning algorithms to build a new report with relevant data. These data are then displayed in a continuously improving user interface and UX using open-source visualization tools.

The most unique reporting for health managers is the identification of cold spots: areas with high risk yet little information. The report focuses on using existing data and risk assessments to highlight which data are needed to avoid unnecessary risk such as a disease outbreak. Cold spots are an intuitive way to better target resources. The spatial risk of any region will be estimated by working with epidemiology partners and will focus on population-level risks. For instance, for Zika, one may construct a spatial risk index using environmental data such as temperature, humidity, and precipitation, mosquito breeding and range estimates, as well as a measure of mosquito breeding grounds. Given the near-real time care delivery information being collected from frontline workers, ATLAS can highlight regions with low care delivery information and high risk to prompt managers to dispatch additional resources to these cold spots before they become disease hot spots.

Although the technical needs for such a measure are modest, the Arnhold Institute will focus most of our energy's best UX practices to present the information in the appropriate form. For example, we will 'decompose' the risk index such that decision makers can interpret the sources of risk. Additionally, we will allow managers and population health experts to play with the model by changing key assumptions and/or inputs to the risk index to experiment how those changes impact the resulting cold spots and priorities (similar to a Bayesian Inference visualization tool created by Kristoffer Magnusson[2]).

Finally, de-identified aggregate data (using the 'Expert Method' and other approaches based on differential privacy) will be available on a public server accessible via API. All users will have to register before being able to access the data. Registration may be subject to host country approval, etc. Subsets of the data can be downloaded in standard data analysis formats as well as open-source data standards such as DHIS2.





*[2]Magnusson, Kristoffer. (n.d.). Bayesian Inference – an interactive visualization. Retrieved from* http://rpsychologist.com/d3/bayes/

## REAL-TIME ANALYTICS

A final capability of ATLAS is real-time analytics. The accuracy and value of ATLAS is highly dependent on the amount of data available and the velocity of incoming data. The main purpose of real-time analysis is to manage disease outbreaks from both a frontline worker and health manager perspectives. ATLAS works in part by continuously monitoring incoming health reports and verbal autopsies to detect emerging topics that are novel and spatially clustered (an example of this can be seen in a 2016 study done by researchers at Carnegie Mellon University and others on semantic scans and early detection of events[3]). As a set of symptoms or causes of death emerge, even in small regions, managers are notified. Using our cold spot predictions, they are able to precisely dispatch resources to further reduce uncertainty. From a frontline worker perspective, if an emerging anomaly is detected, the worker is re-directed to areas of high uncertainty as a function of spatial proximity and estimated risk. As other workers in the field input information, risk areas are updated and new priority areas may emerge, effectively enabling a distributed and coordinated effort to verify or contain potential outbreaks.

The following figure illustrates the integration of these various features





*[3] Maurya, Abhinav, Kenton Murray, Yandong Liu, Chris Dyer, William W. Cohen, and Daniel B. Neill. "Semantic Scan: Detecting Subtle, Spatially Localized Events in Text Streams." 13 February 2016. Retrieved from* https://arxiv.org/pdf/1602.04393.pdf.

Icahn School of Medicine at Mount Sinai
Arnhold Institute for Global Health



ATLAS

Icahn School of Medicine at Mount Sinai

*Arnhold Institute for Global Health*

THANK YOU TO:

MULAGO

dimagi

TulaSalud

USAID FROM THE AMERICAN PEOPLE

MEDIC MOBILE

DigitalGlobe

CommCare