**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DR. HOLLY ATKINSON, DR. NATASHA ANUSHRI ANANDARAJA, DR. STELLA SAFO, MARY CALIENDO, HUMALE KHAN, GERALDINE LLAMES, AMANDA MISITI, and EMILIE BRUZELIUS,

Plaintiffs,

v.

DR. PRABHJOT SINGH, DR. DENNIS S. CHARNEY, BRUNO SILVA, DAVID BERMAN, and ICAHN SCHOOL of MEDICINE at MOUNT SINAI,

Defendants.

No. 19-cv-3779 (VSB) (JW)

**DECLARATION OF ERICA POLLOCK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Erica Pollock (née Levine) declares, pursuant to 28 U.S.C § 1746, and under penalty of perjury, that the following is true and correct:

1. I have personal knowledge of the facts set forth herein.

2. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

3. From January 2018 to November 2019, I was an employee of the Icahn School of Medicine at Mount Sinai ("ISMMS") at its Arnhold Institute of Global Health ("AIGH").

4. During one work meeting, Dr. Prabhjot Singh, Director of AIGH, drew a diagram of a vagina, and remarked, "I am no Georgia O'Keefe." I remember feeling shocked. My work concerned chronic condition behavior change and not reproductive or vaginal health and there was no reason to draw or discuss female genital anatomy.

5. In my 20-year career in academia and industry, I have never experienced anybody drawing any genitals as part of a working session or demonstration where female reproductive health was not the discussion topic.

6. Amanda Misiti, my colleague at AIGH and one of the Plaintiffs in this action, and I became friends outside of work. At work, Ms. Misiti was highly professional, appropriate and respectful in her communications with me and others. Outside of work, we spoke and exchanged text messages that were often very informal.

7. I have reviewed text message extracts between me and Ms. Misiti which Defendants filed with the Court as Dkt. Nos. 212-6, 212-43, 212-44, 212-46, and 212-47. I did not and do not consider any of these or other messages Ms. Misiti sent me as offensive or inappropriate. They did not make me uncomfortable. There was no inherent power dynamic in our mutual friendship, we were not speaking in a work setting, and we were both consenting and actively engaging with each other in similar manner on Whatsapp.

8. I have also reviewed text message extracts Defendants filed with the Court as Dkt. No. 212-45. I never received these text messages from Ms. Misiti and they do not appear to be addressed to me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of August 2026.

By: *<u>/s/ Erica Pollock</u>*
Erica Pollock