McALLISTER OLIVARIUS

***Sent via ECF***

October 15, 2026

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

***Safo, et al. v. Singh, et al.*, 1:19-cv-03779-VSB-JW**

Dear Judge Broderick:

We represent Plaintiffs Dr. Stella Safo, Geraldine Llames, Amanda Misiti and Dr. Emilie Bruzelius in the above-referenced action. We write in response to Defendants' request dated yesterday for leave to enlarge their reply memorandum to 7,500 words (Dkt. No. 248) ("Letter Motion").

Plaintiffs oppose the Letter Motion. On June 12, 2026, the Court enlarged Defendants' word count for their opening memorandum of law by some 50%, from 8,750 to 13,250 words. (Dkt. No. 206.) Defendants are now asking for a much bigger increase to their reply brief. Per Rule 4.B. of Your Honor's Individual Rules & Practices, reply memoranda are limited to 3,500 words. Having already received over three weeks of extra time from the Court to file their reply (Dkt. No. 245), Defendants are now asking for the word limit to be increased by more than 100%, to 7,500 words.

Defendants fail to demonstrate good cause for their request. They refer the Court to the size of Plaintiffs' opposition papers but that is not sufficient. Plaintiffs' memorandum of law in opposition to Defendants' Motion for Summary Judgment was subject to the same word limit as Defendants' opening memorandum of law. The length of Plaintiffs' Rule 56.1 submission (Dkt. No. 242) was a product of Defendants' intentionally narrow and misleading Rule 56.1 submission (Dkt. No. 113), including its many significant misstatements of law. Plaintiffs refer the Court to the table on pages 16-17 of their Memorandum of Law in Opposition to Defendants' Motion for Summary Judgement (Dkt. No. 241). In order to cure these misstatements of law and other defects and represent the record faithfully to the Court, Plaintiffs' Rule 56.1 submission was necessarily lengthy. Defendants cannot now contend that because Plaintiffs had to carefully and systematically expose Defendants' false statements of law and other defects in Plaintiffs' 56.1 submission, Defendants deserve a substantially enlarged word count for their reply brief.

641 LEXINGTON AVENUE | 13TH FLOOR | NEW YORK, NY 10022 | USA | +1 (212) 433-3456 | MCOLAW.COM

HENNERTON HOUSE | WARGRAVE, READING | BERKSHIRE | RG10 8PD | ENGLAND | +44 (0) 20 3048 5959 | DX 6411 MAIDENHEAD

Partners: **Dr Ann Olivarius** (Solicitor of England & Wales and Ireland; U.S. attorney licensed in MN, NH, VA, DC, ID & NY)
**Dr JFO McAllister** (Registered Foreign Lawyer and U.S. attorney licensed in NY & CT)

For these reasons, Plaintiffs respectfully request that the Court deny Defendants' Letter Motion.We thank the Court for its consideration.

Respectfully submitted,

*/s/ John McAllister*
Dr. John F.O. McAllister

cc: All Counsel of Record (via ECF)