**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DR. HOLLY ATKINSON, DR. NATASHA ANUSHRI ANANDARAJA, DR. STELLA SAFO, MARY CALIENDO, HUMALE KHAN, GERALDINE LLAMES, AMANDA MISITI, and EMILIE BRUZELIUS,

Plaintiffs,

v.

DR. PRABHJOT SINGH, DR. DENNIS S. CHARNEY, BRUNO SILVA, DAVID BERMAN, and ICAHN SCHOOL of MEDICINE at MOUNT SINAI,

Defendants.

**ORAL ARGUMENT REQUESTED**

No. 19-cv-3779 (VSB) (JW)

**DEFENDANTS' NOTICE OF MOTION TO STRIKE**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Declaration of Adam M. Lupion, Esq., and the exhibits annexed thereto, Defendants Dr. Prabhjot Singh, Dr. Dennis S. Charney, Bruno Silva, and Icahn School of Medicine at Mount Sinai (collectively "Defendants"), by and through their undersigned attorneys, will and do hereby move this Court, before the Honorable Vernon S. Broderick, at the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, at a date and time set by the Court, pursuant to Federal Rules of Civil Procedure 6(b), 32(a), 37(c) and 56(c)(2) and (c)(4); Federal Rules of Evidence 401-02 and 804; Local Civil Rule 56.1; Section 4.D of the Court's Individual Rules & Practices in Civil Cases; and the Court's inherent authority, for an order (i) striking Plaintiffs' Statement of Additional Undisputed Material Facts (Dkts. 234 ¶¶245-717, 242 ¶¶245-717); (ii) striking all improper

responses contained in Plaintiffs' Response to Defendants' Statement of Undisputed Material Facts ("56.1 Response") (Dkts. 234, 242); (iii) striking the "corrected" versions of the 56.1 Response and Plaintiffs' Memorandum of Law (Dkts. 241, 242); (iv) striking the Declarations of James Faghmous (Dkt. 236), Ann Olivarius (Dkt. 227), Natasha Anandaraja (Dkt. 230), and Holly Atkinson (Dkt. 232); (v) striking Paragraph 10 of the Declaration of Mary Caliendo (Dkt. 235), Paragraph 5 of the Declaration of Erica Pollock (Dkt. 228), and Paragraphs 12-13 and 21-22 of the Declaration of Humale Khan (Dkt. 224); (vi) striking the Transcript of Dr. Ann Marie Beddoe's Deposition (Dkt. 223-3); and (vii) granting such other and further relief as the Court may deem just and proper. Defendants respectfully request that this motion be heard at oral argument together with Defendants' Motion for Summary Judgment (Dkt. 207), on a date and a time designated by the Court.

Dated: October 21, 2026
New York, New York

PROSKAUER ROSE LLP

By: /s/ Adam M. Lupion

Adam M. Lupion
Joseph Baumgarten
Edna D. Guerrasio
Austin D. McLeod
Eleven Times Square
alupion@proskauer.com
jbaumgarten@proskauer.com
eguerrasio@proskauer.com
amcleod@proskauer.com
T: 212-969-3000
F: 212-969-2900

*Attorneys for Defendants Dr. Prabhjot Singh, Dr. Dennis S. Charney, Bruno Silva, and ISMMS*