# EXHIBIT 62

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. STELLA SAFO, GERALDINE LLAMES, AMANDA MISITI and EMILE BRUZELIUS, Plaintiffs, | CASE NO. 1:19-cv-03779-VSB-JW |
| -against- | |
| DR. PRABHJOT SINGH, DR. DENNIS S. CHARNEY, BRUNO SILVA and ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI, Defendants. | |

*** CONFIDENTIAL ***
CONTAINS ATTORNEYS' EYES ONLY PORTIONS
VIDEO-RECORDED DEPOSITION OF
DENNIS S. CHARNEY, MD
Glenn, Agre, Bergman & Fuentes, LLP
1185 Avenue of the Americas
22nd Floor
New York, New York 10036

06/12/2024
9:48 a.m. (EDT)

REPORTED BY: MONIQUE CABRERA

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

A. I'm sorry. I can only give you a general answer. I learned about him in the context of recruiting the head of the Arnhold Institute.

Q. Was he brought to your attention by Barbara -- Dr. Barbara Murphy?

A. I would say Barbara Murphy did bring him to my attention.

Q. Now, at the time that you learned of Dr. Singh, you were already considering somebody else for the position of director of the Arnhold Institute for Global Health, right?

MR. BAUMGARTEN: Object to the form.

A. I don't believe so.

BY MR. BOWEN:

Q. So the position was wide open at that point?

A. That's my memory at the moment.

Q. Somebody else had already turned down the position?

A. There was somebody else where it didn't work out in terms of being a candidate.

Q. What was her name?
A. Dr. Strathdee.
Q. Why didn't that work out from your point of view?
A. We couldn't come to an agreement on the resources that she required.
Q. The amount of money?
A. That would be part of it, the ultimate cost of -- of -- of the resources required.
Q. But you liked her vision of what the institute could be?
A. Yes, that's my memory.
Q. So at the time that you heard about Dr. Singh from Dr. Murphy, did you consider him a candidate or potential candidate for the position of director of the institute?
A. Can you rephrase that please?
Q. At the time that Dr. Murray brought Dr. Singh to your attention, did you consider him right away as a potential candidate for that position?

A. My memory is that when Dr. Barbara Murphy brought him to my attention because of the confidence I had in Dr. Murphy's opinion about faculty and so forth, that that brought Dr. Singh to my attention.

Q. So did you meet with him right away? Dr. Singh?

A. I don't remember the time frame of when I started to meet with him.

Q. But based on what Dr. Murphy had said, was that enough for you to look at him as a potential candidate?

A. I don't remember all the sequence of events around that time in which Dr. Singh came to my attention, but Barbara Murphy's recommendation was an important component of that.

Q. Because you trust her judgment?

A. I did.

(Reporter clarification.)

MR. BOWEN: Her judgment.

BY MR. BOWEN:

family?
A. That would not be a factor.
Q. Why was it the Arnhold family isolated out in this recommendation, that there should be a, quote/unquote, plan of communication to them?
A. My memory is that it was just to let them know the results.
Q. But why would the investigators understand that it was important for the Arnhold family to know that?
A. Just a matter of communication. It -- you know, it's the Arnhold Global Health Institute. It's just to let them know the results of the investigation. It had no role at all in the way the investigation was conducted and the development of the recommendations, zero impact.
Q. But did you tell the investigators that the Arnhold family through Dr. Starr were waiting for the results of this investigation and knew it was happening?

A. I don't remember that discussion happening.

Q. Did you tell them about your communications with Dr. Starr along the lines where he says unless it's serious wrongdoing, there better not be any repercussions for Dr. Singh?

A. Don't remember having that discussion, but I just have to emphasize again, that the investigation was not to be influenced by any donor. It's to follow the facts, and that's what they did.

Q. Did you ask the investigators what they were going to tell the complainants, the women who were complaining about Dr. Singh?

A. I don't remember the specific aspects of that conversation, but I believe that there was a conversation on how to let them know the results of the investigation.

Q. A conversation with you about how to let them know?

A. That how -- what was the best method

gender-specific terms were used at the institute while Dr. Singh was the director?
A. My knowledge -- my knowledge only comes from the investigation.
Q. So apart from the investigation, no one ever told you that words like "bitch" or "cunt" were used at the workplace by people who were in the Institute for Global Health?
A. No.
Q. Do you know Bruno Silva, one of the other defendants in this lawsuit?
A. I know of his name, but I don't know him.
Q. You never met him?
A. Not to my knowledge.
Q. And you weren't aware that -- that he used gender-specific derogatory terms in the workplace?
A. My only knowledge of his behavior comes from the investigation.
Q. In terms of the other plaintiffs in this litigation, do you know Dr. Stella Safo?

A. I -- I believe I have met with her once or twice.

Q. Do you have a view as to her competency and quality of work in her field?

A. I don't.

Q. Do you have a view as to her truthfulness and trustworthiness?

A. I don't.

Q. Do you know Mary Caliendo?

MR. BAUMGARTEN: Mary Caliendo is not a plaintiff.

Do you understand that?

BY MR. BOWEN:

Q. Well, do you know her?

A. The name sounds familiar.

Q. You can't place her?

A. I can't place her at the moment.

Q. So you don't know anything about her?

A. My memory, I don't have memory of her at the moment.

Q. Well, are you aware of who was