# EXHIBIT 78

Document Produced In Native

# Salary Review-DEPT 091 Global

| Current state | | | | Supported by Compensation | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name | Title | Job Class/Grade | Current Salary | Job Title | Job Class/Grade | New Salary, Up To : | $$ Impact | Exp/Educ | New Grade Range | Incumb. Avg. |
| Craig Helfgott | Data Science Anlst III | PK10, 29P | 120,000 | same | | 127,500 | 7,500 | 15 yrs, Ph.D | 106,108-132,635-159,161 | 127,725 |
| Kyle Landell | Programmer-Anlst II | [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Farah Khan | Program Coord II | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Erica Levine | Program Manager I | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Emilie Bruzelius | Data Analyst II | PK45, 31A | 76,055 | **Senior Data Analyst** | **PZ51, 32A** | 82,500 | 6,445 | 12 yrs, MPH | 65,885- 82,356- 98,827 | 85,258 |
| Humale Khan | Product Manager | PR43, 27P | 95,000 | same | | same | | 3 yrs, BS | 87,692 - 109,615 - 131,538 | 95,000 |
| Alissa Smaldino | Educ Prog Mgr II | [redacted] | [redacted] | [redacted] | | [redacted] | | [redacted] | [redacted] | [redacted] |
| Renita Ramjit | Exec Asst I | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |
| Carroll Hayek | Management Anlsyt I | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Nicholas Chan | Instruct. Designer I | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |
| David Rojas-Leon | Graphic Designer | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Amanda Misiti | Program Manager II | PG12, 34A | 94,300 | same | | same | | 6 yrs, Exec MA | 79,720 - 99,650 - 119,580 | 101,448 |
| | | | | | | | - | | | |
| Vacancy (K. Knaup) | Director | DR37, 33E | Vacant | **Administrator** | **PK93, 36A** | | | | 96,461-120,577-144,692 | 123,569 |
| Vacancy | Front End Engineer | None | Vacant | **Programmer-Analyst II** | **IJ10, 24D** | | | | 74,500 -93,170-111,805 | 92,126 |

[redacted]