Proskauer

Proskauer Rose LLP Eleven Times Square New York, NY 10036-8299

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 10/23/2026

October 21, 2026

Adam M. Lupion
Member of the Firm
d +1.212.969.3358
f 212.969.2900
alupion@proskauer.com
www.proskauer.com

**BY ECF FILING**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

**Re: *Dr. Stella Safo, et al. v. Dr. Prabhjot Singh, et al.*, Case No. 1:19-cv-03779-VSB**

Dear Judge Broderick:

We represent Defendants Dr. Prabhjot Singh, Dr. Dennis Charney, Mr. Bruno Silva and the Icahn School of Medicine at Mount Sinai ("ISMMS") (collectively "Defendants") in the above-referenced matter. Pursuant to Your Honor's Individual Rules & Practices 5.B and Paragraph 6 of the Stipulation and Order of Confidentiality (ECF No. 116) (the "Confidentiality Stipulation"), Defendants respectfully request leave to file one exhibit to their reply in support of their motion for summary judgment ("Reply"), ISMMS_019540, filed as Dkt. 256-20, with redactions narrower than those to which the parties previously agreed and the Court approved.

ISMMS_019540 contains compensation data of non-party AIGH employees and Plaintiffs' purported comparators. Plaintiffs filed it in redacted form with their opposition (Dkt. 223-60), disclosing only the information of parties, comparators, and employees whose compensation Defendants had already put at issue, and the Court granted that request. (Dkt. 237; Dkt. 240.)

Defendants now seek to file ISMMS_019540 with the information of three male employees, whose information was previously redacted, in unredacted form, to respond to argument Plaintiffs made in their opposition papers. (Dkt. 231; Dkt. 241.) Because Defendants do not rely on any other employees' salaries, the basis for redacting the remaining non-party employees' salary information remains, and Defendants respectfully request those redactions stay in place.[1]

On October 14, 2026, counsel for Defendants notified counsel for Plaintiffs of their intention to seek leave to file the document with narrower redactions. On October 19, 2026, counsel met and conferred, with Plaintiffs' counsel indicating they may reserve the right to oppose

[1] Defendants have publicly filed the version of this document matching the redactions previously granted by the Court (Dkt. 240). The unredacted, but highlighted version of the document, is color-coded in the following manner: (i) information in red highlights represents information Defendants seek unredacted and (ii) information in yellow highlights represents information Defendants seek to maintain in redacted form.

Defendants' filing after seeing the filing.

This request is consistent with *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006). It narrows the existing redactions to disclose information now relevant to the Court's adjudication, while continuing to protect the compensation information of non-parties that remains irrelevant to the claims. *See United States v. Amodeo*, 71 F.3d 1044, 1050-51 (2d Cir. 1995).

Defendants respectfully request that the Court grant this motion.

Respectfully submitted,

*/s/ Adam M. Lupion*

Adam M. Lupion

cc: All Counsel of Record (via ECF)