**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| DR. HOLLY ATKINSON, DR. NATASHA ANUSHRI ANANDARAJA, STELLA SAFO, MARY CALIENDO, HUMALE KHAN, GERALDINE LLAMES, AMANDA MISITI, and EMILIE BRUZELIUS, | ) | |
| Plaintiffs, | ) | Civil Action No.: 1:19-cv-03779-VSB-JW |
| v. | ) | |
| DR. PRABHJOT SINGH, DR. DENNIS S. CHARNEY, BRUNO SILVA, DAVID BERMAN, and ICAHN SCHOOL OF MEDICINE at MOUNT SINAI, | ) | |
| Defendants. | ) | |

**CERTIFICATE REGARDING THE USE**
**<u>OF GENERATIVE ARTIFICIAL INTELLGENCE</u>**

I, Jan Cervenka, hereby certify that I have read the Individual Rules & Practices in Civil Cases for Judge Broderick, United States District Judge for the Southern District of New York.

I, or someone under my supervision, used an artificial intelligence ("AI") tool in preparing the filing submitted in the above-captioned case on November 13, 2026 and titled Letter Motion for Leave to File a Motion to Strike at Dkt. No. 269. I further certify that:

☐ I personally reviewed the filing for accuracy.

☒ I did not personally review the filing for accuracy but someone under my supervision personally reviewed the filing for accuracy.

☐ Neither I nor someone under my supervision personally reviewed the filing for accuracy (failure to do so violate the Court's Individual Rules).

If I reviewed the filing for accuracy, or had another under my supervision review the filing for accuracy, we took the following steps to verify the accuracy of all cited legal

authorities and factual assertions by the AI tool (e.g., that each legal assertion and/or citation to the law or the record has been independently verified as accurate);

- Reviewed each cited legal authority and independently verified via Lexis its accuracy; and
- Reviewed each factual assertion and confirmed its accuracy compared to the cited pleadings and/or exhibits.

I understand that I will be held individually responsible for the contents thereof according to Rule 11(b) of the Federal Rules of Civil Procedure and the certifications required thereunder, including verifying any portions of the filing drafted by generative AI, and that failure to comply with the Court's Individual Rules may result in sanctions, the document being stricken, or other remedies that the Court deems appropriate.

Dated: November 13, 2026
London, UK

*/s/ Jan Cervenka*
Jan Cervenka