UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. STELLA SAFO, et al.,

Plaintiffs,

-against-

DR. PRABHJOT SINGH, et al.,

Defendants.

19-CV-3779 (VSB)

**SECOND AMENDED ORDER OF REFERENCE**

VERNON S. BRODERICK, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, including and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| _X_ | Specific Non-Dispositive Motion/Dispute: Defendants' Motion to Strike, (Doc. 251); Plaintiffs' Motion for Leave to File Motion to Strike, (Doc. 269). | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose:<br>___________________________ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:<br>___________________________ | ___ | Habeas Corpus |
| ___ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | _X_ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion: Defendants' Motion for Summary Judgment (Doc. 207) |

SO ORDERED.

Dated: November 19, 2026
New York, New York

Vernon S. Broderick
United States District Judge